```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A02-0290--CV (JKS)
                "OMAR STRATMAN V LEISNOI INC ET AL"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 11/29/02
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (890) Other Statutory Actions
                   5:702
           Origin: (1) Original Proceeding
           Demand: 100
       Filing fee: Paid $150.00 on 12/02/02 receipt # 00119160
         Trial by:
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | STRATMAN, OMAR | Michael J. Schneider<br>Law Offices of Michael Schneider<br>880 N Street, Suite 202<br>Anchorage, AK 99501<br>907-277-9306<br>FAX 907-274-8201 |
| DEF 1.1 | LEISNOI INC | John R. Fitzgerald<br>Governo Law Firm<br>260 Franklin Street<br>Boston, MA 02110<br>617-737-9045<br>FAX 617-737-9046 |
| DEF 2.1 | KONIAG INC | R. Collin Middleton<br>Middleton & Timme<br>421 W. 1st Avenue, Suite 250<br>Anchorage, AK 99501<br>907-276-3390 |
| DEF 3.1 | NORTON, GAIL A. | Bruce M. Landon<br>U.S. Department of Justice<br>801 B Street, Suite 504<br>Anchorage, AK 99501-3657<br>907-271-5452 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A02-0290--CV (JKS)
              "OMAR STRATMAN V LEISNOI INC ET AL"

                        For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 11/29/02
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (890) Other Statutory Actions
                   5:702
            Origin: (1) Original Proceeding
            Demand: 100
        Filing fee: Paid $150.00 on 12/02/02 receipt # 00119160
          Trial by:
```

```
Document #   Filed      Docket text
_____

   1 -   1  11/29/02   Complaint filed; Summons issued.

   2 -   1  12/06/02   RRB Minute Order that by agreement of the judges this case is reassigned
                       to Judge Singleton for all further proceedings.  Use case number
                       A02-0290 CV (JKS) on all future filings. cc: cnsl

   3 -   1  02/07/03   JKS Minute Order that proof of svc as to one or more defs is lacking;
                       file proofs of svc on those defs already served; proceed to serve any
                       other defs so as to comply with Rule 4(m), F.R.C.P. cc: cnsl

   4 -   1  02/26/03   PLF 1 Complaint (Amended) before answer.

   5 -   1  02/28/03   PLF 1 Certificate service of summons & first amended complaint.

   6 -   1  03/03/03   DEF 2 Attorney Appearance of R. Collin Middleton.

   7 -   1  03/04/03   PLF 1 Return of Service Executed re: DEF 1 & 2 on 2/27/03.

   8 -   1  03/05/03   JKS Minute Order that proof of svc is lacking as to Gail A. Norton; if
                       proof of svc is not on file by 120 days from the filing of the cmplt
                       will be dism. cc: cnsl

   9 -   1  03/05/03   PLF 1 Certificate of svc re: summons & first amended complaint to DEF 3
                       on 3/3/03.

  10 -   1  03/06/03   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                       due w/i 28 days from svc of this ord. cc: cnsl

  11 -   1  03/06/03   PLF 1 Certificate of service of summons and first amended complaint on
                       J. Mothershead, US Dept of Interior.

  12 -   1  03/07/03   DEF 2 Stipulation on Koniag's answer; Koniag may have until the time
                       allotted for the federal def under FRCP 12(a)(3) to ans cmplt.

  12A-   1  03/12/03   DEF 1 Attorney Appearance of D. Bauermeister.

  13 -   1  03/12/03   PLF 1 Stipulation on Leisnoi's answer.
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A02-0290--CV (JKS)
                        "OMAR STRATMAN V LEISNOI INC ET AL"

                                 For all filing dates


Document #     Filed      Docket text

  14 -    1   03/13/03   PLF 1; DEF 1-2 Certificate Serivce of summons & first amended complaint
                         on John Ashcroft,Atty Gen on 3/7/03.

  15 -    1   03/14/03   PLF 1; DEF 2 Report re: status.

  15 -    2   03/14/03   PLF 1; DEF 2 motion (request) to postpone further rule 26 report and
                         rule 16 scheduling order.

  15 -    3   03/14/03   JKS Order granting motion (request) to postpone further rule 26 report
                         and rule 16 scheduling order until all parties have appeared (not less
                         than 60 days after the last named def has appeared in the action)
                         (15-2).  cc: cnsl

  12 -    2   03/19/03   JKS Order granting stipulation on Koniag's answer (12-1). Def may have
                         until the time allotted under F.R.C.P. 12(a)(3) to answer the complaint.
