BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) | |
| ) | CASE NO. A02-0290-CV (JKS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEISNOI, INC., KONIAG, INC., ) | |
| and GALE A. NORTON, ) | |
| Secretary of the Interior, ) | |
| ) | |
| Defendants. ) | |
| ) | |

FEDERAL DEFENDANTS' STATUS REPORT

Federal defendants make this report pursuant to this Court's order filed November 8, 2005. The Secretary of Interior has not yet rendered her decision on the eligibility of Leisnoi, Inc. for benefits as a Native village. The status of the briefing of the Secretary is set forth in the accompanying letter of Scott Keep, Assistant Solicitor, Branch of Tribal Government and

STATUS REPORT                    1

Alaska. Federal defendants will file a further status report on May 5, 2006.

Respectfully submitted this 6th day of February, 2006 .

> s/ Bruce M. Landon
> BRUCE M. LANDON
> Department of Justice
> Environment & Natural Resources Division
> 801 B Street, Suite 504
> Anchorage, Alaska  99501-3657
> Phone: (907) 271-5452
> Facsimile: (907) 271-5827
> bruce.landon@usdoj.gov
> Attorney for Federal Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of February, 2006, a copy of the foregoing was served by United States mail, first class, postage paid, to the following:

John R. Fitzgerald
Michael J. Schneider
Collin Middleton

 s/ Bruce M. Landon