

# United States Department of the Interior

OFFICE OF THE SOLICITOR
Washington, D.C. 20240

IN REPLY REFER TO:

In reply, please address to:
Main Interior, Room 6456

James Mothershead, Esq.　　　　　　　　　　　　February 1, 2006
Assistant Regional Solicitor, Alaska Region
4230 University Drive, Suite 300　　　　　　　　By Regular Mail and Fax to:
Anchorage, Alaska 99501-4626　　　　　　　　　907-271-4143

Re:　Omar Stratman v. Leisnoi, Inc.
　　　Certification of the Native Village of Woody Island

Dear Mr. Mothershead:

The purpose of this letter is to provide you with a report as to the current status of the Secretary's review of the certification of the Native Village of Woody Island, Leisnoi, Inc.

Our office has finalized and sent forward to David Bernhardt, the Deputy Solicitor, a briefing package and a draft recommended decision for the Secretary's consideration. The package and recommended decision are being reviewed by the Deputy Solicitor because subsequent to my report of last November the former Solicitor was appointed by the President and confirmed by the Senate as the Assistant Attorney General, Environment Land and Natural Resources Division, Department of Justice, and a new Solicitor has not yet been confirmed by the Senate.

Mr. Bernhardt has served the Secretary in a number of capacities during her administration. He served as Deputy Chief of Staff and Counselor to the Secretary immediately prior to being selected as Deputy Solicitor. The President has recently nominated him to be the Solicitor, but the Senate has not yet held a confirmation hearing. I have no reason to believe, however, that the vacancy in the position of the Solicitor under these circumstances will delay the Secretary's consideration of the recommended decision. I cannot, of course, predict when the Secretary will make her decision.

If you have any questions, please don't hesitate to contact me.

Sincerely,

Scott Keep
Assistant Solicitor
Branch of Tribal Government and Alaska
Division of Indian Affairs

EXHIBIT 1
Page 1 of 4

Letter to James R. Mothershead, Esq.
Re: *Omar Stratman v. Leisnoi, Inc.* and Certification of the Native Village of Woody Island
Page 2




cc:　By Regular Mail and Fax to:


Michael Schneider, Esq.
880 N Street
　　Suite 202
Anchorage, AK 99505
Counsel for Omar Stratman

Fax 907-274-8201


John R. Fitzgerald, Esq.
McAlpine, Peuler & Cozad
701 South Peters Street
　　Suite 300
New Orleans, LA 70130
Co-counsel for Native Village of Woody Island/ Leisnoi, Inc.

Fax 504-528-9442


William P. Horn, Esq.
Roy S. Jones, Esq.
Birch, Horton, Bittner & Cherot
1155 Connecticut Avenue, N.W.
　　Suite 1200
Washington, D.C. 20036
Co-counsel for Native Village of Woody Island/ Leisnoi, Inc.

Fax 202-659-1027


R. Collin Middleton, Esq.
Middleton & Timme, P.C.
421 West First Avenue
　　Suite 250
Anchorage, Alaska 99501
Counsel for Koniag, Inc.

Fax 907-276-8238

EXHIBIT 1
Page 2 of 4

Letter to James R. Mothershead, Esq.
Re: *Omar Stratman v. Leisnoi, Inc.* and Certification of the Native Village of Woody Island
Page 3


Bruce Landon, Esq.
U. S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, AK 99501-3657

Fax 907-271-5827

EXHIBIT 1
Page 3 of 4



# United States Department of the Interior

OFFICE OF THE SOLICITOR
Washington, D.C. 20240
Telephone: 202-208-6526　　Fax: 202-219-1791

## TRANSMISSION NOTICE

TO:　　Bruce Landon, Esq.

Transmission number: 907-271-5827

Confirmation number:

FROM:　　Scott Keep
Branch of Tribal Government & Alaska
Division of Indian Affairs
Office of the Solicitor
　　Mail Stop 6456
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240
(202) 208-6526

NO. OF PAGES TO FOLLOW: 3

DATE/TIME: 2/1/2006 2:19 PM

Notes:

NOTICE: The materials which follow this transmission notice are intended for the exclusive information and use of the addressee. They constitute confidential attorney communications. If you have received these materials through an error in transmission, please notify the sender and destroy your copy.

EXHIBIT ___1___
Page __4__ of __4__