## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

OMAR STRATMAN   v.   LEISNOI INC., et al.

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                                    CASE NO.  3:02-cv-00290-JKS

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 7, 2006

     The court has received a status report dated February 6, 2006. The report is accepted.

     A further status report shall be filed by counsel for plaintiff on or before April 6, 2006, unless closing papers are sooner filed.

[ ]{IIA4.WPD*Rev.12/96}