IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN,           )<br>                                              )<br>           Plaintiff,                    )<br>                                              )<br>v.                                            )<br>                                              )<br>LEISNOI, INC., KONIAG, INC., and )<br>GALE A. NORTON, Secretary of the )<br>Interior,                                  )<br>                                              )<br>           Defendants.              )<br>_____) | Case No.: 3:02-cv-290 |

### **ORDER CONDITIONALLY DISSOLVING STAY ENTERED AT DOCKET 34**

The Court, having considered Mr. Stratman's Second Motion to Set a Deadline by which the Secretary of Interior must act, and any opposition thereto, does hereby ORDER that, barring action by the Secretary of Interior on Case Nos. IBLA 96-152 and 2000-16 by June 15, 2006, and without further order of this Court, the stay issued at Docket 34 shall be, and is hereby, DISSOLVED.

DONE and ORDERED entered this ___ day of _____, 2006.

_____
Judge James K. Singleton, Jr.
U.S District Court

MICHAEL J. SCHNEIDER, P.C.
LAW OFFICES
880 N STREET, SUITE 202
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9306
FAX (907) 274-8201

1