IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN,<br><br>          Plaintiff,<br><br>v.<br><br>LEISNOI, INC., KONIAG, INC., and GALE A. NORTON, Secretary of the Interior,<br><br>          Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 3:02-cv-290 |

**OMAR STRATMAN'S ERRATA TO CERTIFICATE OF SERVICE RE: SECOND MOTION TO SET A DEADLINE FOR ACTION BY THE U.S. DEPARTMENT OF THE INTERIOR OR, IN THE ALTERNATIVE, TO RESCIND THE ORDER STAYING THESE PROCEEDINGS**

      Please take notice that the Certificate of Service for "Omar Stratman's Second Motion to Set A Deadline for Action by the U.S. Department of the Interior or, in the Alternative, to Rescind the Order Staying These Proceedings", its attachments, and the proposed order was incorrect with regard to service via U.S. Mail on R. Collin Middleton and John F. Fitzgerald. Both Mr. Middleton and Mr. Fitzgerald were served electronically at cmiddleton@middletontimme.com and jfitzgerald@governo.com on April 5, 2006.

      RESPECTFULLY submitted this 5th day of April, 2006.

                              s/Michael J. Schneider
                              Law Offices of Michael J. Schneider, P.C.
                              880 "N" Street, Suite 202
                              Anchorage, AK 99501
                              Phone: (907) 277-9306
                              Fax: (907) 274-8201
                              E-mail: mjspc@gci.net
                              Alaska Bar No. 7510088

MICHAEL J. SCHNEIDER, P.C.
LAW OFFICES, 880 N STREET, SUITE 202
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9306
FAX (907) 274-8201

*Case No. 3:02-cv-290*        1

**CERTIFICATE OF SERVICE**
I hereby certify that on April 5, 2006,
a copy of the foregoing *OMAR STRATMAN'S ERATTA*
was served electronically on
Bruce M. Landon (bruce.landon@usdoj.gov);
R. Collin Middleton (cmiddleton@middletontimme.com);
and John Fitzgerald (jfitzgerald@governo.com)

s/Michael J. Schneider

MICHAEL J. SCHNEIDER, P.C.
LAW OFFICES
880 N STREET, SUITE 202
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9306
FAX (907) 274-8201

*Case No. 3:02-cv-290*   2