BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Phone: 907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| OMAR STRATMAN, | ) | |
| | ) | CASE NO. 3:02-CV-0290 (JKS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEISNOI, INC., KONIAG, INC., | ) | |
| and P. LYNN SCARLETT, Acting | ) | |
| Secretary of the Interior, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

FEDERAL DEFENDANTS' STATUS REPORT

  Federal defendants make this report pursuant to this Court's order filed February 7, 2006. The Secretary of Interior has not yet rendered a decision on the eligibility of Leisnoi, Inc. for benefits as a Native village. The status of the briefing of the Secretary is set forth in the accompanying letter of Scott Keep, Assistant Solicitor, Branch of Tribal Government and

Alaska.  Federal defendants will file a further status report on July 6, 2006.

Respectfully submitted from Anchorage, this 6th day of April, 2006 .

 S/ Bruce M. Landon
BRUCE M. LANDON
Department of Justice
Environment & Natural Resources
    Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Phone: (907) 271-5452
Fax: (907) 271-5827
Email: bruce.landon@usdoj.gov
Attorney for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of April , 2006, a copy of the foregoing was served electronically to:

John R. Fitzgerald
Michael J. Schneider
Collin Middleton


 S/ Bruce M. Landon
Bruce M. Landon