BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Phone: 907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN,            )<br>                                          )<br>            Plaintiff,         )<br>                                          )<br>    v.                                 )<br>                                          )<br>LEISNOI, INC., KONIAG, INC.,  )<br>and GALE A. NORTON,        )<br>Secretary of the Interior,       )<br>                                          )<br>            Defendants.      )<br>_____)  | CASE NO. 3:02-cv-0290 (JKS) |

FEDERAL DEFENDANTS' STATUS REPORT

Federal defendants make this report pursuant to this Court's order filed April 7, 2006. The Secretary of Interior has not yet rendered his decision on the eligibility of Leisnoi, Inc. for benefits as a Native village. The status of the briefing of the Secretary is set forth in the accompanying letter of Scott Keep, Assistant Solicitor, Branch of Tribal Government and

Alaska. Mr. Keep writes that the Counselor to the Solicitor believes that the Department will be able to render its final administrative decision on the matter within 45 days. Federal defendants will file a further status report on September 6, 2006, unless the Secretary issues his decision prior to that date.

    Respectfully submitted this 6th day of July, 2006 .

s/ Bruce M. Landon
BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Phone: (907) 271-5452
Facsimile: (907) 271-5827
bruce.landon|@usdoj.gov
Attorney for Federal Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of July, 2006, a copy of the foregoing was served to the following:

John R. Fitzgerald
Michael J. Schneider
Collin Middleton

 s/ Bruce M. Landon