

# United States Department of the Interior

OFFICE OF THE SOLICITOR
Washington, D.C. 20240

IN REPLY REFER TO.

In reply, please address to:
Main Interior, Room 6513

By Regular Mail and Fax to:
907-271-4143

James Mothershead, Esq.
Assistant Regional Solicitor, Alaska Region
4230 University Drive, Suite 300
Anchorage, Alaska 99501-4626

July 5, 2006

Re:   Omar Stratman v. Leisnoi, Inc.
      Certification of the Native Village of Woody Island

Dear Mr. Mothershead:

The purpose of this letter is to provide you with a report as to the current status of the Department's review of the certification of the Native Village of Woody Island, Leisnoi, Inc.

Previously, I advised you that our office had finalized and sent forward to David Bernhardt, the Deputy Solicitor, a briefing package and a draft recommended decision for the Secretary's consideration. I also indicated that we had met with the Deputy Solicitor and new Associate Solicitor – Indian Affairs, Carl Artman of Wisconsin.

At the time of our last letter, Secretary Norton had recently announced her resignation and President Bush had announced his nomination of Governor Dirk Kempthorne of Idaho to replace her. We anticipated that Deputy Secretary Scarlett, who would be Acting Secretary pending Governor Kempthorne's confirmation, would defer taking action on the draft recommended decision. Deputy Secretary Scarlett did defer taking action.

The Senate confirmed Governor Kempthorne's nomination on May 26 and the Governor was sworn in as the 49th Secretary of the Interior on the same day. Since that time we have continued to work with the Solicitor, the Counselor to the Solicitor and others to respond to questions related to the draft recommended decision. I have been advised by the Counselor to

/

Letter to James R. Mothershead, Esq.
Re: *Omar Stratman v. Leisnoi, Inc.* and Certification of the Native Village of Woody Island
Page - 2 -

the Solicitor that he believes based on the discussions to date that the Department will be able to render its final administrative decision on this matter within 45 days.

If you have any questions, please don't hesitate to contact me.

Sincerely,

Scott Keep
Assistant Solicitor
Branch of Tribal Government and Alaska
Division of Indian Affairs

cc:   By Regular Mail and Fax to:

Michael Schneider, Esq.
880 N Street
    Suite 202
Anchorage, AK  99505

Counsel for Omar Stratman
    Fax 907-274-8201

John R. Fitzgerald, Esq.
GOVERNO LAW FIRM
260 Franklin Street
Boston, MA  02110

Co-counsel for Native Village of Woody Island/ Leisnoi, Inc.
    Fax   617-737-9046

Roy S. Jones, Esq.
Stiefel Jones & Gaston Consulting, LLC
1718 M Street, NW
PMB 1120
Washington, D.C. 20036

Co-counsel for Native Village of Woody Island/ Leisnoi, Inc.
    Fax  866-615-0356

Letter to James R. Mothershead, Esq.
Re: *Omar Stratman v. Leisnoi, Inc.* and Certification of the Native Village of Woody Island
Page - 3 -


R. Collin Middleton, Esq.
Middleton & Timme, P.C.
421 West First Avenue
    Suite 250
Anchorage, Alaska 99501

Counsel for Koniag, Inc.
    Fax 907-276-8238

Bruce Landon, Esq.
U. S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, AK 99501-3657

    Fax 907-271-5827