IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN,<br><br>              Plaintiff,<br><br>v.<br><br>LEISNOI, INC., KONIAG, INC., and GALE A. NORTON, Secretary of the Interior,<br><br>              Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No.: 3:02-cv-290 (JKS) |

### ORDER SETTING A DEADLINE FOR ADMINISTRATIVE ACTION AND DISSOLVING STAY ENTERED AT DOCKET 34

The Court, having considered Mr. Stratman's third motion to set a deadline for administrative action and to dissolve the stay entered at Docket 34, and any opposition thereto, does hereby ORDER that, barring action by the Secretary of Interior on Case Nos. IBLA 96-152 and 2000-16 by August 21, 2006, the stay at Docket 34 shall be, and is hereby, dissolved.

It is further ORDERED that, barring final action by the Secretary of Interior by 5:00 p.m. Alaska time, August 21, 2006, the Court orders Department of Interior consideration of this matter ended, in accordance with its remand authority.

Finally, the Court orders the parties to be present for a status conference on the ___ day of _____, 2006, in Courtroom _____.

DONE and ORDERED entered this ____ day of _____, 2006.

                                                            _____
                                                            Judge James K. Singleton, Jr.
                                                               U.S. District Court

MICHAEL J. SCHNEIDER, P.C.
LAW OFFICES
880 N STREET, SUITE 202
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9306
FAX (907) 274-8201