27. Accord and satisfaction.

28. Waiver.

29. Abuse of process.

30. Stratman has engaged in malicious prosecution of this case in an effort to line his pockets under the guise of being some sort of a public interest litigant.

31. Such other affirmative defenses as may become apparent during the course of these proceedings.

WHEREFORE, the Court should DISMISS STRATMAN'S COMPLAINT WITH PREJUDICE, and enter judgment in favor of Leisnoi, Inc., awarding it full attorneys fees and costs for having had to defend against his baseless allegations.

DATED this 12th day of January, 2007.

RESPECTFULLY SUBMITTED,

_____/s/ John Richard Fitzgerald_____
Alaska Bar No. 8711084
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Phone: (617) 737-8858
Fax: (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com
Attorneys for Leisnoi, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2007, a copy of the foregoing ANSWER TO SECOND AMENDED COMPLAINT was served electronically upon Collin Middleton, Esq., Bruce Landon, Esq., and Michael Schneider, Esq.

_____/s/ John R. Fitzgerald_____

1196190v1