DATED this 12th day of January, 2007.

                              RESPECTFULLY SUBMITTED,

                              _____/s/ John Richard Fitzgerald_____
                              Alaska Bar No. 8711084
                              Morrison Mahoney LLP
                              250 Summer Street
                              Boston, MA  02210-1181
                              Phone (617) 737-8858
                              Fax (617) 342-4848
                              Email  jfitzgerald@morrisonmahoney.com
                              Attorneys for Leisnoi, Inc.

                              **CERTIFICATE OF SERVICE**

    I hereby certify that on January 12, 2007, a copy of Leisnoi's response to Stratman's motion for a status conference was served electronically upon Collin Middleton, Esq., Bruce Landon, Esq., and Michael Schneider, Esq.

                              _____/s/_ John R. Fitzgerald_____

1196217v1