| DISTICT/OFFICE | YR. | NUMBER | MO. DAY YEAR | NO | U | R | 23 | $ | OTHER | NUMBER | DEM. | YR. | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97X 3 | 76 | 132 | 07 02 70 | 3 | 290 | 1 | | | Injunction | 7X06 | 7/76 | 76 | 132 |

| PLAINTIFFS | | DEFENDANTS |
|---|---|---|
| | | ~~Morris C~~ BRUCE BABBITT |
| (P-1) THE KODIAK-ALEUTIAN CHAPTER OF THE ALASKA CONSERVATION SOCIETY, OMAR STRATMAN, TONI BURTON, JOHN MURRAY MICHAEL DEVERS, JAMES SCHAUFF, & BRIAN SHAFFORD | D-1 | KLEPPE, THOMAS S., Secretary of the Interior |
| | D-2 | ANTON LARSEN, INC. |
| | D-3 | BELLS FLATS NATIVES, INC. |
| | D-4 | LEISNOI, INC. |
| | D-5 | KONIAG, INC. |

## CASE CLOSED

### CAUSE

Filing pursuant to 28 U.S.C.A. 1331 and 28 U.S.C.A 1391.
Suit to enjoin defendant from issuing lands to Native Villages
of Anton Larson Bay, Bells Flats, and Woody Island on the basis
that villages do not qualify under 43 U.S.C.A. 1610 (b) (3)

### ATTORNEYS

#### (for plaintiffs)

\# 115
~~Roger E. Henderson~~
~~Houston & Henderson~~
~~305 W. 3rd Avenue~~   821 N St, Suite 102
Anchorage, Alaska  99501

For KONIAG, ANTON LARSEN,
BELLS FLATS NATIVES & LEISNOI:

Gerald Markham    Per letter
P.O. Box 806      Recd 5/18/93
Suite 205, Tony's Bldg.
Kodiak, AK  99615

~~Non-Res Cnsl: for Non-Gov't Defts.~~
~~Edward Weinberg & Philip Chabot, Jr.~~
~~DUNCAN, BROWN, WEINBERG & PALMER, P.C.~~
~~1700 Pennsylvania Ave. NW~~
~~Washington DC 20006~~

#### PARTY COUNSEL NEXT PAGE

P-| Omar Stratman   Dkt #115
~~Michael J. Schneider~~
~~880 N St., Suite 202~~
~~Anchorage, AK  99501~~
~~(907) 277-9306~~

#### U. S. Attorney

~~For Koniag, Inc, Anton Larson~~
~~Inc, Bells Flats Natives, Inc.~~
~~Leisnoi, Inc~~
~~Markham & Fischer~~
~~P.O. Box 806~~
~~Kodiak, Alaska 99615~~
~~(907) 486-4194~~

Non-government defendants
Anton Larsen, Inc. Bells Flats,
Inc., Leisnoi, Inc., & Koniag,
Inc.  Co-Counsel
Dan Hensley
~~540 L Street, Suite 101~~
~~Anchorage, Alaska 99501~~
~~(907) 277-5861~~

Koniag: D-5  Dkt #119
~~R. Collin Middleton~~
~~MIDDLETON TIMME & LUKE~~
~~550 W 7th Ave., Suite 1600~~
~~Anchorage, AK  99501~~
~~(907) 276-3390~~

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | |
| | | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET

Exhibit 2, p. 1    DC-111 (Rev. 1/75)

DC 111A
Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|-----------|-----------|--|
| OMAR STRATMAN | BRUCE BABBITT, SECTY INTERIOR, et al. | DOCKET NO. _____<br>PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|------|-----|-------------|

PLTF:                                                          Defs:

P-1     Omar Stratman                    D-1     Bruce Babbitt, Secretary of
                                                         the Interior

P-2     Toni Burton
                                                 D-2     Anton Larsen, Inc.

                                                 D-3     Bells Flats Natives, Inc.

                                                 D-4     Leisnoi, Inc.

                                                 D-5     Koniag, Inc.


                            PARTY   COUNSEL   (FYI)


P-1 #115                                          D-1 #120
Michael J. Schneider                             Bruce M. Landon  (AUSA)
880 "N" St., Suite 202                           Dept of Justice
Anchorage, AK  99501                             Environment & Natural Res.
(907) 277-9306                                    Division Rm 217
                                                 222 W 7th Ave, #69
                                                 Anchorage, AK  99513-7553
                                                 (907) 271-5452
P-2 #124
Alan L. Schmitt
JAMIN EBELL BOLGER & GENTRY
323 Carolyn St.                                  D-5 #119
Kodiak, AK  99615                                R. Collin Middleton
(907) 486-6024                                   MIDDLETON TIMME & LUKE
                                                 550 W 7th Ave., Suite 1600
                                                 Anchorage, AK  99501
                                                 (907) 276-3390


                                                 D-4 #126
                                                 Roy Longacre
                                                 LONGACRE & ASSOCIATES
                                                 425 G St., Suite 910
                                                 Anchorage, AK  99501
                                                 (907) 276-6354

Exhibit 2, p. 2

THE KODIAK-ALEUTIAN CHAPTER OF ALASKA CONSERVATION SOC. ET AL vs. THOMAS KLEPPE

Case 3:02-cv-00290-JKS   Document 188-3   Filed 02/16/2007   Page 3 of 23

| DATE 1976 | NR. | PROCEEDINGS |
|---|---|---|
| July 2 | 1 | Fld complaint & issued summons |
| 7 | 2 | Fld summons to Thomas Kleppe; executed |
| Sep 7 | 3 | Fld defts mot to dismiss |
| 7 | 4 | Fld defts memo supporting mot to dismiss |
| 7 | 5 | Fld defts certificate of nonexistence of records |
| 23 | 6 | Fld defts cert of svc of mot to dismiss,etc. |
| 29 | 7 | Fld pltfs oppos to mot to dismiss |
| 29 | 8 | Fld pltfs req for oral agmnt on deft's mot for dismissal |
| Oct 14 | 9 | Fld ORDER setting oral agmnt on defts mot to dismiss 11/5/76 @ 10AM Cy cnsl |
| 29 | 10 | Fld pltfs supp to oppos to mot to dismiss |
| Nov 5 | 11 | Fld ORDER re additional filings on deft's mot to dismiss. Cy cnsl |
| 5 | 12 | Fld court minutes of hrg on deft's mot to dismiss |
| 15 | 13 | Fld pltfs oppos to mot to dismiss for failure to exhaust adm. remedies |
| 17 | 14 | Fld pltfs req for oral agmnt on deft's mot for SJ |
| 18 | 15 | Fld pltfs supp to oppos to mot to dismiss |
| 19 | 16 | Fld pltfs 2d supp mot to dismiss for failure to exhuast adm. remedies |
| 19 | 17 | Fld fed defts reply to oppos to mot to dismiss |
| Dec 07 | 18 | Fld memo & ORDER partially granting & partially denying defts mot to di and allowing pltfs 30 days to file an amended complaint. Cys Cnsl. |
| 1977 | | |
| Jan 5 | 19 | Fld amended complaint & issued summons to Roger Henderson. |
| 26 | 20 | Fld answer of deft Kleppe. |
| Mar 1 | 21 | Fld Ans Deft Anton Larsen,Inc,Vells Flats Natives,IncLeisnoi,Inc & Koniag,Inc to Amended Compl |
| 2 | 22 | Fld ORDER & Applgranting appear Edward Weinberg bhAnton Larsen,Inc, Bells Flats Natives,Inc,Leisnoi,Inc & Koniag,Inc - cy cnsl |
| 9 | 23 | Fld supplemental summons w/Marshal's return executed as to Anton Larsen Inc.; Bells Flats Natives, Inc.; Leisnoi, Inc.; & Koniag, Inc.; unexecuted as to Roy Madsen, registered agent for Anton Larsen, Inc. |
| Aug 16 | 24 | Fld pltfs request for production. |
| Nov 8 | 25 | Fld pltfs notice of depo: Patricia Hampton & issued subp. |

