IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED MAY 10 1995

MAY 1? 1995

MIDDLETON, TIMME & LUKE

| | |
|---|---|
| OMAR STRATMAN, TONI BURTON, JOHN MURRAY, and MICHAEL DEVERS, | Case No. A76-132-CV (JAV) |
| Plaintiffs, | |
| v. | SCHEDULING ORDER |
| BRUCE BABBITT, Secretary of the Interior; ANTON LARSEN, INC.; LEISNOI, INC.; and KONIAG, INC., Regional Native Corporation, | |
| Defendants. | |

FILED

MAY 11 1995

UNITED STATES DISTRICT COU
DISTRICT OF ALASKA

Pursuant to the pre-trial conference of May 1, 1995, the court and parties have identified five threshold issues in this action:

1. Whether the court should dismiss this action for failure of plaintiff Omar Stratman (hereinafter "plaintiff") to exhaust his administrative remedies;

2. Whether res judicata bars this action;

3. Whether plaintiff's second settlement agreement with Koniag, Inc. contractually precludes Stratman from proceeding against Leisnoi, Inc.;

4. Whether Section 1427 of the Alaska National Interest Lands Conservation Act constitutes congressional ratification of Leisnoi's eligibility thus barring plaintiff's action; and

5. Whether plaintiff's lis pendens should be expunged.

SCHEDULING ORDER                  - 1 -

0376

Exhibit 4, p. 1

1  Defendants may file briefs on any or all of those
2  threshold issues by June 1, 1995. Plaintiff's opposition shall
3  be filed by July 1, 1995. Defendants' replies shall be filed by
4  July 14, 1995.
5  Defendant Leisnoi has already filed a brief on the res
6  judicata issue. Koniag and federal defendant may address the res
7  judicata issue in their June 1, 1995 brief. Plaintiff's response
8  to both Leisnoi's res judicata brief and any res judicata argu-
9  ments contained in Koniag's or federal defendant's June 1, 1995
10 briefs shall be included in plaintiff's July 1, 1995 brief.
11 If the court does not resolve this action on one of the
12 five threshold issues, the court will remand the matter to the
13 Interior Board of Land Appeals for a determination of Leisnoi's
14 eligibility.
15 All motions other than those relating to the threshold
16 issues are stayed. All discovery other than discovery necessary
17 for a resolution of the threshold issues is stayed. The parties
18 shall confer and attempt to reach a stipulation specifying which
19 discovery requests shall be answered because they are necessary
20 for resolution of the threshold issues. The parties shall file
21 such a stipulation or a report to the court setting forth the
22 disagreements of the parties by May 25, 1995.

DATED: May 11, 1995            /s/ James A. von der Heydt
                               U.S. DISTRICT COURT JUDGE

A76-0132--CV (JAV)
-------------------------------------------------
E. BOYKO (BOYKO)
R. MIDDLETON (MIDDLETON)
K. SCHNEIDER
B. LANDON (AUSA)
A. SCHMITT

- 2 -

0377

Exhibit 4, p. 2