# UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

## JUDGMENT IN A CIVIL CASE

OMAR STRATMAN, et al,
    Plaintiffs,

vs.

BRUCE BABBITT, et al
    Defendants.

Case Number A76-0132 CV [JKS]

____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**xx** **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT is hereby entered remanding this case to IBLA.

APPROVED:

_____
U.S. District Judge

Date: 11/21/95

PHYLLIS RHODES
Clerk

_____
(By) Deputy Clerk

A76-0132--CV [JKS]:
B. LANDON (AUSA)
T. BURTON
O/J 9693
C. BOYKO (BOYKO)
S. MIDDLETON (MIDDLETON)
K. SCHNEIDER

Exhibit 7, p. 1