John Richard Fitzgerald
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
Phone: (617) 737-8858; Fax: (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| versus ) | |
| ) | Case No. A02-0290 CV (JKS) |
| LEISNOI, INC., KONIAG, INC., and ) | |
| DIRK KEMPTHORNE, Secretary of the ) | LEISNOI, INC.'S 12(b)(1) MOTION |
| INTERIOR, ) | TO DISMISS FOR LACK OF FEDERAL |
| ) | SUBJECT MATTER JURISDICTION |
| Defendants. ) | RE: LACK OF STANDING |
| ) | |

COMES NOW, LEISNOI, INC., through counsel, MORRISON MAHONEY, LLP, and hereby moves to dismiss Omar Stratman's third amended complaint for lack of federal subject matter jurisdiction on the grounds that the administrative record fails to establish that Stratman has the requisite administrative and judicial standing to challenge the eligibility of the Native Village of Woody Island.

1197949v1

DATED this 22nd day of February, 2007.

                                                  RESPECTFULLY SUBMITTED,

/s/ John Richard Fitzgerald
Alaska Bar No. 8711084
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Phone (617) 737-8858
Fax (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com
Attorneys for Leisnoi, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2007, a copy of the foregoing was served electronically upon Collin Middleton, Esq., Bruce Landon, Esq., and Michael Schneider, Esq.

/s/ John Richard Fitzgerald