John Richard Fitzgerald
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Phone: (617) 737-8858
Fax: (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN,<br><br>    Plaintiff,<br><br>versus<br><br>LEISNOI, INC., KONIAG, INC., and<br>DIRK KEMPTHORNE, Secretary of the<br>INTERIOR,<br><br>    Defendants. | Case No. A02-0290 CV (JKS)<br><br>LEISNOI, INC.'S MOTION TO DISMISS<br>PER FEDERAL RULE OF CIVIL<br>PROCEDURE 12(b)(1) RE:<br>MOOTNESS RESULTING FROM<br>CONGRESSIONAL RATIFICATION<br>IN THE FEDERALLY RECOGNIZED<br>INDIAN TRIBE LIST ACT |

COMES NOW, LEISNOI, INC., through counsel, MORRISON MAHONEY LLP, and hereby moves, pursuant to Federal Rule of Civil Procedure 12(b)(1), to dismiss for lack of federal subject matter jurisdiction on the grounds that the Native Village of Woody Island's listing in the Tribal Entities List adopted by Congress in the Federally Recognized Indian Tribe List Act constitutes congressional ratification of Woody Island's status as an Alaska Native Village, mooting Stratman's claims.

1198106v1

DATED this 23rd day of February, 2007.

                                                      RESPECTFULLY SUBMITTED,

/s/ John Richard Fitzgerald
Alaska Bar No. 8711084
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Phone (617) 737-8858
Fax (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com
Attorneys for Leisnoi, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2007, a copy of the foregoing was served electronically upon Collin Middleton, Esq., Bruce Landon, Esq., and Michael Schneider, Esq.

/s/ John Richard Fitzgerald

---

*Stratman v. Leisnoi, Inc.*
Case No. A02-0290 CV (JKS)
Leisnoi, Inc.'s Rule 12(b)(1) Motion to Dismiss Re: Mootness from Congressional Ratification in the Federally Recognized Indian Tribe List Act
Page 2

1198106v1