John Richard Fitzgerald
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Phone: (617) 737-8858
Fax: (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| versus ) | |
| ) | Case No. A02-0290 CV (JKS) |
| LEISNOI, INC., KONIAG, INC., and ) | |
| DIRK KEMPTHORNE, Secretary of the ) | LEISNOI, INC.'S RULE 12(b)(1) |
| INTERIOR, ) | MOTION TO DISMISS FOR LACK |
| ) | OF SUBJECT MATTER JURISDICTION |
| Defendants. ) | RE: DOCTRINES OF ADMINISTRATIVE |
| ) | FINALITY AND COLLATERAL |
| ) | ESTOPPEL |

COMES NOW, LEISNOI, INC., through counsel, MORRISON MAHONEY LLP, and hereby moves, pursuant to Federal Rule of Civil Procedure 12(b)(1) to dismiss for lack of federal subject matter jurisdiction since the doctrines of administrative finality and collateral estoppel bar Stratman from challenging Woody Island's eligibility anew because no appeal was taken from the March 24, 1978 decision and order of dismissal in *Appeal of Omar Stratman*, ANCAB No. LS 77-4C, or from the August 28, 1974 final order dismissing the challenges to the certification of the Native Village of Woody Island in *In re Woody Island*, ANCAB No. VE74-46.

1198077v1

DATED this 26th day of February, 2007.

RESPECTFULLY SUBMITTED,


/s/ John Richard Fitzgerald
Alaska Bar No. 8711084
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Phone (617) 737-8858
Fax (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com
Attorneys for Leisnoi, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2007, a copy of the foregoing was served electronically upon Collin Middleton, Esq., Bruce Landon, Esq., and Michael Schneider, Esq.

/s/ John Richard Fitzgerald

*Omar Stratman v. Leisnoi, Inc.*
Case No. A02-0290 CV (JKS)
Leisnoi, Inc.'s 12(b)(1) Motion to Dismiss Re: Doctrine of Administrative Finality
Page 2

1198077v1