John Richard Fitzgerald
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Phone: (617) 737-8858
Fax: (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com
Attorneys for Defendant Leisnoi, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) )    Plaintiff, ) ) versus ) ) LEISNOI, INC., KONIAG, INC., and ) DIRK KEMPTHORNE, SECRETARY OF ) THE INTERIOR, ) )    Defendants. ) ) | Case No. A02-0290 CV (JKS) RULE 12(b)(1) MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION RE: CONGRESSIONAL RATIFICATION THROUGH ANILCA HAS MOOTED THIS CONTROVERSY |

     COMES NOW, LEISNOI, INC., through counsel, MORRISON MAHONEY LLP, and hereby moves to dismiss the Third Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of federal subject matter jurisdiction.  As is shown in the accompanying Memorandum, Congress ratified Woody Island's eligibility through enactment of section 1427 of the Alaska National Interests Lands Conservation Act, declaring therein that Leisnoi, Inc. has a right to conveyance under ANCSA, thereby MOOTING Omar Stratman's challenge to the eligibility of the Native Village of Woody Island.

DATED this 1st day of March, 2007.

RESPECTFULLY SUBMITTED,

/s/ John Richard Fitzgerald
Alaska Bar No. 8711084
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Phone (617) 737-8858
Fax (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com
Attorneys for Leisnoi, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2007 a copy of the foregoing was served electronically upon Collin Middleton, Esq., Bruce Landon, Esq., and Michael Schneider, Esq.

/s/ John Richard Fitzgerald