BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEISNOI, INC., KONIAG, INC., )<br>and DIRK KEMPTHORNE, )<br>Secretary of the Interior, )<br>)<br>Defendants. )<br>_____) | CASE NO. 3:02-CV-0290 (JKS) |

MOTION FOR EXTENSION OF TIME TO ANSWER THIRD AMENDED COMPLAINT

Defendant Dirk Kempthorne moves for an extension of time to and including May 9, 2007 in which to file their response to plaintiffs' Third Amended Complaint. Defendant Kempthorne makes this motion because defendant Leisnoi has filed five motions to dismiss, while plaintiff has moved to strike those motions to dismiss and sought a clarification of this Court's order scheduling the filing of those motions to dismiss. Defendant Kempthorne should not be required to answer the complaint until the Court has determined its jurisdiction over the

Stratman v. Leisnoi, Inc., et al.
Case No. 3:02-cv-0290
Motion for Extension of time                    1

case. In view of the current procedural posture of the case, a two month extension is reasonable.

Respectfully submitted this 9th day of March, 2007 .

                                               s/ Bruce M. Landon
BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9TH day of March, 2007, a copy of the foregoing MOTION FOR EXTENSION OF TIME TO ANSWER THIRD AMENDED COMPLAINT and a Proposed Order were served electronically to:

John R. Fitzgerald
Michael J. Schneider
Collin Middleton

s/ Bruce M. Landon
BRUCE M. LANDON

Stratman v. Leisnoi, Inc., et al.
Case No. 3:02-cv-0290
Motion for Extension of time             2