BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEISNOI, INC., KONIAG, INC., )<br>and DIRK KEMPTHORNE, )<br>Secretary of the Interior, )<br>)<br>Defendants. )<br>_____) | CASE NO. 3:02-CV-0290 (JKS)<br><br><br><br><br><br><br>(Proposed) ORDER |

The Motion for Extension of Time to Answer Third Amended Complaint by defendant

Dirk Kempthorne is GRANTED. Defendant shall have until May 9, 2007 to file an answer.


Dated: _____                    _____
                                         JAMES K. SINGLETON
                                         U.S. District Judge




Stratman v. Leisnoi, Inc., et al.
Case No. 3:02-cv-0290