Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, )<br>)<br>             Plaintiff, )<br>)<br>v. )<br>)<br>LEISNOI, INC., KONIAG, INC., and )<br>DIRK KEMPTHORNE, Secretary of the )<br>Interior, )<br>)<br>             Defendants, )<br>)<br>_____)<br>)<br>KONIAG, INC., )<br>)<br>             Counter-claimant, )<br>)<br>v. )<br>)<br>OMAR STRATMAN, )<br>)<br>             Counter-claimed )<br>             Defendant. )<br>_____) | Case No.: 3:02-cv-0290 (JKS) |

**OMAR STRATMAN'S STATEMENT OF NON-OPPOSITION TO SECRETARY KEMPTHORNE'S MOTION FOR AN EXTENSION OF TIME TO ANSWER THIRD-AMENDED COMPLAINT**

The Secretary has moved (Dk. 125) for an extension of time within which to answer Stratman's Third Amended Complaint.  Stratman has no objection to the relief sought by Secretary Kempthorne.

RESPECTFULLY submitted this 12th day of March, 2007.

> s/Michael J. Schneider
> Law Offices of Michael J. Schneider, P.C.
> 880 "N" Street, Suite 202
> Anchorage, AK 99501
> Phone: (907) 277-9306
> Fax: (907) 274-8201
> E-mail: mjspc@gci.net
> Alaska Bar No. 7510088

**CERTIFICATE OF SERVICE**
I hereby certify that *OMAR STRATMAN'S STATEMENT OF NON-OPPOSITION TO SECRETARY KEMPTHORNE'S* **MOTION FOR AN EXTENSION OF TIME TO ANSWER THIRD-AMENDED COMPLAINT** was served electronically on the 12th day of March, 2007, on Bruce M. Landon, R. Collin Middleton, and John R. Fitzgerald.

s/Michael J. Schneider