R. Collin Middleton, Esq.
Middleton & Timme, P.C.
421 West First Ave., Ste. 250
Anchorage, Alaska  99501
Ph:  907-276-3390
Fax:  907-276-8238
Email:  cmiddleton@middletontimme.com

Counsel for Defendant, Koniag, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| OMAR STRATMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. A02-0290 CV. (JKS) |
| | ) | |
| LEISNOI, INC., KONIAG, INC., and | ) | |
| GALE A. NORTON, Secretary of the | ) | |
| Interior, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ERRATA**

Koniag, through its attorney, R. Collin Middleton, Esquire states that Document

129 was filed in error.  All parties should disregard Document 129 which was filed this

afternoon at 4:26 p.m.  The correct document in response to the United States' Motion for

Extension of Time to Answer Third Amended Complaint will be filed shortly.

ERRATA    1
A02-0290-CV (JKS)

DATED at Anchorage, Alaska this 12th day of March, 2007.

MIDDLETON & TIMME, P.C.

Attorneys for Defendant
Koniag, Inc.

By /s/ R. Collin Middleton_____
    ABA #6803015
    421 West First Ave., Ste. 250
    Anchorage, AK  99501

Certificate of Service
The undersigned certifies that the
Errata was served by mail on this 12th day of
March, 2007.

Bruce M. Landon
Department of Justice
Environment & Natural Resources Division
801 "B" Street, Suite 504
Anchorage, Alaska  99501-3657

John R. Fitzgerald, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181

Michael Schneider, Esq.
880 "N" Street, Suite 202
Anchorage, Alaska  99501

/s/ R. Collin Middleton

ERRATA    2
A02-0290-CV (JKS)