R. Collin Middleton, Esq.
Middleton & Timme, P.C.
421 West First Ave., Ste. 250
Anchorage, Alaska  99501
Ph:  907-276-3390
Fax:  907-276-8238
Email:  cmiddleton@middletontimme.com

Counsel for Defendant, Koniag, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A02-0290 CV. (JKS) |
| ) | |
| LEISNOI, INC., KONIAG, INC., and ) | |
| GALE A. NORTON, Secretary of the ) | |
| Interior, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NON-OPPOSITION TO THE UNITED STATES'
REQUEST FOR ADDITIONAL TIME TO ANSWER COMPLAINT**

Koniag, through its attorney, R. Collin Middleton, Esquire has no opposition to the request of the United States to answer Mr. Stratman's Third Amended Complaint until May 9, 2007.

Non-Opposition to the United States' Req. for Additional Time to Answer Complaint    1
A02-0290-CV (JKS)

DATED at Anchorage, Alaska this 12th day of March, 2007.

        MIDDLETON & TIMME, P.C.

        Attorneys for Defendant
        Koniag, Inc.


        By /s/ R. Collin Middleton_____
            ABA #6803015
            421 West First Ave., Ste. 250
            Anchorage, AK  99501

<u>Certificate of Service</u>
The undersigned certifies that the
Non-Opposition to the United States' Request
For Additional Time to Answer Complaint
was served by mail on this 12th day of
March, 2007.

Bruce M. Landon
Department of Justice
Environment & Natural Resources Division
801 "B" Street, Suite 504
Anchorage, Alaska  99501-3657

John R. Fitzgerald, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181

Michael Schneider, Esq.
880 "N" Street, Suite 202
Anchorage, Alaska  99501

<u>/s/ R. Collin Middleton</u>