R. Collin Middleton, Esq.
Middleton & Timme, P.C.
421 West First Ave., Ste. 250
Anchorage, Alaska  99501
Ph:  907-276-3390
Fax:  907-276-8238
Email:  cmiddleton@middletontimme.com

Counsel for Defendant, Koniag, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A02-0290 CV. (JKS) |
| ) | |
| LEISNOI, INC., KONIAG, INC., and ) | |
| GALE A. NORTON, Secretary of the ) | |
| Interior, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**UNOPPOSED MOTION TO EXTEND BRIEFING**

Koniag, through its attorney, R. Collin Middleton, Esquire moves that it be granted until March 30th to file its motions to dismiss on jurisdictional grounds, and accordingly Mr. Stratman may have until May 1, 2007 to answer all motions to dismiss, and defendants may have until May 16, 2007 to reply.

Mr. Schneider, on behalf of Mr. Stratman, agrees with this schedule, as do Mr. Landon of the Department of Justice and Mr. Fitzgerald for Leisnoi, Inc.

DATED at Anchorage, Alaska this 14th day of March, 2007.

          MIDDLETON & TIMME, P.C.

          Attorneys for Defendant
          Koniag, Inc.


          By /s/ R. Collin Middleton_____
              ABA #6803015
              421 West First Ave., Ste. 250
              Anchorage, AK  99501

Certificate of Service
The undersigned certifies that the Unopposed Motion to Extend Briefing was served by mail on this 14th day of March, 2007.

Bruce M. Landon
Department of Justice
Environment & Natural Resources Division
801 "B" Street, Suite 504
Anchorage, Alaska  99501-3657

John R. Fitzgerald, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181

Michael Schneider, Esq.
880 "N" Street, Suite 202
Anchorage, Alaska  99501

/s/ R. Collin Middleton