R. Collin Middleton, Esq.
Middleton & Timme, P.C.
421 West First Ave., Ste. 250
Anchorage, Alaska  99501
Ph:  907-276-3390
Fax: 907-276-8238
Email: cmiddleton@middletontimme.com

Counsel for Defendant, Koniag, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. A02-0290 CV. (JKS) |
| | ) |
| LEISNOI, INC., KONIAG, INC., and GALE A. NORTON, Secretary of the Interior, | ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**ORDER GRANTING MOTION TO EXTEND BRIEFING**

UPON CONSIDERATION of Koniag, Inc.'s Unopposed Motion To Extend Breifing,  it is ORDERED that Koniag's motion is GRANTED.  Koniag, Inc.'s motions to dismiss on jurisdictional grounds are due on March 30, 2007, Mr. Stratman shall have until May 1, 2007 to answer all motions to dismiss, and defendants may have until May 16, 2007 to reply.

ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING - 1
A02-0290-CV (JKS)

DATED this ____ day of _____, 2007.

_____
James K. Singleton
U.S. District Court Judge