BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) | |
| ) | CASE NO. 3:02-cv-0290 (JKS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEISNOI, INC., KONIAG, INC., ) | |
| and DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, ) | |
| ) | |
| Defendants. ) | |
| ) | |

UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER

Federal defendants move for a modification of the scheduling order (docket # 103) in this action. That scheduling order directed that "Motions to Dismiss, if any, by the Defendants are due Thursday, March 22, 2007, with a response due Monday, April 23, 2007 and reply Tuesday, May 8, 2007." Defendant Leisnoi has filed a number of motions to dismiss. Docket #, 107, 109, 11, 118, 120. Plaintiff Stratman has moved to strike or stay all but Docket # 120 and has additionally requested clarification of the scheduling order. Docket # 126. Given the motion to

strike and uncertainty about what motions to dismiss are to be filed, federal defendants move for an order extending the due date for motions to dismiss until fourteen days after the Court issues a decision on the Plaintiffs' Motion to Strike (on which briefing is not yet complete). The due date for oppositions would be thirty days thereafter. The due date for replies would be fifteen days after the due date for the oppositions.

Counsel for all parties have authorized the undersigned to represent that this motion is unopposed. A proposed order is attached.

Respectfully submitted this 22nd day of March, 2007.

S/ Bruce M. Landon
BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
907-271-5452
Facsimile: 907-271-5827

Attorney for Federal Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of March, 2007, a copy of the foregoing UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER with a Proposed Order were served electronically to the following:

Collin Middleton
John R. Fitzgerald
Michael J. Schneider
Collin Middleton

s/Bruce M. Landon
BRUCE M. LANDON