BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| OMAR STRATMAN, | ) | |
| | ) | CASE NO. 3:02-cv-0290 (JKS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEISNOI, INC., KONIAG, INC., | ) | |
| and DIRK KEMPTHORNE, | ) | |
| Secretary of the Interior, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PROPOSED ORDER

Federal Defendant's Unopposed Motion for Modification of Scheduling Order (Docket #_) is hereby GRANTED. Defendants shall have until fourteen days from the date the Court issues its decision on Plaintiff's Motion to Strike or Stay Leisnoi's Motion's to Dismiss, and Request for Clarification of the Cour's Order of January 18, 2007 (Docket # 126). Oppositions

to Motions to Dismiss shall be due thirty days thereafter.  Replies shall be due fifteen days after the due date for Oppositions.

Dated: _____
JAMES K. SINGLETON
United States District Judge