BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) | |
| ) | CASE NO. 3:02-cv-0290 (JKS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEISNOI, INC., KONIAG, INC., ) | |
| and DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, ) | |
| ) | |
| Defendants. ) | |
| ) | |

UNOPPOSED MOTION FOR EXTENSION OF TIME

Federal defendants move for an extension of time to and including April 9, 2007, in which to respond to plaintiff's Motion to Strike or Stay Leisnoi's Motions to Dismiss, and Request for Clarification of the Court's Order of January 18, 2007 (Docket # 126).  Federal defendants make this motion because they are in discussions with the other parties to determine whether all parties can develop a joint proposal for modification of the scheduling order that would moot the Motion to Strike.  Federal defendants believe that allowing those discussions to

Stratman v. Leisnoi,  3:02-cv-0290 (JKS)
Mot. For Ext.                                                    1

continue would further judicial economy.

Counsel for all parties have authorized the undersigned to represent that this motion is unopposed.

Respectfully submitted this 27th day of March, 2007 .

> S/ Bruce M. Landon
> BRUCE M. LANDON
> DEPARTMENT OF JUSTICE
> Environment & Natural Resources Division
> 801 B Street, Suite 504
> Anchorage, Alaska 99501-3657
> Telephone: 907-271-5452
> Facsimile: 907-271-5827
> Email: bruce.landon@usdoj.gov
>
> Attorney for Federal Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of March , 2007, a copy of the foregoing Motion for Extension and Proposed Order were served electronically to the following:

John R. Fitzgerald
Michael J. Schneider
Collin Middleton

s/ Bruce M. Landon
Bruce M. Landon