BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) | |
| ) | CASE NO.  3:02-cv-0290 (JKS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEISNOI, INC., KONIAG, INC., ) | |
| and DIRK KEMPTHORNE, ) | (PROPOSED) ORDER |
| Secretary of the Interior, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Federal defendant's unopposed motion (Docket # ) for an extension of time to and including April 9, 2007, in which to respond to plaintiff's Motion to Strike or Stay Leisnoi's Motions to Dismiss, and Request for Clarification of the Court's Order of January 18, 2007, is hereby GRANTED.

Dated: _____
              JAMES K. SINGLETON
              United States District Judge.