Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| OMAR STRATMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEISNOI, INC., KONIAG, INC., and | ) | |
| DIRK KEMPTHORNE, Secretary of the | ) | |
| Interior, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| _____) | | |
| | ) | |
| KONIAG, INC., | ) | |
| | ) | |
| Counter-claimant, | ) | Case No.:  3:02-cv-0290 (JKS) |
| | ) | |
| v. | ) | |
| | ) | |
| OMAR STRATMAN, | ) | |
| | ) | |
| Counter-claimed | ) | |
| Defendant. | ) | |
| _____) | | |

## OMAR STRATMAN'S MOTION FOR AN ORDER RECALLING THE FILE IN CASE NO. A76-132 CV (JKS)

This matter is a continuation of the case cited in the caption.  In a recent effort to reconstruct a missing or lost file, the undersigned discovered that the physical file is archived in Seattle.  It has been assigned accession no. 21-97-0089.  Its location number is 718868.  Because many of the issues now placed, or soon to be placed, before the Court by the various defending parties, have already been addressed in 1995 in the predecessor litigation, Mr. Stratman requests that the Court issue an order recalling the subject file from archives.  We have suggested a form of order and attach same hereto.

RESPECTFULLY submitted this 29 day of March, 2007.


s/Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
Phone: (907) 277-9306
Fax: (907) 274-8201
E-mail: mjspc@gci.net
Alaska Bar No. 7510088


**CERTIFICATE OF SERVICE**
I hereby certify that **OMAR STRATMAN'S**
**MOTION FOR AN ORDER RECALLING**
**THE FILE IN CASE NO. A76-132 CV (JKS)**
was served electronically on the 29 day of March, 2007,
on Bruce M. Landon, R. Collin Middleton,