Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| OMAR STRATMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEISNOI, INC., KONIAG, INC., and DIRK KEMPTHORNE, Secretary of the Interior, | ) ) ) ) | |
| | ) | |
| Defendants, | ) | |
| _____ | ) ) | |
| KONIAG, INC., | ) | |
| | ) | |
| Counter-claimant, | ) | Case No.: 3:02-cv-0290 (JKS) |
| | ) | |
| v. | ) | |
| | ) | |
| OMAR STRATMAN, | ) | |
| | ) | |
| Counter-claimed Defendant. | ) ) | |
| _____ | ) | |

## **ORDER RECALLING FROM ARCHIVES CASE NO. A76-132 CV (JKS)**

The above case, accession no. 21970089, location no. 718868, is hereby ordered returned to the Federal District Court for the District of Alaska while this matter remains pending at any level.

Costs associated with returning the file to the Federal District Court, District of Alaska, shall be borne by [strike as appropriate] the parties equally, Mr. Stratman, the Court.

DONE and ORDERED entered this ___ day of _____, 2007.

                                                                             _____

                                                                             The Honorable James K. Singleton

                                                                             Federal District Court