BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEISNOI, INC., KONIAG, INC., ) <br> and DIRK KEMPTHORNE, ) <br> Secretary of the Interior, ) <br> ) <br> Defendants. ) <br> ) | CASE NO. 3:02-cv-0290 (JKS) |

DEFENDANT KEMPTHORNE'S QUALIFIED NON-OPPOSITION TO STRATMAN'S
MOTION FOR AN ORDER RECALLING THE FILE IN CASE NO. A76-132 CV (JKS)

Defendant Kempthorne has no objection to the recalling of the file in Case No. A76-132.

However, plaintiff's proposed order provides:

> Costs associated with returning the file to the Federal District Court, District of
> Alaska, shall be borne by [strike as appropriate] the parties equally, Mr. Stratman,
> the Court.

The recall of the file is sought for the convenience of plaintiff. Accordingly, defendant

Kempthorne's non-objection is conditioned on the order not providing that the costs shall be

borne by the parties equally.

In not objecting to the motion for recall of the case file defendant Kempthorne does not necessarily agree with plaintiffs' statement in the Motion that "[t]his matter is a continuation of the case cited in the caption."

Respectfully submitted this 29th day of March, 2007 .

S/ Bruce M. Landon
BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov
Attorney for Federal Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of March, 2007, a copy of the foregoing Qualified Non-Opposition was served electronically to the following:

John R. Fitzgerald
Michael J. Schneider
Collin Middleton

s/ Bruce M. Landon
Bruce M. Landon