BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN,           )<br>                         )<br>            Plaintiff,    )<br>                         )<br>    v.                   )<br>                         )<br>LEISNOI, INC., KONIAG, INC., )<br>and DIRK KEMPTHORNE,     )<br>Secretary of the Interior, )<br>                         )<br>            Defendants.  )<br>_____) | CASE NO. 3:02-cv-0290 (JKS) |

UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Kempthorne moves for a two-week extension of time to and including April 30th for the defendants to file the Motions to Dismiss described in the Court's Order of April 2, 2007 (Docket # 139). The Court directed defendants to file additional motions to dismiss by Monday, April 16, 2007. The Court encouraged the parties to brief the merits of the Secretary's decision at the same time.

This motion is necessary because prior to the Court's order defendant Kempthorne had

not intended to brief the merits of the Secretary's decision in the context of a motion to dismiss, but as a separate motion at a later date. Further, the Court's Order arrived while counsel for defendant Kempthorne was out of state for a family emergency, and since the return has been occupied with a preliminary injunction motion which was heard on April 11th. Finally, because the merits relate to a decision made personally by the Secretary, the Department of the Interior has requested the opportunity for more agency review of the brief than is normally the case.

Counsel for all parties have authorized the undersigned to represent that this motion is unopposed. A proposed order is attached. The proposed order would extend by two weeks the due dates for the responsive and reply briefs.

Respectfully submitted this 13th day of April, 2007.

> S/ Bruce M. Landon
> BRUCE M. LANDON
> DEPARTMENT OF JUSTICE
> Environment & Natural Resources Division
> 801 B Street, Suite 504
> Anchorage, Alaska 99501-3657
> Telephone: 907-271-5452
> Facsimile: 907-271-5827
> Email: bruce.landon@usdoj.gov
>
> Attorney for Federal Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of April, 2007, a copy of the foregoing Unopposed Motion for Extension of Time and Proposed Order were served electronically to the following:

John R. Fitzgerald
Michael J. Schneider
Collin Middleton

s/ Bruce M. Landon
Bruce M. Landon