BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) | |
| ) | CASE NO. 3:02-cv-0290 (JKS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEISNOI, INC., KONIAG, INC., ) | |
| and DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, ) | |
| ) | |
| Defendants. ) | |
| ) | |

(PROPOSED) ORDER

Defendant Kempthorne's Unopposed Motion for Extension of Time is hereby

GRANTED. The briefing schedule set forth in the Order filed April 2, 2007 (Docket # 139) is

modified as follows:

Defendants' additional motions to dismiss (and any briefing on the merits of the

Secretary's decision) **Monday, April 30, 2007**

Plaintiffs' answer to all motions to dismiss **Wednesday, May 30, 2007.**

Stratman v. Leisnoi, Inc., et al.
3:02-cv-0290
Proposed Order                                1

  Defendants' reply **Thursday, June 14th, 2007.**

All other provisions of the Order of April 2, 2007 remain unchanged.

Dated: _____

                JAMES K. SINGLETON
                United States District Judge.

Stratman v. Leisnoi, Inc., et al.
3:02-cv-0290
Proposed Order        2