R. Collin Middleton, Esq.
Law Offices of R. Collin Middleton, P.C.
P.O. Box 113128
Anchorage, Alaska 99511-3128
Ph: 907-222-0506
Fax: 907-279-7029
Email: collinmiddleton@gci.net

Counsel for Defendant, Koniag, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LEISNOI, INC., KONIAG, INC., and ) <br> GALE A. NORTON, Secretary of the ) <br> Interior, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. A02-0290 CV (JKS) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that R. Collin Middleton of the Law Office of R. Collin Middleton, P.C., hereby enters his appearance on behalf of Plaintiff Koniag, Inc. in this litigation. All certificates of service and pleadings and service of process should be served on The Law Office of R. Collin Middleton, P.C. at the address listed in the margin.

Mr. Middleton's new firm, the Law Office of R. Collin Middleton, P.C., is substituted for that of Middleton & Timme, P.C., and Middleton & Timme, P.C. hereby withdraws as the counsel of record and consents to this substitution .

This substitution is made pursuant to Civil Rule 81 (e) (1) (B).

Dated this 14 day of April, 2007.

>R. COLLIN MIDDLETON, P.C.
>
>Attorneys for Defendant
>Koniag, Inc.
>
>By /s/ R. Collin Middleton
>   ABA #6803015
>   Law Offices of R. Collin Middleton, P.C.
>   P.O. Box 113128
>   Anchorage, AK  99511-3128
>   Phone: 907-222-0506
>   Fax: 907-279-7029
>   Email: collinmiddleton@gci.net

Consent to substitution and withdrawal as counsel.

>Middleton and Timme
>
>By _____
>   William H. Timme
>   ABA#6911055