IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| KONIAG, INC., | ) |
|         Plaintiff, | ) |
| vs. | ) Case No. 3AN-03-08138 CI |
| OMAR STRATMAN, | ) |
|         Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that he caused to be served a copy of NOTICE OF SUBSTITUTION OF COUNSEL and this CERTIFICATE OF SERVICE on **Michael Schneider**, Esquire, 880 "N" Street, Suite 202, Anchorage, AK 99501, **Bruce M. Landon**, Esquire, Department of Justice, Environmental & Natural Resources Division, 801 "B" Street, Suite 504, Anchorage, Alaska 99501; and **John R. Fitzgerald**, Esquire, Morrison & Mahoney, 250 Summer Street, Boston, Massachusetts 02210-1181 by electronic service this 14th day of April, 2007.

                                            R. COLLIN MIDDLETON, P.C.
                                            Attorney for Plaintiff
                                            Koniag, Inc.

                        By   /s/ R. Collin Middleton
                              ABA #6803015
                              Law Offices of R. Collin Middleton, P.C.
                              P.O. Box 113128
                              Anchorage, Alaska 99511-3128
                              Ph: 907-222-0506
                              Fax: 907-279-7029
                              Email: collinmiddleton@gci.net