R. Collin Middleton, Esq.
Law Offices of R. Collin Middleton, P.C.
P.O. Box 113128
Anchorage, Alaska  99511
Ph:  907-222-0506
Fax:  907-279-7029
Email:  collinmiddleton@gci.net

Counsel for Defendant, Koniag, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. A02-0290 CV (JKS) |
| | ) |
| LEISNOI, INC., KONIAG, INC., and GALE A. NORTON, Secretary of the Interior, | ) ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**MOTION TO DISMISS FOR MOOTNESS UNDER THE
FEDERALLY RECOGNIZED INDIAN TRIBE LIST ACT**

Koniag, Inc., through its attorney, the Law Offices of R. Collin Middleton, P.C., moves to dismiss Plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) for mootness because of Congressional ratification under the Federally Recognized Indian Tribe List Act.

This motion is supported by the Memorandum in Support of Motion to Dismiss Re: <u>Chevron</u> Deference and ANILCA 1427 and Federally Recognized Tribal List Act.  It relies additionally upon those arguments made by Leisnoi in its similar motion at Dockets 111 and 112.

No proposed order is filed pursuant to D. Ak. LR 7.4(a).

DATED at Anchorage, Alaska this 14th day of April, 2007.

LAW OFFICES OF R. COLLIN MIDDLETON

Attorneys for Defendant
Koniag, Inc.


By /s/ R. Collin Middleton
    ABA #6803015
    Law Offices of R. Collin Middleton, P.C.
    P.O. Box 113128
    Anchorage, AK  99511
    907-222-0506
    907-279-7029 – Fax
    collinmiddleton@gci.net

Certificate of Service
The undersigned certifies that the foregoing document was served by electronic service on this 14th day of April, 2007.

Bruce M. Landon
Department of Justice
Environment & Natural Resources Division
801 "B" Street, Suite 504
Anchorage, Alaska  99501-3657

John R. Fitzgerald, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181

Michael Schneider, Esq.
880 "N" Street, Suite 202
Anchorage, Alaska  99501

/s/ R. Collin Middleton