R. Collin Middleton
Jacquelyn R. Luke
Middleton, Timme & Luke
550 West 7th, Suite 1600
Anchorage, Alaska 99501
(907) 276-3390

Attorneys for Koniag, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, TONI BURTON, JOHN MURRAY, and MICHAEL DEVERS,<br><br>            Plaintiffs,<br><br>vs.<br><br>BRUCE BABBITT, Secretary of the Interior; ANTON LARSEN, INC.; LEISNOI, INC.; and KONIAG, INC., Regional Native Corporation,<br><br>            Defendants. | No. A76-0132-CV (JKS) |

**AFFIDAVIT OF JACQUELYN R. LUKE**

STATE OF ALASKA     )
                                ) ss.
THIRD JUDICIAL DISTRICT   )

       I, Jacquelyn R. Luke, being duly sworn, deposes and says as follows:

       1.     I am an attorney for Koniag in the above-referenced matter.

       2.     I was personally acquainted with Mr. Edward Weinberg, the attorney for Koniag, Inc. during the d-2 legislation, having worked for his law firm, Duncan, Brown, Weinberg and Palmer as a law clerk in 1976 and 1977 while I attended law school.

EXHIBIT 5
PAGE 1 OF 2 PAGES

-1-

EXHIBIT 1
Page 1 of 2 Pages

3. When this firm took over the representation of Koniag in the mid-1980's, I contacted Mr. Weinberg and requested that he send us his Koniag files. He agreed to do so, and sent us a substantial number of files, most or all of which we turned over to Koniag.

4. During the past several weeks, I have reviewed the files which were received from Mr. Weinberg relating to the d-2 legislation. The documents attached to this Affidavit as Exhibits A and C through G are true and correct copies of documents which I found in Mr. Weinberg's files.

5. The documents attached as Exhibit B are not from Mr. Weinberg's files, but are true and correct copies of the pertinent documents relating to the acquisition by Koniag and Afognak Native Corporation of Leisnoi's interest in the Afognak Joint Venture.

_____
Jacquelyn R. Luke

SUBSCRIBED AND SWORN to before me this 1st day of June, 1995, at Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires: 7-25-98

MIDDLETON, TIMME & LUKE
LAW OFFICES
SUITE 1800
550 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501
(907) 276-3390

EXHIBIT 5
PAGE 2 OF 2 PAGES

-2-

EXHIBIT 1
Page 2 of 12 Pages