IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) | |
| ) | CASE NO. 3:02-cv-0290 (JKS) |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| LEISNOI, INC., KONIAG, INC., ) | |
| and DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, ) | |
| ) | |
| Defendants. ) | |

Defendant Kempthorne's Unopposed Motion for Extension of Time at Docket No. 140 is hereby GRANTED. The briefing schedule set forth in the Order filed April 2, 2007 (Docket # 139) is modified as follows:

Defendants' additional motions to dismiss (and any briefing on the merits of the Secretary's decision) **Monday, April 30, 2007.**

Plaintiffs' answer to all motions to dismiss **Wednesday, May 30, 2007.**

Defendants' reply **Thursday, June 14th, 2007.**

All other provisions of the Order of April 2, 2007 remain unchanged.

Dated: April 16, 2007             /s/James K. Singleton, Jr.
                                  JAMES K. SINGLETON, JR.
                                  United States District Judge.