BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEISNOI, INC., KONIAG, INC., )<br>and DIRK KEMPTHORNE, )<br>Secretary of the Interior, )<br>)<br>Defendants. )<br>_____ ) | CASE NO. 3:02-cv-0290 (JKS) |

NOTICE OF LODGING OF ADMINISTRATIVE RECORD

    Defendant Kempthorne hereby gives notice of the lodging of the administrative record of

the Secretary's determination regarding Leisnoi's eligibility as a Native Village under the Alaska

Native Claims Settlement Act at issue in this action.  The administrative record consists of a

single three-ring binder with consecutive pagination.  Paper copies of the administrative record

have been mailed to counsel for the parties.

  Respectfully submitted this 27th of April, 2007.

                 S/ Bruce M. Landon
                 BRUCE M. LANDON
                 DEPARTMENT OF JUSTICE
                 Environment & Natural Resources Division
                 801 B Street, Suite 504
                 Anchorage, Alaska 99501-3657
                 Telephone: 907-271-5452
                 Facsimile: 907-271-5827
                 Email: bruce.landon@usdoj.gov

                 Attorney for Federal Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of April, 2007, a copy of the foregoing Notice of Lodging was served electronically to counsel of record and the Administrative Record with Certificate and Index were sent First Class mail to the following:

John R. Fitzgerald
Michael J. Schneider
Collin Middleton

s. Bruce M. Landon
BRUCE M. LANDON

Stratman v. Leisnoi, 3:02-cv-0290 (JKS)
Notice of Lodging Admin. Rec.   2