Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) )         Plaintiff, ) ) v. ) ) LEISNOI, INC., KONIAG, INC., and ) DIRK KEMPTHORNE, Secretary of the ) Interior, ) )         Defendants, ) ) _____) ) KONIAG, INC., ) )         Counter-claimant, ) ) v. ) ) OMAR STRATMAN, ) )         Counter-claimed )         Defendant. ) _____) | Case No.: 3:02-cv-0290 (JKS) |

**OMAR STRATMAN'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE THROUGH MONDAY, JUNE 11, 2007**

COMES NOW Omar Stratman, by and through his attorneys of record, the Law

-1-

Offices of Michael J. Schneider, P.C., and, for the reasons set forth in the attached affidavit, seeks an extension of time through Monday June 11, 2007, within which to file his response to the various briefs thus far submitted by his opponents . Under current order of the Court (Docket No. 147), said filing was due by close of business today, May 30, 2007.

Dated this 30th day of May, 2007, in Anchorage, Alaska.

s/Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
Phone: (907) 277-9306
Fax: (907) 274-8201
E-mail: mjspc@gci.net
Alaska Bar No. 7510088

**CERTIFICATE OF SERVICE**
I hereby certify that **OMAR STRATMAN'S**
**MOTION FOR AN EXTENSION OF TIME**
**WITHIN WHICH TO FILE THROUGH**
**MONDAY, JUNE 11, 2007** was served electronically
on the 30th day of May, 2007,
on Bruce M. Landon, R. Collin Middleton,
and John R. Fitzgerald.
s/Michael J. Schneider