Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN,  )<br> )<br>Plaintiff,  )<br> )<br>v.  )<br> )<br>LEISNOI, INC., KONIAG, INC., and  )<br>DIRK KEMPTHORNE, Secretary of the  )<br>Interior,  )<br> )<br>Defendants,  )<br> )<br>_____)<br> )<br>KONIAG, INC.,  )<br> )<br>Counter-claimant,  )<br> )<br>v.  )<br> )<br>OMAR STRATMAN,  )<br> )<br>Counter-claimed  )<br>Defendant.  )<br>_____) | Case No.: 3:02-cv-0290 (JKS) |

## PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE THROUGH MONDAY, JUNE 11, 2007

Plaintiff has moved (Docket No. ___) for an order extending his filing deadline through June 11, 2007. Having considered the matter, the Court GRANTS the motion. Mr.

-1-

Stratman shall oppose the motions currently before the Court by filing his opposition, as well as any cross-motion he wishes to make, on or before June 11, 2007.

    DONE and ORDERED entered this ___ day of _____, 2007.

                                                                                                                                             _____
                                                                                                                              The Honorable James K. Singleton
                                                                                                                              U.S. District Court