BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| OMAR STRATMAN, | ) | |
| | ) | CASE NO. 3:02-cv-0290 (JKS) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEISNOI, INC., KONIAG, INC., | ) | |
| and DIRK KEMPTHORNE, | ) | |
| Secretary of the Interior, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

MOTION FOR EXTENSION OF TIME TO ANSWER

Defendant Kempthorne moves for an extension of time to answer the third amended

complaint in this action.  Defendant Kempthorne previously sought (Docket # 125) an extension

of time to answer because of the pendency of various motions to dismiss on jurisdictional

grounds.  Defendant Kempthorne argued that he should not be required to answer the amended

complaint until the court has determined its jurisdiction.

By Order (Docket #139) granted the Motion at Docket # 125 in part.  Docket #139 set a

briefing schedule on the various motions to dismiss and also set a due date for the answer of June 1, 2007, which at that time was after the date for completion of the briefing on the motions to dismiss. Subsequent amendments of the briefing schedule mean that the answer due date is now significantly before completion of that briefing. Defendant Kempthorne, therefore, moves for an extension of time to 14 days after the Court resolves the motions to dismiss. An order effectuating the motion is attached.

Respectfully submitted this 1st day of June, 2007.

                                        S/ Bruce M. Landon
_____         BRUCE M. LANDON
                                        DEPARTMENT OF JUSTICE
                                        Environment & Natural Resources Division
                                        801 B Street, Suite 504
                                        Anchorage, Alaska 99501-3657
                                        907-271-5452
                                        Facsimile: 907-271-5827
                                        Attorney for Federal Defendants


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of June, 2007, a copy of the foregoing Motion for Extension of Time to Answer and Proposed Order were served electronically to the following:

John R. Fitzgerald
Michael J. Schneider
Collin Middleton

s. Bruce M. Landon
BRUCE M. LANDON