BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) | |
| ) | CASE NO. 3:02-cv-0290 (JKS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEISNOI, INC., KONIAG, INC., ) | |
| and DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, ) | |
| ) | |
| Defendants. ) | |
| ) | |

(PROPOSED) ORDER

Defendant Kempthorne's Motion for Extension of Time to Answer (Docket #) is hereby GRANTED. Defendant Kempthorne shall have until 14 days after the Court resolves the pending motions to dismiss in which to file his answer to the Third Amended Complaint.

Dated: _____          _____
                              JAMES K. SINGLETON
                              United States District Judge

Stratman v. Leisnoi, 3:02-cv-0290 (JKS)
Order                                         1