R. Collin Middleton, Esq.
R. Collin Middleton, P.C.
P.O. Box 113128
Anchorage, Alaska  99511-3128
Ph:  907-222-0506
Fax:  907-279-7029
Email:  collinmiddleton@gci.net

Counsel for Defendant, Koniag, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. A02-0290 CV (JKS) |
| | ) |
| LEISNOI, INC., KONIAG, INC., and GALE A. NORTON, Secretary of the Interior, | ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**Declaration In Support of Conditional Non-Opposition to Motion For Extension of Time**

R. Collin Middleton, does hereby declare the following:

1. I am an attorney for Koniag, Inc. in this litigation.

2. I have had a number of conversations with Mr. Schneider over this law suit.  Mr. Schneider is correct in his affidavit at Docket 152, paragraph 3 that we have discussed that remedies, if there are to be any, would not be briefed at this time.  I do not recall talking with him about a cross motion for summary judgment.  In any case the position

of Koniag is set forth in Koniag's Memorandum In Support of Motion to Dismiss Re: Chevron Deference at docket 145.

/s/ R. Collin Middleton

R.Collin Middleton, Declarant

DATED at Anchorage, Alaska this _____ day of, 2007.

R. COLLIN MIDDLETON, P.C.

Attorneys for Defendant
Koniag, Inc.

By /s/ R. Collin Middleton_____
P.O. Box 113128
Anchorage, AK  99511-3128
Phone: 907-222-0506
Fax: 907-279-7029
Email: collinmiddleton@gci.net
ABA #6803015

Certificate of Service
The undersigned certifies that the
Motion to Dismiss Re Chevron
Deference and ANILCA 1427
was served by mail on this ____ day of
_____, 2007.

Bruce M. Landon
Department of Justice
Environment & Natural Resources Division
801 "B" Street, Suite 504
Anchorage, Alaska  99501-3657

John R. Fitzgerald, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181

Affidavit in Support of Conditional Non-Opposition.
A02-0290 CV                        2-

Michael Schneider, Esq.
880 "N" Street, Suite 202
Anchorage, Alaska  99501

Robert Sato
Sato and Sato
421 West 1st Ave.
Anchorage, Alaska  99501

<u>/s/ R. Collin Middleton</u>

Affidavit in Support of Conditional Non-Opposition.
A02-0290 CV                            3-