IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LEISNOI, INC., KONIAG, INC., and DIRK KEMPTHORNE, Secretary of the Interior,<br><br>　　　　　Defendants,<br>_____<br><br>KONIAG, INC.,<br><br>　　　　　Counter-claimant,<br><br>v.<br><br>OMAR STRATMAN,<br><br>　　　　　Counter-claimed Defendant.<br>_____ | Case No.: 3:02-cv-0290 (JKS) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE THROUGH MONDAY, JUNE 11, 2007**

　　　Plaintiff has moved (Docket No. 151) for an order extending his filing deadline through June 11, 2007. Having considered the matter, the Court **GRANTS** the motion. Mr. Stratman shall oppose the motions currently before the Court by filing his opposition, as well as any cross-motion he wishes to make, on or before **June 11, 2007.**

　　　DONE and ORDERED entered this 31st day of May 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable James K. Singleton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge