IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEISNOI, INC., KONIAG, INC., )<br>and DIRK KEMPTHORNE, )<br>Secretary of the Interior, )<br>)<br>Defendants. )<br>) | CASE NO. 3:02-cv-0290 (JKS) |

ORDER

Defendant Kempthorne's Motion for Extension of Time to Answer (Docket No. 154) is hereby GRANTED. Defendant Kempthorne shall have until 14 days after the Court resolves the pending motions to dismiss in which to file his answer to the Third Amended Complaint.

Dated: June 6, 2007.          /s/James K. Singleton, Jr.
                              JAMES K. SINGLETON
                              United States District Judge