BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) | |
| ) | CASE NO. 3:02-cv-0290 (JKS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEISNOI, INC., KONIAG, INC., ) | |
| and DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, ) | |
| ) | |
| Defendants. ) | |
| ) | |

UNOPPOSED MOTION FOR EXTENSION OF TIME

Federal defendants move for an extension of time to and including July 13, 2007, for all defendants in which to reply to plaintiffs' opposition brief relating to the pending motions to dismiss and the merits of the Secretary's interpretation of Section 1427 of the Alaska National Interest Lands Conservation Act as well as any motions plaintiff may file on June 11, 2007. This motion is necessary because the Court has extended the due date for plaintiffs' opposition brief from May 30 to June 11, 2007 without simultaneously extending the due date of June 14th

Stratman v. Leisnoi, 3:02-cv-0290 (JKS)
Mot. For Ext.                                                      1

in the current scheduling order. In addition, the undersigned will be out of state from June 11 until June 22, 2007. This motion is unopposed.

 Respectfully submitted this 8th day of June, 2007.

                S/ Bruce M. Landon
                BRUCE M. LANDON
                DEPARTMENT OF JUSTICE
                Environment & Natural Resources Division
                801 B Street, Suite 504
                Anchorage, Alaska 99501-3657
                Telephone: 907-271-5452
                Facsimile: 907-271-5827
                Email: bruce.landon@usdoj.gov

                Attorney for Federal Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8st day of June, 2007, a copy of the foregoing Motion for Extension of Time and Proposed Order were served electronically to the following:

John R. Fitzgerald
Michael J. Schneider
Collin Middleton

s. Bruce M. Landon
BRUCE M. LANDON