BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) | |
| ) | CASE NO. 3:02-cv-0290 (JKS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEISNOI, INC., KONIAG, INC., ) | |
| and DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, ) | |
| ) | |
| Defendants. ) | |
| ) | |

(PROPOSED) ORDER

Defendant Kempthorne's Unopposed Motion for Extension of Time (Docket #) is

GRANTED. The due date for defendants to file their replies to plaintiffs' opposition to

defendants' motions to dismiss and briefs on the merits of the Secretary's interpretation of

Section 1427 of the Alaska National Interest Lands Conservation Act, as well as responses to any

motions filed by plaintiff, shall be July 13, 2007.


Dated:                                           _____
                                                 JAMES K. SINGLETON
                                                 United States District Judge