**Exhibit A**

**Excerpts of Record filed in Alaska Supreme Court appeal in <u>Stratman v. Leisnoi</u>, 969 P.2d 1139 (Alaska 1998)**

IN THE SUPREME COURT FOR THE STATE OF ALASKA

| | |
|---|---|
| Omar Stratman, | ) |
| | ) |
| Defendant/Appellant, | )   Supreme Court |
| | )         Case No. S-08103 |
| vs. | ) |
| | )   Superior Court |
| Leisnoi, Inc., | )         Case No. 3AN 96-00502 CI |
| | ) |
| Plaintiff/Appellee. | ) |
| | ) |

APPEAL FROM THE SUPERIOR COURT,
THIRD JUDICIAL DISTRICT AT ANCHORAGE
THE HONORABLE STEPHANIE E. JOANNIDES, PRESIDING

---

**APPELLANT'S EXCERPTS OF RECORD**
Volume 1 of 1

---

LAW OFFICES OF
MICHAEL J. SCHNEIDER, P.C.
880 N Street, Suite 202
Anchorage, Alaska 99501
(907) 277-9306
Michael J. Schneider (7510088)
Eric R. Cossman (8812212)

Attorneys for Appellant

Filed in the Supreme Court
of the State of Alaska this
8TH day of December, 1997.

_____
Deputy Clerk

# TABLE OF CONTENTS

Federal District Court Docket Sheet in Stratman v. Babbitt,
A76-132 CV (JKS) ("Stratman") . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

First Amended Complaint in Stratman . . . . . . . . . . . . . . . . . . . . . . . 24

Ninth Circuit's opinion in Stratman v. Watt,
656 F.2d 1321 (9th Cir. 1981) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

Alaska Supreme Court's opinion in Leisnoi, Inc. v. Stratman,
835 P.2d 1202 (Alaska 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

Lis Pendens . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 48

Memorandum in Support of Motion to Expunge Lis Pendens
in Stratman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

Memorandum and Order (denying Motion to Expunge Lis Pendens)
in Stratman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 56

Memorandum and Order (on Motion for Reconsideration of Order
Denying Motion to Expunge Lis Pendens) in Stratman . . . . . . . . . . . . . . 60

Ninth Circuit's Memorandum Decision in Stratman v. Babbitt,
No. 93-36006 (9th Cir. Dec. 4, 1994) . . . . . . . . . . . . . . . . . . . . . . . . 63

Orders (reopening action) in Stratman . . . . . . . . . . . . . . . . . . . . . . . 71

Order (setting pretrial conference) in Stratman . . . . . . . . . . . . . . . . . . 73

Status Conference Report of Leisnoi, Inc. in Stratman . . . . . . . . . . . . . 75

Scheduling Order in Stratman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79

Memorandum in Support of Motion to Expunge Lis Pendens
in Stratman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81

Order from Chambers (denying Motion to Expunge Lis Pendens)
in Stratman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 91

Motion for Reconsideration in Stratman . . . . . . . . . . . . . . . . . . . . . . 92

Order denying Motion for Reconsideration in Stratman . . . . . . . . . . . . . . . . . . 94

Reply to Opposition to Motion to Expunge Lis Pendens
in Stratman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 95

Order from Chambers in Stratman . . . . . . . . . . . . . . . . . . . . . . . . . 100

Order from Chambers in Stratman . . . . . . . . . . . . . . . . . . . . . . . . . 103

Judgment in a Civil Case in Stratman . . . . . . . . . . . . . . . . . . . . . . . 104

Complaint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 105

Statement of Filing Notice of Removal . . . . . . . . . . . . . . . . . . . . . . 109

Answer to Complaint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 115

Partial Release of Lis Pendens . . . . . . . . . . . . . . . . . . . . . . . . . . . 120

Order from Chambers (remanding action to state court) . . . . . . . . . . . . . . 125

First Amended Answer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 127

Order in Stratman . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 131

Order Granting Plaintiff's Motion for Summary Judgment and
Denying Defendant's Motion to Dismiss . . . . . . . . . . . . . . . . . . . . . 136

Final Judgment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 159

Order (on Plaintiff's Motion for Rule 82 Attorney Fees) . . . . . . . . . . . . . 161

Order on Motion for Reconsideration . . . . . . . . . . . . . . . . . . . . . . . 166

97X 3 | 76 | 132 | 02 | 76 | 3 | 290 | 1 | Action | 76 | 76 | 132

**INDEXED**

### PLAINTIFFS

(P-1) THE KODIAK-ALEUTIAN CHAPTER OF THE ALASKA CONSERVATION SOCIETY, OMAR STRATMAN, TONI BURTON, JOHN MURRAY, MICHAEL DEVERS, JAMES SCHAUFF, & BRIAN SHAFFORD

### DEFENDANTS

Bruce

- D-1   KLEPPE, THOMAS S., Secretary of the Interior
- D-2   ANTON LARSEN, INC.
- D-3   BELLS FLATS NATIVES, INC.
- D-4   LEISNOI, INC.
- D-5   KONIAG, INC.

