```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A76-0132--CV (JKS)
                              "STRATMAN VS. BABBITT"

                              For all filing dates
```

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: Tuesday, January 10, 1995
          Closed:

| Document # | Filed | Docket text |
|---|---|---|
| 222 - 1 | 04/18/95 | DEF 4 Notice of filing three attched afdvts. |
| 223 - 1 | 04/18/95 | DEF 1 motion for extension of time till 5/3/95 to respond to dscvy requests |
| 224 - 1 | 04/20/95 | JAV Order that PTC set for 5/1/95 at 9:30 in open crt, parties statements due 4/27/95. Cy cnsl, CMC |
| 225 - 1 | 04/20/95 | PLF 1 Appeal to 9CCA from denial of prelim. inj. cc: cnsl, Judge von der Heydt, 9CCA. |
| 226 - 1 | 04/20/95 | PLF 1 Transcript Designation/Order Form. |
| 227 - 1 | 04/21/95 | PLF 1 motion for injunction pending appeal w/atch memo & afdvt. |
| 228 - 1 | 04/24/95 | DEF 4 Notice that it does not intend to respond to pleadings fld during pendancy of crt-imposed stay until after the status conf or until crt lifts stay. |
| 229 - 1 | 04/25/95 | DEF 1 Status Report re: further judicial proceedings |
| 230 - 1 | 04/25/95 | Reporters Transcript re: Oral Argument on PLF 1 Motion for Preliminary Injunction; held 04/14/95; EDR Day |
| 231 - 1 | 04/26/95 | cy 9CCA Certificate of Record. cc: cnsl. |
| 232 - 1 | 04/27/95 | PLF 1 Report re: status of case. w/atch afdvt. |
| 233 - 1 | 04/27/95 | DEF 4 Report re: status of case. |
| 234 - 1 | 04/27/95 | DEF 5 Report re: status of case. |
| 235 - 1 | 05/01/95 | JAV Court Minutes [ECR: Linda Christensen] re PTC; cnsl to file any new mot's due in 30 days w/30 days for responses & 14 days for replies, crt directed Mr. Schneider file a stip after discussions are held. Cy cnsl |
| 236 - 1 | 05/01/95 | DEF 4 opposition to PLF 1 motion for injunction pending appeal (227-1) w/atch exhibits. |
| 237 - 1 | 05/01/95 | JAV Order denying motion for injunction pending appeal (227-1) Cy cnsl |
| 238 - 1 | 05/02/95 | cy 9CCA Order re: time schedule. 95-35376. |
| 239 - 1 | 05/10/95 | DEF 1 Notice of lodging of alternative proposed scheduling order pursuant to crt's order of 5/1/95 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A76-0132--CV (JKS)
"STRATMAN VS. BABBITT"

For all filing dates
```

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
    Referral Rule:
            Filed: Tuesday, January 10, 1995
           Closed:

| Document # | Filed | Docket text |
|---|---|---|
| 240 - 1 | 05/11/95 | JAV Order ptys shall confer & stip or rpt by 5/25/95 on discvy needed for threshold issues only; all other discvy stayed [terminating in light of this order: motion for extension of time till 5/3/95 to respond to dscvy requests (223-1)] Def's brief due 6/1/95, oppos due 7/1/95, reply due 7/14/95 cc:cnsl. |
| 241 - 1 | 05/17/95 | HRH Minute Order reassigning case to Judge Singleton per random assignment; parties to use case number A76-0132-CV (JKS). cc cnsl, Judge von der Heydt, Judge Singleton |
| 242 - 1 | 05/25/95 | PLF 1 Report re:status of dvry and disputes releated thereto. |
| 243 - 1 | 05/25/95 | PLF 1 motion for compelling discovery |
| 244 - 1 | 05/31/95 | JKS Minute Order that dvry conf set for 6/2/95 at 1:15pm. cc cnsl |
| 245 - 1 | 06/01/95 | DEF 4 motion to dismiss for lack of subject matter jurisdiction with att/memo and exhbt. |
| 246 - 1 | 06/01/95 | DEF 4 motion for summary judgment re: congressional ratification of status as a validly certified Native Village Corporation w/att exhbt. |
| 247 - 1 | 06/01/95 | DEF 4 motion to expunge Lis Pendens re: D. Hall property w/att memo and exhbt. |
| 248 - 1 | 06/01/95 | DEF 4 motion for s/j re: preclusive effect of Stratman's stlmnt w/Koniag, Inc. with att/memo |
| 249 - 1 | 06/01/95 | DEF 1 motion for summary judgment on threshold issues with att exhbt. |
| 250 - 1 | 06/01/95 | DEF 5 motion for s/j re: sect 1427 Ak Nat'l Interest Lands Conservation Act with att memo, aff and exhbts. |
| 251 - 1 | 06/01/95 | DEF 5 motion for s/j re: 1990 stlmnt agreement w/att memo and exhbt |
| 252 - 1 | 06/06/95 | JKS Court Minutes [ECR: Jan Welch] re: dvry conf [6/2/95]; crt hrd proposed stip; crt to issue order. cc cnsl |
| 253 - 1 | 06/07/95 | PLF 1 Notice of lodging order re compelling production. |
| 254 - 1 | 06/08/95 | DEF 1 Report (stipulates) re: threshold issue number four of court order (5-11-95) w/regard to Section 1427 (ANILCA). |
| 255 - 1 | 06/09/95 | JKS Order granting motion for compelling discovery (243-1); parties ordered to produce, respond or otherwise provide |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A76-0132--CV (JKS)
"STRATMAN VS. BABBITT"

For filing dates between 06/15/95 and 01/23/96 inclusive
```

