Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>LEISNOI, INC., KONIAG, INC., and )<br>DIRK KEMPTHORNE, Secretary of the )<br>Interior, )<br>)<br>       Defendants, )<br>)<br>_____)<br>)<br>KONIAG, INC., )<br>)<br>       Counter-claimant, )<br>)<br>v. )<br>)<br>OMAR STRATMAN, )<br>)<br>       Counter-claimed )<br>       Defendant. )<br>_____) | Case No.:  3:02-cv-0290 (JKS) |

**OMAR STRATMAN'S NOTICE TO THE COURT AND ALL PARTIES ADVISING OF ADDITIONAL EXHIBITS THAT ARE BEING FILED FORTHWITH RELATING TO** *Stratman's Opposition to: 1)  Leisnoi's Motion to Dismiss at Docket No. 109 (re: Lack of Subject Matter Jurisdiction, Statute of Limitations), and Partial Opposition to:  2)  Leisnoi's Motion to Dismiss at Docket No. 107 (Standing), and 3)  Leisnoi's Motion to Dismiss at Docket No. 118-1 (Administrative Finality)*

-1-

Due to the large number of exhibits related to the above-referenced pleading, additional exhibits are attached to this notice per the direction of HelpDesk at the U.S. District Court for the State of Alaska.

DATED this ___ day of _____, 2007.

                    s/Michael J. Schneider
                    Law Offices of Michael J. Schneider, P.C.
                    880 "N" Street, Suite 202
                    Anchorage, AK 99501
                    Phone: (907) 277-9306
                    Fax: (907) 274-8201
                    E-mail: mjspc@gci.net
                    Alaska Bar No. 7510088

**CERTIFICATE OF SERVICE**
I hereby certify that **OMAR STRATMAN'S**
**NOTICE TO THE COURT AND ALL PARTIES**
**ADVISING OF ADDITIONAL EXHIBITS THAT ARE BEING FILED**
was served electronically on the 11th day of June, 2007,
on Bruce M. Landon, R. Collin Middleton,
and John R. Fitzgerald.
s/Michael J. Schneider