Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN,            )<br>                                                 )<br>              Plaintiff,             )<br>                                                 )<br>v.                                             )<br>                                                 )<br>LEISNOI, INC., KONIAG, INC., and  )<br>DIRK KEMPTHORNE, Secretary of the )<br>Interior,                                   )<br>                                                 )<br>              Defendants,        )<br>                                                 )<br>_____)<br>                                                 )<br>KONIAG, INC.,                        )<br>                                                 )<br>              Counter-claimant, )<br>                                                 )<br>v.                                             )<br>                                                 )<br>OMAR STRATMAN,            )<br>                                                 )<br>              Counter-claimed   )<br>              Defendant.            )<br>_____) | Case No.: 3:02-cv-0290 (JKS) |

**OMAR STRATMAN'S NOTICE TO THE COURT AND ALL PARTIES ADVISING OF ADDITIONAL EXHIBITS THAT ARE BEING FILED FORTHWITH RELATING TO** *Stratman's Opposition to: 1) Leisnoi's Motion to Dismiss at Docket No. 109 (re: Lack of Subject Matter Jurisdiction, Statute of Limitations), and Partial Opposition to: 2) Leisnoi's Motion to Dismiss at Docket No. 107 (Standing), and 3) Leisnoi's Motion to Dismiss at Docket No. 118-1 (Administrative Finality)*

-1-

Due to the large number of exhibits related to the above-referenced pleading, additional exhibits are attached to this notice per the direction of HelpDesk at the U.S. District Court for the State of Alaska.

DATED this ___ day of _____, 2007.

        s/Michael J. Schneider
        Law Offices of Michael J. Schneider, P.C.
        880 "N" Street, Suite 202
        Anchorage, AK 99501
        Phone: (907) 277-9306
        Fax: (907) 274-8201
        E-mail: mjspc@gci.net
        Alaska Bar No. 7510088

**CERTIFICATE OF SERVICE**
I hereby certify that **OMAR STRATMAN'S**
**NOTICE TO THE COURT AND ALL PARTIES**
**ADVISING OF ADDITIONAL EXHIBITS THAT ARE BEING FILED**
was served electronically on the 11th day of June, 2007,
on Bruce M. Landon, R. Collin Middleton,
and John R. Fitzgerald.
s/Michael J. Schneider