Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEISNOI, INC., KONIAG, INC., and )<br>DIRK KEMPTHORNE, Secretary of the )<br>Interior, )<br>)<br>Defendants, )<br>)<br>_____)<br>)<br>KONIAG, INC., )<br>)<br>Counter-claimant, )<br>)<br>v. )<br>)<br>OMAR STRATMAN, )<br>)<br>Counter-claimed )<br>Defendant. )<br>_____) | Case No.: 3:02-cv-0290 (JKS) |

**PROPOSED ORDER DENYING LEISNOI'S MOTION AT DOCKET NOS. 109 AND 110 (NO FEDERAL SUBJECT MATTER JURISDICTION; STATUTE OF LIMITATIONS BARS ANY AVAILABLE REMEDY; STATUTE OF LIMITATIONS BARS CURRENT APA ACTION)**

-1-

The Court, being fully advised in the premises, does hereby ORDER, ADJUDGE, and DECREE as follows:

1. Leisnoi's motion at Docket No. 109 (memorandum at Docket No. 110) seeking, per Fed. R. Civ. P. 12(b)(1), to dismiss and arguing that Stratman's failure to perfect an appeal of this Court's 1995 dismissal without prejudice of A76-0132 CV (JKS) is DENIED.

2. The instant action is a continuation of A76-0132 CV (JKS) and, to the extent necessary, equitable tolling is the law of the case.

DONE and ORDERED entered this ___ day of _____, 2007.

                                                _____
                                                The Honorable James K. Singleton
                                                U.S. District Court Judge