# Exhibit 1

# Federally Recognized Indian Tribe List Act of 1994

# United States Code

- United States Code
- TITLE 25 — INDIANS
- CHAPTER 14 — MISCELLANEOUS
- SUBCHAPTER V — PROTECTION OF INDIANS AND CONSERVATION OF RESOURCES

*25 U.S.C. § 479a. Definitions*

    For the purposes of this title:**[fn1]**

    (1) The term "Secretary" means the Secretary of the Interior.

    (2) The term "Indian tribe" means any Indian or Alaska Native tribe, band, nation, pueblo, village or community that the Secretary of the Interior acknowledges to exist as an Indian tribe.

    (3) The term "list" means the list of recognized tribes published by the Secretary pursuant to section **479a-1** of this title.

[fn1] See References in Text note below.

(Pub.L. 103-454, title I, Sec. 102, Nov. 2, 1994, 108 Stat. 4791.)

REFERENCES IN TEXT

    This title, referred to in introductory provisions, is title I of Pub.L. 103-454, Nov. 2, 1994, 108 Stat. 4791, which enacted this section, section **479a-1** of this title, and provisions set out as notes below. For complete classification of this title to the Code, see Short Title note below and Tables.

SHORT TITLE

    Section 101 of title I of Pub.L. 103-454 provided that: "This title (enacting this section and section **479a-1** of this title and provisions set out below) may be cited as the 'Federally Recognized Indian Tribe List Act of 1994'."

CONGRESSIONAL FINDINGS

    Section 103 of Pub.L. 103-454 provided that: "The Congress finds that —

    "(1) the Constitution, as interpreted by Federal case law, invests Congress with plenary authority over Indian Affairs;

    "(2) ancillary to that authority, the United States has a trust responsibility to recognized Indian tribes, maintains a government-to-government relationship with those tribes, and recognizes the sovereignty of those tribes;

    "(3) Indian tribes presently may be recognized by Act of Congress; by the administrative procedures set forth in part 83 of the Code of Federal Regulations denominated 'Procedures for Establishing that an American Indian Group Exists as an Indian Tribe;' or by a decision of a United States court;

    "(4) a tribe which has been recognized in one of these manners

may not be terminated except by an Act of Congress;

"(5) Congress has expressly repudiated the policy of terminating recognized Indian tribes, and has actively sought to restore recognition to tribes that previously have been terminated;

"(6) the Secretary of the Interior is charged with the responsibility of keeping a list of all federally recognized tribes;

"(7) the list published by the Secretary should be accurate, regularly updated, and regularly published, since it is used by the various departments and agencies of the United States to determine the eligibility of certain groups to receive services from the United States; and

"(8) the list of federally recognized tribes which the Secretary publishes should reflect all of the federally recognized Indian tribes in the United States which are eligible for the special programs and services provided by the United States to Indians because of their status as Indians."

SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in title 18 section **228**.

Copyright © 2007 Loislaw.com, Inc. All Rights Reserved

# United States Code

- United States Code
- TITLE 25 — INDIANS
- CHAPTER 14 — MISCELLANEOUS
- SUBCHAPTER V — PROTECTION OF INDIANS AND CONSERVATION OF RESOURCES

*25 U.S.C. § 479a-1. Publication of list of recognized tribes*

(a) Publication of list

   The Secretary shall publish in the Federal Register a list of all Indian tribes which the Secretary recognizes to be eligible for the special programs and services provided by the United States to Indians because of their status as Indians.

(b) Frequency of publication

   The list shall be published within 60 days of November 2, 1994, and annually on or before every January 30 thereafter.

(Pub.L. 103-454, title I, Sec. 104, Nov. 2, 1994, 108 Stat. 4792.)

        SECTION REFERRED TO IN OTHER SECTIONS

   This section is referred to in section **479a** of this title.

Copyright © 2007 Loislaw.com, Inc. All Rights Reserved