Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEISNOI, INC., KONIAG, INC., and ) | |
| DIRK KEMPTHORNE, Secretary of the ) | |
| Interior, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| _____) | |
| ) | |
| KONIAG, INC., ) | |
| ) | |
| Counter-claimant, ) | Case No.: 3:02-cv-0290 (JKS) |
| ) | |
| v. ) | |
| ) | |
| OMAR STRATMAN, ) | |
| ) | |
| Counter-claimed ) | |
| Defendant. ) | |
| _____) | |

**ORDER DENYING LEISNOI'S MOTION TO DISMISS FOR LACK OF JUDICIAL AND/OR ADMINISTRATIVE STANDING**

Leisnoi's motion can be found at Docket No. 107. Its memorandum appears at

Docket No. 108. These pleadings assert that Mr. Stratman lacks judicial and administrative

-1-

standing to persist in his APA challenge to Leisnoi's certification as an eligible ANCSA "Native Village."

Neither Koniag nor the Federal Defendant have joined in the motion. Mr. Stratman opposed the motion at Docket No. 162.

For the reasons set forth in Mr. Stratman's opposition, Lesnoi's motion must be, and is hereby, DENIED.

DONE and ORDERED entered this ___ day of _____, 2007.

>	_____
>	The HonorableJames K. Singleton
>	U.S. District Court Judge