# **EXHIBIT 1**

# *FEDERAL REGISTER*

[Docket No. N-77-689]
## MEREDITH ESTATES
### Hearing

In the matter of Meredith Estates, Meredith Resort Properties, Inc., and Gerald E. MacLeod, Authorized Agent, 76-204-IS OILSR No. 0-3406-26-82.

Pursuant to 15 U.S.C. 1706(d) and 24 CFR 1720.160(b), notice is hereby given that:

1. Meredith Estates. Meredith Resort Properties, Inc., and Gerald E. MacLeod, Authorized Agent, and officers, hereinafter referred to as "Respondent", being subject to the provisions of the Interstate Land Sales Full Disclosure Act (Pub. L. 90-448) (15 U.S.C. 1710, et seq.) received a Notice of Proceedings and Opportunity for Hearing issued July 21, 1976, which was sent to the developer pursuant to 15 U.S.C. 1706(d), 24 CFR 1710.45(b)(1) and 1720.125 informing the developer of information obtained by the Office of Interstate Land Sales Registration alleging that the Statement of Record and Property Report for Meredith Estates located in Clare County, Michigan, contain untrue statements of material fact or omit to state material facts required to be stated therein or necessary to make the statements therein not misleading.

2. The Respondent filed an Answer received September 14, 1976 in response to the Notice of Proceedings and Opportunity for Hearing.

3. In said Answer the Respondent requested a hearing on the allegations contained in the Notice of Proceedings and Opportunity for Hearing.

4. Therefore, pursuant to the provisions of 15 U.S.C. 1706(d) and 24 CFR 1720.160(d): *It is hereby ordered*, That a public hearing for the purpose of taking evidence on the questions set forth in the Notice of Proceedings and Opportunity for Hearing will be held before Judge James W. Mast, in Room 7146, Department of HUD, 451 7th Street, SW., Washington, D.C., on January 25, 1977 at 2:00 p.m.

5. The following time and procedure is applicable to such hearing: All affidavits and a list of all witnesses are requested to be filed with the Hearing Clerk, HUD Building, Room 10150, Washington, D.C., 20410 on or before January 3, 1977.

6. The Respondent is hereby notified that failure to appear at the above scheduled hearing shall be deemed a default and the proceedings shall be determined against Respondent, the allegations of which shall be deemed to be true, and an order Suspending the Statement of Record, herein identified, shall be issued pursuant to 24 CFR 1710.45(b)(1).

This Notice shall be served upon the Respondent forthwith pursuant to 24 CFR 1720.440.

Dated: November 23, 1976.

By the Secretary.

JAMES W. MAST,
*Administrative Law Judge.*

[FR Doc.77-3199 Filed 2-1-77;8:45 am]

[Doc. No. N-77-683]
## WILDERNESS ACRES
### Hearing

In the matter of Wilderness Acres, Dupont Mutual, Inc. and Edwin Van Meter, President, 76-210-IS, OILSR No. 0-3321-44-233.

Pursuant to 15 U.S.C. 1706(d) and 24 CFR 1720.160(b), notice is hereby given that:

1. Wilderness Acres, Dupont Mutual, Inc. and Edwin Van Meter, President, authorized agents and officers, hereinafter referred to as "Respondent", being subject to the provisions of the Interstate Land Sales Full Disclosure Act (Pub. L. 90-448) (15 U.S.C. 1710, et seq.) received a Notice of Proceedings and Opportunity for Hearing issued July 27, 1976, which was sent to the developer pursuant to 15 U.S.C. 1706(d), 24 CFR 1710.45(b)(1) and 1720.125 informing the developer of information obtained by the Office of Interstate Land Sales Registration alleging that the Statement of Record and Property Report for Wilderness Acres located in Monroe County, Pennsylvania, continue untrue statements of material fact or omit to state material facts required to be stated therein or necessary to make the statements therein not misleading.

2. The Respondent filed an Answer received September 1, 1976, in response to the Notice of Proceedings and Opportunity for Hearing.

3. In said Answer the Respondent requested a hearing on the allegations contained in the Notice of Proceedings and Opportunity for Hearing.

4. Therefore, pursuant to the provisions of 15 U.S.C. 1706(d) and 24 CFR 1720.160(d): *It is hereby ordered*, That a public hearing for the purpose of taking evidence on the questions set forth in the Notice of Proceedings and Opportunity for Hearing will be held before Judge James W. Mast, in Room 7146, Department of HUD, 451 7th Street, SW., Washington, D.C., on January 26, 1977 at 2:00 p.m.

5. The following time and procedure is applicable to such hearing: All affidavits and a list of all witnesses are requested to be filed with the Hearing Clerk, HUD Building, Room 10150, Washington, D.C., 20410 on or before January 4, 1977.

6. The Respondent is hereby notified that failure to appear at the above scheduled hearing shall be deemed a default and the proceedings shall be determined against Respondent, the allegations of which shall be deemed to be true, and an order Suspending the Statement of Record, herein identified, shall be issued pursuant to 24 CFR 1710.45(b)(1).

This Notice shall be served upon the Respondent forthwith pursuant to 24 CFR 1720.440.

Dated: November 23, 1976.

By the Secretary.

JAMES W. MAST,
*Administrative Law Judge.*

[FR Doc.77-3204 Filed 2-1-77;8:45 am]

## DEPARTMENT OF THE INTERIOR
### Bureau of Indian Affairs
### ALASKA NATIVE CLAIMS SETTLEMENT ACT
#### Finding of Entitlement

JANUARY 25, 1977.

This notice is published in the exercise of authority delegated by the Secretary of the Interior to the Commissioner of Indian Affairs by 230 DM 2.

Notice is hereby given that a decision has been issued to each of the village corporations and the respective regional corporations (except Sealaska Corporation and the 13th regional corporation) listed on the enclosure to the below decision entitled "Finding of Entitlement Pursuant to Section 14(a) of the Alaska Native Claims Settlement Act."

This notice and the referenced decision are published in the FEDERAL REGISTER pursuant to 43 CFR 2650.8 to provide notice to interested parties. Any interested party, as defined in 43 CFR 4.902, may, on or before March 4, 1977, file an appeal in accordance with 43 CFR Part 4, Subpart J, with the:

Alaska Native Claims Appeal Board, P.O. Box 2433, Anchorage, Alaska 99510.

If an appeal is filed, a copy of the appeal must be served on the village corporation(s) involved, the 11 regional corporations (excluding Sealaska Corporation and the 13th regional corporation), and the Area Director, Bureau of Indian Affairs, P.O. Box 3-8000, Juneau, Alaska 99801.

BEN REIFEL,
*Commissioner of Indian Affairs.*

JANUARY 25, 1977.

JANUARY 19, 1977.

