Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN,<br><br>        Plaintiff,<br><br>v.<br><br>LEISNOI, INC., KONIAG, INC., and DIRK KEMPTHORNE, Secretary of the Interior,<br><br>        Defendants,<br>_____<br><br>KONIAG, INC.,<br><br>        Counter-claimant,<br><br>v.<br><br>OMAR STRATMAN,<br><br>        Counter-claimed Defendant.<br>_____ | Case No.: 3:02-cv-0290 (JKS) |

**OMAR STRATMAN'S MOTION TO ACCEPT, AS OVERLENGTH, "STRATMAN'S COMBINED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AT DOCKET NOS. 120, 143, & 149 (ANILCA SECTION 1427 LEGISLATIVELY RATIFIED LEISNOI'S STATUS AND MOOTED STRATMAN'S ACTION)"**

**I.    Motion presented.**

We ask that the Court accept the brief referred to above despite the fact that the body of same is approximately 68 pages in length.  We state below why we make this request.

**II.    Discussion.**

We need hardly remind this Court of the length of time this case has been active or of its procedural and legal complexity.  We ask that the Court take a look at the Table of Contents in our overlength brief and consider reviewing the brief itself in a cursory way.  Any brief can be made shorter and more concise.  We are sure this one can, but we are running out of time.  I think if the Court takes a look at our brief, it will see that we are not wasting anyone's time and that the information we are providing goes to the issue before the Court.

**III.    Conclusion.**

For the reasons stated above and in the attached Affidavit, we ask that the Court accept our overlength brief without further modification of same.

RESPECTFULLY submitted this 11th day of June, 2007.

>s/Michael J. Schneider
>s/Eric R. Cossman
>Law Offices of Michael J. Schneider, P.C.
>880 "N" Street, Suite 202
>Anchorage, AK 99501
>Phone: (907) 277-9306
>Fax: (907) 274-8201
>E-mail: mjspc@gci.net
>Alaska Bar No. 7510088

**CERTIFICATE OF SERVICE**
I hereby certify that **OMAR STRATMAN'S MOTION TO ACCEPT, AS OVERLENGTH, "STRATMAN'S COMBINED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AT DOCKET NOS. 120, 143, & 149 (ANILCA SECTION 1427 LEGISLATIVELY RATIFIED LEISNOI'S STATUS AND MOOTED STRATMAN'S ACTION)"** was served electronically
on the 11th day of June, 2007,
on Bruce M. Landon, R. Collin Middleton,
and John R. Fitzgerald.
s/Michael J. Schneider