Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEISNOI, INC., KONIAG, INC., and ) <br> DIRK KEMPTHORNE, Secretary of the ) <br> Interior, ) <br> ) <br> Defendants, ) <br> ) <br> _____) <br> ) <br> KONIAG, INC., ) <br> ) <br> Counter-claimant, ) <br> ) <br> v. ) <br> ) <br> OMAR STRATMAN, ) <br> ) <br> Counter-claimed ) <br> Defendant. ) <br> _____) | Case No.: 3:02-cv-0290 (JKS) |

**ORDER GRANTING OMAR STRATMAN'S MOTION TO ACCEPT, AS OVERLENGTH, "STRATMAN'S COMBINED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AT DOCKET NOS. 120, 143, & 149 (ANILCA SECTION 1427 LEGISLATIVELY RATIFIED LEISNOI'S STATUS AND MOOTED STRATMAN'S ACTION)"**

-1-

The Court GRANTS Mr. Stratman's motion and accepts his brief for consideration in its current form, despite the fact that it is overlength.

DONE and ORDERED entered this ___ day of _____, 2007.

_____
The Honorable James K. Singleton
U.S. District Court Judge