Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEISNOI, INC., KONIAG, INC., and ) <br> DIRK KEMPTHORNE, Secretary of the ) <br> Interior, ) <br> ) <br> Defendants, ) <br> ) <br> _____) <br> ) <br> KONIAG, INC., ) <br> ) <br> Counter-claimant, ) <br> ) <br> v. ) <br> ) <br> OMAR STRATMAN, ) <br> ) <br> Counter-claimed ) <br> Defendant. ) <br> _____) | Case No.: 3:02-cv-0290 (JKS) |

**AFFIDAVIT OF MICHAEL J. SCHNEIDER IN SUPPORT OF OMAR STRATMAN'S MOTION TO ACCEPT, AS OVERLENGTH, "STRATMAN'S COMBINED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AT DOCKET NOS. 120, 143, & 149 (ANILCA SECTION 1427 LEGISLATIVELY RATIFIED LEISNOI'S STATUS AND MOOTED STRATMAN'S ACTION)"**

STATE OF ALASKA                )
                               )ss.
THIRD JUDICIAL DISTRICT        )

Michael J. Schneider, upon his oath, deposes and states as follows:

1. I am one of the attorneys for Omar Stratman in the matter captioned above.

2. This motion is not made to try the patience of the Court, out of any disrespect for anyone, or in disregard of Local Rule 10.1(l). It, instead, is made for the reasons set forth in the attached motion. We hold those positions in good faith and respectfully ask that the Court accept our brief in its current form (if, for no other reason, so that I can get back to what is left of my life).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated this 11th day of June, 2007, in Anchorage, Alaska.

                                          s/Michael J. Schneider
                                          Law Offices of Michael J. Schneider, P.C.
                                          880 "N" Street, Suite 202
                                          Anchorage, AK 99501
                                          Phone: (907) 277-9306
                                          Fax: (907) 274-8201
                                          E-mail: mjspc@gci.net
                                          Alaska Bar No. 7510088

**CERTIFICATE OF SERVICE**
I hereby certify that the **AFFIDAVIT OF MICHAEL J. SCHNEIDER** was served electronically
on the 11th day of June, 2007,
on Bruce M. Landon, R. Collin Middleton,
and John R. Fitzgerald.
s/Michael J. Schneider