Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEISNOI, INC., KONIAG, INC., and ) <br> DIRK KEMPTHORNE, Secretary of the ) <br> Interior, ) <br> ) <br> Defendants, ) <br> ) <br> _____) <br> ) <br> KONIAG, INC., ) <br> ) <br> Counter-claimant, ) <br> ) <br> v. ) <br> ) <br> OMAR STRATMAN, ) <br> ) <br> Counter-claimed ) <br> Defendant. ) <br> _____) | Case No.:  3:02-cv-0290 (JKS) |

**OMAR STRATMAN'S NOTICE TO THE COURT AND ALL PARTIES ADVISING OF ADDITIONAL EXHIBITS THAT ARE BEING FILED FORTHWITH RELATING TO** *STRATMAN'S COMBINED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AT DOCKET NOS. 120, 143, & 149 (ANILCA SECTION 1427 LEGISLATIVELY RATIFIED LEISNOI'S STATUS AND MOOTED STRATMAN'S ACTION)*

-1-

Due to the large size of the aforementioned brief and its attached exhibits, additional exhibits are attached to this notice per the direction of HelpDesk at the U.S. District Court for the State of Alaska.

DATED this 11th day of June, 2007.

> s/Michael J. Schneider
> Law Offices of Michael J. Schneider, P.C.
> 880 "N" Street, Suite 202
> Anchorage, AK 99501
> Phone: (907) 277-9306
> Fax: (907) 274-8201
> E-mail: mjspc@gci.net
> Alaska Bar No. 7510088

**CERTIFICATE OF SERVICE**
I hereby certify that **OMAR STRATMAN'S**
**NOTICE TO THE COURT AND ALL PARTIES**
was served electronically on the 11th day of June, 2007,
on Bruce M. Landon, R. Collin Middleton,
and John R. Fitzgerald.
s/Michael J. Schneider