**APPENDIX B**

ANCHORAGE LAW LIBRARY

# UNITED STATES CODE

*Congressional and Administrative News*

## 96th Congress—Second Session

## 1980

Convened January 3, 1980
Adjourned December 16, 1980

## Volume 2

PUBLIC LAWS 96–461 to 96–613
[94 Stat. pages 2049 to 3582]

LEGISLATIVE HISTORY
[Public Laws 96–188 to 96–222]

ST. PAUL, MINN.
WEST PUBLISHING CO.

c. 1

the
:d to
ited
lant
)sts,
may

late

PUBLIC LAW 96–487 [H.R. 39]; December 2, 1980

## ALASKA NATIONAL INTEREST LANDS CONSERVATION ACT

*For Legislative History of this and other Laws, see Table 1, Public Laws and Legislative History, at end of final volume*

An Act to provide for the designation and conservation of certain public lands in the State of Alaska, including the designation of units of the National Park, National Wildlife Refuge, National Forest, National Wild and Scenic Rivers, and National Wilderness Preservation Systems, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

SECTION 1. This Act may be cited as the "Alaska National Interest Lands Conservation Act".

Alaska National Interest Lands Conservation Act.
16 USC 3101 note.

### TABLE OF CONTENTS

#### TITLE I—PURPOSES, DEFINITIONS, AND MAPS

Sec. 101. Purposes.
Sec. 102. Definitions.
Sec. 103. Maps.

#### TITLE II—NATIONAL PARK SYSTEM

Sec. 201. Establishment of new areas.
Sec. 202. Additions to existing areas.
Sec. 203. General administration.
Sec. 204. Native selections.
Sec. 205. Commercial fishing.
Sec. 206. Withdrawal from mining.

#### TITLE III—NATIONAL WILDLIFE REFUGE SYSTEM

Sec. 301. Definitions.
Sec. 302. Establishment of new refuges.
Sec. 303. Additions to existing refuges.
Sec. 304. Administration of refuges.
Sec. 305. Prior authorities.
Sec. 306. Special study.

#### TITLE IV—NATIONAL CONSERVATION AREA AND NATIONAL RECREATION AREA

Sec. 401. Establishment of Steese National Conservation Area.
Sec. 402. Administrative provisions.
Sec. 403. Establishment of White Mountains National Recreation Area.
Sec. 404. Rights of holders of unperfected mining claims.

#### TITLE V—NATIONAL FOREST SYSTEM

Sec. 501. Additions to existing national forests.
Sec. 502. Mining and mineral leasing on certain national forest lands.
Sec. 503. Misty Fjords and Admiralty Island National Monuments.
Sec. 504. Unperfected mining claims in Misty Fjords and Admiralty Island National Monuments.
Sec. 505. Fisheries on national forest lands in Alaska.
Sec. 506. Admiralty Island land exchanges.
Sec. 507. Cooperative fisheries planning.

94 STAT. 2371

TITLE VI—NATIONAL WILD AND SCENIC RIVERS SYSTEM

PART A—WILD AND SCENIC RIVERS WITHIN NATIONAL PARK SYSTEM

Sec. 601. Additions.

PART B—WILD AND SCENIC RIVERS WITHIN NATIONAL WILDLIFE REFUGE SYSTEM

Sec. 602. Additions.

PART C—ADDITION TO NATIONAL WILD AND SCENIC RIVERS SYSTEM LOCATED OUTSIDE NATIONAL PARK SYSTEM UNITS AND NATIONAL WILDLIFE REFUGES

Sec. 603. Additions.
Sec. 604. Designation for study.
Sec. 605. Administrative provisions.
Sec. 606. Other amendments to the Wild and Scenic Rivers Act.

TITLE VII—NATIONAL WILDERNESS PRESERVATION SYSTEM

Sec. 701. Designation of wilderness within National Park System.
Sec. 702. Designation of wilderness within National Wildlife Refuge System.
Sec. 703. Designation of wilderness within National Forest System.
Sec. 704. Designation of wilderness study area within National Forest System.
Sec. 705. National forest timber utilization program.
Sec. 706. Reports.
Sec. 707. Administration.
Sec. 708. RARE II release.

