# ALASKA NATIONAL INTEREST LANDS CONSERVATION ACT OF 1979

## HEARINGS

BEFORE THE

## COMMITTEE ON INTERIOR AND INSULAR AFFAIRS HOUSE OF REPRESENTATIVES

NINETY-SIXTH CONGRESS

FIRST SESSION

ON

## H.R. 39

TO PROVIDE FOR THE DESIGNATION AND CONSERVATION OF CERTAIN PUBLIC LANDS IN THE STATE OF ALASKA, INCLUDING THE DESIGNATION OF UNITS OF THE NATIONAL PARK, NATIONAL WILDLIFE REFUGE, NATIONAL FOREST, NATIONAL WILD AND SCENIC RIVERS, AND NATIONAL WILDERNESS PRESERVATION SYSTEMS, AND FOR OTHER PURPOSES

HEARINGS HELD IN WASHINGTON, D.C.
FEBRUARY 1, 6, 7, 8, AND 13, 1979

Serial No. 96-13

Printed for the use of the
Committee on Interior and Insular Affairs



U.S. GOVERNMENT PRINTING OFFICE

52-569

WASHINGTON : 1979

EXHIBIT A
PAGE 1 OF 9 PAGES

Case 3:02-cv-00290-JKS   Document 175-5   Filed 06/11/2007   Page 2 of 7

## COMMITTEE ON INTERIOR AND INSULAR AFFAIRS

### HOUSE OF REPRESENTATIVES

MORRIS K. UDALL, Arizona, *Chairman*

| | |
|---|---|
| PHILLIP BURTON, California | DON H. CLAUSEN, California |
| ROBERT W. KASTENMEIER, Wisconsin | *Ranking Minority Member* |
| ABRAHAM KAZEN, JR., Texas | MANUEL LUJAN, JR., New Mexico |
| JONATHAN B. BINGHAM, New York | KEITH G. SEBELIUS, Kansas |
| JOHN F. SEIBERLING, Ohio | DON YOUNG, Alaska |
| HAROLD RUNNELS, New Mexico | STEVEN D. SYMMS, Idaho |
| ANTONIO BORJA WON PAT, Guam | JAMES P. (JIM) JOHNSON, Colorado |
| BOB ECKHARDT, Texas | ROBERT J. LAGOMARSINO, California |
| JIM SANTINI, Nevada | DAN MARRIOTT, Utah |
| JAMES WEAVER, Oregon | RON MARLENEE, Montana |
| BOB CARR, Michigan | MICKEY EDWARDS, Oklahoma |
| GEORGE MILLER, California | RICHARD B. CHENEY, Wyoming |
| JAMES J. FLORIO, New Jersey | CHARLES PASHAYAN, JR., California |
| DAWSON MATHIS, Georgia | ROBERT WHITTAKER, Kansas |
| PHILIP R. SHARP, Indiana | DOUGLAS K. BEREUTER, Nebraska |
| EDWARD J. MARKEY, Massachusetts | MELVIN H. EVANS, Virgin Islands |
| PETER H. KOSTMAYER, Pennsylvania | |
| BALTASAR CORRADA, Puerto Rico | |
| AUSTIN J. MURPHY, Pennsylvania | |
| NICK JOE RAHALL II, West Virginia | |
| BRUCE F. VENTO, Minnesota | |
| JERRY HUCKABY, Louisiana | |
| LAMAR GUDGER, North Carolina | |
| JAMES J. HOWARD, New Jersey | |
| JERRY M. PATTERSON, California | |
| RAY KOGOVSEK, Colorado | |
| PAT WILLIAMS, Montana | |

CHARLES CONKLIN, *Staff Director*
LEE MCELVAIN, *General Counsel*
STANLEY SCOVILLE, *Special Counsel for Legislation*
GARY G. ELLSWORTH, *Minority Counsel*

(II)

