# EXHIBIT 7

**Brief filed by Regional Solicitor in the remanded agency proceedings, entitled "Reply Brief", joining in Leisnoi's and Koniag's Briefing**

JAMES R. MOTHERSHEAD
Assistant Regional Solicitor
Office of the Regional Solicitor
Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, Alaska 99508-4626
Telephone: (907) 271-4131 / FAX: (907) 271-4143

Rec'd NMFS
3/29/99

UNITED STATES DEPARTMENT OF THE INTERIOR
OFFICE OF HEARINGS AND APPEALS
Hearings Division
139 East South Temple, Suite 600
Salt Lake City, Utah 84111

| | |
|---|---|
| OMAR STRATMAN, ) | IBLA 96-152 |
| ) | |
| Protestant, ) | No. A76-0132 CV (JKS) |
| ) | |
| v. ) | Challenge to the eligibility of |
| ) | Woody Island as a Native village |
| LEISNOI, INC., ) | under Section 11(b)(3) of the |
| ) | Alaska Native Claims Settlement |
| Respondent, ) | Act, 43 U.S.C. § 1610(b)(3) (1994) |
| ) | |
| KONIAG, INC., ) | |
| BUREAU OF INDIAN AFFAIRS ) | |
| ) | |
| Intervenors ) | REPLY BRIEF |
| ) | |

The Bureau of Indian Affairs (BIA), U.S. Department of the Interior, joins Leisnoi, Inc., Respondent, in its contention, including the underlying legal analysis, set forth in its Reply Brief that Woody Island's certification as an eligible Native village under the Alaska Native Claims Settlement Act [43 U.S.C. § 1601, et seq. (1988)] was legislatively confirmed or ratified by Congress's enactment of Section 1427 of the Alaska National Interest Lands Conservation Act of

December 2, 1980 (94 Stat. 2371, 2518). Department Counsel is familiar with Leisnoi's position on the above issue, and BIA's position on such issue is basically the same as Leisnoi's.

DATED this 26th day of March, 1999, at Anchorage, Alaska.

*[signature]*
JAMES R. MOTHERSHEAD
Department Counsel for the
Bureau of Indian Affairs

Office of the Regional Solicitor
Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, Alaska 99508-4626
Telephone: (907) 271-4131 / FAX: (907) 271-4143

UNITED STATES DEPARTMENT OF THE INTERIOR
OFFICE OF HEARINGS AND APPEALS
Hearings Division
139 East South Temple, Suite 600
Salt Lake City, Utah 84111

| | | |
|---|---|---|
| OMAR STRATMAN, | ) | IBLA 96-152 |
| | ) | |
| Protestant, | ) | No. A76-0132 CV (JKS) |
| | ) | |
| v. | ) | Challenge to the eligibility of |
| | ) | Woody Island as a Native village |
| LEISNOI, INC., | ) | under Section 11(b)(3) of the |
| | ) | Alaska Native Claims Settlement |
| Respondent, | ) | Act, 43 U.S.C. § 1610(b)(3) (1994) |
| | ) | |
| KONIAG, INC., | ) | |
| BUREAU OF INDIAN AFFAIRS | ) | |
| | ) | |
| Intervenors | ) | CERTIFICATE OF SERVICE |
| | ) | |

The undersigned hereby certifies that she is an employee in the Office of the Regional Solicitor, Alaska Region, and is a person of such age and discretion as to be competent to serve papers. That on March 26, 1999, she sent the original of the <u>REPLY BRIEF</u> to the Office of Hearings and Appeals in Salt Lake City, Utah, with a copy of the same to the following by certified mail return receipt requested:

<u>Certified Mail</u>

| | | |
|---|---|---|
| Michael J. Schneider, Esq. | Edgar Paul Boyko, Esq. | R. Collin Middleton, Esq. |
| 880 N Street, Suite 202 | Edgar Paul Boyko & Assoc. | Middleton & Timme |
| Anchorage, AK 99501 | 711 H Street, Suite 510 | 421 West 1st Avenue, Suite 250 |
| | Anchorage, AK 99501 | Anchorage, AK 99501 |

                    John R. Fitzgerald
                    McAlpine, Peuler & Cozad
                    701 South Peters Street, Suite 300
                    New Orleans, LA 70130

DATED: March 26, 1999

*[signature]*
Denyse A. Markell, Legal Tech.

Stratman v. Leisnoi, Koniag
Certificate of Service
Page 2