Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEISNOI, INC., KONIAG, INC., and )<br>DIRK KEMPTHORNE, Secretary of the )<br>Interior, )<br>)<br>Defendants, )<br>)<br>_____)<br>)<br>KONIAG, INC., )<br>)<br>Counter-claimant, )<br>)<br>v. )<br>)<br>OMAR STRATMAN, )<br>)<br>Counter-claimed )<br>Defendant. )<br>_____) | Case No.:  3:02-cv-0290 (JKS) |

**ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS AT DOCKET NOS. 120, 143, & 149 (ANILCA SECTION 1427 LEGISLATIVELY RATIFIED LEISNOI'S STATUS AND MOOTED STRATMAN'S ACTION)**

The Court, having considered the briefs and arguments of the parties, does hereby

-1-

ORDER, ADJUDGE, and DECREE as follows:

1. Motions at Docket Nos. 120, 143, and 149 are DENIED.

2. The Secretary's decision lodged herewith, Docket No. 72 is set aside as contrary to law.

    DONE and ORDERED entered this ___ day of _____, 2007.

    _____
    The Honorable James K. Singleton
    U.S. District Court Judge