Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN,<br><br>        Plaintiff,<br><br>v.<br><br>LEISNOI, INC., KONIAG, INC., and DIRK KEMPTHORNE, Secretary of the Interior,<br><br>        Defendants,<br><br>KONIAG, INC.,<br><br>        Counter-claimant,<br><br>v.<br><br>OMAR STRATMAN,<br><br>        Counter-claimed Defendant. | Case No.: 3:02-cv-0290 (JKS) |

**ORDER GRANTING OMAR STRATMAN'S MOTION FOR AN ORDER DIRECTING THE FEDERAL DEFENDANT TO FILE A COMPLETE ADMINISTRATIVE RECORD**

1. To the extent that any party needs to make reference to Agency briefing on issues now before this Court, the party may supplement any existing brief with the relevant Agency briefing and make such references thereto as it deems necessary.

[Strike one version of paragraph 1.]

1. The Federal defendant shall file all briefing before the Agency on issues now before this Court within _____ days of the date of this Order.

2. The Federal defendant shall, within ___ days of the date of this Order, file with this Court the factual record generated during, and as a consequence of, the administrative trial that began approximately August 3, 1998.

DONE and ORDERED entered this ___ day of _____, 2007.

_____
The Honorable James K. Singleton
U.S. District Court Judge