# EXHIBIT 1

**United States Department of the Interior**

**Office of the Secretary**

**Order No. 2965**



**United States Department of the Interior**

OFFICE OF THE SECRETARY
WASHINGTON, D.C. 20240

JUN 10 1974

ORDER NO. 2965

Subject: Completion of Determination of Alaska Native Village Eligibility

Sec. 1. In Solicitor's Opinion M-36876, of May 29, 1974, it is concluded that two and one half years is a directory rather than a mandatory time under the Alaska Native Claims Settlement Act, 43 U.S.C. Sec. 1601-1624, in which a secretarial determination can be made concerning the eligibility of any Alaskan Native Village for benefits under that Act. In view of that opinion, and in reliance thereon, it has been decided to provide an opportunity for full hearing to all parties in all disputes now or hereafter pending before the Alaska Native Claims Appeal Board concerning Native Village eligibility. This decision has been made in order to provide all parties due process of law and in order to develop a complete record so that the final secretarial determination of Native Village eligibility will be as correct, fair and just as possible. It is therefore ordered as follows:

   a. The Alaska Native Claims Appeal Board is to proceed expeditiously with the hearing of all cases concerning the determination of village eligibility which are pending before it, without denial of Due Process to the parties involved.

   b. All employees of the Department of the Interior are to cooperate with the Alaska Native Claims Appeal Board in reaching a speedy resolution of matters pending before it. All employees requested by the Board or any Administrative Law Judge to testify before, or furnish relevant information to, the Board are directed to comply with such request.

   c. All determinations of village eligibility or ineligibility made by the Area Director, Bureau of Indian Affairs, Juneau, Alaska, which have been or are appealed to the Alaska Native Claims Appeal

-2-

Board are suspended for all purposes except as the determinations vest the Board with jurisdiction and the determinations bear on the burden of proof in hearings before the Board in the respective cases. All such determinations which have been or are appealed to the Board are not final actions of the Department of the Interior and shall not be considered as determinations made by the Secretary of the Interior until the Secretary has personally made such determinations.

d. If any provision of the regulations appearing at 43 CFR Part 2650 is inconsistent with any portion of this order, such regulation is hereby waived pursuant to the terms of 43 CFR 2650.0-8.

Sec. 2. This order is effective immediately.

*[signature]*

Secretary of the Interior