# EXHIBIT 30g

*Kodiak Daily Mirror* Ad

**April 4, 1973**

# Comparison of Benefits Under ANCSA

(Alaska Native Claims Settlement Act)

## or "Why I Changed My Enrollment to Woody Island"

### By KARL ARMSTRONG

|  | Woody Island Corp. | "Kodiak Vicinity" — Non-Village Corp. | "13th Region" |
|---|---|---|---|
| **LAND:** With Enrollment of: | The Village Land Entitlements MUST Be Fulfilled Completely | ANCSA merely provides that the "Kodiak Vicinity" MAY be entitled to some land but does not require fulfilling any entitlement. Village entitlements get priority over Kodiak Vicinity. | **NO LAND WHATSOEVER** |
| 25 to 99: | 69,120 Acres | Up to 23,040 acres if available — maybe | |
| 100 to 199: | 92,160 Acres | Up to 23,040 acres if available — maybe | |
| 200 to 399: | 115,200 Acres | Up to 23,040 acres if available — maybe | |
| 400 to 599: | 138,240 Acres | Up to 23,040 acres if available — maybe | |
| 600 or more: | 161,280 Acres | Up to 23,040 acres if available — maybe | |
| **MONEY:** ENROLLMENT PER CAPITA PAYMENTS ASSURED | Depending on its total enrollment, Woody Island would receive from $250,000 estimated minimum up to as much as $25 million |  NONE | Would Receive Funds on a Per Capita Basis IF Incorporated |
| REGIONAL OIL & GAS | Full Revenue Sharing On a per Capita Basis | | **NONE** |
| STATEWIDE OIL & GAS | Full Revenue Sharing On a per Capita Basis | | |

The Interior Department officially defined "Permanent Residence" in the official Federal Regulations as follows (for implementing the Alaska Native Claims Settlement Act (ANCSA): Title 25 — Sec. 43h. 1 (K) "PERMANENT RESIDENCE" means the place of: domicile on April 1, 1970, which is the location of the permanent place of abode INTENDED by the applicant to be his actual home. It is the center of the Native family life of the applicant to which he has the INTENT to return when absent from that place. A region or village may be the permanent residence of an applicant on April 1, 1970, EVEN THOUGH HE WAS NOT ACTUALLY LIVING THERE on that date, if he has continued to INTEND that place to be his home."

## You Can Still - for a Few Days - Change Your Enrollment to Woody Island (Or Any Other Village)

## Forms Are Available at the Koniag Office

## Act NOW - Time Is of the Essence

## MAXIMIZE Your ANCSA Potential

## Switch to Woody Island

Stratman
EXHIBIT 30-G