Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEISNOI, INC., KONIAG, INC., and ) <br> DIRK KEMPTHORNE, Secretary of the ) <br> Interior, ) <br> ) <br> Defendants, ) <br> _____) <br> ) <br> KONIAG, INC., ) <br> ) <br> Counter-claimant, ) <br> ) <br> v. ) <br> ) <br> OMAR STRATMAN, ) <br> ) <br> Counter-claimed ) <br> Defendant. ) <br> _____) | Case No.: 3:02-cv-0290 (JKS) |

**ORDER GRANTING "OMAR STRATMAN'S MOTION TO REVIEW AND AFFIRM IBLA'S DECISION ON REMAND, AND TO SET ASIDE THE SECRETARY'S ORIGINAL 1974 DECISION APPROVING LEISNOI'S APPLICATION FOR ELIGIBILITY AS AN UNLISTED ANCSA NATIVE VILLAGE"**

-1-

The Court, having considered the briefs and arguments of the parties and being otherwise fully advised in the premises, does hereby ORDER, ADJUDGE, and DECREE as follows:

1. Mr. Stratman's motion is GRANTED.

2. The Secretary of Interior's 1974 decision confirming Leisnoi has an eligible "village" for ANCSA purposes is, by this order, set aside.

3. IBLA's decision reported 157 IBLA 302, and finding that Leisnoi is *not* entitled to ANCSA "village" status is, by this order, affirmed by this Court.

4. All individuals and entities, including the Secretary of Interior, are enjoined by this order from conveying any other, additional, or further benefit to Leisnoi to which it would otherwise be entitled as a result, directly or indirectly, of its former ANCSA "village" status.

5. This order is entered without prejudice to Mr. Stratman's later requests, if any there are, for additional remedies under the Administrative Procedures Act and consistent with this order.

DONE and ORDERED entered this ___ day of _____, 2007.

_____
The Honorable James K. Singleton
U.S. District Court Judge