IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) | |
| ) | CASE NO. 3:02-cv-0290 (JKS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEISNOI, INC., KONIAG, INC., ) | |
| and DIRK KEMPTHORNE, ) | |
| Secretary of the Interior, ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER

Defendant Kempthorne's Unopposed Motion for Extension of Time, at **Docket No. 161**, is **GRANTED**. The due date for defendants to file their replies to plaintiff's opposition to defendants' motions to dismiss and briefs on the merits of the Secretary's interpretation of Section 1427 of the Alaska National Interest Lands Conservation Act, as well as responses to any motions filed by plaintiff, shall be July 13, 2007.


Dated: <u>June 12, 2007</u>                                       /s/ James K. Singleton, Jr.
                                                                                JAMES K. SINGLETON
                                                                                United States District Judge


Stratman v. Leisnoi, 3:02-cv-0290 (JKS)
Order                                                                   1