Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN,<br><br>        Plaintiff,<br><br>v.<br><br>LEISNOI, INC., KONIAG, INC., and DIRK KEMPTHORNE, Secretary of the Interior,<br><br>        Defendants,<br>_____<br><br>KONIAG, INC.,<br><br>        Counter-claimant,<br><br>v.<br><br>OMAR STRATMAN,<br><br>        Counter-claimed Defendant.<br>_____ | Case No.: 3:02-cv-0290 (JKS) |

**CERTIFICATE OF SERVICE**

-1-

This is to certify that the following documents:

| | |
|---|---|
| Docket Nos. 171-176 | Omar Stratman's Response in Opposition to Leisnoi's Motion to Dismiss for Mootness Under ANILCA, Section 1427 and the Secretary of Interior's Decision and Leisnoi's Motion to Dismiss Per Rule 12(b)(1) re: Congressional Ratification through ANILCA has Mooted this Controversy. |
| Docket Nos. 162-165 | Omar Stratman's Response in Opposition to Leisnoi's Motion to Dismiss Per Rule 12(b)(1) for Lack of Federal Subject Matter Jurisdiction re: Lack of Standing; Leisnoi's Motion to Dismiss Per Rule 12(b)(1) re: Statute of Limitations; Leisnoi's Motion to Dismiss per Rule 12(b)(1) re: Administrative Finality and Collateral Estoppel. |

were served as a courtesy, on June13, 2007, on:

R. Collin Middleton                               **VIA HAND DELIVERY**
11541 Brayton Drive, Unit 1
Anchorage, AK   99503

John R. Fitzgerald                                **VIA U.S MAIL**
Morrison Mahoney LLP
250 Summer Street
Boston, MA   02210-1181

Bruce M. Landon                                   **VIA HAND DELIVERY**
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, AK   99501

RESPECTFULLY submitted this 13th day of June, 2007.

                                                        s/Michael J. Schneider
                                                       Law Offices of Michael J. Schneider, P.C.
                                                       880 "N" Street, Suite 202
                                                       Anchorage, AK 99501
                                                       Phone: (907) 277-9306
                                                       Fax: (907) 274-8201
                                                       E-mail: mjspc@gci.net
                                                       Alaska Bar No. 7510088

**CERTIFICATE OF SERVICE**
I hereby certify that the **Certificate of Service** was served electronically on the 13th day of June, 2007, on Bruce M. Landon, R. Collin Middleton, and John R. Fitzgerald.
s/Michael J. Schneider