Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEISNOI, INC., KONIAG, INC., and ) <br> DIRK KEMPTHORNE, Secretary of the ) <br> Interior, ) <br> ) <br> Defendants, ) <br> ) <br> _____) <br> ) <br> KONIAG, INC., ) <br> ) <br> Counter-claimant, ) <br> ) <br> v. ) <br> ) <br> OMAR STRATMAN, ) <br> ) <br> Counter-claimed ) <br> Defendant. ) <br> _____) | Case No.: 3:02-cv-0290 (JKS) |

**CERTIFICATE OF SERVICE**

-1-

Pursuant to the Court's *Notice to Counsel* at Dockets 183, 184, and 186, this is to certify that the following documents:

| | |
|---|---|
| Docket No. 166 | Omar Stratman's Opposition to Motions To Dismiss His APA Claim Based Upon the Federally Recognized Indian Tribe List Act of 1994 |
| Docket No. 168 | Stratman's Opposition to Leisnoi's Motion to Dismiss at Docket No. 118-1 (Administrative Finality, Collateral Estoppel) |
| Docket No. 178 | Omar Stratman's Motion to Review and Affirm IBLA's Decision on Remand, And To Set Aside the Secretary's Original 1974 Decision Approving Leisnoi's Application for Eligibility as an Unlisted ANCSA Native Village |

were served, in paper form, as a courtesy, on June 26, 2007, on:

Clerk of the Court                                                   **VIA HAND DELIVERY**
U.S. District Court
222 West 7th Avenue
Anchorage, AK   99501

R. Collin Middleton                                                **VIA HAND DELIVERY**
11541 Brayton Drive, Unit 1
Anchorage, AK   99503

John R. Fitzgerald                                                  **VIA U.S MAIL**
Morrison Mahoney LLP
250 Summer Street
Boston, MA   02210-1181

Bruce M. Landon                                                   **VIA HAND DELIVERY**
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, AK   99501

RESPECTFULLY submitted this 26th day of June, 2007.

s/Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
Phone: (907) 277-9306
Fax: (907) 274-8201
E-mail: mjspc@gci.net
Alaska Bar No. 7510088

**CERTIFICATE OF SERVICE**
I hereby certify that the **Certificate of Service**
was served electronically on the 26th day
of June, 2007, on Bruce M. Landon,
R. Collin Middleton, and John R. Fitzgerald.
s/Michael J. Schneider