RECEIVED
REALTY & FOREST.
1974 APR -4 PM 2:06

| | TY OFFICER | |
|---|---|---|
| ✓ | REALTY SPEC. | |
| | REALTY SPEC. | |
| | | |
| | FILE | |

BEFORE THE DEPARTMENT OF THE INTERIOR
ALASKA NATIVE CLAIMS APPEAL BOARD

In the matter of eligibility of         )
the villages of Afognak, Chitina,       )
Kasaan, Manley Hot Springs, and         )
Alexander Creek, Anton Larsen Bay,      )
Bells Flats, Bettles Field,             )
Caswell, Chenega, Chickaloon,           )          Appeal of
Chuloonivik, Council, Eyak,             )     Mr. Philip Holdsworth, Mr.
Kasilof, King Island, Knik,             )     James Boa, Mr. and Mrs.
Montana Creek, Point Possession,        )     Harold Strandberg, and
Solomon, Umkumiut, Woody Island         )     Alaska Wildlife Federation
for benefits under the Alaska           )     and Sportsmen's Council,
Native Claims Settlement Act of         )     Inc.
December 18, 1971 (P.L. 92-203;         )
43 U.S.C. sec. 1601, et seq.            )
                                        )

## REQUEST FOR PRODUCTION

Appellants Mr. Philip Holdsworth, Mr. James Boa, Mr. and Mrs. Harold Strandberg and the Alaska Wildlife Federation and Sportsmen's Council, Inc. request that the respondent, Bureau of Indian Affairs produce the Bureau of Indians Affairs' most recent computer printout of: 1) the Alaska Native family list and 2) the village lists for the following villages: Afognak, Chitina, Kasaan, Manley Hot Springs and the 19 unlisted villages we protested, as published in the Federal Register December 21, 1973.

DATED this 3d day of April, 1974, at Juneau, Alaska.

ROBERTSON, MONAGLE, EASTAUGH & BRADLEY

By _James F. Clark_
James F. Clark

182

