BEFORE THE DEPARTMENT OF THE INTERIOR
ALASKA NATIVE CLAIMS APPEAL BOARD

| | |
|---|---|
| In the matter of eligibility of the Villages of Anton Larsen Bay, Bells Flats, and Woody Island for benefits under the Alaska Native Claims Settlement Act of December 18, 1971 (P.L. 92-203; 43 U.S.C. sec. 1601, et seq.) | Appeal of Alaska Wildlife Federation and Sportsmen's Council, Inc., and Mr. Philip Holdsworth. |

MEMORANDUM IN OPPOSITION OF APPELLEES KONIAG, INC. AND VILLAGES OF ANTON LARSEN BAY (ANTON LARSEN, INC.), BELLS FLATS (BELLS FLATS NATIVES, INC.) AND WOODY ISLAND (LEISNOI, INC.) FOR AN ORDER DISMISSING THE APPEALS OF ALASKA WILDLIFE FEDERATION AND SPORTSMEN'S COUNCIL, INC. AND PHILIP HOLDSWORTH.

By its orders of March 25, and April 15, 1974, this Board denied a Motion to Dismiss based on the same theories raised here by respondents. Appellants hereby incorporate by reference their reply to the motions of the Area Director and others to dismiss with respect to the listed villages of Afognak, Chitina, Kasaan, and Manley Hot Springs, a copy of which was served on respondents' attorney, Mr. Edward Weinberg, by virtue of his representation of Afognak.

For the reasons set forth therein and by virtue of the Board's orders of March 25, and April 15, 1974, respondents' motion is without merit and should be denied.

DATED this 19th day of April, 1974.

Respectfully submitted,

By _____
James F. Clark, of Attorneys
for Appellants Alaska Wildlife
Federation and Sportsmen's Council,
Inc., and Mr. Philip Holdsworth

EXHIBIT 6

403

BEFORE THE DEPARTMENT OF THE INTERIOR
ALASKA NATIVE CLAIMS APPEAL BOARD

In the matter of eligibility )
of the Village of Afognak for )
benefits under the Alaska )          Appeal of
Native Claims Settlement Act )   Alaska Wildlife Federation and
of December 18, 1971 (P.L. 92-)  Sportsmen's Council, Inc., and
203; 43 U.S.C. sec. 1601, )      Mr. Philip Holdsworth
et seq.) )
_____)

OPPOSITION TO RESPONDENT'S RENEWED MOTION FOR AN
ORDER DISMISSING APPEAL OF ALASKA WILDLIFE FEDERATION
AND SPORTSMEN'S COUNCIL, INC. ON STANDING GROUNDS

For the reasons set forth in Appellants' previous response to this motion, a copy of which is in this Board's and respondent's possession, and by virtue of the Board's orders of March 25, and April 15, 1974, respondent's renewed motion is without merit and should be denied.

DATED this 19th day of April, 1974.

Respectfully submitted,

By _____
James F. Clark, of Attorneys
for Appellants Alaska Wildlife
Federation and Sportsmen's
Council, Inc., and Mr. Philip
Holdsworth

402

I hereby certify that on April 19, 1974, copies of this Opposition to Respondent's Renewed Motion for an Order Dismissing Appeal of Alaska Wildlife Federation and Sportsmen's Council, Inc. on Standing Grounds and Memorandum in Opposition of Appellees Koniag, Inc. and Villages of Anton Larsen Bay (Anton Larsen, Inc.), Bells Flats (Bells Flats Natives, Inc.) and Woody Island (Leisnoi, Inc.) for an Order Dismissing the Appeals of Alaska Wildlife Federation and Sportsmen's Council, Inc. and Philip Holdsworth have been sent to the following parties at the addresses indicated by first class mail, postage prepaid.

                                      *James F. Clark* (signature)
                                      James F. Clark

Alaska Native Claims Appeal Board
United States Department of the Interior
P.O. Box 2433
Anchorage, Alaska  99510

Mr. Clarence Antioquia
Acting Director
Bureau of Indian Affairs
P.O. Box 3-8000
Juneau, Alaska  99801

Robert C. Bruce
William Robert McConkie
William Edward Spear
Departmental Counsels
P.O. Box 849
Juneau, Alaska  99801

Commissioner Charles F. Herbert
Department of Natural Resources
Pouch "M"
Juneau, Alaska  99801

Michael R. Peterson
Deputy Attorney General
State of Alaska
Pouch "K"
Juneau, Alaska  99801

401

Gordon W. Watson, Area Director
Bureau of Sport Fisheries & Wildlife
Alaska Area Office
813 "D" Street
Anchorage, Alaska 99501

John McMunn
Department of the Interior
Office of the Solicitor
San Francisco Field Office
450 Golden Gate Avenue, Box 36064
San Francisco, California 94102

Al Gaskill
United States Department of Agriculture
Forest Service
P.O. Box 1628
Juneau, Alaska 99801

Jack Hession
Alaska Representative
Sierra Club
3304 Iowa #5
Anchorage, Alaska 99501

L. Silver, Esq.
Sierra Club Legal Defense Fund
311 California Street
San Francisco, California 94104

Mr. Jack Wick, President
KONIAG INCORPORATED
Kodiak, Alaska 99615

Edward Weinberg, Esq.
DUNCAN, BROWN, WEINBERG & PALMER
1700 Pennsylvania Avenue, N.W.
Washington D.C. 20006

Mr. Iver Malutin, President
Natives of Afognak, Inc.
Box 14
Kodiak, Alaska 99615

Ms. Laura Bell Angell, President
Anton Larsen, Inc.
Box 1514
Kodiak, Alaska 99615

Mr. Ted Velanis, President
Bells Flats Native, Inc.
Box 794
Kodiak, Alaska 99615

400

-3-

Mr. Carl Armstrong, Pres.
Ms. Marie Redick, Secretary
Leisnoi, Inc.
Box 631
Kodiak, Alaska  99615

-3-

399