BEFORE THE DEPARTMENT OF THE INTERIOR

ALASKA NATIVE CLAIMS APPEAL BOARD

| | |
|---|---|
| In the matter of eligibility of the Villages of Alexander Creek, Anton Larsen Bay, Bells Flat, Bettles Field, Caswell, Chenega, Chickaloon, Council, Eyak, Kasilof, King Island, Knik, Montana Creek, Point Possession, Solomon, and Woody Island for benefits under the Alaska Native Claims Settlement Act (P.L. 92-203; 43 U.S.C sec. 1601, et seq). | Appeal of Alaska Wildlife Federation & Sportsmen's Council, Inc., and Phil R. Holdsworth. |

NOTICE OF INABILITY TO CONTINUE
IN APPEALS PROCEEDINGS

Notice is hereby given that Appellants are unable to continue in the appeals proceedings before the Alaska Native Claims Appeal Board on the eligibility of the unlisted Native Villages of Alexander Creek, Anton Larsen Bay, Bells Flat, Bettles Field, Caswell, Chenega, Chickaloon, Council, Eyak, Kasilof, King Island, Knik, Montana Creek, Point Possession, Solomom, and Woody Island for benefits under the Alaska Native Claims Settlement Act due to lack of available personal representation, and insufficient funds to support continued legal counsel. We respectfully request that the Alaska Native Claims Appeal Board continue to consider the various legal points presented by Appellants in the material already before them in their deliberations on these matters.

Other Appellants in these matters, namely, the State of Alaska, the Bureau of Sport Fisheries & Wildlife, the U.S. Forest Service, the Sierra Club, and the Matanuska-Susitna Borough, support similar interpretations of the provisions of the Alaska Native Claims Settlement Act and its implementing regulations. We sincerely hope that these Appellants will continue their participation in the proceedings before your Board, to an equitable conclusion.

DATED this 16th day of May, 1974.

Respectfully submitted,
ALASKA WILDLIFE FEDERATION
& SPORTSMEN'S COUNCIL

By _____        _____
A. W. "Bud" Boddy                 Phil R. Holdsworth

EXHIBIT 7

429