

IN REPLY REFER TO:

# United States Department of the Interior
ALASKA NATIVE CLAIMS APPEAL BOARD
P.O. BOX 2433
ANCHORAGE, ALASKA 99510

IN RE: Alexander Creek, VE #74-61   )
      Anton Larsen Bay, VE #74-62   )
      Bells Flats, VE #74-66   )
      Bettles Field, VE #74-63   )
      Caswell, VE #74-73   )
      Chenega, VE #74-74   )
      Chickaloon, VE #74-67   )
      Council, VE #74-69   )    NOTICE
      Eyak, VE #74-75   )    AND
      Kasilof, VE #74-76   )    ORDER
      King Island, VE #74-64   )
      Knik, VE #74-77   )
      Montana Creek, VE #74-70   )
      Point Possession, VE #74-78   )
      Solomon, VE #74-71   )
      Woody Island, VE #74-65   )
                                  )

TO:    Alaska Wildlife Federation and Sportsmen's Council
       Philip R. Holdsworth

WHEREAS, Alaska Wildlife Federation and Sportsmen's Council and Philip R. Holdsworth have filed a document entitled Notice of Inability to Continue in Appeals Proceedings, which recites in substance that Alaska Wildlife Federation and Sportsmen's Council and Philip R. Holdsworth are unable to continue active participation in proceedings before the Board in the above-designated appeals, and that Alaska Wildlife Federation and Sportsmen's Council and Philip R. Holdsworth request the Board to consider the briefs previously filed by such party on the legal issues involved in such appeals;

WHEREAS, various parties have challenged the standing of Alaska Wildlife Federation and Sportsmen's Council and Philip R. Holdsworth to appeal; and

WHEREAS, it appears that an accommodation of the interests of all parties can be achieved by according Alaska Wildlife Federation and Sportsmen's Council and Philip R. Holdsworth the status of _amici curiae_ before the Board in the above-designated matters;

NOW THEREFORE, the Board Orders that Alaska Wildlife Federation and Sportsmen's Council and Philip R. Holdsworth are dismissed as parties appellant before the Board in the above-designated matters; and, further,

The Board Orders that all briefs and arguments on legal issues previously filed by Alaska Wildlife Federation and Sportsmen's Council and Philip R. Holdsworth in the above-designated matters are received by the Board, and will be considered as filed by Alaska Wildlife Federation and Sportsmen's Council and Philip R. Holdsworth as _amici curiae_; and, further,

EXHIBIT 8

The Board Orders that all parties are hereby allowed 7 days in which to file any objections to this Notice and Order; and, further,

The Board Orders that if objections are not filed within the time hereinabove allowed, this Order shall become final.

DATED this 24th day of May, 1974, at Anchorage, Alaska.

*Judith M. Brady*
JUDITH M. BRADY
Chairman

cc: William Tull, Attorney at Law
    John W. Sedwick, Attorney at Law
    Alexander Creek, Inc.
    Cook Inlet Region, Inc.
    Jack Hession, Alaska Chapter, Sierra Club
    Laurens H. Silver, Sierra Club Legal Defense Fund
    Attorney General, State of Alaska
    Alton G. Gaskill, Office of General Counsel, Forest Service, USDA
    Anton Larsen, Inc.
    Koniag, Inc.
    The Law Firm of Allen McGrath
    Edward Weinberg, Attorney at Law
    Gordon W. Watson, Area Director, BSF&W
    John McMunn, Attorney for BSF&W
    Bells Flats Natives, Inc.
    Evansville, Inc.
    Caswell Native Assn, Inc.
    Village of Chenega
    Chugach Native Corporation
    Doyon, Limited
    Chickaloon-Moose Creek Native Association, Inc.
    McCutcheon & Gruening
    Village of Council
    Bering Straits Native Corporation
    Jon R. Larson, Attorney at Law
    Village of Eyak
    Kasilof-Cohoe, Inc.
    Kenai Peninsula Conservation Society
    Village of King Island
    Knikatnu, Inc.
    Eklutna Native Association, Inc.
    Montana Creek Native Association
    Point Possession, Inc.
    Village of Solomon
    Leisnoi, Inc.
    Clarence Antioquia, Area Director, Juneau Area Office, BIA
    William E. Spear, Field Solicitor, Office of the Solicitor, USDI