UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN,<br><br>    Plaintiff,<br><br>versus<br><br>LEISNOI, INC., KONIAG, INC., and<br>DIRK KEMPTHORNE, SECRETARY OF<br>THE INTERIOR,<br><br>    Defendants. | Case No. A02-0290 CV (JKS)<br><br>ORDER GRANTING<br>MOTION FOR LEAVE TO FILE<br>CERTAIN EXHIBITS WITH<br>LEISNOI, INC.'S REPLY BRIEF (#188)<br>RE: ADMINISTRATIVE FINALITY<br>AND COLLATERAL ESTOPPEL |

Leisnoi, Inc.'s Motion for Leave to File Certain Exhibits with its Reply (Docket #188) to Stratman's Opposition (Docket #168) to Motion to Dismiss re: Administrative Finality and Collateral Estoppel (Docket # 118) is GRANTED.

ANCHORAGE, ALASKA this ____ day of July, 2007.

 

_____
UNITED STATES DISTRICT JUDGE
Honorable James K. Singleton

1206291v1