John Richard Fitzgerald
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
Phone: (617) 737-8858
Fax: (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com
Attorneys for Defendant Leisnoi, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN,<br><br> Plaintiff,<br><br>versus<br><br>LEISNOI, INC., KONIAG, INC., and DIRK KEMPTHORNE, SECRETARY OF THE INTERIOR,<br><br> Defendants. | Case No. A02-0290 CV (JKS)<br><br>**LEISNOI, INC.'S MOTION TO STAY BRIEFING ON STRATMAN'S MOTION (#178) TO REVIEW AND AFFIRM IBLA'S DECISION ON REMAND, AND TO SET ASIDE THE SECRETARY'S ORIGINAL 1974 DECISION APPROVING LEISNOI'S APPLICATION FOR ELIGIBILITY AS AN UNLISTED ANCSA NATIVE VILLAGE** |

 Leisnoi, Inc. moves to stay briefing on Omar Stratman's Motion (docket #178) to review and affirm the IBLA's decision on remand and to set aside the Secretary's original 1974 decision approving Leisnoi's application for eligibility as an unlisted ANCSA Native Village, pending a ruling by this Court on the ANILCA and other jurisdictional motions, or, alternatively, in the event the case is not resolved on the basis of ANILCA or the other jurisdictional motions, pending a decision by the Court whether to refer the matter back to the agency for personal consideration by the Secretary of the

*Stratman v. Leisnoi, Inc.*
Case No. A02-0290 CIV (JKS)
Motion to Stay Briefing on Motion (#178) to Review and Affirm IBLA's Decision on Remand
Page 1

1207287v1

Interior on the merits (or lack thereof) of Stratman's challenge to the eligibility of the Native Village of Woody Island.

DATED this 30th day of June, 2007.

RESPECTFULLY SUBMITTED,

/s/ John Richard Fitzgerald
Alaska Bar No. 8711084
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Phone (617) 737-8858
Fax (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com
Attorneys for Leisnoi, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2007 a copy of the foregoing was served electronically upon Collin Middleton, Esq., Bruce Landon, Esq., and Michael Schneider, Esq.

/s/ John Richard Fitzgerald

Stratman v. Leisnoi, Inc.
Case No. A02-0290 CIV (JKS)
Motion to Stay Briefing on Motion (#178) to Review and Affirm IBLA's Decision on Remand
Page 2

1207287v1