# EXHIBIT "1"



FILED
JAN 1 5 2002
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

JAN 1 5 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

LEISNOI, INC., )
                                   ) Case No. A99-608 CV (HRH)
    Plaintiff, )
                                   )
versus ) ORDER QUIETING TITLE
                                   ) THROUGH CONFIRMATION
UNITED STATES OF AMERICA, ) OF THE UNITED STATES'
                                   ) DISCLAIMER OF INTEREST
    Defendant. )
                                   )

1. The land at issue in this quiet title action consists of the surface estate of lands described in Patent Numbers 50-86-0067, 50-86-0632, 50-86-0634, 50-86-0093, and interim conveyances 171 and 1137 issued by the United States to Leisnoi, Inc.

2. On September 24, 2001, the Ninth Circuit determined that "the land could not revert to the United States regardless of the outcome of the decertification proceeding." *Leisnoi, Inc. v. United States*, No. 00-35746 (9th Cir. Sept. 24, 2001).

3. On January 9, 2002, the United States, pursuant to 28 U.S.C. section 2409(e), disclaimed any property interest in the surface estate of all the lands at issue in this action, as described in Patent Numbers 50-86-0067, 50-86-0632, 50-86-0634, 50-86-0093, and interim conveyances 171 and 1137, except for those property interests retained or reserved

00377



on the face of the patents and/or interim conveyances or statutorily reserved.

4. The Court hereby **CONFIRMS THE UNITED STATES' JANUARY 9, 2002 DISCLAIMER OF INTEREST.**

5. By virtue of the disclaimer of the United States, **TITLE** to the surface estate of the property described in Patent Numbers 50-86-0067, 50-86-0632, 50-86-0634, 50-86-0093, and interim conveyances 171 and 1137 **IS QUIETED IN LEISNOI, INC.,** except for those property interests retained or reserved on the face of the patents and/or interim conveyances or statutorily reserved.

6. Because the Court has confirmed the disclaimer of the United States, and because the Court lacks jurisdiction over the action on any other ground, this action is hereby dismissed pursuant to 28 U.S.C. section 2409(e).

7. Stockman's Motion to Intervene is *denied as moot.*

DATED this 15 day of Jan, 2002.

UNITED STATES DISTRICT JUDGE
Honorable H. Russel Holland

A99-0608--CV (HRH)
M. SCHNEIDER
B. LANDON (AUSA)
J. FITZGERALD

-2-

00378