# EXHIBIT "5"

19.      The first Woody Islander to apply for American citizenship was Nicholai W. Pavloff, the son of Lieutenant Governor William E. Pavloff.  (Document 285 [Orphanage News Letter, Ed. Curtis P. Coe.  October 1903.  Vol. V No. 5.])

20.      Nicholai W. Pavloff was employed by the Ice Company as a store manager and clerk on Woody Island.  (Book 14 [Chaffin, Yule.  Alaska's Konyag Country]; and Book 15 [Chaffin, Yule.  Koniag To King Crab.])

21.      In 1872, the Overland Monthly reported a large village of Aleuts located on Woody Island.  (Document 151 ["Kodiak And Southern Alaska".])

22.      In 1879, the population of Woody Island was 167, comprised of one (1) American, 62 Creoles (a combination of Russian and Native), and 104 Aleuts. (Doc 21 [Damas, David.  Handbook Of North American Indians, Volume 5, Arctic, Smithsonian Institution.])

23.      In 1880, it was reported that a small shipyard had been built on Woody Island where vessels of 25 or 30 tons were built for fishing and trade by Natives who engaged in sea otter hunting during the summer, and the cutting and storing of ice during the winter.  (Document 317 [Petroff, Ivan.  "Report On The Population, Industries, And Resources Of Alaska"]; and Book 6 [Bancroft, Hubert Howe.  History of Alaska, 1730-1885.])

24.      In 1884, the Ice Company on Woody Island was paid by the San Francisco Artificial Ice Company not to ship ice to San Francisco, although the Ice Company continued to cut and store the ice in case the Artificial Ice Company failed to make payment as promised.  (Book 88 [Wardman, George.  A Trip To

Alaska, A Narrative Of What Was Seen And Heard During a Summer Cruise In Alaskan Waters.])

25.     In 1886, Henry Elliott visited Woody Island and reported it had a population of 156 people. He reported that there was a boat yard on Woody Island where a number of small trading sloops and schooners were built. He called the island "The Leesnoi Settlement." Elliott prepared a book of Alaska describing in detail his visit to Woody Island. He described the road around Woody Island built for the purpose of exercising the Ice Company horses. He stated that this is the only road of its type in Alaska and described there being 13 log houses clustered together and the largest spruce trees in the Kodiak area. (Book 25 [Elliott, Henry W. Our Arctic Province, Alaska And The Seal Islands.])

26.     Also in 1886, Ernest Roscoe, his wife and infant son arrived on Woody Island from Humbolt, California on behalf of the Woman's American Baptist Home Mission Society. At this time Woody Island was the Kodiak Island's center of commercial activity. (Document 136 [Jeffrey, Susan. "Baptist Mission Celebrates 100 Years In Kodiak"]).

27.     In 1889, the Baptists selected Woody Island as the site for their first mission in Alaska. (Document 77 [Chaffin, Yule. "Historic Woody Island"]).

28.     In 1890, the population of Woody Island was 120. The village was described as a "Kaniagmiut Village", and the island was called "Liesnoi", Russian meaning "Woody". In 1890, the North American Commercial Company built

a cottage, an office building, and two storehouses on Woody Island. (Book 40 and Document 123 [Hanable, William S. "Naval Radio Station, Kodiak."])

29.    In 1891, the North American Commercial Company was established on Woody Island. It was the second largest fur operator in the Kodiak area at the time. (Book 14 [Chaffin, Yule. Alaska's Konyag Country]; and Book 15 [Chaffin, Yule. Koniag To King Crab.])

30.    In 1893, the Baptist Mission was built on Woody Island, and was used primarily as an orphanage, although some of the Native children in the Mission had living parents. (Book 14 [Chaffin, Yule. Alaska's Konyag Country]; and Book 15 [Chaffin, Yule. Koniag To King Crab.])

31.    The first Mission child was Ofdotia Brown, daughter of Captain Charles Brown from Seldovia. Her sister, Mary Brown, was also placed in the Mission and later married Paul Chya, Sr. of Woody Island, and bore several children by him. When Paul Chya, Sr. died in the 1918 Spanish Flu epidemic, Mary subsequently wed Mike Pestrikoff of Woody Island whose previous wife also died in the 1918 epidemic. There would be several children of that marriage as well. Many of Mary Brown's descendants later became Leisnoi shareholders. (Book 60 [McWhinnie, Mrs. James. History Of Kadiak Orphanage Wood Island, Alaska]; and Doc 108 at p. 28]).

32.    In 1894, Russian Orthodox church records note that there was tension between the Russian Orthodox and Baptist interests on Woody Island. The Russian Orthodox church attempted to retrieve a Native child who had been placed into

-53-

the Mission on Woody Island, but whose mother was still alive. (Book 56 [Jacobs, Mayna. Trans. Ed. "Russian Orthodox Church Records 1890-1903.])

