UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN,                )<br>                                                     )<br>         Plaintiff,                            )<br>                                                     )<br>versus                                         )<br>                                                     )<br>LEISNOI, INC., KONIAG, INC., and )<br>DIRK KEMPTHORNE, SECRETARY OF )<br>THE INTERIOR,                           )<br>                                                     )<br>         Defendants.                      )<br>                                                     )<br>                                                     )<br>                                                     )<br>_____ ) | Case No. A02-0290 CV (JKS)<br><br>**ORDER GRANTING LEISNOI, INC.'S MOTION TO STAY BRIEFING ON STRATMAN'S MOTION (#178) TO REVIEW AND AFFIRM IBLA'S DECISION ON REMAND, AND TO SET ASIDE THE SECRETARY'S ORIGINAL 1974 DECISION APPROVING LEISNOI'S APPLICATION FOR ELIGIBILITY AS AN UNLISTED ANCSA NATIVE VILLAGE** |

The Court will first determine (a) whether it agrees with Secretary of the Interior Dirk Kempthorne's determination that ANILCA has ratified the eligibility of the Native Village of Woody Island; (b) whether this Court has subject matter jurisdiction over Stratman's claims; and (c) whether the matter should be sent back for completion of administrative review per 43 CFR § 2651.2(a)(5), before reaching the substance of Omar Stratman's underlying challenge to the eligibility of the Native Village of Woody Island.  Accordingly, the Motion to Stay Briefing on Stratman's motion at docket #178 is GRANTED.

    ANCHORAGE, ALASKA this _____ day of July, 2007.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE
                                                                    Honorable James K. Singleton

1207327v1