John Richard Fitzgerald
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Phone: (617) 737-8858
Fax: (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com
Attorneys for Defendant Leisnoi, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> versus ) <br> ) <br> LEISNOI, INC., KONIAG, INC., and ) <br> DIRK KEMPTHORNE, SECRETARY OF ) <br> THE INTERIOR, ) <br> ) <br> Defendants. ) <br> _____) | Case No. A02-0290 CV (JKS) <br><br> **CERTIFICATE OF SERVICE** |

In compliance with local rules requiring service of paper copies of documents exceeding 25 pages in length, I hereby certify that on July 2, 2007, I did send via U.S. Mail, postage pre-paid or via Federal Express, copies of the following upon the Honorable James K. Singleton; Bruce Landon, Esq.; Michael Schneider, Esq; and Collin Middleton, Esq:

Leisnoi, Inc.'s Reply brief (#188) re: administrative finality and collateral estoppel;

Leisnoi, Inc.'s Reply brief (#190) re: lack of standing;

Leisnoi, Inc.'s Reply brief (#191) re: FRITLA

Leisnoi, Inc.'s Reply brief (#195) re: statute of limitations;

Leisnoi, Inc.'s Opposition (#192) to motion to compel filing of full administrative record;

Leisnoi, Inc.'s Motion to Stay Briefing (#193) on motion to review and affirm IBLA ruling.

DATED this 2nd day of July, 2007.

RESPECTFULLY SUBMITTED,

/s/ John Richard Fitzgerald
Alaska Bar No. 8711084
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Phone (617) 737-8858
Fax (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com
Attorneys for Leisnoi, Inc.