IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

LEISNOI, INC.,                          )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )
                                        )
OMAR STRATMAN,                          )   Case No. 3AN-96-00502 CI, c/w
                                        )   Case No. 3AN-05-13155 CI
            Defendant.                  )
_____)

### ORDER SETTING DEADLINE FOR RESPONSE TO
### MOTION FOR RECONSIDERATION

Defendant Omar Stratman has moved this court to reconsider its order entering summary judgment in favor of Plaintiff Leisnoi, Inc., and quieting title in Leisnoi's lands. Leisnoi may file a response to the Motion for Reconsideration no later than July 23, 2007.

DONE this 29 day of June 2007, at Anchorage, Alaska.

_____
Stephanie E. Joannides
Superior Court Judge

I certify that on 6-29-07 a copy of the above was mailed/faxed/handed to each of the following at their address of record

Schneider
Fitzgerald
Clark

_____
Judicial Assistant