R. Collin Middleton, Esq.
Law Offices of R. Collin Middleton, P.C.
P.O. Box 113128
Anchorage, Alaska  99511
Ph:  907-222-0506
Fax:  907-279-7029
Email:  collinmiddleton@gci.net

Counsel for Defendant, Koniag, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. A02-0290 CV (JKS) |
| | ) |
| LEISNOI, INC., KONIAG, INC., and | ) |
| GALE A. NORTON, Secretary of the | ) |
| Interior, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**KONIAG'S JOINDER IN THE REPLY OF LEISNOI
ON FEDERALLY RECOGNIZED INDIAN TRIBE LIST ACT**

Koniag joins in Leisnoi's Reply at Docket 191 to Omar Stratman's Opposition at Docket 166 to both Leisnoi's (Docket 111) and Koniag's (Docket 145) motions and memoranda on Congressional ratification of Leisnoi by the Federally Recognized Indian Tribe List Act.

Koniag again recognizes that the Secretary did not reach this issue and that the Court may find the issue more properly brought to the Agency if the Court overrules the Secretary's determination that Congressional ratification under ANILCA mooted all

other claims.  Koniag specifically set out this position and why it, nonetheless filed the

motion in its Memorandum at Docket 145, page 28.

DATED at Anchorage, Alaska this 13th day of July, 2007.

LAW OFFICES OF R. COLLIN MIDDLETON

Attorneys for Defendant
Koniag, Inc.

By /s/ R. Collin Middleton_____
      R. Collin Middleton
      ABA #6803015
      Law Offices of R. Collin Middleton, P.C.
      P.O. Box 113128
      Anchorage, AK  99511
      907-222-0506
      907-279-7029 – Fax
      collinmiddleton@gci.net

Certificate of Service
The undersigned certifies that the
foregoing document was served
by mail on this _____ day of
July, 2007.

Bruce M. Landon
Department of Justice
Environment & Natural Resources Division
801 "B" Street, Suite 504
Anchorage, Alaska  99501-3657

John R. Fitzgerald, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181

Michael Schneider, Esq.
880 "N" Street, Suite 202
Anchorage, Alaska  99501

/s/ R. Collin Middleton