R. Collin Middleton, Esq.
Law Offices of R. Collin Middleton, P.C.
P.O. Box 113128
Anchorage, Alaska  99511
Ph:  907-222-0506
Fax:  907-279-7029
Email:  collinmiddleton@gci.net

Counsel for Defendant, Koniag, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. A02-0290 CV (JKS) |
| | ) |
| LEISNOI, INC., KONIAG, INC., and GALE A. NORTON, Secretary of the Interior, | ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLIES**

Koniag, through its attorney, R. Collin Middleton, Esquire requests that its replies to Mr. Stratman's Opposition at Docket 162 to Koniag's Motion on ANILCA ratification at Docket 144 be continued two business days from Friday, July 13th when it is currently due, until Tuesday, July 17, 2007.  This request is occasioned by the illness of secretarial help and the volume of documents to be reviewed.

Further, counsel for Secretary Kempthorne has been ill for a significant part of the week, and requests a similar extension for the Secretary's response to all pending motions.

All parties have graciously allowed the undersigned to state their non-opposition to both these requests.

DATED at Anchorage, Alaska this 13th day of July, 2007.

LAW OFFICES OF R. COLLIN MIDDLETON
Attorneys for Defendant
Koniag, Inc.


By /s/ R. Collin Middleton_____
    R. Collin Middleton
    ABA #6803015
    Law Offices of R. Collin Middleton, P.C.
    P.O. Box 113128
    Anchorage, AK  99511
    907-222-0506
    907-279-7029 – Fax
    collinmiddleton@gci.net

Certificate of Service
The undersigned certifies that the foregoing document was served by mail on this ____ day of July, 2007.

Bruce M. Landon
Department of Justice
Environment & Natural Resources Division
801 "B" Street, Suite 504
Anchorage, Alaska  99501-3657

John R. Fitzgerald, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181

Michael Schneider, Esq.
880 "N" Street, Suite 202
Anchorage, Alaska  99501

/s/ R. Collin Middleton