R. Collin Middleton, Esq.
R. Collin Middleton, P.C.
P.O. Box 113128
Anchorage, Alaska  99511-3128
Ph:  907-222-0506
Fax:  907-279-7029
Email:  collinmiddleton@gci.net

Counsel for Defendant, Koniag, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. A02-0290 CV (JKS) |
| | ) |
| LEISNOI, INC., KONIAG, INC., and GALE A. NORTON, Secretary of the Interior, | ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**NOTICE OF FILING PROPOSED ORDER**

Please Take Notice that Koniag, Inc., herewith files its Proposed Order Granting it's Unopposed Motion for Extension of Time at Docket 202.

DATED at Anchorage, Alaska this 13 day of, July, 2007.

R. COLLIN MIDDLETON, P.C.

Attorneys for Defendant, Koniag, Inc.

By /s/ R. Collin Middleton_____
P.O. Box 113128
Anchorage, AK  99511-3128

Phone:  907-222-0506  
Fax:  907-279-7029  
Email:  collinmiddleton@gci.net  
ABA #6803015

Certificate of Service
The undersigned certifies that the
Notice of Proposed Order
was served electronically on this  13th day of
July, 2007.

Bruce M. Landon
Department of Justice
Environment & Natural Resources Division
801 "B" Street, Suite 504
Anchorage, Alaska  99501-3657

John R. Fitzgerald, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181

Michael Schneider, Esq.
880 "N" Street, Suite 202
Anchorage, Alaska  99501

/s/ R. Collin Middleton