R. Collin Middleton, Esq.
R. Collin Middleton, P.C.
P.O. Box 113128
Anchorage, Alaska 99511-3128
Ph: 907-222-0506
Fax: 907-279-7029
Email: collinmiddleton@gci.net

Counsel for Defendant, Koniag, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A02-0290 CV (JKS) |
| ) | |
| LEISNOI, INC., KONIAG, INC., and ) | |
| GALE A. NORTON, Secretary of the ) | |
| Interior, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION**

Upon Koniag's Unopposed Motion for Extention of Time;

IT IS ORDERED THAT the motion is GRANTED and all parties may have until Tuesday, July 17th within which to file their Oppositions and Replies to the pending motions.

DATED at Anchorage, Alaska this _____ day of, 2007.


_____
Honorable James K Singleton

Judge of the United States District Court

(Name of Document)                                                                -1-
A02-0290 CV (JKS)

Certificate of Service
The undersigned certifies that the
Proposed Order, Motion for
Extension
was served by mail on this 13th day of
July, 2007.

Bruce M. Landon
Department of Justice
Environment & Natural Resources Division
801 "B" Street, Suite 504
Anchorage, Alaska  99501-3657

John R. Fitzgerald, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181

Michael Schneider, Esq.
880 "N" Street, Suite 202
Anchorage, Alaska  99501

/s/ R. Collin Middleton

(Name of Document)                                                                    -2-
A02-0290 CV (JKS)