R. Collin Middleton, Esq.
Law Offices of R. Collin Middleton, P.C.
P.O. Box 113128
Anchorage, Alaska  99511
Ph:  907-222-0506
Fax:  907-279-7029
Email:  collinmiddleton@gci.net

Counsel for Defendant, Koniag, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. A02-0290 CV (JKS) |
| | ) |
| LEISNOI, INC., KONIAG, INC., and GALE A. NORTON, Secretary of the Interior, | ) ) ) |
| | ) |
| Defendants. | ) |
| _____) | |

**OPPOSITION TO PRODUCING THE ENTIRE
ADMINISTRATIVE FILE**

Koniag joins in Leisnoi's Opposition at Docket 192 to Plaintiff's Motion for Order Directing the Federal Defendant to File a Complete Administrative Record at Docket 177.  It also joins in the Opposition soon to be filed by Secretary Kempthorne, and adopts the reasons set out by both fellow defendants.

Further, Koniag draws this Court's attention to its Memorandum in Support of Motion to Dismiss at Docket 145, pages 3-4, where Koniag stated that if the Secretary's decision on mootness is reversed, then, before this Court begins review of the massive administrative record, it necessarily must reach the issue that it would have no final

agency action as to the remainder of Mr. Stratman's allegations. Before both of these issues are determined, filing the full administrative record is premature. After all, if the Court overrules Secretary Kempthorne's decision on mootness, and directs the Secretary to reach the other issues so this Court has a final Agency action to review, the Federal defendant would have first sent the administrative record here and then be required to send the administrative record back to the Secretary.

DATED at Anchorage, Alaska this 13th day of July, 2007.

LAW OFFICES OF R. COLLIN MIDDLETON

Attorneys for Defendant
Koniag, Inc.

By /s/ R. Collin Middleton
    R. Collin Middleton
    ABA #6803015
    Law Offices of R. Collin Middleton, P.C.
    P.O. Box 113128
    Anchorage, AK 99511
    907-222-0506
    907-279-7029 – Fax
    collinmiddleton@gci.net

Certificate of Service
The undersigned certifies that the
Foregoing document was served
Electronically on this 13th day of
July, 2007.

Bruce M. Landon
Department of Justice
Environment & Natural Resources Division
801 "B" Street, Suite 504
Anchorage, Alaska 99501-3657

AND

John R. Fitzgerald, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181


Michael Schneider, Esq.
880 "N" Street, Suite 202
Anchorage, Alaska  99501

/s/ R. Collin Middleton

Opposition to Producing the Entire Administrative Record                    -3-
A02-0290 CV (JKS)