R. Collin Middleton, Esq.
Law Offices of R. Collin Middleton, P.C.
P.O. Box 113128
Anchorage, Alaska  99511
Ph:  907-222-0506
Fax:  907-279-7029
Email:  collinmiddleton@gci.net

Counsel for Defendant, Koniag, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. A02-0290 CV (JKS) |
| | ) |
| LEISNOI, INC., KONIAG, INC., and GALE A. NORTON, Secretary of the Interior, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO STAY OR ALTERNATIVELY DENYING THE PLAINTIFF'S MOTION TO AFFIRM IBLA DECISION**

IT IS ORDERED that the Motion at Docket 193 is GRANTED and that further briefing on the Motion at Docket 177 is STAYED.

Or

IT IS ORDERED that the Motion by Koniag is GRANTED and the Motion at Docket 177 is DENIED.

Or

The Motion by Koniag is GRANTED and Koniag is given 30 days after the

ORDER                                                                                                             -1-
A02-0290 CV (JKS)

complete Administrative Record is filed to answer Mr. Stratman's Motion at Docket 177.

DATED at Anchorage, Alaska this _____ day of July, 2007.

_____
James K. Singleton
Judge of the United States District Court

Certificate of Service
The undersigned certifies that the
foregoing document was served
Electronically on this 13th day of
July, 2007.

Bruce M. Landon
Department of Justice
Environment & Natural Resources Division
801 "B" Street, Suite 504
Anchorage, Alaska  99501-3657

John R. Fitzgerald, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181

Michael Schneider, Esq.
880 "N" Street, Suite 202
Anchorage, Alaska  99501

/s/ R. Collin Middleton