Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEISNOI, INC., KONIAG, INC., and ) | |
| DIRK KEMPTHORNE, Secretary of the ) | |
| Interior, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| _____) | |
| ) | |
| KONIAG, INC., ) | |
| ) | |
| Counter-claimant, ) | Case No.: 3:02-cv-0290 (JKS) |
| ) | |
| v. ) | |
| ) | |
| OMAR STRATMAN, ) | |
| ) | |
| Counter-claimed ) | |
| Defendant. ) | |
| _____) | |

## MR. STRATMAN WAIVES REPLY AT DOCKET NOS. 192 and 204

Leisnoi, Inc. has opposed, at Docket No. 192, Mr. Stratman's motion (Docket No. 177) for an order directing Federal defendant to file a completed Administrative Record.

-1-

Koniag has joined in Leisnoi's opposition at Docket No. 204. Mr. Stratman stands on his briefing at Docket No. 177 and declines to reply to either Leisnoi's or Koniag's opposition.

RESPECTFULLY submitted this 13th day of July, 2007.

s/Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
Phone: (907) 277-9306
Fax: (907) 274-8201
E-mail: mjspc@gci.net
Alaska Bar No. 7510088

**CERTIFICATE OF SERVICE**
I hereby certify that **MR. STRATMAN WAIVES REPLY TO DOCKET NOS. 192 and 204** was served electronically on the 13th day
of July, 2007, on Bruce M. Landon,
R. Collin Middleton, and John R. Fitzgerald.
s/Michael J. Schneider