BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone: 907-271-5452
Facsimile: 907-271-5827
Email: bruce.landon@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) | |
| ) | CASE NO. 3:02-CV-0290 (JKS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEISNOI, INC., KONIAG, INC., ) | |
| and P. LYNN SCARLETT, Acting ) | |
| Secretary of the Interior, ) | |
| ) | |
| Defendants. ) | |
| ) | |

(PROPOSED) ORDER

Defendant Kempthorne's Motion to Stay Briefing On Omar Stratman's Motion To Review and Affirm IBLA's Decision on Remand, And to Set Aside The Secretary's Original 1974 Decision Approving Leisnoi's Application for Eligibility as an Unlisted ANCSA Native Village (Docket #   ) is hereby GRANTED.  Responsive briefing on Docket #178 is stayed pending a decision by the Court whether Congress ratified the eligibility of Leisnoi, Inc. in Section 1427 of the Alaska National Interest Lands Conservation Act.  If the Court rules that

Stratman v. Leisnoi, 3:02-cv-0290
Order

Section 1427 did not ratify Leisnoi's eligibility, defendants shall file their responses to Docket #178 within 30 days after the date of such ruling.

DATED: _____   _____
                                   JAMES K. SINGLETON
                                   U. S. District Judge

Stratman v. Leisnoi, 3:02-cv-0290
Order