(907) 586-7107

Realty

February 10, 1975

Memorandum

To:     Commissioner of Indian Affairs, Washington, D.C.
        Attn: Robert Bruce, Legislative Co-ordinator

From:   Area Director

Subject: Eligibility of Woody Island, Alaska

This will confirm the telephone conversation between Bob Bruce, Legislative Co-ordinator and Delores N. Roullier, Area Realty Officer, relative to Congressman Dingell's inquiry of the eligibility of the Native village of Woody Island.

The application of Woody Island for determination of its eligibility as an unlisted Native village was received in the Juneau Area Office on August 17, 1973 along with the field report from Anchorage Agency prepared by Realty Specialist Gail Fitzpatrick. The application was filed with the Bureau of Land Management on August 28, 1973 and assigned Serial No. AA-8463. September 1, 1973 was the deadline for the filing of applications with this office (43 CFR 2651.2(a)(6)).

On September 21, 1974, the list of Native villages not listed in Section 11(b) of the Act but who filed applications prior to September 1, 1973 was published in the Federal Register. This was not a decision but merely a listing of all applications which constituted prima facie evidence of compliance with the regualtions of Section 2651.2(b).

The regulations required an investigation and examination of records then be made and a decision be issued no later than December 19, 1973. On December 10, 1973, decisions were made on unlisted villages and these two decisions were then published in the Federal Register on December 21, 1973 allowing a thirty-day protest period from date of publication. The thirty-day fell on January 20, 1974 which was Sunday, so protests were accepted until the close of business on January 21, 1974.



EXHIBIT 6
PAGE 1 OF 2 PAGES

Protests were received from the Alaska Chapter of Sierra Club and Alaska Wildlife Federation & Sportsmen's Council, Inc. and Philip R. Holdsworth. The Sierra Club protest was dated and received January 18, 1974 and the Alaska Wildlife Federation & Sportsmen's Council protest was dated and received January 21, 1974.

Our Final Decision determining the Native village of Woody Island eligible for land benefits under ANCSA was made on February 21, 1974 with a thirty-day period to file notices of appeal with the Ad Hoc Board.

On August 28, 1974 the Alaska Native Claims Appeal Board dismissed the appeals of the Sierra Club and Alaska Wildlife Federation & Sportsmen's Council and ordered the Area Director to certify Woody Island as eligible for benefits under the Alaska Native Claims Settlement Act and to publish this information in the Federal Register. The "Order" was approved by the Secretary of the Interior on September 9, 1974.

On September 24, 1974 a Certificate of Eligibility was executed in which we certified the Native village of Woody Island as eligible for benefits as an unlisted village in Section 11(b)(3) of the Alaska Native Claims Settlement Act and Section 2651.2(b) of Title 43 of the Code of Federal Regulations.

We are now preparing the notice for publication in the Federal Register.

If we may be of further assistance, please do not hesitate to contact us.

/s/ Clarence Antioquia

Clarence Antioquia
Area Director

File: 023 Unlisted, Woody Island
　　　reading
　　　mailrrom
　cc: Joseph E. Kahklen
DNRoullier:djr

Return to
Area Realty Officer

| COORDINATION | |
|---|---|
| OFFICE | LAST NAME |
| Realty | Roullier |
| | Kahklen |

EXHIBIT 6
PAGE 2 OF 2 PAGES