John Richard Fitzgerald
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Phone: (617) 737-8858
Fax: (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com
Attorneys for Defendant Leisnoi, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| OMAR STRATMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. A02-0290 CV (JKS) |
| versus | ) | |
| | ) | |
| LEISNOI, INC., KONIAG, INC., and | ) | **MOTION TO ALLOW** |
| DIRK KEMPTHORNE, SECRETARY OF | ) | **ORAL ARGUMENTS** |
| THE INTERIOR, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW, LEISNOI, INC., and hereby moves the Court to entertain oral arguments on its ANILCA motion (#120); its administrative finality/collateral estoppel motion (#118); its lack of standing motion (#107); its FRITLA motion (#111); and its statute of limitations motion (#109). These matters are of great importance to Leisnoi, and the Court would benefit by having the various motions and responses thereto put into perspective. The parties were never given an opportunity to present oral arguments either to the IBLA panel or to the Secretary of the Interior on the legal issues raised by these motions, and have not gathered together for about a decade now. Leisnoi suggests that although extensive briefing has been submitted, oral arguments will be useful both to the litigants and to this Court.

DATED this day 20th day of July, 2007.

RESPECTFULLY SUBMITTED,


/s/ John Richard Fitzgerald
Alaska Bar No. 8711084
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Phone (617) 737-8858
Fax (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com
Attorneys for Leisnoi, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2007 a copy of the foregoing was served electronically upon Collin Middleton, Esq., Bruce Landon, Esq., and Michael Schneider, Esq.

/s/ John Richard Fitzgerald