UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

OMAR STRATMAN,                          )
                                        )
    Plaintiff,                         )
                                        )       Case No. A02-0290 CV (JKS)
versus                                  )
                                        )
LEISNOI, INC., KONIAG, INC., and        )       **ORDER GRANTING LEISNOI, INC.'S**
DIRK KEMPTHORNE, SECRETARY OF           )       **MOTION TO ALLOW ORAL**
THE INTERIOR,                           )       **ARGUMENTS**
                                        )
    Defendants.                        )
_____)

    Leisnoi, Inc.'s Motion to Allow Oral Arguments is GRANTED.  The Court will entertain

oral arguments on various pending motions on _____ _____, 2007 at

_____ o'clock in courtroom _____.

    DATED this _____ day of _____, 2007.


                        _____

                        UNITED STATES DISTRICT JUDGE
                        Honorable James K. Singleton