Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LEISNOI, INC., KONIAG, INC., and ) <br> DIRK KEMPTHORNE, Secretary of the ) <br> Interior, ) <br> ) <br> Defendants, ) <br> ) <br> _____) <br> ) <br> KONIAG, INC., ) <br> ) <br> Counter-claimant, ) <br> ) <br> v. ) <br> ) <br> OMAR STRATMAN, ) <br> ) <br> Counter-claimed ) <br> Defendant. ) <br> _____) | Case No.:  3:02-cv-0290 (JKS) |

### OMAR STRATMAN'S QUALIFIED NON-OPPOSITION TO LEISNOI'S "MOTION TO ALLOW ORAL ARGUMENTS" (DOCKET 211)

Mr. Stratman does not object to oral argument on any issue.  However, in addition

to the issues mentioned by Leisnoi in its motion, and in the event that the Court believes

-1-

that oral argument may assist it in deciding matters before it, Mr. Stratman would ask that the Court consider allowing oral argument on all issues now before the Court, including, without limitation, the following:

1. Assuming Mr. Stratman survives motions filed before his at Docket No. 178 to reverse the Secretary's 1974 decision and affirm the more recent decision of IBLA, should Mr. Stratman's request for an order "decertifying" Leisnoi be granted at this time?

2. Should this matter, under any circumstances, suffer a remand to the agency?

3. In the event that the Court believes a remand to the agency is appropriate for some reason, should the matter be remanded with directions so that, during the remaining life expectancy of the participants, this litigation may see its ultimate end?

RESPECTFULLY submitted this 24th day of July, 2007.

        s/Michael J. Schneider
        Law Offices of Michael J. Schneider, P.C.
        880 "N" Street, Suite 202
        Anchorage, AK 99501
        Phone: (907) 277-9306
        Fax: (907) 274-8201
        E-mail: mjspc@gci.net
        Alaska Bar No. 7510088

**CERTIFICATE OF SERVICE**

I hereby certify that **OMAR STRATMAN'S QUALIFIED OPPOSITION TO LEISNOI'S "MOTION TO ALLOW ORAL ARGUMENTS" (DOCKET 211)** was served electronically on the 24th day of July, 2007, on Bruce M. Landon, R. Collin Middleton, and John R. Fitzgerald.
s/Michael J. Schneider