Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, | ) |
| Plaintiff, | ) |
| v. | ) |
| LEISNOI, INC., KONIAG, INC., and DIRK KEMPTHORNE, Secretary of the Interior, | ) |
| Defendants, | ) |
| _____ | ) |
| KONIAG, INC., | ) |
| Counter-claimant, | ) Case No.: 3:02-cv-0290 (JKS) |
| v. | ) |
| OMAR STRATMAN, | ) |
| Counter-claimed Defendant. | ) |
| _____ | ) |

**OMAR STRATMAN'S OPPOSITION TO THE FEDERAL DEFENDANT'S MOTION TO STAY BRIEFING ON OMAR STRATMAN'S MOTION TO REVIEW AND AFFIRM IBLA'S DECISION ON REMAND, AND TO SET ASIDE THE SECRETARY'S ORIGINAL 1974 DECISION APPROVING LEISNOI'S APPLICATION FOR ELIGIBILITY AS AN UNLISTED ANCSA NATIVE VILLAGE**

-1-

Mr. Stratman opposes Defendant Kempthorne's motion at Docket No. 207 for the

reasons stated in his briefing filed at Docket No. 178 and Docket No. 197.

RESPECTFULLY submitted this $^{1st}$ day of August, 2007.


s/Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
Phone: (907) 277-9306
Fax: (907) 274-8201
E-mail: mjspc@gci.net
Alaska Bar No. 7510088


**CERTIFICATE OF SERVICE**
I hereby certify that **OMAR STRATMAN'S**
**OPPOSITION TO THE FEDERAL**
**DEFENDANT'S MOTION TO STAY BRIEFING**
**ON OMAR STRATMAN'S MOTION TO REVIEW**
**AND AFFIRM IBLA'S DECISION ON REMAND,**
**AND TO SET ASIDE THE SECRETARY'S ORIGINAL**
**1974 DECISION APPROVING LEISNOI'S APPLICATION**
**FOR ELIGIBILITY AS AN UNLISTED ANCSA NATIVE**
**VILLAGE** was served electronically on the 1st day
of August, 2007, on Bruce M. Landon,
R. Collin Middleton, and John R. Fitzgerald.
s/Michael J. Schneider

-2-