IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>LEISNOI, INC., KONIAG, INC., and DIRK KEMPTHORNE, Secretary of the Interior,<br><br>    Defendants. | Case No. 3:02-cv-00290 (JKS)<br><br>JUDGMENT IN A CIVIL CASE |

The Court having entered its Order of even date herewith disposing of all issues raised,

IT IS ORDERED AND ADJUDGED

that the plaintiff Omar Stratman take nothing, that the action be dismissed without prejudice for lack of subject matter jurisdiction. The counterclaim of defendant Koniag is also dismissed without prejudice for lack of subject matter jurisdiction.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Date: September 26, 2007          Entered by:

Approved by:
                                   Ida Romack
 /s/ James K. Singleton, Jr.        Clerk
**JAMES K. SINGLETON, JR.**
United States District Judge

[A02-0290.jmt.frm]{JMT1.WPT*Rev.3/03}