DEAN K. DUNSMORE
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone: (907) 271-5452
Facsimile: (907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LEISNOI, INC., KONIAG, INC.,<br>and DIRK KEMPTHORNE,<br>Secretary of the Interior,<br><br>　　　　　　Defendants. | CASE NO. 3:02-cv-0290 (JKS)<br><br><br>NOTICE OF<br>SUBSTITUTION OF COUNSEL |

　　　　Federal Defendants hereby advise the Court that Dean K. Dunsmore, Trial Attorney, United States Department of Justice, Environment and Natural Resources Division, is substituted as counsel of record for Bruce M. Landon, attorney for the Federal Defendants, in the above-captioned and numbered case. Mr. Landon has retired from the Department of Justice.

All future pleadings and other documents to this case should be addressed to Mr. Dunsmore at the following address via mail, email or facsimile:

>Dean K. Dunsmore
>U.S. Department of Justice
>Environment and Natural Resources Division
>801 B Street, Suite 504
>Anchorage, Alaska 99501-3657
>Email: dean.dunsmore@usdoj.gov

Mr. Dunsmore's telephone number is (907) 271-5452. Facsimile documents may be sent to (907) 271-5827.

RESPECTFULLY SUBMITTED this 5th day of October, 2007, at Anchorage, Alaska.

>S/ Dean K. Dunsmore
>DEAN K. DUNSMORE
>Department of Justice
>Environment & Natural Resources Division
>801 B Street, Suite 504
>Anchorage, Alaska  99501-3657
>Phone: (907) 271-5452
>Facsimile: (907) 271-5827
>Email: dean.dunsmore@usdoj.gov
>
>Attorney for Federal Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of October, 2007, a copy of the foregoing Notice of Substitution of Counsel was served electronically to the following counsel of record:

John R. Fitzgerald
Michael J. Schneider
Collin Middleton

s/ Dean K. Dunsmore
DEAN K. DUNSMORE

Stratman v. Leisnoi, 3:02-cv-0290 (JKS)
Notice of Substitution of Counsel                    2