John Richard Fitzgerald
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Phone: (617) 737-8858
Fax: (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com
Attorneys for Defendant Leisnoi, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN,  )<br>  )<br>    Plaintiff,  )<br>  )<br>versus  )<br>  )<br>LEISNOI, INC., KONIAG, INC., and  )<br>DIRK KEMPTHORNE, SECRETARY OF  )<br>THE INTERIOR,  )<br>  )<br>    Defendants.  )<br>_____) | Case No. A02-0290 CV (JKS)<br><br>LEISNOI, INC.'S MOTION FOR<br>AWARD OF ATTORNEYS FEES |

      COMES NOW, LEISNOI, INC., through counsel, Morrison Mahoney LLP, and, pursuant to Federal Rule of Civil Procedure 54(d)(2), Local Rule 54.3, and the bad-faith on the part of the losing party exception to the American Rule recognized by the United States Supreme Court in *Alyeska Pipeline Service Co. v. Wilderness Society,* 421 U.S., 240 (1975), hereby moves for an award of ONE MILLION DOLLARS in attorneys fees.

DATED this 10th day of October, 2007.

RESPECTFULLY SUBMITTED,

/s/ John Richard Fitzgerald
Alaska Bar No. 8711084
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
Phone (617) 737-8858
Fax (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com
Attorneys for Leisnoi, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007 a copy of the foregoing was served electronically upon Collin Middleton, Esq., Dean Dunsmore, Esq., and Michael Schneider, Esq.

/s/ John Richard Fitzgerald