0118 536

Michael J. Schneider
LAW OFFICES OF
MICHAEL J. SCHNEIDER, P.C.
880 "N" Street, Suite 202
Anchorage, Alaska 99501
(907) 277-9306

Attorneys for Plaintiff
OMAR STRATMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, TONI BURTON, JOHN MURRAY, and MICHAEL DEVERS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JAMES G. WATT, Secretary of the Interior; ANTON LARSEN, INC.; LEISNOI, INC.; and KONIAG, INC., REGIONAL NATIVE CORPORATION,<br><br>　　　　Defendants. | No. 76-0132-A-JAV |

### LIS PENDENS

　　PURSUANT TO AS 09.45.790, NOTICE IS HEREBY GIVEN that an action is pending, as captioned above, with regard to real property described below and contesting the title and right of possession of Leisnoi, Inc. and/or Koniag, Inc. in this property. On or about the 5th day of March, 1993, Omar Stratman filed a motion pursuant to

LIS PENDENS
MJS/lc 428.001

-1-


EXHIBIT 1
Page 1 of 16

0118 537

F.R.C.P. 60(b) to vacate the dismissal of the above-referenced action and to allow him to reopen the file and litigate title and possessory issues. The affected lands are described as follows:

> U.S. Survey No. 3470, Alaska, Tract A, Lots 1 to 6, inclusive, situated on both sides of Chiniak Road at approximately Mile Station 23.5.

Containing 20.20 acres, as shown on plat of survey accepted March 11, 1959.

> U.S. Survey No. 3470, Alaska, Tract B, Lot 2, situated on both sides of Chiniak Road at approximately Mile Station 23.5.

Containing 21.48 acres, as shown on supplemental plat of survey accepted June 26, 1975.

> U.S. Survey No. 3473, Alaska, Lots 7, 8 and 9, situated on southwest side of Chiniak Road, 33 miles southeasterly from Kodiak, Alaska.

Containing 15.00 acres, as shown on plat of survey accepted March 11, 1959.

> U.S. Survey No. 5699, Alaska, Lot 3, situated on Woody Island, Alaska.

Containing 36.60 acres, as shown on plat of survey accepted June 1, 1977.

### Seward Meridian, Alaska

> T. 27 S., R. 18 W.
> Sec. 31, Lot 1;
> Sec. 32, Lot 1.

Containing 44.50 acres, as shown on plat of survey accepted January 9, 1980.

> T. 28 S., R. 18 W.
> Sec. 4, Lots 1 and 2;
> Sec. 5, Lots 1 and 2;
> Sec. 6, Lots 1 and 2;
> Sec. 7, Lot 1;
> Sec. 8, Lot 1.

LIS PENDENS
MJS/ke 428.001

-2-

EXHIBIT 4
Page 9 of 23 Pages

EXHIBIT A
Page 2 of 16

0118 538

Containing 569.00 acres, as shown on plat of survey accepting January 9, 1980.

    T. 29 S., R. 28 W.
    Sec. 27, Lot 1;
    Sec. 28, Lot 1.

Containing 2.50 acres, as shown on plat of survey accepted January 10, 1980.

    T. 30 S., R. 18 W.
    Sec. 7;
    Sec. 8, Lot 1;
    Sec. 17, Lot 1;
    Sec. 18;
    Sec. 20, Lots 1 and 2;
    Sec. 29, Lot 1.

Containing 2,369.36 acres as shown on plat of survey accepted January 10, 1980.

    T. 27 S., R. 19 W.
    Tract C.

Containing 1,028.00 acres, as shown on plat of survey accepted April 11, 1978.

    T. 29 S., R. 19 W.
    Sec. 6, Lot 1;
    Sec. 7, Lot 1;
    Sec. 20, Lots 1 and 2;
    Sec. 22, Lot 1;
    Sec. 27, Lot 1;
    Sec. 28, Lots 1 and 2;
    Sec. 29, Lots 1 and 2;
    Sec. 31, Lot 1;
    Sec. 32, Lots 1 and 2;
    Sec. 33, Lots 1, 2 and 3;
    Sec. 34, Lot 1.

