IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

LEISNOI, INC.,
       Plaintiffs,
vs.
OMAR N. STRATMAN, et al.,
       Defendants.

Supreme Court Numbers
S-3774/3775/3776/3781

Case No.: 3AN-85-16520 Civ.

### JUDGMENT FOR ATTORNEY FEES TO MERDES & MERDES, P.C. AND AGAINST LEISNOI, INC.

Following this Court's AS 09.43.110 judicial confirmation of a 6/14/94 Alaska Bar Association arbitration award of attorney fees in favor of Merdes & Merdes, P.C. of P.O. Box 71309, Fairbanks, AK 99707 (907) 452-5400 and against Plaintiff Leisnoi, Inc., judgment against Leisnoi, Inc. and in favor of Merdes & Merdes, P.C. is entered in the principal amount of $721,000.00.

Interest thereon shall run at the rate of eight percent (8%) per annum from 7/26/92 until paid in full. Leisnoi, Inc. may pay this judgment in installments of $100,000 per year and writs of execution related to this judgment shall reflect this payment schedule.

Each $100,000 payment from Leisnoi, Inc. to Merdes & Merdes, P.C. shall be received by Merdes & Merdes, P.C. by September 1 of each year, commencing in 1994.

Pursuant to the arbitration award, Leisnoi, Inc. shall be in "default" if Merdes & Merdes, P.C. fails to

receive any $100,000 installment within 30 days of when it is due. While Leisnoi, Inc. is in default, all money due Merdes & Merdes, P.C. (not just the amount in default) shall accumulate interest at the rate of ten point five percent (10.5%) per annum until paid in full.

LET EXECUTION ISSUE ACCORDINGLY.

DATED this 25 day of January, 1995.

_____
SUPERIOR COURT JUDGE

Judgment\PET0930

I certify that on 1-25-95
a copy of the above was mailed to each
of the following at their addresses of
record:

_____
S. Watts

Merdes

LEISNOI v. STRATMAN
JUDGMENT FOR ATTORNEY FEES
PAGE -2-