```
Michael J. Schneider
LAW OFFICES OF
MICHAEL J. SCHNEIDER, P.C.
880 "N" Street, Suite 202
Anchorage, Alaska  99501
(907) 277-9306

Attorneys for Plaintiff
OMAR STRATMAN
```

FILED
MAR 24 1995
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, TONI BURTON, JOHN MURRAY, and MICHAEL DEVERS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BRUCE BABBITT, Secretary of the Interior; ANTON LARSEN, INC.; LEISNOI, INC.; and KONIAG, INC., REGIONAL NATIVE CORPORATION,<br><br>    Defendants. | No. 76-0132-A-JAV |

MOTION FOR PRELIMINARY INJUNCTION
[F.R.C.P. 65]

COMES NOW plaintiff, Omar Stratman, by and through his attorneys, Law Offices of Michael J. Schneider, P.C., and moves this Court for a preliminary injunction:

-1-

MJS/kc 428.001

EXHIBIT 4

     1.   enjoining Leisnoi from conducting any further timber-cutting activities on the subject lands pending determination of this action; and

     2.   from distributing, transferring, or otherwise dissipating the proceeds it has, or will receive, from its timber-cutting activities; or ordering Leisnoi to deposit these proceeds into the Registry of the Court.

This motion relies upon the attached memorandum, all related exhibits, the record in the case to date, and any record developed at hearings on this motion, should any be scheduled or take place.

IT IS SO MOVED this 24th day of March, 1995.

LAW OFFICES
MICHAEL J. SCHNEIDER, P.C.
Attorneys for Plaintiff

BY: _____
Michael J. Schneider

BY: _____
Eric R. Cossman

LAW OFFICES
MICHAEL J. SCHNEIDER, P.C.
880 "N" STREET, SUITE 202
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9306
FAX (907) 274-8201

-2-

MJS/kc 428.001