Michael J. Schneider
Eric R. Cossman
MICHAEL J. SCHNEIDER, P.C.
880 "N" Street, Suite 202
Anchorage, Alaska  99501
(907) 277-9306

FILED

APR 21 1995

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, TONI BURTON, JOHN MURRAY, and MICHAEL DEVERS,<br><br>    Plaintiffs,<br><br>vs.<br><br>BRUCE BABBITT, Secretary of the Interior; ANTON LARSEN, INC.; LEISNOI, INC.; and KONIAG, INC., Regional Native Corporation,<br><br>    Defendants. | Case No. 76-132-A-JAV |

<u>MOTION FOR INJUNCTION PENDING APPEAL</u>

COMES NOW Plaintiff Omar Stratman, by and through his attorney, Law Offices of Michael J. Schneider, P.C., and moves this court pursuant to Fed.R.Civ.Proc. 62(c) for an injunction pending appeal:  1) enjoining Leisnoi from conducting any further timber-cutting activities on the subject lands pending determination of Stratman's appeal; and  2) enjoining Leisnoi from distributing, transferring, or otherwise dissipating the proceeds it has

1

EXHIBIT 7

227

received, or will receive, from its timber-cutting activities, or ordering Leisnoi to deposit these proceeds into the registry of the court.

To the extent that the court's order of April 14, 1995, staying the proceedings herein pending a Rule 16 pre-trial conference, can be construed as prohibiting this motion, Stratman also moves for relief from stay for the limited purpose of interposing this motion for interim relief.

This motion is supported by the accompanying memorandum of points and authorities.

DATED at Anchorage, Alaska this 21st day of April, 1995.

LAW OFFICES OF
MICHAEL J. SCHNEIDER, P.C.
Attorneys for Plaintiff
Omar Stratman

By _____
    Michael J. Schneider

LAW OFFICES
MICHAEL J. SCHNEIDER, P.C.
880 "N" STREET, SUITE 202
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9306
FAX (907) 274-8201