IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

LEISNOI, INC., an Alaska )
corporation, )
 )
    Plaintiff, ) Case No. 3K0-93-356 CIV
 )
versus )
 )
OMAR STRATMAN, )
 )
    Defendant. )
_____ )

### FINAL JUDGMENT

IT IS ORDERED, ADJUDGED, AND DECREED, that Omar Stratman's claims to have acquired title to land owned by Leisnoi, Inc. through the doctrine of adverse possession are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that Leisnoi, Inc.'s application for a writ of Forcible Entry and Detainer is DENIED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Rule 82 Attorneys Fees in the amount of $_____ and costs in the amount of $_____ are awarded in favor of _____.

DATED this ___ day of _____, 1995.

_____
SUPERIOR COURT JUDGE

I certify that on 9/12/95
a copy of the above was mailed to each
of the following at their addresses of
record: Reichlin Fitzgerald
V. Erdman
Secretary/Deputy Clerk

EXHIBIT  A
Page 15 of 15 Pages

