APR 1 9 1996

FILED

APR 2 4 1996

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OMAR STRATMAN,

    Plaintiff - Appellant,

vs.

BRUCE BABBITT, Secretary of the Interior; ANTON LARSEN, INC.; LEISNOI INC.; KONIAG, INC., Regional Native Corporation,

    Defendants - Appellees.

No. 95-35376

D.C. No. CV-76-0132-JAV

M E M O R A N D U M*

Appeal from the United States District Court
for the District of Alaska
James A. von der Heydt, Senior District Judge, Presiding

Argued and Submitted April 8, 1996
Seattle, Washington

Before: PREGERSON, TASHIMA, Circuit Judges, and JONES, District Judge.**

    Plaintiff Omar Stratman appealed the denial of his motion for a preliminary injunction in this action originally brought under the Alaska Native Claim Settlement Act, 43 U.S.C. § 160. After this appeal was filed, the district court, on November 21, 1996, entered judgment and remanded this action, <u>in its entirety</u>, to the

---

\*   This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

\*\*   The Honorable Robert E. Jones, United States District Judge for the District of Oregon, sitting by designation.



Interior Board of Land Appeals. We, therefore, dismiss this appeal as moot.