IN THE

UNITED STATES DEPARTMENT OF INTERIOR

OFFICE OF HEARINGS AND APPEALS

TRANSCRIPT OF PROCEEDINGS

```
-----------------------------x
OMAR STRATMAN,                :
             Protestant,      :
                              :   IBLA 96-152
        v.                    :   Nbr. A76-0132 CV
                              :
LEISNOI, INC.,                :
-----------------------------x
                              :
KONIAG, INC.,                 :
BUREAU OF INDIAN AFFAIRS,     :
                              :
             Intervenors.     :
-----------------------------x
```

HEARING

BEFORE

HONORABLE HARVEY C. SWEITZER
United States Administrative Law Judge

August 13, 1998
Anchorage, Alaska USA
Day 9

BUNN & ASSOCIATES
Registered Professional Reporters Worldwide
2036 Adobe Street, Douglas, Wyoming 82633 USA
Post Office Box 1618, Glenrock, Wyoming 82637 USA
In USA 1-800-435-2468   Worldwide 001-307-358-3222
Worldwide Telefax 001-307-358-2288
E-mail: BUNNWORLDWIDE@compuserve.com

---

1   APPEARANCES:
2
3       MICHAEL J. SCHNEIDER, Esquire
4       880 "N" Street
        Suite 202
        Anchorage, Alaska  99501
        USA
5         PH  907-277-9306
          FX  907-274-8201
6         e-mail: mjspc@alaska.net
            For the Party Stratman.
7
8       JOHN R. FITZGERALD, Esquire
        McAlpine, Peuler & Cozad
9       701 South Peters Street
        Suite 300
        New Orleans, Louisiana  70130
10      USA
          PH  504-561-0323
11        FX  504-528-9442
          e-mail
12
        and
13
        ROBERT L. BRECKBERG, Esquire
14      Edgar Paul Boyko & Associates
        711 H Street
15      Suite 510
        Anchorage, Alaska  99501
16      USA
          PH  907-279-1000
17        FX  907-279-8944
          e-mail  breckberg@gci.net
18          For the Party Leisnoi, Inc.
19      R. COLLIN MIDDLETON, Esquire
        and
20      BRENNAN CAIN, Esquire
        Middleton & Timme
21      Suite 250
        421 West First Avenue
22      Anchorage, Alaska  99501
        USA
23        PH  907-276-3390
          FX  907-276-8238
24          For the Party Koniag, Inc.
25

---

1   APPEARANCES (continued):
2
3       JAMES R. MOTHERSHEAD, Esquire
        Office of the Alaska Regional Solicitor
4       U.S. Department of Interior
        4230 University Drive, Suite 300
5       Anchorage, Alaska  99508-4626
        USA
6         PH  907-271-4131
          FX  907-271-4143
7           For the Intervenor Bureau of Indian
            Affairs
8
9
10
11
12
13
14
15                    RECEIVED
16
17                  SEP 24 1998
18
19              MIDDLETON & TIMME
20
21
22
23
24
25

---

I N D E X

|  |  | Page |
|---|---|---|
| MOTIONS |  | 29 |

WITNESSES CALLED BY THE BUREAU OF INDIAN AFFAIRS:

| Name |  | Page |
|---|---|---|
| Scott Houk | Direct | 57 |
|  | Cross by Schneider | 89 |

WITNESSES CALLED BY THE PROTESTANT:

| Name |  | Page |
|---|---|---|
| Richard J. Hensel | Direct | 93 |
|  | Cross by Middleton | 108 |
|  | Cross by Fitzgerald | 125 |
|  | Redirect | 143 |
|  | Recross by Fitzgerald | 145 |
|  | Recross by Middleton | 146 |
| Patricia Chaplain Hampton | Direct | 147 |
|  | Cross by Fitzgerald | 196 |
|  | Cross by Middleton | 226 |
|  | Redirect | 233 |
| Harold James Naughton | Direct | 240 |
|  | Cross by Middleton | 257 |
|  | Cross by Fitzgerald | 279 |
|  | Redirect | 286 |
| Edward Franklin Naughton | Direct | 290 |
|  | Cross by Middleton | 314 |
|  | Cross by Fitzgerald | 323 |
| William S. Cordry | Direct | 401 |
|  | Cross by Fitzgerald | 430 |
|  | Redirect | 446 |
|  | Recross | 448 |

