01/10/02 09:31 FAX 907 271 5827  DOJ,ENRD → SOL AK  ☒001

BRUCE M. LANDON
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
907-271-5452
Facsimile: 907-271-5827

Attorney for Federal Defendant

RECEIVED JAN 1 2002

FILED JAN 09 2002
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEISNOI, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. A99-608-CV (~~JWS~~) HRH |

## DISCLAIMER

The United States disclaims any property interest in the surface estate of the lands described in the patents numbered 50-86-0067, 50-86-0632, 50-86-0634, 50-86-0093 and interim conveyances 171 and 1137, except for those property interests retained or reserved on the face of the patents and/or interim conveyances or statutorily reserved.

RESPECTFULLY SUBMITTED, this 9th day of January, 2002, at Anchorage, Alaska.

_____
BRUCE M. LANDON
Attorney for Federal Defendant

OPTIONAL FORM 99 (7-90)
**FAX TRANSMITTAL** # of pages ▶
To: Bob Mothershead  From: B. Landon
Dept./Agency  Phone #
Fax #  Fax #
NSN 7540-01-317-7368  5099-101  GENERAL SERVICES ADMINISTRATION

EXHIBIT 14