JUDGMENT
================================================== FILED
================================================== ==========

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FEB 19 2003

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

NO. 02-35190
CT/AG#: CV-99-00608-A-HRH

LEISNOI INC

    Plaintiff - Appellee

v.

UNITED STATES OF AMERICA

    Defendant - Appellee

--------------------------

OMAR STRATMAN

    Applicant in intervention - Appellant

----------------------

APPEAL FROM the United States District Court for the District of Alaska (Anchorage).

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered: 12/19/02

EXHIBIT 16

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 10 2003

by _____ Deputy Clerk

A99-0608--CV (HRH)
----------------------
M. SCHNEIDER
B. LANDON (AUSA)

MAILED ON 2-19-03