IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| LEISNOI, INC., )<br>    )<br>    Plaintiff, )<br>    )<br>versus )<br>    )<br>OMAR STRATMAN, )<br>    )<br>    Defendant )<br>_____ ) | Case No. 3AN-96-502 CI<br>c/w 3AN-05-13155 CI |

### FINAL JUDGMENT

IT IS ORDERED, ADJUDGED, AND DECREED, that Judgment is hereby entered in favor of Leisnoi, Inc. and against Omar Stratman quieting title in favor of Leisnoi, Inc. as to certain real property in the Kodiak Recording District, Third Judicial District, State of Alaska, described below as the surface estate of:

> U.S. Survey No. 3470, Alaska, Tract A, Lots 1 to 6, inclusive, situated on both sides of Chiniak Road at approximately Mile Station 23.5.

Containing 20.20 acres, as shown on plat of survey accepted March 11, 1959.

> U.S. Survey No. 3470, Alaska, Tract B, Lot 2, situated on both sides of Chiniak Road at approximately Mile Station 23.5.

Containing 21.48 acres, as shown on supplemental plat of survey accepted June 26, 1975.

> U.S. Survey No. 3473, Alaska, Lots 7, 8 and 9, situated on southwest side of Chiniak Road, 33 miles southeasterly from Kodiak, Alaska.

Containing 15.00 acres, as shown on plat of survey accepted March 11, 1959.

*Leisnoi, Inc. v. Omar Stratman*
Case No. 3AN-96-502 CI c/w 3AN-05-13155
FINAL JUDGMENT
Page 1 of 6

1206605v1



U.S. Survey No. 5699, Alaska, Lot 3, situated on Woody Island, Alaska

Containing 36.60 acres, as shown on plat of survey accepted June 1, 1977.

<u>Seward Meridian, Alaska</u>

<u>T. 27 S. R. 18 W</u>
Sec. 31, Lot 1;
Sec. 32, Lot 1.

Containing 44.50 acres, as shown on plat of survey accepted January 9, 1980.

<u>T. 28 S. R 18 W.</u>
Sec. 4, Lots 1 and 2;
Sec. 5, Lots 1 and 2;
Sec. 6, Lots 1 and 2;
Sec. 7, Lot 1;
Sec. 8, Lot 1.

Containing 569.00 acres, as shown on plat of survey accepted January 9, 1980.
<u>T. 29 S. R. 28 W.</u>
Sec. 27, Lot 1;
Sec. 28, Lot 1.

Containing 2.50 acres, as shown on plat of survey accepted January 10, 1980.

<u>T. 30 S. R. 18 W.</u>
Sec. 7;
Sec. 8, Lot 1;
Sec. 17, Lot 1;
Sec. 18;
Sec. 20, Lots 1 and 2;
Sec. 29, Lot 1.

Containing 2,369.36 acres as shown on plat of survey accepted January 10, 1980.

<u>T. 27 S. R. 19 W.</u>
Tract C  ("Termination Point")

*Leisnoi, Inc. v. Omar Stratman*
Case No. 3AN-96-502 CI c/w 3AN-05-13155
FINAL JUDGMENT
Page 2 of 6

1206605v1

Containing 1,028.00 acres, as shown on plat of survey accepted April 11, 1978.

> T. 29 S. R. 19 W.
> Sec. 6, Lot 1;
> Sec. 7, Lot 1;
> Sec. 20, Lots 1 and 2;
> Sec. 22, Lot 1;
> Sec. 27, Lot 1;
> Sec. 28, Lots 1 and 2;
> Sec. 29, Lots 1 and 2;
> Sec. 31, Lot 1;
> Sec. 32, Lots 1 and 2;
> Sec. 33, Lots 1, 2 and 3;
> Sec. 34, Lot 1

Containing 1,106.00 acres, as shown on plat of survey accepted January 10, 1980.

> T. 30 S. R. 19 W.
> Secs. 1 to 5, inclusive;
> Sec. 6, Lot 1;
> Secs. 7 to 14, inclusive;
> Secs. 16 to 20, inclusive

Containing 10,741.63 acres, as shown on plat of survey accepted January 10, 1980.

