UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, )<br> )<br> Plaintiff, )<br> ) Case No. A02-0290 CV (JKS)<br>versus )<br> )<br>LEISNOI, INC., KONIAG, INC., and ) ORDER GRANTING LEISNOI, INC.'S<br>DIRK KEMPTHORNE, SECRETARY OF ) MOTION FOR AN AWARD OF<br>THE INTERIOR, ) ATTORNEYS FEES<br> )<br> Defendants. )<br>_____) | |

The Court finds that Omar Stratman engaged in a number of vexatious, oppressive, bad-faith tactics over the course of the more than thirty years he pursued his decertification quest, such that, per *Alyeska Pipeline Service Co. v. Wilderness Society*, 421 U.S. 240 (1975), Leisnoi is entitled to an award of attorneys fees. The Court hereby assesses against Omar Stratman, and awards in favor of Leisnoi, Inc., $_____ in attorneys fees.

DATED this day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE
Honorable James K. Singleton