John Richard Fitzgerald
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Phone: (617) 737-8858
Fax: (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com
Attorneys for Defendant Leisnoi, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| OMAR STRATMAN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. A02-0290 CV (JKS) |
| versus | ) | |
| | ) | |
| LEISNOI, INC., KONIAG, INC., and | ) | LEISNOI, INC.'S MOTION FOR |
| DIRK KEMPTHORNE, SECRETARY OF | ) | LEAVE TO FILE ITS |
| THE INTERIOR, | ) | CONTEMPORANEOUS ATTORNEY |
| | ) | TIME RECORDS UNDER SEAL |
|     Defendants. | ) | |
| | ) | |

COMES NOW, LEISNOI, INC., and hereby moves for leave to submit under seal its

detailed, contemporaneous attorney time records that support its Motion for Award of Attorneys

Fees.  Leisnoi and Omar Stratman are still engaged in numerous ongoing litigations, and the

records are a virtual diary of what the lawyers have reviewed, researched, discussed, considered,

and explored.  Leisnoi does not wish to produce these records to Mr. Stratman so as to avoid

giving him any tactical advantage.

*Stratman v. Leisnoi, Inc.*
Case No. A02-0290 CIV (JKS)
Motion for Leave to Submit Attorney Time Records under Seal
Page 1

1213682v1

DATED this 10th day of  2007.

RESPECTFULLY SUBMITTED,


/s/ John Richard Fitzgerald
Alaska Bar No. 8711084
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Phone (617) 737-8858
Fax (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com
Attorneys for Leisnoi, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007 a copy of the foregoing was served electronically upon Collin Middleton, Esq., Dean Dunsmore, Esq., and Michael Schneider, Esq.

/s/ John Richard Fitzgerald

*Stratman v. Leisnoi, Inc.*
Case No. A02-0290 CIV (JKS)
Motion for Leave to Submit Attorney Time Records under Seal
Page 2

1213682v1