John Richard Fitzgerald
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Phone: (617) 737-8858
Fax: (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com
Attorneys for Defendant Leisnoi, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN,  )<br>  )<br>   Plaintiff,  )<br>  )<br> versus  )<br>  )<br> LEISNOI, INC., KONIAG, INC., and  )<br> DIRK KEMPTHORNE, SECRETARY OF  )<br> THE INTERIOR,  )<br>  )<br>   Defendants.  )<br> _____ ) | Case No. A02-0290 CV (JKS)<br><br>ORDER GRANTING LEISNOI, INC.'S MOTION FOR LEAVE TO SUBMIT ATTORNEY TIME RECORDS UNDER SEAL |

In order to avoid giving the opposing litigant a tactical advantage by seeing all Leisnoi's lawyers have done and considered in defending against Omar Stratman's claims, the Court hereby GRANTS the Motion for Leave to Submit Attorney Time Records under Seal.

DATED this _____day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE
Honorable James K. Singleton

1213683v1