Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEISNOI, INC., KONIAG, INC., and )<br>DIRK KEMPTHORNE, Secretary of the )<br>Interior, )<br>)<br>Defendants, )<br>)<br>_____)<br>)<br>KONIAG, INC., )<br>)<br>Counter-claimant, )<br>)<br>v. )<br>)<br>OMAR STRATMAN, )<br>)<br>Counter-claimed )<br>Defendant. )<br>_____) | Case No.: 3:02-cv-0290 (JKS) |

**<u>ORDER DENYING LEISNOI'S MOTION (DOCKET NO. 224) TO FILE ITS ATTORNEY TIME RECORDS UNDER SEAL</u>**

-1-

The Court having considered Leisnoi's motion at Docket No. 224 and Mr. Stratman's response at Docket No. _____, and mindful of the demands of District of Alaska Local Rule 54.3(a)(3)[C], that a fee motion must attach "bills sent or other detailed itemization[,]" the Court does hereby DENY Leisnoi's motion. It further orders that Leisnoi will forthwith, and no later than _____, serve Mr. Stratman with billing backup or withdraw its motion for attorney's fees (Docket Nos. 222 and 223).

DONE and ORDERED entered this ___ day of _____, 2007.

_____
The Honorable James K. Singleton
U.S. District Court Judge