IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

OMAR STRATMAN,

    Plaintiff,

v.

LEISNOI, INC., KONIAG, INC., and DIRK KEMPTHORNE, Secretary of the Interior,

    Defendants.

Case No.: 3:02-cv-0290 (JKS)

## OMAR STRATMAN'S NOTICE OF APPEAL

Notice is hereby given that OMAR STRATMAN, Plaintiff and Counter-claim Defendant, hereby appeals to the United States Court of Appeals for the Ninth Circuit that certain final "JUDGMENT IN A CIVIL CASE" (Docket 220) entered and filed September 26, 2007, by the Honorable James K. Singleton, Jr., United States District Court Judge.

Respectfully submitted this 19th day of October, 2007, Anchorage, Alaska.

s/Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
Phone: (907) 277-9306
Fax: (907) 274-8201
E-mail: mjspc@gci.net
Alaska Bar No. 7510088

**CERTIFICATE OF SERVICE**
I hereby certify that **OMAR STRATMAN'S NOTICE OF APPEAL** was served electronically on the 19th day of October, 2007, on Dean Dunsmore, R. Collin Middleton, and John R. Fitzgerald.
s/Michael J. Schneider

LAW OFFICES
MICHAEL J. SCHNEIDER, P.C.
880 "N" STREET, SUITE 202
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9306
FAX (907) 274-8201

1