IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

OMAR STRATMAN, )
        Plaintiff, )
v. )
LEISNOI, INC., KONIAG, INC., )
and DIRK KEMPTHORNE, )
Secretary of the Interior, )
        Defendants. )   Case No.: 3:02-cv-0290 (JKS)
_____ )

## **OMAR STRATMAN'S NOTICE OF ORDERING OF REPORTER'S TRANSCRIPT**
**[Circuit Rule 10-3.1a]**

COMES NOW Omar Stratman, and indicates, through counsel's signature below, that he does not intend to order any transcripts regarding this appeal.

Respectfully submitted this 19th day of October, 2007, Anchorage, Alaska.

    s/Michael J. Schneider
    Law Offices of Michael J. Schneider, P.C.
    880 "N" Street, Suite 202
    Anchorage, AK 99501
    Phone: (907) 277-9306
    Fax: (907) 274-8201
    E-mail: mjspc@gci.net
    Alaska Bar No. 7510088

**CERTIFICATE OF SERVICE**
I hereby certify that **OMAR STRATMAN'S NOTICE OF ORDERING OF REPORTER'S TRANSCRIPT** was served electronically on the 19th day of October, 2007, on Dean Dunsmore, R. Collin Middleton, and John R. Fitzgerald.
s/Michael J. Schneider

LAW OFFICES
MICHAEL J. SCHNEIDER, P.C.
880 "N" STREET, SUITE 202
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9306
FAX (907) 274-8201

1