IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

OMAR STRATMAN, )
)
             Plaintiff, )
)
v. )
)
LEISNOI, INC., KONIAG, INC., )
and DIRK KEMPTHORNE, )
Secretary of the Interior, )
)
             Defendants. )    Case No.: 3:02-cv-0290 (JKS)
_____ )

## **CERTIFICATE OF SERVICE**

This is to certify that the:

1. United States Court of Appeals for the Ninth Circuit Civil Appeals Docketing Statement;

2. Order of September 26, 2007, issued by Judge Singleton (Docket No. 219);

3. Judgement in a Civil Case (Docket No. 220);

4. Current Service List with Telephone and Fax Numbers;

4. Omar Stratman's Notice of Appeal; and

5. Omar Stratman's Notice of Ordering of Reporter's Transcript

was served via U.S. Mail on the 19th day of October, 2007, on:

John R. Fitzgerald
Morrison Mahoney LLP
250 Summer Street
Boston, MA   02210-1181

R. Collin Middleton, Esq.
Law Offices of R. Collin Middleton, Esq.
P.O. Box 113128
Anchorage, AK 99511-3128

Dean K. Dunsmore
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, AK   99501-3657

LAW OFFICES
MICHAEL J. SCHNEIDER, P.C.
880 "N" STREET, SUITE 202
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9306
FAX (907) 274-8201

Respectfully submitted this 19th day of October , 2007, Anchorage, Alaska.

s/Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
Phone: (907) 277-9306
Fax: (907) 274-8201
E-mail: mjspc@gci.net
Alaska Bar No. 7510088

**CERTIFICATE OF SERVICE**
I hereby certify that the **CERTIFICATE OF SERVICE** was served electronically
on the 19th day of October, 2007, on Dean Dunsmore,
R. Collin Middleton, and John R. Fitzgerald.
s/Michael J. Schneider

LAW OFFICES
MICHAEL J. SCHNEIDER, P.C.
880 "N" STREET, SUITE 202
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9306
FAX (907) 274-8201