## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

Case No. 3:02-cv-00290 (JKS)

By:                  THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:        Dan Maus, Case Management: 677-6123*

<u>PROCEEDINGS</u>:        ORDER FROM CHAMBERS

      Although the Court does not agree with Stratman that the local rule compels the result, the Court does not believe this is an appropriate case for sealing the attorney time records. Leisnoi's request for leave to file its contemporaneous attorney time records under seal is denied.

**IT IS THEREFORE ORDERED:**

      The Motion at **Docket No. 224** is **DENIED**.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.

DATE: October 19, 2007

\*      ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.