```
         UNITED STATES
        DISTRICT COURT
         District of Alaska
         Anchorage Division

       #  00131488  -  NL
        October 19, 2007


   Code    Case #    Qty     Amount

   086900-F 02-290           105.00 CK
   510000-C 02-290           150.00 CK
   086400-R 02-290           200.00 CK


   TOTAL→              455.00


FROM: LAW OFFICES OF MICHAEL SCHNEID
      APPEAL FILING FEE
      3:02-CV-00290-JKS
```