Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEISNOI, INC., KONIAG, INC., and ) | |
| DIRK KEMPTHORNE, Secretary of the ) | |
| Interior, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| _____) | |
| ) | |
| KONIAG, INC., ) | |
| ) | |
| Counter-claimant, ) | Case No.:  3:02-cv-0290 (JKS) |
| ) | |
| v. ) | |
| ) | |
| OMAR STRATMAN, ) | |
| ) | |
| Counter-claimed ) | |
| Defendant. ) | |
| _____) | |

## ORDER DENYING LEISNOI'S MOTION (DOCKET NO. 224) TO FILE ITS ATTORNEY TIME RECORDS UNDER SEAL

The Court having considered Leisnoi's motion at Docket No. 224 and Mr. Stratman's response at Docket No. _____, and mindful of the demands of District of Alaska Local Rule 54.3(a)(3)[C], that a fee motion must attach "bills sent or other detailed itemization[,]" the Court does hereby DENY Leisnoi's motion.  It further orders that Leisnoi will forthwith, and no later than _____, serve Mr. Stratman with billing backup or withdraw its motion for attorney's fees (Docket Nos. 222 and 223).

DONE and ORDERED entered this ____ day of _____, 2007.

_____
The Honorable James K. Singleton
U.S. District Court Judge