John Richard Fitzgerald
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Phone: (617) 737-8858
Fax: (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com
Attorneys for Defendant Leisnoi, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> versus ) <br> ) <br> LEISNOI, INC., KONIAG, INC., and ) <br> DIRK KEMPTHORNE, SECRETARY OF ) <br> THE INTERIOR, ) <br> ) <br> Defendants. ) <br> _____) | Case No. A02-0290 CV (JKS) <br><br> MOTION FOR LEAVE TO FILE <br> ATTORNEY TIME RECORDS <br> IN SUPPORT OF MOTION (#222) <br> FOR ATTORNEYS FEES |

COMES NOW, LEISNOI, INC., and hereby moves for leave to submit as exhibits in support of its motion for attorneys fees the attached contemporaneous attorney time records from Morrison Mahoney LLP; Governo Law Firm; McAlpine & Cozad; Edgar Paul Boyko & Associates; Roy Longacre & Associates; and Atkinson, Conway & Gagnon.  The records were not submitted alongside the motion for attorneys fees because Leisnoi moved for leave to submit the records under seal.  The Court has now denied the motion for leave to file these records under seal.  Portions of the invoices have been redacted to eliminate charges for which Leisnoi is not seeking reimbursement herein.

*Stratman v. Leisnoi, Inc.*
Case No. A02-0290 CIV (JKS)
Motion for Leave to Submit Attorney Time Records in Support of Motion for Award of Attorneys Fees
Page 1

1214353v1

DATED this 23rd day of October, 2007.

                                RESPECTFULLY SUBMITTED,

/s/ John Richard Fitzgerald
Alaska Bar No. 8711084
Morrison Mahoney LLP
250 Summer Street
Boston, MA  02210-1181
Phone (617) 737-8858
Fax (617) 342-4848
Email: jfitzgerald@morrisonmahoney.com
Attorneys for Leisnoi, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007 a copy of the foregoing was served electronically upon Collin Middleton, Esq., Dean Dunsmore, Esq., and Michael Schneider, Esq.

/s/ John Richard Fitzgerald

*Stratman v. Leisnoi, Inc.*
Case No. A02-0290 CIV (JKS)
Motion for Leave to Submit Attorney Time Records in Support of Motion for Award of Attorneys Fees
Page 2

1214353v1