EXHIBIT NO. 3: GOVERNO LAW FIRM LLC

# GOVERNO LAW FIRM LLC

260 Franklin Street
Boston, MA 02110

Tel. (617) 737-9045
Fax (617) 737-9046

December 19, 2005

Federal Tax ID No. 04-3575503

Invoice #    20023641

Invoice submitted to:

Ms. Carole Pagano
Treasurer, Leisnoi, Inc.
305-127 North Red Mountain
Mesa AZ 85207

In Reference To:   In re: Leisnoi, Inc./Decertification
Our File No. 1620-02

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/1/2005 | JRF | Draft notice to the federal district court providing new contact information. | 0.20 | 36.00 |
| 11/14/2005 | JRF | Review status report filed by the Department of Justice, evaluating legal significance of attached correspondence from Assistant Secretary of the Interior Scott Keep indicating that within the next ten days he will complete his review and provide report to Secretary Gail addressing all issues raised by the parties. | 0.30 | 54.00 |
|  | JRF | Telephone call with with C. Pagaono regarding discussed potential impact of a ruling by Secretary Gale Norton, timing issues, case apparently coming to a head soon. | 0.20 | 36.00 |
| 11/16/2005 | JRF | Legal analysis regarding potential lack of subject matter jurisdiction in the present suit, whether it would be cured upon ruling by Secretary Norton, timing issue for raising the matter, possible ways Stratman could get around it, and analysis of how best to make use of the jurisdictional issue. | 1.50 | 270.00 |
|  |  | For professional services rendered | 2.20 | $396.00 |

# GOVERNO LAW FIRM LLC

260 Franklin Street
Boston, MA 02110

Tel. (617) 737-9045
Fax (617) 737-9046

December 19, 2005

Federal Tax ID No. 04-3575503

Invoice #     20023643

Invoice submitted to:

Ms. Carole Pagano
Treasurer, Leisnoi, Inc.
305-127 North Red Mountain
Mesa AZ 85207

In Reference To:     In re: Leisnoi, Inc./IBLA
                     Our File No. 1620-04

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/1/2005 | JRF | Draft letter to Gale Norton asking her to update her files with new address and phone number. | 0.20 | 36.00 |
| 11/15/2005 | JRF | Evaluation of immediate legal ramifications that could occur upon issuance of a ruling by the Secretary of the Interior. | 0.40 | 72.00 |
|  | JRF | Assess options for dealing with the tax arrearage situation that could result if Leisnoi did not prevail before Department of Interior. | 0.40 | 72.00 |
|  | JRF | Lengthy telephone call with C. Pagano regarding indications that the Leisnoi file is now on the desk of the Secretary of the Interior Gale Norton, and legal options available to Leisnoi in event of adverse ruling. | 0.40 | 72.00 |
| 11/16/2005 | JRF | Lengthy telephone call with R. Mothershead regarding recent report by Scott Keep, timing issue of upcoming ruling by Secretary Norton, and wide-ranging discussion of the various issues that are presented to her on the appeal. | 0.70 | 126.00 |
|  | JRF | Legal research and analysis regarding loss of tax exemption if Secretary Norton were to decertify, evaluation of legal options available to the corporation to avoid the spector of losing the land to the Kodiak Island Borough, studying specific provisions of the Land Bank sections of ANCSA and assessing potential trouble and possible solutions. | 1.80 | 324.00 |

**VERNO LAW FIRM LLC**

Invoice #    20023643

Ms. Carole Pagano
December 19, 2005

Page 2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/16/2005 | JRF | Legal research and analysis regarding statutes governing, and procedures for, a transfer of certain land parcels into a Settlement Trust per 43 U.S.C. section 1629b and/or 1629e, assessing problem with purpose of the Trust not allowed to be to operate as a business, and evaluating dissenter's rights under 1629e(a)(B)(3). | 1.40 | 252.00 |
| | JRF | Legal research and analysis regarding alienability issue, evaluating how this would be affected by potential cancellation of stock of Secretary Norton were to rule against the eligibility of the Native village. | 0.70 | 126.00 |
| 11/18/2005 | JRF | Legal research and analysis regarding potential legal consequences if Secretary Norton were to decertify, evaluating limitations on re-enrollment, impact of Public Law 94-204. | 0.80 | 144.00 |
| 11/21/2005 | JRF | Research and analysis regarding stock cancellation in the event Secretary Norton were to decertify, assessing a whole host of thorny legal issues that would flow therefrom including how to issue new stock; whether new issuance would have to comply with Securities Act and applicable regulations; and how to obtain shareholder approval of a land distribution when there may be no shareholders if the stock were canceled, evaluate both logistic and legal ramifications. | 1.00 | 180.00 |
| | JRF | Telephone call with with C. Pagano regarding briefing the board on legal options available if Secretary Norton were to rule against the Native Village of Woody Island, also discuss pending legal affairs. | 0.20 | 36.00 |
| | JRF | Review November 17, 2005 letter from Jane M. Smith, attorney advisor to Gale Norton. | 0.10 | 18.00 |
| | | For professional services rendered | 8.10 | $1,458.00 |

