EXHIBIT NO. 4:  McALPINE & COZAD PART I

MCALPINE, PEULER & COZAD

A PROFESSIONAL LAW CORPORATION

701 SOUTH PETERS STREET · SUITE 300

NEW ORLEANS, LA 70130

TELEPHONE (504) 561·0323
FAX (504) 528·9442

HOUSTON OFFICE
4900 WOODWAY · SUITE 550
HOUSTON, TEXAS 77056
TELEPHONE: (713) 629·1212
FACSIMILE: (713) 629·1441

March 4, 1999

Billed through 01/31/99

INVOICE NO. 0380-05535-011 JRF, INTERIM

Leisnoi, Inc.
4300 B Street
Suite 207
Anchorage, AK 99503

IBLA

FOR PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 01/04/99 | JRF | Telephone conference with B. Cain re: rebutting Stratman's arguments raised in his opening brief; | .30 hrs  180 /hr | 54.00 |
| 01/04/99 | JRF | Telephone conference with Ed Ward re: letter from M. Schneider purporting to advise Leisnoi's board to notify shareholders of Stratman's procedural victory; | .20 hrs  180 /hr | N/C |
| 01/04/99 | JRF | Receive and review letter from M. Schneider wherein he attempts to rattle Leisnoi's cage to try to coerce a settlement; | .10 hrs  180 /hr | 18.00 |
| 01/05/99 | JRF | Analyze and research whether the December 18th decision by the Alaska Supreme Court could give rise to application of the doctrines of collateral estoppel or res judicata; | .50 hrs  180 /hr | 90.00 |
| 01/11/99 | JRF | Telephone conference with F. Feichtinger re: information needed for answering brief due February 8th; | .10 hrs  180 /hr | 18.00 |
| 01/14/99 | JRF | Study Woody Island Family List, and the BIA Official Roll; Analyze how Stratman is attempting to blur the distinction between permanent residence as that term is defined in Title 25 of the Code of Federal Regulations with the common law concept of residency; Legal research re: found case law supporting proposition that conflicts between answers given in enrollment forms columns 17-21 and column 16 do not create doubt as to the information in column 16, the permanent residence of the Native; | 2.50 hrs  180 /hr | 450.00 |

PAGE   2

Leisnoi, Inc.
INVOICE NO.        0380-05535-011 JRF

| | | | |
|---|---|---|---|
| 01/14/99 JRF | Telephone conference with B. Cain re: attacking Stratman's legal arguments, and evidentiary issues; Two telephone conferences with R. Mothershead re: whether inheriting shares suffices to qualify as having been enrolled to the village; | .50 hrs  180 /hr | 90.00 |
| 01/14/99 JRF | Legal research re: effect of enrollment as to a Native who inherited shares but had been in the village in 1970; Check ANCSA statute as well as pertinent CFR regulations and decisional law; | 1.80 hrs  180 /hr | 324.00 |
| 01/14/99 JRF | Begin studying the ANCAB decisions relied upon by Stratman in his opening brief; | 2.60 hrs  180 /hr | 468.00 |
| 01/15/99 JRF | Legal research and analysis re: issue of children being presumed to have same residency as parents, and whether the rule applies in ANCAB situations; Research whether the rule can be used to include an otherwise ineligible child, as well as to exclude an otherwise eligible child; | 2.20 hrs  180 /hr | 396.00 |
| 01/15/99 JRF | Telephone conference with F. Feichtinger re: minor children issue, and enrollment issue; | .20 hrs  180 /hr | 36.00 |
| 01/15/99 JRF | Legal research and analysis re: whether persons who lived on Woody Island can be counted as residents even if not enrolled to the village; Check ANCSA statute and implementing regulations; Research whether persons not enrolled can be counted toward the 13 residents who actually lived on the island for a period of time; | 2.50 hrs  180 /hr | 450.00 |
| 01/15/99 JRF | Study ANCAB cases; | 3.50 hrs  180 /hr | 630.00 |
| 01/16/99 JRF | Study first 159 pages of Stratman's 325 page brief, and formulate arguments to present in opposition thereto; Cross-check legal arguments with ANCAB cites; | 2.90 hrs  180 /hr | 522.00 |
| 01/18/99 JRF | Study remaining 166 pages of Stratman's brief; | 3.00 hrs  180 /hr | 540.00 |
| 01/18/99 JRF | Analyze appropriate legal arguments to raise to defeat Schneider's analysis and Stratman's position; Review Stratman's case citations to see how he is distorting the holding of some ANCAB cases; | 2.00 hrs  180 /hr | 360.00 |
| 01/20/99 JRF | Legal research re: whether decision of ANCAB dismissing Sierra Club's challenge to Leisnoi's certification can be used to trigger application of the doctrine of res judicata or collateral estoppel even though Stratman was not a party to that case; | 2.30 hrs  180 /hr | 414.00 |

PAGE  3

Leisnoi, Inc.
INVOICE NO.      0380-05535-011 JRF

01/25/99 JRF   Legal research and analysis re: doctrine of issue
               preclusion and how it can be applied to the
               Stratman challenge to Woody Island's
               certification;               2.60 hrs   180 /hr      468.00
01/25/99 JRF   Study prior challenges to Woody Island's
               certification and compare Stratman's arguments,
               noting similar issues have been raised again;
                                            1.00 hrs   180 /hr      180.00
01/25/99 JRF   Begin drafting Leisnoi's Answering Brief;
                                            5.00 hrs   180 /hr      900.00

01/26/99 JRF   Draft additional sections of Leisnoi, Inc.'s
               Answering Brief;             6.00 hrs   180 /hr    1,080.00
01/27/99 JRF   Study ANCAB decisions in Kasaan, Afognak,
               Chitina, Manley Hot Springs, and Chenega;
                                            1.50 hrs   180 /hr      270.00
01/27/99 JRF   Draft additional sections of Leisnoi's Answering
               Brief;                       5.80 hrs   180 /hr    1,044.00
01/28/99 JRF   Study transcripts of hearings in Anchorage and
               Kodiak;                      2.00 hrs   180 /hr      360.00
01/28/99 JRF   Study Stratman's Opening Brief;
                                            1.00 hrs   180 /hr      180.00
01/28/99 JRF   Draft multiple additional sections of Leisnoi's
               Answering Brief;             5.40 hrs   180 /hr      972.00
01/28/99 JRF   Telephone conference with F. Feichtinger re:
               birthdates of the children of Agnes Frump, and
               arguments we are raising in Answering Brief;
                                             .20 hrs   180 /hr       36.00
01/29/99 JRF   Work on section of brief addressing challenge to
               individuals claimed as permanent residents of
               Woody Island;                3.60 hrs   180 /hr      648.00
                                                               ----------
               FOR PROFESSIONAL SERVICES                       $10,998.00


   ITEMIZED EXPENSES:
          Courier Service/Express Mail
           FedEx                                                    34.20
          Courier Service/Express Mail
           FedEx                                                    38.00
          Courier Service/Express Mail
           FedEx                                                    33.20
          Courier Service/Express Mail
           FedEx                                                    27.50
          Outgoing Facsimile Charges - 6 pages @ 0.25               1.50
          Long Distance Telephone Calls                            13.96
          Photocopies - 33 copies @ 0.10                            3.30
          Postage                                                   1.60
                                                               ----------
          TOTAL ITEMIZED EXPENSES                              $   153.26

PAGE  4

Leisnoi, Inc.
INVOICE NO.        0380-05535-011 JRF

BILLING SUMMARY

John R. Fitzgerald          61.30 hrs   180 /hr      $ 10,998.00
                                                     ----------
TOTAL FEES                                           $ 10,998.00

TOTAL DISBURSEMENTS                                       153.26
                                                     ---------
TOTAL DUE                                            $ 11,151.26
                                                     ==========

# McALPINE, PEULER & COZAD

### A PROFESSIONAL LAW CORPORATION

701 SOUTH PETERS STREET · SUITE 300

## NEW ORLEANS, LA 70130

TELEPHONE (504) 561-0323
FAX (504) 528-9442

**HOUSTON OFFICE**
4900 WOODWAY · SUITE 550
HOUSTON, TEXAS 77056
TELEPHONE: (713) 629-1212
FACSIMILE: (713) 629-1441

April 8, 1999

Billed through 02/28/99

INVOICE NO. 0380-05535-012 JRF, INTERIM

Leisnoi, Inc.
4300 B Street
Suite 207
Anchorage, AK 99503

IBLA

FOR PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 02/01/99 JRF | Study transcripts of depositions taken in the 1970s; | 1.00 hrs | 180 /hr | 180.00 |
| 02/01/99 JRF | Study affidavits Stratman challenges as being false or misleading; | .40 hrs | 180 /hr | 72.00 |
| 02/01/99 JRF | Telephone conference with counsel for Koniag re: analyzed opposition arguments to make in response to Stratman's brief, and discussed pertinent case authorities; | .40 hrs | 180 /hr | 72.00 |
| 02/01/99 JRF | Telephone conference with F. Feichtinger re: need a breakdown of which of the 42 persons whom we claim to have been on Woody Island for a period of time in 1970 were enrolled; | .10 hrs | 180 /hr | 18.00 |
| 02/01/99 JRF | Telephone conference with R. Mothershead re: issue of late enrollees; | .10 hrs | 180 /hr | 18.00 |
| 02/01/99 JRF | Receive and review memo from F. Feichtinger sorting the 43 1970 residents into categories of those who were enrolled and those who were not; | .10 hrs | 180 /hr | 18.00 |
| 02/01/99 JRF | Receive and review memo from R. Breckberg re: suggested arguments to raise; | .10 hrs | 0 /hr | N/C |
| 02/01/99 JRF | Draft additional section of Leisnoi's Answering Brief; | 6.30 hrs | 180 /hr | 1,134.00 |
| 02/02/99 JRF | Study transcripts of depositions referenced by Stratman in his person-by-person analysis; | 1.80 hrs | 180 /hr | 324.00 |
| 02/02/99 JRF | Analyze flaws in Stratman's legal arguments in his Opening Brief, and how best to explain and reveal the legal errors and incorrect conclusions; | .60 hrs | 180 /hr | 108.00 |

PAGE 2

INVOICE NO. 380-05535-012 JRF, INTERIM
Leisnoi, Inc.


