EXHIBIT NO. 5: McALPINE & COZAD PART II



# McAlpine & Cozad

A PROFESSIONAL LAW CORPORATION

701 SOUTH PETERS STREET - SUITE 300

**NEW ORLEANS, LA 70130**

TELEPHONE (504) 561-0323
FAX (504) 528-9442
www.mcalpinelaw.com

**HOUSTON OFFICE**
4900 WOODWAY · SUITE 550
HOUSTON, TEXAS 77056
TELEPHONE: (713) 629-1212
FACSIMILE: (713) 629-1441

August 18, 2000

Billed through 05/31/00

INVOICE NO. 0380-05535-035 JRF, INTERIM

Leisnoi, Inc.
4220 B Street
Suite 207
Anchorage, AK 99503

IBLA

FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 04/11/00 JRF | Receive and study Stratman's brief filed in response to Leisnoi's objections to recommended decision of Administrative Law Judge Sweitzer;<br>.80 hrs  180 /hr | 144.00 |
| 04/11/00 JRF | Legal research and analysis re: amendments to ANCSA referenced by Stratman in his brief, and impact upon recalculations of land or monetary distributions if Leisnoi were decertified;<br>1.20 hrs  180 /hr | 216.00 |
| 04/11/00 JRF | Telephone conversation with Brennan Cain re: discussed Stratman's latest brief, and discussed strategy for responding;<br>.40 hrs  180 /hr | 72.00 |
| 04/11/00 JRF | Telephone conversation with R. Mothershead re: Stratman's analysis of the Federally Recognized Indian Tribe List Act of 1994, issue of jurisdiction of agency to resolve legal issues, and additional briefing to be filed with IBLA;<br>.40 hrs  180 /hr | 72.00 |
| 04/11/00 JRF | Legal research and analysis re: doctrine of primary jurisdiction, and ability of agency to determine potentially dispositive legal issues even if not specifically referred by the court;<br>2.40 hrs  180 /hr | 432.00 |
| 04/17/00 JRF | Telephone conversation with Carole Pagano re: recent brief filed by Omar Stratman before the IBLA, and impact it has on Leisnoi's challenge to the Administrative Law Judge's recommended decision;<br>.20 hrs  180 /hr | .NC |
| 04/25/00 JRF | Begin work on Leisnoi's reply brief to be filed with the IBLA;<br>2.50 hrs  180 /hr | 450.00 |

Leisnoi, Inc.                                                    Page 2
INVOICE NO. 0380-05535-035 JRF

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/26/00 | JRF | Legal research re: cases and statutes cited by Stratman in his response brief; | 2.30 hrs | 180 /hr | 414.00 |
| 04/26/00 | JRF | Work on reply brief; | 1.90 hrs | 180 /hr | 342.00 |
| 04/27/00 | JRF | Legal research and analysis re: Indian Reorganization Act, provisions of 63 Federal Register 71941, and 58 Federal Register 54364, and 53 Federal Register 52829; | 2.00 hrs | 180 /hr | 360.00 |
| 04/27/00 | JRF | Work on Leisnoi's reply brief; | 3.60 hrs | 180 /hr | 648.00 |
| 04/28/00 | JRF | Continue drafting reply to objections to ALJ Sweitzer's recommended decision; | 5.80 hrs | 180 /hr | 1,044.00 |
| 04/28/00 | JRF | Telephone conversation with B. Cain re: strategy for replying to Schneider's latest brief; | .40 hrs | 180 /hr | 72.00 |
| 05/01/00 | JRF | Study transcript of oral arguments before the Ninth Circuit on Stratman's appeal from denial of injunction, and incorporate same into the reply brief; | .50 hrs | 180 /hr | 90.00 |
| 05/01/00 | JRF | Telephone conference with B. Cain re: possibly splitting the issues to be briefed, so as to save both clients some legal fees, and discussed strategy for primary jurisdiction issue; | .30 hrs | 180 /hr | 54.00 |
| 05/01/00 | JRF | Complete first draft of Leisnoi's reply brief to be filed with the Interior Board of Land Appeals; | 6.30 hrs | 180 /hr | 1,134.00 |
| 05/02/00 | JRF | Begin drafting Leisnoi's response to Stratman's objections to two aspects of the ALJ's recommended decision; | 1.70 hrs | 180 /hr | 306.00 |
| 05/02/00 | JRF | Telephone conversation with B. Cain re: efforts to have senior BIA personnel from Washington, D.C. sign an affidavit supporting Leisnoi's arguments with respect to the Federally Recognized Indian Tribe List Act ratifying Woody Island's status as an ANCSA village, and discussed his lengthy telephone conversation with Holly Reckord, as well as the primary jurisdiction issue being briefed; | .50 hrs | 180 /hr | 90.00 |
| 05/02/00 | JRF | Telephone conversation with R. Mothershead re: whether he has any objection to our contacting senior BIA individuals to try to solicit an affidavit, whether he believes the BIA will cooperate, and the strategy behind the FRITLA ratification argument; | .40 hrs | 180 /hr | 72.00 |
| 05/03/00 | JRF | Study Koniag v. Kleppe, Manley Hot Springs, and Pauloff Harbor cases; | 1.00 hrs | 180 /hr | 180.00 |
| 05/03/00 | JRF | Called Scott Keep in Washington, D.C. re: need an affidavit; | .10 hrs | 180 /hr | 18.00 |
| 05/03/00 | JRF | Complete legal research and analysis re: FRITLA issue; | 1.00 hrs | 180 /hr | 180.00 |

