EXHIBIT NO. 6:  EDGAR PAUL BOYKO & ASSOCIATES
PART I



JAN 2 7 1995

```
Date 01/24/95                    EDGAR PAUL BOYKO
Time 5:16 pm               Client Billing Worksheet                    Page 1

LEISNOI, INC.    : LEISNOI, INC.,
                   P.O. Box 1186
                   Kodiak, Alaska    99615
Phone            : 907-486-8191
In reference to  : Account #0276
Controller       : EPB $300
Rounding         : None
Last bill        : 01/18/95     Next aging      :   /  /
Last charge      : 01/14/95
Last payment     : 01/05/95     Amount          : $60,000.00
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| 01/03/95 #3339 | EPB $300 / BILLABLE TIME (General) Consultation with staff regarding status of litigation | 0.20 300.00 | 60.00 | |
| 01/04/95 #3340 | EPB $300 / BILLABLE TIME (Stratman) Conference with staff retgarding status of case; Motion to rehearing; Telephone conference with client regarding same | 0.30 300.00 | 90.00 | |
| 01/04/95 #3341 | EPB $300 / BILLABLE TIME (General) ▓▓▓▓▓▓▓▓▓▓ | 0.20 300.00 | 60.00 | |
| 01/05/95 #3342 | EPB $300 / BILLABLE TIME (General) ▓▓▓▓▓▓▓▓▓▓ | 0.20 300.00 | 60.00 | |
| 01/06/95 #3343 | EPB $300 / BILLABLE TIME Conference with staff regarding pending litigation matters | 0.30 300.00 | 90.00 | |
| 01/06/95 #3345 | EPB $300 / BILLABLE TIME (Stratman) Conference with staff regarding procedure strategies- Petition for Relief certiorari | 0.40 300.00 | 120.00 | |
| 01/07/95 #3346 | JRF 175.00 / BILLABLE TIME (Stratman) Review and analyze | 4.00 175.00 | 700.00 | |

```
Date 01/24/95                    EDGAR PAUL BOYKO
Time 5:16 pm                  Client Billing Worksheet              Page 2

LEISNOI, INC.     :LEISNOI, INC., (continued)


  Date/Slip#  Description                    HOURS/RATE     AMOUNT        TOTAL

##3346..    balance of Dept. of Interiors 9th
            Circuit brief; Review and analyze
            Dept. of Interior BLM approval of
            Interim Conveyances; Review and
            anaylze modification of BLM
            decision; Review correspondence
            from department of Natural
            Resources; Review correspondence
            from Davis, Wright and Jones;
            Review correspondence from Merdes
            and Merdes; Review and analyze
            Alaska Supreme Court decision in
            Stratman; Review Judge
            Vonderheydti's order of August 13,
            1993; Review correspondence from
            Roy Longacre; Review Motion to
            correct clerical mistake; Review
            correspondence from M. Schneider;
            Review affidavit of valuation;
            Review opposition to motion for
            reconsideration of District Court
            Order; Review correspondence from
            Burr, Pease, and Kurtz

01/03/95  JRF 175.00 / BILLABLE TIME             0.30       52.50
#3347     (█████████████████████              175.00
          ████████████████████████████
          M████████████

01/03/95  JRF 175.00 / BILLABLE TIME             0.50       87.50
#3349     (Global) █████████████             175.00
          ███████████████████████████████
          ███████████████████████████
          ████████████████████
```

```
Date 01/24/95                    EDGAR PAUL BOYKO
Time 5:16 pm                  Client Billing Worksheet                   Page 3

