EXHIBIT NO. 7: EDGAR PAUL BOYKO & ASSOCIATES
PART II

EDGAR PAUL BOYKO
AND ASSOCIATES
711 H STREET, SUITE 510
ANCHORAGE, ALASKA   99501


Invoice submitted to:
LEISNOI, INC.,
P.O. Box 1186
Kodiak, Alaska   99615


April 21, 1995
In reference to: Account #0276
Invoice #3066

| | | Hours | Amount |
|---|---|---|---|
| 09/15/94 EPB | ████████████████████████ | 0.30 | 90.00 |
| 09/17/94 EPB | ████████████████████████ | 0.30 | 90.00 |
| 09/18/94 EPB | ████████████████████████ | 2.80 | 840.00 |
| 09/19/94 EPB | ████████████████████████ | 0.80 | 240.00 |
| EPB | ████████████████████████ | 2.20 | 660.00 |
| KRL | ████████████████████████ | 0.10 | 9.00 |

LEISNOI, INC.,                                                            Page 2

|            |     |                                                           | Hours | Amount |
|------------|-----|-----------------------------------------------------------|-------|--------|
| 09/22/94   | EPB | ███████████████████████████                               | 0.40  | 120.00 |
| 10/05/94   | EPB | ███████████████████████████                               | 1.30  | 390.00 |
| 10/06/94   | EPB | ███████████████████████████                               | 0.80  | 240.00 |
|            | RLB | ███████████████████████████                               | 4.00  | 700.00 |
| 10/07/94   | EPB | ███████████████████████████                               | 0.20  | 60.00  |
|            | RLB | ███████████████████████████                               | 4.00  | 700.00 |
| 01/10/95   | BKG | (Stratman) Meeting with EPB & staff re: status of Leisnoi appeal; Review pleadings. | 2.00 | 270.00 |
|            | BKG | (Stratman) Meeting with EPB & staff re: status of Leisnoi appeal (Kari). | 1.00 | 135.00 |
| 01/11/95   | BKG | Legal research; history of Leisnoi merger with Koniag.    | 1.50  | 202.50 |
| 01/16/95   | BKG | Review village eligibility regulations.                   | 1.00  | 135.00 |
| 01/18/95   | BKG | Complete federal court pleading packet fot Leisnoi at library. | 1.00 | 135.00 |
| 01/24/95   | BKG | Legal research DOI administrative decisions.              | 1.50  | 202.50 |

LEISNOI, INC.,                                                                          Page 3

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       | Hours | Amount |
|------------|-----|------------------------------------|-------|--------|
| 01/30/95   | JRF | (Stratman) Legal research and analysis regarding possible preclusive offer from Stratman Two dismisal; Telephone conference with clerk of Court regarding obtained archive information for 1979 Stratman case; Telephone conference with federal archives clerk regarding box number containing Stratman Two; Conference with Mr. Edgar Paul Boyko regarding possible motion to dismiss; Receive and review six page settlement letter from Mike Schneider; Conference with Mr. Edgar Paul Boyko regarding settlement overtures of Stratman; Second telephone conference with federal archives clerk regarding file has been located; Telephone conference with M. Smith regarding problems with getting votes in favor of consent judgment; Prepare letter to M. Smith regarding importance of obtaining the Stratman files; Revise and finalize same | 3.00  | 525.00 |
| 01/31/95   | JRF | (Stratman) Telephone conference with Mike Waller regarding R. Longacre issue; Returned call of M. Smith regarding effect of posting a bond | 0.30  | 52.50  |
|            | JRF | (Stratman) Travel to U.S. Archives; Review complaint in Stratman's Two; Review answer; Review Motion to Dismiss; Review Opposition to Motion to Dismiss; Review Motion to Remand; Review Opposition to Motion to Remand; Review Order Dismissing Omar Stratman's claims against Leisnoi; Review Final Judgment; Analysis of res judicata effect of final judgment, although same is inconsistent with later decision by 9th Circuit; Travel to law library; Legal research regarding doctrine for res judicata | 3.40  | 595.00 |