                         cc: cnsl

  13 -    2   03/19/03   JKS Order granting stipulation on Leisnoi's answer (13-1). Def may have
                         the time allotted under F.R.C.P. 12(a)(3) to answer plf's complaint.
                         cc: cnsl

  16 -    1   03/27/03   DEF 1 Attorney Appearance as co-counsel of John R. Fitzgerald

  17 -    1   03/28/03   PLF 1 Return of Service Executed on DEF 3 on 3/7/03 of first amended
                         complaint, summons & cert of svc.

  18 -    1   04/15/03   PLF 1 motion to allow filing of second amended complaint w/att exhs &
                         proposed amended complaint. (oversized orig in expando folder)

  19 -    1   04/17/03   PLF 1 Return of Service Executed re: svc of second amended complaint on
                         T. Burgess, R. Middleton (D-2), D. Bauermeister (D-1) and J.
                         Mothershead(D-3) on 4/16/03.

  20 -    1   04/29/03   PLF 1 Return of Service Executed re: DEF 1 & 3 on 4/22/03.

  21 -    1   05/02/03   DEF 3 Attorney Appearance of Bruce M. Landon.

  22 -    1   05/02/03   DEF 3 motion for extension of time to answer first amended complaint.

  23 -    1   05/02/03   DEF 2 (part) oppo to PLF 1 mot to allow filing of second amended cmplt
                         (18-1).

  24 -    1   05/02/03   DEF 3 motion for stay.

  25 -    1   05/02/03   DEF 3 oppo to PLF 1 mot to allow filing of second amended cmplt (18-1).

  26 -    1   05/06/03   PLF 1 reply to oppo to PLF 1 mot to allow filing of second amended cmplt
                         (18-1).

  27 -    1   05/06/03   PLF 1 reply to oppo to PLF 1 mot to allow filing of second amended cmplt
                         (18-1).

  28 -    1   05/09/03   JKS Minute Order denying as moot mot for ext of time to ans first
                         amended cmplt (22-1); granting mot to allow filing of second amended
                         cmplt (18-1). cc: cnsl
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A02-0290--CV (JKS)
                         "OMAR STRATMAN V LEISNOI INC ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 29 - 1 | 05/09/03 | PLF 1 Complaint (2d Amended) |
| 30 - 1 | 05/20/03 | PLF 1 oppos to DEF 3 mot for stay (24-1) w/att exh. |
| 31 - 1 | 05/29/03 | DEF 3 reply to oppo to DEF 3 mot for stay (24-1) w/att exh. |
| 32 - 1 | 05/30/03 | DEF 2 Answer to second amended complaint and Counterclaim w/att exh. |
| 33 - 1 | 06/02/03 | DEF 1 Stipulation on Leisnoi's answer; ans due 06/11/03. |
| 33 - 2 | 06/03/03 | JKS Order granting stip on Leisnoi's answer (33-1); ans due 06/11/03. cc: cnsl |
| 34 - 1 | 06/03/03 | JKS MO granting mot for stay (24-1); action in this case is stayed until 21 days after the Secretary of the Interior completes her review of Omar Stratman v Leisnoi, Inc., 157 IBLA 302; if the Secretary's review is not completed at an earlier time, the govt shall file a stat rpt by 09/05/03. cc: cnsl |
| 35 - 1 | 09/11/03 | DEF 3 Status Report. |
| 36 - 1 | 09/17/03 | JKS Minute Order that further stat rpt due by 11/10/03, unless the Secretary of the Interior completes her review of Omar Stratman v Leisnoi, Inc., 157 IBLA 302 sooner. cc: cnsl |
| 37 - 1 | 11/04/03 | PLF 1 Status Report. |
| 38 - 1 | 11/06/03 | JKS Minute Order that stat rpt dated 11/04/03 accepted; further stat rpt due 01/05/04. cc: cnsl |
| 39 - 1 | 12/31/03 | PLF 1 Status Report. |
| 40 - 1 | 01/05/04 | JKS Minute Order that stat rpt dated 12/31/03 is accepted; further stat rpt due by 03/01/04. cc: cnsl |
| 41 - 1 | 02/26/04 | PLF 1 Status Report. |
| 42 - 1 | 03/02/04 | JKS Minute Order that stat rpt dated 02/26/04 is accepted; further stat rpt due by 04/30/04. cc: cnsl |
| 43 - 1 | 04/28/04 | PLF 1 Status Rpt; Secretary of Interior has not yet completed her review. |
| 44 - 1 | 05/04/04 | JKS Minute Order that stat rpt dated 04/28/04; further stat rpt due by 06/30/04. cc: cnsl |
| 45 - 1 | 06/30/04 | PLF 1 Status Report. |
| 46 - 1 | 07/12/04 | JKS Minute Order that plf file stat rpt by 9/6/04. cc: cnsl |
| 47 - 1 | 09/03/04 | PLF 1 Status Report. |
| 48 - 1 | 10/14/04 | JKS Minute Order that further stat rpt due by 12/3/04. cc: cnsl |
| 49 - 1 | 12/01/04 | PLF 1 Status Report. |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE A02-0290--CV (JKS)
                      "OMAR STRATMAN V LEISNOI INC ET AL"

                              For all filing dates


Document #    Filed      Docket text

  50 -   1  12/06/04  JKS Minute Order that further stat rpt due by 1/3/05. cc: cnsl

  51 -   1  12/30/04  PLF 1 Status Report.