Exhibit 2, p. 3

James A. von der Heydt

FPI-NI—3-14-75-50M-3511

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| OMAR STRATMAN, et al. | CECIL D. ANDRUS, et al. | DOCKET NO. A76-132 CIV<br>PAGE 2 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1977** | | |
| Nov 14 | 26 | Fld pltfs notice of taking depo of Darrel Chaffin. |
| 14 | 27 | Fld pltfs notice of taking depo of Wallace Johnson. |
| 14 | 28 | Fld pltfs notice of taking depo of Yule Chaffin. |
| 15 | 29 | Fld depo subpoena to Patricia Hampton w/return of svc - executed. |
| 23 | 30 | Fld pltfs supp notice of taking depo of Darrel Chaffin. |
| 23 | 31 | Fld pltfs supp notice of taking depo of Yule Chaffin. |
| 23 | 32 | Fld pltfs supp notice of taking depo of Wallace Johnson. |
| Dec 15 | | Lodged depo of Wauldeman Johnson. |
| **1978** | | |
| Feb 2 | | Lodged depos of Yule Chaffin & Darrell Chaffin. |
| 14 | | Lodged depo of Patricia Hampton. |
| Mar 29 | 33 | Fld defts /Anton Larsen, Bells Flats, Leisnoi, Koniag and Regional 1st interrogs and req for the production of documents. |
| Apr 3 | 34 | Fld stip substituting Gerald Markham as cnsl for Koniag in place of Milton Souter. |
| 4 | 34 | Fld ORDER substituting Markham as cnsl for Koniag in place of Souter. Cys Cnsl. |
| 18 | 35 | Fld ORDER setting prelim pre-trial conf for 5-26-78 at 11:00. Cys Cns |
| 18 | 36 | Fld Pltfs interrogs to Andrus. |
| 26 | 37 | Fld pltfs response to request for production of documents. |
| May 9 | 38 | Fld deft Anton, Bells, Leisnoi & Koniag mot for rescheduling of preliminary pre-trial conference for June 9, 1978. |
| 10 | 39 | Fld MIN ORDER resetting prelim pre-trial conf to 6-9-78 at 3:00. Cys Cnsl. |
| 22 | 40 | Fld deft USA's answer to pltfs 1st interrog. |
| Jun 6 | 41 | Fld pltfs notice of taking depo of US Dept of Interior & issued subpoena. |
| 7 | 42 | Fld pltfs answers to non-govnmt defts 1st interrogs & requests. |

DC-111A REV. (1/75)

Exhibit 2, p. 4

James A. von der Heydt

CIVIL DOCKET CONTINUATION SHEET                                                    FPI-KI—3-14,75-80M,3511

| PLAINTIFF | | DEFENDANT | DOCKET NO. A76-132 |
|---|---|---|---|
| THE KODIAK-ALEUTIAN CHAPTER OF ALASKA | | THOMAS KLEPPE | PAGE 2 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1978**<br>June 9 | 43 | Fld CT MIN re: preliminary pre-trial conference in chambers and MIN ORDER setting various deadlines. Cys Cnsl. |
| 16 | 44 | Fld pltfs re-notice of taking depo of US department of Interior. |
| 16 | 45 | Fld pltfs answers to non-government defts 1st interrogs & req for production of documents. |
| 26 | 46 | Fld defts notice of taking depo of John Murray. |
| 26 | 47 | Fld deft notice of taking depo of Michael Devers. |
| 26 | 48 | Fld deft notice of taking depo of Brian Shafford. |
| 26 | 49 | Fld deft notice of taking depo of Omar Stratman. |
| 26 | 50 | Fld deft notice of taking depo of James Schauff. |
| 26 | 51 | Fld deft notice of taking depo of Toni Burton. |
| Jul 5 | 52 | Fld defts application of non-res atty Chabot to appear in Dist Ct o behalf of Larsen, Bells Flats Ntvs, Leisnoi & Koniag. |
| 10 | 53 | Fld pltfs notice of taking depo of Michael Cathey & issued subpoena |
| 10 | 54 | Fld pltfs notice of taking depo of Daniel Farrar & issued subpoena |
| 12 | 55 | Fld pltfs notice of taking of depo of the enrollees, names to be announced. |
| 12 | 56 | Fld pltfs notice of taking depo of James Donahue. |
| 12 | 57 | Fld pltfs notice of taking depo of Karl Armstrong. |
| 18 | 58 | Fld stip to extend all deadlines 30 days. |
| 18 | 59 | Fld depo subpoena to Farrar w/return of svc - executed 7-14-78. |
| 18 | 60 | Fld depo subpoena to Cathey w/return of svc - executed 7-14-78. |
| 19 | 52 | Fld ORDER that Philip Chabot may appear as atty for defts Larsen, Bells Flats, Leisnoi and Koniag as atty.  Cys Cnsl. |
| 20 | 58 | Fld ORDER that deadlines for close of discovery & etc is extended to 10-30-78.  Cys Cnsl. |
| 26 | | Lodged depos of John Murry, Michael Devers and Brian Shafford. |
| 27 | | Lodged depos of Toni Burton, Myron Igtanloc and Omar Stratman. |

James A. von der Heydt

CIVIL DOCKET CONTINUATION SHEET

FPI-MAR

| PLAINTIFF | DEFENDANT | DOCKET NO. A76-132 CI |
|---|---|---|
| THE KODIAK ALEUTIAN CHAPTER OF ALASKA | THOMAS KLEPPE | PAGE 6 OF PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1978** | | |
| Aug 9 | 61 | Fld pltfs Notice of taking depo of Karl Armstrong |
| 9 | | Lodged Depositions of: Marie Unger, Norma Peterson, Mary Chya, Christina Hoen, Joseph P. Donahue, & Wilton White. |
| 21 | 62 | Fld defts Anton, Bells, Leisnoi & Koniag notice of depos of Ross Wood Charles Naughton, Toni Burton, Omar Stratman & Henry Eaton, also Dr. Michael Cathey, Karl Armstrong. |
| Sep 7 | | Lodged depo of Delores N. Roullier. |
| 12 | 63 | Fld pltf notice of taking depo of Shirley M. Berns. |
| 12 | | Lodged depos of Tony Burton, Charles Naughton & Omar Stratman. |
| 14 | 64 | Fld non-government defts entry of appearance of Markham & etc as attys. |
| 14 | 65 | Fld non-government defts mot to dismiss for lack of jurisdiction. |
| 15 | 66 | Fld pltfs mot for publishing all depos lodged thus far. |
| 15 | 67 | Fld pltfs memo in supt of mot for publishing depos. |
| 15 | 68 | Fld pltf afdvt of Roger Henderson. |
| 19 | 69 | Fld MIN ORDER that non-govmt defts mot for expedited consideration is granted; that defts mot to dismiss iwll be considered & etc. Cys Cr |
| 22 | 70 | Fld non-govnmt defts afdvt of Karl Armstrong. |
| 26 | 71 | Fld non-govnmt defts answer to pltfs mot for publishing depos. |
| 29 | 72 | Fld deft response to non-governmend defts mot to dismiss. |
| 29 | 73 | Fld deft response to pltfs mot for publishing depos. |
| 29 | 74 | Fld pltfs witness list. |
| 29 | 75 | Fld pltfs opp to mot to dismiss & mot for partial SJ. |
| Oct 2 | 76 | Fld pltfs afdvt of personal svc re witness list, etc. |
| 2 | 77 | Fld pltfs reply to answer of non-gvmt defts to pltfs mot for publishing depos. |
| 3 | 78 | Fld pltfs request for oral argument on opp to mot to dismiss. |
| 4 | 79 | Fld pltfs afdvt of svc by mail re request for oral argument, etc. |

Exhibit 2, p. 6

CIVIL DOCKET CONTINUATION SH...