### CASE CLOSED

### CAUSE

Filing pursuant to 28 U.S.C.A. 1331 and 28 U.S.C.A 1391. Suit to enjoin defendant from issuing lands to Native Villages of Anton Larson Bay, Bells Flats, and Woody Island on the basis that villages do not qualify under 43 U.S.C.A. 1610 (b) (3)

### ATTORNEYS

ins
~~Roger E. Henderson~~
~~Houston & Henderson~~
~~305 W. 3rd Avenue~~  821 N St, Suite 102
~~Anchorage, Alaska~~ 99501

For KONIAG, ANTON LARSEN, BELLS FLATS NATIVES & LEISNOI:

Gerald Markham  Per letter
P.O. Box 806    Rec'd 5/18/93
Suite 205, Tony's Bldg.
Kodiak, AK 99615

~~Non-Res Cnsl: for Non-Gov't Defts.~~
~~Edward Weinberg & Philip Chabot, Jr.~~
~~DUNCAN, BROWN, WEINBERG & PALMER, P.C.~~
~~1700 Pennsylvania Ave. NW~~
~~Washington DC 20006~~

U. S. Attorney

~~For Koniag, Inc, Anton Larsen~~
~~Inc, Bells Flats Natives, Inc~~
~~Leisnoi, Inc~~
~~Markham & Fischer~~
~~P.O. Box 806~~
~~Kodiak, Alaska 99615~~
~~(907) 486-4194~~

Non-government defendants
Anton Larsen, Inc. Bells Flats
Inc., Leisnoi, Inc., & Koniag,
Inc. Co-Counsel
~~Dan Hensley~~
~~540 L Street, Suite 101~~
~~Anchorage, Alaska 99501~~
~~(907) 277-5861~~

### PARTY COUNSEL NEXT PAGE

P-1 Omar Stratman   Dkt #115
~~Michael J. Schneider~~
~~880 N St., Suite 202~~
~~Anchorage, AK 99501~~
~~(907) 277-9306~~

Koniag: D-5   Dkt #119
~~R. Collin Middleton~~
~~MIDDLETON TIMME & LUKE~~
~~550 W 7th Ave., Suite 1600~~
~~Anchorage, AK 99501~~
~~(907) 276-3390~~

### FILING FEES PAID

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|
| ☐ | | | |
| | | | |
| | | | |

### STATISTICAL CARDS

| CARD | DATE MAILED |
|---|---|
| JS-5 | |
| JS-6 | |

DC-111 (Rev.

UNITED STATES DISTRICT COURT DOCKET

00001

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
|---|---|---|
| OMAR STRATMAN | BRUCE BABBITT, SEC'TY INTERIOR, et al. | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|

PLTF:

P-1  Omar Stratman

P-2  Toni Burton

Defs:

D-1  Bruce Babbitt, Secretary of the Interior

D-2  Anton Larsen, Inc.

D-3  Bells Flats Natives, Inc.

D-4  Leisnoi, Inc.

D-5  Koniag, Inc.

PARTY COUNSEL (FYI)

P-1  #115
Michael J. Schneider
880 "N" St., Suite 202
Anchorage, AK  99501
(907) 277-9306

P-2  #124
Alan L. Schmitt
JAMIN EBELL BOLGER & GENTRY
323 Carolyn St.
Kodiak, AK  99615
(907) 486-6024

D-1  #120
Bruce M. Landon  (AUSA)
Dept of Justice
Environment & Natural Res.
Division Rm 217
222 W 7th Ave, #69
Anchorage, AK  99513-7553
(907) 271-5452

D-5  #119
R. Collin Middleton
MIDDLETON TIMME & LUKE
550 W 7th Ave., Suite 1600
Anchorage, AK  99501
(907) 276-3390

D-4  #126
Roy Longacre
LONGACRE & ASSOCIATES
425 G St., Suite 910
Anchorage, AK  99501
(907) 276-6354

00002

| DATE 1976 | NR. | PROCEED |
|---|---|---|
| July 2 | 1 | Fld complaint & issued summons |
| 7 | 2 | Fld summons to Thomas Kleppe; executed |
| Sep 7 | 3 | Fld defts mot to dismiss |
| 7 | 4 | Fld defts memo supporting mot to dismiss |
| 7 | 5 | Fld defts certificate of nonexistence of records |
| 23 | 6 | Fld defts cert of svc of mot to dismiss, etc. |
| 29 | 7 | Fld pltfs oppos to mot to dismiss |
| 29 | 8 | Fld pltfs req for oral agmnt on deft's mot for dismissal |
| Oct 14 | 9 | Fld ORDER setting oral agmnt on defts mot to dismiss 11/5/76 @ 10AM Cy cnsl |
| 29 | 10 | Fld pltfs supp to oppos to mot to dismiss |
| Nov 5 | 11 | Fld ORDER re additional filings on deft's mot to dismiss. Cy cnsl |
| 5 | 12 | Fld court minutes of hrg on deft's mot to dismiss |
| 15 | 13 | Fld pltfs oppos to mot to dismiss for failure to exhaust adm. remedi |
| 17 | 14 | Fld pltfs req for oral agmnt on deft's mot for SJ |
| 18 | 15 | Fld pltfs supp to oppos to mot to dismiss |
| 19 | 16 | Fld pltfs 2d supp mot to dismiss for failure to exhuast adm. remedie |
| 19 | 17 | Fld fed defts reply to oppos to mot to dismiss |
| Dec 07 | 18 | Fld memo & ORDER partially granting & partially denying defts mot to and allowing pltfs 30 days to file an amended complaint. Cys Cnsl. |
| **1977** | | |
| Jan 5 | 19 | Fld amended complaint & issued summons to Roger Henderson. |
| 26 | 20 | Fld answer of deft Kleppe. |
| Mar 1 | 21 | Fld Ans Deft Anton Larsen, Inc, Vells Flats Natives, Inc Leisnoi, Inc & Koniag, Inc to Amended Compl |
| 2 | 22 | Fld ORDER & Appl granting appear Edward Weinberg bh Anton Larsen, Inc, Bells Flats Natives, Inc, Leisnoi, Inc & Koniag, Inc - cy cnsl |
| 9 | 23 | Fld supplemental summons w/Marshal's return executed as to Anton Lar Inc.; Bells Flats Natives, Inc.; Leisnoi, Inc.; & Koniag, Inc.; unexecuted as to Roy Madsen, registered agent for Anton Larsen, Inc. |
| Aug 16 | 24 | Fld pltfs request for production. |
| Nov 8 | 25 | Fld pltfs notice of depo: Patricia Hampton & issued subp. |