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
  Referral Rule:
      Filed: Tuesday, January 10, 1995
     Closed: Wednesday, September 13, 1995

| Document # | Filed | Docket text |
|---|---|---|
| 256 - 1 | 06/15/95 | PLF 1 Notice of Filing Administrative Record and Documents w/attch exhbts. |
| 257 - 1 | 06/30/95 | PLF 1 opposition to DEF 4 motion to expunge Lis Pendens re: Def's property. (247-1) |
| 258 - 1 | 06/30/95 | PLF 1 opposition to DEF 4 motion for summary judgement (207-1) |
| 259 - 1 | 06/30/95 | PLF 1 opposition to DEF 4 motion for s/j re: preclusive effect of Stratman's stlmnt w/Koniag, Inc. with att/memo (248-1), DEF 5 motion for s/j re: 1990 stlmnt agreement w/att memo and exhbt (251-1) |
| 260 - 1 | 06/30/95 | PLF 1 opposition to DEF 4 motion for summary judgment re: congressional ratification of status as a validly certified Native Village Corporation (246-1), DEF 5 motion for s/j re: sect 1427 Ak Nat'l Interest Lands Conservation Act (250-1) w/att exhs. |
| 261 - 1 | 07/06/95 | PLF 1 Notice of filing original aff of O. Stratman re: plft memo in opp to mots for s/j re: 1990 Koniag Sltmnt Agreement. w/att aff. |
| 262 - 1 | 07/06/95 | Stipulation and Order [notice to the court re: clerical error] that plft file responses to 4 of the 5 threshold issues by COB 6/30/95;plft to file response to the 'exhaustion" issue by COB 7/17/95; rply to be filed 8/22/95. cc cnsl |
| 263 - 1 | 07/?/95 | JKS Order denying motion to expunge Lis Pendens re: D's property (247-1) cc: cnsl |
| 264 - 1 | 07/17/95 | PLF 1 motion for extension of time of 7 days to file memorandum in opposition to Leisnoi's mot re: exhaustion of administrative remedies.w/att aff. |
| 265 - 1 | 07/20/95 | PLF 1 reply to opposition to PLF 1 motion for extension of time of 7 days to file memorandum in opposition to Leisnoi's mot re: exhaustion of administrative remedies.w/att aff. (264-1) |
| 266 - 1 | 07/21/95 | DEF 4 motion for reconsideration of court order dtd 7/11/95 |
| 267 - 1 | 07/24/95 | PLF 1 Supplement re: PLF 1 motion for injunction pending appeal (227-1) |
| 268 - 1 | 07/24/95 | PLF 1 opposition to DEF 4 motion to dismiss for lack of subject matter jurisdiction with att/memo and exhbt. (245-1), DEF 1 motion for summary judgment on threshold |

ACQS: R_DKTDL        As of 01/24/96 at 2:40 PM by CIQS        Page 1

```
UNITED STATES DISTRICT     T FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A76-0132--CV (JKS)
                    "STRATMAN VS. BABBITT"

       For filing dates between 06/15/95 and 01/23/96 inclusive
```

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
         Filed: Tuesday, January 10, 1995
        Closed: Wednesday, September 13, 1995


Document #   Filed      Docket text
---
                        issues with att exhbt. (249-1)

266 -    2  07/25/95   JKS Order denying motion for reconsideration of court order
                        dtd 7/11/95 (266-1) cc cnsl

269 -    1  07/25/95   DEF 4 motion to strike overlength, late opposition to
                        motions to dismiss for failure to exhaust administrative
                        remedies w/att memo..