FINDING OF ENTITLEMENT PURSUANT TO SECTION 14(a) OF THE ALASKA NATIVE CLAIMS SETTLEMENT ACT

Section 14(a) of the Alaska Native Claims Settlement Act (43 U.S.C. 1601 et seq.), hereinafter the ANCSA, provides that an eligible village corporation is entitled to a patent to an amount of acreage selected pursuant to section 12 of the ANCSA, the amount dependent on population of the village:

| Native population between: [1] | Acres [2] |
|---|---|
| 25 and 99 | 69,120 |
| 100 and 199 | 92,160 |
| 200 and 399 | 115,200 |
| 400 and 599 | 138,240 |
| 600 or more | 161,280 |

[1] If the village had on the 1970 census enumeration date.

[2] It shall be entitled to a patent to an area of public lands.

Section 5 of the ANCSA required the preparation by December 18, 1973, of a roll of Natives and to show for each Native:

* * * the region and the village or other place in which he resided on the date of the 1970 census enumeration, and he shall be enrolled according to such residence.

Such a roll was prepared pursuant to regulations published in 25 CFR 43h.

Certification of this roll in December 1973 was conditional to allow for correction of errors, results of enrollment appeals, etc. Such correctional changes are not considered to be of the nature of a disenrollment action contemplated by section 8(d) of the Act of January 2, 1976 (89 Stat. 1145), hereinafter the Act, which provided:

> No change in the final roll * * * resulting from any regulation promulgated by the Secretary of the Interior providing for the disenrollment of Natives shall affect land entitlements. * * *

Enrollment to a village in turn caused the Native to join with other Native enrollees of the village or place to form a village corporation pursuant to section 8 of the ANCSA. Under section 11(b) of the ANCSA and 43 CFR 2651.2, village corporations have been determined eligible or ineligible. In certain cases the eligibility or ineligibility of a village corporation is in litigation or may yet be litigated.

Under section 7 of the ANCSA, 12 regional corporations have been formed within Alaska. The stockholders of the village or regional corporations are constituted only of the Natives enrolled in the village or region pursuant to section 5 of the ANCSA.

Some of the amendments to ANCSA by the Act limit the effect on land entitlements of certain changes in the roll. For example, pursuant to a court order of October 6, 1975, the Secretary established the 13th region provided for in section 7(c) of the ANCSA and enrollees of a village or regional corporation who had voted to be enrolled to the 13th region were transferred to the 13th region. Section 8(a) of the Act provides:

> Notwithstanding the October 6, 1975, order of the United States District Court * * * in the case of Alaska Native Association of Oregon et al, against Rogers C. B. Morton et al., * * * changes in enrollment of Natives which are necessitated or permitted by such order shall in no way affect land selection entitlements of any Alaska Regional or Village Corporation. * * *

Therefore, for purposes of computing land entitlement under section 14(a) of the ANCSA, the enrollees of the 13th region have been included with the village corporation from which they had been transferred, if such transfer occurred.

You are hereby notified that the population figure, derived from the ANCSA section 5 roll, as of June 12, 1976, given for your village corporation on the enclosure constitutes the population figure that determined or will determine the amount of land your corporation is entitled to under section 14(a) of the ANCSA. The population figure given on the enclosure is the enrollment for the village corporation as shown on the June 12, 1976, roll, plus prior enrollees, if any, that were transferred from the village corporation to the 13th regional corporation pursuant to the above referenced court order.

You are further notified of each village corporation's acreage entitlement pursuant to section 14(a) of the ANCSA and these population figures. This acreage is also determined for those village corporations whose eligibility determinations are in litigation or may yet be litigated, in the event that the litigation results in a final determination of eligibility.

This decision is issued pursuant to 43 CFR 2650.8. Should you disagree with the determination(s) given by this decision, you must file an appeal within 30 days of receipt of this decision. Appeals must be filed within the 30-day period with the:

Alaska Native Claims Appeal Board, P.O. Box 2433, Anchorage, Alaska 99510.

Failure to respond within the 30-day time period will constitute acceptance of the determination(s). Determinations relative to any village corporation shall become final lacking an appeal to the determination(s) for that specific village corporation or unless the specific village corporation is joined as a party to any proceeding hereunder.

Should an appeal be filed, the procedures found in 43 CFR Part 4, Subpart J, shall apply. A copy of any appeal must be served on the 11 regional corporations (excluding Sealaska and the 13th regional corporation). If an appeal is directed at a determination(s) for a village corporation other than your own, a copy of the appeal must be served on that village corporation, as well as the 11 regional corporations. A copy of the appeal must also be served on this office.

JOSEPH E. KAHKLEN,
*Acting Area Director.*

ENCLOSURE A - 1                                                                 Page 1 of 1

AHTNA REGION

| Regional Corporation | Native Population | Section 12(b) Percentile | Initial 12(b) Share-acres | Percentile | Section 14(h) Initial share-acres 43 CFR 2653.1 | Section 14(h)(8) |
|---|---|---|---|---|---|---|
| Ahtna, Inc. Drawer G Copper Center, AK 99573 | 1,090 | 1.811142692 | 33,325 | 1.415418977 | 2,831 | 14,625 |

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|
| Cantwell Yedatene-Na Corp. | Cantwell, AK 99729 | 72 | 69,120 | F-14855 |
| Cheesh-Na Inc. | Chistochina, AK 99586 | 32 | 69,120 1 | AA-6656 |
| Chitina Native Corp. | P.O. Box 205 Glennallen, AK 99588 | 237 | 115,200 | AA-6653 |
| Kluti-Kaah Corp. | Drawer G Copper Center, AK 99573 | 258 | 115,200 | AA-6658 |
| Gakona Corp. | Gakona, AK 99586 | 35 | 69,120 | AA-6666 |
| Sta-Keh Corp. | Gakona, AK 99586 | 106 | 92,160 | AA-6667 |
| Mentasta Inc. | Mentasta Lake via Tok Alaska 99780 | 97 | 69,120 | AA-6716/ F-14895 |
| Tazlina Inc. | Box 225, Glennallen, AK 99588 | 121 | 92,160 | AA-6704 |

ENCLOSURE A - 2                                                                 Page 1 of 2

ALEUT REGION

| Regional Corporation | Native Population | Section 12(b) Percentile | Initial 12(b) Share-acres | Percentile | Section 14(h) Initial share-acres 43 CFR 2653.1 | Section 14(h)(8) |
|---|---|---|---|---|---|---|
| Aleut Corporation 833 Gambell Street Anchorage, AK 99501 | 3,361 | 5.584633534 | 102,757 | 4.354424937 | 8,729 | 43,986 |

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|
| Akutan Corp. | c/o Aleut Corp. | 106 | 92,160 | AA-6647 |
| Atxam Corp. | do | 145 | 92,160 | AA-6649 |
| Attu Corp. | do | 11 | 0 1/ | AA-0408 |
| Belkofski Corp. | do | 33 | 69,120 | AA-6650 |
| False Pass Corp. | do | 66 | 69,120 | AA-6663 |
| King Cove Corp. | do | 345 | 115,200 | AA-6675 |
| Nelson Lagoon Corp. | do | 54 | 69,120 | AA-6601 |
| Chaluka Corp. | do | 74 | 69,120 | AA-6684 |
| Sanak Corp. | do | 26 | 69,120 | AA-6689 |
| Tanag Corp. | do | 223 | 115,200 | AA-6696 |
| Tanadgusix Corp. | do | 540 | 138,240 | AA-6697 |
| Shumagin Corp. | do | 401 | 138,240 | AA-6699 |

ENCLOSURE A - 2                                   Page 2 of 2

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|
| Ounalashka Corp. | c/o Aleut Corp. | 209 | 115,200 | AA-6709 |
| Unga Corp. 1/ | do | 45 | 69,120 | AA-6710 |

1/ Found ineligible as a Village by Secretary Decision of December 17, 1974. Would not meet minimum population of 25 for minimum entitlement of 69,120 acres.