TITLE VIII—SUBSISTENCE MANAGEMENT AND USE

Sec. 801. Findings.
Sec. 802. Policy.
Sec. 803. Definitions.
Sec. 804. Preference for subsistence uses.
Sec. 805. Local and regional participation.
Sec. 806. Federal monitoring.
Sec. 807. Judicial enforcement.
Sec. 808. Park and park monument subsistence resource commissions.
Sec. 809. Cooperative agreements.
Sec. 810. Subsistence and land use decisions.
Sec. 811. Access.
Sec. 812. Research.
Sec. 813. Periodic reports.
Sec. 814. Regulations.
Sec. 815. Limitations, savings clauses.
Sec. 816. Closure to subsistence uses.

TITLE IX—IMPLEMENTATION OF ALASKA NATIVE CLAIMS SETTLEMENT ACT AND ALASKA STATEHOOD ACT

Sec. 901. Submerged lands statute of limitations.
Sec. 902. Statute of limitations.
Sec. 903. Administrative provisions.
Sec. 904. Tax moratorium extension.
Sec. 905. Alaska Native allotments.
Sec. 906. State selections and conveyances.
Sec. 907. Alaska Land Bank.
Sec. 908. Protection of Native lands in contingency areas under timber sales.
Sec. 909. Use of protraction diagrams.
Sec. 910. National Environmental Policy Act.
Sec. 911. Technical amendment to Public Law 94-204.

TITLE X—FEDERAL NORTH SLOPE LANDS STUDIES, OIL AND GAS LEASING PROGRAM AND MINERAL ASSESSMENTS

Sec. 1001. Overall study program.
Sec. 1002. Arctic National Wildlife Refuge coastal plain resource assessment.
Sec. 1003. Prohibition on development.
Sec. 1004. Wilderness portion of study.

Sec. 1005. 
Sec. 1006. 
Sec. 1007. 
Sec. 1008. 
Sec. 1009. 
Sec. 1010. 
Sec. 1011. 

TITLE XI—

Sec. 1101. 
Sec. 1102. 
Sec. 1103. 
Sec. 1104. 
Sec. 1105. 
Sec. 1106. 
Sec. 1107. 
Sec. 1108. 
Sec. 1109. 
Sec. 1110. 
Sec. 1111. 
Sec. 1112. 
Sec. 1113. 

Sec. 1201. 
Sec. 1202. 
Sec. 1203. 

Sec. 1301. 
Sec. 1302. 
Sec. 1303. 
Sec. 1304. 
Sec. 1305. 
Sec. 1306. 
Sec. 1307. 
Sec. 1308. 
Sec. 1309. 
Sec. 1310. 
Sec. 1311. 
Sec. 1312. 
Sec. 1313. 
Sec. 1314. 
Sec. 1315. 
Sec. 1316. 
Sec. 1317. 
Sec. 1318. 
Sec. 1319. 
Sec. 1320. 
Sec. 1321. 
Sec. 1322. 
Sec. 1323. 
Sec. 1324. 
Sec. 1325. 
Sec. 1326. 
Sec. 1327. 
Sec. 1328. 

TITLE XI

PAR

Sec. 1401. 
Sec. 1402. 
Sec. 1403. 
Sec. 1404.

Sec. 1005. Wildlife resources portion of study.
Sec. 1006. Transportation alternatives portion of study.
Sec. 1007. Arctic research study.
Sec. 1008. Oil and gas leasing program for non-North Slope Federal lands.
Sec. 1009. Oil and gas lease applications.
Sec. 1010. Alaska mineral resource assessment program.
Sec. 1011. Presidential transmittal.

TITLE XI—TRANSPORTATION AND UTILITY SYSTEMS IN AND ACROSS, AND ACCESS INTO, CONSERVATION SYSTEM UNITS

Sec. 1101. Findings.
Sec. 1102. Definitions.
Sec. 1103. Effect of title.
Sec. 1104. Procedural requirements.
Sec. 1105. Standards for granting certain authorizations.
Sec. 1106. Agency, Presidential, and congressional actions.
Sec. 1107. Rights-of-way terms and conditions.
Sec. 1108. Expedited judicial review.
Sec. 1109. Valid existing rights.
Sec. 1110. Special access and access to inholdings.
Sec. 1111. Temporary access.
Sec. 1112. North Slope Haul Road.
Sec. 1113. Stikine River region.