EXHIBIT A
PAGE 2 OF 9 PAGES

Briefing by the U.S. D
  1979----------
Hearings:
  February 6, 1979
  February 7, 1979
  February 8, 1979
  February 13, 1979
Text of H.R. 39------

Br
Statements:
  Panel consisting of
    Hon. Cecil D.
    Hon. M. Ru[
    Research, a

Statements:
  Buckner, Michael,
    America--------
  Cooper, Toby, on
  Curran, Jack, legi
    North America
  Fanning, Ken, on
  Frankfourth, Dee,
  Gravel, Hon. Mik
  Hammond, Hon. J
  Stevens, Hon. Ted

Statements:
  Epps, Alan C., pro
    University of Al
  Motley, Tony, Citi
  Panel consisting of
    Charles Dietri
      behalf of the
    Carl Randolp
      Corp-------
    David Heatwo
    Russell Babc
      Copper Co--
    Charles Hawle
  Panel representing
    Morris Thomp
    Edward Weinl
    Carl Jack, pres
    Daniel Alex, p
    Emil Notti, pr
    Lani Strong H
    Arthur Lazaru
    Jonathon Solor
    Paul S. Wil
      Ginkhye----
    Oliver Leavitt,
    John T. Shivel
    Roy M. Huhn
    Richard Atuck
    Herbert Smelce
    Byron I. Mallo

LAR AFFAIRS

*man*
EN, California
*rity Member*
N, JR., New Mexico
ELIUS, Kansas
laska
AMS, Idaho
) JOHNSON, Colorado
GOMARSINO, California
T, Utah
:E, Montana
RDS, Oklahoma
IENEY, Wyoming
HAYAN, JR., California
TAKER, Kansas
EREUTER, Nebraska
ANS, Virgin Islands

*gislation*
*sel*

# CONTENTS

| | Page |
|---|---|
| Briefing by the U.S. Departments of Interior and Agriculture, February 1, 1979 | 1 |
| Hearings: | |
| February 6, 1979 | 45 |
| February 7, 1979 | 313 |
| February 8, 1979 | 403 |
| February 13, 1979 | 505 |
| Text of H.R. 39 | 46 |

BRIEFING, THURSDAY, FEBRUARY 1, 1979

Statements:
Panel consisting of:
Hon. Cecil D. Andrus, Secretary, U.S. Department of the Interior — 4
Hon. M. Rupert Cutler, Assistant Secretary for Conservation, Research, and Education, U.S. Department of Agriculture — 10

TUESDAY, FEBRUARY 6, 1979

Statements:
Buckner, Michael, legislative representative, United Mine Workers of America — 274
Cooper, Toby, on behalf of the Monitor Consortium — 307
Curran, Jack, legislative director, Laborers' International Union of North America — 278, 926
Fanning, Ken, on behalf of the Real Alaska Coalition — 288
Frankfourth, Dee, on behalf of Alaskan Conservationists — 300, 953
Gravel, Hon. Mike, a U.S. Senator from the State of Alaska — 255
Hammond, Hon. Jay S., Governor of the State of Alaska — 238, 897
Stevens, Hon. Ted, a U.S. Senator from the State of Alaska — 229