33. In 1895, there were approximately 130 Native children at the Baptist Mission on Woody Island. (Books 14 [Chaffin, Yule. Alaska's Konyag Country]; and 1-15.)

34. In 1896, it was reported that the Natives on Woody Island had not had a successful season in sea otter hunting. In that same year, the first Baptist church in Alaska was built on Woody Island. (Doc 370 ["The Kodiak Baptist Orphanage."]; Book 60 [McWhinnie, Mrs. James. History Of Kadiak Orphanage Wood Island, Alaska]; and Book 70 [Roscoe, Fred. From Humbolt to Kodiak, 1886-1895]).

35. In 1899, the Harriman Expedition visited Woody Island where photographic, scientific and archaeological data was gathered. Photographs were taken of Native housing structures. (Book 10 [Burroughs, John; Muir, John and Grinnel, George Bird. Alaska, Harriman Alaska Expedition, Volume 1] and Book 26 [Emerson, BIK.; Palache, Charles; Dall, William H.; Ulrich, E.O.; Knowlton, F.H. Alaska, Harriman Alaska Expedition, Volume IV.])

36. In 1900, the U. S. Census reported the population of Woody Island as being 117. Native families listed as living on the island included families whose descendants became Leisnoi shareholders, including the Pavloffs, the Risoffs, the Pestriakoffs, and the Malekneks. (Doc 392 [June, 1900 Census of Alaska, Wood Island.])

37.       In 1901, Fekla Kornilov, in later years known as Ella Chabitnoy, arrived at the Baptist Mission as a young child from Unga.  She lived on Woody Island for over 60 years.  Many of her descendants from her first marriage to Nicholas Fadaoff and her second marriage to Mike Chabitnoy would be residents of Woody Island and Leisnoi shareholders.  (Book 14 [Chaffin, Yule.  Alaska's Konyag Country]; and Book 15 [Chaffin, Yule.  Koniag To King Crab]; and Doc 108 at p. 38.)

38.       In 1904, Natives from Woody Island were selected to travel to St. Louis for the World Exposition to participate in an Alaska exhibit.  Also in that year, Mary Chya and Paul Chya, whose descendants later became Leisnoi shareholders, were invited to Christmas dinner at the Baptist Mission on Woody Island.  One of their descendants, Kane Wolfe, is a current director of Leisnoi.  (Doc 231 and Doc 289. [News Letter. Kodiak Baptist Orphanage, May 1914. Vol. XV, No. 2]; [Orphanage News Letter. January 1905. Vol. V, No.7]).

39.       In 1906, Hanna Breece visited Woody Island from Afognak.  She became the teacher at the school on Woody Island.  She delivered a July 4th address which was translated by Nicholai W. Pavlov whose name had now been Americanized to Nicholas W. Pavloff, who spoke Russian, English, and Aleut.  Also in 1906, a U. S. government meteorologic station was established on Woody Island. (Doc 290, 292, and Book 82 [United States Department Of The Interior, United States Geological Survey.  The Geography and Geology Of Alaska]; [

Orphanage News Letter. July 1906. Vol. VII, No. 2.] [Orphanage News Letter. December 1906. Vol. VII, No. 9.])

40.      In 1907, a whooping cough epidemic struck Woody Island.  (Doc 293 and 294. [Orphanage News Letter. January 1907.  Vol. VIII, No. 1.]; [Orphanage News Letter. March 1907. Vol. VIII, No. 2.])

41.      In 1908, the Orphanage News Letter on Woody Island began publication of an article by Nicholas W. Pavloff about Woody Island, past and present, as well as his own personal history.  A graphic description of the pre-Ice Company village as well as the buildings and structures of the Ice Company and the subsequent North American Commercial Company was also provided.  (Doc 193 and 194. [News Letter. Kodiak Baptist Orphanage. July 1908. Vol. IX, No. 4.]; [News Letter. Kodiak Baptist Orphanage. August 1908. Vol. IX, No. 5.])

42.      In March of 1909, Rudolph Sundberg, Sr., who was a cook at the Mission on Woody Island, brought his entire family to Woody Island.  The family subsequently built a home on Woody Island and lived there continuously until about 1943.  The house remained standing until approximately 1986, and various family members seasonally lived in it for periods of time during this period.  Many of the descendants of the Sundberg family are Leisnoi shareholders.  One of the descendants, Frankie Grant, is a current director of Leisnoi.  (Doc 196 and Doc 108 at p. 43. [News Letter. Kodiak Baptist Orphanage. October 1908. Vol. IX, No. 7.])

43.    In May of 1909, Jack Robertson arrived at Woody Island in a three-person bidarka (traditional Aleut skin boat) to visit his two children at the Mission, Willie and Flora. Jack Robertson eventually homesteaded on Woody Island. Willie remained on Woody Island for some years, building a home there, enlisting in the Army in World War I, and returning to become the "General Factotum" at the Mission. Two of his descendants were on Woody Island in 1970, and one of them, Bruce Robertson, is a current director of Leisnoi, Inc. (Doc 108 at p. 44; Doc 192. [News Letter. Kodiak Baptist Orphanage. March 1908. Vol. VIII, No. 10.]; Stratman Exhibit 6 at p. 134.])