Containing 1,106.00 acres, as shown on plat of survey accepted January 10, 1980.

    T. 30 S., R. 19 W.
    Secs. 1 to 5, inclusive;
    Sec. 6, Lot 1;
    Secs. 7 to 14, inclusive;
    Secs. 16, 17 and 18.

LIS PENDENS
MJS/ks 478.001

-3-

MICHAEL J. SCHNEIDER, P.C.

EXHIBIT 4
Page 10 of 23 Pages

EXHIBIT A
Page 3 of 16

0118  539

Containing 10,741.63 acres, as shown on plat of survey accepted January 10, 1980.

    T. 29 S., R. 20 W.
    Sec. 11, Lot 1;
    Sec. 12, Lot 1;
    Sec. 13, Lot 1;
    Sec. 14, Lot 1;
    Sec. 15, Lots 2 and 3;
    Sec. 16, Lots 1 and 2;
    Sec. 19;
    Sec. 20, Lot 1;
    Sec. 21, Lots 1 to 5, inclusive;
    Sec. 22, Lot 1;
    Sec. 23, Lot 1;
    Sec. 24, Lots 1 and 2;
    Sec. 25, Lot 1;
    Sec. 26, Lot 1;
    Sec. 27;
    Sec. 28, Lot 1;
    Secs. 29 to 32, inclusive;
    Sec. 34;
    Sec. 35; Lot 1.

Containing 8,749.68 acres, as shown on plat of survey accepted January 10, 1980.

    T. 30 S., R. 20 W.
    Sec. 1, Lot 1;
    Sec. 2, Lot 1;
    Sec. 3, Lot 1;
    Sec. 9;
    Sec. 10, Lot 1;
    Sec. 11, Lots 1 and 2;
    Sec. 12, Lot 1;
    Sec. 13;
    Sec. 14, Lot 1;
    Sec. 15, Lot 1;
    Secs. 16 and 17;
    Secs. 19 to 24, inclusive;
    Secs. 26, 27 and 28;
    Secs. 33, 34 and 35.

Containing 13,297.32 acres, as shown on plat of survey accepted January 10, 1980.

LIS PENDENS
MJS/ko 428.001

-4-

MICHAEL J. SCHNEIDER, P.C.

EXHIBIT 4
Page 11 of 23 Pages

EXHIBIT A
Page 4 of 16

0118  540

<u>T. 29 S., R. 21 W.</u>
Sec. 3, Lot 1;
Sec. 13, Lot 1;
Sec. 14, Lot 1;
Secs. 25, 26 and 36.

Containing 2,824.78 acres, as shown on plat of survey accepted January 10, 1980.

<u>T. 30 S., R. 21 W.</u>
Secs. 1, 2 and 3;
Secs. 9 and 10.

Containing 3,200.00 acres, as shown on plat of survey accepted January 10, 1980.

Aggregating 44,026.05 acres, and

All being situate in the Kodiak Recording District, Third Judicial District, State of Alaska.

DATED this 9th day of March, 1993.

LAW OFFICES
MICHAEL J. SCHNEIDER, P.C.
Attorneys for Plaintiff

BY: _____
    Michael J. Schneider

9 3-0 5 7 3
31-cc
KODIAK REC
DISTRICT
REQUESTED BY

Michael J Schneider

'93 MAR 12 PM 3 36

After recording, please return to:

Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, Alaska 99501

LIS PENDENS
MJS/ke 428.001

-5-

EXHIBIT 4
Page 12 of 23 Pages

EXHIBIT A
Page 5 of 16

0124 268

Michael J. Schneider
LAW OFFICES OF
MICHAEL J. SCHNEIDER, P.C.
880 "N" Street, Suite 202
Anchorage, Alaska 99501
(907) 277-9306

Attorneys for Plaintiff
OMAR STRATMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, TONI BURTON, JOHN MURRAY, and MICHAEL DEVERS,<br><br>    Plaintiffs,<br><br>vs.<br><br>JAMES G. WATT, Secretary of the Interior; ANTON LARSEN, INC.; LEISNOI, INC.; and KONIAG, INC., REGIONAL NATIVE CORPORATION,<br><br>    Defendants. | No. 76-0132-A-JAV |