EXHIBIT
13
ALL-STATE LEGAL®

1  week to go through all of Leisnoi's property with the
2  intent of trying to develop, to see what the economic
3  use could be made for Mr. Stratman.  It's not a
4  private marital communication.
5       THE COURT:  Well, assuming he did
6  everything you say, assuming she will say he did
7  everything you say, insofar as anything I have to
8  determine, so what?
9       MR. FITZGERALD:  It goes to his lack of
10  standing, Your Honor.  I know you're not going to
11  decide the issue.  That will be decided by the IBLA.
12       But I believe your role here is to
13  gather the facts so that we have it in the Record.
14  And some day we all know we're going to be back in
15  U.S. District Court, and Mr. Schneider will then
16  again file some sort of Motion claiming his client is
17  a public-interest litigant.
18       We want to have the facts established.
19  That's his interest, is to obtain this land for
20  himself.  And he's not a public-service litigant, and
21  there's no basis for him to post a bond, as he has
22  previously sought to do.
23       THE COURT:  Do you want to say anything
24  more about it, Mr. Schneider?
25       MR. SCHNEIDER:  These issues only arose

1  stated you understand that it has nothing to do with
2  the determination, or recommended determination I'm
3  called on to make, I'll permit you to call the
4  Witness over the objection of Mr. Schneider.
5       MR. FITZGERALD:  Thank you.  And I will
6  try to be brief, Your Honor.
7       MR. SCHNEIDER:  In that event, Your
8  Honor, we would like to reserve a little bit of time
9  to call Mr. Stratman if need be at the end of the
10  hearing to address the comments today.
11       THE COURT:  You may certainly have
12  that, sir.
13       MR. SCHNEIDER:  Thank you.
14       MR. FITZGERALD:  Call Meldonna Cody to
15  the stand.
16       THE COURT:  Raise your right hand,
17  please.
18  M E L D O N N A   V I R G I N I A   C O D Y,  called
19            as a witness by the Respondent, having
20            been first duly sworn, was examined and
21            testified as follows:)
22       THE COURT:  Okay.  And understand --
23            Sit down, please, ma'am.
24            Understand that while I said time
25  certainly isn't, clearly is not our only

1  in the injunction context.  They're only relevant in
2  the injunction context.
3       It's got nothing to do with him
4  standing in front of the Federal District Court, and
5  nothing to do with standing in front of this Court.
6  Mr. Fitzgerald knows it.
7       It is interesting that he wishes this
8  Witness to rebut testimony that I hope Your Honor
9  recalls he affirmatively put on.  I mean, when, since
10  when do you call a rebuttal witness to rebut the
11  testimony that you put on, somebody that's not on the
12  list?
13       MR. FITZGERALD:  Hostile witness I
14  called, Your Honor.
15       THE COURT:  Sir, witnesses?
16       MR. FITZGERALD:  I say, it was a
17  hostile witness that I called.  And I'm going to
18  improve his testimony.
19       I think the time we spend arguing this,
20  we could just get the Witness on and off and preserve
21  it for a Record, and at a later time the IBLA can
22  decide whether this is proper testimony.
23       THE COURT:  Well, time is only one of
24  our considerations.
25       With some misgiving, and you've already

1  consideration, you did suggest a limited time.  So,
2  I --
3       MR. FITZGERALD:  I did, and I intend to
4  be brief, Your Honor.
5       THE COURT:  So I understand you, you to
6  be there in good faith on that.
7       MR. FITZGERALD:  I certainly am in good
8  faith on that representation.
9       (Whereupon, remarks were made between
10  the Reporter and the Witness, off the Record, after
11  which the following occurred:)
12       THE WITNESS:  Meldonna Virginia Cody,
13  M-e-l-d- o-n-n-a; my middle name, Virginia, V-i-r-g-
14  i-n-i-a; last name, Cody, C-o-d-y.
15  DIRECT EXAMINATION
16  BY MR. FITZGERALD:
17       Q.  Thank you.  And were you married to Mr.
18  Omar Stratman?
19       A.  Yeah, I was.
20       Q.  When did you marry him?
21       A.  October of '84.
22       Q.  And when did you get divorced?
23       A.  November of '93.
24       Q.  Do you have any personal knowledge as
25  to the motivation of Omar Stratman in pursuing this