> T. 29 S. R. 20 W.
> Sec. 11, Lot 1;
> Sec. 12, Lot 1;
> Sec. 13, Lot 1;
> Sec 14, Lot 1;
> Sec. 15, Lots 2 and 3;
> Sec. 16, Lots 1 and 2;
> Sec. 19;
> Sec. 20, Lot 1;
> Sec. 21, Lots 1 to 5, inclusive;
> Sec. 22, Lot 1;

*Leisnoi, Inc. v. Omar Stratman*
Case No. 3AN-96-502 CI c/w 3AN-05-13155
FINAL JUDGMENT
Page 3 of 6

1206605v1

    Sec. 23, Lot 1;
    Sec. 24, Lots 1 and 2;
    Sec. 25, Lot 1;
    Sec. 26, Lot 1;
    Sec. 27;
    Sec. 28, Lot 1;
    Sec. 29 to 32, inclusive;
    Sec. 34;
    Sec. 35, Lot 1.

Containing 8,749.68 acres, as shown on plat of survey accepted January 10, 1980.

    <u>T. 30 S. R. 20 W.</u>
    Sec. 1, Lot 1;
    Sec. 2, Lot 1;
    Sec. 3, Lot 1;
    Sec. 9;
    Sec. 10, Lot 1;
    Sec. 11, Lots 1 and 2;
    Sec. 12, Lot 1;
    Sec 13;
    Sec 14, Lot 1;
    Sec. 15, Lot 1;
    Secs. 16 and 17;
    Secs. 19 to 24, inclusive;
    Secs. 26, 27 and 28;
    Secs. 33, 34, and 35.

Containing 13,297.32 acres, as shown on plat of survey accepted January 10, 1980.

    <u>T. 29 S. R. 21 W.</u>
    Sec. 3, Lot 1;
    Sec. 13, Lot 1;
    Sec. 14, Lot 1;
    Secs. 25, 26 and 36

Containing 2,824.78 acres, as shown on plat of survey accepted January 10, 1980.

*Leisnoi, Inc. v. Omar Stratman*
Case No. 3AN-96-502 CI c/w 3AN-05-13155
FINAL JUDGMENT
Page 4 of 6

1206605v1

    <u>T. 30 S. R. 21 W.</u>
    Secs 1, 2 and 3;
    Secs. 9 and 10

Containing 3,200.00 acres, as shown on plat of survey accepted January 10, 1980.

and both the surface estate and subsurface estate of the following real property situated in the Kodiak Recording District, Third Judicial District, State of Alaska:

    <u>Cliff Point Estates</u>
    A portion of Lot 2, unapproved, Lot 30
    U.S. Survey No. 2539
    Tract I, U.S. Survey No. 444

Land divided into forty (40) lots:
    Lots 1-40, Plat 93-35.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that *lis pendens* recorded by Omar Stratman in the property records of the Kodiak Recording District, Third Judicial District, State of Alaska, at the books and pages listed below, and any others now pending or hereafter recorded into those property records asserting that Omar Stratman's decertification case could affect title to land owned by Leisnoi, Inc. are EXPUNGED:

    Book 46,  Pages 308 to 309;
    Book 77,  Pages 664 to 665;
    Book 102, Pages 368 to 372;
    Book 118, Pages 536 to 540;
    Book 124, Pages 268 to 269;
    Book 141, Pages 261 to 263;
    Book 141, Pages 464 to 465;
    Book 162, Pages 104 to 108.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that costs in the amount of $_____ are assessed against Omar Stratman and awarded in favor of Leisnoi, Inc.

*Leisnoi, Inc. v. Omar Stratman*
Case No. 3AN-96-502 CI c/w 3AN-05-13155
FINAL JUDGMENT
Page 5 of 6

1206605v1

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Rule 82 Attorneys Fees in the amount of $_____ are hereby awarded in favor of Leisnoi, Inc. and assessed against Omar Stratman.

ANCHORAGE, ALASKA this 1st day of October, 2007.

_____
SUPERIOR COURT JUDGE
Honorable Stephanie Joannides

I certify that on 10-2-07 a copy of the above was mailed/faxed to each of the following at their addresses of record
_____
Judicial Assistant

Schneider
Clerk

*Leisnoi, Inc. v. Omar Stratman*
Case No. 3AN-96-502 CI c/w 3AN-05-13155
FINAL JUDGMENT
Page 6 of 6

1206605v1