Additional Charges :

| 11/30/2005 | Postage. | 1.85 |
|---|---|---|
| | 16 copies at .10 per copy. | 1.60 |
| | LexisNexis - online research for the month of November 2005. | 51.41 |
| | Total costs | $54.86 |

Total amount of this bill                                                                                     $1,512.86

# GOVERNO LAW FIRM LLC

260 Franklin Street
Boston, MA 02110

Tel. (617) 737-9045
Fax (617) 737-9046

January 23, 2006

Federal Tax ID No. 04-3575503

Invoice #    20023670

Invoice submitted to:

Ms. Carole Pagano
Treasurer, Leisnoi, Inc.
305-127 North Red Mountain
Mesa AZ 85207

In Reference To:    In re: Leisnoi, Inc./Decertification
Our File No. 1620-02

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/14/2005 | JRF | Telephone call with F. Pagano regarding discussions with Congressman Young's assistant, and comment by the congressman that the Secretary will never decertify. | 0.20 | NO CHARGE |
| 12/20/2005 | JRF | Research whether a constructive trust could be fashioned upon Leisnoi's land even though the government cannot sue to annul the land patents. | 1.70 | 306.00 |
|  | JRF | Research defenses available to Leisnoi to claims for a monetary judgment to be assessed against Leisnoi for the value of the land patented even if the government could not undo the patents themselves. | 1.50 | 270.00 |
|  | JRF | Evaluate whether Stratman could make use of the Administrative Procedures Act to obtain remedies otherwise barred by 43 U.S.C. section 1166. | 0.60 | 108.00 |
|  | JRF | Telephone call with with Bob Mothershead regarding remedies issue, limitations on what Stratman hopes to achieve. | 0.30 | 54.00 |
| 12/21/2005 | JRF | Study Stratman's First Amended and Second Amended Complaints in the November 2002 suit, checking for whether he makes a procedural challenge to the agency having promulgated the Act of God/Governmental Authority regulations that supplemented the Alaska Native Claims Settlement Act so as to trigger the narrower time limit that would benefit Leisnoi. | 0.60 | 108.00 |

# GOVERNO LAW FIRM LLC

Invoice #    20023670

Ms. Carole Pagano  
January 23, 2006

Page 2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/21/2005 | JRF | Research and analysis regarding line of federal cases holding that only a party who claims an interest in the land has standing to sue to annul the patent thereto, evaluating how Leisnoi can make a standing argument in opposition to any attempt by Stratman to impose a constructive trust upon the land. | 0.90 | 162.00 |
| 12/23/2005 | JRF | Study cases Bob Mothershead thought might be helpful in defeating Stratman's claims. | 1.30 | 234.00 |
|  |  | For professional services rendered | 7.10 | $1,242.00 |

Additional Charges :

| 12/31/2005 | LexisNexis - online research for the month of December 2005. | 31.73 |
|---|---|---|
|  | Total costs | $31.73 |

|  |  |
|---|---|
| Total amount of this bill | $1,273.73 |
| Previous balance | $440.52 |
| Balance due | $1,714.25 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John R. Fitzgerald | 6.90 | 180.00 | $1,242.00 |
| John R. Fitzgerald | 0.20 | 0.00 | $0.00 |

DMG - David M. Governo, Partner  
JRF - John R. Fitzgerald, Of Counsel  
MAF  - Michaela A. Fanning, Of Counsel  
TJD - Timothy J. Dodd, Of Counsel  
BRM - Bryna Rosen Misiura, Associate  
CP - Cindy Pean, Associate  
CPB - Catherine P. Bailey, Associate  
CMP - Colleen M. Palmer, Associate  
CJS - Cynthia J. Stephens, Associate