02/02/99 JRF   Draft additional sections of Leisnoi's Answering
               Brief that is due in less than one week;
                              6.00 hrs  180 /hr   1,080.00

02/03/99 JRF   Legal research re: recodification of the CFR
               regulations that had been in Title 25, and
               subsequent repeal of the recodified regulations;
                              1.00 hrs  180 /hr     180.00

02/03/99 JRF   Continue drafting arguments in favor of Woody
               Island's certification and responsive to the
               legal theories and factual analyses propounded by
               Stratman;      6.60 hrs  180 /hr   1,188.00

02/04/99 JRF   Study Stratman's Opening Brief and determine
               which arguments still need to be answered; Review
               transcripts to locate citations to testimony that
               negates some of Stratman's theories;
                              2.80 hrs  180 /hr     504.00

02/04/99 JRF   Draft more arguments negating Stratman's legal
               theories and demonstrating why Woody Island is a
               properly qualified Native Village that was
               occupied by at least 25 permanent residents in
               1970 consistent with traditional Native
               lifestyles; Cross reference legal arguments with
               citations to evidence;  6.00 hrs  180 /hr   1,080.00

02/05/99 JRF   Reread some of the pertinent ANCAB decisions, and
               incorporate additional quotes into the brief;
                              1.60 hrs  180 /hr     288.00

02/05/99 JRF   Complete first draft of Leisnoi's 190 page
               Answering Brief;
                              7.00 hrs  180 /hr   1,260.00

02/06/99 JRF   Begin revising and editing the Answering Brief;
                              3.40 hrs  180 /hr     612.00

02/08/99 JRF   Reread transcripts of all ten days' testimony
               from the hearings, and marked portions of
               additional testimony to quote and cite in support
               of arguments raised in the Answering Brief;
                              2.90 hrs  180 /hr     522.00

02/08/99 JRF   Study deposition of record in the case and mark
               additional testimony therefrom to include in the
               brief;         1.60 hrs  180 /hr     288.00
02/08/99 JRF   Edit the Answering Brief;  3.30 hrs  180 /hr  594.00
02/08/99 JRF   Made final revisions and cite checks to the
               Answering Brief; Proofread the final version of
               the brief; Arrange for printing; Marshal new
               exhibits being introduced; Draft cover letter to
               Judge Sweitzer;  1.20 hrs  180 /hr     216.00

02/09/99 JRF   Telephone conference with C. Middleton re:
               discussed the various legal arguments Stratman
               raised in his Opening Brief, and content of
               Answering Briefs;      .30 hrs  180 /hr      54.00

Leisnoi, Inc.
INVOICE NO. 0380-05535-012 JRF, INTERIM

| | | |
|---|---|---|
| 02/09/99 JRF | Telephone conference with Brennan Caine re: he has already obtained a copy of Stratman's Answering Brief, and advises that it is not nearly as formidable as his Opening Brief; .20 hrs  180 /hr | 36.00 |
| 02/09/99 JRF | Organize evidence and legal research results to be prepared for next round of briefing; 1.00 hrs  180 /hr | 180.00 |
| 02/09/99 JRF | Receive 193-page Opening Brief back from printer, and check it to determine if there is any need to file any type of errata; .60 hrs  180 /hr | 108.00 |
| 02/18/99 JRF | Receive and study Stratman's Answering Brief; Formulate initial strategy for responding thereto; Assess preliminary weaknesses in his arguments; Determine areas of research needed to rebut some of his analyses; 3.50 hrs  180 /hr | 630.00 |
| 02/18/99 JRF | Receive and study Answering Brief of Koniag; Note useful arguments that can be expanded upon in the next round of briefing; 1.80 hrs  180 /hr | 324.00 |
| 02/18/99 JRF | Telephone conference with Brennan Cain re: preliminary ruminations on Stratman's answering brief, and strategy for responding thereto; .30 hrs  180 /hr | 54.00 |
| 02/19/99 JRF | Legal research and analysis re: possible basis for dismissal of Stratman's Answering Brief; Draft motion to strike Stratman's answering brief, and memorandum in support; Draft affidavit in support; Marshal exhibits in support of motion to strike; 2.20 hrs  180 /hr | 396.00 |
| 02/20/99 JRF | Legal research and analysis re: Public Law 96-487 and its impact upon Leisnoi's certification; 2.50 hrs  180 /hr | 450.00 |
| 02/22/99 JRF | Telephone conference with R. Mothershead at Regional Solicitor's Office re: discussed strategy for responding to Stratman's latest brief, and the ANILCA issue, standing issu, and burden of proof issue; .40 hrs  180 /hr | 72.00 |
| 02/22/99 JRF | Revise, edit, and finalize Motion to Strike Stratman's brief, Memorandum in Support, and Affidavit in support; .50 hrs  180 /hr | 90.00 |
| 02/22/99 JRF | Receive and review return on certified mail service; .10 hrs  180 /hr | N/C |
| 02/24/99 JRF | Perform statutory analysis of ANILCA, and compare Stratman's arguments with the text and statutory definitions; 2.40 hrs  180 /hr | 432.00 |

PAGE   4

Leisnoi, Inc.
INVOICE NO. 0380-05535-012 JRF, INTERIM


| | | | | | |
|---|---|---|---|---|---|
| 02/25/99 JRF | Lengthy telephone conference with Brennan Cain re: Stratman's section by section analysis of ANILCA, and structuring arguments responsive thereto; | .50 hrs | 180 /hr | 90.00 |
| 02/25/99 JRF | Begin drafting Leisnoi's Reply Brief; | 5.50 hrs | 180 /hr | 990.00 |
| 02/25/99 JRF | Review portions of transcripts; | .30 hrs | 180 /hr | 54.00 |
| 02/26/99 JRF | Receive and study memo from R. Breckberg re: suggested arguments to include in the final brief to be filed before Judge Sweitzer; | .10 hrs | 0 /hr | N/C |
| 02/26/99 JRF | Work on Leisnoi's Reply Brief; | 4.80 hrs | 180 /hr | 864.00 |
| 02/26/99 JRF | Receive and review letter of 2/26/99 from Mike Schneider re: he will oppose motion to strike; | .10 hrs | 180 /hr | 18.00 |

```
                                                         ---------
          FOR PROFESSIONAL SERVICES                    $14,598.00
```

ITEMIZED EXPENSES:

```
          Computer Research Expense - Westlaw 2/03/99        258.83
          Computer Research Expense - Westlaw 2/18/99        146.35
          Outside Office Copying
           Choice Copy Service                               291.49
          Computer Research Expense - Westlaw 2/19/99        130.82
          Long Distance Telephone Calls                       17.94
          Photocopies - 58 copies @ 0.10                       5.80
          Postage                                             22.16
                                                         ---------
          TOTAL ITEMIZED EXPENSES                      $    873.39
```

BILLING SUMMARY

```
          John R. Fitzgerald          81.20 hrs  180 /hr   $ 14,598.00
          John R. Fitzgerald            .20 hrs    0 /hr         N/C
                                                           ---------
          TOTAL FEES                                       $ 14,598.00

          TOTAL DISBURSEMENTS                                  873.39
                                                           ---------
          TOTAL DUE                                        $ 15,471.39
                                                           =========
```