Leisnoi, Inc.
INVOICE NO. 0380-05535-035 JRF                                    Page 3

| Date | | Description | Amount |
|------|---|-------------|--------|
| 05/03/00 | JRF | Complete first draft of Leisnoi's response to Stratman's objections to the Recommended Decision;                          4.20 hrs  180 /hr | 756.00 |
| 05/03/00 | JRF | Lengthy telephone conversation with Collin Middleton re: strategy for final set of briefs to be filed with the IBLA, and also discussed legislative initiative;                .50 hrs  180 /hr | 90.00 |
| 05/04/00 | JRF | Study Alexander Creek and assess whether case actually supports the proposition for which Stratman cites it;                  .50 hrs  180 /hr | 90.00 |
| 05/08/00 | JRF | Telephone conversation with Scott Keep in Washington, D.C. re: whether BIA will provide us with a declaration as to policy of BIA on issue of FRITLA ratifying Woody Island's certification;                       .30 hrs  180 /hr | 54.00 |
| 05/08/00 | JRF | Telephone conversation with R. Mothershead re: discussions with Scott Keep re: possible declaration by the BIA supporting Leisnoi's position on the FRITLA defense;                 .20 hrs  180 /hr | 36.00 |
| 05/08/00 | JRF | Assess possible problem with the 1988 list as revealed by the comments in the 1993 list and mentioned by Scott Keep, and determine whether to modify discussion in the response brief;              .30 hrs  180 /hr | 54.00 |
| 05/10/00 | JRF | Telephone conversation with Brennan Cain re: Collin Middleton is editing the draft of Leisnoi's brief but Koniag will not be filing a reply brief on its own, and also discussed status of legislative efforts;                .30 hrs  180 /hr | 54.00 |
| 05/11/00 | JRF | Study revisions to final brief with IBLA suggested by Koniag;                    .30 hrs  180 /hr | 54.00 |
| 05/11/00 | JRF | Analyze issue of the 1976 amendments to ANCSA on effect of decertification;              .30 hrs  180 /hr | 54.00 |
| 05/15/00 | JRF | Legal research re: opinion published by the Solicitor General of the Department of the Interior addressing issue of Alaska Native Villages constituting tribes;              1.00 hrs  180 /hr | 180.00 |
| 05/15/00 | JRF | Two telephone conversations with Dennis Hopewell of the Department of Interior Regional Solicitor's Office re: opinion of the Solicitor General on the villages as tribes issue;             .40 hrs  180 /hr | 72.00 |
| 05/15/00 | JRF | Called Scott Keep at BIA in Washington, D.C. re: we want a declaration of BIA policy on issue of undecertifiability of villages listed as tribes;                  .10 hrs  180 /hr | 18.00 |
| 05/15/00 | JRF | Study 1993 federal register addressing issue of Native Village Corporations as well as Alaska Native Villages having been listed as tribes;                .60 hrs  180 /hr | 108.00 |
| 05/15/00 | JRF | Revise Leisnoi's Reply Brief to be filed with IBLA in Virginia;                  4.40 hrs  180 /hr | 792.00 |
| 05/15/00 | JRF | Leisnoi's response to Stratman's objections to the recommended decision;              .70 hrs  180 /hr | 126.00 |

Leisnoi, Inc.                                                    Page 4
INVOICE NO. 0380-05535-035 JRF

05/16/00 JRF   Legal research and analysis re: numerous federal
               statutes that incorporate the definition of
               Alaska Native Village into definition of "tribe";
                              3.30 hrs  180 /hr        594.00
05/16/00 JRF   Incorporate results of research into reply brief
               being filed with the IBLA;   1.20 hrs  180 /hr   216.00
05/16/00 JRF   Revise and edit reply brief;
                              3.10 hrs  180 /hr        558.00
05/16/00 JRF   Draft motion for leave to file the reply brief
               and the brief responding to Stratman's objections
               to the recommended decision;
                               .30 hrs  180 /hr         54.00
05/17/00 JRF   Telephone conversation with Scott Keep re: BIA
               declines Leisnoi's request to give a declaration
               that listing on tribal list renders Woody Island
               undecertifiable, but he encourages us to make the
               argument in our brief;    .30 hrs  180 /hr      54.00
05/17/00 PAI   Research case law per JRF; Download same to WP;
                              1.80 hrs   75 /hr        135.00
05/19/00 JRF   Complete work on Leisnoi's response to Stratman's
               objections to the recommended decision;
                              1.00 hrs  180 /hr        180.00
05/19/00 JRF   Complete research for Leisnoi's reply brief;
                              1.50 hrs  180 /hr        270.00
05/19/00 JRF   Prepare final draft of Leisnoi's reply brief, and
               proofread it;   4.90 hrs  180 /hr        882.00
05/19/00 JRF   Conference with printer re: binding and printing
               the reply brief;    .10 hrs  180 /hr       (NC)
05/22/00 JRF   Receive and proof bound brief from the printer,
               then prepare letter to IBLA re: Leisnoi's final
               set of briefs;      .40 hrs  180 /hr        72.00
05/22/00 JRF   Draft status report;    .30 hrs  180 /hr   54.00
05/30/00 JRF   Receive Koniag's renewal of its motion for oral
               arguments, and its non-objection to Leisnoi's
               motion for leave to file its supplemental briefs;
                               .10 hrs  180 /hr         18.00
                                                     ------------
               FOR PROFESSIONAL SERVICES        $    12,015.00

ITEMIZED EXPENSES:

          Outside Office Copying
           Choice Copy Service                        106.21
          Computer Research Expense - Westlaw 4/11/00  151.09
          Computer Research Expense - Westlaw 4/27/00   50.64
          Computer Research Expense - Westlaw 4/28/00   90.68
          Outgoing Facsimile Charges -50pages @.25      12.50
          Long Distance Telephone Calls                 99.00
          Photocopies - 776copies @.10                   7.76
          Postage                                       30.57