LEISNOI, INC.   :LEISNOI, INC., (continued)
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| 01/03/95 #3352 | JRF 175.00 / BILLABLE TIME (Stratman) Telephone conferenc with M. Waller and F. Zharoff regarding Longacre lien | 0.20 175.00 | 35.00 | |
| 01/03/95 #3353 | JRF 175.00 / BILLABLE TIME (Sargent) ███████████████ | 0.40 175.00 | 70.00 | |
| 01/04/95 #3355 | JRF 175.00 / BILLABLE TIME (Stratman) Review corporation status report prepard by F. Pagano; Review letter to O. Stratman regarding administration of lease vesting with Leisnoi; Review letter from Dept. of Interior regarding grazing lease; Review application to extend grazing lease; Review livestock lease; Review memo regarding interim conveyances; Review correspondence from Kemppell, Huffman and Ginder; Begin review of Dept. of Interiors brief on appeal; Telephone conference with Mike Waller regarding Leisnoi's Petition for rehearing and petition for certification | 2.80 175.00 | 490.00 | |
| 01/04/95 #3357 | JRF 175.00 / BILLABLE TIME ███████████████ | 0.20 175.00 | 35.00 | |
| 01/04/95 #3358 | JRF 175.00 / BILLABLE TIME (Global) ███████████████ | 0.10 175.00 | 17.50 | |

```
Date 01/24/95                    EDGAR PAUL BOYKO
Time 5:16 pm                   Client Billing Worksheet              Page 4

LEISNOI, INC.    :LEISNOI, INC., (continued)
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| ##3358.. | ████████████████████ | | | |
| 01/05/95 #3361 | JRF 175.00 / BILLABLE TIME (Sargent) ████████████ ████████████████████████ ████████████████████ | 0.40 175.00 | 70.00 | |
| 01/06/95 #3363 | JRF 175.00 / BILLABLE TIME (Stratman) Telephone conference with M. Waller and F. Zharoff regarding discovery requests filed by Stratman and issue of logging those 15,000 acres. | 0.30 175.00 | 52.50 | |
| 01/06/95 #3367 | JRF 175.00 / BILLABLE TIME (Stratman) Analyzed methods for defeating discovery until subsequent to petition for rehearing; Review appellate rules on stay of mandates | 0.40 175.00 | 70.00 | |
| 01/06/95 #3369 | JRF 175.00 / BILLABLE TIME (Stratman) Conference with Mr. Edgar Paul Boyko regarding moving for stay of mandate; Telephone conference with M. Waller and F. Zharoff regarding issue of discovery being filed prematurely by Mr. Stratman; Prepare letter to R. Longacre instructing him to move for stay of mandate; Revise and edit letter to R. Longacre | 1.20 175.00 | 210.00 | |
| 01/06/95 #3370 | JRF 175.00 / BILLABLE TIME (Sargent) ████████████████ | 0.10 175.00 | 17.50 | |

```
Date 01/24/95                    EDGAR PAUL BOYKO
Time 5:16 pm                 Client Billing Worksheet              Page 5

LEISNOI, INC.     :LEISNOI, INC., (continued)
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| ##3370.. | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | | |
| 01/06/95 #3372 | JRF 175.00 / BILLABLE TIME (Stratman) Receive and review transcript of radio comments made by Omar Stratman | 0.10 175.00 | 17.50 | |
| 01/09/95 #3374 | JRF 175.00 / BILLABLE TIME (Sargent)▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.50 175.00 | 87.50 | |
| 01/09/95 #3375 | JRF 175.00 / BILLABLE TIME (Global)▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 175.00 | 17.50 | |
| 01/09/95 #3376 | JRF 175.00 / BILLABLE TIME (Stratman) Telephone conference with R. Longacre regarding strategy for rehearing petition and scheduled meeting; Conference with Mr. Edgar Paul Boyko regarding danger of relying on Koniag to file a petition is that Koniag could settle with Stratman leaving Leisnoi high and dry; Telephone conference with M. Waller regarding possible purchase of Dept of Revenue claim against Stratman; Called Dept. of Revenue | 0.60 175.00 | 105.00 | |
| 01/10/95 #3378 | JRF 175.00 / BILLABLE TIME (Stratman) Telephone conference with child support enforcement division regarding lien against O. | 1.00 175.00 | 175.00 | |

```
Date 01/24/95                    EDGAR PAUL BOYKO
Time 5:16 pm                  Client Billing Worksheet              Page 6

LEISNOI, INC.    :LEISNOI, INC., (continued)
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| ##3378.. | Stratman; Conference with  and Mr. Edgar Paul Boyko regarding ANCSA issue and possible res judicata argument | | | |
| 01/11/95 #3380 | JRF 175.00 / BILLABLE TIME (Stratman) Prepare for meeting and R. Longacre, Mr. Edgar Paul Boyko and Jackie Luke regarding strategy for rehearing petitions; Review settlement agreement between Stratman and Koniag; Review Quitclaim Deed from Koniag to Stratman; Review transcript of proceedings before Judge Vanderheydt; Conference with Mr. Edgar Paul Boyko regarding res judicata issue; Review correspondence from E. Weinders to Koniag | 2.40 175.00 | 420.00 | |
| 01/09/95 #3382 | JRF 175.00 / BILLABLE TIME (Stratman) Conference with Mr. Edgar Paul Boyko regarding using availibility of damages as argument to block equitable claim for decertification and strategy for petition for certiorari focusing on disrupting effect upon ANCSA distributions; Receive and review letter from R. Longacre regarding rehearing strategy; Receive and review printout from Motznick regarding Stratman and child support; Analyzed how best to use same. | 1.30 175.00 | 227.50 | |
| 01/09/95 #3383 | JRF 175.00 / BILLABLE TIME (Stratman) Analyzed prematurity of writ of mandate; Telephone conference with clerk of court of | 2.90 175.00 | 507.50 | |