LEISNOI, INC.,                                                          Page 4

|  |  | Hours | Amount |
|---|---|---|---|
| 02/01/95 | JRF (Sargent) ██████████████████ ████████████ | 0.10 | 17.50 |
| | JRF (Corporate) ██████████████ ████████████ | 0.10 | 17.50 |
| | JRF (Stratman) Travel to law library; Legal research regarding U.S. Supreme Court cases on issue of direct estoppel, collateral estoppel and res judicata Analyzed case overhearing 9th Circuit case for failure properly to apply doctrine at res judicata; Analyzed strategy of pursuing 3 separate writs to U.S. Supreme Court; Conference with Mr. Edgar Paul Boyko regarding using Stratman Two final judgment as a weapon to defeat Stratman's claims against Leisnoi on remand; Research regarding 9th Circuit authority on collateral estoppel and res judicata; Conference with Mr. Edgar Paul Boyko regarding Longacre lien, and telephone conference with Mike Smith and Mike Waller regarding Longacre lien, and res judicata theory | 4.40 | 770.00 |
| | JRF (Stratman) Telephone conference with Mike Smith regarding res judicata argument we intend to pursue | 0.20 | 35.00 |
| | JRF (Corporate) ██████████████ ████████ | 0.10 | 17.50 |
| | JRF (Stratman) Travel to law library. Legal research re: doctrine of res judicata | 0.10 | 17.50 |
| | JRF (Stratman) Telephone call with Mike Smith & Mike Waller re: Longacre lien and res judicata | 0.20 | 35.00 |

LEISNOI, INC.,                                                              Page 5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 02/02/95 | BKG | Legal research & draft section on Koniag village history. | 3.00 | 405.00 |
| 02/03/95 | EPB | (Stratman) Conference with Jack Fitzgerald, telephone conference with Ed Ward regarding research and strategies | 0.40 | 120.00 |
|  | JRF | (Sargent) execu▓▓ ▓▓▓▓▓▓▓▓▓▓▓ | 0.10 | 17.50 |
|  | JRF | (Stratman) Telephone conference with Ed Ward regarding legal strategy for dealing with Omar Stratman; Conference with Mr. Edgar Paul Boyko regarding res judicata theory | 0.80 | 140.00 |
|  | JRF | (Sargent) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.20 | 35.00 |
|  | JRF | (Corporate) ▓▓▓▓▓▓▓▓▓▓▓ | 0.20 | 35.00 |
| 02/04/95 | EPB | (Corporate) ▓▓▓▓▓▓▓▓▓ | 0.20 | 60.00 |
|  | JRF | (Corporate) ▓▓▓▓▓▓▓▓▓▓▓▓ | 1.30 | 227.50 |
|  | JRF | (Stratman) Review and analyze Omar Stratman's guest opinion and analyzed possible response letter to editor, and issue of settlement possibility | 0.20 | 35.00 |

LEISNOI, INC.,                                                    Page 6

|  |  | Hours | Amount |
|---|---|---|---|
| 02/06/95 EPB (Stratman) Prepare letter to R. Longacre regarding releasing documents and files; Review Consent Judgment and Agreement regarding payment schedule |  | 0.40 | 70.00 |
| EPB (General) ███████████████████ ███████████████ |  | 0.50 | 150.00 |
| EPB (General) ███████████████████ ██ |  | 0.20 | 60.00 |
| JRF (Global) ███████████████████ |  | 0.40 | 70.00 |
| JRF (Sargent) ███████████ |  | 0.10 | 17.50 |
| JRF (Corporate) ██████████████████ |  | 1.80 | 315.00 |
| JRF (Stratman) Conference with Mr. Edgar Paul Boyko regarding obtaining documents from Longacre |  | 0.10 | 17.50 |
| JRF (Corporate) ███████████████ |  | 0.20 | 35.00 |

LEISNOI, INC.,

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 02/06/95 | JRF | (Corporate) ███████████████ | 0.40 | 70.00 |
| 02/07/95 | JRF | (Stratman) Receive one letter and 14 boxes of filing from Atty. Longacre | 0.20 | 35.00 |
| | JRF | (Corporate) ████████████████ | 0.50 | 87.50 |
| 02/08/95 | BKG | Telephone call to EPB re: scope of work; Legal research re: village enrollment and eligibility decisions. | 2.00 | 270.00 |
| | EPB | (Stratman) Discuss strategy, prepare for oral argument. Telephone conference with M. Schneider. | 0.50 | 150.00 |
| | EPB | (Sargent) ████████████████ | 0.30 | 90.00 |
| | JRF | (Stratman) Conference with Mr. Edgar Paul Boyko regarding settlement strategy; Sat in on telephone conference with M. Schneider regarding settlement; Telephone conference with Ed Ward regarding slowing down Stratman | 0.50 | 87.50 |
| | JRF | (Corporate) ████████████████ | 0.20 | 35.00 |