  52 -   1  01/03/05  JKS Minute Order that further stat rpt due by 2/7/05. cc: cnsl

  53 -   1  02/02/05  PLF 1 Status Report.

  54 -   1  02/03/05  JKS Minute Order that further stat rpt due by 3/2/05. cc: cnsl

  55 -   1  03/02/05  PLF 1 Status Report.

  56 -   1  03/02/05  JKS Minute Order that further stat rpt due by 4/4/05. cc: cnsl

  57 -   1  04/04/05  PLF 1 Status Report.

  58 -   1  04/05/05  JKS Minute Order that further stat rpt due by 5/4/05. cc: cnsl

  59 -   1  04/29/05  PLF 1 Status Report.

  60 -   1  05/03/05  JKS Minute Order that further stat rpt due by 6/6/05. cc: cnsl

  61 -   1  06/02/05  PLF 1 Status Report.

  62 -   1  06/03/05  JKS Minute Order that further stat rpt due by 7/5/05. cc: cnsl

  63 -   1  06/13/05  PLF 1 motion to set a deadline for action by the US Department of
                      Interior or in the alternative to rescind the order staying these
                      proceeding.

  64 -   1  06/30/05  DEF 3 opposition to PLF 1 motion to set a deadline for action by the US
                      Department of Interior or in the alternative to rescind the order
                      staying these proceeding (63-1).

  65 -   1  06/30/05  DEF 1 opposition to PLF 1 motion to set a deadline for action by the US
                      Department of Interior or in the alternative to rescind the order
                      staying these proceeding (63-1).

  66 -   1  07/01/05  DEF 2 Unopposed motion for ext of time for response to plfs mot to set a
                      ddln for action by the U.S. Dept of the Interior or, in the alternative,
                      to respond, to rescind the order staying these proceedings.

  67 -   1  07/05/05  PLF 1 Status Report.

  68 -   1  07/06/05  JKS Minute Order that further stat rpt due by 10/5/05. cc: cnsl

  69 -   1  07/06/05  JKS Order granting unopposed motion for ext of time to 7/8 for response
                      to plfs mot to set a ddln (66-1). cc: cnsl

  70 -   1  07/06/05  PLF 1 reply to opposition to PLF 1 motion to set a deadline for action
                      by the US Department of Interior or in the alternative to rescind the
                      order staying these proceeding (63-1) w/att exhs.

  71 -   1  07/08/05  DEF 2 opposition to PLF 1 motion to set a deadline for action by the US
                      Department of Interior or in the alternative to rescind the order
                      staying these proceeding (63-1).

ACRS: R_VDSDX                 As of 12/01/05 at 3:05 PM by GARRY                      Page 4
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A02-0290--CV (JKS)
                              "OMAR STRATMAN V LEISNOI INC ET AL"

                                       For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 72 - 1 | 07/13/05 | PLF 1 reply to opposition to PLF 1 motion to set a deadline for action by the US Department of Interior or in the alternative to rescind the order staying these proceeding (63-1). |
| 73 - 1 | 07/14/05 | DEF 1 motion for substitution & withdrawl of counsel. |
| 74 - 1 | 07/19/05 | JWS Order granting motion for substitution of John Fitzgerald & withdrawl of counsel Don Bauermeister (73-1). cc: cnsl |
| 75 - 1 | 08/04/05 | JKS Minute Order denying motion to set a deadline for action by the US Department of Interior (63-1); cnsl for govt to file status report due 11/7/05. cc: cnsl |
| 76 - 1 | 11/04/05 | DEF 1 Address Change Notice of cnsl for Leisnol - John F. Fitzgerald. |
| 77 - 1 | 11/07/05 | DEF 3 Status Report. |
| 78 - 1 | 11/08/05 | JKS Minute Order that further stat rpt due by 2/6/06. cc: cnsl |