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| OMAR STRATMAN, et al. | CECIL ANDRUS, et al. | DOCKET NO. A76-132 |
| | | PAGE 5 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1978** | | |
| Oct 10 | 80 | Fld pltfs afdvt of Toni Burton. |
| 10 | 81 | Fld pltfs afdvt of Omar Stratman. |
| 10 | 82 | Fld non-govnmt defts mot to strike. |
| 10 | 83 | Fld non-govnmt defts reply to pltfs answer in opp to mot to dismiss. |
| 10 | 84 | Fld non-govnmt defts addenda to reply to answer to mot to dismiss. |
| 16 | 85 | Fld MEMO & ORDER non-governmental defts mot to dismiss is granged.& cause is dismissed; that clerk prepare appropriate judgment. Cys Cns |
| 16 | 86 | Fld JUDGMENT that non-governmental defts mot to dismiss is granted, and the cause is dismissed.  Cys Cnsl. **CASE CLOSED** O&J 1496 |
| 17 | 87 | Fld receipt for depos of Naughton, Igtanloc, Stratman.from deft US. |
| Nov 1 | 88 | Fld receipt for depos of Stratman, Burton, Murry, Shafford, Devers & Roullier. |
| 14 | 89 | Fld pltfs receipt for depo of Gail Fitzpatrick. |
| Dec 13 | 90 | Fld pltfs Stratman, Burton, Murray, Devers & Shafford notice of appe Cys to Henderson, Markham & US Atty. Mailed notice of appeal of 9th Cir. |
| 15 | 91 | Fld pltfs appellants' bond deposit. |
| 27 | 92 | Fld non-gvt defts Anton, Bells, Leisnoi & Koniag notice of cross app Cys to  Henderson, Markham US Atty & Colleen |
| 27 | 93 | Fld non-gvt defts Anton, Bells, Leisnoi & Koniag notice of appearanc of Dan Hensley as co-counsel. |
| **1979** Jan 9 | 94 | Fld stip re: papers to be transmitted to Court of Appeals. Cy to Co: |
| 22 | | Mailed record on appeal to 9th cir ct. |
| 30 | 95 | Fld deft US mot for relief from judgment pursuant to Civil Rule 60(b |
| Feb 7 | 96 | Fld pltfs mot to strike fed defts mot for relief from judgment. |
| 7 | 97 | Fld deft mot for indication if ct will grant feds mot for relief from judgment. |
| 7 | 98 | Fld pltfs afdvt of service by mail of mot to strike defts mot for relief from Judgment & etc. |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| OMAR STRATMAN, et al | CECIL ANDRUS et al | DOCKET NO. A76-132 Ci<br>PAGE ⌒ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1979**<br>Feb 16 | 99 | Fld pltfs opp to mot for indication if the ct will grant fed defts mot for relief from judgment. |
| 16 | 100 | Fld receipt for depos of Stratman, Burton (2 vols), Murry, Shafford Devers, Roullier from defts atty. |
| 22 | 101 | Fld fed deft response to pltfs mot to strike. |
| Mar 15 | 102 | Fld ORDER that fed defts mot for an order indicating if ct will grant their mot from judgment is hereby granted. Cys Cnsl. |
| May 23 | 103 | Fld cert. cpy of 9th Cir ORDER granting mots for extension of time; denying defts mot to dismiss 79-4027; denying pltfs mot to dismiss appeal 79-4026; remanding appeals to District for clarification. Cys to Judge von der Heydt. |
| JUL 3 | 104 | Fld memo & Order granting defts motion for relief from judgment; portion of crts memo & order denying defts mot. to dismiss is vacated; claims of Stratman & Burton are dismissed; final judgment entered by crt on 10-16-78 is reinstated. cys cnsl. |
| 18 | 105 | Fld cert cy 9th Cir CA JUDGMENT remanding appeals to D.C. w/instruct. Judge & cnsl notified |
| Aug 2 | 106 | Fld pltfs notice of appeal to 9th Cir CA from D.C. Order of 7/3/79. Cy to Dan A. Hensley, U.S.Attorney, Markham & Fischer, & 9th Cir CA |
| 2 | 107 | Fld pltfs/appellants' cost bond notice |
| 30 | 108 | Fld Non-Government Defts Certificate re: Transcript for Record on Appeal |
| 10 | 108a | Fld pltfs concurrence in certificate of cnsl for defts. Cy to Colleen |
| Sept 11 | 109 | Fld Cert. of Record on Appeal cys cnsl |
| Nov 5 | 110 | Fld Pltfs' Designation of Trial Ct. Clk's Record on appeal cy colleen |
| Dec 14 | 111 | Fld non-govnmt defts designation of trial court clerk's record. Cpy to Colleen |
| 21 | | Mailed Clerk's Record on Appeal to 9th Circuit |
| **1982**<br>May 24 | 112 | Fld cert cy 9th Cir ORDER dismissing w/prejudice appeal of pltfs' Stratman and Burton, only, as against all defts. These parties shall bear own costs. Cy Judge vdH. |
| 24 | 113 | Fld cert cy 9th Cir JUDGMENT affirming in part; reversed and remanded in part. Appellants Stratman & Burton dismissed w/prejudice only as against all defts. These parties to bear own cost on appeal. Cy Judge vdH & Cnsl. |

DC-111A REV. (1/75)

Exhibit 2 p

CIVIL DOCKET CONTINUATION SI

JUDGE VON DER HEYDT

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| OMAR STRATMEN, et al. | CECIL ANDRUS, et al | DOCKET NO. 76-132 CI |
| | | PAGE 7 OF PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1983** | | |
| Aug 2 | 114 | Fld pltf's mot for return of bond. |
| 3 | 114 | Fld ORDER granting mot for return of bond.  Cy Cnsl & Fin Dep. |
| **1993** | | |
| Mar 05 | 115 | Fld mtn (stip) & ORDER for w/d of O. Stratman atty & sub of M. Schneider upon consent. cc cnsl. |
| 05 | 116 | Fld pltf O. Stratman mtn for judicial ntc of adjudicative facts. |
| 05 | 117 | Fld pltf O. Stratman mtn to vacate dsmsl & reopen case as to pltf O. Stratman w/att memo, aff & exbs. |
| 05 | 118 | Fld pltf O. Stratmn mtn to lodge orig depos & suplmt existing record w/regard to mtn to vacate dsmsl & reopen case w/att aff. |
| 09 | 119 | Fld Koniag entry of app of R. C. Middleton.  D-5 |
| 10 | 120 | Fld B. Babbitt, Secty of Interior entry of app of B. Landon (AUSA).  D-1 |
| 10 | 121 | Fld B. Babbitt mtn for ext time to resp to pltf O. Stratman mtn to vacate dsmsl & reopen case as to O. Strtmn.  D-1 |
| 11 | 122 | Fld P-1 rqst for O/A re mtn to vacate dsmsl & reopen case. |
| 12 | 123 | Fld pltf non-opp to D1 mtn for ext time.  (P-1) |
| 17 | 124 | Fld P-2 entry of app of A. Schmitt (JAMIN). |
| 19 | 125 | Fld D-5 unopp mtn & ORDER re D5 ext to 4/16/93 to resp to P-1mtn to vacate dsmsl & reopen case as to P-1. cc cnsl. |
| 31 | 126 | Fld D4 entry of app of R. Longacre. |
| Apr 09 | 127 | FLD MO re; mot for ext at dkt #121 grted.  cy cnsl. |
| 12 | 128 | Fld D5 unopp mtn & ORDER re D1,4,5 til 4/30/93 to file opp brfs to P1 mtn. cc cnsl. |
| 30 | 129 | Fld D1 opp to pltf mtn to vacate dsmsl & reopen case w/att exbs. |
| 30 | 130 | Fld D4 opp to P-1 mtn to vacate dsmsl & reopen case w/att aff & exbs. |
| 30 | 131 | Fld D5 rqst for O/A re pltf mtn to vacate & reopen. |
| 30 | 132 | Fld D5 opp to P1 mtn to vacate dsmsl & reopen. |
| May 10 | 133 | Fld P1 unopp mtn & ORDER re P1 til 6/30/93 to file reply brf. cc cnsl. |
| June 30 | 134 | P1 reply to D1,4,5 opps to P1 mtn for relief w/att aff & exbs. |