James A. von der Heydt

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. A76-132 |
|---|---|---|
| OMAR STRATMAN, et al. | CECIL D. ANDRUS, et al. | PAGE 2 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1977 | | |
| Nov 14 | 26 | Fld pltfs notice of taking depo of Darrel Chaffin. |
| 14 | 27 | Fld pltfs notice of taking depo of Wallace Johnson. |
| 14 | 28 | Fld pltfs notice of taking depo of Yule Chaffin. |
| 15 | 29 | Fld depo subpoena to Patricia Hampton w/return of svc - executed. |
| 23 | 30 | Fld pltfs supp notice of taking depo of Darrel Chaffin. |
| 23 | 31 | Fld pltfs supp notice of taking depo of Yule Chaffin. |
| 23 | 32 | Fld pltfs supp notice of taking depo of Wallace Johnson. |
| Dec 15 | | Lodged depo of Wauldeman Johnson. |
| 1978 | | |
| Feb 2 | | Lodged depos of Yule Chaffin & Darrell Chaffin. |
| 14 | | Lodged depo of Patricia Hampton. |
| Mar 29 | 33 | Fld defts Anton, Larsen, Bells Flats, Leisnoi, Koniag and Regional 1st interrogs and req for the production of documents. |
| Apr 3 | 34 | Fld stip substituting Gerald Markham as cnsl for Koniag in place of Milton Souter. |
| 4 | 34 | Fld ORDER substituting Markham as cnsl for Koniag in place of Souter. Cys Cnsl. |
| 18 | 35 | Fld ORDER setting prelim pre-trial conf for 5-26-78 at 11:00. Cys Cnsl |
| 18 | 36 | Fld Pltfs interrogs to Andrus. |
| 26 | 37 | Fld pltfs response to request for production of documents. |
| May 9 | 38 | Fld deft Anton, Bells, Leisnoi & Koniag mot for rescheduling of preliminary pre-trial conference for June 9, 1978. |
| 10 | 39 | Fld MIN ORDER resetting prelim pre-trial conf to 6-9-78 at 3:00. Cys Cnsl. |
| 22 | 40 | Fld deft USA's answer to pltfs 1st interrog. |
| Jun 6 | 41 | Fld pltfs notice of taking depo of US Dept of Interior & issued subpoena. |
| 7 | 42 | Fld pltfs answers to non-govnmt defts 1st interrogs & requests. |

DC-111A REV. (1/75)

00004

| | | CIVIL DOCKET CONTINUATION SHEET | |
|---|---|---|---|
| **PLAINTIFF** | | **DEFENDANT** | **DOCKET NO.** A76-132 Civ |
| THE KODIAK-ALEUTIAN CHAPTER OF ALASKA | | THOMAS KLEPPE | PAGE 2 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1978 June 9 | 43 | Fld CT MIN re: preliminary pre-trial conference in chambers and MIN ORDER setting various deadlines. Cys Cnsl. |
| 16 | 44 | Fld pltfs re-notice of taking depo of US department of Interior. |
| 16 | 45 | Fld pltfs answers to non-government defts 1st interrogs & req for production of documents. |
| 26 | 46 | Fld defts notice of taking depo of John Murray. |
| 26 | 47 | Fld deft notice of taking depo of Michael Devers. |
| 26 | 48 | Fld deft notice of taking depo of Brian Shafford. |
| 26 | 49 | Fld deft notice of taking depo of Omar Stratman. |
| 26 | 50 | Fld deft notice of taking depo of James Schauff. |
| 26 | 51 | Fld deft notice of taking depo of Toni Burton. |
| Jul 5 | 52 | Fld defts application of non-res atty Chabot to appear in Dist Ct on behalf of Larsen, Bells Flats Ntvs, Leisnoi & Koniag. |
| 10 | 53 | Fld pltfs notice of taking depo of Michael Cathey & issued subpoena. |
| 10 | 54 | Fld pltfs notice of taking depo of Daniel Farrar & issued subpoena. |
| 12 | 55 | Fld pltfs notice of taking of depo of the enrollees, names to be announced. |
| 12 | 56 | Fld pltfs notice of taking depo of James Donahue. |
| 12 | 57 | Fld pltfs notice of taking depo of Karl Armstrong. |
| 18 | 58 | Fld stip to extend all deadlines 30 days. |
| 18 | 59 | Fld depo subpoena to Farrar w/return of svc - executed 7-14-78. |
| 18 | 60 | Fld depo subpoena to Cathey w/return of svc - executed 7-14-78. |
| 19 | 52 | Fld ORDER that Philip Chabot may appear as atty for defts Larsen, Bells Flats, Leisnoi and Koniag as atty. Cys Cnsl. |
| 20 | 58 | Fld ORDER that deadlines for close of discovery & etc is extended to 10-30-78. Cys Cnsl. |
| 26 | | Lodged depos of John Murry, Michael Devers and Brian Shafford. |
| 27 | | Lodged depos of Toni Burton, Myron Igtanloc and Omar Stratman. |

DC-111A REV. (1/75)