270 -    1  07/26/95   DEF 4 motion for 60dy stay of all proceedings w/att memo &
                        exhbts.

271 -    1  07/26/95   Motion for shorten time re: motion for 60 dy  stay of
                        proceedings

272 -    1  07/27/95   JKS Order denying motion for shorten time re: motion for 60
                        dy  stay of proceedings (271-1) cc cnsl

273 -    1  07/31/95   DEF 4 opposition to PLF 1 motion for extension of time of 7
                        days to file memorandum in opposition to Leisnoi's mot re:
                        exhaustion of  administrative remedies.w/att exhbt.  (264-1)

274 -    1  07/31/95   DEF 4 Errata to oppo [#273] re: PLF 1 motion for extension
                        of time of 7 days to file memorandum in opposition to
                        Leisnoi's mot re: exhaustion of  administrative remedies
                        (264-1)

275 -    1  08/01/95   PLF 1 opposition to DEF 4 motion to strike overlength, late
                        opposition to motions to dismiss for failure to exhaust
                        administrative remedies  (269-1)

276 -    1  08/02/95   PLF 1 opposition to DEF 4 motion for 60dy stay of all
                        proceedings w/att aff. (270-1)

277 -    1  08/04/95   DEF 4 Errata re: DEF 4 motion for 60dy stay of all
                        proceedings w/att exhbts. (270-1)

278 -    1  08/08/95   DEF 4 reply to opposition to DEF 4 motion for 60dy stay of
                        all proceedings w/att exhbts. (270-1)

279 -    1  08/09/95   Transcript of pretrial conf held 5/1/95.

280 -    1  08/09/95   DEF 4 reply to opposition to DEF 4 motion to strike
                        overlength, late opposition to motions to dismiss for
                        failure to exhaust administrative remedies w/att exhbts.
                        (269-1)

281 -    1  08/14/95   DEF 4 reply to opposition to DEF 4 motion for summary
                        judgment re: res judicata & collateral estoppel (207-1)

```
UNITED STATES DISTRICT Ct    FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A76-0132--CV (JKS)
                     "STRATMAN VS. BABBITT"

         For filing dates between 06/15/95 and 01/23/96 inclusive
```

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
    Referral Rule:
           Filed: Tuesday, January 10, 1995
          Closed: Wednesday, September 13, 1995

| Document # | Filed | Docket text |
|---|---|---|
| 282 - 1 | 08/21/95 | Unopposed Motion for ext of time till 9/6/95 for fed deft to rply to plft oppo to fed deft's mot for summary judgment. cc cnsl |
| 283 - 1 | 08/22/95 | PLF 1 Supplemental oppo re: DEF 4 motion for 60dy stay of all proceedings w/att exhbts. (270-1) |
| 284 - 1 | 08/22/95 | DEF 4 joinder in replys to oppo of plft by Koniag, Inc and Fed. deft re: dkt # 245, 246,& 248. |
| 285 - 1 | 08/22/95 | DEF 4 reply to opposition to motion to expunge lis pendens w/att exbht. |
| 286 - 1 | 08/23/95 | DEF 5 motion to accept late filed briefs w/ proposed reply to mot for SJ re settle agreemnt & reply to mot for SJ per sec 1427 of ANILCA, attached. |
| 287 - 1 | 08/23/95 | DEF 5 Request for Oral Argument re: DEF 5 motion for s/j re: sect 1427 Ak Nat'l Interest Lands Conservation Act (250-1), DEF 5 motion for s/j re: 1990 stlmnt agreement (251-1). |
| 288 - 1 | 08/24/95 | DEF 4 reply to opposition [supplemental response] to DEF 4 motion for 60dy stay of all proceedings w/att exhbts. (270-1) |
| 289 - 1 | 08/25/95 | PLF 2 motion to withdraw of counsel upon consent |
| 290 - 1 | 09/06/95 | DEF 1 reply to opposition to DEF 1 motion for summary judgment on threshold issues with att exhbt. (249-1) |
| 291 - 1 | 09/06/95 | PLF 1 Notice of filing certified cipy of Kodiak Island Borough Resolution No. 95-36. |
| 292 - 1 | 09/13/95 | JKS Order denying motion for summary judgement (207-1), motion to dismiss for lack of subject matter jurisdiction (245-1), motion for summary judgment re: congressional ratification of status (246-1), motion for s/j re: preclusive effect of Stratman's stlmnt w/Koniag, Inc. (248-1), motion for summary judgment on threshold issues (249-1), motion for s/j re: sect 1427 Ak Nat'l Interest Lands Conservation Act (250-1), motion for s/j re: 1990 stlmnt agreement (251-1), motion to strike overlength, late opposition to motions to dismiss for failur (269-1), motion for 60dy stay of all proceedings (270-1); granting motion for extension of time of 7 days to file memorandum in opposition to (264-1), motion to accept late filed briefs (286-1) ;request for o/a at skt # 287 is denied; this case is remanded to the administrative agency for consideration not inconsistent with this order. cc cnsl |

```
UNITED STATES DISTRICT C     FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A76-0132--CV (JKS)
              "STRATMAN VS. BABBITT"

For filing dates between 06/15/95 and 01/23/96 inclusive
```