ENCLOSURE A - 3                                   Page 1 of 1

ARCTIC SLOPE REGION

| Regional Corporation | Native Population | Section 12(b) Percentile | Initial 12(b) Share-acres | Section 14(h) Percentile | Initial share-acres 43 CFR 2653.1 | Section 14(h)(8) |
|---|---|---|---|---|---|---|
| Arctic Slope Regional Corp. Box 129 Barrow, AK 99723 | 3,911 | 6.498512009 | 219,537 | 5.078527173 | 10,157 | 51,104 |

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|
| Nunamiut Corp. | Anaktuvik Pass, AK 99721 | 132 | 92,160 | F-14829 |
| Atkasook Corp. | Atkasook/Meade River, AK | 71 | 69,120 | F-14834 |
| Ukpeagvik Inupiat Corp. | P.O. Box 427, Barrow, AK 99723 | 2,031 | 161,200 | F-14815 |
| Kaktovik Inupiat Corp. | Kaktovik, AK 99747 | 112 | 92,160 | F-14870 |
| Kuugpik Corp. | Nuiqsut, AK | 212 | 115,200 | F-14909 |
| Tigara Corp. | Point Hope, AK 99766 | 498 | 138,240 | F-14921 |
| Cully Corp. | Point Lay, AK | 89 | 69,120 | F-14922 |
| Olgoonik Corp. | Wainwright, AK 99782 | 369 | 115,200 | F-14954 |

ENCLOSURE A - 4                                   Page 1 of 2

BERING STRAITS REGION

| Regional Corporation | Native Population | Section 12(b) Percentile | Initial 12(b) Share-acres | Section 14(h) Percentile | Initial share-acres 43 CFR 2653.1 | Section 14(h)(8) |
|---|---|---|---|---|---|---|
| Bering Straits Native Corp. P.O. Box 1008 Nome, AK 99762 | 6,919 | 11.496602039 | 211,537 | 8.984664130 | 17,969 | 90,550 |

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|
| Brevig Mission Native Corporation | Brevig Mission, AK 99765 | 135 | 92,160 | F-14841 |
| Council Native Corp. | Council, AK 99762 | 65 | 69,120 | F-19525 |
| Elim Native Corp. | Elim, AK 99762 | 234 | 0 3/ | F-20517 |
| Golovin Native Corp. | Golovin, AK 99762 | 171 | 92,160 | F-14861 |
| Inalik Native Corp. | Diomede, AK 99762 | 104 | 92,160 | F-14869 |
| King Island Native Corporation | Box 188, Nome, AK 99762 | 205 | 115,200 | F-19573 |
| Koyuk Native Corp. | Koyuk, AK 99753 | 184 | 92,160 | F-14851 |
| Mary's Igloo Native Corporation | Teller, AK 99778 | 302 | 92,160 | F-14833 |
| Sitnasuak Native Corp. | Box 905, Nome, AK 99762 | 2,054 | 161,200 | F-14908 |
| Savoonga & Gambell Native Corps. | Box 142, Savoonga, AK 99769 | 842 | 0 3/ | F-20520 |
| Shaktoolik Native Corp. | Shaktoolik, AK 99771 | 207 | 115,200 | F-14934 |
| Shishmaref Native Corp. | Shishmaref, AK 99772 | 318 | 115,200 | F-14934 |
| Solomon Native Corp. | Solomon, AK 99762 | 38 | 69,120 2/ | F-19570 |
| St. Michael Native Corp. | St. Michael, AK 99659 | 235 | 115,200 | F-14938 |

ENCLOSURE A - 4          Page 2 of 2

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|
| Stebbins Native Corp. | Stebbins, AK 99671 | 273 | 115,200 | F-14939 |
| Teller Native Corp. | Teller, AK 99778 | 274 | 115,200 | F-14946 |
| Unalakleet Native Corporation | Box 100, Unalakleet, AK 99684 | 840 | 161,280 | F-14952 |
| Wales Native Corp. | Wales, AK 99684 | 168 | 92,160 | F-14955 |
| White Mountain Native Corp. | White Mountain, AK 99784 | 202 | 115,200 | F-14956 |

1/ These village corporations elected the option provided by section 19 of the ANCSA, thus they are ineligible to receive lands or other interests under sections 12 and 14(a) of the ANCSA.

2/ Found ineligible as a Village by Secretary decision of Oct. 3, 1974; case is in litigation. If finally determined eligible, entitlement would be 69,120 acres; no entitlement if finally found ineligible.

ENCLOSURE A - 5          Page 1 of 2

BRISTOL BAY REGION

| Regional Corporation | Native Population | Section 12(b) Percentile | Initial 12(b) Share-acres | Section 14(h) Percentile | Initial share- acres 43 CFR 2653.1 | Section 14(h)(8) |
|---|---|---|---|---|---|---|
| Bristol Bay Native Corp., P.O. Box 198, Dillingham, AK 99576 | 5,525 | 9.180333317 | 168,918 | 7.174486099 | 14,349 | 72,307 |

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|
| Aleknagik Natives, Ltd. | Aleknagik, AK 99555 | 231 | 115,200 | AA-6648 |
| Far West, Inc. | Chignik, AK 99564 | 286 | 115,200 | AA-6652 |
| Chignik Lagoon Native Corporation | Chignik Lagoon, AK 99565 | 102 | 92,160 | AA-6654 |
| Chignik River, Ltd. | Chignik Lake, AK 99564 | 104 | 92,160 | AA-6655 |
| Saguyak Inc. | Clark's Point, AK 99569 | 111 | 92,160 | AA-6657 |
| Chogging Ltd. | Dillingham, AK 99576 | 931 | 161,280 | AA-6659 |
| Becharof Corp. | Egegik, AK 99579 | 170 | 92,160 | AA-6660 |
| Ekuk Natives Ltd. | Ekuk, AK 99576 | 39 | 69,120 | AA-6662 |
| Ekwok Natives Ltd. | Ekwok, AK 99580 | 112 | 92,160 | AA-6663 |
| Igiugig Native Corp. | Igiugig, AK 99613 | 37 | 69,120 | AA-6669 |
| Iliamna Natives Ltd. | Iliamna, AK 99606 | 75 | 69,120 | AA-6670 |
| Bay View, Inc. | Ivanof Bay, AK 99502 | 47 | 69,120 | AA-6671 |
| Kokhanok Native Corp. | Kokhonak, AK 99606 | 105 | 92,160 | AA-6673 |