TITLE XII—FEDERAL-STATE COOPERATION

Sec. 1201. Alaska Land Use Council.
Sec. 1202. Federal Coordination Committee.
Sec. 1203. Bristol Bay cooperative region.

TITLE XIII—ADMINISTRATIVE PROVISIONS

Sec. 1301. Management plans.
Sec. 1302. Land acquisition authority.
Sec. 1303. Use of cabins and other sites of occupancy on conservation system units.
Sec. 1304. Archeological and paleontological sites.
Sec. 1305. Cooperative information/education centers.
Sec. 1306. Administrative sites and visitor facilities.
Sec. 1307. Revenue-producing visitor services.
Sec. 1308. Local hire.
Sec. 1309. Klondike Gold Rush National Historical Park.
Sec. 1310. Navigation aids and other facilities.
Sec. 1311. Scenic highway study.
Sec. 1312. Administration of the White Mountains National Recreation Area.
Sec. 1313. Administration of national preserves.
Sec. 1314. Taking of fish and wildlife.
Sec. 1315. Wilderness management.
Sec. 1316. Allowed uses.
Sec. 1317. General wilderness review provision.
Sec. 1318. Statewide cultural assistance program.
Sec. 1319. Effect on existing rights.
Sec. 1320. Bureau of Land Management land reviews.
Sec. 1321. Authorization for appropriation.
Sec. 1322. Effect on prior withdrawals.
Sec. 1323. Access.
Sec. 1324. Yukon Flats National Wildlife Refuge agricultural use.
Sec. 1325. Terror Lake Hydroelectric Project in Kodiak National Wildlife Refuge.
Sec. 1326. Future Executive actions.
Sec. 1327. Alaska gas pipeline.
Sec. 1328. Public land entries in Alaska.

TITLE XIV—AMENDMENTS TO THE ALASKA NATIVE CLAIMS SETTLEMENT ACT AND RELATED PROVISIONS

PART A—AMENDMENTS TO THE ALASKA NATIVE CLAIMS SETTLEMENT ACT

Sec. 1401. Stock alienation.
Sec. 1402. Selection requirements.
Sec. 1403. Retained mineral estate.
Sec. 1404. Vesting date for reconveyances.

Sec. 1405. Reconveyance to municipal corporations.
Sec. 1406. Conveyance of partial estates.
Sec. 1407. Shareholder homesites.
Sec. 1408. Basis in the land.
Sec. 1409. Fire protection.
Sec. 1410. Interim conveyances and underselections.
Sec. 1411. Escrow account.
Sec. 1412. Limitations.

PART B—OTHER RELATED PROVISIONS

Sec. 1413. Supplemental appropriation for Native Groups.
Sec. 1414. Fiscal Year Adjustment Act.
Sec. 1415. Relinquishment of selections partly within conservation units.
Sec. 1416. Bristol Bay Group Corporation lands.
Sec. 1417. Pribilof Islands acquisition authority.
Sec. 1418. NANA/Cook Inlet Regional Corporations lands.
Sec. 1419. Doyon Regional Corporation lands.
Sec. 1420. Hodzana River study area.
Sec. 1421. Conveyance to the State of Alaska.
Sec. 1422. Doyon and Fortymile River.
Sec. 1423. Ahtna Regional Corporation lands.
Sec. 1424. Bering Straits Regional Corporation lands.
Sec. 1425. Eklutna Village Corporation lands.
Sec. 1426. Eklutna-State Anchorage agreement.
Sec. 1427. Koniag Village and Regional Corporation lands.
Sec. 1428. Chugach Village Corporation lands.
Sec. 1429. Chugach Regional Corporation lands.
Sec. 1430. Chugach region study.
Sec. 1431. Arctic Slope Regional Corporation lands.
Sec. 1432. Cook Inlet Village settlement.
Sec. 1433. Bristol Bay Native Corporation lands.
Sec. 1434. Shee Atika-Charcoal and Alice Island conveyance.
Sec. 1435. Amendment to Public Law 94-204.
Sec. 1436. Inalik Native Corporation lands.
Sec. 1437. Conveyances to Village Corporations.