WEDNESDAY, FEBRUARY 7, 1979

Statements:
Epps, Alan C., professor of natural resource and land use planning, University of Alaska — 313
Motley, Tony, Citizens for the Management of Alaska Lands — 313
Panel consisting of:
Charles Dietrich, senior counsel, Utah International, Inc., on behalf of the American Mining Congress — 335, 966
Carl Randolph, president, United States Borax & Chemical Corp — 337, 975
David Heatwole, district geologist, Anaconda Co — 339
Russell Babcock, exploration district manager, Kennecott Copper Co — 341
Charles Hawley, executive director, Alaska Miners Association — 343
Panel representing the Alaska Native corporations consisting of:
Morris Thompson, president, Alaska Federation of Natives — 368, 1000
Edward Weinberg, counsel, Koniag, Inc — 372, 1214
Carl Jack, president, Association of Village Council Presidents — 372, 1075
Daniel Alex, president, Eklutna, Inc — 380
Emil Notti, president, Doyon, Ltd — 381, 1150
Lani Strong Hotch, secretary, Chilkat Indian Village — 382
Arthur Lazarus, counsel, Gold Belt Corp — 387
Jonathon Solomon, president, Gwitcha-Gwitchen-Ginkhye — 389
Paul S. Williams, secretary treasurer, Gwitcha-Gwitchen-Ginkhye — 391
Oliver Leavitt, treasurer, Arctic Slope Regional Corp — 392
John T. Shively, NANA Regional Corp — 392, 1257
Roy M. Huhndorf, president, Cook Inlet Region, Inc — 396, 1141
Richard Atuck, Bering Straits Native Corp — 398
Herbert Smelcer, land manager, Ahtna, Inc — 400, 985
Byron I. Mallott, chairman of the board, Sealaska Corp — 401, 1266

(III)

EXHIBIT A
PAGE 3 OF 9 PAGES

IV

THURSDAY, FEBRUARY 8, 1979

Statements:
    Berman, Matthew D., assistant professor, Lyndon B. Johnson School Page
      of Public Affairs, University of Texas at Austin_____ 467, 1354
    Panel consisting of:
      Charles L. Kimball, executive vice president, National Wildlife
        Federation_____ 404
      Charles M. Clusen, chairman, Alaska Coalition_____ 407
      Edgar Wayburn, member, board of directors, Sierra Club; and
        chairman, Alaska Task Force_____ 416
      David Levine, Assistant Alaska Representative_____ 422
    Panel consisting of:
      James F. Clark, on behalf of the National Forest Products
        Association_____ 429, 1294
      Donald A. Bell, executive director, Alaska Loggers Association__ 441
      Donald L. Finney, vice president for government affairs, Louisi-
        ana Pacific Corp_____ 438
      James A. Rynearson, senior vice president, Alaska Lumber &
        Pulp Co., Inc_____ 438
    Panel consisting of:
      Bruce Wallace, on behalf of Southeast Alaska Seineboat Owners
        and Operators_____ 453
      Randy Babich, on behalf of the Southeast Purse Seine Vessel
        Owners and Operators Association_____ 454
      Paul Peyton, fisherman_____ 455
    Slack, Howard A., vice president, technology, Atlantic Richfield Co.,
      on behalf of Western Oil & Gas Association_____ 480, 1419
    Wunnicke, Esther C., Federal Cochairman, Joint Federal-State Land
      Use Planning Commission for Alaska_____ 489, 1439

TUESDAY, FEBRUARY 13, 1979

Statements:
    Andrus, Hon. Cecil, Secretary, U.S. Department of the Interior_____ 506
    Cutler, Hon. M. Rupert, Assistant Secretary for Conservation, Re-
      search, and Education, U.S. Department of Agriculture_____ 513

APPENDIX

Additional material submitted for the hearing record from:

U.S. Department of the Interior:
    1. Prepared statement of Hon. Cecil D. Andrus, Secretary, dated
       February 1, 1979 (with attachments)_____ 545
    2. Paper entitled "Chronology: Alaska National Interest Lands,"
       February 1, 1979_____ 552
    3. Public Land Order No. 5653: Alaska; Reserving Public Lands To
       Protect Their Resource Values, November 16, 1978_____ 555
    4. Public Land Order No. 5654: Alaska; Reserving Public Lands To
       Protect Their Resource Values, November 17, 1978_____ 564
    5. Statement by the President, dated December 1, 1978, concerning
       designation of national monuments in Alaska_____ 568
    6. Excerpt from the Federal Register, part III, December 1, 1978:
       The President, Alaskan national monuments_____ 571
    7. News release, December 21, 1979: Temporary regulations for new
       Alaska monuments issued_____ 691
    8. Excerpt from the Federal Register, part III, December 21, 1978:
       Office of the Secretary, Certain lands in Alaska; emergency with-
       drawals; amendments to emergency withdrawal order; land
       descriptions_____ 693
    9. Excerpt from the Federal Register, part II, December 26, 1978:
       Fish and Wildlife Service, National Park Service; new Alaska
       national monuments; interim rules_____ 745
    10. Prepared statement of Hon. Cecil D. Andrus, Secretary, dated
       February 13, 1979_____ 752
    11. Prepared statement of Hon. Cecil D. Andrus, Secretary, dated
       September 15, 1977_____ 762