44.    In June of 1909, the Orphanage News Letter listed Woody Island villagers who included many of the ancestors of present Leisnoi shareholders. Woody Island villagers at that time included William Pavloff (a son of Nicholai W. Pavloff) and his wife Annie Pavloff; Patia Chya, his wife, two daughters, and two sons; Paul Chya, his wife, and three sons; Rudolph Sundberg, Sr., his wife, three sons, and four daughters; and Nicholas W. Pavloff, his wife, two sons, and four daughters. (Doc 198, 200, and 201. [News Letter. Kodiak Baptist Orphanage. June 1909. Vol. X, No. 2]; [News Letter. Kodiak Baptist Orphanage. September 1909. Vol. X, No. 6]; [News Letter. Kodiak Baptist Orphanage. October 1909. Vol. X, No. 7.])

45.    On August 15, 1909, Fekla Kornilov, also known as Ella Balamutoff (later known as Ella Chabitnoy) and Nicholas Fadaoff were married at the Baptist chapel on Woody Island. One month later, they remarried in the Russian

Orthodox church; this was upsetting to the Baptists who felt betrayed. Nicholas Fadaoff and Ella went on to play important roles in the future events on Woody Island. (Doc 199, 200, and 108 at p. 47. [News Letter. Kodiak Baptist Orphanage. July/August 1909. Vol. X, No. 3]; [News Letter. Kodiak Baptist Orphanage. September 1909. Vol. X, No. 6.]; Doc 339, Russian Orthodox church Record of Marriages.])

46.     In 1910, United States Census reported the population of Woody Island, including the children at the Baptist Mission, as being 168. These included members of the Chya clan; the Pavloff clan; the Sundberg clan; and the Fadaoff clan. (Doc 389 [United States. Department of Commerce, Bureau of Census. "Thirteenth Census Of The United States Population - Alaska, Wood Island Village." April 1910.])

47.     On April 18, 1910, Eva Lowell died of tuberculosis on Woody Island, while living in the Mission. At the time, her father was somewhere in the Interior. Gabe Lowell's home site on Woody Island was recently discovered by archaeologist Rick Knecht, and is described as Site 18 in the Chris Wooley archaeological report entitled "A Walk In Time." (Doc 207; L-Doc A9. [News Letter. Kodiak Baptist Orphanage. April/May 1910. Vol. XI, No. 1 and 2.])

48.     On October 31, 1910, Peter Simeonoff and Alexandria Rapin were married. Kelly Simeonoff, Sr., one of their sons, later married Natalie Fadaoff, a daughter of Nick and Ella Fadaoff, and they built their family home on Woody Island. Many of their descendants are Leisnoi shareholders, and three of them

testified at the hearings.  (Doc 108 at p. 49; Doc 416, Certificate of Holy Matrimony of Peter Simeonoff and Alexandria Rapin.)

49.    In 1911, the United States government built a wireless station on Woody Island. Two masts 225 feet high at 400 feet apart were constructed.  (Book 14 [Chaffin, Yule.  Alaska's Konyag Country]; and Book 15 [Chaffin, Yule.  Koniag To King Crab.])

50.    In November of 1911, Paul Chya, his three sons, Ella Fadaoff (Chabitnoy), her daughter and two other village families were guests for Thanksgiving dinner on Woody Island at the Baptist Mission.  Ella's oldest daughter, Anastasia "Nettie" Fadaoff, was born in 1911 on Woody Island.  Nettie later became a Leisnoi shareholder, as did many of her descendants.   Paul Chya's descendants also became Leisnoi shareholders.  (Doc 219 and 108 at p. 51. [News Letter. Kodiak Baptist Orphanage. November 1911. Vol. XII, No. 8.])

51.    On June 6, 1912, Mt. Katmai erupted.  Eighteen inches of ash were deposited on Woody Island.  The wireless station on Woody Island was hit by a lightning bolt during the ash fall and it burned to the ground.  Although the wireless station was less than 500 feet from the Baptist Mission, the heavy ash fall prevented Rev. Learn from seeing the fire.  Three days of darkness followed the volcano eruption, and the area was blanketed in falling ash.  The wireless station on Woody Island was rebuilt in October of 1912, but it was soon struck by yet another fire. (Books 14, 15, 43; Doc 222, A-2. [News Letter. Kodiak Baptist Orphanage. June 1812. Vol. XIII, No. 3.])