LIS PENDENS

PURSUANT TO AS 09.45.790, NOTICE IS HEREBY GIVEN that an action is pending, as captioned above, with regard to real property described below and contesting the title and right of possession of Leisnoi, Inc. and/or Koniag, Inc. in this property. On or about the 5th day of March, 1993, Omar Stratman filed a motion pursuant to

LIS PENDENS
MJS/kc  478.001

-1-

EXHIBIT 4
Page 13 of 23 Pages

EXHIBIT A
Page 6 of 16

0124  269

F.R.C.P. 60(b) to vacate the dismissal of the above-referenced action and to allow him to reopen the file and litigate title and possessory issues. Mr. Stratman's motion was denied by the United States District Court on or about the 17th day of August, 1993. His motion to reconsider the courts' denial was denied on or about the 22nd day of September, 1993. A Notice of Appeal to the Ninth Circuit Court of Appeals was timely filed on October 22, 1992 and the matter is currently on appeal. See U.S. Court of Appeals, Docket No. 93-35894 and 93-36006. The affected lands are described as follows:

> Cliff Point Estates
> A portion of Lot 2, unapproved, Lot 30
> U.S. Survey No. 2539
> Tract I, U.S. Survey No. 444
>
> Land divided into forty (40) lots:
> Lots 1-40, Plat 93-35

All being situated in the Kodiak Recording District, Third Judicial District, State of Alaska.

DATED this 15th day of November, 1993.

LAW OFFICES
MICHAEL J. SCHNEIDER, P.C.
Attorneys for Plaintiff

BY: _____
Michael J. Schneider

After Recording, please return to:

Michael J. Schneider
880 "N" Street, Suite 202
Anchorage, Alaska  99501

9 3-3 0 7 1
22

RECORDED-FILED
KODIAK REC...
DISTRICT

Nov 22  1 17 PM '93

REQUESTED BY Michael Schneider

LIS PENDENS
MJS/kc 428.001

-2-

EXHIBIT 4
Page 14 of 23 Pages

EXHIBIT A
Page 7 of 16

0162  104

IN THE UNITED STATES OF AMERICA
DEPARTMENT OF THE INTERIOR
INTERIOR BOARD OF LAND APPEALS
139 East South Temple, Suite 600
Salt Lake City, Utah 84111

| | |
|---|---|
| OMAR STRATMAN, | IBLA 96-152 |
| Protestant | NO. A76-0132 CV (JKS) |
| v. | Challenge to the eligibility of Woody Island as a Native village under Section 11(b)(3) of the Alaska Native Claims Settlement Act, 43 USC § 1610(b)(3) (1994) |
| LEISNOI, INC., | |
| Respondent | |
| KONIAG, INC., BUREAU OF INDIAN AFFAIRS, | |
| Intervenors | |

## SUPPLEMENTAL LIS PENDENS

This Lis Pendens supplements and supercedes prior Lis Pendens recorded at Book 0118, pages 536-540, Book 0124, pages 268, 269, Book 0141, pages 261-263, and Book 0141, pages 464, 465.

NOTICE IS HEREBY GIVEN that an action is pending, as captioned above, with regard to the real property described below and contesting the title and right of possession of Leisnoi, Inc. and/or Koniag, Inc., of this property. The proceedings captioned above will not, in themselves, change title or possession, but are expected to determine the right of Leisnoi, Inc. and/or Koniag, Inc., to title or possession. Actual title and/or possession will be litigated, assuming a successful challenge in the proceedings captioned above, in later proceedings before the Federal District Court for the District of Alaska. See Stratman, et al v. Babbitt et al, Case No. A76-0132 CV (JKS), Order of September 25, 1996 and Stratman v. Leisnoi, Inc., ___ P2d. ___ (Alaska 1998) Supreme Court No. S-8103, Opinion No. 5054-December 18, 1998.

EXCEPTION AS TO TERMINATION POINT: Tract C, Township 27 South, Range 19 West, Seward Meridian, Alaska (also known as "Termination Point") is accepted from this Lis Pendens but only to the extent that the grantee of any conveyance of Termination Point is the EVOS Trustee

LAW OFFICES
MICHAEL J. SCHNEIDER, P.C.