Cody - Direct    3259

```
 1   litigation?
 2        A.  Yes.
 3        Q.  Please explain it to the Judge.
 4        A.  It's for his benefit, for financial
 5   benefit.
 6        Q.  And what, what facts do you base that
 7   statement on?
 8        A.  On the incident that we talked about,
 9   the, when I was running ty-, --
10        THE COURT:  Well, let me say, you say,
11   "That we've talked about."  I think you're talking
12   about what Mr. Fitzgerald represented.  Understand,
13   he's not testifying.
14        THE WITNESS:  Okay.
15        MR. FITZGERALD:  My statement is not in
16   evidence.
17        THE COURT:  You now are, so all that
18   would be considered by anybody would be what you have
19   to say, ma'am, so far as evidence is concerned.
20        THE WITNESS:  I understand.
21        THE COURT:  Okay.
22        THE WITNESS:  All right.  When I was
23   managing the lodge we had a group of, of real estate
24   consultants -- I'm not certain if that's the accurate
25   term to describe them, but I believe that's what they
```

Cody - Direct    3261

```
 1   ski slope.  And I asked about how Omar planned to do
 2   that, and he was going to buy a snow-making machine
 3   and develop a ski slope kind of behind, well, on a
 4   plat, it would be behind the lodge area.
 5        And there was a spit of land that goes
 6   out beyond Mr. Lucas' land in Chiniak, and we were
 7   looking at doing some kind of a charter, a boat
 8   charter outfit from that area.
 9        Q.  Did your husband ever make any
10   indications as to whether he hoped that one day
11   Leisnoi's land would become his own?
12        A.  Yes.
13        Q.  And you, how did he, how did he
14   manifest that intent?
15        A.  There, there were several
16   conversations, but in particular when we picked up
17   these real estate people from the airport, before you
18   get to Kalsin Bay Hill, as you're heading towards the
19   ranch, there's one point where the road has a, a
20   sweeping vista of, of the ranch and the whole point
21   out towards Chiniak.  And as you look across the bay
22   there he stopped the, the car and gestured.
23        He actually made a point of stopping
24   the car and saying, "This is the land that we're
25   talking about."
```

Cody - Direct    3260

```
 1   were.  -- and it was a husband and wife and another
 2   man came to the lodge and spent a good week exploring
 3   different areas of the, the land, and kept coming
 4   back in the evenings with descriptions of potential
 5   revenue-making ventures on parts of that land.
 6        Q.  And who owns that land that you're
 7   referring to?
 8        A.  Right now?
 9        Q.  Yes.
10        A.  I suppose Leisnoi owns it right now.
11        Q.  Okay, and this, this land that you're
12   referring to that they were exploring the possibility
13   of developing, where is that located?
14        A.  From the, what we called the "ranch
15   headquarters," the 160 acres up into Chiniak.
16        Q.  And they, they didn't -- Let me ask you
17   whether your husband ever made any statements, and if
18   so, what they were, pertaining to the future of that
19   land, Leisnoi's land?
20        A.  Oh, I have to go on, on Record as
21   saying I don't know whether that's Leisnoi's land or
22   was at the time.  The, the -- I was even involved in
23   some of it.
24        We were excited about potentially --
25   One thing I thought was sort of bizarre was making a
```