# GOVERNO LAW FIRM LLC

260 Franklin Street  
Boston, MA 02110

Tel. (617) 737-9045  
Fax (617) 737-9046

March 07, 2006

Federal Tax ID No. 04-3575503

Invoice #   20023888

Invoice submitted to:

Ms. Carole Pagano  
Treasurer, Leisnoi, Inc.  
305-127 North Red Mountain  
Mesa AZ 85207

In Reference To:   In re: Leisnoi, Inc./IBLA  
Our File No. 1620-04

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/3/2006 | JRF | Lengthy telephone call with Bruce Landon at the Department of Justice regarding latest report from the assistant Secretary of the Interior, when Gale Norton might rule, issue of statute of limitations, and position the government would take as to Stratman's theory he could impose a constructive trust on Leisnoi's land. | 0.40 | 72.00 |
|  |  | For professional services rendered | 0.40 | $72.00 |
|  |  | Previous balance |  | $2,340.86 |
| 1/31/2006 |  | Payment - thank you |  | ($1,512.86) |
|  |  | Total payments and adjustments |  | ($1,512.86) |
|  |  | Balance due |  | $900.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John R. Fitzgerald | 0.40 | 180.00 | $72.00 |

# GOVERNO LAW FIRM LLC

260 Franklin Street
Boston, MA 02110

Tel. (617) 737-9045
Fax (617) 737-9046

March 07, 2006

Federal Tax ID No. 04-3575503

Invoice #   20023886

Invoice submitted to:

Ms. Carole Pagano
Treasurer, Leisnoi, Inc.
305-127 North Red Mountain
Mesa AZ 85207

In Reference To:   In re: Leisnoi, Inc./Decertification
Our File No. 1620-02

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/6/2006 | JRF | Legal research and analysis regarding whether the statute of limitations governing Stratman's suit against the United States, 28 U.S.C. section 2401(a), is subject to equitable tolling, and if so, the elements Stratman would have to show to establish the tolling, and the governing analysis for when the tolling period would end, evaluating factors by which Leisnoi can assert the 2002 suit is untimely even if equitable tolling applied. | 2.30 | 414.00 |
| 1/23/2006 | JRF | Review January 19, 2006 letter from Mike Schneider. | 0.10 | 18.00 |
|  |  | For professional services rendered | 2.40 | $432.00 |

Additional Charges :

| 1/31/2006 | LexisNexis - online research for the month of January 2006. | 34.11 |
|---|---|---|
|  | Total costs | $34.11 |

Total amount of this bill $466.11

Previous balance $1,714.25

1/31/2006  Payment - thank you ($440.52)

# GOVERNO LAW FIRM LLC

260 Franklin Street  
Boston, MA 02110

Tel. (617) 737-9045  
Fax (617) 737-9046

March 27, 2006

Federal Tax ID No. 04-3575503

Invoice #   20023910

Invoice submitted to:

Ms. Carole Pagano  
Treasurer, Leisnoi, Inc.  
305-127 North Red Mountain  
Mesa AZ 85207

In Reference To:   In re: Leisnoi, Inc./Decertification  
Our File No. 1620-02

## Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/14/2006 | JRF | Review order from federal court accepting latest report from Department of Interior, and setting deadline for next status report. | 0.10 | 18.00 |
| | JRF | Review letter from B. Landon regarding new court procedure in the decertification case. | 0.10 | 18.00 |
| | | For professional services rendered | 0.20 | $36.00 |
| | | Previous balance | | $1,739.84 |
| | | Balance due | | $1,775.84 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John R. Fitzgerald | 0.20 | 180.00 | $36.00 |

DMG - David M. Governo, Partner  
JRF - John R. Fitzgerald, Of Counsel  
MAF - Michaela A. Fanning, Of Counsel

# GOVERNO LAW FIRM LLC

260 Franklin Street
Boston, MA 02110

Tel. (617) 737-9045
Fax (617) 737-9046

March 27, 2006

Federal Tax ID No. 04-3575503

Invoice #    20023912

Invoice submitted to:

Ms. Carole Pagano
Treasurer, Leisnoi, Inc.
305-127 North Red Mountain
Mesa AZ 85207