TAX ID NO. 72-0871563

# McAlpine, Peuler & Cozad

A PROFESSIONAL LAW CORPORATION

701 SOUTH PETERS STREET · SUITE 300

## NEW ORLEANS, LA 70130

TELEPHONE (504) 561·0323
FAX (504) 528·9442

**HOUSTON OFFICE**
4900 WOODWAY · SUITE 550
HOUSTON, TEXAS 77056
TELEPHONE: (713) 629·1212
FACSIMILE: (713) 629·1441

May 7, 1999

Billed through 03/31/99

INVOICE NO. 0380-05535-013 JRF, INTERIM

Leisnoi, Inc.
4300 B Street
Suite 207
Anchorage, AK 99503

IBLA

FOR PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 03/01/99 JRF | Work on Leisnoi's Reply Brief; | 1.00 hrs | 180 /hr | 180.00 |
| 03/02/99 JRF | Receive and review letter from M. Schneider re: Karl Armstrong deposition; Telephone conference with F. Feichtinger re: exhibits to the Karl Armstrong deposition; Telephone conference with Brennan Cain re: why Schneider would want to stipulate to admissibility of the Karl Armstrong deposition; Receive and review the exhibits to the Karl Armstrong deposition; Analyze whether any of the exhibits are detrimental to Leisnoi's legal interests; Execute stipulation regarding the admissibility of the Karl Armstrong deposition, along with the exhibits thereto; | .80 hrs | 180 /hr | 144.00 |
| 03/02/99 JRF | Review Judge Sweitzer's Order denying Stratman's motion to compel; Analyze possible usefulness in connection with final round of briefing; | .20 hrs | 180 /hr | 36.00 |
| 03/02/99 JRF | Research issue of additional conveyances being required under ANCSA if Leisnoi were to be decertified, and formulate argument that Stratman's interpretation of ANILCA is therefore fundamentally flawed; Review arguments advanced by the federal government in one of the appeals to the Ninth Circuit and analyze how the argument can be incorporated into Leisnoi's reply brief before Judge Sweitzer; | 1.50 hrs | 180 /hr | 270.00 |
| 03/03/99 JRF | Legal research re: cases relied upon by Omar Stratman in his Answering Brief; | 2.50 hrs | 180 /hr | 450.00 |

PAGE 2

Leisnoi, Inc.
INVOICE NO. 0380-05535-013 JRF, INTERIM

| | | | | | |
|---|---|---|---|---|---|
| 03/03/99 JRF | Legal research re: principles of statutory construction; | 1.30 hrs | 180 /hr | 234.00 |
| 03/03/99 JRF | Draft additional sections of Leisnoi's Answering Brief; | 3.30 hrs | 180 /hr | 594.00 |
| 03/03/99 JRF | Telephone conference with R. Breckberg re: responding to Stratman's arguments; | .20 hrs | 0 /hr | N/C |
| 03/04/99 JRF | Legal research re: interpretation of ANILCA; | 2.00 hrs | 180 /hr | 360.00 |
| 03/04/99 JRF | Travel to law library; Conduct legal research and located a number of U.S. Supreme Court, Ninth Circuit, and Alaska Supreme Court cases that are helpful to Leisnoi's position; Return to office; | 2.90 hrs | 180 /hr | 522.00 |
| 03/04/99 JRF | Work on Reply Brief; | 1.50 hrs | 180 /hr | 270.00 |
| 03/05/99 JRF | Research administrative finality issue that Stratman has challenged in his brief; | 1.70 hrs | 180 /hr | 306.00 |
| 03/05/99 JRF | Perform research regarding the administrative standing doctrine challenged by Stratman in his brief; | 1.30 hrs | 180 /hr | 234.00 |
| 03/05/99 JRF | Draft portion of brief addressing principles of statutory construction, and how those principles apply to the Alaska National Interest Lands Conservation Act provisions that defines Leisnoi as a Koniag Deficiency Village Corporation; | 4.00 hrs | 180 /hr | 720.00 |
| 03/05/99 JRF | Telephone conference with R. Mothershead re: urged the BIA to file a brief joining in Leisnoi's analysis of ANILCA, and also discussed other issues raised in Stratman's most recent brief; | .30 hrs | 180 /hr | 54.00 |
| 03/06/99 JRF | Begin editing portions of brief already drafted; | 2.30 hrs | 180 /hr | 414.00 |
| 03/08/99 JRF | Draft portion of Reply Brief arguing that Stratman's challenge should be dismissed for lack of administrative standing; | 3.20 hrs | 180 /hr | 576.00 |
| 03/08/99 JRF | Research and analysis re: rule of law set forth in IBLA's Village of Naknek case, and how it might be used to obtain dismissal of Stratman's challenge to Leisnoi's certification; Review other IBLA cases citing the principle, and tried to locate one that is factually similar to situation presented herein; | 2.80 hrs | 180 /hr | 504.00 |
| 03/08/99 JRF | Telephone conference with Brennan Cain re: administrative standing issue, and legislatvie history issue; | .20 hrs | 180 /hr | 36.00 |

Leisnoi, Inc.
INVOICE NO. 0380-05535-013 JRF, INTERIM


| | | | |
|---|---|---|---|
| 03/09/99 JRF | Legal research and analysis re: concurring opinioin of Judge Bazelon in the Koniag v. Andrus case, and how that opinion supports Leisnoi's argument that 43 CFR section 4.902 should be applied in this village eligibility challenge; Review other cases citing to the concurring opinion; | 2.00 hrs  180 /hr | 360.00 |
| 03/09/99 JRF | Research and analysis re: use of collateral estoppel and/or res judicata as a basis for dismissal of Stratman's present challenge; | 2.30 hrs  180 /hr | 414.00 |
| 03/09/99 JRF | Draft additional portions of the Reply Brief; | 3.50 hrs  180 /hr | 630.00 |
| 03/09/99 JRF | Receive and review Judge Sweitzer's order denying Leisnoi's motion to strike; | .10 hrs  180 /hr | 18.00 |
| 03/09/99 JRF | Receive and review M. Schneider's letter of March 5th to Judge Sweitzer; | .10 hrs  180 /hr | 18.00 |
| 03/10/99 JRF | Work on Reply Brief; | 4.70 hrs  180 /hr | 846.00 |
| 03/11/99 JRF | Edit portions of the rough draft of Leisnoi's Reply Brief; | 1.50 hrs  180 /hr | 270.00 |
| 03/15/99 JRF | Draft collateral estoppel arguments in the Reply Brief; | 2.00 hrs  180 /hr | 360.00 |
| 03/15/99 JRF | Legal research re: Tribal Self-Governance Act; Research CFR regulations implementing that Act; Research time limits for objecting to the inclusion of Leisnoi, as a recognized tribe; Formulate argument that Leisnoi's inclusion in the list of recognized tribes constitutes another governmental recognition of Woody Island as a Native village; | 2.20 hrs  180 /hr | 396.00 |
| 03/15/99 JRF | Draft additional sections of the Reply Brief; | 3.80 hrs  180 /hr | 684.00 |
| 03/16/99 JRF | Receive and review letter from Chris Wooley to Senator Murkowski, and analyze possible inclusion of some of the language in the Reply Brief; | .10 hrs  180 /hr | 18.00 |
| 03/16/99 JRF | Legal research re: legislative history to recent amendments to the Indian Self-Determination and Education Assistance Act;  Study definitions applicable to that Act, and analyzed helpfulness of the definition of "Indian tribe" at 25 USC section 450b as including "any Alaska Native village or regional or village corporation as defined in...ANCSA"; Formulate argument that since Indian tribes are defined as including Alaska Native villages as defined in ANCSA, and Woody Island is on the list of approved tribes, therefore Woody Island is an Alaska Native | | |

Leisnoi, Inc.
INVOICE NO. 0380-05535-013 JRF, INTERIM

|  |  |  |  |  |
|---|---|---|---|---|
|  | Village as defined in ANCSA; Work on the Reply Brief; | 5.30 hrs | 180 /hr | 954.00 |
| 03/17/99 JRF | Work on Reply Brief; edit existing portions, delete some excess verbiage, rearrange order of some sections, and add additional arguments, citations and discussion of Federal Register; | 5.40 hrs | 180 /hr | 972.00 |
| 03/19/99 JRF | Work on Reply Brief that is due next week; | 3.00 hrs | 180 /hr | 540.00 |
| 03/22/99 JRF | Complete first draft of Leisnoi's Reply Brief; | 3.50 hrs | 180 /hr | 630.00 |
| 03/23/99 JRF | Study Stratman's Opening and Answering Briefs in order to determine whether there are any more arguments against Woody Island's certification that need to be negated; | 1.60 hrs | 180 /hr | 288.00 |
| 03/23/99 JRF | Revise and edit the Reply Brief; | 4.00 hrs | 180 /hr | 720.00 |
| 03/25/99 JRF | Receive and review Judge Sweitzer's order allowing the filing of Karl Armstrong's deposition; | .10 hrs | 0 /hr | N/C |
| 03/25/99 JRF | Telephone conference with Chris Wooley re: using his anthropological analysis in the final brief to be filed tomorrow, and discussed status of the case and efforts to obtain Congressional recertification; | .20 hrs | 180 /hr | 36.00 |
| 03/25/99 JRF | Lengthy telephone conference with Brennan Cain re: discussed legal arguments and different theories being advanced in Leisnoi's and Koniag's final set of briefing before Judge Sweitzer; Analyzed whether to incorporate some of Koniag's theories into Leisnoi's brief, or to have each party address separate issues; | .40 hrs | 180 /hr | 72.00 |
| 03/25/99 JRF | Telephone conference with Frank Feichtinger re: final set of issues being briefed; | .20 hrs | 180 /hr | 36.00 |
| 03/25/99 JRF | Made revisions and changes to the Reply Brief due tomorrow; | 6.20 hrs | 180 /hr | 1,116.00 |
| 03/25/99 JRF | Conference with representative of Choice Printing re: arranged for printing and binding the brief; | .10 hrs | 0 /hr | N/C |
| 03/26/99 JRF | Telephone conference with counsel for Koniag re: the effect of Congress not having adopted the 1995 recertification bill; | .20 hrs | 180 /hr | 36.00 |
| 03/26/99 JRF | Made final set of revisions to Leisnoi's Reply Brief, proofread final version, and send it to the printer for copying and binding; | 2.90 hrs | 180 /hr | 522.00 |
| 03/26/99 JRF | Draft letter to Judge Sweitzer re: Leisnoi's Reply Brief; | .10 hrs | 0 /hr | N/C |