          TOTAL ITEMIZED EXPENSES          $     560.09

# McAlpine & Cozad

A PROFESSIONAL LAW CORPORATION

701 SOUTH PETERS STREET · SUITE 300

### NEW ORLEANS, LA 70130

TELEPHONE (504) 561-0323

FAX (504) 528-9442

www.mcalpinelaw.com

**HOUSTON OFFICE**

4900 WOODWAY · SUITE 550

HOUSTON, TEXAS 77056

TELEPHONE: (713) 629-1212

FACSIMILE: (713) 629-1441

November 9, 2000

Billed through 10/31/00

INVOICE NO. 0380-05535-039 JRF, INTERIM

Leisnoi, Inc.
4220 B Street
Suite 207
Anchorage, AK 99503

IBLA

FOR PROFESSIONAL SERVICES RENDERED

| Date | Initials | Description | Amount |
|---|---|---|---|
| 06/02/00 | JRF | Telephone conversation with Carole Pagano re: my advice that Board not make any settlement offers to Stratman, but instead try to win in court or get an Act of Congress;          .30 hrs   0  /hr | N/C |
| 06/02/00 | JRF | Telephone conversation with Jeff Chester re: recommended against making settlement offer to Stratman, and instead pursue relief in court or through Congress;          .30 hrs   0  /hr | N/C |
| 06/07/00 | JRF | Study Stratman's objections to Leisnoi's most recent briefs filed with the IBLA;          .20 hrs  180 /hr | 36.00 |
| 06/07/00 | JRF | Telephone conversation with R. Mothershead re: Stratman's latest brief;          .20 hrs  180 /hr | 36.00 |
| 06/12/00 | JRF | Telephone conversation with B. Cain re: most recent briefs filed with IBLA and Stratman's opposition to motion for leave to file same;          .20 hrs  180 /hr | 36.00 |
| 06/13/00 | JRF | Draft reply to Stratman's opposition to Leisnoi's motion for leave to file final set of briefs;          .80 hrs  180 /hr | 144.00 |
| 07/07/00 | JRF | Drive to office of the Regional Solicitor;          .40 hrs   0  /hr | N/C |
| 07/07/00 | JRF | Conference with Assistant Regional Solicitor Bob Mothershead re: status of IBLA case, anticipated date of ruling, and analysis of briefing that is now complete;          1.00 hrs  180 /hr | 180.00 |
| 07/24/00 | JRF | Receive and study order by IBLA granting Leisnoi's request to file its final set of briefs;          .10 hrs  180 /hr | 18.00 |
| 07/24/00 | JRF | Draft status report;          .50 hrs  180 /hr | 90.00 |
| 08/24/00 | JRF | Receive and review August 21 letter from M. Schneider re: his intent to file a response to Leisnoi's final set of briefs;          .10 hrs  180 /hr | 18.00 |

Leisnoi, Inc.
INVOICE NO. 0380-05535-039 JRF

| | | | |
|---|---|---|---|
| 08/25/00 JRF | Receive and study Stratman's response to Leisnoi's final set of briefs, assess weaknesses in his arguments, and analyze whether to move for leave to respond thereto;   1.50 hrs  180 /hr | | 270.00 |
| 09/25/00 JRF | Receive and review letter from Omar Stratman rejecting settlement offer;   .10 hrs  180 /hr | | 18.00 |
| 10/11/00 JRF | Receive and review letter from Don Bauermeister to Omar Stratman;   .10 hrs  180 /hr | | 18.00 |

```
                                                              ------------
          FOR PROFESSIONAL SERVICES              $        864.00
```

ITEMIZED EXPENSES:

```
          Outside Office Copying
           Choice Copy Service - 1/11/2000       $         16.35
          Computer Research Expense - Westlaw 5/01/00        10.17
          Computer Research Expense - Westlaw 5/03/00        38.50
          Computer Research Expense - Westlaw 5/1/5/00       83.91
          Computer Research Expense - Westlaw 5/19/00        20.26
          Courier Service/Express Mail
           FedEx                                             13.10
          Courier Service/Express Mail
           FedEx                                             17.04
          Outgoing Facsimile Charges - 25 pages @ 0.25        6.25
          Long Distance Telephone Calls                      47.55
          Photocopies                                         5.20
          Postage                                             9.04
                                                       ------------
          TOTAL ITEMIZED EXPENSES                $        267.37
```

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| John R. Fitzgerald | 5.70 hrs | 180 /hr | $ | 864.00 |
| "        " | 1.00 hrs | 0 /hr | | N/C |

```
                                                       ------------
          TOTAL FEES                             $        864.00

          TOTAL DISBURSEMENTS                    $        267.37
                                                       ------------
          TOTAL DUE                              $      1,131.37
```