```
Date 01/24/95                    EDGAR PAUL BOYKO
Time 5:16 pm              Client Billing Worksheet              Page 7

LEISNOI, INC.    :LEISNOI, INC., (continued)
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| ##3383.. | appeals in San Francisco regarding writ was improperly issued and should be recalled; Second telephone conference with clerk of court regarding order will be issued recalling mandate; Telephone conference with F. Zharoff regarding mandate is being recalled; Receive and review motion to dismiss certain parties from case; Receive and review discovery requests to Leisnoi; Receive and review discovery requests to US government; Telephone conference with Mr. Edgar Paul Boyko regarding writ of mandate recalled; Telephone conference with Ed Ward regarding recall of mandate slows down proceedings; Analyzed strategy of seeking to purchase judgment against Stratman, then levy on his cause of action against Leisnoi; Conference with Mr. Edgar Paul Boyko regarding determining if Stratman has any judgments against him we could purchase and levy on; Telephone conference with Motznick computer services regarding determining if Stratman has judgments against him | | | |
| 01/09/95 #3384 | EPB $300 / BILLABLE TIME (Stratman) Telephone conference with client and Jack Fitzgerald regarding mandate; Telephone conference with Longacre regarding mandate ad Petition for review; Review Longacre's fax regarding same | 0.50 300.00 | 150.00 | |
| 01/09/95 #3385 | EPB $300 / BILLABLE TIME (Corporate) ▃▃▃▃▃▃▃▃▃▃ | 0.20 300.00 | 60.00 | |

```
Date 01/24/95                      EDGAR PAUL BOYKO
Time 5:16 pm                    Client Billing Worksheet                  Page 8

LEISNOI, INC.    :LEISNOI, INC., (continued)


  Date/Slip#  Description                        HOURS/RATE      AMOUNT        TOTAL

  ##3385..    ████████████████████████████
              ████████████████████████

  01/10/95  EPB $300 / BILLABLE TIME                 1.00      300.00
  #3386     (Stratman) Conference with Jack       300.00
            Fitzgerald regarding Stratman Rule
            82 claim; Conference with staff
            regarding research, Petition for
            review; Telephone conference with
            Pat Rody

  01/11/95  EPB $300 / BILLABLE TIME                 0.60      180.00
  #3387     (Stratman) Telephone conference       300.00
            with Longacre, Koniag's Attorney
            and staff regarding petition for
            rehearing, certification, strategy;
            Telephone conference with client

  01/06/95  EPB $300 / BILLABLE TIME                 0.60      180.00
  #3388     (General) T█████████████████        300.00
            ███████████████████████████████
            ██████████████████████████

  01/06/95  EPB $300 / BILLABLE TIME                 0.30       90.00
  #3389     (Stratman) Telephone conference       300.00
            with clients regardgin strategy,
            review; Letter to Longacre
            regarding instruction on procedure,
            Conference with staff regarding
            same

  01/12/95  EPB $300 / BILLABLE TIME                 0.40      120.00
  #3391     (Stratman) Review mandate,            300.00
            Conference with clients regarding
            status, Conference with Jack
            Fitzgerald regarding strategy,
            Letter to Garber

  01/13/95  EPB $300 / BILLABLE TIME                 0.60      180.00
  #3392     (General) ████████████████          300.00
```

```
Date 01/24/95                    EDGAR PAUL BOYKO
Time 5:16 pm               Client Billing Worksheet                    Page 9

LEISNOI, INC.    :LEISNOI, INC., (continued)


 Date/Slip# Description                        HOURS/RATE     AMOUNT       TOTAL

 ##3392..   ████████████████████████████
            ████████████████████████████


 01/13/95   EPB $300 / BILLABLE TIME                0.40     120.00
 #3393      (Stratman) Review draft of Motion     300.00
            for Rehearing; Conference with
            staff regarding same, suggest
            additional grounds, finalize letter
            to Garber and Barbara


 01/14/95   JRF 175.00 / BILLABLE TIME               0.40      70.00
 #3395      (Global) ███████████████████          175.00
            ███████████████████████████████
            ███████████████████████████████


 01/13/95   JRF 175.00 / BILLABLE TIME               1.40     245.00
 #3397      (Stratman) Receive and review first    175.00
            draft of petition for rehearing en
            banc authored by Roy Longacre;
            Conference with Mr. Edgar Paul
            Boyko regarding first draft of
            petition; Analyze possible
            modifications to add theme of
            disruptive effect decertification
            would have on ANCSA distributions
            state-wide; Conference with Mr.
            Edgar Paul Boyko regarding
            additions to brief; Telephone
            conference with R. Longacre
            regarding modifying the brief


 01/13/95   JRF 175.00 / BILLABLE TIME               1.20     210.00
 #3399      (Global) ███████████████████          175.00
            ███████████████████████████████
            ███████████████████████████████
```