LEISNOI, INC.,

Page 8

| | | Hours | Amount |
|---|---|---|---|
| 02/08/95 JRF (Sargent) ███ | | 0.70 | 122.50 |
| 02/09/95 BKG (Stratman) Legal research & revise ANCAB entitlement decisions. | | 2.00 | 270.00 |
| EPB (Stratman) Telephone conference with M. Smith, Conference with Jack Fitzgerald regarding possible settlement discussion with Stratman; Telephone conference with Schneider regarding same | | 0.30 | 90.00 |
| JRF (Corporate) ███ | | 0.30 | 52.50 |
| JRF (Corporate) ███ | | 0.10 | 17.50 |
| JRF (Stratman) Conference with Mr. Edgar Paul Boyko regarding strategy for negotiations with Stratman | | 0.20 | 35.00 |
| JRF (Corporate) ███ | | 0.40 | 70.00 |
| JRF (Stratman) Review Roy Longacre's letter of Feb 8th and prepared letter to R. Longacre responding to it | | 0.30 | 52.50 |

LEISNOI, INC.,

Page 9

| | Hours | Amount |
|---|---|---|
| 02/09/95 JRF (Global) ▓▓▓▓▓▓▓ | 0.10 | 17.50 |
| 02/10/95 EPB (General) ▓▓▓▓▓▓▓ | 0.20 | 60.00 |
| 02/11/95 JRF (Corporate) ▓▓▓▓▓▓▓ | 0.20 | 35.00 |
| 02/13/95 BKG (Stratman) Legal research ANCAB and secretarial decisions re: Leisnoi and ineligible Koniag villages. | 6.00 | 810.00 |
| EPB ▓▓▓▓▓▓▓ | 0.50 | 150.00 |
| JRF (Sargent) ▓▓▓▓▓▓▓ | 0.30 | 52.50 |
| JRF (Corporate) ▓▓▓▓▓▓▓ | 0.10 | 17.50 |
| JRF (Corporate) ▓▓▓▓▓▓▓ | 0.20 | 35.00 |
| JRF (Stratman) Conference with Mr. Edgar Paul Boyko and paralegal regarding review of documentation obtained from R. Longacre | 0.20 | 35.00 |
| 02/14/95 BKG (Stratman) Telephone call to Reg. Sol. re: unpublished VE decisions. | 0.25 | 33.75 |
| JRF (Corporate) ▓▓▓▓▓▓▓ | 0.40 | 70.00 |
| JRF (Sargent) ▓▓▓▓▓▓▓ | 0.30 | 52.50 |

LEISNOI, INC.,

| | Hours | Amount |
|---|---|---|
| 02/15/95 JRF (Global) ████████████ | 0.50 | 87.50 |
| JRF (Corporate) ████████ | 0.20 | 35.00 |
| JRF (Corporate) ████████ | 0.10 | 17.50 |
| JRF (Global) ████████████████████████ | 2.00 | 350.00 |
| JRF (Global) ████████ | 0.20 | 35.00 |
| 02/16/95 JRF (Corporat ████████ | 0.20 | 35.00 |
| JRF (Stratman) Conference with Frank Feichtinger regarding Stratman documents | 0.20 | 35.00 |
| JRF (Corporate) ████████ | 0.30 | 52.50 |
| JRF (Stratman) Receive and review letter from R. Longacre regarding RICO assignment | 0.10 | 17.50 |

LEISNOI, INC.,

|  | Hours | Amount |
|---|---|---|
| 02/20/95 EPB (General) | 0.50 | NO CHARGE |
| 02/21/95 RLB (Corporate) | 0.70 | 122.50 |
| 02/22/95 EPB | 0.20 | 60.00 |
| RLB (Corporate) | 0.70 | 122.50 |
| 02/23/95 EPB (Corporate) | 0.30 | 90.00 |
| RLB (Corporate) | 0.60 | 105.00 |
| 02/24/95 RLB (Corporate) | 0.90 | 157.50 |
| 02/25/95 EPB (General) | 5.10 | 1,530.00 |
| EPB | 1.50 | NO CHARGE |
| 02/27/95 RLB | 1.00 | 175.00 |