DC-111A REV. (1/75)

Exhibit 2, p. 9

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET          JUDGE VON DER HEYDT

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| OMAR STRATMAN, et al. | BRUCE BABBITT, et al. | DOCKET NO. A76-132 |
| | | PAGE 8 OF _____ PAGES |

| DATE 1993 | NR. | PROCEEDINGS |
|---|---|---|
| July 07 | 135 | Fld MO re O/A on P-1 mtn to vacate dsmsl & reopen case SET 7/26/93 @ 10:00 am, ea 30 min for O/A. cc CMC, cnsl. |
| 07 | 136 | Fld P1 aff in supt of P1 reply to D1,4,5 opp to P1 mtn for relief. |
| 12 | 137 | FLD fed deft motion to rese oral argument of 7/26. |
| 14 | 138 | Fld MO re D1 mtn to reset O/A is GRANTED as unopp; 7/26/93 VACATED & RESET 8/11/93 @ 10:00 am. cc CMC, cnsl. |
| 16 | 139 | Fld P2 non-opp to D1 mtn to vacate O/A on 7/26/93. |
| Aug 09 | 140 | Fld MO re O/A set 8/11/93 is VACATED & RESET for 8/12/93 @ 11:00 am. cc cnsl, CMC. |
| 13 | 141 | Fld CRT MIN re O/A on pltf mtn to vacate dsmsl & reopen case, P1 mtn for jud ntc of adjudicatv facts dkt #116 & mtn to lodge orig depos @ dkt 118 GRANTED, N. Day, ECR. cc cnsl. |
| 17 | 142 | Fld P1 ntc of flg depo transcripts per order @ dkt 141 (transcripts can be located in brown expando folder behind files). |
| 17 | 143 | Fld P1 ntc of availability of depo summaries. |
| 18 | 144 | FLD ORDER re; pltf mot to vacate dismissal & reopen case denied.  cy cnsl. |
| 20 | 145 | Fld D5 mtn to correct clerical mistake.re "not". |
| 25 | 146 | Fld P1 qualified non-opp to D5 mtn to correct clerical mistake. |
| 25 | 147 | Fld P1 mtn to correct clerical mistake re "42 (b) in lieu of 42(a)" in memo. |
| 25 | 148 | Fld P1 mtn to recnsdr memo & order @ dkt 144 w/att memo & exbs. |
| Sept 3 | 149 | Fld D-4 opp to P-1 mot to reconsider memo and ord of 8/17/93. |
| 10 | 150 | Fld D-1 opp to mot for reconsideration |
| 10 | 151 | Fld P-1 rply to D-4 opp to mot to recond mem & ord of 8/17/93 |
| 14 | 152 | Fld D-5 opp to mot for reconsideration. |
| 16 | 153 | Fld Pltf's notice of appeal to dkt #144. cc: Schneider, Middleton, Landon, LongacreSchmitt, Judge von der Heydt, 9CCA. |
| 16 | 154 | Fld cy 9CCA CAD's. |
| 17 | 155 | FLD pltf reply to opp by D1,5, to pltf mot to reconsider w/att exhibits. |
| 21 | 156 | Fld pltf aff of svc of transcript desig & ord form. |
| -- | 157 | NOT USED. |

Exhibit 2, p. 10

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

JUDGE VON DER HEYDT

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| OMAR STRATMAN | BRUCE BABBITT | DOCKET NO. A76-132 |
| | | PAGE ___ OF ____ PAGES |

| DATE 1993 | NR. | PROCEEDINGS |
|---|---|---|
| Sept 22 | 145 | FLD ORDER re; mot to correct clerical mistake.  cy cnsl. |
| 22 | 147 | FLD ORDER re; mot to correct clerical mistake.  cy cnsl. |
| 22 | 158 | FLD ORDER re; mot for reconsideration grted (dkt #148), Court declines to alter decision of 8/17/93.  cy cnsl. |
| Oct 6 | 159 | Fld cy 9CCA time schedule order. 93-35894. |
| 22 | 160 | Fld pltf's notice of appeal to dkt #144. cc: schneider, Schmitt, Landon, Middleton, Longacre, Judge von der Heydt, 9CCA. |
| 26 | 161 | Fld P-1 notice of transcripts non-designation. |
| 26 | 162 | Fld cy 9CCA CAD's. P-1. |
| 27 | 163 | Fld cy 9CCA certificate of record. P-1. cc: cnsl. |
| Nov 5 | 164 | Fld notice of x-appeal to dkt # 144, 158. cc: cnsl, Judge von der Heydt, 9CCA. |
| 5 | 165 | Fld D-5 Notice to appellant of addntl transcripts nedded. |
| 5 | 166 | Fld D-5 cy 9CCA CAD's. |
| 8 | 167 | Fld D-4 notice of joinder in x-appeal to dkt # 144, 158. cc: cnsl, Judge von der Heydt, 9CCA. |
| 17 | 168 | Fld D-5 notice of trans cripts non-designation. |
| 30 | 169 | Fld cy 9CCA time schedule order. 93-36006. |
| 30 | 170 | Fld cy 9CCA time schedule order. 93-36068. |
| Dec 8 | 171 | Fld P-1 notice of transcript designation & A/O-435. |
| 1994 Jan 24 | 172 | Fld REPORTERS TRANSCRIPTS. O/A ARGUMENT ON PLTF'S MOTION TO VACAT DISMISSAL AND REOPEN CASE. |
| 24 | 173 | Fld cy 9CCA certificate of record. cc: cnsl. |
| 24 | 174 | Fld D-4 motion to expunge lis pendens. |
| Feb 02 | 175 | Fld D-4 addendum to mot to expunge lis pendens w/att aff. |
| 02 | 176 | Fld P1 request for oral argument on D4 mot to expunge L. Pendens. |
| 02 | 177 | Fld P1 oppos to D4 mot to expinge L. Pendens. |
| 07 | 178 | Fld D4 replt to pltf's oppos to def's mot to expunge L. Pendens. |
| 08 | 179 | Fld D4 amended cert of service. |

Exhibit 2, p. 11

XC 111/..
Rev. 1/75)

JUDGE von der HEYDT

### CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| OMAR STRATMAN | CECIL ANDRUS | DOCKET NO. A76-132 CIVIL |
| | | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1994** | | |
| Mar 1 | 180 | Fld cy 9CCA brief schedule. 93-36006, 93-36069. |
| 11 | 181 | Fld MEMO & ORDER re D4 mot to expunge Lis Pendens (doc #174) is denied, P1 request for oral argument (doc #176) denied. Cy cnsl. |
| 18 | 182 | Fld D4 mot for part reconsider of crt Order of 3/11/94. w/atch afdvt. |
| 25 | 183 | Fld P1 opos to D4 mot for part reconsider of it's denial of D4's request to expinge certain Lis Pendens. |
| 29 | 184 | Fld cert cy 9CCA MANDATE. appeal dismissed. cc: cnsl, Judge von der Heydt. 93-36068. |
| 30 | 185 | Fld D4 reply to P1's oppos to def's mot for part reconsider. w/atch afdvt. |
| April 08 | 186 | Fld MEMO & ORDER re D4 mot for part reconsider garnted, crt declines to alter it's decision of 3/11/94. Cy cnsl. |
| 11 | 187 | Fld D4 not of flg original afdvt attchd. |
| 15 | 188 | Fld cy 9CCA ORDER re: brief schedule. 93-36006. |

*Computer Docketing Began Here at dk 189*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A76-0132--CV (JKS)
"OMAR STRATMAN ET AL V BRUCE BABBITT ET AL"

Including terminated parties, excluding terminated counsel

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
Referral Rule:
        Filed: 01/10/95
       Closed: 09/13/95