00005

| | | |
|---|---|---|
| CIVIL DOCKET CONTINUATION SHEET | | FPI-WAR |
| PLAINTIFF<br>THE KODIAK ALEUTIAN CHAPTER OF ALASKA | DEFENDANT<br>THOMAS KLEPPE | DOCKET NO. A76-132C<br>PAGE 7 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1978 | | |
| Aug 9 | 61 | Fld pltfs Notice of taking depo of Karl Armstrong |
| 9 | | Lodged Depositions of: Marie Unger, Norma Peterson, Mary Chya, Christina Hoen, Joseph P. Donahue, & Wilton White. |
| 21 | 62 | Fld defts Anton, Bells, Leisnoi & Koniag notice of depos of Ross Woo Charles Naughton, Toni Burton, Omar Stratman & Henry Eaton, also Dr. Michael Cathey, Karl Armstrong. |
| Sep 7 | | Lodged depo of Delores N. Roullier. |
| 12 | 63 | Fld pltf notice of taking depo of Shirley M. Berns. |
| 12 | | Lodged depos of Tony Burton, Charles Naughton & Omar Stratman. |
| 14 | 64 | Fld non-government defts entry of appearance of Markham & etc as attys. |
| 14 | 65 | Fld non-government defts mot to dismiss for lack of jurisdiction. |
| 15 | 66 | Fld pltfs mot for publishing all depos lodged thus far. |
| 15 | 67 | Fld pltfs memo in supt of mot for publishing depos. |
| 15 | 68 | Fld pltf afdvt of Roger Henderson. |
| 19 | 69 | Fld MIN ORDER that non-govmt defts mot for expedited consideration is granted; that defts mot to dismiss iwll be considered & etc. Cys |
| 22 | 70 | Fld non-govnmt defts afdvt of Karl Armstrong. |
| 26 | 71 | Fld non-govnmt defts answer to pltfs mot for publishing depos. |
| 29 | 72 | Fld deft response to non-governmend defts mot to dismiss. |
| 29 | 73 | Fld deft response to pltfs mot for publishing depos. |
| 29 | 74 | Fld pltfs witness list. |
| 29 | 75 | Fld pltfs opp to mot to dismiss & mot for partial SJ. |
| Oct 2 | 76 | Fld pltfs afdvt of personal svc re witness list, etc. |
| 2 | 77 | Fld pltfs reply to answer of non-gvmt defts to pltfs mot for publishing depos. |
| 3 | 78 | Fld pltfs request for oral argument on opp to mot to dismiss. |
| 4 | 79 | Fld pltfs afdvt of svc by mail re request for oral argument, etc. |

DC-111A REV. (1/75)

| | | CIVIL DOCKET CONTINUATION |
|---|---|---|
| PLAINTIFF: OMAR STRATMAN, et al. | DEFENDANT: CECIL ANDRUS, et al. | DOCKET NO. A76-132 CIV<br>PAGE 5 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| **1978** | | |
| Oct 10 | 80 | Fld pltfs afdvt of Toni Burton. |
| 10 | 81 | Fld pltfs afdvt of Omar Stratman. |
| 10 | 82 | Fld non-govnmt defts mot to strike. |
| 10 | 83 | Fld non-govnmt defts reply to pltfs answer in opp to mot to dismiss. |
| 10 | 84 | Fld non-govnmt defts addenda to reply to answer to mot to dismiss. |
| 16 | 85 | Fld MEMO & ORDER non-governmental defts mot to dismiss is granged.& cause is dismissed; that clerk prepare appropriate judgment. Cys Cnsl. |
| 16 | 86 | Fld JUDGMENT that non-governmental defts mot to dismiss is granted, and the cause is dismissed. Cys Cnsl. CASE CLOSED O&J 1496 |
| 17 | 87 | Fld receipt for depos of Naughton, Igtanloc, Stratman from deft US. |
| Nov 1 | 88 | Fld receipt for depos of Stratman, Burton, Murry, Shafford, Devers & Roullier. |
| 14 | 89 | Fld pltfs receipt for depo of Gail Fitzpatrick. |
| Dec 13 | 90 | Fld pltfs Stratman, Burton, Murray, Devers & Shafford notice of appeal. Cys to Henderson, Markham & US Atty. Mailed notice of appeal of 9th Cir. |
| 15 | 91 | Fld pltfs appellants' bond deposit. |
| 27 | 92 | Fld non-gvt defts Anton, Bells, Leisnoi & Koniag notice of cross appeal Cys to Henderson, Markham US Atty & Colleen |
| 27 | 93 | Fld non-gvt defts Anton, Bells, Leisnoi & Koniag notice of appearance of Dan Hensley as co-counsel. |
| **1979**<br>Jan 9 | 94 | Fld stip re: papers to be transmitted to Court of Appeals. Cy to Colle |
| 22 | | Mailed record on appeal to 9th cir ct. |
| 30 | 95 | Fld deft US mot for relief from judgment pursuant to Civil Rule 60(b). |
| Feb 7 | 96 | Fld pltfs mot to strike fed defts mot for relief from judgment. |
| 7 | 97 | Fld deft mot for indication if ct will grant feds mot for relief from judgment. |
| 7 | 98 | Fld pltfs afdvt of service by mail of mot to strike defts mot for relief from Judgment & etc. |