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
  Referral Rule:
         Filed: Tuesday, January 10, 1995
        Closed: Wednesday, September 13, 1995

| Document # | Filed | Docket text |
|---|---|---|
| 293 - 1 | 09/13/95 | DEF 5 reply to opposition to mot for s/j purusuant to the 1990 slmnt agreement. |
| 294 - 1 | 09/13/95 | DEF 5 reply to opposition to mot for s/j purusuant to section 1427 of ANILCA |
| 289 - 2 | 09/14/95 | JKS Order granting motion to withdraw of counsel upon consent (289-1) cc cnsl |
| 295 - 1 | 09/15/95 | PLF 1 motion for status conference to discuss the form and substance of the courts order of remand to IBLA. |
| 296 - 1 | 09/20/95 | DEF 5 Address Change Notice of law firm |
| 297 - 1 | 09/21/95 | DEF 5 motion for reconsideration of the Court Order on 9/12/95 denying Koniag motion for summary judgment w/att memo |
| 298 - 1 | 09/22/95 | JKS Order that all parties wishing to do so should set out their factual and legal views on the issues re: dkt # 295 in a position paper and file by 10/23/95; after reviw the court will decide whether a further conf will be worthwhile. cc cnsl |
| 299 - 1 | 09/28/95 | JKS Order denying motion for reconsideration of the Court Order on 9/12/95 denying Koniag motio (297-1). cc cnsl |
| 300 - 1 | 10/17/95 | DEF 5 motion to amend order of 9/28/95 to include satement prescribed by 28:1292[b] |
| 301 - 1 | 10/19/95 | DEF 4 non-opposition to DEF 5 motion to amend order of 9/28/95 to include satement prescribed by 28:1292[b] (300-1) |
| 302 - 1 | 10/23/95 | DEF 4 Report re: position papers re: court order 9/22/95 with att exhbts. |
| 303 - 1 | 10/23/95 | DEF 1 opposition to PLF 1 motion for status conference to discuss the form and substance of the courts order of remand to IBLA. (295-1) with att exhbts. |
| 304 - 1 | 10/23/95 | PLF 1 Report re: position paper re; court order of 9/22/95 with att exhbts. |
| 305 - 1 | 10/23/95 | DEF 5 opposition to PLF 1 motion for status conference to discuss the form and substance of the courts order of remand to IBLA. (295-1) . |
| 306 - 1 | 10/27/95 | DEF 4 Report[notice] re: position vis-a-vis plaintiff's so-called positon paper. |

ACQS: R_DKTDL          As of 01/24/96 at 2:40 PM by CIQS                Page 4

00022

```
              UNITED STATES DISTRICT C    FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A76-0132--CV (JKS)
                           "STRATMAN VS. BABBITT"

              For filing dates between 06/15/95 and 01/23/96 inclusive
```

Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
    Referral Rule:
           Filed: Tuesday, January 10, 1995
          Closed: Wednesday, September 13, 1995

| Document # | Filed | Docket text |
|---|---|---|
| 307 - 1 | 11/01/95 | PLF 1 opposition to DEF 5 motion to amend order of 9/28/95 to include satement prescribed by 28:1292[b] (300-1) |
| 308 - 1 | 11/08/95 | DEF 5 reply to opposition to DEF 5 motion to amend order of 9/28/95 to include satement prescribed by 28:1292[b] (300-1) w/att exhbts |
| 309 - 1 | 11/21/95 | JKS Order denying motion for status conference to discuss the form and substance of the courts. (295-1), motion to amend order of 9/28/95 to include satement prescribed by 28:1292[b] (300-1), clk to enter judgment remanding this case to the IBLA to determine if Lesnois is a phantom village. cc cnsl [Judgement forwarded to Judge] |
| 310 - 1 | 11/21/95 | JKS Judgment remanding this case to IBLA. cc cnsl 0/J 9693 |

```
Roger E. Henderson
805 West Third Avenue
Suite 200
Anchorage, Alaska  99501
Phone: 272-1527

Attorney for Plaintiffs
```

FILED

--- 5 1977

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By..........IOC..........Dep.