ENCLOSURE A - 5          Page 2 of 2

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|
| Koliganek Natives Ltd. | Koliganek, AK 99576 | 131 | 92,160 | AA-6676 |
| Levelock Natives Ltd. | Levelock, AK 99625 | 100 | 92,160 | AA-6678 |
| Manokotak Natives Ltd. | Manokotak, AK 99628 | 226 | 115,200 | AA-6679 |
| Paug-Vik Inc., Ltd. | Naknek, AK 99633 | 293 | 115,200 | AA-6680 |
| Newhalen Native Corp. | Newhalen, AK 99633 | 74 | 69,120 | AA-6682 |
| Stuyahok Ltd. | New Stuyahok, AK 99636 | 229 | 115,200 | AA-6683 |
| Nondalton Native Corp. | Nondalton, AK 99640 | 257 | 115,200 | AA-6686 |
| Pedro Bay Corp. | Pedro Bay, AK 99647 | 105 | 92,160 | AA-6690 |
| Oceanside Corp. | Perryville, AK 99648 | 130 | 92,160 | AA-6691 |
| Pilot Point Native Corporation | Pilot Point, AK 99649 | 147 | 92,160 | AA-6692 |
| Ohsenakale Corp. | Portage Creek, AK 99576 | 77 | 69,120 | AA-6717 |
| Meshik Corp. | Port Heiden, AK 99648 | 70 | 69,120 | AA-6693 |
| Qinuyang Ltd. | South Naknek, AK 99607 | 180 | 92,160 | AA-6747 |
| Togiak Natives Ltd. | Togiak, AK 99678 | 399 | 115,200 | AA-6705 |
| Twin Hills Native Corporation | Twin Hills, AK 99678 | 61 | 69,120 | AA-6706 |
| Ugashik Native Corp. | Ugashik, AK 99683 | 31 | 69,120 | AA-6708 |

NOTICES 6423

ENCLOSURE A-6

CALISTA REGION

| Regional Corporation | Native Population | Section 12(b) Percentile | Initial 12(b) Share-acres | Section 14(h) Initial Share-acres 43 CFR 2653.1 | Section 14(h)(8) |
|---|---|---|---|---|---|
| Calista Corporation, 516 Denali Street, Anchorage, AK 99501 | 13,444 | 22.33853413% | 411,029 | 17.457697749% | 34,915 | 175,943 |

Page 1 of 4

### Village Corporation

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|
| Akiachuk, Ltd. | Akiachuk, AK 99551 | 332 | 115,200 | F-14823 |
| Kokarmuit Corp. | Akiak, AK 99552 | 211 | 115,200 | F-14824 |
| Alakanuk Native Corp. | Alakanuk, AK 99554 | 467 | 138,240 | F-14825 |
| Norkiisuc Native Corporation | Andreafski, AK 99658 | 84 | 69,120 | F-14830 |
| Aniak Ltd. | Aniak, AK 99557 | 249 | 115,200 | F-14831 |
| Atmautluak Ltd. | Atmautluak, AK 99559 | 119 | 92,160 | F-14833 |
| Bethel Native Corp. | Bethel, AK 99559 | 1,726 | 161,280 | F-14838 |
| Kongnikilnogmut Yulta Corporation | Bill Moore's Slough via Kotlik, AK 99620 | 46 | 69,120 | F-14839 |
| Chefornrute Inc. | Chefornak, AK 99561 | 162 | 92,160 | F-14848 |
| Chevak Corp. | Chevak, AK 99563 | 422 | 138,240 | F-14849 |
| Chulonawick Corp. | Chulonawick via Emanak Alaska 99581 | 27 | 69,120 | F-14851 |
| Kipchaguk Ltd. | Crooked Creek, AK 99575 | 128 | 92,160 | F-14890 |
| Iqfisuc Corp. | Eek, AK 99578 | 205 | 115,200 | F-14854 |
| Emmonak Corp. | Emmonak, AK 99581 | 417 | 138,240 | F-14856 |

ENCLOSURE A-6

Page 2 of 4

### Village Corporation

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|
| Georgetwn Corp. | Georgetwn via Red Devil, AK 99656 | 45 | 69,120 | F-14860 |
| Kaltuarak Inc. | Goodnews Bay, AK 99587 | 224 | 115,200 | F-14862 |
| Hamiliugra Corp. | Hamilton via Kotlik, AK 99657 | 35 | 69,120 | F-14864 |
| Iea Lisa Corp. | Hooper Bay, AK 99604 | 623 | 161,280 | F-14873 |
| Kasigluk Inc. | Kasigluk, AK 99559 | 239 | 115,200 | F-14875 |
| Kwethluk Inc. | Kipnuk, AK 99614 | 345 | 115,200 | F-14878 |
| Kwigillingok Ltd. | Kongiganak, AK 99559 | 218 | 115,200 | F-14879 |
| Kotlik Yupik Corp. | Kotlik, AK 99620 | 223 | 115,200 | F-14890 |
| Kwethluk Inc. | Kwethluk, AK 99621 | 450 | 138,240 | F-14893 |
| Mwik Inc. | Kwigillingok, AK 99622 | 239 | 115,200 | F-14895 |
| Lima Village Corp. | Lima Village via Sleetmute Alaska 99668 | 26 | 69,120 | F-14897 |
| Lower Kalskag, Inc. | Lower Kalskag, AK 99626 | 170 | 92,160 | F-14890 |
| Maserculiq, Inc. | Lower Kalskag, AK 99625 | 215 | 115,200 | F-14892 |
| Nima Corp. | Nabotryuk, AK 99630 | 306 | 115,200 | F-14895 |
| Auschorok Inc. | Mountain Village, AK 99632 | 483 | 138,240 | F-14898 |
| Napaskute Ltd. | Napakuak via Aniak, AK 99557 | 47 | 69,120 | F-14900 |
| Napakiak Inc. | Napakiak, AK 99559 | 210 | 115,200 | F-14901 |
| Napakiak Inc. | Napakiak via Bethel, AK 99559 | 220 | 115,200 | F-14902 |
| Nantok Corp., Inc. | Nantok, AK 99559 | 126 | 92,160 | F-14904 |