TITLE XV—NATIONAL NEED MINERAL ACTIVITY RECOMMENDATION PROCESS

Sec. 1501. Areas subject to the national need recommendation process.
Sec. 1502. Recommendations of the President to Congress.
Sec. 1503. Expedited congressional review.

# TITLE I—PURPOSES, DEFINITIONS, AND MAPS

## PURPOSES

16 USC 3101.

SEC. 101. (a) In order to preserve for the benefit, use, education, and inspiration of present and future generations certain lands and waters in the State of Alaska that contain nationally significant natural, scenic, historic, archeological, geological, scientific, wilderness, cultural, recreational, and wildlife values, the units described in the following titles are hereby established.

(b) It is the intent of Congress in this Act to preserve unrivaled scenic and geological values associated with natural landscapes; to provide for the maintenance of sound populations of, and habitat for, wildlife species of inestimable value to the citizens of Alaska and the Nation, including those species dependent on vast relatively undeveloped areas; to preserve in their natural state extensive unaltered arctic tundra, boreal forest, and coastal rainforest ecosystems; to protect the resources related to subsistence needs; to protect and preserve historic and archeological sites, rivers, and lands, and to preserve wilderness resource values and related recreational opportunities including but not limited to hiking, canoeing, fishing, and sport hunting, within large arctic and subarctic wildlands and on

Dec. 2     ALASKA LANDS CONSERVATION ACT     P.L. 96–487

freeflowing rivers; and to maintain opportunities for scientific research and undisturbed ecosystems.

(c) It is further the intent and purpose of this Act consistent with management of fish and wildlife in accordance with recognized scientific principles and the purposes for which each conservation system unit is established, designated, or expanded by or pursuant to this Act, to provide the opportunity for rural residents engaged in a subsistence way of life to continue to do so.

(d) This Act provides sufficient protection for the national interest in the scenic, natural, cultural and environmental values on the public lands in Alaska, and at the same time provides adequate opportunity for satisfaction of the economic and social needs of the State of Alaska and its people; accordingly, the designation and disposition of the public lands in Alaska pursuant to this Act are found to represent a proper balance between the reservation of national conservation system units and those public lands necessary and appropriate for more intensive use and disposition, and thus Congress believes that the need for future legislation designating new conservation system units, new national conservation areas, or new national recreation areas, has been obviated thereby.

## DEFINITIONS

SEC. 102. As used in this Act (except that in titles IX and XIV the following terms shall have the same meaning as they have in the Alaska Native Claims Settlement Act, and the Alaska Statehood Act)—     *[16 USC 3102. Post, pp. 2430, 2491. 43 USC 1601 note. 48 USC note prec. 21.]*

  (1) The term "land" means lands, waters, and interests therein.

  (2) The term "Federal land" means lands the title to which is in the United States after the date of enactment of this Act.

  (3) The term "public lands" means land situated in Alaska which, after the date of enactment of this Act, are Federal lands, except—

    (A) land selections of the State of Alaska which have been tentatively approved or validly selected under the Alaska Statehood Act and lands which have been confirmed to, validly selected by, or granted to the Territory of Alaska or the State under any other provision of Federal law;

    (B) land selections of a Native Corporation made under the Alaska Native Claims Settlement Act which have not been conveyed to a Native Corporation, unless any such selection is determined to be invalid or is relinquished; and

    (C) lands referred to in section 19(b) of the Alaska Native Claims Settlement Act.     *[43 USC 1618.]*

  (4) The term "conservation system unit" means any unit in Alaska of the National Park System, National Wildlife Refuge System, National Wild and Scenic Rivers Systems, National Trails System, National Wilderness Preservation System, or a National Forest Monument including existing units, units established, designated, or expanded by or under the provisions of this Act, additions to such units, and any such unit established, designated, or expanded hereafter.

  (5) The term "Alaska Native Claims Settlement Act" means "An Act to provide for the settlement of certain land claims of Alaska Natives, and for other purposes", approved December 18, 1971 (85 Stat. 688), as amended.     *[43 USC 1601 note.]*

(6) The term "Native Corporation" means any Regional Corporation, any Village Corporation, any Urban Corporation, and any Native Group.