EXHIBIT A

PAGE 4 OF 9 PAGES

V

| | Page |
|---|---|
| ...67, 1354 | |
| e | |
| — | 404 |
| — | 407 |
| d | |
| — | 416 |
| — | 422 |
| ts | |
| ...29, 1294 | |
| — | 441 |
| i- | |
| — | 438 |
| & | |
| — | 438 |
| rs | |
| — | 453 |
| el | |
| — | 454 |
| — | 455 |
| )., | |
| 480, 1419 | |
| id | |
| 489, 1439 | |
| | |
| — | 506 |
| e- | |
| — | 513 |
| | |
| ed | |
| — | 545 |
| ;" | 552 |
| To | |
| — | 555 |
| To | |
| — | 564 |
| ng | |
| — | 568 |
| 78: | |
| — | 571 |
| ew | 691 |
| 78: | |
| th- | |
| nd | 693 |
| 78: | |
| ika | |
| — | 745 |
| ted | 752 |
| ted | 760 |

U.S. Department of Agriculture:
1. Prepared statement of Hon. M. Rupert Cutler, Assistant Secretary for Conservation, Research, and Education, dated February 1, 1979 — 800
2. White House press briefing, dated December 1, 1978 — 806
3. Paper entitled "Situation: Noranda-Green Creek Claims" — 816
4. Press release: "Cutler Stops Road in Alaska's Misty Fiords," dated December 1, 1978 — 817
5. Document entitled "Decision of the Secretary": appeal of the Sierra Club, et al., concerning the Secretary's decision on Tongass National Forest special use permit for access road from Saltwater on Boca de Quadra to United States Borax & Chemical Corp., Quartz Hill molybdenum claims, December 1, 1978 — 818
6. Prepared statement of Hon. M. Rupert Cutler, dated February 13, 1979 — 821
7. Brochure entitled "Land at River's End: The Copper River Delta" — 829
8. Document entitled "Copper Delta Game Management Area: Management Plan" — 840
9. Cooperative agreement, U.S. Forest Service, Region 10, Alaska Department of Fish and Game, and the Alaska Department of Natural Resources — 854

Hon. Ted Stevens, a U.S. Senator from the State of Alaska:
1. Prepared statement before the House Committee on Interior and Insular Affairs, February 6, 1979 — 858
2. Prepared statement before the House Committee on Interior and Insular Affairs, April 21, 1977 — 870
3. Excerpt from the Congressional Record: Text of Mr. Stevens testimony before the Senate Energy and Natural Resources Committee, May 23, 1978 — 882

Committee on Interior and Insular Affairs:
1. Article from the Anchorage Times, November 26, 1978, entitled "A Letter to Mo Udall" — 917
2. Letter from Hon. Morris K. Udall, chairman, to Joe Josephson, attorney, Anchorage, Alaska, dated December 15, 1978, concerning Mr. Josephson's open letter in the Anchorage Times of November 26, 1978 — 919
3. Letter from Hon. Morris K. Udall, to Hon. Cecil D. Andrus, Secretary, Department of the Interior, dated November 15, 1978, concerning Alaska national interest lands — 920
4. Exchange of correspondence between Mr. Vento, Mr. Udall, and Mr. Seiberling:
    A. Letter from Hon. Bruce F. Vento, member, Committee on Interior and Insular Affairs, to Hon. Morris K. Udall and Hon. John F. Seiberling, dated January 22, 1979 — 328
    B. Letter to Hon. Bruce F. Vento, from Hon. Morris K. Udall, dated January 29, 1979, responding to Mr. Vento's letter of January 22, 1979 — 330
    C. Letter to Hon. Bruce F. Vento, from Hon. John F. Seiberling, chairman, Subcommittee on Public Lands, dated January 25, 1979, responding to Mr. Vento's letter of January 22, 1979 — 331