52.     In July of 1915, an expedition sponsored by the National Geographic Society came to Woody Island to spend several weeks studying the effects of the Katmai eruption and ascertaining the present condition of the mountain. The National Geographic expedition took a number of photographs during this stay on Woody Island. Among them is a photograph of Deputy United States Marshall Karl Armstrong, Sr. taken on Woody Island. Karl Armstrong, Sr. later married Afanasiia Rysaf. One of their two children was Karl Armstrong, Jr., who later became a Leisnoi shareholder and was involved in the formation of Leisnoi, Inc. and Koniag, Inc. Afanasiia had previously been married to Vasillie Shmakov. One of her children was Olga Rossing, who is the mother of Leisnoi shareholder and anthropologist Gordon Puller. (Doc 236; Photo-21 [National Geographic Collection; News Letter. Kodiak Baptist Orphanage. July 1915. Vol. XVI, No. 4.]; Document 108 at pp. 59-60.)

53.     In October of 1915, Mike Chabitnoy was scheduled to depart on the S.S. *Admiral Farragut* to travel to the government school in Chemawa, Oregon. He asked instead to stay the winter and help out at the Mission, and his request was granted. Mike Chabitnoy was raised in the Mission and continued to live on Woody Island for most of his life. He later married Ella Fadaoff after the disappearance of Nick Fadaoff, and they had two children, Michle (Mickey) and Cecil. Mike Chabitnoy died on Woody Island in 1958 of a heart attack and is buried on Woody Island. His grave site is still visible. (Document 239 [News

Letter. Kodiak Baptist Orphanage. October 1915. Vol. XVI, No. 7.]; (L-Doc A-9, [Wooley, C. A World In Time, pp. 6-7.])

54.    December of 1915, Anna Pavloff Apple returned from her visit to the States with her son on board the *DORA*. The Orphanage Newsletter reports that she was glad to be back at Woody Island and that while living in Missouri she had longed for the sea. (Document 241 [News Letter. Kodiak Baptist Orphanage. December 1915. Vol. XVI, No. 9.])

55.    In January of 1916, Mike Chabitnoy and Nick Pavloff put up nine tons of ice from Tanignak Lake in the Mission Ice House. The ice was so clear that newsprint could be read through an entire block. (Document 242 [News Letter. Kodiak Baptist Orphanage. January 1916. Vol. XVI, No. 10.])

56.    On March 13, 1916, Paul Partch and Anna Pavloff were married by Superintendent Learn on Woody Island. Paul worked for the Navy Radio Station, and Anna was the daughter of Nicholas W. Pavloff. They had a child, Virgil Partch, who later became a world famous cartoonist whose moniker was V. I. P. A photograph of Virgil Partch taken on Woody Island appears at the Partch Photo Collection, Photo A-6-16. (Document 244 [News Letter. Kodiak Baptist Orphanage. March 1916. Vol. XVI, No. 12.])

57.    In April of 1916, John Chya earned a prize in the primary contest at the Mission on Woody Island. John Chya, the son of Paul Chya, Sr., later married Mary Shuravloff, and they had 13 children. They and their descendants became Leisnoi shareholders. One of their descendants, Kane Wolfe, is currently a

director of Leisnoi. (Documents 245 and 108 at p. 62. [News Letter. Kodiak Baptist Orphanage. April/May 1916. Vol. XVII, No. 1 and 2.])

58.         Also in April of 1916, Peter W. Pavloff, Nicholas W. Pavloff, and Mike Pestrikoff signed an Oath as residents of Woody Island to carry out their duties as supervisors of School Election. Peter W. Pavloff later married Anna Chaupuk. They had two children, Michle and Anna. Both of their children were orphaned upon the death of Peter and Anna in 1932. Both children later married and they and their descendants became Leisnoi shareholders. (Documents 420 and 108 at p. 62. ["Alaska State Archives, State Of Alaska Department Of Education, Division Of Libraries, Archives And Museums- Records of the Longwood School, Territorial School, Wood(y) Island Alaska."]) Anchorage: 1997]).

59.         On June 28, 1916, Natalie Fadaoff (Simeonoff) was born to Nicholas Pavloff and Fekla Balamutoff (Ella Chabitnoy) on Woody Island. Natalie was raised on Woody Island, and later married Kelly Simeonoff, Sr., built a house in the South Village area on Woody Island, and gave birth to a number of children. Many of her descendants would become Leisnoi shareholders. (Document 19, 349 through 352; 108 at p. 64. [Alaska Territory. Office of Registrar of Vital Statistics. Standard Certificate of Birth. 2 July 1934]; [Simeonoff, Natalie. "Growing Up On Woody Island." Elwani. No. 7, 1979: 85-89]; [Simeonoff, Natalie. "Untitled." (re: life on Woody Island.])

60.      In 1917, the Russian Orthodox Orphanage in Kodiak closed due to lack of funds caused by "The War in Europe." (World War I.)  Eight girls at the orphanage were placed with Native families.  A number of young men from Woody Island, including Mike Chabitnoy and Willie Robertson, registered for military service. (Documents 251, 256.  [News Letter.  Kodiak Baptist Orphanage. January 1917. Vol. XVII, No. 9.]; [News Letter.  Kodiak Baptist Orphanage. August 1917. Vol. XVIII, No. 5.])