EXHIBIT 4
15 of 23 Pages

EXHIBIT A

0162  105

Council, or a public entity designated by the EVOS Trustee Council.

The affected lands are described as follows:

U.S. Survey No. 3470, Alaska, Tract A, Lots 1 to 6, inclusive, situated on both sides of Chiniak road at approximately Mile Station 23.5.

Containing 20.20 acres, as shown on plat of survey accepted March 11, 1959.

U.S. Survey No. 3470, Alaska, Tract B, Lot 2, situated on both sides of Chiniak Road at approximately Mile Station 23.5.

Containing 21.48 acres, as shown on supplemental plat of survey accepted June 26, 1975.

U.S. Survey No. 3473, Alaska, Lots 7, 8 and 9, situated on southwest side of Chiniak Road, 33 miles southeasterly from Kodiak, Alaska.

Containing 15.00 acres, as shown on plat of survey accepted March 11, 1959.

U.S. Survey No. 5699, Alaska, Lot 3, situated on Woody Island, Alaska.

Containing 36.60 acres, as shown on plat of survey accepted June 1, 1977.

### Seward Meridian, Alaska

T. 27 S., R. 18 W.
Sec. 31, Lot 1;
Sec. 32, Lot 1.

Containing 44.50 acres, as shown on plat of survey accepted January 9, 1980.

T. 28 S., R. 18 W.
Sec. 4, Lots 1 and 2;
Sec. 5, Lots 1 and 2;
Sec. 6, Lots 1 and 2;
Sec. 7, Lot 1;
Sec. 8, Lot 1.

Containing 569.00 acres as shown on plat of survey accepting January 9, 1980.

EXHIBIT 4
Page 16 of 23 Pages

EXHIBIT A
Page 9 of 16

0162  106

T. 29 S., R. 28 W.
Sec. 27, Lot 1;
Sec. 28, Lot 1.

Containing 2.50 acres, as shown on plat of survey accepted January 10, 1980.

T. 30 S., R. 18 W.
Sec. 7;
Sec. 8, Lot 1;
Sec. 17, Lot 1;
Sec. 18;
Sec. 20, Lots 1 and 2;
Sec. 29, Lot 1.

Containing 2,369.36 acres as shown on plat of survey accepted January 10, 1980.

T. 27 S., R. 19 W.
Tract C.

Containing 1,028.00 acres, as shown on plat of survey accepted April 11, 1978.

T. 29 S., R. 19 W.
Sec. 6, Lot 1;
Sec. 7, Lot 1;
Sec. 20, Lots 1 and 2;
Sec. 22, Lot 1;
Sec. 27, Lot 1;
Sec. 28, Lots 1 and 2;
Sec. 29, Lots 1 and 2;
Sec. 31, Lot 1;
Sec. 32, Lots 1 and 2;
Sec. 33, Lots 1, 2, and 3;
Sec. 34, Lot 1.

Containing 1,106.00 acres, as shown on plat of survey accepted January 10, 1980.

T. 30 S., R. 19 W.
Secs. 1 to 5, Inclusive;
Sec. 6, Lot 1;
Secs. 7 to 14, Inclusive;
Secs. 16, 17, and 18.

Containing 10,741.63 acres, as shown on plat of survey accepted January 10, 1980.

T. 29 S., R. 20 W.
Sec. 11, Lot 1;
Sec. 12, Lot 1;
Sec. 13, Lot 1;
Sec. 14, Lot 1;
Sec. 15, Lots 2 and 3;
Sec. 16, Lots 1 and 2;

LAW OFFICES
MICHAEL J. SCHNEIDER, P.C.

EXHIBIT 4
11 of 23 Pages

EXHIBIT A
Page 10 of 16

0162   107

Sec. 19;
Sec. 20, Lot 1;
Sec. 21, Lots 1 to 5, inclusive;
Sec. 22, Lot 1;
Sec. 23, Lot 1;
Sec. 24, Lots 1 and 2;
Sec. 25, Lot 1;
Sec. 26, Lot 1;
Sec. 27;
Sec. 28, Lot 1;
Secs. 29 to 32, inclusive;
Sec. 34;
Sec. 35; Lot 1.