Cody - Direct    3262

```
 1        Q.  What specifically did he say about the,
 2   "Land we're talking about," with respect to the
 3   future of it or the future ownership thereof?
 4        A.  I can't tell you the specific quote.
 5   The implication was that this was going to be his
 6   land, and that this is what the real estate people
 7   were there to develop.
 8        Q.  And what reaction, if any, did you have
 9   when you read a letter to the Editor that your
10   ex-husband later wrote purporting to try to save
11   Leisnoi's land for green space or, or for public use?
12        A.  I laughed.
13        Q.  Why?  Why?
14        A.  That's, that, that's unlike Omar.  And
15   he's not one to just donate things to somebody,
16   anybody, so it just didn't fit his character.
17        Q.  And so in essence what do you believe
18   to be his motivation in pursuing this case?
19        MR. SCHNEIDER:  Asked and answered.
20        MR. FITZGERALD:  Just the last
21   question, Your Honor, just to sum it up.
22        THE COURT:  All right.  I'll, I'll,
23   I'll permit just this one question.
24        THE WITNESS:  In pursuing the case I
25   think he's got, at one point he thought that he had
```

that land, and I think he had great disappointment
when he didn't have it. And I think that it's, it's
plagued him that he hasn't obtained that land.

    MR. FITZGERALD: Thank you. No further
questions.

    THE COURT: Cross-examine, Mr.
Schneider.

    MR. SCHNEIDER: Thank you, Your Honor.

CROSS EXAMINATION
BY MR. SCHNEIDER:

    Q. Ms. Cody, you were married to Mr.
Stratman in October of '84?

    A. Yes.

    Q. Be sure and answer audibly.

    A. Yes, I was.

    Q. And you were aware of -- When you got
to know Omar and got involved with him, and
ultimately married him, were you aware that he had
made, that he had settled a decertification case with
Leisnoi?

    MR. FITZGERALD: Objection, Your Honor.
Misstates the evidence.

    MR. SCHNEIDER: Yeah, sure does. With
Koniag. Let me try it again. Let me just try it
again. Stick with me here.

    THE COURT: Okay, that's stricken.

BY MR. SCHNEIDER (Resuming):

    Q. When you married Omar you knew that he
had been fighting over Leisnoi's eligibility in the
past; fair to say?

    A. What I knew when I got married to Omar,
I can relate it to an incident when we had dinner
after we got married.

    Q. Okay, could you just tell me, did you
know that he had been in --

    A. Very little. Very little.

    Q. All right. But you knew something
about an ongoing dispute?

    A. Yes, I did.

    Q. Fair enough. Okay. There was an
ongoing dispute. Did you understand that there had
been a settlement of that dispute?

    A. Not -- No. I have to say at the time
that I got married, no.

    Q. Okay, then after you got married did
you come to know that?

    A. Yes.

    Q. Okay.

    A. I did.

    Q. And the settlement of this dispute, did

---

1  you come to find out that it had been participated in
2  by the United States Government?
3      A. I, I understood that it went to the
4  Supreme Court and halted just before it went to the
5  Supreme Court.
6      Q. Okay, that's, that's correct. But did
7  you understand that the, that the Bureau of Indian
8  Affairs, the, the very party in this proceeding, was
9  a party to that settlement and to that earlier
10  dispute?
11      A. No.
12      Q. Okay.
13      A. No.
14      Q. Fair enough. Did you understand that
15  that earlier fight, problem, litigation, had been
16  brought by a citizen's action group, and that Omar
17  was one of its members?
18      A. Not at the time when I first knew Omar,
19  no, I did not know that.
20      Q. Okay, did you later come to find that
21  out?
22      A. Yes.
23      Q. Okay. And that there were a whole list
24  of people that were members of the, the Citizen's
25  Action Group at one point and named on the caption of

1  the pleadings, Diefers (phonetic) and a bunch of
2  other folks?
3      A. I think I only saw them as "et al." I
4  don't believe -- I never saw the names.
5      Q. Okay, but you knew at one point in
6  history that was not just Mr. Stratman's fight, but a
7  fight by a citizen's acting group centered in Kodiak?
8      A. I didn't know that until much later in
9  my marriage.
10      Q. That's fine, but the question is: Did
11  you ever know it?
12      A. Yes.
13      Q. Thank you very much. Now let's just
14  get to your relationship with Mr. Stratman since your
15  divorce.
16      Not too rosy. Fair enough to say?
17      A. No, not too rosy.
18      Q. Not very rosy at all. You and he have
19  meet each other at the Courthouse?
20      A. Yes.
21      Q. Okay, now let's get to the agreement
22  that you've come to know it over time. This
23  agreement for land couldn't go anywhere until Leisnoi
24  got its land; was that your understanding?
25      A. Yes.