In Reference To:    In re: Leisnoi, Inc./IBLA
Our File No. 1620-04

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/6/2006 | JRF | Review new report from deputy Secretary of the Interior explaining expected delay in issuance of final report by the Secretary. | 0.10 | 18.00 |
| | | For professional services rendered | 0.10 | $18.00 |
| | | Previous balance | | $900.00 |
| | | Balance due | | $918.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John R. Fitzgerald | 0.10 | 180.00 | $18.00 |

DMG - David M. Governo, Partner
JRF - John R. Fitzgerald, Of Counsel
MAF - Michaela A. Fanning, Of Counsel
TJD - Timothy J. Dodd, Of Counsel
BRM - Bryna Rosen Misiura, Associate

# GOVERNO LAW FIRM LLC

260 Franklin Street
Boston, MA 02110

Tel. (617) 737-9045
Fax (617) 737-9046

April 25, 2006

Federal Tax ID No. 04-3575503

Invoice #    20023978

Invoice submitted to:

Ms. Carole Pagano
Treasurer, Leisnoi, Inc.
305-127 North Red Mountain
Mesa AZ 85207

In Reference To:    In re: Leisnoi, Inc./IBLA
Our File No. 1620-04

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/13/2006 | JRF | Review e-mail from Michael Watson regarding Gale Norton. | 0.10 | 18.00 |
|  | JRF | Review e-mail from F. Pagano regarding resignation of Gale Norton. | 0.10 | NO CHARGE |
|  | JRF | Evaluate impact resignation of Gale Norton could have upon progress of Leisnoi's appeal. | 0.10 | 18.00 |
|  | JRF | Lengthy telephone call with C. Pagano regarding discussed pending departure of Secretary of Interior Gale Norton, impact this could have on timing of getting a ruling on Leisnoi's appeal, and also discussed status of Erickson case, and obtained authorization to move to continue trial, also discussing status of quiet title cases. | 0.40 | 72.00 |
|  | JRF | [redacted] | 0.30 | 54.00 |
|  | JRF | [redacted] | 0.20 | 36.00 |
|  | JRF | [redacted] | 0.30 | 54.00 |
|  | JRF | [redacted] | 0.20 | 36.00 |

**GOVERNO LAW FIRM LLC**

Invoice #   20023978

Ms. Carole Pagano

April 25, 2006

Page 2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/13/2006 | JRF | ██████████████████████████ | 0.40 | 72.00 |
| 3/27/2006 | JRF | Assess likely delay that will result from turnover at the top of the Department of Interior. | 0.10 | NO CHARGE |
|  |  | For professional services rendered | 2.20 | $360.00 |
|  |  | Previous balance |  | $918.00 |
|  |  | Balance due |  | $1,278.00 |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John R. Fitzgerald | 2.00 | 180.00 | $360.00 |
| John R. Fitzgerald | 0.20 | 0.00 | $0.00 |

DMG - David M. Governo, Partner
JRF - John R. Fitzgerald, Of Counsel
MAF - Michaela A. Fanning, Of Counsel
TJD - Timothy J. Dodd, Of Counsel
BRM - Bryna Rosen Misiura, Associate
CP - Cindy Pean, Associate
CPB - Catherine P. Bailey, Associate
CJS - Cynthia J. Stephens, Associate
DAG - David A. Goldman, Associate
GVJ - Gregory V. Janian, Associate
JAC - Jeniffer A.P. Carson, Associate
SJK - Shahan J. Kapitanyan, Associate
DJD - Deborah J. Doktor, Paralegal
DLK - Diane L. Kelley, Paralegal
ECT- Elizabeth C. Thompson, Paralegal
MLT- Melissa L. Tarab, Paralegal
SMG - Suzanne M. Gaspar, Paralegal

# GOVERNO LAW FIRM LLC

260 Franklin Street
Boston, MA 02110

Tel. (617) 737-9045
Fax (617) 737-9046

May 22, 2006

Federal Tax ID No. 04-3575503

Invoice #    20024040

Invoice submitted to:

Ms. Carole Pagano
Treasurer, Leisnoi, Inc.
305-127 North Red Mountain
Mesa AZ 85207