Leisnoi, Inc.
INVOICE NO. 0380-05535-013 JRF, INTERIM


| | | | | |
|---|---|---|---|---|
| 03/29/99 JRF | Draft status report; | .50 hrs | 180 /hr | 90.00 |
| 03/30/99 JRF | Receive and study Stratman's Reply Brief; analyze weaknesses in his arguments; | 1.60 hrs | 180 /hr | 288.00 |
| 03/30/99 JRF | Receive and study Koniag's Reply Brief; | 1.20 hrs | 180 /hr | 216.00 |
| 03/30/99 JRF | Telephone conference with F. Feichtinger re: final briefs submitted to Judge Sweitzer; | .20 hrs | 0 /hr | N/C |
| 03/31/99 JRF | Telephone conference with Brennan Cain re: dissected and discussed the numerous arguments Stratman raised in his Reply Brief; | .50 hrs | 180 /hr | 90.00 |

FOR PROFESSIONAL SERVICES                          $ 16,524.00

ITEMIZED EXPENSES:

| | | |
|---|---|---|
| Computer Research Expense - Westlaw 3/02/99 | $ | 128.77 |
| Computer Research Expense - Westlaw 3/03/99 | | 1.74 |
| Computer Research Expense - Westlaw 3/08/99 | | 432.42 |
| Computer Research Expense - Westlaw 3/25/99 | | 291.57 |
| Computer Research Expense - Westlaw 3/16/99 | | 151.82 |
| Outgoing Facsimile Charges - 25 pages @ 0.25 | | 6.25 |
| Long Distance Telephone Calls | | 87.69 |
| Photocopies - 114 copies @ 0.10 | | 11.40 |
| Postage | | 25.90 |

TOTAL ITEMIZED EXPENSES                    $  1,137.56

BILLING SUMMARY

| | | | |
|---|---|---|---|
| John R. Fitzgerald | 91.80 hrs | 180 /hr | $ 16,524.00 |
| John R. Fitzgerald | .70 hrs | 0 /hr | N/C |

TOTAL FEES                                 $ 16,524.00

TOTAL DISBURSEMENTS                           1,137.56

TOTAL DUE                                  $ 17,661.56

TAX ID NO. 72-0871563

# McALPINE, PEULER & COZAD

A PROFESSIONAL LAW CORPORATION

701 SOUTH PETERS STREET · SUITE 300

## NEW ORLEANS, LA 70130

TELEPHONE (504) 561-0323
FAX (504) 528-9442

**HOUSTON OFFICE**
4900 WOODWAY • SUITE 550
HOUSTON, TEXAS 77056
TELEPHONE: (713) 629-1212
FACSIMILE: (713) 629-1441

June 7, 1999

Billed through 04/30/99

INVOICE NO. 0380-05535-015 JRF, INTERIM

Leisnoi, Inc.
4300 B Street
Suite 207
Anchorage, AK 99503

IBLA

FOR PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 04/01/99 JRF | Receive and review joinder by the BIA in Leisnoi's arguments on the ANILCA ratification issue; | .10 hrs | 180 | /hr | 18.00 |
| 04/01/99 JRF | Receive and review letter from M. Schneider to Judge Sweitzer with enclosed missing page from his brief; | .10 hrs | 180 | /hr | 18.00 |
| 04/12/99 JRF | Receive and review errata filed by Bob Mothershead; | .10 hrs | 180 | /hr | 18.00 |
| 04/20/99 JRF | Receive and review Schneider's letter to D. Baumeister re: Termination Point; | .10 hrs | 180 | /hr | 18.00 |
| 04/21/99 JRF | Telephone conference with Collin Middleton re: discussed Stratman's reply brief, and the strengths of the ANILCA argument propounded by Leisnoi and Koniag, as well as the Act of God exception; | .30 hrs | 180 | /hr | 54.00 |
| 04/27/99 JRF | Telephone conference with F. Feichtinger re: strength of the briefing on the Act of God exception and on the ANILCA ratification issue, and testimony given in support of statutory compliance, and discussed how and when Judge Sweitzer may rule; | .30 hrs | 180 | /hr | 54.00 |

FOR PROFESSIONAL SERVICES                    $   180.00

PAGE 2

Leisnoi, Inc.
INVOICE NO.    0380-05535-015 JRF

ITEMIZED EXPENSES:

| | | |
|---|---|---|
| Courier Service/Express Mail FedEx | $ | 20.92 |
| Courier Service/Express Mail FedEx | | 16.38 |
| Courier Service/Express Mail FedEx | | 16.38 |
| Courier Service/Express Mail FedEx | | 16.38 |
| | | ---------- |
| TOTAL ITEMIZED EXPENSES | $ | 70.06 |


BILLING SUMMARY

| | | | |
|---|---|---|---|
| John R. Fitzgerald | 1.00 hrs  180 /hr | $ | 180.00 |
| | | | ---------- |
| TOTAL FEES | | $ | 180.00 |
| TOTAL DISBURSEMENTS | | $ | 70.06 |
| | | | ---------- |
| TOTAL DUE | | $ | 250.06 |
| | | | ========== |

WHEN HONORING THIS INVOICE, PLEASE INDICATE NO. <u>0380-05535-015 JRF</u> ON YOUR
CHECK OR DRAFT.

TAX ID NO. 72-0871563

July 30, 1999

Billed through 06/30/99

INVOICE NO. 0380-05535-016 JRF, INTERIM

Leisnoi, Inc.
4300 B Street
Suite 207
Anchorage, AK 99503


IBLA

FOR PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 06/28/99 JRF | Telephone conference with Ed Ward re: when Judge Sweitzer may rule; | .10 hrs | 180 /hr | N/C |
| 06/28/99 JRF | Telephone conference with Judge Sweitzer's legal assistant re: opinion is in progress and expected within the next 60 days; | .20 hrs | 180 /hr | 36.00 |
| 06/28/99 JRF | Draft letter to Ed Ward re: discussion with Judge Sweitzer's legal assistant, and expected date by which the judge will rule; | .30 hrs | 180 /hr | 54.00 |

```
                                                        ----------
          FOR PROFESSIONAL SERVICES               $     90.00

ITEMIZED EXPENSES:

          Outgoing Facsimile Charges                    .50
          Long Distance Telephone Calls                 .80
          Postage                                       .33
                                                    ----------
          TOTAL ITEMIZED EXPENSES                  $     1.63

BILLING SUMMARY

          John R. Fitzgerald        .60 hrs   180 /hr      90.00
                                                       ----------
          TOTAL FEES                               $     90.00

          TOTAL DISBURSEMENTS                      $      1.63
                                                       ----------
          TOTAL DUE                                $     91.63
                                                   ==========
```

# McALPINE, PEULER & COZAD

A PROFESSIONAL LAW CORPORATION

701 SOUTH PETERS STREET · SUITE 300

## NEW ORLEANS, LA 70130

TELEPHONE (504) 561·0323
FAX (504) 528·9442

**HOUSTON OFFICE**
4900 WOODWAY • SUITE 550
HOUSTON, TEXAS 77056
TELEPHONE: (713) 629·1212
FACSIMILE: (713) 629·1441

August 20, 1999

Billed through 07/31/99

INVOICE NO. 0380-05535-017 JRF, INTERIM

Leisnoi, Inc.
4300 B Street
Suite 207
Anchorage, AK 99503


IBLA

FOR PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 07/14/99 JRF | Telephone conference with Collin Middleton re: procedures for when Judge Sweitzer issues his recommended decision, time limits for filing objections, and discussed the ANILCA defense; | .20 hrs | 180 /hr | 36.00 |
| 07/16/99 JRF | Legal research re: procedures that will come into play once Judge Sweitzer issues a recommended decision; | .50 hrs | 180 /hr | 90.00 |
| 07/16/99 JRF | Review the briefs to get back up to speed on the legal issues upon which recommended decision is expected within the next 45 days; | 2.20 hrs | 180 /hr | 396.00 |
| 07/16/99 JRF | Telephone conference with R. Mothershead re: anticipated ruling from Judge Sweitzer, and procedures and deadlines that will then be triggered; | .20 hrs | 180 /hr | 36.00 |
| 07/22/99 JRF | Review the IBLA's order of remand to Judge Sweitzer; | .10 hrs | 180 /hr | 18.00 |
| 07/22/99 JRF | Telephone conference with Frank Feichtinger re: may need Ed Ward's approval to have Frank prepare an index of record on appeal once clerk completes Bates stamping it, and also discussed upcoming expected ruling in the IBLA case; | .20 hrs | 180 /hr | N/C |
| 07/29/99 JRF | Draft proposed stipulation and order re: briefing schedule for responses to forthcoming recommended decision by Judge Sweitzer; | .40 hrs | 180 /hr | 72.00 |
| 07/29/99 JRF | Draft letter to counsel explaining the proposal for briefing schedule; | .20 hrs | 180 /hr | 36.00 |
| 07/29/99 JRF | Telephone conference with Ed Ward re: anticipating a ruling by Judge Sweitzer; | .10 hrs | 180 /hr | N/C |