# McAlpine & Cozad

A PROFESSIONAL LAW CORPORATION

701 SOUTH PETERS STREET - SUITE 300

**NEW ORLEANS, LA 70130**

TELEPHONE (504) 561-0323
FAX (504) 528-9442
www.mcalpinelaw.com

**HOUSTON OFFICE**
4900 WOODWAY · SUITE 550
HOUSTON, TEXAS 77056
TELEPHONE: (713) 629-1212
FACSIMILE: (713) 629-1441

December 18, 2001

Billed through 11/30/01

INVOICE NO. 0380-05535-044 JRF, INTERIM

Leisnoi, Inc.
4220 B Street
Suite 207
Anchorage, AK 99503

IBLA

FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 09/24/01 JRF | Telephone conversation with Collin Middleton re: impact Ninth Circuit ruling could have on the decertification proceedings; | .20 hrs  180 /hr | 36.00 |
| 09/24/01 JRF | Telephone conversation with Assistant Regional Solicitor Bob Mothershead re: discussed significance of the action by the Ninth Circuit in the quiet title case; | .20 hrs  180 /hr | 36.00 |
| 09/26/01 JRF | Telephone conversation with counsel for Koniag re: discussed pendency of the IBLA proceedings, efforts of Koniag to get other villages to file amicus briefs, and restriction of potential remedies in event of decertification in light of recent circuit ruling; | .40 hrs  180 /hr | 72.00 |
| 10/03/01 JRF | Telephone conversation with Brennan Cain re: discussed pending IBLA case, title issue, and comments by U.S. Attorney about his inquiry to Judge Harris as to when an opinion might be forthcoming; | .20 hrs  180 /hr | 36.00 |

FOR PROFESSIONAL SERVICES                   $    180.00

ITEMIZED EXPENSES:

Long Distance Telephone Calls                $      2.11

TOTAL ITEMIZED EXPENSES                       $      2.11

# McALPINE & COZAD

A PROFESSIONAL LAW CORPORATION

701 SOUTH PETERS STREET - SUITE 300

## NEW ORLEANS, LA 70130

TELEPHONE (504) 561-0323

FAX (504) 528-9442

www.mcalpinelaw.com

February 13, 2002

Billed through 01/31/02

INVOICE NO. 0380-05535-046 JRF, INTERIM

LEISNOI, INC.
Mr. Frank Feichtinger, Manager
711 H Street, Suite 350
Anchorage, AK 99501


IBLA

FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 01/04/02 JRF | Review Stratman's Motion to Expedite, and Affidavit in Support by Mike Schneider, then assess and formulate strategy for how best to counter and respond;           .50 hrs  180 /hr | | 90.00 |
| 01/04/02 JRF | Study Leisnoi's response brief that was filed with Judge Sweitzer;           1.00 hrs  180 /hr | | 180.00 |
| 01/04/02 JRF | Study Leisnoi's objections to recommended decision of the ALJ;           1.50 hrs  180 /hr | | 270.00 |
| 01/04/02 JRF | Study Leisnoi's reply brief that was filed with the Interior Board of Land Appeals;           .80 hrs  180 /hr | | 144.00 |
| 01/04/02 JRF | Review pleadings file to try to determine if IBLA already ruled on an earlier Motion to Expedite;           .30 hrs  180 /hr | | 54.00 |
| 01/04/02 JRF | Called Bob Mothershead re: does he have copy of earlier Motion to Expedite Stratman file, and whether IBLA ruled on it;           .20 hrs  180 /hr | | 36.00 |
| 01/07/02 JRF | Lengthy telephone conversation with Bob Mothershead re: proceedings now pending before the IBLA, motion filed by Stratman, and discussed with him Leisnoi's legislative initiative, Kodiak Island Borough support, and requested Department of Interior support for a disclaimer of interest;           .40 hrs  180 /hr | | 72.00 |
| 01/07/02 JRF | Telephone conversation with Brennan Cain re: IBLA motion filed by Stratman;           .20 hrs  180 /hr | | 36.00 |
| 01/08/02 JRF | Telephone conversation with Frank Feichtinger re: documentation we need in order to respond to Stratman's latest motion with the IBLA, and also discussed the legislative initiative;           .20 hrs  180 /hr | | 36.00 |
| 01/09/02 JRF | Telephone conversation with Brennan Cain re: discussed the 1997 order by the IBLA granting Motion to Expedite, and how best to respond to Stratman's renewed Motion to Expedite;           .30 hrs  180 /hr | | 54.00 |

PAGE 2

LEISNOI, INC.
INVOICE NO.      0380-05535-046 JRF

| Date | | Description | Amount |
|---|---|---|---|
| 01/10/02 | JRF | Receive and review January 9th letter from counsel for Koniag;              .10 hrs  180 /hr | 18.00 |
| 01/10/02 | JRF | Study prior ruling by IBLA on Stratman's Motion to Expedite;              .10 hrs  180 /hr | 18.00 |
| 01/16/02 | JRF | Telephone conversation with Brennan Cain re: coordinating response briefs with the IBLA, and discussed impact of Judge Holland's January 15, 2002 Order;              .20 hrs  180 /hr | 36.00 |
| 01/18/02 | JRF | Draft response to latest motion Stratman filed before the IBLA;              2.50 hrs  180 /hr | 450.00 |
| 01/18/02 | JRF | Marshal exhibits to go with Leisnoi's response brief to be filed with the IBLA;              .40 hrs  180 /hr | 72.00 |
| 01/18/02 | JRF | Draft letter to Brennan Cain re: coordinating with Koniag on response briefs;.20 hrs  180 /hr | 36.00 |
| 01/18/02 | JRF | Study Koniag's draft response to Stratman's motion;              .30 hrs  180 /hr | 54.00 |
| 01/18/02 | JRF | Telephone conversation with Brennan Cain re: discussed some changes I recommend be made to his brief;              .20 hrs  180 /hr | 36.00 |
| 01/18/02 | JRF | Search for and locate certain IBLA records requested by Roy Jones;              .60 hrs  180 /hr | 108.00 |
| 01/18/02 | JRF | Study briefing on the standing issue, and impact of the village eligibility challenge to Woody Island decided by ANCAB, and the land selection challenge brought by Stratman decided in Leisnoi's favor by the ANCAB; 1.20 hrs  180 /hr | 216.00 |
| 01/23/02 | JRF | Receive and review fax from Roy Jones re: suggestions for edits to the response brief we will file with the IBLA;              .10 hrs  180 /hr | 18.00 |
| 01/23/02 | JRF | Telephone conversation with Roy Jones re: strategy for the briefs we will file with the IBLA, changes he suggests be made, and coordination with the arguments being made in Koniag's brief;              .30 hrs  180 /hr | 54.00 |
| 01/23/02 | JRF | Preliminary research on issue of whether the United States could sue to recover the value of the property patented to Leisnoi even though it could not sue to recover title to the property itself, and, if so, what defenses would be available to Leisnoi as patentee;              2.00 hrs  180 /hr | 360.00 |
| 01/24/02 | JRF | Research issue of governing statute of limitations for any claims by the government to recoup value of the lands transferred by the United States to Leisnoi, exceptions to the rule, and competing theories that could be used to classify an action as one in tort, contract, or equity;              2.60 hrs  180 /hr | 468.00 |
| 01/24/02 | JRF | Research issue of a possible qui tam or False Claims Act claim that Stratman could assert in the event IBLA adopts the recommended decision of the ALJ, and assessed defenses that could be raised by Leisnoi in response to any such claim;              2.00 hrs  180 /hr | 360.00 |