Date 01/24/95                    **EDGAR PAUL BOYKO**                    Page 10
Time 5:16 pm                  **Client Billing Worksheet**

LEISNOI, INC.     :LEISNOI, INC., (continued)


| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|

##3399..  ███████████████████████████

01/12/95  JRF 175.00 / BILLABLE TIME         0.10      17.50
#3402     (Global) T███████████████        175.00

01/12/95  JRF 175.00 / BILLABLE TIME         1.30     227.50
#3403     (Stratman) Receive and review copy  175.00
          of letter from R. Longacre to
          cousnel for Koniag; Receive and
          review letter form R. Longacre
          regarding draft brief for
          rehearing; Receive and reivew
          Koniag's brief before Motion
          circuit

TOTAL BILLABLE TIME CHARGES           30.40              $6,095.00

TOTAL BILLABLE COSTS                                        $0.00

TOTAL NEW CHARGES                                       $6,095.00

 PAYMENTS/REFUNDS/CREDITS

   01/24/95 Payment from account/per krl          (6,095.00)

```
Date 01/24/95                EDGAR PAUL BOYKO
Time 5:16 pm              Client Billing Worksheet              Page 11

LEISNOI, INC.    :LEISNOI, INC., (continued)
```

---

TOTAL  PAYMENTS/REFUNDS/CREDITS                                 ($6,095.00)

NEW  BALANCE

---

TOTAL  NEW  BALANCE                                                 $0.00


CLIENT  FUNDS  ACTIVITY

Balance of account                                             $47,640.98
  01/24/95 Payment from account/per krl        (6,095.00)

---

TOTAL  PAYMENTS  MADE  OUT  OF  CLIENT  FUNDS                   ($6,095.00

New balance of account                                         $41,545.98

EDGAR PAUL BOYKO
AND ASSOCIATES
711 H STREET, SUITE 510
ANCHORAGE, ALASKA   99501


LEISNOI, INC.,
P.O. Box 1186                          February 15, 1995
Kodiak, Alaska   99615                 Invoice #3005


In reference to: Account #0276


|  |  | Hours | Amount |
|---|---|---|---|
| 01/03/95 EPB (General) ███████████ | | 0.20 | 60.00 |
| JRF (Sargent) ███████████ | | 0.30 | 52.50 |
| JRF (Global) ███████████ | | 0.50 | 87.50 |
| JRF (Stratman) Telephone conference with M. Waller and F. Zharoff regarding Longacre lien | | 0.20 | 35.00 |
| JRF (Sargent) ███████████ | | 0.40 | 70.00 |
| 01/04/95 EPB (Stratman) Conference with staff regarding status of case; Motion for Rehearing; Telephone conference with clients regarding same | | 0.30 | 90.00 |

LEISNOI, INC.,

Page 2

|  | Hours | Amount |
|---|---|---|
| EPB (General) ███████████████████ | 0.20 | 60.00 |
| JRF (Stratman) Review corporation status report prepard by F. Pagano; Review letter to O. Stratman regarding administration of lease vesting with Leisnoi; Review letter from Dept. of Interior regarding grazing lease; Review application to extend grazing lease; Review livestock lease; Review memo regarding interim conveyances; Review correspondence from Kemppell, Huffman and Ginder; Begin review of Dept. of Interiors brief on appeal; Telephone conference with Mike Waller regarding Leisnoi's Petition for rehearing and petition for certification | 2.80 | 490.00 |
| JRF (Sargent) ██████████████████ | 0.20 | 35.00 |
| JRF (Global) ███████████████████ | 0.10 | 17.50 |
| 01/05/95 EPB (General) ████████████ | 0.20 | 60.00 |
| JRF (Sargent) ████████████████████ | 0.40 | 70.00 |
| 01/06/95 EPB ██████████████████████ | 0.30 | 90.00 |