LEISNOI, INC.,

| | | Hours | Amount |
|---|---|---|---|
| 02/28/95 RLB ████████████████ | | 0.30 | 52.50 |
| 03/01/95 RLB ████████████████ | | 0.20 | 40.00 |
| 03/02/95 EPB ████████████ | | 0.20 | 60.00 |
| 03/03/95 EPB ████████████ | | 0.20 | 60.00 |
| 03/05/95 JRF | RECEIVE & REVIEW ORDER FOR TRIAL SETTLING CONFERENCE. | 0.10 | 17.50 |
| | JRF RECEIVE & REVIEW LETTER FROM R. LONGACRE RE: LEISNOI VS. STRATMAN CASE. | 0.10 | 17.50 |
| | JRF RECEIVE & REVIEW LETTER FROM JAMIN, EBELL RE: BURTON.  RECEIVE & REVIEW PROPOSED STIPULATION.  ANALYZE PROBLEM WITH PROPOSED STIPULATION. | 0.50 | 87.50 |
| | JRF CONF. WITH EPB RE: MOTION TO RECALL MANDATE. REVISE, EDIT & FINALIZE MOTION TO EXTEND TIME TO OPPOSE MOTION TO DISMISS.  CONF. WITH F. FEICHTINGER RE: DISCOVERY REQUESTS. EXECUTE LETTER TO CLERK OF COURT. | 0.90 | 157.50 |
| 03/06/95 JRF | (Stratman) Review R. Longacre's letter of 2/24/95; Prepare letter to M. Smith regarding proceeding forward with petition for certiorari; Conference with F. Feichtinger regarding document review and organization | 0.40 | 70.00 |
| | JRF RECEIVE & REVIEW ORDER DENYING REHEARING.  RECEIVE & REVIEW KODIAK DAILY MIRROR ARTICLE ABOUT THREAT TO CEASE LOGGING.  CONF. WITH EPB RE: STARTING WORK ON PETITION FOR REHEARING | 0.70 | 122.50 |

LEISNOI, INC.,                                                              Page 13

|            |     |                                                                                                                                                                                      | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 03/06/95   | JRF | ████████████████████████████                                                                                                                                                         | 0.20  | 35.00  |
|            | JRF | ████████████████████████████                                                                                                                                                         | 0.30  | 52.50  |
|            | JRF | ████████████████████████████                                                                                                                                                         | 0.20  | 35.00  |
|            | JRF | RECEIVE & REVIEW ROY LONGACRE'S LETTER OF 2/28/95 AND NOTICE RE: COUNSEL FOR DEPT OF JUSTICE                                                                                          | 0.20  | 35.00  |
|            | JRF | PREPARE LETTER TO MIKE SMITH RE: PROCEEDING FORWARD WITH PETITION FOR CERTIORARI. CONF. WITH F. FEICHTINGER RE: DOCUMENT REVIEW AND ORGANIZATION.                                     | 0.40  | 70.00  |
|            | JRF | ████████████████████████████                                                                                                                                                         | 0.40  | 70.00  |
| 03/07/95   | EPB | REVIEW SUBSTITUTION OF COUNSEL PAPERS.                                                                                                                                                | 0.20  | 35.00  |
|            | EPB | ████████████████████████████                                                                                                                                                         | 0.80  | 240.00 |
|            | EPB | REVIEW & EXECUTE SUBSTITUTION OF COUNSEL, CONF. WITH JRF RE: STAY OF MANDATE.                                                                                                         | 0.20  | 60.00  |
|            | JRF | TELEPHONE CONSULT. WITH COLLIN MIDDLETON RE: STRATEGY IF CASE IS REMANDED.  TELEPHONE CONSULT. WITH CLERK OF 9TH CIRCUIT RE: MANDATE ISSUED MARCH 2 WILL NOT BE RECALLED.  RESEARCH RE: MOTION PRACTICE TO RECALL MANDATE.  CONF. WITH EPB RE: MOVING TO RECALL MANDATE. | 0.90  | 157.50 |

LEISNOI, INC.,                                                           Page 14

                                                        <u>Hours</u>        <u>Amount</u>

      JRF                                        1.40           245.00

03/08/95 JRF  TELEPHONE CONSULT. WITH ROY             0.60           105.00
              LONGACRE RE: SUBSTITUTION OF
              COUNSEL.  CONF. WITH EPB RE:
              SUBSTITUTION OF COUNSEL.  PREPARE
              LETTER TO MIKE WALLER RE:
              SUBSTITUTION OF COUNSEL.  PAPERS
              NEED TO BE SIGNED.