 Jurisdiction: (3) Federal Question (US Govt not a Party)
 PLF Diversity:
 DEF Diversity:

Nature of Suit: (290) Other real property actions
               28:1331 & 1391
       Origin: (1) Original Proceeding
       Demand: INJUNCTION
   Filing fee: Paid $120.00 on 07/02/76 receipt #
     Trial by:

Parties of Record:                          Counsel of Record:

| PLF 1.1 | STRATMAN, OMAR | Michael J. Schneider<br>Law Offices of Michael Schneider<br>880 N Street, Suite 202<br>Anchorage, AK 99501<br>907-277-9306<br>FAX 907-274-8201 |
|---|---|---|
| PLF 2.1 | BURTON, TONI | Toni Burton<br>Pro Per<br>P.O. Box 1681<br>Polson, MT 59860 |
| PLF 3.1 | [T] MURRAY, JOHN | No counsel found for this party! |
| PLF 4.1 | [T] DEVERS, MICHAEL | No counsel found for this party! |
| PLF 5.1 | [T] SCHAUFF, JAMES | No counsel found for this party! |
| PLF 6.1 | [T] SHAFFORD, BRIAN | No counsel found for this party! |
| DEF 1.1 | BABBITT, BRUCE | Bruce M. Landon<br>U.S. Department of Justice<br>801 B Street, Suite 504<br>Anchorage, AK 99501-3657<br>907-271-5452 |
| DEF 2.1 | ANTON LARSEN INC | No counsel found for this party! |
| DEF 3.1 | BELLS FLATS NATIVES INC | No counsel found for this party! |
| DEF 4.1 | LEISNOI INC | Edgar Paul Boyko<br>Edgar Paul Boyko & Associates<br>711 H Street, Suite 510<br>Anchorage, AK 99501<br>907-279-1000<br>FAX 907-279-8944 |

ACQS: R_VDSPI          As of Monday, April 14, 2003 at 09:10 AM by PACER-D2          Page 1

Exhibit 2, p. 13

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A76-0132--CV (JKS)
"OMAR STRATMAN ET AL V BRUCE BABBITT ET AL"

Including terminated parties, excluding terminated counsel

Parties of Record:                         Counsel of Record:

DEF 5.1          KONIAG INC                R. Collin Middleton
                                           Middleton & Timme
                                           421 W. 1st Avenue, Suite 250
                                           Anchorage, AK 99501
                                           907-276-3390