00007

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. A76-132 |
|---|---|---|
| OMAR STRATMAN, et al | CECIL ANDRUS et al | PAGE __ OF __ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1979 Feb 16 | 99 | Fld pltfs opp to mot for indication if the ct will grant fed defts mot for relief from judgment. |
| 16 | 100 | Fld receipt for depos of Stratman, Burton (2 vols), Murry, Shafford Devers, Roullier from defts atty. |
| 22 | 101 | Fld fed deft response to pltfs mot to strike. |
| Mar 15 | 102 | Fld ORDER that fed defts mot for an order indicating if ct will grant their mot from judgment is hereby granted. Cys Cnsl. |
| May 23 | 103 | Fld cert. cpy of 9th Cir ORDER granting mots for extension of time; denying defts mot to dismiss 79-4027; denying pltfs mot to dismiss appeal 79-4026; remanding appeals to District for clarification. Cys to Judge von der Heydt. |
| JUL 3 | 104 | Fld memo & Order granting defts motion for relief from judgment; portion of crts memo & order denying defts mot. to dismiss is vacated; claims of Stratman & Burton are dismissed; final judgment entered by crt on 10-16-78 is reinstated. cys cnsl. |
| 18 | 105 | Fld cert cy 9th Cir CA JUDGMENT remanding appeals to D.C. w/instruct Judge & cnsl notified |
| Aug 2 | 106 | Fld pltfs notice of appeal to 9th Cir CA from D.C. Order of 7/3/79. Cy to Dan A. Hensley, U.S.Attorney, Markham & Fischer, & 9th Cir CA |
| 2 | 107 | Fld pltfs/appellants' cost bond notice |
| 30 | 108 | Fld Non-Government Defts Certificate re: Transcript for Record on Appeal |
| 10 | 108a | Fld pltfs concurrence in certificate of cnsl for defts. Cy to Colle |
| Sept 11 | 109 | Fld Cert. of Record on Appeal cys cnsl |
| Nov 5 | 110 | Fld Pltfs' Designation of Trial Ct. Clk's Record on appeal cy collee |
| Dec 14 | 111 | Fld non-govnmt defts designation of trial court clerk's record. Cpy to Colleen |
| 21 | | Mailed Clerk's Record on Appeal to 9th Circuit |
| 1982 May 24 | 112 | Fld cert cy 9th Cir ORDER dismissing w/prejudice appeal of pltfs' Stratman and Burton, only, as against all defts. These parties shall bear own costs. Cy Judge vdH. |
| 24 | 113 | Fld cert cy 9th Cir JUDGMENT affirming in part; reversed and remande in part. Appellants Stratman & Burton dismissed w/prejudice only as against all defts. These parties to bear own cost on appeal. Cy Judge vdH & Cnsl. |

DC-111A REV. (1/75)

00008

| CIVIL DOCKET CONTINUATION SHEET | | |
|---|---|---|
| PLAINTIFF: OMAR STRATHEN, et al. | DEFENDANT: CECIL ANDRUS, et al | DOCKET NO. 76-132 CIV<br>PAGE 7 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1983 | | |
| Aug 2 | 114 | Fld pltf's mot for return of bond. |
| 3 | 114 | Fld ORDER granting mot for return of bond. Cy Cnsl & Fin Dep. |
| 1993 | | |
| Mar 05 | 115 | Fld mtn (stip) & ORDER for w/d of O. Stratman atty & sub of M. Schneider upon consent. cc cnsl. |
| 05 | 116 | Fld pltf O. Stratman mtn for judicial ntc of adjudicative facts. |
| 05 | 117 | Fld pltf O. Stratman mtn to vacate dsmsl & reopen case as to pltf O. Stratman w/att memo, aff & exbs. |
| 05 | 118 | Fld pltf O. Stratmn mtn to lodge orig depos & suplmt existing record w/regard to mtn to vacate dsmsl & reopen case w/att aff. |
| 09 | 119 | Fld D-5 Koniag entry of app of R. C. Middleton. |
| 10 | 120 | Fld D-1 B. Babbitt, Secty of Interior entry of app of B. Landon (AUSA). |
| 10 | 121 | Fld D-1 B. Babbitt mtn for ext time to resp to pltf O. Stratman mtn to vacate dsmsl & reopen case as to O. Strtmn. |
| 11 | 122 | Fld P-1 rqst for O/A re mtn to vacate dsmsl & reopen case. |
| 12 | 123 | (P-1) Fld pltf non-opp to D1 mtn for ext time. |
| 17 | 124 | Fld P-2 entry of app of A. Schmitt (JAMIN). |
| 19 | 125 | Fld D-5 unopp mtn & ORDER re D5 ext to 4/16/93 to resp to P-1 mtn to vacate dsmsl & reopen case as to P-1. cc cnsl. |
| 31 | 126 | Fld D4 entry of app of R. Longacre. |
| Apr 09 | 127 | FLD MO re; mot for ext at dkt #121 grted. cy cnsl. |
| 12 | 128 | Fld D5 unopp mtn & ORDER re D1,4,5 til 4/30/93 to file opp brfs to P1 mtn. cc cnsl. |
| 30 | 129 | Fld D1 opp to pltf mtn to vacate dsmsl & reopen case w/att exbs. |
| 30 | 130 | Fld D4 opp to P-1 mtn to vacate dsmsl & reopen case w/att aff & exbs. |
| 30 | 131 | Fld D5 rqst for O/A re pltf mtn to vacate & reopen. |
| 30 | 132 | Fld D5 opp to P1 mtn to vacate dsmsl & reopen. |
| May 10 | 133 | Fld P1 unopp mtn & ORDER re P1 til 6/30/93 to file reply brf. cc cnsl. |
| June 30 | 134 | P1 reply to D1,4,5 opps to P1 mtn for relief w/att aff & exbs. |

DC-111A REV. (1/75)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET    JUDGE VON DER HEYDT

| PLAINTIFF | DEFENDANT | DOCKET NO. A76-132 |
|---|---|---|
| OMAR STRATMAN, et al. | BRUCE BABBITT, et al. | PAGE 8 OF ___ PAGES |