(19)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

OMAR STRATMAN, TONI BURTON,       )
JOHN MURRAY, MICHAEL DEVERS,       )
JAMES SCHAUFF, and BRIAN SHAFFORD, )
                                   )
            Plaintiffs,            )
                                   )
    vs.                            )
                                   )   No. A76-132 Civil
THOMAS S. KLEPPE, Secretary of the )
Interior, ANTON LARSEN, INC., BELLS)
FLATS NATIVES, INC., LEISNOI, INC.,)       AMENDED
and KONIAG, INC., REGIONAL NATIVE  )      COMPLAINT
CORPORATION,                       )
                                   )
            Defendants.            )
                                   )

For cause of action, plaintiffs, by and through their attorneys, HOUSTON & HENDERSON, complain and allege as follows:

I.

The defendant, Secretary of the Interior, (hereinafter referred to as the Secretary) is required by the Alaska Native Claims Settlement Act, 43 U.S.C.A. §1610 (b)(3) to find native villages eligible to receive land conveyances provided that twenty-five or more Alaska Natives were residents of an established village on the 1970 census enumeration date.

II.

The alleged villages of Anton Larsen Bay, Bells Flats, and Woody Island (Leisnoi) were not established villages on the

-1-

HOUSTON & HENDERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
805 WEST THIRD AVENUE
ANCHORAGE, AK 99501
TELEPHONE 272-1527

1970 census enumeration date, nor did they at that time have twenty-five or more Natives as residents. Notwithstanding these facts, the defendant corporations of Anton Larsen, Inc., Bells Flats Natives, Inc., and Leisnoi, Inc., (hereafter referred to as Village Corporations) were formed for the purpose, in part, of receiving title to Federal lands pursuant to the Act on behalf of Anton Larsen Bay, Bells Flats, and Woody Island respectively.

### III.

Despite the ineligibility of Anton Larsen Bay, Bells Flats, and Woody Island by the statutory criteria to receive Federal land under the statute, the Village Corporations have made tentative selections from the public domain on Kodiak Island, Woody Island and nearby areas, and have petitioned the Secretary for patent to the lands selected.

### IV.

Defendant KONIAG, INC., REGIONAL NATIVE CORPORATION has or claims to have a mineral interest in all lands referred to in paragraph III above in the event that patent as requested is granted by the Secretary.

### V.

Plaintiffs Omar Stratman and Toni Burton each own grazing leases initially issued by the United States pursuant to 45 U.S.C.A §471. All or a portion of the lands under said leases were selected by the State of Alaska for patent to it under the Alaska Statehood Act. By operation of State Statute, grazing leases issued by the United States for lands which are subsequently selected and patented to the state are subject to renewal at the option of the lessee upon the lease expiration date under identical terms and conditions. Such option to renew constitutes a valuable property right in plaintiffs

-2-

HOUSTON & HENDERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
805 WEST THIRD AVENUE
ANCHORAGE, AK. 99501
TELEPHONE 272-1527

00025

Omar Stratman and Toni Burton.

VI.

All or portions of the lands under said grazing leases which had been selected by the State of Alaska have now been selected by the Village Corporations for patent to them. If such patents are issued in violation of 43 U.S.C.A. §1610 (b)(3), property rights of Omar Stratman and Toni Burton will be terminated because the State of Alaska will not receive patent to the subject lands which it has already selected. The termination of these rights will constitute grave and irreparable injury to the plaintiffs, and plaintiffs will each be damaged in an amount exceeding $10,000.00.

VII.

Plaintiffs Omar Stratman and Toni Burton each own an interest in a slaughter-house facility situated upon land which has been selected by defendant Leisnoi, Inc. for patent to it. Prior to said selection by the Village Corporations, the land in question had been selected by the State of Alaska and tentatively approved by the Secretary for patent. The state, after its selection, released its rights in said lands to the Kodiak Island Borough which in turn gave a quit-claim to the owners of the slaughter-house facility, including plaintiffs Stratman and Burton. If patents are issued to the Village Corporations in violation of 43 U.S.C.A. §1610 (b)(3), existing property rights of plaintiffs Stratman and Burton will be terminated, said termination causing grave and irreparable injury to plaintiffs and damaging them in an amount exceeding $10,000.00.

VIII.

All individual plaintiffs presently make extensive use of lands in the public domain on Kodiak Island and Woody Island

-3-

HOUSTON & HENDERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
605 WEST THIRD AVENUE
ANCHORAGE, AK. 99501
TELEPHONE 272-1527