ENCLOSURE A-6

Page 3 of 4

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|
| NOTA, Inc. | Nightmute, AK 99690 | 90 | 69,120 | F-14905 |
| Numpitchuk Ltd. | Numpitchuk, AK 99641 | 325 | 115,200 | F-14914 |
| Ohog, Inc. | Chogamut via Russian Mission Alaska 99567 | 22 | 0 1/ | F-14915 |
| Oscarville Native Corporation | Oscarville, AK 99559 | 53 | 69,120 | F-14916 |
| Painter Corp. | Painter via Hooper Bay Alaska 99650 | 22 | 0 1/ | AK-9014 |
| Pilot Station, Inc. | Pilot Station, AK 99650 | 321 | 115,200 | F-14918 |
| Pitka's Point Native Corporation | Pitka's Point, AK 99658 | 89 | 69,120 | F-14919 |
| Arvig, Inc. | Platinum, AK 99651 | 68 | 69,120 | F-14920 |
| Quinhagak, Inc. | Quinhagak, AK 99655 | 346 | 115,200 | F-14885 |
| Red Devil, Inc. | Red Devil, AK 99656 | 35 | 69,120 | F-14925 |
| Chuathbaluk Corp. | Chuathbaluk via Aniak, AK 99557 | 114 | 92,160 | F-14926 |
| Russian Mission Native Corp. | Russian Mission, AK 99657 | 176 | 92,160 | F-14927 |
| St. Mary's Native Corporation | St. Mary's, AK 99658 | 297 | 115,200 | F-14937 |
| Askinuk Corp. | Scamman Bay, AK 99662 | 192 | 92,160 | F-14929 |
| Swan Lake Corp. | Sheldon's Point, AK 99666 | 131 | 92,160 | F-14933 |
| Sleetmute Ltd. | Sleetmute, AK 99668 | 163 | 92,160 | F-14936 |
| Stony River Ltd. | Stony River, AK 99673 | 81 | 69,120 | F-14941 |
| Enachaluk Yupik Corp. | Tchachok Bay, AK 99637 | 281 | 115,200 | F-14940 |
| Tuklbarmiu Inc. | Tuluksak, AK 99679 | 183 | 92,160 | F-14942 |

ENCLOSURE A-6

Page 4 of 4

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|
| Tuntutuliak Inc. | Tuntutuliak, AK 99680 | 211 | 115,200 | F-14950 |
| Tununrak Slnut Corp. | Tununak, AK 99681 | 224 | 115,200 | F-14951 |
| Ukmuktee Ltd. | Ukmukwee via Nightmute Alaska 22381 | 27 | 69,120 | F-14958 |
| Upper Kalskag Inc. | Upper Kalskag, AK 99607 | 139 | 92,160 | F-14971 |

1/ These villages have insufficient population to be entitled to patent to any acreage under section 14(a). Upon request, village eligibility status would be reconsidered and opportunity provided for the place to be considered as a group under section 14(h)(2) of the ANCSA.

FEDERAL REGISTER, VOL. 42, NO. 22—WEDNESDAY, FEBRUARY 2, 1977

6424 NOTICES

ENCLOSURE A-7                          Page 1 of 1

### CHUGACH REGION

| Regional Corporation | Native Population | Section 12(b) Percentile | Initial 12(b) Share-acres | Section 14(h) Percentile | Initial share-acres 43 CFR 2653.1 | Section 14(h)(8) |
|---|---|---|---|---|---|---|
| Chugach Natives, Inc. 911 East 15th Avenue Anchorage, AK 99501 | 2,106 | 3.499327053 | 64,388 | 2.734745290 | 5,470 | 27,569 |

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|
| Chenega Corp. | Box 340, Cordova, AK 99574 | 68 | 69,120 | AA-8446 |
| English Bay Corp. | English Bay via Homer, AK 99603 | 71 | 69,120 | AA-6664 |
| Eyak Corp. | Box 111, Cordova, AK 99574 | 327 | 115,200 | AA-8447 |
| Port Graham Corp. | Port Graham via Homer, AK 99603 | 190 | 92,160 | AA-6695 |
| Tatitlek Corp. | Box 758, Cordova, AK 99574 | 215 | 115,200 | AA-6703 |

ENCLOSURE A-8                          Page 1 of 1

### COOK INLET REGION

| Regional Corporation | Native Population | Section 12(b) Percentile | Initial 12(b) Share-acres | Section 14(h) Percentile | Initial share-acres 43 CFR 2653.1 | Section 14(h)(8) |
|---|---|---|---|---|---|---|
| Cook Inlet Region, Inc. 1211 West 27th Avenue Anchorage, AK 99503 | 6,275 | 10.426552409 | 191,848 | 8.148398239 | 16,297 | 82,172 |

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|
| Alexander Creek Inc. | Box 1011, Eagle River, AK 99577 | 37 | 69,120 1/ | AA-8487 |
| Chickaloon Moose Creek Native Assoc., Inc. | 1535 Primrose Street Anchorage, Alaska 99504 | 42 | 69,120 | AA-8489 |
| Eklutna Inc. | Chugiak, AK 99567 | 126 | 92,160 | AA-6661 |
| Knikatnu Inc. | Box 1011, Eagle River, AK 99577 | 28 | 69,120 | AA-8485 |
| Ninilchik Native Assoc., Inc. | Box 173, Ninilchik, AK 99639 | 207 | 115,200 | AA-6685 |
| Point Possession Inc. | 1420 I Street Anchorage, AK 99501 | 36 | 0 2/ | AA-8462 |
| Salamatoff Native Assoc. Inc. | Box 2582, Kenai, AK 99611 | 129 | 92,160 3/ | AA-6698 |
| Seldovia Native Assoc., Inc. | Box 185, Seldovia, AK 99663 | 255 | 115,200 | AA-6701 |
| Tyonek Native Corp. | Tyonek, AK 99682 | 303 | 115,200 | AA-6707 |

1/ Found ineligible as a village by Secretary decision of Nov. 1, 1974; case now in litigation. If finally determined eligible, entitlement would be 69,120 acres; no entitlement if ineligible.
2/ Found ineligible as a village by Secretary decision of Nov. 1, 1974. If, through litigation, were to be found eligible, entitlement would be 69,120 acres.
3/ Found ineligible as a village by Secretary decision of June 18, 1974; case now in litigation. If finally found eligible, entitlement would be 92,160 acres; no entitlement if ineligible

ENCLOSURE A-9                          Page 1 of 3

### DOYON REGION

| Regional Corporation | Native Population | Section 12(b) Percentile | Initial 12(b) Share-acres | Section 14(h) Percentile | Initial share-acres 43 CFR 2653.1 | Section 14(h)(8) |
|---|---|---|---|---|---|---|
| Doyon, Ltd. Doyon Building First & Hall Streets Fairbanks, AK 99701 | 9,244 | 15.359819218 | 282,621 | 12.003791765 | 24,008 | 120,978 |

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|
| Alatna Endeavors, Inc. | Alatna, AK 99720 | 30 | 69,120 | F-14826 |
| Aala Koa Ka' Inc. | Allakaket, AK 99720 | 147 | 92,160 | F-14827 |
| Central Native Corp. | Anvik, AK 99558 | 129 | 92,160 | F-14832 |
| Beaver Kwitchin Corp. | Beaver, AK 99724 | 190 | 92,160 | F-14837 |
| Tihteet 'Aii Inc. | Birch Creek, AK 99790 | 52 | 69,120 | F-14840 |
| Chalkyitsik Native Corporation | Chalkyitsik, AK 99788 | 90 | 69,120 | F-14846 |
| Danzhit Hanlaii Corp. | Circle, AK 99733 | 101 | 92,160 | F-14989 |
| Dot Lake Native Corp. | Dot Lake, AK 99737 | 45 | 69,120 | F-14852 |
| Hungwitchin Corp. | Eagle, AK 99738 | 100 | 92,160 | F-14853 |
| Evansville, Inc. | Evansville, AK 99726 | 82 | 69,120 | F-19328 |
| Gwitchyaazhee Corp. | Fort Yukon, AK 99740 | 737 | 161,280 | F-14857 |
| Notsaaghleedin Ltd. | Galena, AK 99741 | 344 | 115,200 | F-14858 |
| Hee Ta Lindge Corp. | Grayling, AK 99590 | 178 | 92,160 | F-14863 |
| Bendas Cha-Ag Native Corporation | Box 667, Delta Jct., AK 99737 | 27 | 69,120 | F-19329 |