43 USC 1602.

(7) The term "Regional Corporation" has the same meaning as such term has under section 3(g) of the Alaska Native Claims Settlement Act.

(8) The term "Village Corporation" has the same meaning as such term has under section 3(j) of the Alaska Native Claims Settlement Act.

43 USC 1613.

(9) The term "Urban Corporation" means those Native entities which have incorporated pursuant to section 14(h)(3) of the Alaska Native Claims Settlement Act.

(10) The term "Native Group" has the same meaning as such term has under sections 3(d) and 14(h)(2) of the Alaska Native Claims Settlement Act.

43 USC 1601 note.

(11) The term "Native land" means land owned by a Native Corporation or any Native Group and includes land which, as of the date of enactment of this Act, had been selected under the Alaska Native Claims Settlement Act by a Native Corporation or Native Group and had not been conveyed by the Secretary (except to the extent such selection is determined to be invalid or has been relinquished) and land referred to in section 19(b) of the Alaska Native Claims Settlement Act.

43 USC 1618.

(12) The term "Secretary" means the Secretary of the Interior, except that when such term is used with respect to any unit of the National Forest System, such term means the Secretary of Agriculture.

16 USC 1131 note.
43 USC note prec. 21.

(13) The terms "wilderness" and "National Wilderness Preservation System" have the same meaning as when used in the Wilderness Act (78 Stat. 890).

(14) The term "Alaska Statehood Act" means the Act entitled "An Act to provide for the admission of the State of Alaska into the Union", approved July 7, 1958 (72 Stat. 339), as amended.

(15) The term "State" means the State of Alaska.

43 USC 1602.

(16) The term "Alaska Native" or "Native" has the same meaning as the term "Native" has in section 3(b) of the Alaska Native Claims Settlement Act.

(17) The term "fish and wildlife" means any member of the animal kingdom, including without limitation any mammal, fish, bird (including any migratory, nonmigratory or endangered bird for which protection is also afforded by treaty or other international agreement), amphibian, reptile, mollusk, crustacean, arthropod or other invertebrate, and includes any part, product, egg, or offspring thereof, or the dead body or part thereof.

(18) The term "take" or "taking" as used with respect to fish or wildlife, means to pursue, hunt, shoot, trap, net, capture, collect, kill, harm, or attempt to engage in any such conduct.

MAPS

Public inspection.
16 USC 3103.

SEC. 103. (a) The boundary maps described in this Act shall be on file and available for public inspection in the office of the Secretary or the Secretary of Agriculture with regard to the National Forest System. In the event of discrepancies between the acreages specified in this Act and those depicted on such maps, the maps shall be controlling, but the boundaries of areas added to the National Park, Wildlife Refuge and National Forest Systems shall, in coastal areas

not extend seaward beyond the mean high tide line to include lands owned by the State of Alaska unless the State shall have concurred in such boundary extension and such extension is accomplished under the notice and reporting requirements of this Act.

(b) As soon as practicable after enactment of this Act, a map and legal description of each change in land management status effected by this Act, including the National Wilderness Preservation System, shall be published in the Federal Register and filed with the Speaker of the House of Representatives and the President of the Senate, and each such description shall have the same force and effect as if included in this Act: *Provided, however,* That correction of clerical and typographical errors in each such legal description and map may be made. Each such map and legal description shall be on file and available for public inspection in the office of the Secretary. Whenever possible boundaries shall follow hydrographic divides or embrace other topographic or natural features. Following reasonable notice in writing to the Congress of his intention to do so the Secretary and the Secretary of Agriculture may make minor adjustments in the boundaries of the areas added to or established by this Act as units of National Park, Wildlife Refuge, Wild and Scenic Rivers, National Wilderness Preservation, and National Forest Systems and as national conservation areas and national recreation areas. For the purposes of this subsection, a minor boundary adjustment shall not increase or decrease the amount of land within any such area by more than 23,000 acres.