Hon. Mike Gravel, a U.S. Senator from the State of Alaska:
1. Document entitled "Governor Hammond's d(2) 'Consensus' Points With Recommendations by Senator Gravel" — 922

Laborers' International Union of North America, AFL-CIO-CLC:
1. Letter from Jack Curran, legislative director, to Hon. Morris K. Udall, dated February 23, 1979, responding to Mr. Udall's inquiry about adverse impact on U.S. market of Alaskan cut timber shipped to Japan — 938

Real Alaska Coalition:
1. H.B. 960, from Laws of Alaska — 940
2. Brochure entitled "Background Report: Alaska Lands Legislation" — 945

Alaska Conservationists:
1. Article from the Alaska Advocate, dated September 14-20, 1978 — 963
2. Article from the Anchorage Daily News, dated November 9, 1978, entitled "Coalition Asks Land Protection" — 965

EXHIBIT A
PAGE 5 OF 9 PAGES

VI

United States Borax Co.:
                                 **Page**
1. Fact sheet entitled "Quartz Hill Molybdenum Deposit, Southeast Alaska"____ 979
2. Letter from J. Allen Overton, president, American Congress, to Hon. Morris K. Udall, dated February 6, 1979, transmitting the industry's views on major deficiencies in H.R. 39 concerning areas of significant mineralization____ 980
3. Letter from J. Allen Overton, to Hon. Morris K. Udall, dated February 15, 1979, advising that an industry consensus of the mineralized areas of Alaska has been initiated____ 982
4. Fact sheet entitled "United States Borax Position Statement on Fisheries Resources of the Quartz Hill Molybdenum Project Area"____ 983

Alaska Native corporations: Prepared statements:
1. Ahtna, Inc____ 985
2. Alaska Federation of Natives, Inc____ 1000
3. Arctic Slope Regional Corp____ 1051
4. Association of Village Council Presidents____ 1075
5. Bering Straits Native Association:
  A. Council Native Corp____ 1085
  B. Kawerak, Inc____ 1088
6. Bering Straits Native Corp____ 1092
7. Bristol Bay Native Corp____ 1098
8. Calista Corp____ 1105
9. Chilkat Indian Village____ 1119
10. Chugach Natives, Inc____ 1122
11. City of Haines, Alaska____ 1138
12. Cook Inlet Region, Inc____ 1141
13. Doyon, Ltd____ 1150
14. Eklutna, Inc____ 1173
  A. Exchange of correspondence between Cook Inlet Region, Inc., and Eklutna, Inc____ 1176
15. Gwitcha-Gwitchen-Ginkhye____ 1187
16. Klukwan, Inc____ 1212
17. Koniag, Inc____ 1214
18. Kootznoowoo, Inc____ 1253
19. NANA Regional Corp., Inc____ 1257
20. Sealaska Corp____ 1265
21. Shee Atika, Inc____ 1279

National Wildlife Federation:
1. Resolution No. 13, "Protection for Natural Resources in Alaska"____ 1288
2. Letter from Charles Clusen and Thomas L. Kimball, to Hon. Morris K. Udall, dated February 7, 1979, transmitting proposals for areas to be designated as national parks and national preserves____ 1289