61.      In 1918, the world wide Spanish flu epidemic struck Woody Island.  At least 27 villagers and orphan children died in the epidemic.  Ella Chabitnoy and her first husband, Nick Fadaoff, survived the epidemic, and buried many of the victims in a mass grave located behind their house in the South Village.  After the epidemic, there were homes left vacant.  Nick Fadaoff went to Eagle Harbor and persuaded some of the residents there to relocate to Woody Island.  This included Nickolai Liknak and his family.  Nickolai Liknak was the first Chief of Eagle Harbor, and was known as Chief Yellow Pants, because he often wore yellow rain pants.  Among Chief Yellow Pants's descendants is Marie Redick Unger.  She became a Leisnoi shareholder, as did her descendants.  She played a significant role in the formation of Leisnoi.  Deputy United States Marshal Karl Armstrong, Sr. restricted travel of the Natives from village to village so as to reduce the exposure to the virus.  (Document 108 at p. 65, 71.)

62.      In 1919, a concrete building was constructed as the powerhouse of the U.S. Navy Wireless Station on Woody Island.  The building remains standing today

-63-

and has served various purposes over the years. Also in 1919, Willie Robertson was honorably discharged after the Armistice and returned to Woody Island on board the steamer *WATSON*. Mike Chabitnoy, who was in charge of 40 men in Company A, 14th Infantry who were ill with the Spanish Flu, but he did not become ill. A letter was received on Woody Island stating that Mike Chabitnoy was looking forward to returning to Woody Island which he said looked better to him than any place he had yet been. (Documents A-2, 267 and 108 at pp. 68-69. [News Letter. Kodiak Baptist Orphanage. January 1919. Vol XVIII, No. 10.])

63.    In April and October of 1919, Olga and Sonya Rossing, ages 3 and 5, respectively, were brought to the Mission when their mother, who separated from their father, could no longer take care of them. Olga Rossing later became Longwood School's first high school graduate. Her son is Leisnoi shareholder and anthropologist Gordan Pullar, Ph.D. (Document 270; 108 at p. 70. [News Letter. Kodiak Baptist Orphanage. April-October 1919. Vol. XIX, No. 1-7.])

64.    In April through June of 1920, through the efforts of Nick Fadaoff, a number of families in addition to Nickolai Liknak, moved from Eagle Harbor to Woody Island. These include Peter Patrochin, with his spouse Melania, son Illia, and boarder, Stephen Maleknak, who was then 21 years old. Stephen Maleknak continued to live on Woody Island until his death in 1958. He married Angeline Pananarioff/ Pestrikoff/Pavloff, after the death of William Pavloff. They had one child, John Maliknak, a lifelong Woody Island resident and a Leisnoi

shareholder. Stephen is buried on Woody Island. Nickolai Maliknak also came to Woody Island in 1920, and continued to live on Woody Island in a house in the Garden Beach area until his death by drowning with Paul Wolkoff in 1958. He never learned to speak English and often danced and sang in a traditional Aleut manner. He was viewed by some as being a Shaman. (Document 108 at pp. 70-72.)

65.     In May of 1920, the United States Census reported the population of Woody Island as being 104. The Native households included those of Nicholas W. Pavloff (5); Willie Pavloff (4); Mike Chabitnoy (1); and Nicholas Fadaoff (4). (Document 386 [United States Department of Commerce, Bureau of Census. "Fourteenth Census Of The United States Population - Alaska, Woody Island Village." 8 May 1920.])

66.     On March 1, 1925, there was a fire at the mission and the main building was totally destroyed. (Document 108 at p. 76; Harshman Collection, Photo. P612 through 612A.)

67.     On May 19, 1926, the homestead of Nicholas W. Pavloff on Woody Island was surveyed and recorded in Kodiak. The homestead consisted of 16.61 acres, several dwelling houses, a barn, pasture and garden. (Chart/Map 24.)

68.     In 1927, present day Leisnoi shareholder, Dorothy Bactad (then Dora Nelson), her two sisters, Emma and Ida, and her brother, Charlie, arrived at the Mission on board the *Admiral Evans*. Dorothy's father visited her twice during her years in the mission. All of the Bactad children remained in the Mission until

adulthood. (Document 46 [Transcript of January 24, 1996 interview of Dorothy Bactad]; [Phot 7 Dorothy Bactad photo collection]; Book 46 [Index To Baptisms, Marriages, and Deaths In the Archives Of The Russian Orthodox Greek Catholic Church In Alaska, 1890-1899. 1965. 1 v.])

69.     Also in 1927, Karl Armstrong, Sr., then the Deputy U.S. Marshal in Kodiak, shot and killed a man who was allegedly having an affair with his wife. Near the time of Karl Armstrong, Jr.'s birth, his mother fled to Woody Island and continued to live there for a number of years, returning often, even after her eventual move. Karl, Jr. was placed in the Mission. (Document 324 and Gordan Pullar Collection, Photo. GP-05. [Pullar, Gordon L. Ph. D. "Two Centuries Of Changing Identity: The Case Of The Tangirnarmiut." November 1997. (DRAFT)]) Karl Armstrong would later become a director and president of Leisnoi.