Containing 8,749.68 acres, as shown on plat of survey accepted January 10, 1980.

T. 30 S., R. 20 W.
Sec. 1, Lot 1;
Sec. 2, Lot 1;
Sec. 3, Lot 1;
Sec. 9;
Sec. 10, Lot 1;
Sec. 11, Lots 1 and 2;
Sec. 12, Lot 1;
Sec. 13;
Sec. 14, Lot 1;
Sec. 15, Lot 1;
Secs. 16 and 17
Secs. 19 to 24; inclusive;
Secs. 26, 27, and 28;
Secs. 33, 34, and 35.

Containing 13,297.32 acres, as shown on plat of survey accepted January 10, 1980.

T. 29 S., R. 21 W.
Sec. 3, Lot 1;
Sec. 13, Lot 1;
Sec. 14, Lot 1;
Secs. 25, 26 and 36.

Containing 2,824.78 acres, as shown on plat of survey accepted January 10, 1980.

T. 30 S., R. 21 W.
Secs. 1, 2 and 3;
Secs. 9 and 10.

Containing 3,200.00 acres, as shown on plat of survey accepted January 10, 1980.

**Cliff Point Estates**
A portion of Lot 2, unapproved, and Lot 30
U.S. Survey No. 2539
Tract I, U.S. Survey No. 444

LAW OFFICES
MICHAEL J. SCHNEIDER, P.C.

EXHIBIT 4
Page 18 of 23 Pages

EXHIBIT A
Page 11 of 16

0162  108

Land divided into forty (40) lots:
Lots 1-40, Plat 93-45

Aggregating 44,026.05 acres; and

All being situate in the Kodiak Recording District, Third Judicial District, State of Alaska.

DATED this 24th day of December, 1998.

LAW OFFICES
MICHAEL J. SCHNEIDER, P.C.
Attorneys for Plaintiff.

BY: *[signature]*
Michael J. Schneider
Alaska Bar No. 7510088

After recording, please return to:

Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501

000030
27-

RECEIVED BY
*[signature]* Michael J. Schneider
'99 JAN 11 AM 11 03

EXHIBIT 4
19 of 23 Pages

EXHIBIT A
Page 12 of 16

77 PAGE 664

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT

OMAR N. STRATMAN, )
      Plaintiff, )
  vs. )
LEISNOI, INC., and )
KONIAG, INC., )
      Defendants. )

3AN-85-16520

## LIS PENDENS

NOTICE IS HEREBY GIVEN that the plaintiff has filed the above captioned action in Superior Court, Third Judicial District, State of Alaska, and has requested the court to order that legal title be conveyed to him for the following described real property, located in the Kodiak Recording District, Third Judicial District, State of Alaska:

    Sec. 9, T30S, R20W, Seward-Meridian, Alaska - SE 1/4 NE 1/4, SE 1/4, SE 1/4 SW 1/4 hereby containing 240 acres more or less.

    Sec. 10, T30S, R20W, Seward-Meridian, Alaska - All of Sec. 10, excluding U.S.S. 2878, excluding the existing road right of way, locally known as Chiniak Road, and excluding the following: Commencing at the most westerly corner of U.S.S. 2878, Thence: Northwesterly a distance of 1800 feet more or less to the NW corner of the SW 1/4 NW 1/4 Sec. 10, Thence: North a distance of 1320 feet more or less along the common boundary between Secs. 9 & 10, to the section corner common to Secs. 3,4,9, & 10, Thence: Easterly a distance of 2865 feet more or less along the common boundary between Secs. 3 & 10, to the Northwesterly boundary of U.S.S. 2878, thereby containing 388 acres more or less.

    Secs. 1, 11 and 12, T30S, R20W, Seward-Meridian, Alaska - All of Sec. 1, Sec. 11 and Sec. 12 above the mean high water excluding any offshore islands, excluding the existing road right of way locally known as Chiniak Road, U.S.S. 3470, thereby containing 865 acres more or less.