In Reference To:    In re: Leisnoi, Inc./Decertification
Our File No. 1620-02

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 4/3/2006 | JRF | Receive and review report from Department of Interior regarding Secretary Norton failed to act on the Leisnoi appeal before resigning effective 3/31/06. | 0.10 | 18.00 |
| 4/10/2006 | JRF | Receive and review motion by Schneider to lift the stay, memorandum in support, and proposed order, evaluating best course of action for Lesnoi. | 0.30 | 54.00 |
|  | JRF | Receive and review April 7th order by Judge Singleton. | 0.10 | 18.00 |
|  | JRF | Receive and review federal Defendant's status report. | 0.10 | 18.00 |
|  |  | For professional services rendered | 0.60 | $108.00 |

Previous balance                                                                $1,775.84

Balance due                                                                     $1,883.84

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| John R. Fitzgerald | 0.60 | 180.00 | $108.00 |

# GOVERNO LAW FIRM LLC

260 Franklin Street  
Boston, MA 02110

Tel. (617) 737-9045  
Fax (617) 737-9046

May 22, 2006

Federal Tax ID No. 04-3575503

Invoice #   20024042

Invoice submitted to:

Ms. Carole Pagano  
Treasurer, Leisnoi, Inc.  
305-127 North Red Mountain  
Mesa AZ 85207

In Reference To:   In re: Leisnoi, Inc./IBLA  
Our File No. 1620-04

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/3/2006 | JRF | Draft e-mail to directors regarding additional delay in the Department of Interior deciding Leisnoi's case, and whether the Board wants us to take action to try to move the quiet title case forward. | 0.20 | 36.00 |
| 4/5/2006 | JRF | Review April 3, 2006 letter from Bob Mothershead to Mr. Scott Keep, Division of Indian Affairs in Washington, DC. | 0.10 | 18.00 |
|  | For professional services rendered |  | 0.30 | $54.00 |
|  | Previous balance |  |  | $1,278.00 |
|  | Balance due |  |  | $1,332.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John R. Fitzgerald | 0.30 | 180.00 | $54.00 |

DMG - David M. Governo, Partner  
JRF - John R. Fitzgerald, Of Counsel

## GOVERNO LAW FIRM LLC

260 Franklin Street
Boston, MA 02110

Tel. (617) 737-9045
Fax (617) 737-9046

August 21, 2006

Federal Tax ID No. 04-3575503

Invoice #  20024321

Invoice submitted to:

Ms. Carole Pagano
Treasurer, Leisnoi, Inc.
305-127 North Red Mountain
Mesa AZ 85207

In Reference To:    In re: Leisnoi, Inc./Decertification
                    Our File No. 1620-02

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/6/2006 | JRF | Evaluate legal options available to Leisnoi to try to mitigate any property tax exposure in the event decertification were to occur. | 0.30 | 54.00 |
| 7/7/2006 | JRF | Study motion by Stratman to lift the stay in the federal decertification case, formulating strategy for appropriate response by Leisnoi. | 0.50 | 90.00 |
|  | JRF | Research exhaustion of administrative remedies as being a bar to Stratman's prosecution of the 2002 suit, and possible use of a Rule 60(b) argument and/or 43 U.S.C. section 1632(a). | 1.40 | 252.00 |
|  | JRF | Drafting Leisnoi's opposition to Stratman's motion to reopen his 2002 federal case even before the Secretary has completed his adminstrative review. | 2.30 | 414.00 |
| 7/10/2006 | JRF | Marshal exhibits to opposition to Schneider's motion to vacate stay in the 2002 decertification case. | 0.60 | 108.00 |
|  | JRF | Lengthy Telephone call with Bob Mothershead regarding discussed the various legal and factual issues now pending before the Secretary, and the standard of review to be employed by the Secretary and when the case is reviewed by the federal court, also discussing Schneider's latest pleading, and standard of residency that is applicable. | 0.50 | 90.00 |

VERNON LAW FIRM LLC

Invoice #     20024321

Ms. Carole Pagano

August 21, 2006

Page     2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/10/2006 | JRF | Legal research regarding applicable provisions of Code of Federal Regulations governing review by the Secretary of the Interior for village eligibility, and standard of review to be employed in reviewing factual and legal findings by administrative law Judge. Complete work on opposition to Stratman's motion to vacate stay in the 2002 case. | 1.50 | 270.00 |
|  | JRF | Review message from Robert Mothershead regarding coordinating response to Schneider's motion to lift the stay in the 2002 case. | 0.10 | NO CHARGE |
| 7/13/2006 | JRF | Review motion by the United States for extension of time in which to respond to Stratman's motion to lift the stay. | 0.10 | 18.00 |
|  | JRF | Receive and review order lifting the stay effective 60 days hence. | 0.10 | 18.00 |
|  | JRF | Draft report to the board on the court having lifted the stay in the 2002 decertification case. | 0.20 | 36.00 |
|  |  | For professional services rendered | 7.60 | $1,350.00 |