FOR PROFESSIONAL SERVICES                                  $   684.00

```
                                                      PAGE   2

Leisnoi, Inc.
INVOICE NO.      0380-05535-017 JRF

ITEMIZED EXPENSES:

              Long Distance Telephone Calls              5.64
              Photocopies                                2.10
              Postage                                    1.65
                                                   - - - - - - - - - -
              TOTAL ITEMIZED EXPENSES            $       9.39

BILLING SUMMARY

         John R. Fitzgerald      4.10 hrs  180 /hr     684.00
         John R. Fitzgerald      0.30 hrs   N /C           .00
                                                   - - - - - - - - - -
         TOTAL FEES                              $     684.00

         TOTAL DISBURSEMENTS                     $       9.39
                                                   - - - - - - - - - -
         TOTAL DUE                               $     693.39
                                                   ==========
```

WHEN HONORING THIS INVOICE, PLEASE INDICATE NO. 0380-05535-017 JRF ON YOUR CHECK OR DRAFT.

TAX ID NO. 72-0871563

McALPINE, PEULER & COZAD

A PROFESSIONAL LAW CORPORATION

701 SOUTH PETERS STREET · SUITE 300

NEW ORLEANS, LA 70130
—————

TELEPHONE (504) 561·0323
FAX (504) 528·9442

**HOUSTON OFFICE**
4900 WOODWAY • SUITE 550
HOUSTON, TEXAS 77056
TELEPHONE: (713) 629·1212
FACSIMILE: (713) 629·1441

September 22, 1999

Billed through 08/31/99

INVOICE NO. 0380-05535-018 JRF, INTERIM

Leisnoi, Inc.
4300 B Street
Suite 207
Anchorage, AK 99503

IBLA

FOR PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 08/11/99 JRF | Telephone conference with Collin Middleton re: Mike Schneider refuses to sign stipulation on the briefing deadline for objections to forthcoming ruling by Judge Sweitzer, and discussed status of quiet title case as well; | .20 hrs | 180 /hr | 36.00 |
| 08/16/99 JRF | Draft motion and memorandum in support with the Interior Board of Land Appeals in Virginia seeking to modify the briefing schedule in which to respond to the forthcoming recommended decision of Judge Sweitzer; | .80 hrs | 180 /hr | 144.00 |
| 08/16/99 JRF | Receive and review letter from R. Mothershead re: moving to modify briefing schedule for when case goes to the IBLA in Virginia; | .10 hrs | 180 /hr | 18.00 |
| 08/17/99 JRF | Receive and review letter from Collin Middleton re: the time in which to object to Judge Sweitzer's forthcoming opinion; | .10 hrs | 180 /hr | 18.00 |
| 08/19/99 JRF | Telephone conference with R. Mothershead re: possible petition for certiorari in the quiet title case, and recent correspondence from Schneider in the IBLA case; | .30 hrs | 180 /hr | 54.00 |
| 08/23/99 JRF | Receive and review letter of August 18th from Mike Schneider; | .10 hrs | 180 /hr | 18.00 |
| 08/27/99 JRF | Receive and review Koniag's joinder in Leisnoi's motion to set briefing schedule for objections to forthcoming recommended decision of Judge Sweitzer; | .10 hrs | 180 /hr | 18.00 |
| 08/30/99 JRF | Receive and review Stratman's opposition to motion re: time in which to object to forthcoming recommended decision of Judge Sweitzer; | .10 hrs | 180 /hr | 18.00 |

PAGE   2

Leisnoi, Inc.
INVOICE NO.    0380-05535-018 JRF

08/30/99 JRF   Receive notice from IBLA in Virginia re: motion
               to set time limit in which to object to
               forthcoming recommended decision is being sent
               for ruling to Judge Sweitzer;    .10 hrs  180 /hr      18.00

                                                          ----------
               FOR PROFESSIONAL SERVICES                  $   342.00

ITEMIZED EXPENSES:

               Computer Research Expense - Westlaw - 7/16/99       50.54
               Long Distance Telephone Calls                        2.15
               Photocopies                                          3.70
               Postage                                             16.44
                                                          ----------
               TOTAL ITEMIZED EXPENSES                    $    72.83

BILLING SUMMARY

               John R. Fitzgerald      1.90 hrs  180 /hr      342.00
                                                          ----------
               TOTAL FEES                                 $   342.00

               TOTAL DISBURSEMENTS                        $    72.83
                                                          ----------
               TOTAL DUE                                  $   414.83

# McALPINE, PEULER & COZAD

A PROFESSIONAL LAW CORPORATION

701 SOUTH PETERS STREET · SUITE 300

## NEW ORLEANS, LA 70130

———

TELEPHONE (504) 561·0323
FAX (504) 528·9442

**HOUSTON OFFICE**
4900 WOODWAY · SUITE 550
HOUSTON, TEXAS 77056
TELEPHONE: (713) 629·1212
FACSIMILE: (713) 629·1441

October 20, 1999

Billed through 09/30/99

INVOICE NO. 0380-05535-019 JRF, INTERIM

Leisnoi, Inc.
4300 B Street
Suite 207
Anchorage, AK 99503

IBLA

FOR PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 09/01/99 JRF | Receive and review joinder of the Department of the Interior in Leisnoi's motion to set a 90-day time limit in which to object to the forthcoming recommended decision of Judge Sweitzer; | .10 hrs 180 /hr | 18.00 |
| 09/29/99 JRF | Telephone conference with Ed Ward re: anticipated date of ruling by Administrative Law Judge Sweitzer; | .10 hrs 180 /hr | N/C |

FOR PROFESSIONAL SERVICES          $    18.00

ITEMIZED EXPENSES:

Long Distance Telephone Calls          5.63
Outside Telephone Expenses          5.68

TOTAL ITEMIZED EXPENSES          $    11.31

BILLING SUMMARY

John R. Fitzgerald          .20 hrs  180 /hr          18.00
John R. Fitzgerald          .10 hrs  N /C          .00

TOTAL FEES          $    18.00

TOTAL DISBURSEMENTS          $    11.31

TOTAL DUE          $    29.31
==========

 

# McAlpine, Peuler & Cozad

A PROFESSIONAL LAW CORPORATION

701 SOUTH PETERS STREET · SUITE 300

## NEW ORLEANS, LA 70130

TELEPHONE (504) 561·0323
FAX (504) 528·9442

**HOUSTON OFFICE**
4900 WOODWAY • SUITE 550
HOUSTON, TEXAS 77056
TELEPHONE: (713) 629·1212
FACSIMILE: (713) 629·1441

December 21, 1999

Billed through 10/31/99

INVOICE NO. 0380-05535-020 JRF, INTERIM

Leisnoi, Inc.
4220 B Street
Suite 207
Anchorage, AK 99503

IBLA

FOR PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 10/27/79 JRF | Telephone conversation with Ed Ward re: proceeding forward with objections to Judge Sweitzer's recommendation unless Board of Directors instructs otherwise; | .20 hrs | 180 /hr | N/C |
| 10/20/99 JRF | Telephone conference with Brennan Cain re; discussed content of recommended decision; | .40 hrs | 180 /hr | 72.00 |
| 10/20/99 JRF | Telephone conversation with Ed Baumeister and Ed Ward re: discussed course of action for responding to recommended decision; | .40 hrs | 180 /hr | 72.00 |
| 10/21/99 JRF | Receive and study recommended decision, and assess weaknesses in judge's analysis; | 3.50 hrs | 180 /hr | 630.00 |
| 10/21/99 JRF | Formulate legal strategy for responding to recommended decision; | 2.40 hrs | 180 /hr | 432.00 |
| 10/21/99 JRF | Draft press release; | 2.00 hrs | 180 /hr | 360.00 |
| 10/21/99 JRF | Telephone conversation with Ed Ward re: press release; | .20 hrs | 180 /hr | 36.00 |
| 10/21/99 JRF | Receive and review articles about the recommended decision; | .20 hrs | 180 /hr | N/C |
| 10/21/99 JRF | Telephone conversation with Bob Mothershead re: Bureau of Indian Affairs agrees to join in an objection to the recommended decision, and discussed possible avenues of attack; | .40 hrs | 180 /hr | 72.00 |
| 10/26/99 JRF | Receive and study Koniag's motion for expedited consideration; | .20 hrs | 180 /hr | 36.00 |
| 10/26/99 JRF | Receive and review Koniag's motion for extension of briefing schedule; | .10 hrs | 180 /hr | 18.00 |
| 10/26/99 JRF | Receive and review letter from J. Sweitzer to IBLA re: time in which to lodge objections to rulings; | .10 hrs | 180 /hr | 18.00 |