LEISNOI, INC.
INVOICE NO.      0380-05535-046 JRF                                         PAGE   3

01/24/02 JRF   Telephone conversation with Brennan Cain re:
               coordinating responses of Leisnoi and Koniag to
               Stratman's latest motion before the IBLA;
                                              .30 hrs  180 /hr
01/24/02 JRF   Complete work on Leisnoi's response to Stratman's          54.00
               Motion to Expedite IBLA proceedings;
                                              .80 hrs  180 /hr
01/25/02 JRF   Legal research re: Stratman's claim to be                 144.00
               proceeding under the Administrative Procedures
               Act, the bar to monetary damages clause in that
               statute, exceptions to the rule, cases construing
               same, and analyzed how bar against recovery of
               monetary damages against the U.S. might not
               necessarily bar a monetary damages remedy as
               against Leisnoi;              2.00 hrs  180 /hr
01/28/02 JRF   Telephone conversation with Brennan Cain re: some         360.00
               additional arguments Koniag will put into its
               brief to be filed today with the IBLA;
                                              .30 hrs  180 /hr
01/28/02 JRF   Receive and review Koniag's response to                    54.00
               Stratman's Motion to Expedite IBLA proceedings,
               and the numerous exhibits Koniag used to support
               its position;                  .40 hrs  180 /hr
01/31/02 JRF   Telephone conversation with Roy Jones re: whether          72.00
               to move to dismiss IBLA proceedings on the basis
               of lack of administrative standing now that
               grazing lease has expired, and discussed latest
               developments in quiet title case, and whether to
               proceed forward at Alaska Supreme Court;
                                              .50 hrs  180 /hr             90.00

               FOR PROFESSIONAL SERVICES              ------------
ITEMIZED EXPENSES:                                $     4,050.00

          Computer Research Expense - Westlaw 1/23/02
          Computer Research Expense - Westlaw 1/24/02            298.70
          Computer Research Expense - Westlaw 1/25/02            525.27
          Outgoing Facsimile Charges                            293.92
          Long Distance Telephone Calls                          10.00
          Photocopies                                            12.98
          Postage                                                18.00
                                                                 23.40

          TOTAL ITEMIZED EXPENSES                 ------------
BILLING SUMMARY                                   $     1,182.27

     John R. Fitzgerald       22.50 hrs  180 /hr  $     4,050.00
                                                  ------------



# MCALPINE & COZAD

A PROFESSIONAL LAW CORPORATION

701 SOUTH PETERS STREET – SUITE 300

**NEW ORLEANS, LA 70130**

TELEPHONE (504) 561-0323
FAX (504) 528-9442
www.mcalpinelaw.com

March 20, 2002

Billed through 02/28/02

INVOICE NO. 0380-05535-047 JRF, INTERIM

LEISNOI, INC.
Mr. Frank Feichtinger, Manager
711 H Street, Suite 350
Anchorage, AK 99501

IBLA

FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 02/04/02 JRF | Telephone conversation with Roy Jones re: administrative standing issue; .20 hrs 180 /hr | | 36.00 |
| 02/04/02 JRF | Review briefing on issue of 43 CFR section 4.10; .40 hrs 180 /hr | | 72.00 |
| 02/04/02 JRF | Telephone conversation with Brennan Cain re: administrative standing issue; .40 hrs 180 /hr | | 72.00 |
| 02/06/02 JRF | Study Stratman's reply brief filed yesterday with the IBLA; .30 hrs 180 /hr | | 54.00 |
| 02/06/02 JRF | Receive and review letter from IBLA advising us that they are moving to a new address; .10 hrs 0 /hr | | .00 |

```
                                             ------------
          FOR PROFESSIONAL SERVICES        $     234.00
```

ITEMIZED EXPENSES:

```
          Long Distance Telephone Calls            1.15

                                             ------------
          TOTAL ITEMIZED EXPENSES          $       1.15
```

BILLING SUMMARY

```
          John R. Fitzgerald      .10 hrs   0 /hr  $      .00
          John R. Fitzgerald     1.30 hrs 180 /hr        234.00
                                                   ------------
```