LEISNOI, INC.,

Page 3

|  | Hours | Amount |
|---|---|---|
| EPB (Stratman) Conference with staff regarding procedure strategies-Petition for Certiorari | 0.40 | 120.00 |
| JRF (Stratman) Telephone conference with M. Waller and F. Zharoff regarding discovery requests filed by Stratman and issue of logging those 15,000 acres. | 0.30 | 52.50 |
| JRF (Stratman) Analyzed methods for defeating discovery until subsequent to petition for rehearing; Review appellate rules on stay of mandates | 0.40 | 70.00 |
| JRF (Stratman) Conference with Mr. Edgar Paul Boyko regarding moving for stay of mandate; Telephone conference with M. Waller and F. Zharoff regarding issue of discovery being filed prematurely by Mr. Stratman; Prepare letter to R. Longacre instructing him to move for stay of mandate; Revise and edit letter to R. Longacre | 1.20 | 210.00 |
| JRF (Sargent) ██████████████ | 0.10 | 17.50 |
| JRF (Stratman) Receive and review transcript of radio comments made by Omar Stratman | 0.10 | 17.50 |
| EPB (General) ██████████████ | 0.60 | 180.00 |
| EPB (Stratman) Telephone conference with clients regarding strategy, review letter to Longacre regarding instruction on procedure, Conference with staff regarding same | 0.30 | 90.00 |

LEISNOI, INC.,                                                                    Page 4

|  | | Hours | Amount |
|---|---|---|---|

01/07/95 JRF (Stratman) Review and analyze balance of Dept. of Interiors 9th Circuit brief; Review and analyze Dept. of Interior BLM approval of Interim Conveyances; Review and anaylze modification of BLM decision; Review correspondence from department of Natural Resources; Review correspondence from Davis, Wright and Jones; Review correspondence from Merdes and Merdes; Review and analyze Alaska Supreme Court decision in Stratman; Review Judge Vonderheydt's order of August 13, 1993; Review correspondence from Roy Longacre; Review Motion to correct clerical mistake; Review correspondence from M. Schneider; Review affidavit of valuation; Review opposition to motion for reconsideration of District Court Order; Review correspondence from Burr, Pease, and Kurtz    4.00    700.00

01/09/95 JRF (Sargent) ████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████    0.50    87.50

         JRF (Global) ████████████████████████████████████    0.10    17.50

         JRF (Stratman) Telephone conference with R. Longacre regarding strategy for rehearing petition and scheduled meeting; Conference with Mr. Edgar Paul Boyko regarding danger of relying on Koniag to file a petition is that Koniag could settle with Stratman leaving Leisnoi high and dry; Telephone    0.60    105.00

LEISNOI, INC.,                                                          Page 5

                                                           <u>Hours</u>        <u>Amount</u>

            conference with M. Waller regarding
            possible purchase of Dept of
            Revenue claim against Stratman;
            Called Dept. of Revenue

JRF  (Stratman) Conference with Mr.                      1.30          227.50
            Edgar Paul Boyko regarding using
            availibility of damages as argument
            to block equitable claim for
            decertification and strategy for
            petition for certiorari focusing on
            disrupting effect upon ANCSA
            distributions; Receive and review
            letter from R. Longacre regarding
            rehearing strategy; Receive and
            review printout from Motznick
            regarding Stratman and child
            support; Analyzed how best to use
            same.

JRF  (Stratman) Analyzed prematurity of               2.90          507.50
            writ of mandate; Telephone
            conference with clerk of court of
            appeals in San Francisco regarding
            writ was improperly issued and
            should be recalled; Second
            telephone conference with clerk of
            court regarding order will be
            issued recalling mandate; Telephone
            conference with F. Zharoff
            regarding mandate is being
            recalled; Receive and review motion
            to dismiss certain parties from
            case; Receive and review discovery
            requests to Leisnoi; Receive and
            review discovery requests to US
            government; Telephone conference
            with Mr. Edgar Paul Boyko regarding
            writ of mandate recalled; Telephone
            conference with Ed Ward regarding
            recall of mandate slows down
            proceedings; Analyzed strategy of
            seeking to purchase judgment
            against Stratman, then levy on his
            cause of action against Leisnoi;
            Conference with Mr. Edgar Paul
            Boyko regarding determining if
            Stratman has any judgments against
            him we could purchase and levy on;