      JRF                                        0.70           122.50

      JRF                                        0.40            70.00

      RLB                                        0.10            17.50

03/09/95 JRF                                          0.10            17.50

      JRF  RECEIVE & REVIEW LETTER OF MARCH 9     0.20            35.00
              FROM ROY LONGACRE & ATTACHMENT.

Page 15

| | Hours | Amount |
|---|---|---|
| FROM KEN HANGE TO F. WITH EPB IS LETTER TO ID NOT VOTE TS PENCILED | 0.70 | 122.50 |
| ER RE: | 0.20 | 35.00 |
| :ONS FOR STAY JSDC, FUTURE | 0.30 | 90.00 |
| ATEGY | 0.30 | 52.50 |
| FOR NDATE. ION TO STAY NSULT. WITH S. BEGIN T OF MOTION | 1.40 | 245.00 |
| 'H M. WALLER Y ISLAND. | 0.20 | 35.00 |
| OF MEMO IN RECALL OSED ORDER MANDATE. TRICT COURT GS PENDING RI. PREPARE OPOSED ORDER. | 2.60 | 455.00 |
| 'H EPB RE: HANSON. | 0.10 | 17.50 |
| MMARY MO IN SUPPORT. R GRANTING | 4.00 | 700.00 |

Page 16

| | Hours | Amount |
|---|---|---|
| RES STOPPEL. | 0.20 | 35.00 |
| :: ANCSA ·ia; | 3.00 | 405.00 |
| REVIEW LT. WITH OR CERT. | 1.20 | 360.00 |
| THORITY NT JE RE: | 1.50 | 262.50 |
| :ION TO ; ARCH RE: DER | 1.40 | 245.00 |
| MMARY RT. | 2.40 | 420.00 |
| . CONF F INT | 0.60 | 105.00 |
| | 3.00 | 300.00 |
| | 3.00 | 300.00 |
| | 0.40 | 70.00 |
| ING | 0.10 | 17.50 |
| RECALL | 0.10 | 17.50 |

LEISNOI, INC.,                                                          Page 17

                                                     <u>Hours</u>        <u>Amount</u>

03/14/95 JRF COMPLETED SECOND DRAFT OF MEMO IN          2.20          385.00
             SUPPORT OF MOTION FOR SUMMARY
             JUDGEMENT.  TELEPHONE CONSULT. WITH
             M. SCHNEIDER'S SECRETARY RE: MOTION
             FOR STAY.  TELEPHONE CONSULT. WITH
             M. WALLER RE: ELIGIBILITY
             REQUIREMENTS.

03/15/95 EPB REVIEW, REVISE & FINALIZE VARIOUS          0.40          120.00
             PLEADINGS IN USDC & COURT OF
             APPEALS 9TH CIRCUIT.

         JRF FINALIZE MOTION TO RECALL MANDATE.         0.30           52.50

         JRF PREPARE MOTION TO EXTEND TIME TO           0.80          140.00
             OPPOSE MOTION TO DISMISS UNTIL
             AFTER COURT RULES ON MOTION FOR
             STAY.  PREPARE MEMO IN SUPPORT AND
             PROPOSED ORDER.

         JRF REVIEW DISCOVERY REQUESTS OF               0.60          105.00
             STRATMAN AND MOTION TO DISMISS.

03/16/95 JRF LEGAL RESEARCH & ANALYSIS RE:              1.00          175.00
             BURDEN OF PROOF IN STRATMAN'S
             CONTENTION OF LEISNOI
             INELIGIBILITY.  LEGAL RESEARCH &
             ANALYSIS RE: RESIDENT ELIGIBILITY.

         JRF CONF. WITH EPB RE: STATUS OF               0.10           17.50
             PROPOSED SETTLEMENT.