Exhibit 2, p. 14

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A76-0132--CV (JKS)
"OMAR STRATMAN ET AL V BRUCE BABBITT ET AL"
```

```
For all filing dates
```

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
    Referral Rule:
          Filed: 01/10/95
         Closed: 09/13/95

   Jurisdiction: (3) Federal Question (US Govt not a Party)
  PLF Diversity:
  DEF Diversity:

 Nature of Suit: (290) Other real property actions
                 28:1331 & 1391
         Origin: (1) Original Proceeding
         Demand: INJUNCTION
     Filing fee: Paid $120.00 on 07/02/76 receipt #
       Trial by:

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 01/04/95 | Notation: AS OF THIS DATE ALL FUTURE FILINGS ARE ON THE AUTOMATED SYSTEM. |
| 189 - 1 | 01/04/95 | PLF 1 motion & memo to dsmss &/or amend caption w/regard to stld or inactive prties. |
| 190 - 1 | 01/10/95 | Mandate from 9CCA. D.C. is reversed and remanded. cc: cnsl, Judge von der Heydt. 93-36006. |
| 192 - 1 | 01/13/95 | DEF 5 Notice to crt of recall of 12/28/94 mandate. cy attchd. |
| 191 - 1 | 01/17/95 | cert cy 9CCA order re: Mandate is hereby recalled. 93-36006. cc: cnsl, Judge von der Heydt. |
| 193 - 1 | 02/27/95 | DEF 1 Address Change Notice |
| 194 - 1 | 03/06/95 | Mandate from 9CCA. D.C. REVERSED AND REMANDED. cc: cnsl, Judge von der Heydt. |
| 195 - 1 | 03/08/95 | PLF 1 motion & memo to dsmss inactive & previously setld parties Stratman & Burton. |
| 195 - 2 | 03/08/95 | PLF 1 motion to amend caption w/regard to settled or inactive parties. |
| 196 - 1 | 03/10/95 | DEF 4 Attorney Substitution of R. Longacre for E. Paul Boyko. Cy cnsl |
| 197 - 1 | 03/13/95 | DEF 4 motion for stay pending petition for certorari w/atch memo |
| 198 - 1 | 03/14/95 | DEF 4 (Amended) Certificate of service re: DEF 4 motion for stay pending petition for certorari w/atch memo (197-1) |
| 199 - 1 | 03/15/95 | Unopposed motion & Order that Burton has till 4/11/95 to file an oppos to Stratman's mot to dsmss her claims. Cy cnsl |
| 200 - 1 | 03/15/95 | DEF 4 motion for ext of time in which to respond to mot to dsmss & to dscvy until crt rules on mot for stay. w/atch memo. |

Exhibit 2, p. 15

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A76-0132--CV (JKS)
"OMAR STRATMAN ET AL V BRUCE BABBITT ET AL"

─ For all filing dates ─

| Document # | Filed | Docket text |
|---|---|---|
| 201 - 1 | 03/22/95 | PLF 1 opposition to DEF 4 motion for ext of time in which to respond to mot to dsmss & to dscvy until crt rules on mot for stay. w/atch memo. (200-1) w/atch exhibits. |
| 202 - 1 | 03/24/95 | PLF 1 motion for preliminary injunction w/atch memo, afdvt & exhibits. |
| 203 - 1 | 03/24/95 | PLF 1 Request for Oral Argument re: PLF 1 motion for preliminary injunction w/atch memo, afdvt & exhibits. (202-1) |
| 204 - 1 | 03/24/95 | PLF 1 motion on short time to hear & decide P-1 mot for prelim injunct. w/atch afdvt. |
| 205 - 1 | 03/24/95 | PLF 1 opposition to DEF 4 motion for stay pending petition for certorari w/atch memo (197-1) |
| 206 - 1 | 03/24/95 | DEF 5 (partial) opposition to PLF 1 motion & memo to dsmss &/or amend caption w/regard to stld or inactive prties. (189-1), PLF 1 motion & memo to dsmss inactive & previously setld parties Stratman & Burton. (195-1), PLF 1 motion to amend caption w/regard to settled or inactive parties. (195-2) |
| 207 - 1 | 03/28/95 | DEF 4 motion for summary judgement w/atch exhibits |
| 208 - 1 | 03/28/95 | JAV Order staying motion & memo to dsmss &/or amend caption w/regard to stld or inactive prties (189-1), motion & memo to dsmss inactive & previously setld parties Stratman & Burton (195-1), motion to amend caption w/regard to settled or inactive parties. (195-2), motion for stay pending petition for certorari (197-1), motion for ext of time in which to respond to mot to dsmss & to dscvy (200-1), motion on short time to hear & decide P-1 mot for prelim injunct (204-1) |
| 209 - 1 | 03/29/95 | PLF 1 reply to opposition to PLF 1 motion & memo to dsmss &/or amend caption w/regard to stld or inactive prties. (189-1), PLF 1 motion & memo to dsmss inactive & previously setld parties Stratman & Burton. (195-1), PLF 1 motion to amend caption w/regard to settled or inactive parties. (195-2) |
| 210 - 1 | 03/29/95 | PLF 1 Request for Oral Argument re: PLF 1 motion & memo to dsmss &/or amend caption w/regard to stld or inactive prties. (189-1), PLF 1 motion & memo to dsmss inactive & previously setld parties Stratman & Burton. (195-1), PLF 1 motion to amend caption w/regard to settled or inactive parties. (195-2) |
| 211 - 1 | 03/30/95 | PLF 1 motion for relief from order of 3/28/95 staying proceedings |
| 212 - 1 | 04/04/95 | DEF 4 Notice that it will not file its oppos to Statman's 3/30 mot until such time as the stay is lifted. |
| 213 - 1 | 04/05/95 | JAV Order denying motion for stay pending petition for certorari (197-1); granting motion on short time to hear & decide P-1 mot for prelim injunct (204-1), motion for relief from order of 3/28/95 staying proceedings (211-1); terminating in light of this order: motion for ext of time in which to respond to mot to dsmss & to dscvy (200-1); staying motion & memo to dsmss &/or amend caption w/regard to stld or inactive prties (189-1), motion & memo to dsmss inactive & previously setld parties Stratman & Burton (195-1), motion to amend caption w/regard to settled or inactive parties. (195-2), motion for summary judgement |

ACQS: R_VDSDI                  As of 04/14/03 at 09:11 AM by PACER-D2                  Page 2

Exhibit 2, p. 16

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A76-0132--CV (JKS)
                     "OMAR STRATMAN ET AL V BRUCE BABBITT ET AL"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | (207-1)JAV Order jdgmnt of dsmssl is vacated, 3/28/95 stay order is vacated; oppos to mot for PI due 4/10/95, reply due 4/12/95, oral argument set for 4/14/95 at 9:30 a.m. Cy cnsl, CMC. |
| 214 - 1 | 04/06/95 | PLF 1 Affidavit of service of 4/5/85 JAV orders. |
| 215 - 1 | 04/10/95 | DEF 4 opposition to PLF 1 motion for preliminary injunction (202-1). w/atch exhibits. |
| 216 - 1 | 04/12/95 | PLF 2 opposition to PLF 1 motion & memo to dsmss &/or amend caption w/regard to stld or inactive prties. (189-1), PLF 1 motion & memo to dsmss inactive & previously setld parties Stratman & Burton. (195-1), PLF 1 motion to amend caption w/regard to settled or inactive parties. (195-2) |
| 217 - 1 | 04/12/95 | PLF 1 reply to opposition to PLF 1 motion for preliminary injunction.(202-1)  w/atch exhibits. |
| 218 - 1 | 04/13/95 | DEF 5 Supplemental response to reply re: PLF 1 motion to amend caption w/regard to settled or inactive parties. (195-2) Cy afdvt |
| 219 - 1 | 04/13/95 | DEF 4 Notice of additional cases & afdvts def may discuss at OA's. w/atch exhibits. |
| 220 - 1 | 04/14/95 | JAV Court Minutes [ECR: Natalie Day] re OA on pltf Stratman's mot for prelim injunct, crt to notify parties in writing re decision. |
| 221 - 1 | 04/18/95 | JAV Order denying w/o prej motion & memo to dsmss &/or amend caption (189-1), motion & memo to dsmss inactive/settled ptys Stratman & Burton (195-1), motion to amend caption w/regard to settled or inactive parties (195-2), motion for preliminary injunction (202-1) each pty to pay it's own costs & attrny fees. That stay of proceedings shall continue pending a Rule 16 pre-trial schedule & mgmnt conf to be set by order. Cy cnsl |
| 222 - 1 | 04/18/95 | DEF 4 Notice of filing three attched afdvts. |
| 223 - 1 | 04/18/95 | DEF 1 motion for extension of time till 5/3/95 to respond to dscvy requests |
| 224 - 1 | 04/20/95 | JAV Order that PTC set for 5/1/95 at 9:30 in open crt, parties statements due 4/27/95. Cy cnsl, CMC |
| 225 - 1 | 04/20/95 | PLF 1 Appeal to 9CCA from denial of prelim. inj. cc: cnsl, Judge von der Heydt, 9CCA. |
| 226 - 1 | 04/20/95 | PLF 1 Transcript Designation/Order Form. |
| 227 - 1 | 04/21/95 | PLF 1 motion for injunction pending appeal w/atch memo & afdvt. |
| 228 - 1 | 04/24/95 | DEF 4 Notice that it does not intend to respond to pleadings fld during pendancy of crt-imposed stay until after the status conf or until crt lifts stay. |
| 229 - 1 | 04/25/95 | DEF 1 Status Report re: further judicial proceedings |
| 230 - 1 | 04/25/95 | Reporters Transcript re: Oral Argument on PLF 1 Motion for Preliminary Injunction; held 04/14/95; EDR Day |

Exhibit 2, p. 17