| DATE 1993 | NR. | PROCEEDINGS |
|---|---|---|
| July 07 | 135 | Fld MO re O/A on P-1 mtn to vacate dsmsl & reopen case SET 7/26/93 @ 10:00 am, ea 30 min for O/A. cc CMC, cnsl. |
| 07 | 136 | Fld Pl aff in supt of Pl reply to D1,4,5 opp to Pl mtn for relief. |
| 12 | 137 | FLD fed deft motion to rese oral argument of 7/26. |
| 14 | 138 | Fld MO re D1 mtn to reset O/A is GRANTED as unopp; 7/26/93 VACATED & RESET 8/11/93 @ 10:00 am. cc CMC, cnsl. |
| 16 | 139 | Fld P2 non-opp to D1 mtn to vacate O/A on 7/26/93. |
| Aug 09 | 140 | Fld MO re O/A set 8/11/93 is VACATED & RESET for 8/12/93 @ 11:00 am. cc cnsl, CMC |
| 13 | 141 | Fld CRT MIN re O/A on pltf mtn to vacate dsmsl & reopen case, Pl mtn for jud ntc of adjudicatv facts dkt #116 & mtn to lodge orig depos @ dkt 118 GRANTED, N. Day, ECR. cc cnsl. |
| 17 | 142 | Fld Pl ntc of flg depo transcripts per order @ dkt 141 (transcripts can be located in brown expando folder behind files). |
| 17 | 143 | Fld Pl ntc of availability of depo summaries. |
| 17 | 144 | [redacted] ORDER re pltf mtn to vacate dismissal & reopen case denied. cc cnsl |
| 20 | 145 | Fld D5 mtn to correct clerical mistake re "not". |
| 25 | 146 | Fld Pl qualified non-opp to D5 mtn to correct clerical mistake. |
| 25 | 147 | Fld Pl mtn to correct clerical mistake re "42(b) in lieu of 42(a)" in memo. |
| 25 | 148 | Fld Pl mtn to recnsdr memo & order @ dkt 144 w/att memo & exbs. |
| Sept 3 | 149 | Fld D-4 opp to P-1 mot to reconsider memo and ord of 8/17/93. |
| 10 | 150 | Fld D-1 opp to mot for reconsideration |
| 10 | 151 | Fld P-1 rply to D-4 opp to mot to recond mem & ord of 8/17/93 |
| 14 | 152 | Fld D-5 opp to mot for reconsideration. |
| 16 | 153 | Fld Pltf's notice of appeal to dkt #144. cc: Schneider, Middleton, Landon, LongacreSchmitt, Judge von der Heydt, 9CCA. |
| 16 | 154 | Fld cy 9CCA CAD's. |
| 17 | 155 | FLD pltf reply to opp by D1,5, to pltf mot to reconsider w/att exhibits. |
| 21 | 156 | Fld pltf aff of svc of transcript desig & ord form. |
| -- | 157 | NOT USED. |

00010

DC 111A
(Rev. 1/75)

| | | CIVIL DOCKET CONTINUATION SHEET | JUDGE VON DER HEYDT |
|---|---|---|---|
| PLAINTIFF<br>OMAR STRATMAN | DEFENDANT<br>BRUCE BABBITT | | DOCKET NO. A76-132<br>PAGE ___ OF ___ PAGES |

| DATE 1993 | NR. | PROCEEDINGS |
|---|---|---|
| Sept 22 | 145 | FLD ORDER re; mot to correct clerical mistake. cy cnsl. |
| 22 | 147 | FLD ORDER re: mot to correct clerical mistake. cy cnsl. |
| 22 | 158 | FLD ORDER re: mot for reconsideration granted (dkt #148). Court declines to alter decision of 8/17/93. cy cnsl. |
| Oct 6 | 159 | Fld cy 9CCA time schedule order. 93-35894. |
| 22 | 160 | Fld pltf's notice of appeal to dkt #144. cc: schneider, Schmitt, Landon, Middleton, Longacre, Judge von der Heydt, 9CCA. |
| 26 | 161 | Fld P-1 notice of transcripts non-designation. |
| 26 | 162 | Fld cy 9CCA CAD's. P-1. |
| 27 | 163 | Fld cy 9CCA certificate of record. P-1. cc: cnsl. |
| Nov 5 | 164 | Fld notice of x-appeal to dkt # 144, 158. cc: cnsl, Judge von der Heydt, 9CCA. |
| 5 | 165 | Fld D-5 Notice to appellant of addntl transcripts nedded. |
| 5 | 166 | Fld D-5 cy 9CCA CAD's. |
| 8 | 167 | Fld D-4 notice of joinder in x-appeal to dkt # 144, 158. cc: cnsl, Judge von der Heydt, 9CCA. |
| 17 | 168 | Fld D-5 notice of trans cripts non-designation. |
| 30 | 169 | Fld cy 9CCA time schedule order. 93-36006. |
| 30 | 170 | Fld cy 9CCA time schedule order. 93-36068. |
| Dec 8 | 171 | Fld P-1 notice of transcript designation & A/O-435. |
| 1994<br>Jan 24 | 172 | Fld REPORTERS TRANSCRIPTS. O/A ARGUMENT ON PLTF'S MOTION TO VACATE DISMISSAL AND REOPEN CASE. |
| 24 | 173 | Fld cy 9CCA certificate of record. cc: cnsl. |
| 24 | 174 | Fld D-4 motion to expunge lis pendens. |
| Feb 02 | 175 | Fld D-4 addendum to mot to expunge lis pendens w/att aff. |
| 02 | 176 | Fld Pl request for oral argument on D4 mot to expunge L. Pendens. |
| 02 | 177 | Fld Pl oppos to D-4 mot to expunge L. Pendens. |
| 07 | 178 | Fld D-4 reply to pltf's oppos to def's mot to expunge L. Pendens. |
| 08 | 179 | Fld D4 amended cert of service. |

DC 111
(Rev. 1/75)