FEDERAL REGISTER, VOL 42, NO. 22—WEDNESDAY, FEBRUARY 2, 1977

ENCLOSURE  A - 9                                    Page  2  of  3

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|
| Deloycheet Inc. | Holy Cross, AK 99602 | 429 | 115,200 | F-14065 |
| Hadchdlee Koga Inc. | Hughes, AK 99745 | 88 | 69,120 | F-14067 |
| Din Coopa Inc. | Hualia, AK 99746 | 225 | 115,200 | F-14068 |
| Takathlee-toodin Inc. | Kaltag, AK 99748 | 251 | 115,200 | F-14072 |
| Mingelghaadza Ltd. | Koyukuk, AK 99754 | 163 | 92,160 | F-14082 |
| Chasai Inc. | McGrath, AK 99627 | 275 | 92,160 | F-14089 |
| Seen Ridge Corp. | Manley Hot Springs, AK 99756 | 42 | 69,120 | F-14091 |
| Seth-De-Ya-Ah Corp. | Minto, AK 99758 | 205 | 115,200 | F-14097 |
| Toghotthele Corp. | Nenana, AK 99760 | 452 | 115,200 | F-14903 |
| Doolee Corp. | Nikolai, AK 99691 | 93 | 69,120 | F-14906 |
| Northway Natives Inc. | Northway, AK 99764 | 207 | 115,200 | F-14912 |
| Nik'ogtun Ltd. | Nulato, AK 99765 | 392 | 115,200 | F-14913 |
| Baan o yeel kno Corp. | Rampart, AK 99767 | 173 | 92,160 | F-14923 |
| Dinoega Corp. | Ruby, AK 99768 | 269 | 115,200 | F-14925 |
| Zho-Tce Corp. | Shageluk, AK 99665 | 165 | 92,160 | F-14931 |
| Dinyea Corp | 150 A St., No. 1, Fairbanks, Alaska 99701 | 166 | 92,160 | F-14940 |
| Gold Creek Ltd. | Takotna, AK 99675 | 33 | 69,120 | F-14942 |
| Tanacross Inc. | Tanacross, AK 99776 | 147 | 92,160 | F-14943 |

ENCLOSURE  A - 9                                    Page  3  of  3

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|
| Toziaa, Ltd. | Tanana, AK 99777 | 500 | 115,200 | F-14944 |
| Seocul Inc. | Telida, AK 99627 | 25 | 69,120 | F-14945 |
| Tetlin Native Corp. | Tetlin, AK 99779 | 115 | 0 1/ | F-20918 |
| Venetie Indian and Neets'ai Corp. | Venetie, AK 99781 | 203 | 0 1/ | F-20919 |

1/ These villages elected the option provided by section 19 of the ANCSA, thus they are ineligible to receive lands or other interests under sections 12 and 14(a).

ENCLOSURE  A - 10                                    Page 1  of  2

KONIAG REGION

| Regional Corporation | Native Population | Section 12(b) Percentile | Initial 12(b) Share-acres | Section 14(h) Percentile | Initial share- acres 43 CFR 2651.1 | Section 14(h)(8) |
|---|---|---|---|---|---|---|
| Koniag, Inc. P.O. Box 746 Kodiak, AK 99615 | 3,394 | 5.6394469294 | 103,706 | 4.407277072 | 8,815 | 44,418 |

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|
| Natives of Afognak, Inc. | Box 14, Kodiak, AK 99615 | 402 | 115,200 | AA-6645 |
| Alaklalik Inc. | Box 1423, Kodiak, AK 99615 | 28 | 0 1/ | AA-8481 |
| Natives of Akhiok, Inc. | Akhiok Rural Station, Akhiok, AK 99615 | 93 | 69,120 | AA-6646 |
| Anton Larsen Inc. | Box 134, Kodiak, AK 99615 | 32 | 69,120 2/ | AA-8460 |
| Ayakulik Inc. | Box 746, Kodiak, AK 99615 | 27 | 69,120 2/ | AA-8452 |
| Bells Flats Natives Inc. | Box 794, Kodiak, AK 99615 | 27 | 69,120 4/ | AA-8459 |
| Kaguyak, Inc. | Box 2695, Kodiak, AK 99615 | 54 | 69,120 | AA-6672 |
| Karluk Native Corp. | Box 746, Kodiak, AK 99615 | 187 | 92,160 | AA-6674 |
| Ku-Nachu-Pit, Inc. | Larsen Bay, AK 99624 | 203 | 115,200 | AA-6677 |
| Litnik Inc. | Box 66, Kodiak, AK 99615 | 27 | 69,120 5/ | AA-8493 |
| Kitoi Inc. | Box 1423, Kodiak, AK 99615 | 0 | 0 6/ | AA-8499 |
| Old Harbor Native Corp. | Old Harbor, AK 99643 | 334 | 115,200 | AA-6687 |
| Ouzinkie Native Corp. | Ouzinkie, AK 99644 | 334 | 115,200 | AA-6688 |
| Port Lions Native Corp. | Box 206, Port Lions, AK 99550 | 235 | 92,160 | AA-6694 |

6426                           **NOTICES**

ENCLOSURE A - 10                  Page 2 of 2

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|
| Shuyak Inc. | Box 733, Kodiak, AK 99615 | 44 | 69,120 7/ | AA-8461 |
| Uganik Natives Inc. | Box 2521, Kodiak, AK 99615 | 31 | 69,120 8/ | AA-8492 |
| Uyak Natives Inc. | Box 1321, Kodiak, AK 99615 | 34 | 69,120 9/ | AA-6711 |
| Leisnoi Inc. | Box 641, Kodiak, AK 99615 | 309 | 115,200 | AA-8448 |

1/ Found ineligible as a Village by Secretary decision of Sep. 9, 1974. If, through litigation, were to be found eligible, entitlement would be 69,120 acres.
2/ Found ineligible as a Village by Secretary decision of Oct. 23, 1974, case now in litigation. If finally determined eligible, entitlement would be 69,120 acres; no entitlement if ineligible.
3/ Found ineligible as a Village by Secretary decision of Oct. 3, 1974, case now in litigation. If finally determined eligible, entitlement would be 69,120 acres; no entitlement if ineligible.
4/ Found ineligible as a Village by Secretary decision of Sep. 20, 1974, case now in litigation. If finally determined eligible, entitlement would be 69,120 acres; no entitlement if ineligible.
5/ Found ineligible as a Village by Secretary decision of Oct. 3, 1974, case now in litigation. If finally determined eligible, entitlement would be 69,120 acres; no entitlement if ineligible.
6/ Found ineligible as a Village by Secretary decision of Aug. 29, 1974. Withdrew 12(a) application in June, 1975.
7/ Found ineligible as a Village by Secretary decision of Nov. 1, 1974, case now in litigation. If finally determined eligible, entitlement would be 69,120 acres; no entitlement if ineligible.
8/ Found ineligible as a Village by Secretary decision of Nov. 1, 1974, case now in litigation. If finally determined eligible, entitlement would be 69,120 acres; no entitlement if ineligible.
9/ Found ineligible as a Village by Secretary decision of June 18, 1974, case now in litigation. If finally determined eligible, entitlement would be 69,120 acres; no entitlement if ineligible.