*Publication in Federal Register. Filing with Speaker of House and President of Senate.*

*Minor boundary adjustments, notification of Congress.*

(c) Only those lands within the boundaries of any conservation system unit which are public lands (as such term is defined in this Act) shall be deemed to be included as a portion of such unit. No lands which, before, on, or after the date of enactment of this Act, are conveyed to the State, to any Native Corporation, or to any private party shall be subject to the regulations applicable solely to public lands within such units. If the State, a Native Corporation, or other owner desires to convey any such lands, the Secretary may acquire such lands in accordance with applicable law (including this Act), and any such lands shall become part of the unit, and be administered accordingly.

## TITLE II—NATIONAL PARK SYSTEM

### ESTABLISHMENT OF NEW AREAS

SEC. 201. The following areas are hereby established as units of the National Park System and shall be administered by the Secretary under the laws governing the administration of such lands and under the provisions of this Act:

*Administration by Interior Secretary. 16 USC 410hh.*

(1) Aniakchak National Monument, containing approximately one hundred and thirty-eight thousand acres of public lands, and Aniakchak National Preserve, containing approximately three hundred and seventy-six thousand acres of public lands, as generally depicted on map numbered ANIA-90,005, and dated October 1978. The monument and preserve shall be managed for the following purposes, among others: To maintain the caldera and its associated volcanic features and landscape, including the Aniakchak River and other lakes and streams, in their natural state; to study, interpret, and assure continuation of the natural process of biological succession; to protect habitat for, and populations of, fish and wildlife, including, but not limited to, brown/grizzly bears, moose, caribou, sea lions, seals, and other marine

*Aniakchak National Monument. 16 USC 431 note.*

 (B) any existing unit of the National Wildlife Refuge System in Alaska not included within any unit referred to in subparagraph (A);
 (C) any unit of the National Wildlife Refuge System established in Alaska after the date of the enactment of this Act; or
 (D) any addition to any unit described in subparagraphs (A), (B), or (C) above.

ESTABLISHMENT OF NEW REFUGES

SEC. 302. The following are established as units of the National Wildlife Refuge System:

 (1) ALASKA PENINSULA NATIONAL WILDLIFE REFUGE.—(A) The Alaska Peninsula National Wildlife Refuge shall consist of the approximately three million five hundred thousand acres of public lands as generally depicted on the map entitled "Alaska Peninsula National Wildlife Refuge", dated October 1979 and shall include the lands on the Alaska Peninsula transferred to and made part of the refuge pursuant to section 1427 of this Act.  *16 USC 668dd note.*

 (B) The purposes for which the Alaska Peninsula National Wildlife Refuge is established and shall be managed include—

  (i) to conserve fish and wildlife populations and habitats in their natural diversity including, but not limited to, brown bears, the Alaska Peninsula caribou herd, moose, sea otters and other marine mammals, shorebirds and other migratory birds, raptors, including bald eagles and peregrine falcons, and salmonoids and other fish;

  (ii) to fulfill the international treaty obligations of the United States with respect to fish and wildlife and their habitats;

  (iii) to provide, in a manner consistent with the purposes set forth in subparagraphs (i) and (ii) above, the opportunity for continued subsistence uses by local residents; and

  (iv) to ensure, to the maximum extent practicable and in a manner consistent with the purposes set forth in paragraph (i), water quality and necessary water quantity within the refuge.

 (2) BECHAROF NATIONAL WILDLIFE REFUGE.—(A) The Becharof National Wildlife Refuge shall consist of the approximately one million two hundred thousand acres of public lands generally depicted on the map entitled "Becharof National Wildlife Refuge", dated July 1980.  *16 USC 668dd note.*

 (B) The purposes for which the Becharof National Wildlife Refuge is established and shall be managed include—

  (i) to conserve fish and wildlife populations and habitats in their natural diversity including, but not limited to, brown bears, salmon, migratory birds, the Alaskan Peninsula caribou herd and marine birds and mammals;

  (ii) to fulfill the international treaty obligations of the United States with respect to fish and wildlife and their habitats;

  (iii) to provide, in a manner consistent with the purposes set forth in subparagraphs (i) and (ii), the opportunity for continued subsistence uses by local residents; and

  (iv) to ensure, to the maximum extent practicable and in a manner consistent with the purposes set forth in paragraph