National Forest Products Association:
1. Telegram from Nichimen Co., Ltd., Tokyo, Japan, to John A. Sandor, regional forester, U.S. Forest Service, Juneau, Alaska, dated July 26, 1978, concerning timber supply and the Tongass land management plan____ 1321
2. Memorandum from Jim Clark to Fred Hutchinson, dated September 25, 1978, concerning export of logs to Japan____ 1325
3. Table entitled "Tongass Timber Yield Data"____ 1327
4. Letter from Howard W. Hjort, Director of Economics, Policy Analysis and Budget, U.S. Department of Agriculture, to Hon. Ted Stevens, concerning funding necessary for timber harvest on Tongass National Forest____ 1328
5. Table entitled "Comparison of Timber Yields, Investment Possibilities, and Employment Levels"____ 1329
6. Letter from Roland O. Skoog, commissioner, Alaska Department of Fish and Game, to Hon. Morris K. Udall, dated July 18, 1979, concerning Alaska's salmon fishery industry____ 1330

Hon. Don Young, a U.S. Representative from the State of Alaska; and member, Committee on Interior and Insular Affairs:
1. Prepared statement____ 1333

Paul Peyton, fisherman:
1. Editorial from the Southeast Alaska Empire, Juneau, Alaska, December 19, 1978____ 1353

**\*\*EDITORIAL BY STRATMAN:**

APPARENTLY, INADVERTENTLY DELETED FROM EXH. A. SHOULD HAVE BEEN P. 8 of 9.

VII

| | Page |
|---|---|
| n Deposit, Southeast _____ | 979 |
| nerican Congress, to 979, transmitting the .. 39 concerning areas _____ | 980 |
| rris K. Udall, dated try consensus of the _____ | 982 |
| osition Statement on enum Project Area"_ | 983 |
| _____ | 985 |
| _____ | 1000 |
| _____ | 1051 |
| _____ | 1075 |
| _____ | 1085 |
| _____ | 1088 |
| _____ | 1092 |
| _____ | 1098 |
| _____ | 1105 |
| _____ | 1119 |
| _____ | 1122 |
| _____ | 1138 |
| _____ | 1141 |
| _____ | 1150 |
| _____ | 1173 |
| Cook Inlet Region, _____ | 1176 |
| _____ | 1187 |
| _____ | 1212 |
| _____ | 1214 |
| _____ | 1253 |
| _____ | 1257 |
| _____ | 1265 |
| _____ | 1279 |
| sources in Alaska"__ | 1288 |
| ball, to Hon. Morris itting proposals for national preserves_ | 1289 |
| Japan, to John A. ce, Juneau, Alaska, ly and the Tongass _____ | 1321 |
| hinson, dated Sep- Japan_____ | 1325 |
| _____ | 1327 |
| Economics, Policy griculture, to Hon. r timber harvest on _____ | 1328 |
| Investment Possi- _____ | 1329 |
| Alaska Department dated July 18, 1979, _____ | 1330 |
| ate of Alaska; and _____ | 1333 |
| e, Juneau, Alaska, _____ | 1353 |

| | Page |
|---|---|
| Atlantic Richfield Co.: | |
|   1. Attachment I: Paper identifying the areas of Alaska with high oil and gas potential_____ | 1425 |
|   2. Letter from Howard Slack, to Hon Morris K. Udall, dated February 22, 1979, concerning permits to cross withdrawn lands and issue of Federal exploration (with enclosures)_____ | 1433 |
|     A. Enclosure A: Comment upon the question of denied access to wilderness areas and other public lands_____ | 1434 |
|     B. Enclosure B: Comment upon the question of Federal Government exploration_____ | 1437 |
| Joint Federal-State Land Use Planning Commission for Alaska: | |
|   1. Appendix A: Document outlining the activities of the Commission since their last appearance before the committee, August 1977__ | 1464 |
|   2. Issue papers relating to d(2) lands policy for Senate Committee on Energy and Natural Resources, June 21, 1978_____ | 1481 |
| United Automobile, Aerospace & Agricultural Implement Workers of America: | |
|   1. Letter from Howard G. Paster, legislative director, to Hon. Morris K. Udall, dated February 6, 1979, indicating UAW support for H.R. 39_____ | 1520 |

\*\*STRATMAN EDITORIAL:

SHOULD HAVE BEEN MARKED P."9 of 9."

EXHIBIT A

PAGE 8 OF 9 PAGES