70.     In 1928, William "Bill" Nome and his brother, Herman, were placed in the Mission on Woody Island. Bill was six years old at the time. He was raised there until age 14, and then returned to Woody after military service, and operated the *FedAir IV* for a period of time. Later he became a Leisnoi shareholder. (Interview with Bill Nome, Doc 277.)

71.     In 1929, the United States census figures for Woody Island recorded a population of 116. (Book 83 [United States. Federal Field Committee for Development Planning in Alaska. Alaska Natives & The Land.])

72.        On February 28, 1930, the Navy Wireless Station on Woody Island was decommissioned. (Document A-2 [Naval Radio Station, Woody Island, KOD 613 Alaska Historic Building Survey.])

73.        In 1931, Flores Simeonoff, a Mission child age 10 or 11, died of tuberculosis at the Mission, and was buried behind the Mission in the barn in the Children's Cemetery. Also in 1931, Nicholas W. Pavloff died and was buried on Woody Island in the cemetery located near where the first Russian church stood in South Village. In 1931, Michle and Anna Pavloff, were orphaned when their parents died. Both were placed in the Mission, but Michle was constantly running away to stay with his favorite uncle, Nick Pavloff. (Document 128, interviews with Anna Pavloff and Maryanne Pavloff] and Document 46 [Bactad, Dorothy. "Interview by Frank Feichtinger."] January 1996.])

74.        In August of 1931, work on the school renovation, including new living quarters for the teachers, neared completion. There were now sufficient facilities and equipment to teach the boys manual chores, such as carpentry and engine repairs, while the girls would be taught cooking and sewing in addition to their other studies. Mrs. Fadaoff (Ella Chabitnoy) worked with the Mission girls in cleaning and scrubbing the floors of the new facilities. (Document 420 ["Alaska State Archives, State Of Alaska Department Of Education, Division Of Libraries, Archives And Museums-Records of the Longwood School, Territorial School, Wood(y) Island Alaska."])

75.        In 1934, Leisnoi shareholder Frank Pagano, then age six, was living with his family in Unga, when his father became ill with pneumonia and died. His mother was left with the care of himself and his five siblings. Three of the Pagano boys were put in the Mission on Woody Island when their mother was unable to care for all the children. They were raised on Woody Island, and later Kodiak in the Mission until their teenage years. Frank Pagano later married Ellen Simeonoff, who was born on Woody Island. He and his wife, in addition to raising their own three children, Carole, Michael, and Charlotte, raised several Woody Island children (Joseph and Edson Fadadoff, and Freddy Simeonoff), who later became in need of parenting. (Document 108 at p. 83)

76.        In 1935, Olga Rossing (Gordan Pullar's mother) became the first Longwood School high school graduate. A photograph of Olga Rossing in her graduation gown on Woody Island is in the Gordan Puller Collection, Photo. GP-02 and (Doc 420 ["Alaska State Archives, State Of Alaska Department Of Education, Division Of Libraries, Archives And Museums-Records of the Longwood School, Territorial School, Wood(y) Island Alaska."])

77.        In February of 1936, Ella Fadadoff married Mike Chabitnoy. (Document 108 at p. 85.)

78.        In 1937, a series of fires struck the Baptist Mission on Woody Island. (Documents 420, 46. [Vol. I-V. Source: Alaska State Archives. 1997]; [Bactad, Dorothy. "Interview by Frank Feichtinger." January 1996.])

79.        On October 13, 1937, Navy officers from the ship *Lapwing*, arrived unexpectedly at Woody Island. They began measuring the buildings used at the school. They told persons on Woody Island that the Navy was establishing an aviation base at this location and that all the buildings would have to be vacated by April 1, 1938. On October 22, the executive secretary of the Woman's American Home Mission Society, Miss Alice Brimson, wrote to the Commissioner of Education for Alaska stating their desire to rebuild the Mission on Kodiak, rather than on Woody Island. The visit by the Navy officers may have prompted the decision to move the Mission to Kodiak. (Documents 420 and 108 at p. 88 [Vol. I-V. Source: Alaska State Archives. 1997.])

80.        On December 24, 1937, Kelly Simeonoff, Sr. and Natalie Kvas (Fadaoff) were married. (Document 415 [United States, Territory of Alaska. Certificate of Holy Matrimony. December 1937.])

81.        On October 28, 1938, the Longwood School teacher, Leonard Roland, took a census of Woody Island, excluding the Mission children still there. The Native population of Woody Island at that time was 52. Among the Native households on Woody Island at that time were Mike Chabitnoy (11); Gabe Lowell (2); Stephan Maliknak (9); Nicholas Pavloff (3); Rudy Sundberg, Sr. (6); and Costia Tunohun (10). (Document 421 [Watson, Michael. Ed., "United States Bureau Of Indian Affairs, Woody Island/Longwood School Documents." Source: National Archives, 1997.])