    Secs. 13, 14, 15 and 16 T30S, R20W, Seward-Meridian, Alaska - All of Secs. 13, 14, 15 and 16, excluding U.S.S. 4364, excluding the existing road right of way locally known as Chiniak Road, excluding the existing road right of

EXHIBIT 4
Page 20 of 23 Pages

EXHIBIT 4

way locally known as Pasagshak Point, thereby containing 2,400 acres more or less.

Secs. 21, 22, 23, 24, 26, 27, 28, 33, 34, 35, T30S, R20W, Seward-Meridian, Alaska - All of Sections 21, 22, 23, 24, 26, 27, 28, 33, 34, and 35, excluding the existing road right of way locally known as Pasagshak Road, thereby containing 6,400 acres more or less.

Secs. 4, 5, 6, 7, 8, 9, 16, 17, 18, 19 and 20, T30S, R19W, Seward-Meridian, Alaska - All of Sections 4, 5, 6, 7, 8, 9, 16, 17, 18, 19 and 20, excluding the existing road right of way locally known as Chiniak Road above the mean high water excluding any offshore islands, thereby containing 6,970 acres more or less.

Secs. 27, 28, 31, 32, 33, T29S, R19W, Seward-Meridian, Alaska - All of Sections 27, 28, 31, 32 and 33, excluding the existing road right of way locally known as Chiniak Road above the mean high water, excluding any offshore islands, excluding U.S.S. 5701, 3471, 5667, 4935, thereby containing 613 acres more or less.

Secs. 34, T29S, R19W, to be used for road access Seward-Meridian, Alaska - A portion of land 60 feet wide by 500 feet long, lying in the NW 1/4 NW 1/4 SW 1/4 of Section 34 commencing at the SW right of way of the Chiniak Road, Thence in southwesterly direction to the easterly boundary of Section 33, thereby containing 0.70 acres more or less

containing 17,673 acres more or less.

Plaintiff claims an equitable interest in the property described.

DATED this 10th day of December, 1985.

HOUSTON & HENDERSON
Attorneys for Plaintiff

By: _____
Roger E. Henderson

85-003876
pd. 11.-

RECORDED-FILED
KODIAK RECORDING
DISTRICT

Dec 17  1 49 PM '85

R: Houston & Henderson
ADD: 821 N St., Suite 102
     Anch, AK 99501

EXHIBIT 4
Page 21 of 23 Pages

EXHIBIT 4

BOOK 46 PAGE 308
Kodiak Recording District

## LIS PENDENS

NOTICE IS HEREBY GIVEN that an action is presently pending in United States District Court for the District of Alaska, Case No. A-70-105 Civil, in which the following are parties:

OMAR STRATMAN, MARTIN EOODS, and JOHN R. SHOEMAKER, Plaintiffs,

vs.

CECIL D. ANDRUS, Secretary of the Interior, LEISNOI, INC., and KONIAG, INC., Regional Native Corporations, Defendants.

The object of the action by the Plaintiffs is to obtain a permanent injunction preventing the Secretary of Interior from conveying any interest in federal lands to Defendant LEISNOI, INC., and to set aside any conveyance of interest in real property which might have otherwise been made to date.

The following described property is affected by the action referred to above:

    All federally owned lands in which any
    interest or right have or may be granted
    by the Secretary of Interior to the Alaska
    Native Village Corporation of LEISNOI, INC.

DATED this 23rd day of November, 1979.

HOUSTON & HENDERSON
Attorneys for Plaintiff

By: Roger E. Henderson
    Roger E. Henderson

STATE OF ALASKA   )
                  ) ss.
THIRD JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on the 23rd day of November, 1979, before me, the undersigned, a Notary Public in and for the State of Alaska, personally appeared ROGER E. HENDERSON, to me known and known to me to be the identical individual who executed the above and foregoing LIS PENDENS, and who acknowledged to me that he executed the same freely and voluntarily for the uses and purposes therein contained.

WITNESS my hand and seal the day and year above written.

Notary Public in and for Alaska
My commission expires: [illegible]

EXHIBIT 4
Page 22 of 23

BOOK 46 PAGE 309
Kenai Recording District

002304

FILED
RUING

DEC 3  8 35 AM '79

EXHIBIT 4
Page 23 of 23 Pages