Additional Charges :

| 7/31/2006 | 25 copies at .10 per copy. | 2.50 |
|---|---|---|
|  | LexisNexis - online research for the month of July 2006. | 5.61 |
|  | Total costs | $8.11 |

|  |  |
|---|---|
| Total amount of this bill | $1,358.11 |
| Previous balance | $1,883.84 |
| Balance due | $3,241.95 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John R. Fitzgerald | 7.50 | 180.00 | $1,350.00 |
| John R. Fitzgerald | 0.10 | 0.00 | $0.00 |

# GOVERNO LAW FIRM LLC

260 Franklin Street
Boston, MA 02110

Tel. (617) 737-9045
Fax (617) 737-9046

August 21, 2006

Federal Tax ID No. 04-3575503

Invoice #   20024323

Invoice submitted to:

Ms. Carole Pagano
Treasurer, Leisnoi, Inc.
305-127 North Red Mountain
Mesa AZ 85207

In Reference To:   In re: Leisnoi, Inc./IBLA
Our File No. 1620-04

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/6/2006 | JRF | Telephone call with Bob Mothershead at Regional Socicitor's Office regarding new report from the Department of Interior in Washington D.C. | 0.20 | 36.00 |
|  | JRF | Study new report issued by Scott. Keep in Washington, D.C., assessing his statement that a final ruling by the Secretary is expected within the next 45 days. | 0.20 | 36.00 |
|  | JRF | Evaluate impact a ruling by the Secretary could have on the pending quiet title case. | 0.20 | 36.00 |
|  | JRF | Telephone call with Carol Pagano regarding a final decision is expected from Secretary of Interior within 45 days, and how this may affect Leinoi's legal interest as well as those of Leisnor shareholders. | 0.20 | 36.00 |
|  | JRF | Consider jurisdictional issues surrounding the 2002 decertification case. | 0.30 | 54.00 |
| 7/13/2006 | JRF | Study the full text of Leisnoi's December 27, 2002, appeal to the Secretary of the Interior, reviewing pertinent legal issues that are to be decided within the next 45 days. | 1.00 | 180.00 |
|  |  | For professional services rendered | 2.10 | $378.00 |
|  |  | Previous balance |  | $108.00 |

# GOVERNO LAW FIRM LLC

260 Franklin Street
Boston, MA 02110

Tel. (617) 737-9045
Fax (617) 737-9046

September 22, 2006

Federal Tax ID No. 04-3575503

Invoice #     20024396

Invoice submitted to:

Ms. Carole Pagano
Treasurer, Leisnoi, Inc.
305-127 North Red Mountain
Mesa AZ 85207

In Reference To:     In re: Leisnoi, Inc./IBLA
Our File No. 1620-04

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 8/2/2006 | JRF | Study Leisnoi's 385 page original proposed findings of fact and conclusions of law prepared after the case was tried in August 1998, and review a number of exhibits and evidence referenced therein, in preparation for the upcoming ruling to be made by the Secretary of the Interior. | 3.20 | 576.00 |
| 8/4/2006 | JRF | Researching issue of standard of judicial review to be employed with respect to whatever interpretation is given by the Secretary of the Interior to the ANILCA statute we contend confirmed Leisnoi's certification of eligibility for ANCSA benefits. | 0.40 | 72.00 |
|  | JRF | Telephone call with Bob Mothershead regarding whether Leisnoi has a right to a jury trial in the judicial review of the administrative decision forthcoming from the Secretary of the Interior. | 0.30 | 54.00 |
|  | JRF | Study Schneider's appeal to the IBLA on certain issues addressed in ALJ Sweitzer's recommended decision, evaluating how these matters will need to be briefed in court once the Secretary issues his decision. | 0.40 | 72.00 |