PAGE   2

Leisnoi, Inc.
INVOICE NO.    0380-05535-020 JRF

10/29/99 JRF   Receive and study Stratman's opposition to motion
               to extend briefing schedule;       .20 hrs  180 /hr      36.00
10/30/99 JRF   Draft reply to Stratman's opposition to motion
               to set a 90-day briefing schedule;
                                              .50 hrs  180 /hr      90.00
                                                                  - - - - - - - - - -
               FOR PROFESSIONAL SERVICES                           $ 1,872.00


ITEMIZED EXPENSES:

               Long Distance Telephone Calls                           9.05
               Photocopies                                            31.80

                                                                  - - - - - - - - - -
               TOTAL ITEMIZED EXPENSES                             $    40.85


BILLING SUMMARY

               John R. Fitzgerald        10.80 hrs  180 /hr       1,872.00
                                                                  - - - - - - - - - -
               TOTAL FEES                                          $ 1,872.00

               TOTAL DISBURSEMENTS                                 $    40.85
                                                                  - - - - - - - - - -
               TOTAL DUE                                           $ 1,912.85

March 10, 2000

Billed through 12/31/99

INVOICE NO. 0380-05535-027 JRF, INTERIM

Leisnoi, Inc.
4220 B Street
Suite 207
Anchorage, AK 99503


IBLA

FOR PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 11/01/99 JRF | Finalize reply to opposition to motion to set 90 day briefing schedule; | .20 hrs | 180 /hr | 36.00 |
| 11/03/99 JRF | Work on objections to Judge Sweitzer's recommended decision; | 6.30 hrs | 180 /hr | 1,134.00 |
| 11/04/99 JRF | Study some of the case authority upon which Judge Sweitzer has attempted to rely in his recommended decision; | 2.00 hrs | 180 /hr | 360.00 |
| 11/04/99 JRF | Research collateral estoppel issue to try to get around cases relied upon by Judge Sweitzer; | 2.80 hrs | 180 /hr | 504.00 |
| 11/04/99 JRF | Work on objections to recommended decision; | 4.10 hrs | 180 /hr | 738.00 |
| 11/05/99 JRF | Telephone conference with Collin Middleton re: strategy for responding to recommended decision; | .50 hrs | 180 /hr | 90.00 |
| 11/05/99 JRF | Study ANCAB rulings as well as recommended decisions in Kassaan, Chitina, Alexander Creek, and Uyak; | 1.80 hrs | 180 /hr | 324.00 |
| 11/05/99 JRF | Work on Objections to Recommended Decision; | 5.80 hrs | 180 /hr | 1,044.00 |
| 11/08/99 JRF | Telephone conference with F. Feichtinger re: Judge Sweitzer's flawed findings of fact; | .20 hrs | 180 /hr | 36.00 |
| 11/10/99 JRF | Receive and review order granting Leisnoi's motion for extension of time in which to object to Judge Sweitzer's recommended decision; | .10 hrs | 180 /hr | 18.00 |
| 11/10/99 JRF | Receive and review Judge Sweitzer's letter of November 5th to BIA Assistant Regional Solicitor; | .10 hrs | 180 /hr | 18.00 |
| 11/12/99 JRF | Lengthy telephone call with R. Mothershead re: strategy for challenging Judge Sweitzer's recommended decision; | .50 hrs | 180 /hr | 90.00 |

PAGE   2

Leisnoi, Inc.
INVOICE NO.      0380-05535-027 JRF

| | | | |
|---|---|---|---|
| 11/12/99 JRF | Legal research re: ability of Leisnoi to seek review by the Secretary of the Interior even if the IBLA adopts Judge Sweitzer's recommendations; | .50 hrs  180 /hr | 90.00 |
| 11/12/99 JRF | Legal research and analysis re: inability of Dept. of Interior to take a recognized tribe off its list of approved tribes without an Act of Congress; | 1.30 hrs  180 /hr | 234.00 |
| 11/12/99 JRF | Receive and review Bob Mothershead's November 9th letter to Judge Sweitzer;      .10 hrs  180 /hr | | 18.00 |
| 11/15/99 JRF | Legal research re: Federally Recognized Tribe List Act of 1994 and its legislative history; | 1.50 hrs  180 /hr | 270.00 |
| 11/15/99 JRF | Legal Research re: Alaska Supreme Court's interpretation of the Federally Recognized Tribe List Act of 1994 in its Katie v. John 1999 decision, and assessed how to use that analysis to Leisnoi's advantage; | .60 hrs  180 /hr | 108.00 |
| 11/15/99 JRF | Legal research re: whether the definition of "Indian tribe" in the Indian Welfare Act can be used in the list of approved tribes, or whether the more restrictive definition from the Federally Recognized Tribe List Act of 1994 would be utilized; | .50 hrs  180 /hr | 90.00 |
| 11/15/99 JRF | Work on objections to Judge Sweitzer's recommended decision; | 3.30 hrs  180 /hr | 594.00 |
| 11/15/99 JRF | Receive and review Journal of Commerce article about Judge Sweitzer's recommended decision; | .10 hrs  180 /hr | 18.00 |
| 11/19/99 JRF | Telephone conference with Ed Ward re: Indian Tribe List Act of 1994 and efforts to utilize same in preventing IBLA from decertifying the Native village of Woody island; | .20 hrs  180 /hr | 36.00 |
| 12/13/99 JRF | Telephone conference with B. Cain re: strategy for objecting to recommended decision, and discussed impact of stay order in the FED case, and strategy for federal quiet title proceedings; | .30 hrs  180 /hr | 54.00 |

*(handwritten notes in left margin: 5893.99 / Nov = 5858.00 + 477.98 / Dec = 54.00 88.04)*

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES | $ | 5,904.00 |

ITEMIZED EXPENSES:

| | |
|---|---|
| Computer Research Expense - Westlaw - 11/04/99 | 54.83 |
| Computer Research Expense - Westlaw - 11/12/99 | 284.52 |
| Computer Research Expense - Westlaw - 11/15/99 | 104.59 |
| Long Distance Telephone Calls | 18.23 |
| Photocopies | 2.90 |
| Postage | 12.91 |

| | | |
|---|---|---|
| TOTAL ITEMIZED EXPENSES | $ | 477.98 |

```
                                                            PAGE   3
Leisnoi, Inc.
INVOICE NO.       0380-05535-027 JRF


BILLING SUMMARY

        John R. Fitzgerald        32.80 hrs  180 /hr    5,904.00
                                                     ------------
        TOTAL FEES                               $     5,904.00

        TOTAL DISBURSEMENTS                      $       477.98
                                                     ------------
        TOTAL DUE                                $     6,381.98
```

WHEN HONORING THIS INVOICE, PLEASE INDICATE NO. <u>0380-05535-027 JRF</u> ON YOUR
CHECK OR DRAFT.