# McALPINE & COZAD

A PROFESSIONAL LAW CORPORATION

701 SOUTH PETERS STREET - SUITE 300

**NEW ORLEANS, LA 70130**

TELEPHONE (504) 561-0323
FAX (504) 528-9442
www.mcalpinelaw.com

June 7, 2002

Billed through 05/31/02

INVOICE NO. 0380-05535-051 JRF, INTERIM

LEISNOI, INC.
Mr. Frank Feichtinger, Manager
711 H Street, Suite 350
Anchorage, AK 99501

IBLA

FOR PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 03/19/02 | JRF | Telephone converation with Brennan Cain re: discussed motion Koniag may be filing before the IBLA; | .40 hrs  180 /hr | 72.00 |
| 03/25/02 | JRF | Study March 20th Order from the IBLA; | .20 hrs  180 /hr | 36.00 |
| 03/25/02 | JRF | Analyze legal significance of statements contained in the IBLA order and impact same could have upon the quiet title proceedings; | .20 hrs  180 /hr | 36.00 |
| 03/26/02 | JRF | Telephone conversation with Frank Feichtinger re: recent order from IBLA, and when a ruling may be forthcoming on the merits; | .20 hrs  180 /hr | 36.00 |
| 04/01/02 | JRF | Lengthy telephone conversation with Collin Middleton re: discussed whether to file any additional motions at this time before the IBLA, interpretation of their recent order, and issue of whether monetary damages would be time-barred; | .50 hrs  180 /hr | 90.00 |
| 04/03/02 | JRF | Telephone conversation with Frank Feichtinger re: if case gets remanded back to ALJ, we will need additional witnesses to call to stand so he may want to start giving it some thought as to who we might want to call; | .20 hrs  180 /hr | 36.00 |
| 05/16/02 | JRF | Review E-mail from Roy Jones re: meeting to discuss a possible motion in the IBLA case; | .10 hrs  180 /hr | 18.00 |
| 05/16/02 | JRF | Respond to Roy Jones' E-mail; | .10 hrs  180 /hr | 18.00 |
| 05/16/02 | JRF | Prepare for meeting on the issue of administrative standing by reviewing the subject regulation and briefing already submitted on the issue by Leisnoi and by Stratman; | .40 hrs  180 /hr | 72.00 |

FOR PROFESSIONAL SERVICES

$    414.00

# McAlpine & Cozad

### A PROFESSIONAL LAW CORPORATION

701 SOUTH PETERS STREET · SUITE 300

### NEW ORLEANS, LA 70130

TELEPHONE (504) 561-0323

FAX (504) 528-9442

www.mcalpinelaw.com

August 5, 2004

Billed through 06/30/04

INVOICE NO. 0380-05535-063 JRF, INTERIM

LEISNOI, INC.
Ms. Carole Pagano, President
305-127 North Red Mountain
Mesa, AZ 85207


IBLA

FOR PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 08/05/03 JRF | Receive and review e-mail from Roy Jones regarding documentation he needs; | | | |
| | | .10 hrs | 180 /hr | 18.00 |
| 08/05/03 JRF | Receive and review e-mail from Roy Jones regarding documentation he needs; | | | |
| | | .10 hrs | 180 /hr | 18.00 |
| 08/05/03 JRF | Locate documentation requested by Roy Jones and forward same to him; | .20 hrs | 180 /hr | 36.00 |
| 09/10/03 JRF | Telephone with Roy Jones regarding today is deadline for status report in the new federal suit if Secretary of Interior has not ruled, and she has not done so; also discussed status of legislative initiative; | .20 hrs | 180 /hr | 36.00 |
| 09/26/03 JRF | Review status report filed by Regional Solicitor, assessing what impact recent ruling by Judge Singleton in the decertification case could have upon the appeal now pending before the Secretary of the Interior; | .20 hrs | 180 /hr | 36.00 |
| 11/03/03 JRF | Telephone conference with F. Feichtinger re: no ruling yet from Secretary Norton, and discussed status of legislative initiative; | | | |
| | | .20 hrs | 0 /hr | .00 |
| 11/24/03 JRF | Called Roy Jones re: status of proceedings before Secretary Norton; | .10 hrs | 180 /hr | 18.00 |
| 01/14/04 JRF | Check on status of our appeal to the Secretary of the Interior, noting that it has now been more than a year since we took the appeal in December 2002; | .20 hrs | 180 /hr | 36.00 |
| 05/27/04 JRF | Receive and assess significance of e-mail from Collon Middleton advising that Koniag may withdraw from litigation; | .20 hrs | 180 /hr | 36.00 |
| 05/27/04 JRF | Draft e-mail responding to Collin Middleton; | | | |
| | | .10 hrs | 180 /hr | 18.00 |

```
LEISNOI, INC.                                                    PAGE   2
INVOICE NO. 0380-05535-063 JRF, INTERIM


05/27/04 JRF   Telephone conference with F. Feichtinger re:
               status of the case, status of Leisnoi, status of
               the land, status of the lis pendens, recent
               communications from Koniag;    .40 hrs  180 /hr        72.00
05/27/04 JRF   Draft e-mail to F. Feichtinger re: new
               development with Koniag;        .10 hrs  180 /hr        18.00
                                                                 ---------
               FOR PROFESSIONAL SERVICES                    $       342.00

ITEMIZED EXPENSES:

               Outgoing Facsimile Charges · 3 pages @.25     $        2.00
               Long Distance Telephone Calls                          4.30
                                                                 ---------
               TOTAL ITEMIZED EXPENSES                       $        6.30


BILLING SUMMARY

               John R. Fitzgerald        1.90 hrs  180 /hr          342.00
               John R. Fitzgerald         .20 hrs  N/C                0.00
                                                                 ----------
               TOTAL FEES                                    $      342.00

               TOTAL DISBURSEMENTS                                    6.30
                                                                 ---------
               TOTAL DUE                                     $      348.30
                                                                 =========
```