LEISNOI, INC.,

Page 6

| | | Hours | Amount |
|---|---|---|---|

Telephone conference with Motznick computer services regarding determining if Stratman has judgments against him

| EPB (Stratman) Telephone conference with clients and Jack Fitzgerald regarding courts ofappeal mandate; Telephone conference with Longacre regarding mandate and Petition for review; Review Longacre's fax regarding same | 0.50 | 150.00 |
|---|---|---|

EPB (Corporate)
█████████████████████████████
████████████████████████████████

0.20    60.00

01/10/95 JRF (Stratman) Telephone conference with child support enforcement division regarding lien against O. Stratman; Conference with  and Mr. Edgar Paul Boyko regarding ANCSA issue and possible res judicata argument

1.00    175.00

EPB (Stratman) Conference with Jack Fitzgerald regarding Stratman Rule 82 claim; Conference with staff regarding research, Petition for review;

1.00    300.00

01/11/95 JRF (Stratman) Prepare for meeting and R. Longacre, Mr. Edgar Paul Boyko and Jackie Luke regarding strategy for rehearing petitions; Review settlement agreement between Stratman and Koniag; Review Quitclaim Deed from Koniag to Stratman; Review transcript of proceedings before Judge Vanderheydt; Conference with Mr. Edgar Paul Boyko regarding res judicata issue; Review correspondence from E. Weinders to Koniag

2.40    420.00

LEISNOI, INC.,                                                          Page 7

                                                          Hours        Amount

01/11/95 EPB (Stratman) Telephone conference             0.60          180.00
         with Longacre, Koniag's Attorney
         and staff regarding petition for
         rehearing, certification, strategy;
         Telephone conference with client

01/12/95 EPB (Stratman) Review court of appeals          0.40          120.00
         mandate, Conference with clients
         regarding status, Conference with
         Jack Fitzgerald regarding strategy,
         Letter to B. Garber

         JRF (Global) ███████████████████████            0.10           17.50
         █████████████████████████████████

         JRF (Stratman) Receive and review copy          1.30          227.50
         of letter from R. Longacre to
         counsel for Koniag; Receive and
         review letter from R. Longacre
         regarding draft brief for
         rehearing; Receive and reivew
         Koniag's brief before Ninth circuit

01/13/95 EPB (General) ██████████████████████            0.60          180.00
         ██████████████████████████████████
         ███████████████████████

         EPB (Stratman) Review draft of Motion           0.40          120.00
         for Rehearing; Conference with
         staff regarding same, suggest
         additional grounds, finalize letter
         to Garber and Barbara

         JRF (Stratman) Receive and review first         1.40          245.00
         draft of petition for rehearing en
         banc authored by Roy Longacre;
         Conference with Mr. Edgar Paul
         Boyko regarding first draft of
         petition; Analyze possible
         modifications to add theme of
         disruptive effect decertification
         would have on ANCSA distributions
         state-wide; Conference with Mr.

LEISNOI, INC.,

Page 8

| | Hours | Amount |
|---|---|---|

Edgar Paul Boyko regarding
additions to brief; Telephone
conference with R. Longacre
regarding modifying the brief

| | | Hours | Amount |
|---|---|---|---|
| JRF (Global) | | 1.20 | 210.00 |
| 01/14/95 JRF (Global) | | 0.40 | 70.00 |
| 01/16/95 JRF (Corporate) | | 1.00 | 175.00 |
| JRF | | 0.40 | 70.00 |
| JRF (Stratman) Receive and review second draft of petition for rehearing and suggestion for rehearing en banc and analyzed whether to modify same; Conference with Mr. Edgar Paul Boyko regarding petition for rehearing | | 0.70 | 122.50 |

LEISNOI, INC.,                                                          Page 9

|  | Hours | Amount |
|---|---|---|
| EPB (General) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.10 | 330.00 |
| EPB (Stratman) Conference with staff regarding status, review and revise draft petition for review, Fax to Longacre | 0.50 | 150.00 |
| 01/17/95 JRF (Corporate) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 | NO CHARGE |
| JRF (Stratman) Review and analyze Stratman's original brief on appeal to 9th circuit; Review and analyze Stratman's reply brief; Called R. Longacre to confirm that mandate was recalled by 9th circuit; Conference with Mr. Edgar Paul Boyko regarding Stratman's arguments | 2.20 | 385.00 |
| JRF (Sargent) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.20 | 35.00 |
| JRF (Stratman) Review changes to petition for rehearing requested by Mr. Edgar Paul Boyko | 0.20 | 35.00 |
| EPB (General) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.20 | NO CHARGE |
| 01/18/95 JRF (Corporate) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.00 | 175.00 |
| JRF (Sargent) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.20 | 35.00 |