03/17/95 EPB CONF. WITH JRF, REVIEW & REVISE            0.30           90.00
             CORRESPONDENCE

         EPB REVIEW LETTER TO M. WALLER RE:             0.20           60.00
             ANCSA REGULATIONS AFFECTING
             QUALIFICATIONS OF WI VILLAGE

         JRF                                            1.00          175.00

LEISNOI, INC.,                                                    Page 18

                                                    <u>Hours</u>        <u>Amount</u>

JRF  ████████████████████████████           0.40          70.00

JRF  ████████████████████████                0.20          35.00

JRF  PREPARE LETTER TO M. WALLER             0.80         140.00
     ANALYZING VILLAGE ELIGIBILITY
     REQUIREMENTS AND ATACHED COPIES OF
     REGULATIONS & PERTINENT STATUTES.

JRF  CONF. WITH PARALEGAL RE: CFR            0.20          35.00
     REGULATIONS.

JRF  RECEIVE & REVIEW BURTON'S MOTION        0.10          17.50
     FOR EXTENSION OF TIME TO OPPOSE
     MOTION TO DISMISS.

JRF  TELEPHONE WITH M. WALLER RE:            0.40          70.00
     VILLAGE RESIDENCY REQUIREMENTS AND
     BURTON'S REQUEST RE: LIS PENDENS.
     CONF. WITH F. FEICHTINGER RE:
     INVESTIGATION.

JRF  ANALYZED HOW BEST TO RESPOND TO         0.60         105.00
     BURTON'S REQUEST  TO STIPULATE TO
     NO LEGAL RAMIFICATIONS FROM
     DROPPING LIS PENDENS PREPARED
     LETTER TO A. SCHMITT RE: WE DECLINE
     TO STIPULATE TO NO LEGAL
     RAMIFICATION

03/20/95 BKG (Stratman) Legal research & draft    2.00    270.00
     outline re: consequences of village
     decertification and ANCSA issues.

JRF  Receive & review letter from Gates      0.20          35.00
     & Associates

LEISNOI, INC.,

| | | Hours | Amount |
|---|---|---|---|
| 03/20/95 | JRF Telphone call with C. Middleton's secretary re: obtaining copies of deposition | 0.10 | 17.50 |
| 03/21/95 | BKG (Stratman) Meetin with JRF & EPB re: residency requirements for village certification. | 1.50 | 202.50 |
| | JRF (Corporate) ████████████ | 0.20 | 35.00 |
| | JRF (Stratman) Receive & review order approving substitution of counsel in trespass action. | 0.10 | 17.50 |
| | JRF (Corporate) ████████████ | 0.20 | 35.00 |
| | JRF (Sargent) ████████████ | 0.20 | 35.00 |
| | JRF (Stratman) Receive & review letter from M. Schneider re: keeping settlement discussions confidential. Conference with EPB re we have no objection to confidentiality clause. | 0.30 | 52.50 |
| | JRF (Stratman) Review discovery responses given by U.S. to Stratman. Review list of persons in village of Woody Island obtained from Dept. of Interior. Research re: Title 25 CFR provisions on definition of residency containing an intent component. Conference with collegue re: possible motion for summary judgment re: Woody Island as a recognized historic village coud moot analysis of village residents. | 1.90 | 332.50 |

LEISNOI, INC.,                                                    Page 20

|  |  | Hours | Amount |
|---|---|---|---|

03/22/95 BKG (Stratman) Legal research re:
historical status of Leisnoi and
residency requirement for village
certification.                              4.00      540.00

EPB CONF. WITH JRF TO REVIEW ANCSA
PROVISIONS APPLICABLE TO
CERTIORARI.                                 0.20       60.00

EPB ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                  0.20       60.00

JRF (Global) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓             1.00      175.00
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓

JRF (Sargent) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓              0.20       35.00

JRF (Global) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓              0.20       35.00
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

JRF (Stratman) Legal research and
analysis re: code of Federal
Regulations provisions pertaining
to exceptions to residency rules.
Analyzed strategy that could harm
Stratman's theory of the case.
Conference with F. Feichtinger re:
historical background of Woody
Island.  Conference with EPB re:
analysis of 46 CFR 2651.2(b).               2.00      350.00