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A76-0132--CV (JKS)
"OMAR STRATMAN ET AL V BRUCE BABBITT ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 231 - 1 | 04/26/95 | cy 9CCA Certificate of Record. cc: cnsl. |
| 232 - 1 | 04/27/95 | PLF 1 Report re: status of case. w/atch afdvt. |
| 233 - 1 | 04/27/95 | DEF 4 Report re: status of case. |
| 234 - 1 | 04/27/95 | DEF 5 Report re: status of case. |
| 235 - 1 | 05/01/95 | JAV Court Minutes [ECR: Linda Christensen] re PTC; cnsl to file any new mot's due in 30 days w/30 days for responses & 14 days for replies, crt directed Mr. Schneider file a stip after discussions are held. Cy cnsl |
| 236 - 1 | 05/01/95 | DEF 4 opposition to PLF 1 motion for injunction pending appeal (227-1) w/atch exhibits. |
| 237 - 1 | 05/01/95 | JAV Order denying motion for injunction pending appeal (227-1) Cy cnsl |
| 238 - 1 | 05/02/95 | cy 9CCA Order re: time schedule. 95-35376. |
| 239 - 1 | 05/10/95 | DEF 1 Notice of lodging of alternative proposed scheduling order pursuant to crt's order of 5/1/95 |
| 240 - 1 | 05/11/95 | JAV Order ptys shall confer & stip or rpt by 5/25/95 on discvy needed for threshold issues only; all other discvy stayed [terminating in light of this order: motion for extension of time till 5/3/95 to respond to dscvy requests (223-1)] Def's brief due 6/1/95, oppos due 7/1/95, reply due 7/14/95 cc:cnsl. |
| 241 - 1 | 05/17/95 | HRH Minute Order reassigning case to Judge Singleton per random assignment; parties to use case number A76-0132-CV (JKS). cc cnsl, Judge von der Heydt, Judge Singleton |
| 242 - 1 | 05/25/95 | PLF 1 Report re:status of dvry and disputes releated thereto. |
| 243 - 1 | 05/25/95 | PLF 1 motion for compelling discovery |
| 244 - 1 | 05/31/95 | JKS Minute Order that dvry conf set for 6/2/95 at 1:15pm. cc cnsl |
| 245 - 1 | 06/01/95 | DEF 4 motion to dismiss for lack of subject matter jurisdiction with att/memo and exhbt. |
| 246 - 1 | 06/01/95 | DEF 4 motion for summary judgment re: congressional ratification of status as a validly certified Native Village Corporation w/att exhbt. |
| 247 - 1 | 06/01/95 | DEF 4 motion to expunge Lis Pendens re: D-4's property w/att memo and exhbt. |
| 248 - 1 | 06/01/95 | DEF 4 motion for s/j re: preclusive effect of Stratman's stlmnt w/Koniag, Inc. with att/memo |
| 249 - 1 | 06/01/95 | DEF 1 motion for summary judgment on threshold issues with att exhbt. |
| 250 - 1 | 06/01/95 | DEF 5 motion for s/j re: sect 1427 Ak Nat'l Interest Lands Conservation Act with att memo, aff and exhbts. |
| 251 - 1 | 06/01/95 | DEF 5 motion for s/j re: 1990 stlmnt agreement w/att memo and exhbt |

Exhibit 2, p. 18

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A76-0132--CV (JKS)
"OMAR STRATMAN ET AL V BRUCE BABBITT ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 252 - 1 | 06/06/95 | JKS Court Minutes [ECR: Jan Welch] re: dvry conf [6/2/95]; crt hrd proposed stip; crt to issue order. cc cnsl |
| 253 - 1 | 06/07/95 | PLF 1 Notice of lodging order re compelling production. |
| 254 - 1 | 06/08/95 | DEF 1 Report (stipulates) re: threshold issue number four of court order (5-11-95) w/regard to Section 1427 (ANILCA). |
| 255 - 1 | 06/09/95 | JKS Order granting motion for compelling discovery (243-1); parties ordered to produce, respond or otherwise provide discovery as set forth in this order.  cc cnsl |
| 256 - 1 | 06/15/95 | PLF 1 Notice of Filing Administrative Record and Documents w/attch exhbts. |
| 257 - 1 | 06/30/95 | PLF 1 opposition to DEF 4 motion to expunge Lis Pendens re: D-4's property . (247-1) |
| 258 - 1 | 06/30/95 | PLF 1 opposition to DEF 4 motion for summary judgement  (207-1) |
| 259 - 1 | 06/30/95 | PLF 1 opposition to DEF 4 motion for s/j re: preclusive effect of Stratman's stlmnt w/Koniag, Inc. with att/memo (248-1), DEF 5 motion for s/j re: 1990 stlmnt agreement w/att memo and exhbt (251-1) |
| 260 - 1 | 06/30/95 | PLF 1 opposition to DEF 4 motion for summary judgment re: congressional ratification of status as a validly certified Native Village Corporation (246-1), DEF 5 motion for s/j re: sect 1427 Ak Nat'l Interest Lands Conservation Act (250-1) w/att exhs. |
| 261 - 1 | 07/06/95 | PLF 1 Notice of filing original aff of O. Stratman re: plft memo in opp to mots for s/j re: 1990 Koniag Sltmnt Agreement. w/att aff. |
| 262 - 1 | 07/06/95 | Stipulation and Order [notice to the court re: clerical error]  that plft file responses to 4 of the 5 threshold issues by COB 6/30/95;plft to file response to the 'exhaustion" issue by COB 7/17/95; rply to be filed 8/22/95. cc cnsl |
| 263 - 1 | 07/11/95 | JKS Order denying motion to expunge Lis Pendens re: D-4's property (247-1) cc: cnsl |
| 264 - 1 | 07/17/95 | PLF 1 motion for extension of time of 7 days to file memorandum in opposition to Leisnoi's mot re: exhaustion of  administrative remedies.w/att aff. |
| 265 - 1 | 07/20/95 | PLF 1 reply to opposition to PLF 1 motion for extension of time of 7 days to file memorandum in opposition to Leisnoi's mot re: exhaustion of administrative remedies.w/att aff. (264-1) |
| 266 - 1 | 07/21/95 | DEF 4 motion for reconsideration of court order dtd 7/11/95 |
| 267 - 1 | 07/24/95 | PLF 1 Supplement re: PLF 1 motion for injunction pending appeal (227-1) |
| 268 - 1 | 07/24/95 | PLF 1 opposition to DEF 4 motion to dismiss for lack of subject matter jurisdiction with att/memo and exhbt. (245-1), DEF 1 motion for summary judgment on threshold issues with att exhbt. (249-1) |

Exhibit 2, p. 19

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A76-0132--CV (JKS)
"OMAR STRATMAN ET AL V BRUCE BABBITT ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 266 - 2 | 07/25/95 | JKS Order denying motion for reconsideration of court order dtd 7/11/95 (266-1) cc cnsl |
| 269 - 1 | 07/25/95 | DEF 4 motion to strike overlength, late opposition to motions to dismiss for failure to exhaust administrative remedies w/att memo.. |
| 270 - 1 | 07/26/95 | DEF 4 motion for 60dy stay of all proceedings w/att memo & exhbts. |
| 271 - 1 | 07/26/95 | Motion for shorten time re: motion for 60 dy stay of proceedings |
| 272 - 1 | 07/27/95 | JKS Order denying motion for shorten time re: motion for 60 dy stay of proceedings (271-1) cc cnsl |
| 273 - 1 | 07/31/95 | DEF 4 opposition to PLF 1 motion for extension of time of 7 days to file memorandum in opposition to Leisnoi's mot re: exhaustion of administrative remedies.w/att exhbt.  (264-1) |
| 274 - 1 | 07/31/95 | DEF 4 Errata to oppo [#273] re: PLF 1 motion for extension of time of 7 days to file memorandum in opposition to Leisnoi's mot re: exhaustion of administrative remedies (264-1) |
| 275 - 1 | 08/01/95 | PLF 1 opposition to DEF 4 motion to strike overlength, late opposition to motions to dismiss for failure to exhaust administrative remedies (269-1) |
| 276 - 1 | 08/02/95 | PLF 1 opposition to DEF 4 motion for 60dy stay of all proceedings w/att aff. (270-1) |
| 277 - 1 | 08/04/95 | DEF 4 Errata re: DEF 4 motion for 60dy stay of all proceedings w/att exhbts. (270-1) |
| 278 - 1 | 08/08/95 | DEF 4 reply to opposition to DEF 4 motion for 60dy stay of all proceedings w/att exhbts. (270-1) |
| 279 - 1 | 08/09/95 | Transcript of pretrial conf held 5/1/95. |
| 280 - 1 | 08/09/95 | DEF 4 reply to opposition to DEF 4 motion to strike overlength, late opposition to motions to dismiss for failure to exhaust administrative remedies w/att exhbts. (269-1) |
| 281 - 1 | 08/14/95 | DEF 4 reply to opposition to DEF 4 motion for summary judgment re: res judicata & collateral estoppel (207-1) |
| 282 - 1 | 08/21/95 | Unopposed Motion for ext of time till 9/6/95 for fed deft to rply to plft oppo to fed deft's mot for summary judgment. cc cnsl |
| 283 - 1 | 08/22/95 | PLF 1 Supplemental oppo re: DEF 4 motion for 60dy stay of all proceedings w/att exhbts. (270-1) |
| 284 - 1 | 08/22/95 | DEF 4 joinder in replys to oppo of plft by Koniag, Inc and Fed. deft re: dkt # 245, 246,& 248. |
| 285 - 1 | 08/22/95 | DEF 4 reply to opposition to motion to expunge lis pendens w/att exbht. |
| 286 - 1 | 08/23/95 | DEF 5 motion to accept late filed briefs w/ proposed reply to mot for SJ re settle agreemnt & reply to mot for SJ per sec 1427 of ANILCA, attached. |

ACQS: R_VDSDI                    As of 04/14/03 at 09:11 AM by PACER-D2                    Page 6

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A76-0132--CV (JKS)