JUDGE von der HEYDT

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | DOCKET NO. A76-132 CIV |
|---|---|---|
| OMAR STRATMAN | CECIL ANDRUS | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1994 | | |
| Mar 1 | 180 | Fld cy 9CCA brief schedule. 93-36006, 93-36069. |
| 11 | 181 | Fld MEMO & ORDER re D4 mot to expunge Lis Pendens (doc #174) is denied, Pl request for oral argument (doc #176) denied. cy cnsl. |
| 18 | 182 | Fld D4 mot for part reconsider of crt Order of 3/11/94 w/atch afdvt. |
| 25 | 183 | Fld Pl opos to D4 mot for part reconsider of it's denial of D4's request to expinge certain Lis Pendens. |
| 29 | 184 | Fld cert cy 9CCA MANDATE. appeal dismissed. cc: cnsl, Judge von der Heydt. 93-36068. |
| 30 | 185 | Fld D4 reply to Pl's opos to def's mot for part reconsider w/atch afdvt. |
| April 08 | 186 | Fld MEMO & ORDER re D4 mot for part reconsider garnted, crt declines to alter it's decision of 3/11/94. Cy cnsl. |
| 11 | 187 | Fld D4 not of flg original afdvt attchd. |
| 15 | 188 | Fld cy 9CCA ORDER re: brief schedule. 93-36006. |

00012

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A76-0132--CV (JKS)
                  "STRATMAN VS. BABBITT"

       Including terminated parties, excluding terminated attorneys
```

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: Tuesday, January 10, 1995
          Closed:
           Cause: 28:1331 & 1391
        Trial by:
          Demand: INJUNCTION
      Filing fee: Paid $120.00 on 07/02/76 receipt # 00000000

| Parties of Record: | | Attorneys of Record: |
|---|---|---|
| PLF-1.1 | STRATMAN, OMAR | Michael J. Schneider<br>Law Offices of Michael Schneider<br>880 "N" Street, Suite 202<br>Anchorage, AK 99501<br>907-277-9306 |
| PLF-2.1 | BURTON, TONI | Alan L. Schmitt<br>Jamin, Ebell, Bolger & Gentry<br>323 Carolyn Street<br>Kodiak, AK 99615<br>907-486-6024 |
| PLF-3.1 | [T] MURRAY, JOHN | |
| PLF-4.1 | [T] DEVERS, MICHAEL | |
| PLF-5.1 | [T] SCHAUFF, JAMES | |
| PLF-6.1 | [T] SHAFFORD, BRIAN | |
| DEF-1.1 | BABBITT, BRUCE, SECRETARY OF THE INTERIOR | Bruce M. Landon<br>Department of Justice<br>801 "B" Street, Suite 504<br>Anchorage, AK 99501-3657<br>907-271-5452 |
| DEF-2.1 | ANTON LARSEN, INC. | |
| DEF-3.1 | BELLS FLATS NATIVES, INC. | |
| DEF-4.1 | LEISNOI, INC. | Edgar Paul Boyko<br>Edgar Paul Boyko & Associates<br>711 "H" Street, Suite 510<br>Anchorage, AK 99501<br>907-279-1000<br>FAX 907-279-8944 |
| DEF-5.1 | KONIAG, INC. | R. Collin Middleton<br>Middleton, Timme & Luke<br>550 West 7th Avenue, Suite 1600<br>Anchorage, AK 99501<br>907-276-3390 |

ACQS: R_DKTPL        As of Tuesday, June 20, 1995 at 3:52 PM by CIQS

00013

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A76-0132--CV (JKS)
              "STRATMAN VS. BABBITT"

              For all filing dates
```

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
    Referral Rule:
        Filed: Tuesday, January 10, 1995
        Closed:

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 01/04/95 | Notation: AS OF THIS DATE ALL FUTURE FILINGS ARE ON THE AUTOMATED SYSTEM. |
| 189 - 1 | 01/04/95 | PLF 1 motion & memo to dsmss &/or amend caption w/regard to stld or inactive prties. |
| 190 - 1 | 01/10/95 | Mandate from 9CCA. D.C. is reversed and remanded. cc: cnsl, Judge von der Heydt. 93-36006. |
| 192 - 1 | 01/13/95 | DEF 5 Notice to crt of recall of 12/28/94 mandate. cy attchd. |
| 191 - 1 | 01/17/95 | cert cy 9CCA order re: Mandate is hereby recalled. 93-36006. cc: cnsl, Judge von der Heydt. |
| 193 - 1 | 02/27/95 | DEF 1 Address Change Notice |
| 194 - 1 | 03/06/95 | Mandate from 9CCA. D.C. REVERSED AND REMANDED. cc: cnsl, Judge von der Heydt. |
| 195 - 1 | 03/08/95 | PLF 1 motion & memo to dsmss inactive & previously setld parties Stratman & Burton. |
| 195 - 2 | 03/08/95 | PLF 1 motion to amend caption w/regard to settled or inactive parties. |
| 196 - 1 | 03/10/95 | DEF 4 Attorney Substitution of R. Longacre for E. Paul Boyko. Cy cnsl |
| 197 - 1 | 03/13/95 | DEF 4 motion for stay pending petition for certorari w/atch memo |
| 198 - 1 | 03/14/95 | DEF 4 (Amended) Certificate of service re: DEF 4 motion for stay pending petition for certorari w/atch memo (197-1) |
| 199 - 1 | 03/15/95 | Unopposed motion & Order that Burton has till 4/11/95 to file an oppos to Stratman's mot to dsmss her claims. Cy cnsl |
| 200 - 1 | 03/15/95 | DEF 4 motion for ext of time in which to respond to mot to dsmss & to dscvy until crt rules on mot for stay. w/atch memo. |
| 201 - 1 | 03/22/95 | PLF 1 opposition to DEF 4 motion for ext of time in which to respond to mot to dsmss & to dscvy until crt rules on mot for stay. w/atch memo. (200-1) w/atch exhibits. |
| 202 - 1 | 03/24/95 | PLF 1 motion for preliminary injunction w/atch memo, afdvt & exhibits. |