ENCLOSURE A - 11            Page 1 of 1

**NANA REGION**

| Regional Corporation | Native Population | Section 12(b) Percentile | Initial 12(b) Share-acres | Section 14(h) Percentile | Initial share-acres 43 CFR 2653.1 | Section 14(h)(8) |
|---|---|---|---|---|---|---|
| NANA Regional Corporation, Inc. P.O. Box 49 Kotzebue, AK 99752 | 4,914 | 8.165096456 | 150,238 | 6.381072342 | 12,762 | 64,310 |

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|
| Ivisaapaagmiit Corp.* | c/o NANA Regional Corp., Inc. | 166 | 92,160 | F-14828 |
| Buckland Nunachiak Corp.* | do | 159 | 92,160 | F-14842 |
| Derring Ipnatchiak Corp.* | do | 162 | 92,160 | F-14851 |
| Katyaak Corp.* | do | 341 | 115,200 | F-14874 |
| Kivalina Sinuckzcut Corp.* | do | 191 | 92,160 | F-14876 |
| Koovukzout Corp.* | do | 63 | 69,120 | F-14877 |
| Kikiktogruk Inupiat | Box 33, Kotzebue, AK 99752 | 1,986 | 161,280 | F-14880 |
| Noatak Napaaktukzcut Corporation* | c/o NANA Regional Corp., Inc. | 288 | 115,200 | F-14907 |
| Putoo Corp.* | do | 486 | 138,240 | F-14910 |
| Akuliak Inc.* | do | 478 | 138,240 | F-14930 |
| Toinquakzout Inc.* | do | 163 | 92,160 | F-14935 |

Pursuant to section 6 of the Act of Jan. 2, 1976 (89 Stat. 1148) these village corporations have merged with the NANA Regional Corp., Inc. For purposes of entitlements they are shown individually.

ENCLOSURE A - 12           Page 1 of 1

**SEALASKA REGION**

| Regional Corporation | Native Population | Section 12(b) Percentile | Initial 12(b) Share-acres | Section 14(h) Percentile | Initial share-acres 43 CFR 2653.1 | Section 14(h)(8) |
|---|---|---|---|---|---|---|
| Sealaska Corporation 811 West 12th Street Juneau, AK 99801 | 16,826 | n.a. | n.a. | 21.849394227 | 43,688 | 220,206 |

| Village Corporation | Address | Native Population | Entitlement Pursuant to Section 14(a)-acres | Serial Number |
|---|---|---|---|---|

Under section 16 of the ANCSA, village corporations in the Sealaska Region receive an entitlement of 23,040 acres each. For the ten villages, this amounts to a total of 230,400 acres which will be applied in the entitlement formula under section 12(c) of the ANCSA.

[FR Doc.77-3025 Filed 2-1-77;8:45 am]

**Bureau of Indian Affairs**
**ALASKA NATIVE CLAIMS SETTLEMENT**
**Determination of Population Figures for Various Land Allocations**

JANUARY 25, 1977.

This notice is published in the exercise of authority delegated by the Secretary of the Interior to the Commissioner of Indian Affairs by 230 DM 2.

Notice is hereby given that a decision has been issued to each of the regional corporations listed on the enclosure to the below decision entitled "Determination of Population Figures for Various Land Allocations Pursuant to the Alaska Native Claims Settlement Act."

This notice and the referenced decision are published in the FEDERAL REGISTER pursuant to 43 CFR 2650.8 to provide notice to interested parties. Any interested party, as defined in 43 CFR 4.902, may, on or before March 4, 1977 file an appeal in accordance with 43 CFR Part 4, Subpart J, with the:

Alaska Native Claims Appeal Board, P.O. Box 2433, Anchorage, Alaska 99510.

If an appeal is filed, a copy of the appeal must be served on the 12 regional corporations and the Area Director, Bureau of Indian Affairs, P.O. Box 3-8000, Juneau, Alaska 99801.

BEN REIFEL,
*Commissioner of Indian Affairs.*

JANUARY 25, 1977.

DEPARTMENT OF THE INTERIOR, BUREAU OF INDIAN AFFAIRS, JUNEAU AREA OFFICE.

*Juneau, Alaska, January 19, 1977.*

DECISION

DETERMINATION OF POPULATION FIGURES FOR VARIOUS LAND ALLOCATIONS PURSUANT TO THE ALASKA NATIVE CLAIMS SETTLEMENT ACT

Various sections of the Alaska Native Claims Settlement Act (43 U.S.C. 1601 et seq.), hereinafter the ANCSA, provide for land entitlements based on the Native population of the village, region, etc.

Section 12(b) of the ANCSA provides that:

"The difference between twenty-two million acres and the total acreage selected by Village Corporations pursuant to subsection (a) shall be allocated by the Secretary among the eleven Regional Corporations (which excludes the Regional Corporation for southeastern Alaska) on the basis of the number of Natives enrolled in each region."

Pursuant to 43 CFR 2653.1(a)(1), 500,000 acres of the 2 million acres provided by section 14(h) of the ANCSA are set aside to be used by the Secretary to satisfy applications filed pursuant to sections 14(h) (1), (2), and (5) of the ANCSA. This regulation further provides that this 500,000 acres will be allocated among the regional corporations by (1) 25,000 acres to each of the 12 regions and (2) a division of 200,000 acres among the 12 regions based on population.

NOTICES                                                                    6427

Section 14(h)(8) of the ANCSA [see also 43 CFR 2653.1 (a) and (b)] provides that: "Any portion of the 2 million acres not conveyed by this subsection shall be allocated and conveyed to the Regional Corporations on the basis of population."

Section 5 of the ANCSA required the preparation by December 18, 1973, of a roll of Natives and to show for each Native:

"* * * the region and the village or other place in which he resided on the date of the 1970 census enumeration, and he shall be enrolled according to such residence."