-69-

82.    On October 1, 1939, a census of Native families of Woody Island was done by Leonard C. Roland, a teacher at Longwood School. The population of Woody Island was recorded at 55. Native families included those of Cecil Chabitnoy (4); Buddy Fadaoff (6); Gabe Lowell (2); Angeline Maliknak (4); Agnes Pavloff (7); Nicholas Pavloff (2); Ella May Simeonoff (5); Anita Sundberg (6); and Alexandria Tunohun (10). (Document 421 [ Watson, Michael. Ed. "United States Bureau Of Indian Affairs, Woody Island/Longwood School Documents." Source: National Archives, 1997.])

83.    In 1941, the CAA, later known as the FAA, established an airway communication station on the east side of Woody Island. A dock was also built and ferry service was started to Kodiak. (Book 14 [Chaffin, Yule. Alaska's Konyag Country] and Book 15 [Chaffin, Yule. Koniag To King Crab.])

84.    In 1942, the United States Navy came to Woody Island. A sawmill was constructed at what is now known as "Sawmill Point" and timber was harvested for use by the Military in building fortifications during the Aleutian campaign. Additionally, a submarine sounding station was built on the west side of Woody Island, and a submarine net was strung across the channel to Kodiak. The buildings that are now part of Camp Woody were constructed in 1942. (Document 108 at p. 92.)

85.    On November 20, 1943, the United States granted title to 562.77 acres of land on Woody Island to the Women's American Baptist Home Mission pursuant to an Act of Congress of June 6, 1900. The grant was signed by Franklin D.

Roosevelt. (Document 300 [Patent. No. 1115348. The United States of America to Woman's American Baptist Home Mission Society. November 1942.])

86.        On April 11, 1944, a census of Woody Island was taken. The Native population was listed at 37. The Native families by head of household were Mike Chabitnoy (8); Anastasia (Fadaoff) Harmon (5); Stephen Maliknak (12); Kelly Simeonoff (7); and Pete Tunohun (5). (Document 421 [Watson, Michael. Ed. "United States Bureau Of Indian Affairs, Woody Island/Longwood School Documents." Source: National Archives, 1997.])

87.        In 1949, the *FedAir IV*, formerly a purse seiner the *Daisy-0* and then later *P-6* after she was conscripted to haul supplies to the military in World War II, was brought to Kodiak by the FAA to provide ferry service from Kodiak to Woody Island. (Document 75 [Alaska Names and Places In The Russian Orthodox American Messenger (1896-1973) 1984.])

88.        In 1950, the census figures for Woody Island recorded the population at 111. The King Crab boom also began around this time. (Book 83, 14 and 15.)

89.        During the 1950's, Anastasia "Nettie" (Fadaoff) Harmon moved back to Woody Island with her family. Initially they moved into the Pavloff house with Angeline and her family. Within a short time they rebuilt and improved an old cabin that had belonged most recently to Sarah Lowell. This house came to be known as the Harmon house. Danny Harmon, then about age four, became close friends with Freddie Simeonoff. They are pictured together on Woody Island in a photo (Phot A-4-1) in the Mitch Gregoroff Collection. Both Freddie

and Danny died in the service of their country when they were killed in action during the Vietnam War. (Document 125 and Phot A-4-1 from the Mitch Gregoroff Collection. [Harmon, Paul R. Affidavit. 8 May 1995.])

90. In 1951, a K-8 school was built at the FAA complex on Woody Island. (Book 14 [Chaffin, Yule. Alaska's Konyag Country] and Book 15 [Chaffin, Yule. Koniag To King Crab.])

91. In 1952, Frank Pagano and Bill Nome, both future Leisnoi shareholders and both mission children, served with distinction in the Korean conflict. (Document 108 at p. 96.)

92. Also in 1952, Joseph Francis Fadaoff was born to Mary (Ponchene) Fadaoff and Edson Nicholas Fadaoff. His younger brother, Edson, Jr., was born two years later. The family lived on Woody Island in the house built by Edson, Sr. When Edson, Sr. died in about 1958, his mother, Mary [Ponchene], remarried to Nicholas Pavloff, Sr. Their child, baby William Pavloff, was born in 1961. The extended family continued to live on Woody Island until 1965, when Mary died of cancer. At that time, Joseph and Edson, Jr. were taken in by the Pagano family and raised. Baby William was adopted into an Anchorage family, and Nick Pavloff moved back into the Pavloff house with brothers John Maliknak and Wilfred Pavloff. Nicholas Pavloff, John Maleknak, Edson, Jr., Joseph and William all became Leisnoi shareholders. A photograph of Edson Fadaoff, Jr. and Joseph Fadaoff on Woody Island playing with a toy wooden boat is pictured in Book 14 at page 256. (Document 108 at p. 97 and Book 14 [Chaffin, Yule.