**VERNO LAW FIRM LLC**

Invoice #   20024396

Ms. Carole Pagano
September 22, 2006

|  |  |  | Page | 2 |
|---|---|---|---:|---:|
|  |  |  | Hours | Amount |
| 8/4/2006 | JRF | Lengthy telephone call with Brennan Cain regarding discussed state court suit Konaig filed against Stratman, the briefs that were filed in the IBLA proceeding, and strategy for responding once the Secretary issues his ruling. | 0.40 | 72.00 |
| 8/15/2006 | JRF | Study Leisnoi's response brief submitted to the IBLA; its reply brief submitted to the ALJ; and Koniag's lengthy Objections to Recommended Decision, refamiliarizing John R. Fitzgerald with the pertinent legal and factual issues. | 2.90 | 522.00 |
| 8/16/2006 | JRF | Review 8/16/06 email from Brennan Cain regarding arguments pending before the Secretary of the Interior. | 0.10 | 18.00 |
|  | JRF | Evaluating factual errors and legal flaws contained within Harvey Sweitzer's Recommended Decision. | 1.80 | 324.00 |
|  | JRF | Study various ANCAB rulings and recommended decisions giving rise thereto, focusing on the residency requirements, burden proof, and interpretations of the pertinent provisions of the Code of Federal Regulations. | 2.90 | 522.00 |
|  | JRF | Two telephone call's with Bob Mothershead regarding upcoming ruling, particulars about the 1427 argument and the FRITLA argument that both Leisnoi and the BIA briefed. | 0.40 | 72.00 |
|  | JRF | Telephone call with Department of the Interior in Washington DC regarding obtained phone number of Assistant Solicitor Scott Keep. | 0.10 | 18.00 |
|  | JRF | Called Assistant Solicitor Scott Keep and requested that a copy of the forthcoming decision by the Secretary be sent to John R. Fitzgerald via fax, not just mail. | 0.10 | 18.00 |
|  | JRF | Draft email to S. Fury regarding getting documents from the server sent to John R. Fitzgerald in Boston. | 0.10 | NO CHARGE |
|  | JRF | Draft email to directors regarding ruling should be issued this week if it is done by deadline predicted by Mr. Scott Keep. | 0.10 | 18.00 |
|  | JRF | Calculate last date when Secretarial ruling will be timely per the report of Mr. Scott Keep at the Dept. of Interior. | 0.10 | 18.00 |
| 8/17/2006 | JRF | Study the full set of Leisnoi's Objections to Recommended Decision, reviewing the pertinent CFR regulations, and ANCSA provisions. | 2.80 | 504.00 |

**VERNO LAW FIRM LLC**

Invoice #    20024396

Ms. Carole Pagano

September 22, 2006

Page 3

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 8/17/2006 | JRF | Review additional substantive briefing Leisnoi filed with the ALJ and pleadings Leisnoi filed with the Interior Board of Land Appeals. | 1.80 | 324.00 |
| 8/18/2006 | JRF | Telephone call with F. Pagano regarding Secretary of the Interior is coming up to Alaska around Labor Day but still has not announced a decision on the Leisnoi appeal. | 0.10 | NO CHARGE |
| 8/21/2006 | JRF | Receive and respond to email from D. Clark regarding whether the Secretary has issued a decision yet. | 0.10 | NO CHARGE |
| | | For professional services rendered | 18.10 | $3,204.00 |
| | | Previous balance | | $486.00 |
| | | Balance due | | $3,690.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| John R. Fitzgerald | 17.80 | 180.00 | $3,204.00 |
| John R. Fitzgerald | 0.30 | 0.00 | $0.00 |

DMG - David M. Governo, Partner
JRF - John R. Fitzgerald, Of Counsel
TJD - Timothy J. Dodd, Of Counsel
BRM - Bryna Rosen Misiura, Associate
CP - Cindy Pean, Associate
CJS - Cynthia J. Stephens, Associate
DAG - David A. Goldman, Associate
DJR - David J. Rhein, Associate
GVJ - Gregory V. Janian, Associate
JAC - Jeniffer A.P. Carson, Associate
JPG - John P. Gardella, Associate
JH - Jennifer Hatch, Associate
CJR - Colleen J. Reilly, Paralegal
DJD - Deborah J. Doktor, Paralegal
DLK - Diane L. Kelley, Paralegal
EBT - Erica B. Tannenbaum, Paralegal