TAX ID NO. 72-0871563

## McALPINE, PEULER & COZAD

A PROFESSIONAL LAW CORPORATION

701 SOUTH PETERS STREET · SUITE 300

### NEW ORLEANS, LA 70130

TELEPHONE (504) 561·0323
FAX (504) 528·9442

**HOUSTON OFFICE**
4900 WOODWAY • SUITE 550
HOUSTON, TEXAS 77056
TELEPHONE: (713) 629·1212
FACSIMILE: (713) 629·1441

May 5, 2000

Billed through 03/31/00

INVOICE NO. 0380-05535-029 JRF, INTERIM

Leisnoi, Inc.
4220 B Street
Suite 207
Anchorage, AK 99503

IBLA

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/00 | JRF | Work on Objections to Judge Sweitzer's Recommended Decision; | 2.60 hrs | 180 /hr | 468.00 |
| 01/04/00 | JRF | Telephone conference with Collin Middleton re: strategies for briefs due at the end of this month; | .30 hrs | 180 /hr | 54.00 |
| 01/04/00 | JRF | Review enrollment list; | .20 hrs | 180 /hr | 36.00 |
| 01/04/00 | JRF | Work on objections to Judge Sweitzer's recommended decision; | 7.40 hrs | 180 /hr | 1,332.00 |
| 01/04/00 | JRF | Telephone conference with Frank Feichtinger re: factual question; | .10 hrs | 180 /hr | 18.00 |
| 01/04/00 | JRF | Telephone conference with Carol Pagano re: enrollment list; | .20 hrs | 180 /hr | N/C |
| 01/04/00 | JRF | Called R. Mothershead re: eligibility issue; | .10 hrs | 180 /hr | 18.00 |
| 01/05/00 | JRF | Study Chris Wooley's archaeological report; | .70 hrs | 180 /hr | 126.00 |
| 01/05/00 | JRF | Study deposition testimony of Karl Armstrong; | .80 hrs | 180 /hr | 144.00 |
| 01/05/00 | JRF | Study deposition testimony of Mary Chya; | .60 hrs | 180 /hr | 108.00 |
| 01/05/00 | JRF | Review transcript of interview of Edward Chya; | .30 hrs | 180 /hr | 54.00 |
| 01/05/00 | JRF | Draft more sections of Objections to Judge Sweitzer's recommended decision; | 6.50 hrs | 180 /hr | 1,170.00 |
| 01/06/00 | JRF | Study testimony of Esther Denato; | .60 hrs | 180 /hr | 108.00 |
| 01/06/00 | JRF | Study testimony of Bruce Robertson; | .60 hrs | 180 /hr | 108.00 |
| 01/06/00 | JRF | Review ANCAB decision; | 1.80 hrs | 180 /hr | 324.00 |
| 01/06/00 | JRF | Draft additional portions of Objections to Judge Sweitzer's recommended decision; | 5.80 hrs | 180 /hr | 1,044.00 |

PAGE  2

Leisnoi, Inc.
INVOICE NO.    0380-05535-029 JRF

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/07/00 | JRF | Study testimony and evidence pertaining to Ann Kerr Blinn; | .70 hrs | 180 /hr | 126.00 |
| 01/07/00 | JRF | Study testimony of Edward Ward; | .70 hrs | 180 /hr | 126.00 |
| 01/07/00 | JRF | Study testimony of George Hansen; | .30 hrs | 180 /hr | 54.00 |
| 01/07/00 | JRF | Study Judge Sweitzer's opinion; | 1.50 hrs | 180 /hr | 270.00 |
| 01/07/00 | JRF | Lengthy telephone conversation with Brennan Kane re: coordinating defense strategies, splitting issues to reduce costs, burden of proof, standard of review, and discussion of the evidence; | .60 hrs | 180 /hr | 108.00 |
| 01/07/00 | JRF | Draft additional portions of Leisnoi's Objections to Judge Sweitzer's recommended decision; | 5.20 hrs | 180 /hr | 936.00 |
| 01/08/00 | JRF | Study and contrast Shareholder List and Family List; | 1.00 hrs | 180 /hr | 180.00 |
| 01/08/00 | JRF | Study testimony of Judge Madsen; | .70 hrs | 180 /hr | 126.00 |
| 01/08/00 | JRF | Work on Objections to Judge Sweitzer's recommended decision; | 3.60 hrs | 180 /hr | 648.00 |
| 01/10/00 | JRF | Study Joey Fadaoff's testimony, and analyze whether Leisnoi can claim Edson Fadaoff, Frank Pagano, Ellen Pagano, Charlotte Pagano, Michael Pagano, and Carole Pagano as having lived for a period of time on Woody Island in 1970; | 1.00 hrs | 180 /hr | 180.00 |
| 01/10/00 | JRF | Assess whether Judge Madsen's children can be added as 1970 residents, and analyze problem of their being on the family list but not on the enrollment list; | .40 hrs | 180 /hr | 72.00 |
| 01/10/00 | JRF | Telephone conference with Frank Feichtinger re: efforts to beef up the list of people who actually visited Woody in 1970; | .20 hrs | 180 /hr | 36.00 |
| 01/10/00 | JRF | Telephone conference with R. Mothershead re: conflicts between family list and enrollment list, whether the BIA will file a brief, issue of whether to request oral arguments, and procedure for seeking en banc consideration by the full IBLA; | .20 hrs | 180 /hr | 36.00 |
| 01/10/00 | JRF | Two lengthy telephone conversations with Brennan Kain re: progress on the briefs, useful testimony, the list of enrollees who were on Woody in 1970, and strategy for attacking Judge Sweitzer's recommended decision; | .60 hrs | 180 /hr | 108.00 |
| 01/10/00 | JRF | Draft additional portions of Objections to Judge Sweitzer's recommended decision; | 6.20 hrs | 180 /hr | 1,116.00 |
| 01/11/00 | JRF | Study evidence and testimony pertaining to Rudy Sundberg, Sr.; | .80 hrs | 180 /hr | 144.00 |

Leisnoi, Inc.
INVOICE NO.      0380-05535-029 JRF

| | | | |
|---|---|---|---|
| 01/11/00 JRF | Study evidence and testimony pertaining to Cecil Chabitnoy;                              .80 hrs  180 /hr | | 144.00 |
| 01/11/00 JRF | Study evidence and testimony pertaining to Mitch Gregeroff;                              .80 hrs  180 /hr | | 144.00 |
| 01/11/00 JRF | Study family trees;            .60 hrs  180 /hr | | 108.00 |
| 01/11/00 JRF | Draft additional portions of Objections to Judge Sweitzer's recommended decision;<br>                              5.90 hrs  180 /hr | | 1,062.00 |
| 01/12/00 JRF | Study several volumes of documentary evidence introduced at the hearings;  2.40 hrs  180 /hr | | 432.00 |
| 01/12/00 JRF | Study photographic evidence introduced at the hearings, and weave discussion of same into portions of brief describing individuals who were permanent residents of Woody Island;<br>                              1.60 hrs  180 /hr | | 288.00 |
| 01/13/00 JRF | Draft more sections of the Objections to Judge Sweitzer's recommended decision;<br>                              6.50 hrs  180 /hr | | 1,170.00 |
| 01/13/00 JRF | Review Yule Chaffin deposition;<br>                              .60 hrs  180 /hr | | 108.00 |
| 01/13/00 JRF | Study and assemble evidence establishing presence of Alexander John Fadaoff, Sr. and Nettie Ponchene Chiliak on Woody Island in 1970;<br>                              .60 hrs  180 /hr | | 108.00 |
| 01/13/00 JRF | Formulate strategy for responding to Administrative Law Judge's theory that there is no evidence of communal activities on Woody Island after World War II, and marshal evidence useful in rebutting this flawed contention;<br>                              1.20 hrs  180 /hr | | 216.00 |
| 01/14/00 JRF | Begin editing first 200 pages of the Objections to Judge Sweitzer's Recommended Decision;<br>                              4.50 hrs  180 /hr | | 810.00 |
| 01/14/00 JRF | Telephone conference with R. Mothershead re: problem with Natives listed on Family List but not Enrollment List;  .20 hrs  180 /hr | | 36.00 |
| 01/14/00 JRF | Telephone conversation with two BIA officials in Anchorage and Junea re: problem with certain qualifying Natives not appearing on the Enrollment List although they completed enrollment papers and are listed in the Family List;            .40 hrs  180 /hr | | 72.00 |
| 01/14/00 JRF | Study ANCAB decisions;    2.00 hrs  180 /hr | | 360.00 |
| 01/14/00 JRF | Review Judge Sweitzer's recommended decision;<br>                              .60 hrs  180 /hr | | 108.00 |
| 01/14/00 JRF | Add additional cites in the brief to evidence and to law;            1.20 hrs  180 /hr | | 216.00 |
| 01/15/00 JRF | Study transcripts of testimony presented at the hearings, and note pages containing information useful in establishing Leisnoi met the requirement of 25 permanent residents of the village of whom 13 lived on Woody Island for a period of time in 1970;    2.60 hrs  180 /hr | | 468.00 |