# McALPINE & COZAD

### A PROFESSIONAL LAW CORPORATION

701 SOUTH PETERS STREET - SUITE 300

### NEW ORLEANS, LA 70130

TELEPHONE (504) 561-0323
ΓAX (504) 528-9442
www.mcalpinelaw.com

August 5, 2004

Billed through 06/30/04

INVOICE NO. 0380-06232-005 JRF, INTERIM

LEISNOI, INC.
Ms. Carole Pagano, President
305-127 North Red Mountain
Mesa, AZ 85207

Decertification Suit

FOR PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 09/10/03 JRF | Receive and review status report filed by Bruce Landon; | .10 hrs  180 /hr | | | 18.00 |
| 01/05/04 JRF | Receive and review report from M. Schneider re: still no ruling yet from Secretary Norton; | .10 hrs  180 /hr | | | 18.00 |
| 03/01/04 JRF | Recieve and review Mike Schneider's status report to court re: still no ruling from Secretary of the Interior; | .10 hrs  180 /hr | | | 18.00 |
| | FOR PROFESSIONAL SERVICES | | | $ | 54.00 |

ITEMIZED EXPENSES:

| | | | |
|---|---|---|---|
| Long Distance Telephone Calls | | $ | 1.90 |
| TOTAL ITEMIZED EXPENSES | | $ | 1.90 |

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| John R. Fitzgerald | 30 hrs  180 /hr | | $ | 54.00 |
| TOTAL FEES | | | $ | 54.00 |
| TOTAL DISBURSEMENTS | | | | 1.90 |
| TOTAL DUE | | | $ | 55.90 |

June 16, 2005

Billed through 02/21/05

INVOICE NO.    0380-05535-066 rac - Interim Bill

LEISNOI, INC.
Ms. Carole Pagano, President
305-127 North Red Mountain
Mesa, AZ 85207


IBLA

FOR PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| 07/15/04 JRF | Receive and review letter from Mike Schneider to Scott Keep asking the Secretary to expedite her decision; | .10 hrs  180 /hr | 18.00 |
| 10/14/04 JRF | Lengthy telephone conference with Frank Pagano re: status of the litigation, options, issue of title; | .50 hrs  180 /hr | 90.00 |
| 02/21/05 JRF | Receive and review letter from Assistant Secretary of the Interior, then evaluate impact the letter could have on the timing of any likely ruling, assessing in particular the significance of the statement that a recommendation has not yet been forwarded to Secretary Norton; | .20 hrs  180 /hr | 36.00 |

```
                                                       ------------
           FOR PROFESSIONAL SERVICES              $       144.00
```

BILLING SUMMARY

```
        John R. Fitzgerald          .80 hrs  180 /hr      144.00
                                                      ------------
        TOTAL FEES                                $       144.00

                                                      ------------
        TOTAL DUE                                 $       144.00
```

October 18, 2005

Billed through 08/23/05

INVOICE NO.      0380-06232-008 rac - Interim Bill

LEISNOI, INC.
Ms. Carole Pagano, President
305-127 North Red Mountain
Mesa, AZ 85207


Decertification Suit

FOR PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 05/05/05 | JRF | Review Stratman's latest report to the court;<br>.10 hrs  180 /hr | | 18.00 |
| 05/05/05 | JRF | Review Stratman's latest report to the court;<br>.10 hrs  180 /hr | | 18.00 |
| 06/16/05 | JRF | Receive and study motion by Stratman seeking to compel the Secretary to issue her ruling within 90 days or else lift the stay order, evaluating how best to respond;            .40 hrs  180 /hr | | 72.00 |
| 06/16/05 | JRF | Telephone conversation with Carole Pagano re: new pleadings by Stratman trying to resurrect his pending federal case and trying to force a decision out of the Secretary, discussing appropriate response by Leisnoi;<br>.30 hrs  180 /hr | | 54.00 |
| 06/17/05 | JRF | Receive and study a packet of documents sent by Bob Mothershead at the Dept. of the Interior, then called him to advise him of another we still need;                    .20 hrs  180 /hr | | 36.00 |
| 06/17/05 | JRF | Formulating legal strategy for opposing Stratman's bid to re-open the decertification case that is currently stayed;<br>.40 hrs  180 /hr | | 72.00 |
| 06/17/05 | JRF | Telephone conversation with F. Pagano re: legal strategy and tactics for opposing the latest motion filed by Schneider in the federal proceeding;             .30 hrs  180 /hr | | 54.00 |
| 06/24/05 | JRF | Log into federal court's homepage and review local rules, calendaring due date for Leisnoi's opposition to Stratman' latest motion;<br>.20 hrs  180 /hr | | 36.00 |
| 06/29/05 | JRF | Complete work on opposition to Stratman's motion that seeks to abort the Department of Interior review unless completed within 90 days;<br>2.40 hrs  180 /hr | | 432.00 |