LEISNOI, INC.,                                                      Page 10

|  | | Hours | Amount |
|---|---|---|---|
| | JRF (Stratman) Receive and review recall of mandate; Telephone conference with Mr. Edgar Paul Boyko regarding briefs to 9th circuit court of appeals | 0.20 | 35.00 |
| | JRF (Global) ███████████████████ | 1.00 | 175.00 |
| | JRF (Global) ███████████████████ | 0.40 | 70.00 |
| | JRF (Stratman) Receive and review letter from Trillium to F. Zharoff requesting status report on Stratman litigatoin; Receive and review letter from R. Lonagcre to M. Smith regarding waiver of attorney lien on papers; Review original brief on appeal for Leisnoi prepared by R. Longacre | 1.00 | 175.00 |
| | JRF (Corporate) ███████████ | 0.10 | 17.50 |
| 01/19/95 | EPB (Stratman) Telephone conference with Jack Fitzgerald, Ed Ward regarding status of appeal | 0.30 | 90.00 |
| 01/20/95 | JRF (Sargent) ███████████████ | 0.10 | 17.50 |

LEISNOI, INC.,                                                                    Page 11

|  |  | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|
| 01/20/95 | JRF (Stratman) Receive and review letter from R. Longacre regarding government will not be filing petition for rehearing; Receive and review letter from R. Longacre to M. Schneider advising him Mr. Edgar Paul Boyko and Associates is substituting in as counsel; Receive and review letter from M. Schneider regarding his predictions of what 9th circuit and Supreme Court will do. Receive and review proposed stipulations to halt logging activities; Conference with Mr. Edgar Paul Boyko regarding stipulation is ludricous | 0.40 | 70.00 |
|  | JRF (Stratman) Telephone conference with M. Waller and F. Zharoff regarding briefs before 9th Circuit | 0.20 | 35.00 |
|  | EPB (General) ███████████ | 0.40 | 120.00 |
| 01/23/95 | EPB ████████████ | 0.30 | 90.00 |
|  | EPB (General) ████████████ | 0.30 | 90.00 |
|  | EPB (Sargent) ███████████ | 0.20 | 60.00 |

LEISNOI, INC.,                                                        Page 12

|            |                                                       | Hours | Amount |
|------------|-------------------------------------------------------|-------|--------|
| 01/23/95 JRF (Sargent) |                                           | 1.60  | 280.00 |
| JRF (Global) |                                                     | 0.20  | 35.00  |
| JRF (Stratman) Prepare letter to M. Schneider; Conference with Mr. Edgar Paul Boyko regarding refusing to stipulate to injunction; Analysis of possible use of forcible entry and detainer statute to evict Stratman; Telephone conference wit M. Smith regarding FED action | | 0.60 | 105.00 |
| JRF (Sargent) |                                                    | 0.40  | 70.00  |
| 01/24/95 EPB |                                                     | 0.20  | 60.00  |
| JRF |                                                              | 0.20  | 35.00  |
| JRF (Corporate) |                                                  | 0.50  | 87.50  |
| JRF (Global) |                                                     | 0.10  | 17.50  |

LEISNOI, INC.,                                                          Page 13

|  | Hours | Amount |
|---|---|---|
| JRF (Global) ▮▮▮▮▮▮ | 0.30 | 52.50 |
| JRF (Stratman) Telephone conference with M. Waller regarding Stratman's operation on Leisnoi's property | 0.20 | 35.00 |
| JRF (Sargent) ▮▮▮▮▮▮ | 0.20 | 35.00 |
| JRF (Stratman) Conference with colleague regarding petition for certiorari strategy | 0.20 | 35.00 |
| JRF (Corporate) P▮▮▮▮ | 1.00 | 175.00 |
| JRF (Dept. of Labor) ▮▮▮ | 0.20 | 35.00 |
| JRF (Stratman) Telephone conference with Ed Ward regarding FED action to bring against Stratman; Receive and review petition for rehearing by Koniag | 0.90 | 157.50 |
| 01/25/95 EPB ▮▮▮▮▮▮ | 0.20 | 60.00 |
| JRF (Corporate) ▮▮▮▮ | 0.20 | 35.00 |
| JRF (Global) ▮▮▮▮▮▮ | 0.20 | 35.00 |