JRF (Stratman) Prepare letter to M.
Waller re: residency issue.                 0.40       70.00

03/23/95 JRF (Stratman) Receive letter for
counsel for Koniag's.  Telephone
conference with Collin Middleton
re: history of Woody Island                 0.40       70.00

LEISNOI, INC.,                                                                              Page 21

|  |  | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|
| 03/23/95 | JRF (Stratman) conference with F. Feichtinger re: anthropological & historical investigation. | 0.20 | 35.00 |
|  | JRF (Stratman) Conference with EPB re: working with Koniag to defeat Stratman's claims. | 0.20 | 35.00 |
|  | JRF (Global) Returned call of B. Kollenborn, counsel for Sink | 0.10 | 17.50 |
|  | JRF (Stratman) Travel to C. Middleton's office.  Conference with C. Middleton and counsel for the U.S. re: strategy for dealing with Omar Stratman. | 2.00 | 350.00 |
|  | JRF (Corporate) ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.20 | 35.00 |
| 03/24/95 | EPB Conference with Jack re: pending motions, strategy, certification, review new pleadings | 0.40 | 120.00 |
|  | JRF (Global) ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.20 | 35.00 |
|  | JRF (Global) ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.10 | 17.50 |
|  | JRF (Stratman) Receive & review opposition by Stratman to motion for extension of time to oppose motion to dismiss. | 0.50 | 87.50 |
|  | JRF (Corporate) ▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.20 | 35.00 |
|  | JRF (Corporate) ▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.30 | 52.50 |

LEISNOI, INC.,                                                          Page 22

|  |  | Hours | Amount |
|---|---|---|---|
| 03/24/95 JRF | (Stratman) Conference with F. Feichtinger re: scope of investigation.  Called Collin Middleton to inquire about R. Knick. | 0.40 | 70.00 |
| JRF | (Stratman) Receive & review opposition to motion for stay pending petition for cert.  Receive & review opposition to motion to recall mandate.  Receive & review motion for preliminary injunction & memo in support. | 2.40 | 420.00 |
| 03/25/95 BKG | (Stratman) Telephone call to Hank Eaton re: Woody Island history; draft and revise memo re: Leisnoi eligibility. | 3.00 | 405.00 |
| JRF | (Sargent ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 1.20 | 210.00 |
| JRF | (Stratman) Legal research and analysis re: statute of limititions argument to defeat motion for preliminary injunction.  Legal research re: Qui Tam statute. Telephone conference with Mike Waller re: date of interim conveyance on property where logging is being done. | 2.80 | 490.00 |
| JRF | (Sargent) ▮▮▮▮▮▮▮▮▮ | 0.30 | 52.50 |

LEISNOI, INC.,                                                    Page 23

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 03/27/95 | BKG | Revise memo and meeting with JRF & EPB re history of Leisnoi/Woody Island. | 4.00 | 540.00 |
| | EPB | Conference with Jack Fitzgerald re: settlement terms. | 0.20 | 60.00 |
| | JRF | (Stratman) Analysis & research re: Qui Tam analyzed strategy of offensively challenging Stratman's right to remain on property by filing an F.E.D. suit. Legal research re: forcible entry & detainer. Receive & review interim conveyance. Revise, edit & finalize motion for summary judment. Marshalled exhibits to motion for summary judgment | 4.50 | 787.50 |
| | JRF | (Stratman) Attend settlement conference with O. Stratman & M Schneider. Conference with Mike Smith re: problems with Stratman's offer. Conference with collegue re: pending legal issues for petition for cert. petition for injunction, and trespass action | 2.40 | 420.00 |
| | SHE | (Stratman) document review-boxes, indexing, look for files | 2.00 | 200.00 |
| 03/28/95 | JRF | (Stratman) Receive & review opposition to motion to dismiss Koniag | 0.20 | 35.00 |
| | JRF | (Stratman) Returned call of C. Middleton. Telephone conference with B. Garber re: settlement conference | 0.20 | 35.00 |
| | JRF | (Stratman) Conference with F. Feichtinger re: execution on judgment against Mrs. Rice | 0.20 | 35.00 |