"OMAR STRATMAN ET AL V BRUCE BABBITT ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 287 - 1 | 08/23/95 | DEF 5 Request for Oral Argument re: DEF 5 motion for s/j re: sect 1427 Ak Nat'l Interest Lands Conservation Act (250-1), DEF 5 motion for s/j re: 1990 stlmnt agreement (251-1). |
| 288 - 1 | 08/24/95 | DEF 4 reply to opposition [supplemental response] to DEF 4 motion for 60dy stay of all proceedings w/att exhbts. (270-1) |
| 289 - 1 | 08/25/95 | PLF 2 motion to withdraw of counsel upon consent |
| 290 - 1 | 09/06/95 | DEF 1 reply to opposition to DEF 1 motion for summary judgment on threshold issues with att exhbt. (249-1) |
| 291 - 1 | 09/06/95 | PLF 1 Notice of filing certified cipy of Kodiak Island Borough Resolution No. 95-36. |
| 292 - 1 | 09/13/95 | JKS Order denying motion for summary judgement (207-1), motion to dismiss for lack of subject matter jurisdiction (245-1), motion for summary judgment re: congressional ratification of status (246-1), motion for s/j re: preclusive effect of Stratman's stlmnt w/Koniag, Inc. (248-1), motion for summary judgment on threshold issues (249-1), motion for s/j re: sect 1427 Ak Nat'l Interest Lands Conservation Act (250-1), motion for s/j re: 1990 stlmnt agreement (251-1), motion to strike overlength, late opposition to motions to dismiss for failur (269-1), motion for 60dy stay of all proceedings (270-1); granting motion for extension of time of 7 days to file memorandum in opposition to (264-1), motion to accept late filed briefs (286-1) ;request for o/a at skt # 287 is denied; this case is remanded to the administrative agency for consideration not inconsistent with this order. cc cnsl |
| 293 - 1 | 09/13/95 | DEF 5 reply to opposition to mot for s/j purusant to the 1990 slmnt agreement. |
| 294 - 1 | 09/13/95 | DEF 5 reply to opposition to mot for s/j purusuant to section 1427 of ANILCA |
| 289 - 2 | 09/14/95 | JKS Order granting motion to withdraw of counsel upon consent (289-1) cc cnsl |
| 295 - 1 | 09/15/95 | PLF 1 motion for status conference to discuss the form and substance of the courts order of remand to IBLA. |
| 296 - 1 | 09/20/95 | DEF 5 Address Change Notice of law firm |
| 297 - 1 | 09/21/95 | DEF 5 motion for reconsideration of the Court Order on 9/12/95 denying Koniag motion for summary judgment w/att memo |
| 298 - 1 | 09/22/95 | JKS Order that all parties wishing to do so should set out their factual and legal views on the issues re: dkt # 295 in a position paper and file by 10/23/95; after reviw the court will decide whether a further conf will be worthwhile. cc cnsl |
| 299 - 1 | 09/28/95 | JKS Order denying motion for reconsideration of the Court Order on 9/12/95 denying Koniag motio (297-1). cc cnsl |
| 300 - 1 | 10/17/95 | DEF 5 motion to amend order of 9/28/95 to include statement prescribed by 28:1292[b] |

Exhibit 2, p. 21

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A76-0132--CV (JKS)
                  "OMAR STRATMAN ET AL V BRUCE BABBITT ET AL"

                           For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 301 - 1 | 10/19/95 | DEF 4 non-opposition to DEF 5 motion to amend order of 9/28/95 to include satement prescribed by 28:1292[b] (300-1) |
| 302 - 1 | 10/23/95 | DEF 4 Report re: position papers re: court order 9/22/95 with att exhbts. |
| 303 - 1 | 10/23/95 | DEF 1 opposition to PLF 1 motion for status conference to discuss the form and substance of the courts order of remand to IBLA. (295-1) with att exhbts. |
| 304 - 1 | 10/23/95 | PLF 1 Report re: position paper re; court order of 9/22/95 with att exhbts. |
| 305 - 1 | 10/23/95 | DEF 5 opposition to PLF 1 motion for status conference to discuss the form and substance of the courts order of remand to IBLA. (295-1) . |
| 306 - 1 | 10/27/95 | DEF 4 Report[notice] re: position vis-a-vis plaintiff's so-called positon paper. |
| 307 - 1 | 11/01/95 | PLF 1 opposition to DEF 5 motion to amend order of 9/28/95 to include satement prescribed by 28:1292[b] (300-1) |
| 308 - 1 | 11/08/95 | DEF 5 reply to opposition to DEF 5 motion to amend order of 9/28/95 to include satement prescribed by 28:1292[b] (300-1) w/att exhbts |
| 309 - 1 | 11/21/95 | JKS Order denying motion for status conference to discuss the form and substance of the courts (295-1), motion to amend order of 9/28/95 to include satement prescribed by 28:1292[b] (300-1); clk to enter judgment remanding this case to the IBLA to determine if Lesnois is a phantom village. cc cnsl [Judgement forwarded to Judge] |
| 310 - 1 | 11/21/95 | JKS Judgment remanding this case to IBLA. cc cnsl O/J 9693 |
| 311 - 1 | 04/03/96 | PLF 1 motion for judicial assistance in promoting the public interest in acquiring termination point with attched exhbt. |
| 311 - 2 | 04/04/96 | JKS Order denying motion for judicial assistance in promoting the public interest in acquiring (311-1) cc cnsl |
| 312 - 1 | 04/05/96 | DEF 4 opposition to Stratman's motion for judicial assistance and cross motion to strike same. |
| 313 - 1 | 04/22/96 | PLF 1 opposition to motion for rule 11 sanctions against M. Schneider w/att exhbts |
| NOTE - 2 | 05/23/96 | Notation: ENTIRE CASE FILE SENT TO 9CCA. |
| 314 - 1 | 06/14/96 | Fld cert cy Mandate from 9CCA. 95-35376. Appeal DISMISSED. cc: cnsl, Judge Singleton. |
| 315 - 1 | 06/14/96 | Fld cert cy 9CCA Bill of Costs. 95-35376. cc: cnsl, Judge Singleton. |
| NOTE - 3 | 06/19/96 | Notation: ENTIRE FILE RETURNED FROM 9CCA. |
| 316 - 1 | 06/24/96 | Fld cert cy 9CCA AMENDED Bill of Costs. 95-35376. w/attached memorandum. cc: cnsl, Judge Singleton. |

Exhibit 2, p. 22

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A76-0132--CV (JKS)
                  "OMAR STRATMAN ET AL V BRUCE BABBITT ET AL"

                            For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 317 - 1 | 08/08/96 | PLF 1 motion for preliminary injunction with att memo and exhbts. |
| 318 - 1 | 08/16/96 | Stipulation and Order for enlargement of time to respond to motion for preliminary injunction till 8/30/96. cc cnsl |
| 319 - 1 | 08/21/96 | DEF 1 motion to strike Stratman's motion for preliminary injunction filed 8/8/96 w/att aff and exhbts. |
| 320 - 1 | 08/21/96 | DEF 1 motion to stay briefing on Stratman's motion for preliminary injunction until 14dys after the crt rules on d-1 motion to strike Stratman's mot re: prelim injunction. |
| 321 - 1 | 08/26/96 | DEF 4 motion to strike Stratman's post-final judgment motion for preliminary injunction due to an absence of federal subject matter jurisdiction w/att memo. |
| 322 - 1 | 08/26/96 | DEF 4 joinder to DEF 1 motion to stay briefing on Stratman's motion for preliminary injunction until 14dys after the crt rules on d-1 motion to strike Stratman's mot re: prelim injunction. (320-1) |
| 323 - 1 | 08/30/96 | DEF 5 joinder to DEF 1 motion to stay briefing on Stratman's motion for preliminary injunction until 14dys after the crt rules on d-1 motion to strike Stratman's mot re: prelim injunction. (320-1) |
| 324 - 1 | 08/30/96 | DEF 5 motion to strike plft motion for preliminary injunction dated 8/8/96 w/att memo & exhbt |
| 324 - 2 | 08/30/96 | DEF 5 opposition to PLF 1 motion for preliminary injunction with att memo and exhbts. (317-1) |
| 325 - 1 | 09/03/96 | PLF 2 Address Change Notice |
| 326 - 1 | 09/05/96 | PLF 1 opposition to DEF 1 motion to strike Stratman's motion for preliminary injunction filed 8/8/96 (319-1), DEF 1 motion to stay briefing on Stratman's motion for preliminary injunction until 14dys after the crt rules on d-1 motion to strike Stratman's mot re: prelim injunction. (320-1) |
| 327 - 1 | 09/11/96 | DEF 4 Notice to court re: Lesinoi will not be filing a reply brief as Stratman failed to take issue with any of the substantive arguments raised in Lesinoi's motion to strike, accordingly, the court can proceed to rule on the motion to strike. |
| 328 - 1 | 09/17/96 | DEF 4 Notice to the court re: Omar Stratman is extracting and selling gravel beneath Leisnoi's surface estate. |
| 329 - 1 | 09/25/96 | JKS Order denying motion for preliminary injunction (317-1) for lack of jurisdiction, denying motion to strike Stratman's motion for preliminary injunction filed 8/8/96 (319-1), motion to stay briefing on Stratman's motion for preliminary injunction (320-1), motion to strike Stratman's post-final judgment motion for preliminary injunc (321-1), motion to strike plft motion for preliminary injunction dated 8/8/96 (324-1), motion at dkt #323 as moot. cc cnsl |

Exhibit 2, p. 23