ACQS: R_DKTDL         As of 06/20/95 at 3:52 PM by CIQS         Page 1

00014

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE A76-0132--CV (JKS)
                  "STRATMAN VS. BABBITT"

                     For all filing dates
```

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
         Filed: Tuesday, January 10, 1995
        Closed:


| Document # | Filed | Docket text |
|---|---|---|
| 203 - 1 | 03/24/95 | PLF 1 Request for Oral Argument re: PLF 1 motion for preliminary injunction w/atch memo, afdvt & exhibits. (202-1) |
| 204 - 1 | 03/24/95 | PLF 1 motion on short time to hear & decide P-1 mot for prelim injunct. w/atch afdvt. |
| 205 - 1 | 03/24/95 | PLF 1 opposition to DEF 4 motion for stay pending petition for certorari w/atch memo (197-1) |
| 206 - 1 | 03/24/95 | DEF 5 (partial) opposition to PLF 1 motion & memo to dsmss &/or amend caption w/regard to stld or inactive prties. (189-1), PLF 1 motion & memo to dsmss inactive & previously setld parties Stratman & Burton. (195-1), PLF 1 motion to amend caption w/regard to settled or inactive parties. (195-2) |
| 207 - 1 | 03/28/95 | DEF 4 motion for summary judgement w/atch exhibits |
| 208 - 1 | 03/28/95 | JAV Order staying motion & memo to dsmss &/or amend caption w/regard to stld or inactive prties (189-1), motion & memo to dsmss inactive & previously setld parties Stratman & Burton (195-1), motion to amend caption w/regard to settled or inactive parties. (195-2), motion for stay pending petition for certorari (197-1), motion for ext of time in which to respond to mot to dsmss & to dscvy (200-1), motion on short time to hear & decide P-1 mot for prelim injunct (204-1) |
| 209 - 1 | 03/29/95 | PLF 1 reply to opposition to PLF 1 motion & memo to dsmss &/or amend caption w/regard to stld or inactive prties. (189-1), PLF 1 motion & memo to dsmss inactive & previously setld parties Stratman & Burton. (195-1), PLF 1 motion to amend caption w/regard to settled or inactive parties. (195-2) |
| 210 - 1 | 03/29/95 | PLF 1 Request for Oral Argument re: PLF 1 motion & memo to dsmss &/or amend caption w/regard to stld or inactive prties. (189-1), PLF 1 motion & memo to dsmss inactive & previously setld parties Stratman & Burton. (195-1), PLF 1 motion to amend caption w/regard to settled or inactive parties. (195-2) |
| 211 - 1 | 03/30/95 | PLF 1 motion for relief from order of 3/28/95 staying proceedings |
| 212 - 1 | 04/04/95 | DEF 4 Notice that it will not file its oppos to Statman's 3/30 mot until such time as the stay is lifted. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A76-0132--CV (JKS)
                    "STRATMAN VS. BABBITT"

                         For all filing dates
```

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
    Referral Rule:
        Filed: Tuesday, January 10, 1995
       Closed:

| Document # | Filed | Docket text |
|---|---|---|
| 213 - 1 | 04/05/95 | JAV Order denying motion for stay pending petition for certorari (197-1); granting motion on short time to hear & decide P-1 mot for prelim injunct (204-1), motion for relief from order of 3/28/95 staying proceedings (211-1); terminating in light of this order: motion for ext of time in which to respond to mot to dsmss & to dscvy (200-1); staying motion & memo to dsmss &/or amend caption w/regard to stld or inactive prties (189-1), motion & memo to dsmss inactive & previously setld parties Stratman & Burton (195-1), motion to amend caption w/regard to settled or inactive parties. (195-2), motion for summary judgement (207-1)JAV Order jdgmnt of dsmssl is vacated, 3/28/95 stay order is vacated; oppos to mot for PI due 4/10/95, reply due 4/12/95, oral argument set for 4/14/95 at 9:30 a.m. Cy cnsl, CMC. |
| 214 - 1 | 04/06/95 | PLF 1 Affidavit of service of 4/5/85 JAV orders. |
| 215 - 1 | 04/10/95 | DEF 4 opposition to PLF 1 motion for preliminary injunction (202-1). w/atch exhibits. |
| 216 - 1 | 04/12/95 | PLF 2 opposition to PLF 1 motion & memo to dsmss &/or amend caption w/regard to stld or inactive prties. (189-1), PLF 1 motion & memo to dsmss inactive & previously setld parties Stratman & Burton. (195-1), PLF 1 motion to amend caption w/regard to settled or inactive parties. (195-2) |
| 217 - 1 | 04/12/95 | PLF 1 reply to opposition to PLF 1 motion for preliminary injunction.(202-1) w/atch exhibits. |
| 218 - 1 | 04/13/95 | DEF 5 Supplemental response to reply re: PLF 1 motion to amend caption w/regard to settled or inactive parties. (195-2) Cy afdvt |
| 219 - 1 | 04/13/95 | DEF 4 Notice of additional cases & afdvts def may discuss at OA's. w/atch exhibits. |
| 220 - 1 | 04/14/95 | JAV Court Minutes [ECR: Natalie Day] re OA on pltf Stratman's mot for prelim injunct, crt to notify parties in writing re decision. |
| 221 - 1 | 04/18/95 | JAV Order denying w/o prej motion & memo to dsmss &/or amend caption (189-1), motion & memo to dsmss inactive/settled ptys Stratman & Burton (195-1), motion to amend caption w/regard to settled or inactive parties (195-2), motion for preliminary injunction (202-1) each pty to pay it's own costs & attrny fees. That stay of proceedings shall continue pending a Rule 16 pre-trial schedule & mgmnt conf to be set by order. Cy cnsl |

ACQS: R_DKTDL         As of 06/20/95 at 3:52 PM by CIQS                Page 3

00016