Such a roll was prepared pursuant to regulations published in 25 CFR 43h. Certification of this roll in December 1973 was conditional to allow for correction of errors, results of enrollment appeals, etc. Such correctional changes are not considered to be of the nature of a disenrollment action as contemplated by section 8(d) of the Act of January 2, 1976 (89 Stat. 1145), hereinafter the Act, which provided:

"No change in the final roll * * * resulting from any regulation promulgated by the Secretary * * * providing for the disenrollment of Natives shall affect land entitlements. * * *"

Under section 7 of the ANCSA, 12 regional corporations have been formed within Alaska; the stockholders of these regional corporations being only the Natives enrolled in the region pursuant to section 5 of the ANCSA.

Amendments to the ANCSA by the Act limit the effect on land entitlements of certain changes in the roll. For example, pursuant to a court order of October 6, 1975, the Secretary established the 13th region provided for in section 7(c) of the ANCSA and enrollees of a village or regional corporation who had voted to be enrolled to the 13th region were transferred to the 13th region. Section 8(a) of the Act provides:

"Notwithstanding the October 6, 1975, order of the United States District Court * * * in the case of Alaska Native Association of Oregon et al. against Rogers C. B. Morton et al., * * * changes in enrollment of Natives which are necessitated or permitted by such order shall in no way affect land selection entitlements of any Alaska Regional or Village Corporation. * * *"

Therefore, for purposes of computing land entitlements, the enrollees of the 13th region have been shown with the village and regional corporation from which they had been transferred.

In another example, section 1(b) of the Act provides in part:

"The Secretary may allow these individuals the option to enroll to a Village Corporation which elected the surface and subsurface title under section 19(b) or remain enrolled to the Regional Corporation in which the village or group is located on an at-large basis; *Provided*, That nothing in this subsection shall affect existing entitlement to land of any Regional Corporation pursuant to section 12(b) or 14(h)(8) of the Settlement Act."

The only interpretation that can be given to this section is that the enrollees to a village corporation that elected to receive the surface and subsurface title under section 19(b) of the ANCSA are not to be counted as part of the Native population of the regional corporation for purposes of land entitlements under section 12(b) or 14(h)(8) of the ANCSA.

You are hereby notified that the population figures derived from the ANCSA section 5 roll, as of June 12, 1976, summarized on the enclosure for each regional corporation, constitute the figure that determined or will determine the amount of land entitlement under sections 12(b) and 14(h)(8) of the ANCSA and 43 CFR 2653.1(a)(1)(i). The population figure summarized on the enclosure is the enrollment for the Regional Corporation as shown on the June 12, 1976, roll, plus prior enrollees that were transferred from the regional corporation to the 13th regional corporation pursuant to the court order, less enrollees to village corporations within the region that elected the surface and subsurface title pursuant to section 19(b) of the ANCSA.

This decision is issued pursuant to 43 CFR 2650.8. Should you disagree with the determination(s) given by this decision you must file an appeal within 30 days of receipt of this decision or its publication in the FEDERAL REGISTER, whichever is later. An interested party, as defined in 43 CFR 4.902, may on or before March 4, 1977, file an appeal to a specific determination(s).

Appeals must be filed within the 30-day period with the:

Alaska Native Claims Appeal Board, P.O. Box 2433, Anchorage, Alaska 99510.

Failure to respond within the 30-day time period will constitute acceptance of the determination(s). Should an appeal be filed, the procedures found in 43 CFR Part 4, Subpart J, shall apply. A copy of an appeal must be served on this office and each of the regional corporations listed on the enclosure.

JOSEPH E. KAHKLEN,
*Acting Area Director.*

ENCLOSURE A-1.—*Ahtna region*

| Regional corporation | Native population | Sec. 12(b) percentile | Initial 12(b) share (acres) | Section 14(h) | | |
|---|---|---|---|---|---|---|
| | | | | Percentile | Initial share (acres) | |
| | | | | | 43 CFR 2653.1 | Sec. 14(h)(8) |
| Ahtna, Inc., drawer G Copper Center, Alaska 99573 | 1,000 | 1.811142082 | 33,325 | 1,415418977 | 2,831 | 14,155 |

| Village corporation and address | Native population | Entitlement pursuant to sec. 14(a) (acres) | Serial No. |
|---|---|---|---|
| Cantwell Yedatene-Na Corp., Cantwell, Alaska 99729 | 72 | 69,120 | F-14555 |
| Cheesh-Na Inc., Chistochina, Alaska 99586 | 83 | 69,120 | AA-6556 |
| Chitina Native Corp., P.O. Box 200, Glennallen, Alaska 99588 | 237 | 115,200 | AA-6653 |
| Kluti-Kaah Corp., drawer G, Copper Center, Alaska 99573 | 273 | 115,200 | AA-6638 |
| Gakona Corp., Gakona, Alaska 99586 | 35 | 69,120 | AA-6666 |
| Sla-Ken Corp., Gakona, Alaska 99586 | 106 | 92,160 | AA-6667 |
| Mentasta Inc., Mentasta Lake via Tok, Alaska 99780 | 97 | 69,120 | AA-6710, F-14556 |
| Tazlina Inc., box 225, Glennallen, Alaska 99588 | 121 | 92,160 | AA-6708 |

ENCLOSURE A-2.—*Aleut region*

| Regional corporation | Native population | Sec. 12(b) percentile | Initial 12(b) share (acres) | Section 14(b) | | |
|---|---|---|---|---|---|---|
| | | | | Percentile | Initial share (acres) | |
| | | | | | 43 CFR 2653.1 | Sec. 14(b)(8) |
| Aleut Corp., 833 Gambell St., Anchorage, Alaska 99501 | 3,251 | 5.8516333524 | 102,757 | 4.564424637 | 8,720 | 43,596 |

| Village corporation and address | Native population | Entitlement pursuant to sec. 14(a) (acres) | Serial No. |
|---|---|---|---|
| Akutan Corp., care of Aleut Corp | 106 | 92,160 | AA-6647 |
| Atxam Corp., care of Aleut Corp | 145 | 92,160 | AA-6649 |
| Attu Corp., care of Aleut Corp | 11 | (¹) | AA-8488 |
| Belkofski Corp., care of Aleut Corp | 53 | 69,120 | AA-6660 |
| False Pass Corp., care of Aleut Corp | 66 | 69,120 | AA-6663 |
| King Cove Corp., care of Aleut Corp | 245 | 115,200 | AA-6635 |
| Nelson Lagoon Corp., care of Aleut Corp | 54 | 69,120 | AA-6681 |
| Chaluka Corp., care of Aleut Corp | 74 | 69,120 | AA-6634 |
| Sanak Corp., care of Aleut Corp | 50 | 69,120 | AA-6639 |
| Tanag Corp., care of Aleut Corp | 223 | 115,200 | AA-6636 |
| Tanadgusix Corp., care of Aleut Corp | 240 | 138,240 | AA-6667 |
| Shumagin Corp., care of Aleut Corp | 401 | 138,240 | AA-6669 |
| Qunalashka Corp., care of Aleut Corp | 203 | 115,200 | AA-6709 |
| Unga Corp., care of Aleut Corp | 64 | 69,120 | AA-6710 |

¹ Found ineligible as a village by Secretary decision of Dec. 17, 1974. Would not meet minimum population of 25 for minimum entitlement of 69,120 acres.