Alaska's Konyag Country] at p. 256, Document 103. [Fadaoff, Edson Jr. "Letter to Frank Feichtinger." 11 March 1997.])

93.     On March 17, 1959, David James Fadaoff was born to Alexander John Fadaoff and Charlotte White of Woody Island. David's father, Alexander, was the second son of Anastasia "Nettie" Fadaoff Harmon. He was raised in the mission with his older brother, Ronald Fadaoff. In addition to having a son, David, Alexander John Fadaoff and Charlotte White had Alexander, Jr. The Alexander John Fadaoff family lived at various times on Woody Island. Alexander and his two sons both became Leisnoi shareholders. (Document 14 and Document 108 at p. 98. [Alaska Territory. Department of Health, Bureau of Vital Statistics. Certificate of Live Birth. 17 March 1959.])

94.     On Christmas day in 1962, the FAA Dock on Woody Island was heavily damaged by fire of unknown origin. (Doc 86 [Christmas Fire Destroys Dock." Kodiak Mirror. 4 January 1963: 1.])

95.     On January 18, 1963 the Kodiak Mirror reported that the *FedAir IV* ran between Woody Island and Kodiak 2000 times each year and carried between 8000 and 9000 passengers in addition to freight. (Doc 434 ["Woody Island Ferry." Kodiak Mirror. 18 January 1963: 7.])

96.     On February 10, 1963, Agnes Pavloff Frump died when the vessel *Barracuda* hit the rocks on Kodiak. Agnes had a number of children. Her first son, Robert Stretcher, was adopted out at birth. Her daughter, Ginny, was adopted in 1959 by an FAA family. Her three remaining children, Harold, Maryanne and

-73-

Brenda, were orphaned as a result of her death in 1963. These children were subsequently adopted, after stays in the Kodiak Baptist Mission, to other families. Harold testified at the hearings that he had been beaten as a child at the Mission. Harold returned to Woody Island as recently as 1979 to visit. He was recently reunited with his orphaned siblings. (Doc 366; Doc 108 at p. 102 and testimony of Harold Frump King, Tr. at p. 1799, ["Survivor Tells Of Sea Tragedy At Kodiak Shore." Anchorage Daily News. 11 February 1963.])

97.      On April 12, 1963, Darrell Chaffin, the Station Manager of the FAA facility on Woody Island, announced that the use of the *FedAir IV* as a ferry to and from Kodiak would be restricted to FAA employees, their families and the regular residents of Woody Island. This was an act of governmental authority that impeded the ability of Native Woody Islanders to live on Woody Island and commute back and forth from Woody Island to Kodiak for church, school, and employment. (Doc 433 ["Woody Isle Ferry Now For FAA Only." Kodiak Mirror. 12 April 1963: 2]; [Tr. at pp. 2075-2076.])

98.      On December 25, 1963, one year to the day from the previous fire, another fire destroyed the FAA dock on Woody Island. (Doc 86 ["Christmas Fire Destroys Dock." Kodiak Mirror. 4 January 1963: 1.])

99.      On March 3, 1964, shortly before the earthquake, the United States of America granted a patent for 8.48 acres of land on Woody Island to Ella F. Chabitnoy. (Doc 301, Patent #1235294)

-74-

100.          On March 27, 1964, the Great Alaska Earthquake struck, resulting in a Tsunami

Wave. This caused Woody Island to sink several feet, thereby destroying the

clam beds that had been used as a source of food for the Woody Island villagers.

The Dock was wiped out by the Tsunami Wave, and this resulted in the plug at

the end of the water main being broken such that the water tower could not

remain filled with water. The Tsunami Wave and the Earthquake damaged the

water pipes that had provided fresh water to the village. Additionally, the lower

lake, which had been a fresh water lake, sank several feet, resulting in saltwater

infiltration. Although the RD at page 86 asks the Board to declare that in 1964

Woody Island "was no longer known as a community or village", Phyllis

Carlson, a FAA Employee and a researcher/author, described a community of

Natives she witnessed as having been on Woody Island at the time of the

Earthquake in her 1964 newspaper account: **"We had to bring all the Natives**

**from the other side of Woody over to this side, about 20 of them, as they**

**were frantic. Water started coming in all around them and, as their houses**

**are on low ground, they were in danger.**" (Doc 129, 78, 67 [Hoen, Christina

C. Affidavit. 28 April 1995]; [Chaffin, Yule. "On Woody Island Life Is Good."

FAA Horizons. June 1965: 4-5]; [Carlson, Phyllis. "Tide Action Takes Dock

At Kodiak's Woody Island, This Quake Was 'Main Bout'." Kodiak Daily

Mirror. 10 April 1964: 12]; [Testimony of Mitch Gregoroff, Tr. at pp. 1410-

1411]; [Testimony of Tina Simeonoff Hoen, Tr. at pp. 2972-2973.])