PAGE  4

Leisnoi, Inc.
INVOICE NO.      0380-05535-029 JRF

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/15/00 | JRF | Work on Objections to Administrative Law Judge Sweitzer's recommended decision; | 4.60 hrs  180 /hr | | 828.00 |
| 01/17/00 | JRF | Draft additional portions of the brief objecting to the Administrative Law Judge's recommended decision to decertify Leisnoi; | 6.60 hrs  180 /hr | | 1,188.00 |
| 01/17/00 | JRF | Edit and revise portions of the brief; | 1.60 hrs  180 /hr | | 288.00 |
| 01/18/00 | JRF | Draft more of the brief objecting to the Administrative Law Judge's recommended decision; | 6.30 hrs  180 /hr | | 1,134.00 |
| 01/19/00 | JRF | Study depositions introduced by Stratman at the hearings; | 1.80 hrs  180 /hr | | 324.00 |
| 01/19/00 | JRF | Review certain exhibits introduced by Leisnoi at the hearings; | .60 hrs  180 /hr | | 108.00 |
| 01/19/00 | JRF | Work on objections to Administrative Law Judge Sweitzer's recommended decision; | 5.60 hrs  180 /hr | | 1,008.00 |
| 01/20/00 | JRF | Draft additional portions of objections to recommended decision of Administrative Law Judge Sweitzer; | 5.00 hrs  180 /hr | | 900.00 |
| 01/21/00 | JRF | Incorporate additional quotes from testimony at hearings into the objections to recommended decision; | 2.30 hrs  180 /hr | | 414.00 |
| 01/21/00 | JRF | Study briefs submitted by Koniag and assess portions of arguments that can be summarized into Leisnoi's brief; | .70 hrs  180 /hr | | 126.00 |
| 01/21/00 | JRF | Work on objections to Administrative Law Judge Sweitzer's recommended decision; | 5.30 hrs  180 /hr | | 954.00 |
| 01/22/00 | JRF | Work on objections to Administrative Law Judge Sweitzer's recommended decision; | 6.20 hrs  180 /hr | | 1,116.00 |
| 01/24/00 | JRF | Complete first draft of Leisnoi's objections to Administrative Law Judge Sweitzer's recommended decision; | 7.50 hrs  180 /hr | | 1,350.00 |
| 01/24/00 | JRF | Telephone conference with Brennan Cain re: dividing up some issues to save both Koniag and Leisnoi some legal fees; | .20 hrs  180 /hr | | 36.00 |
| 01/25/00 | JRF | Revise and edit objections to Administrative Law Judge Sweitzer's recommended decision; | 5.40 hrs  180 /hr | | 972.00 |
| 01/25/00 | JRF | Telephone conference with F. Feichtinger re: information on shareholders; | .20 hrs  180 /hr | | 36.00 |
| 01/26/00 | JRF | Study genealogical charts and Native roll, then determine additional persons who can be claimed as permanent residents, and draft discussion of them in the brief; | 2.60 hrs  180 /hr | | 468.00 |
| 01/26/00 | JRF | Revise and edit the brief; | 5.20 hrs  180 /hr | | 936.00 |

PAGE   5

Leisnoi, Inc.
INVOICE NO.       0380-05535-029 JRF

| | | | | |
|---|---|---|---|---|
| 01/26/00 JRF | Telephone conference with Brennan Cain re: arguments being made in Koniag's brief will complement, and not simply repeat, arguments being made in Leisnoi's brief, and discussed burden of proof issue and 1970 residents; | .40 hrs | 180 /hr | 72.00 |
| 01/27/00 JRF | Receive and review fax from Roy Jones with suggested revisions to the brief; | .30 hrs | 180 /hr | 54.00 |
| 01/27/00 JRF | Telephone conference with Carole Pagano re: plans for tonight's conference call with the Board; | .10 hrs | 180 /hr | N/C |
| 01/27/00 JRF | Revise and edit the brief; | 5.40 hrs | 180 /hr | 972.00 |
| 01/28/00 JRF | Work on objections to Administrative Law Judge Sweitzer's recommended decertification decision; | 7.00 hrs | 180 /hr | 1,260.00 |
| 01/28/00 JRF | Receive and study a number of proposed revisions suggested by Roy Jones; | .30 hrs | 180 /hr | 54.00 |
| 01/28/00 JRF | Incorporate into the brief many of the proposed revisions suggested by Roy Jones; | .70 hrs | 180 /hr | 126.00 |
| 01/29/00 JRF | Tighten up arguments in the brief, reword some sections, delete some superfluous or duplicate arguments, and study the third draft of the 290-page brief; | 6.20 hrs | 180 /hr | 1,116.00 |
| 01/30/00 JRF | Revise and edit the brief due tomorrow; | 5.60 hrs | 180 /hr | 1,008.00 |
| 01/31/00 JRF | Incorporate into brief some more modifications suggested by Roy Jones and Don Baumeister; | 1.20 hrs | 180 /hr | 216.00 |
| 01/31/00 JRF | Revise and edit the brief due today; | 4.40 hrs | 180 /hr | 792.00 |
| 01/31/00 JRF | Two telephone conferences with Roy Jones re: final preparations for the brief; | .30 hrs | 180 /hr | 54.00 |
| 01/31/00 JRF | Two telephone conferences with Brennan Cain re: last minute issues that came up when he was finalizing his brief; | .20 hrs | 180 /hr | 36.00 |
| 01/31/00 JRF | Finalize and proofread the brief; | 1.50 hrs | 180 /hr | 270.00 |
| 01/31/00 JRF | Made final changes to index to ensure it correlates accurately to pages in the text; | .50 hrs | 180 /hr | N/C |
| 01/31/00 JRF | Draft cover letter to Interior Board of Land Appeals; | .20 hrs | 180 /hr | N/C |
| 01/31/00 JRF | Draft instructions to copy service re: collating, binding, etc.; | .20 hrs | 180 /hr | N/C |
| 01/31/00 JRF | Prepare certified mailing forms; | .20 hrs | 180 /hr | N/C |
| 02/01/00 JRF | Receive from printer and proof the bound version of the Objections to ALJ Sweitzer's Recommended Decision; | 1.00 hrs | 180 /hr | 180.00 |
| 02/01/00 JRF | File organization and maintenance; | 1.50 hrs | 180 /hr | N/C |
| 02/01/00 JRF | Draft status report; | .40 hrs | 180 /hr | 72.00 |

PAGE  6

Leisnoi, Inc.
INVOICE NO.      0380-05535-029 JRF

02/01/00 JRF  Draft letters to F. Feichtinger and C. Wooley rw:
Leisnoi's objections to ALJ Sweitzer's
recommended decertification decision;
.40 hrs  180 /hr       N/C

02/02/00 JRF  Receive and study objections filed by Stratman to
the ALJ's recommended decision;
.80 hrs  180 /hr       144.00

02/04/00 JRF  Receive and study Koniag's opening brief filed
with the Interior Board of Land Appeals in
Virginia, and assessed how Koniag's legal
theories of ANILCA legislation was particularly
persuasive;          2.00 hrs  180 /hr       360.00

02/04/00 JRF  Receive and study Bureau of Indian Affairs'
opening brief filed with IBLA, and legal
authorities attached thereto;
1.00 hrs  180 /hr       180.00

02/04/00 JRF  Receive and review Koniag's Request for Oral
Argument on objections to ALJ Sweitzer's
recommended decision;    .10 hrs  180 /hr       18.00

02/07/00 JRF  Telephone conversation with Brennan Cain re:
discussed the briefing filed with the IBLA panel
in Virginia;          .20 hrs  180 /hr       36.00

02/18/00 JRF  Telephone conversation with B. Cain re: status of
briefing before the IBLA;    .20 hrs  180 /hr       36.00

02/22/00 JRF  Receive and review motion filed by Stratman for
leave to submit briefing on issue of the Indian
Tribe List Act's effect upon the decertification
issue;                .10 hrs  180 /hr       18.00

02/22/00 JRF  Telephone conversation with Brennan Cain re:
whether to oppose motion by Stratman for leave to
file briefing on issue of Indian Tribe List Act;
.20 hrs  180 /hr       36.00

02/23/00 JRF  Lengthy telephone conversation with B.
Mothershead re: ANILCA argument, Act of God
regulatory exception, standard of review, and
learned that ALJ Sweitzer is retiring;
.40 hrs  180 /hr       72.00

02/23/00 JRF  Draft Leisnoi's response to Stratman's motion for
leave to submit additional briefing, and pointed
out factual errors in Stratman's contentions;
1.00 hrs  180 /hr       180.00

02/28/00 JRF  Receive and review response by Koniag to
Stratman's most recent motion;
.10 hrs  180 /hr       18.00

03/13/00 JRF  Receive and review order taking under advisement
Koniag's request for oral arguments, and granting
Stratman's motion for leave to file a response
brief;                .10 hrs  180 /hr       18.00

03/22/00 JRF  Receive and assss Stratman's settlement letter of
March 15th;           .30 hrs  180 /hr       54.00

03/24/00 JRF  Called Collin Middleton to discuss status of IBLA
case;                 .10 hrs  180 /hr       N/C

------------

FOR PROFESSIONAL SERVICES              $    34,866.00

Leisnoi, Inc.
INVOICE NO.      0380-05535-029 JRF

ITEMIZED EXPENSES:

| | |
|---|---:|
| Computer Research Expense - Westlaw | 22.54 |
| Outside Office Copying Choice Copy Service | 743.55 |
| Courier Service/Express Mail FedEx | 16.38 |
| Courier Service/Express Mail FedEx | 12.98 |
| Courier Service/Express Mail FedEx | 16.87 |
| Courier Service/Express Mail FedEx | 16.87 |
| Courier Service/Express Mail FedEx | 16.87 |
| Courier Service/Express Mail FedEx | 16.87 |
| Long Distance Telephone Calls | 91.27 |
| Photocopies | 17.90 |
| Postage | 3.20 |
| Outside Telephone Expenses | 4.33 |

TOTAL ITEMIZED EXPENSES            $      979.63

BILLING SUMMARY

| | | | | |
|---|---|---|---|---:|
| John R. Fitzgerald | 193.70 hrs | 180 /hr | | 34,866.00 |
| John R. Fitzgerald | 3.40 hrs | N /C | | 0.00 |

TOTAL FEES                         $   34,866.00

TOTAL DISBURSEMENTS                $      979.63

TOTAL DUE                          $   35,845.63