LEISNOI, INC.
INVOICE NO.     0380-06232-008 JRF

| | | | |
|---|---|---|---|
| 06/29/05 JRF | Draft motion and order for substitution of counsel, making JRF lead counsel in lieu of Don Bauermeister; | .30 hrs  180 /hr | 54.00 |
| 06/29/05 JRF | Draft letter to Don Bauermeister re: submission of counsel; | .10 hrs  180 /hr | 18.00 |
| 06/29/05 JRF | Draft report to Frank Pagano re: hard-hitting opposition to Stratman's latest motion; | .20 hrs  180 /hr | 36.00 |
| 07/14/05 JRF | Receive and review Koniag's motion for extension of time; | .10 hrs  180 /hr | 18.00 |
| 07/14/05 JRF | Receive and review letter from James R. Mothershead to Assistant Solicitor Scott Keep re: status of Secretary's review; | .10 hrs  180 /hr | 18.00 |
| 07/14/05 JRF | Study brief filed by the U.S. Dept. of Justice opposing the motion recently filed by Stratman, evaluating legal arguments raised therein and assessing how they might impact Judge Singleton's resolution fo the matter; | .40 hrs  180 /hr | 72.00 |
| 07/14/05 JRF | Study reply brief filed by Stratman in the decertification case, evaluating whether to request oral arguments or whether his legal theories have already adequately been addressed in our opposition brief and that of the Dept. of Justice; | .40 hrs  180 /hr | 72.00 |
| 07/14/05 JRF | Telephone conversation with Don Bauermeister's legal assistant re: need for Don promptly to file the motion to substitute counsel we sent him last month; | .10 hrs  180 /hr | 18.00 |
| 07/14/05 JRF | Telephone conversation with Dept. of Justice attorney Bruce Landon re: jurisdictional problems with Stratman's decertification suit; | .20 hrs  180 /hr | 36.00 |
| 07/19/05 JRF | Telephone conversation with C. Pagano re: motion filed by Schneider, our opposition by Koniag and by the United States, status of the proceedings; | .30 hrs  180 /hr | 54.00 |
| 08/02/05 JRF | Called Judge Singleton's case management clerk to check on status of the motion Schnmeider recently filed trying to impose an artificial deadline upon the Secretary of Interior; | .20 hrs  180 /hr | 36.00 |
| 08/08/05 JRF | Study court's order denying Stratman's motion to try to impose an artificial deadline upon the Secretary of Interior; | .10 hrs  180 /hr | 18.00 |
| 08/16/05 JRF | Lengthy telephone conversation with Bob Mothershead at the Regional Solicitor's office re: he is of the view that the federal court lacks subject matter jurisdiction, discussing how or whether to pursue this matter; | .40 hrs  180 /hr | 72.00 |
| 08/16/05 JRF | Lengthy telephone conversation with Bruce Landon at the Dept. of Justice re: whether to pursue a motion to dismiss for lack of federal subject matter jurisdiction, and timing issues for any challenge by Stratman; | .40 hrs  180 /hr | 72.00 |

PAGE  3

LEISNOI, INC.
INVOICE NO.     0380-06232-008 JRF

08/16/05 JRF   Legal research and analysis re: whether a present
               lack of subject matter jurisdiction by the
               federal court could be cured by subsequent action
               by the secretary of Interior, concluding that
               subject matter jurisdiction is determined by the
               state of affairs in existence at the time suit is
               filed, not affected by subsequent developments,
               studying case authority holding that jurisdiction
               is exclusively determined at the outset of the
               suit without reference to later events;
                                      1.50 hrs  180 /hr         270.00

08/16/05 JRF   Evaluate legal options available to Lesnoi,
               assessing whether to pursue a motion to dismiss
               for lack of subject matter jurisdiction, or else
               simply waiting out a ruling by the Secretary to
               see if Stratman files a new suit, formulating
               possible legal strategy of waiting to move to
               dismiss for lack of subject matter jurisdiction

                                       .60 hrs  180 /hr         108.00

08/16/05 JRF   Telephone conversation with C. Pagano re:
               explored the options of moving to dismiss now, or
               waiting to move to dismiss until after the
               Secretary rules, discussing the ups and downs of
               the two alternative approaches;
                                       .30 hrs  180 /hr          54.00

08/17/05 JRF

                                       .20 hrs  180 /hr          36.00

08/17/05 JRF   Lengthy telephone conversation with Robert
               Mothershead re: discussed the report he authored
               and how best to exploit the subject matter
               jurisdiction issue;     .40 hrs  180 /hr          72.00

08/17/05 JRF   Study the briefing initially filed by the Dept. of
               Justice and by Omar Stratman on the issue of the
               court staying the 2002 case, researching case
               authorities cited by the government and
               evaluating the main case mentioned by Bruce
               Landon, assessing how the rule pertaining to the
               doctrine of primary jurisdiction could apply with
               respect to the dismissal rather than the stay of
               the 1976 case but determining that the rule
               does not apply to the 2002 case since no order of
               referral was entered therein, instead concluding
               that the doctrine of ripeness applies, such that
               the federal court lacks subject matter
               jurisdiction over Stratman's unripen claim;
                                      1.40 hrs  180 /hr         252.00

PAGE  4

LEISNOI, INC.
INVOICE NO.     0380-06232-008 JRF

08/23/05 JRF  Receive and review letter from Bob Mothershead to
              Scott Keep re: recent ruling by the federal
              court;                        .10 hrs  180 /hr      18.00
                                                            ------------
              FOR PROFESSIONAL SERVICES            $       2,196.00

ITEMIZED EXPENSES:

              Courier Expense - Fedex - 6/29                     38.36
              Computer Research Expense - Westlaw 6/29            6.26
              Computer Research Expense - Westlaw 6/28           20.67
              Photocopies                                        35.40
              Postage                                             8.75
                                                            ------------
              TOTAL ITEMIZED EXPENSES              $         109.44

BILLING SUMMARY

              John R. Fitzgerald      12.20 hrs  180 /hr     2,196.00
                                                            ------------
              TOTAL FEES                           $       2,196.00

              TOTAL DISBURSEMENTS                  $         109.44
                                                            ------------
              **TOTAL DUE**                        $       **2,305.44**


              Tax ID No: 72-0871563 - Terms:  Net 30 Days