LEISNOI, INC.,                                                      Page 14

|                          |                          | Hours | Amount |
|--------------------------|--------------------------|-------|--------|

01/25/95 JRF (Stratman) Review proposed                    0.50      87.50
         modification to payment schedule
         agreement regarding Roy Longacre;
         Telephone conference with R.
         Longacre's office regarding adding
         a ten day grace period to
         agreement; Conference with Mr.
         Edgar Paul Boyko regarding ten day
         grace period needed to protect
         Leisnoi, Inc.

         JRF (Stratmen) Receive and review                 0.60     105.00
         application fro extension of
         grazing logs; Receive and review
         letter to Omar Stratman regarding
         lease payments; Telephone
         conference with M. Waller regarding
         we need to show history of
         Stratman's payments and if he
         signed a lease with Leisnoi, Inc.

01/26/95 JRF (Corporate) ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

         JRF (Sargent) ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆             0.20      35.00

         JRF (Dept. of Labor)▆▆▆▆▆▆▆▆▆▆▆            0.20      35.00

         JRF (Corporate)▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆             0.40      70.00

         JRF (Dept. of Labor)▆▆▆▆▆▆▆▆▆▆             0.40      70.00

LEISNOI, INC.,                                           Page 15

|  | Hours | Amount |
|---|---|---|
| 01/26/95 JRF (Sargent) ████████ | 0.20 | 35.00 |
| JRF (Stratman) Receive and review modified payment schedule agreement; Conference with Mr. Edgar Paul Boyko regarding ten day extension for Leisnoi | 0.20 | 35.00 |
| EPB ████████ | 0.30 | 90.00 |
| 01/27/95 JRF (Sargent) ████████ | 0.30 | 52.50 |
| JRF (Sargent) ████████ | 0.30 | 52.50 |
| JRF (Dept. of Labor) ████████ | 0.20 | 35.00 |
| JRF (Stratman) Final review of onsent judgment materials; Prepare letter to M. Smith regarding we need Stratman files as soon as possible | 0.50 | 87.50 |
| JRF (Sargent) ████████ | 0.10 | 17.50 |
| JRF (Dept. of Labor) Te████ | 0.30 | 52.50 |

LEISNOI, INC.,                                                                Page 16

|  |  | Hours | Amount |
|---|---|---|---|

01/28/95 JRF (Stratman) Review Koniag v. Andrus          1.70          297.50
         580 f2d 701 (DC APP 1978); Review
         43 USA title 1610; Research
         regarding Stratman v. Watt 656 F.2d
         1321 (9th Cir. 1981)l Research
         regarding dismissal of petition for
         certiorari in Koniag V. Stratman,
         456 US 901 (1982)

01/30/95 EPB (Stratman) Conference with Jack             0.60          180.00
         Fitzgerald regarding status and
         strategy, Res Judicata defense;
         Review letter from Attoney
         Schneider; Fax to Schneider

         EPB (General)███████████████████          0.30           90.00
         ████████████████████████████

01/31/95 EPB (Stratman) Conference with Jack             0.50          150.00
         Fitzgerald regarding res judicata
         defense, review documents;
         Telephone conference with Jack
         Fitzgerald regarding research
         results

                                                      _____      _____
         For professional services rendered         58.30        $11,575.00

         Additional charges:

         -Photocopies for the month of January 1995                      88.00
         -Postage for the month of January 1995                           2.93
         -All Facsimiles for the month of January 1995                   54.00
         -All deliveries for the month of January 1995                   20.00
         -Long distance phone calls for the month of                     79.53
          January 1995
         -This bill is for the long distance phone calls                 94.97
          made in August of 1994.  The phone bill was
          inadvertently mis laid.
         -Costs for one Goldstreak for $15.00 for the                    15.00
          month of January
         -Motznik computer services for research                        15.00
                                                                   _____
         Total costs                                               $369.43
                                                                   _____

LEISNOI, INC.,                                                      Page 17

                                                                   Amount

      Total amount of this bill                    $11,944.43

01/24/95-Payment from account/per krl                    ($6,095.00)

      Balance due                                   $5,849.43


      Previous balance of client funds              $47,640.98
01/24/95-Payment from account/per krl                    ($6,095.00)

      New balance of client funds                   $41,545.98