LEISNOI, INC.,                                                              Page 24

|  | | Hours | Amount |
|---|---|---|---|
| 03/28/95 JRF (Corporate) ████████████ | | 0.70 | 122.50 |
| ██████████████████ | | | |
| JRF (Stratman) Receive & review order granting a stay pending ruling by 9th Circuit on motion to recall mandate. Conference with EPB re: strategic benefit of court's order. Telephone conference with Collin Middleton re: strategy for appellate practice. Review & analyze opposition to motion to recall mandate. Telephone conference with Clerk of Appellate Court re: time in which to reply to opposition. Analyzed how best to reply to oppostion. Telephone conference with client re:list of enrollment needs to be cross referenced with who was alive in mid 1960's and who is still alive today | | 1.90 | 332.50 |
| JRF (Stratman) Conference with colleague re: data needed to prepare notice to quit. | | 0.30 | 52.50 |
| JRF (Stratman) Telephone conference with M. Waller re: order granting motion for stay. | | 0.20 | 35.00 |
| SHE (Stratman) Document review-indexing | | 2.25 | 225.00 |
| 03/29/95 JRF ████████████████ | | 3.50 | 612.50 |
| ██████████████████████ | | | |

LEISNOI, INC.,                                                          Page 25

|  | Hours | Amount |
|---|---|---|



| | Hours | Amount |
|---|---|---|
| JRF (Stratman) | 2.20 | 385.00 |



| | | Hours | Amount |
|---|---|---|---|
| JRF | Conference with Frank Pagano re: history of Woody Island. Conference with F. Feichtinger re:investigation into certification issues. | 0.40 | 70.00 |
| JRF | (Stratman) Prepare first draft of reply to oppostion to motion to recall mandate.  Conference with EPB re: efforts to have state amend lease.  Telephone conference with J. Chester and M. Waller re: preliminary injunction motion. | 1.90 | 332.50 |
| RLB |  | 0.20 | 35.00 |
| SHE | (Stratman) Document review | 0.25 | 25.00 |
| SHE | (Stratman) Standing research-issue of standing for Stratman, lack of injury in fact not real party in interest | 5.00 | 500.00 |

LEISNOI, INC.,

Page 26

|  | | Hours | Amount |
|---|---|---|---|
| 03/30/95 JRF (Sargent) ████████ | | 0.10 | 17.50 |
| JRF (Stratman) ██████████ | | 3.50 | 612.50 |
| JRF (Stratman) Organize Stratman files. | | 1.50 | 262.50 |
| JRF (Stratman) Receive & review Stratman's reply to Koniag's opposition to motion to dismiss. | | 0.30 | 52.50 |
| SHE (Stratman) standing issue, review of documents in boxes, indexing | | 3.75 | 375.00 |
| SHE (Stratman) standing issue for lack of lease | | 4.00 | 400.00 |
| 03/31/95 JRF (████████ | | 4.40 | 770.00 |
| JRF (Stratman) Receive & review motion for expedited ruling on motion to recall mandate.  Prepare opposition to motion for expedited ruling. Prepare letter Clerk of Court. Proofread filings to motion circuit. | | 1.00 | 175.00 |

LEISNOI, INC.,

Page 27

|  | Hours | Amount |
|---|---|---|
| 03/31/95 JRF (S███████████████████████████ | 0.60 | 105.00 |
| ███████████████████████████████████████ | | |
| JRF (Stratman) Conference with R. Breckberg re: issue of village eligibility.  Conference with F. feichtinger re: scope of investigation.  Review discovery requests. | 0.70 | 122.50 |
| JRF (Sargent)████████████████████████ | 0.20 | 35.00 |
| RLB (Stratman) Conference with Jack, Suzanne re: strategy, potential witnesses | 0.20 | 35.00 |
| SHE ( Stratman) standing issue; reply to opposition to motion to recall and stay mandate pending petition for cert. | 1.50 | 150.00 |

| | | |
|---|---|---|
| For professional services rendered | 211.40 | $36,060.25 |

34 307.75
1792.50

Additional charges:

|  | |
|---|---|
| | 15.00 |
| | 69.63 |
| -All long distance phone calls for the month of February 1995 | |
| -All facsimiles for the month of February 1995 | 5.00 |
| | 6.00 |
| | 40.75 |
| | 30.00 |
| | 2.47 |
| | 11.40 |
| | 10.00 |
| | 874.00 |
| -Anchorage parking | 7.50 |