EXHIBIT NO. 8:  EDGAR PAUL BOYKO & ASSOCIATES
PART III

EDGAR PAUL BOYKO
AND ASSOCIATES
711 H STREET, SUITE 510
ANCHORAGE, ALASKA   99501


Invoice submitted to:
LEISNOI, INC.,
P.O. Box 1186
Kodiak, Alaska   99615



May 4, 1995
In reference to: Account #0276
Invoice #3078

|  | Hours | Amount |
|---|---|---|
| 04/03/95 JRF (Stratman) Receive & review Rule 60 (b) motion.  Analyzed how best to respond.  Conference with EPB re: responding to Rule 60 (b) motion. | 0.50 | 87.50 |
| JRF (Stratman) Prepare notice to court re: March 30th motion filed by Stratman during pendency of stay. | 0.40 | 70.00 |
| JRF (Stratman) Review and analyzed motion for preliminary injunction. | 1.00 | 175.00 |
| JRF (Global) Prepare stipulation to dismiss Walt Sargent from Globlal suit. | 0.30 | 52.50 |
| JRF (Sargent) Prepare stipulation for dismissal of all claims & counterclaims in Walter Sargent case.  Prepare letter to K. Legacki re: stipulation for dismissal. Prepare letter to M. Smith re: payments under W. Sargent agreement. | 0.90 | 157.50 |
| JRF (Stratman) Conference with paralegal re: outlining defenses to preliminary injunction. | 0.20 | 35.00 |
| JRF (Stratman) Conference with SE re: petition for certiorari. | 0.20 | 35.00 |

LEISNOI, INC.,                                                          Page 2

                                                          <u>Hours</u>        <u>Amount</u>

04/04/95 JRF  (Stratman) Prepare first two            1.50          262.50
              sections of draft opposition to
              motion for preliminary injunction.

         JRF  (Stratman) Review briefs filed by       3.00          525.00
              Stratman, Koniag, Leisnoi anc U.S.
              before Ninth Circuit.  Legal
              analysis re: formulated arguments
              to defeat Stratman's entitlement to
              equitable relief, and challenging
              his public interest litigant
              status. Conference with F.
              Feichtinger re: authentication
              newspaper article whereas Stratman
              says what he wants is the 1982
              settlement.  Conference with
              collegue re: beginning work on memo
              in opposition to preliminary
              injunction.

         JRF  (Corporate)                             0.20           35.00

         JRF  (Sargent)                               0.60          105.00

         SHE  (Stratman) Research re: choice of       1.00          100.00
              remedies, equity or damages.

04/05/95 JRF  (Stratman) Prepare sections of          2.60          455.00
              opposition to motion for injunction
              on issues of legal remedy
              precluding equitable relief
              Stratman not a public interest
              litigant, and Stratman's
              conclusions begging the question of
              whether the Chiniak properties are
              public lands.

LEISNOI, INC.,                                                      Page 3

|  |  | Hours | Amount |
|---|---|---|---|
| 04/05/95 | JRF (Stratman) Conference with colleague re:legal research to support argument re:unclean hands, laches and acountability of a legal reply. | 0.40 | 70.00 |
|  | JRF (Stratman) ███████████████ | 0.10 | 17.50 |
|  | JRF (Stratman) Review certificate of incorporation and application for certification.  Conference with F. Feichtinger re:application for certification. | 0.50 | 87.50 |
|  | JRF (Stratman) Prepare first draft of arguments on issue of Stratman having perpetrated a fraud, and having slept on his rights. | 1.80 | 315.00 |
|  | JRF (Stratman) Conference with F. Feichtinger re:additional time, issues to be investigated. | 0.20 | 35.00 |
|  | JRF (███████████████ | 0.20 | 35.00 |
|  | JRF (Stratman) Legal research re:unclean hands doctrine, doctrine of laches, and doctrine of available legal remedy precludes equitable relief. | 2.00 | 350.00 |
|  | SHE (Stratman) Research at library re: choice of remedies-equity vs. damages. | 3.25 | 325.00 |
|  | SHE (Stratman) Research at library. Equity-Cleanhands Doctrine, vigilance,choice remedy. | 3.90 | 390.00 |
| 04/06/95 | JRF (Stratman) Prepared sections of brief addressing requirement of a massive bond if an injunction were to issue and the slim likelihood of Stratman having success on the merits. | 1.40 | 245.00 |

LEISNOI, INC.,                                                                    Page 4

|  |  | Hours | Amount |
|---|---|---|---|
| JRF | Prepared sections of brief dealing with relief sought being outside scope of complaint, Stratman not having status of a qui tam litigant, and issues to be addressed upon remand. | 3.00 | 525.00 |
| JRF | Prepared section of brief on proper certification of Woody Island as a native village under ANSCA, failure to show irreparable injury, and hardship to Leisnoi if an injunction is issued exceeds harm to Stratman if injunction is not issued. | 4.00 | 700.00 |
| JRF | (Corporate) ▓▓▓▓▓▓▓▓▓▓ | 0.20 | 35.00 |
| JRF | (Stratman) Receive & review order lifting stay, telephone conference with M. Waller re: same. Conference with EPB re: strategy in opposing injunction. | 0.60 | 105.00 |
| SHE | (Stratman) Library research re: equity-limitation of issues to pleadings. | 2.50 | 250.00 |
| SHE | (Stratman) Conference with JRF. | 0.75 | 75.00 |
| SHE | Library research re: getting cases for JRF. | 1.50 | 150.00 |
| SHE | (Stratman) Sheparding, looking at other cases, getting other cases re: draft, US's motion, sheparding cases. | 2.00 | 200.00 |

LEISNOI, INC.,                                                          Page 5

|            |     |                                                                 | Hours | Amount |
|------------|-----|-----------------------------------------------------------------|-------|--------|
| 04/07/95 | JRF | (Stratman) Telephone conference with F. Feichtinger re: interim conveyance.  Telephone conference with Mike Waller & M. Smith re: Leisnoi's relinquishment of land subject to the BLM grazing lease. Telephone conference with Ron Swanson's secretary re: 20 year extension of lease.  Second telephone conference with M. Waller re: land owned by Stratman. | 0.80 | 140.00 |
|          | JRF | Strengthened analysis of numerous issues in draft opposition to motion for preliminary injunction. Completed first draft of motion for preliminary injunction.  Prepared table of contents.  Conference with collegue re: distinguishing NEPA cases cited by Stratman. Conference with EPB re: draft opposition to preliminary injunction. | 2.40 | 420.00 |
|          | JRF | (Stratman) Prepared section of brief analyzing how Stratman II was the broader suit and Stratman I related solely to the land encompassed by the BLM lease. Prepared section of brief showing public interest would be advanced by denying the injunction. Reviewed dozens of cases cited by Stratman in his brief.  Reviewed Moore's treatise on bonding requirements. | 4.60 | 805.00 |
|          | SHE | Conference with JRF re: new issues. Review of new draft of opposition to injunction. | 2.25 | 225.00 |
|          | SHE | (Stratman) Draft of opposition, new cites, etc. | 1.50 | 150.00 |

LEISNOI, INC.,                                                    Page 6

                                                    Hours          Amount

04/07/95 SHE (Stratman) Library research re:         2.75          275.00
         UEPA vs. ANSCA re: cite suit.
         Scope of pleadings re: notice
         prejudice.  Telephone conference
         with JRF.

04/08/95 JRF Add section of brief analyzing          3.70          647.50
         historical existence of the village
         of Woody Island census data and
         Congressional acknowledgment of
         Leisnoi, Inc.  Add discussion of
         differing purposes of NEPA, ANCSA,
         and ANILCA.  Add discussion of
         distinguishing cases cited by
         Stratman.

         JRF (Stratman) Revise & edit opposition     3.40          595.00
         to motion for preliminary
         injunction.  Prepare exhibit list.
         Marshall exhibits.  Conference with
         collegue re: public interest
         litigant status.  Telephone
         conference with F. Feichtinger re:
         status of investigation.

         SHE (Stratman) Library re: public           5.00          500.00
         injunction, public lands; private
         Attorney General.  Work on draft of
         opposition to injunction.

04/09/95 JRF (Stratman) 2 telephone conferences      0.90          157.50
         with F. Feichtinger re:
         investigation.  Telephone
         conference with M. Waller re:
         certification of eligibility.
         Conference with SE re: opposition
         to preliminary injunction.
         Assembled additional documents to
         attach to motion.

         JRF Revise & edit memo in opposition to     1.40          245.00
         motion for  preliminary injunction.
         3 telephone conferences with
         F.Feichtinger re: documents are
         being gold-streaked to Anchorage.

         SHE (Stratman) Exhibits-find cert. of       4.50          450.00
         eligibility.

LEISNOI, INC.,                                                                        Page 7

|  |  | Hours | Amount |
|---|---|---|---|
| SHE | (Stratman) Review draft-add public injunction, public lands, edit. | 1.00 | 100.00 |
| 04/10/95 EPB | Review & revise brief in opposition to motion for preliminary injunction. | 2.60 | 780.00 |
| JRF | (Stratman) Restructured portions of opposition to motion for preliminary injunction. Added additional discussion of the property not being public lands with appropriate legal citations. | 3.00 | 525.00 |
| JRF | (Stratman) Revise & finalize exhibit list. Telephone conference with M. Schneider re: opposition to motion for preliminary injunction. Telephone conference with Collin Middleton re: opposition to motion for preliminary injunction. | 0.80 | 140.00 |
| JRF | (Stratman) Revise & edit summary of arguments. Conference with EPB re: changes to opposition. Finalized & proofread opposition to motion for preliminary injunction. Travel to court and filed opposition. Travel to M. Schneider's office and served him with opposition. | 1.80 | 315.00 |
| JRF | (Corporate) ████████████████████ | 0.10 | 17.50 |
| JRF | (Stratman) Travel to airport and picked up Goldstreak package sent by F. Feichtinger. Review 2 affidavits of M. Waller. Review affidavit of F. Zharoff. Review affidavit of Judge Madsen. Review affidavit of Arlene Simpler. Review excerpts from Kodiak Islander. Review article re: effects of earthquake. Review article about Woody Island authored by N. Simjanoff. Review excerpts from Konyag Country. Add | 2.70 | 472.50 |

LEISNOI, INC.,                                                              Page 8

|  |  | Hours | Amount |
|---|---|---|---|
|  | discussion of the afidavits & other documents in section of brief dealing with Leisnoi having been properly certified. Revise analysis re: Stratman not a public interest litigant. |  |  |
| SHE | Exhibits from EFF in Woody Island for opposition to public injunction. | 1.50 | 150.00 |
| SHE | (Stratman) Get exhibits, opposition to motion for preliminary injunction. | 3.00 | 300.00 |
| 04/11/95 JRF | (Stratman) Telephone with Bruce Landon re: settling any claims between U.S. and Leisnoi, Inc. Conference with EPB re: strategy of settling with government before Qui Tam claims even brought. | 0.40 | 70.00 |
| JRF | (stratman) Prepare letter to B. Garber re: opposition to preliminary injunction, and upcoming oral arguments. | 0.30 | 52.50 |
| JRF | (Stratman) Conference with EPB re: bureaucratic interagency issue with Division of Lands and division of Agriculture. Receive & review return on service of 10 day notice to quit. | 0.40 | 70.00 |
| JRF | (Stratman) Receive & review memo from C. Middleton re: Koniag likes the brief we filed. | 0.10 | 17.50 |
| JRF | (Stratman) Call to process server re:need return on service. | 0.10 | 17.50 |
| JRF | (Stratman) Telephone conference with Division of Lands re: Stratman lease extension was invalid. | 0.20 | 35.00 |

LEISNOI, INC.,                                                                Page 9

|            |     |                                                                                                                     | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------|-------|--------|
| 04/11/95   | JRF | (Stratman) Prepare letter to Directors of Leisnoi, Inc. re: opposition to motion for preliminary injunction. Conference with EPB re: letter to Directors; Revise & finalize letter | 0.50  | 87.50  |
|            | JRF | (Stratman) Telephone conference with Ron Swanson re: invalidity of Stratman's lease. Called D. Witte at Division of Agriculture to discuss invalidity of Stratman's lease. | 0.40  | 70.00  |
|            | JRF | Telephone conference with F. Feichtinger re: review of K. Armstrong files. | 0.20  | 35.00  |
|            | SHE | (Stratman) opposition to preliminary injunction out to board members. | 1.00  | 100.00 |
| 04/12/95   | EPB | (Stratman) Telephone conference with JRF re: opposition to motion for preliminary injunction. | 0.20  | 60.00  |
|            | JRF | (Stratman) Receive & analyze Stratman's reply to opposition to motion for preliminary injunction. Conference with EPB re: reply memo. | 1.00  | 175.00 |
|            | JRF | (Stratman) Travel to courthouse and reviewed cases cited by Stratman. | 1.30  | 227.50 |
|            | JRF | (Stratman) Legal research re: using doctrine of res judicata as against a prior suit rather than a former suit. | 3.10  | 542.50 |
|            | JRF | (Stratman) Review 6 bankers' boxes of documents that had been in possession of Roy Longacre. | 3.20  | 560.00 |
|            | JRF | ███████████████████████████ | 0.40  | 70.00  |

LEISNOI, INC.,

Page 10

|  |  | Hours | Amount |
|---|---|---|---|
| JRF | (Stratman) Analysis & research re: possible use of a Rule 68 strategy. | 0.20 | 35.00 |
| JRF | ( Stratman) Conference with K. Gage re: investigation of Woody Island residents. | 0.20 | 35.00 |
| JRF | (Stratman) Conference with C. Middleton re: Rule 82 award. Telephone conference A. Schmitt re: Rule 82 award. | 0.40 | 70.00 |
| JRF | Receive & review opposition of Burton to motion to dismiss him as a party.  Review file of pleadings before the Alaska Native Claims Appeal Board.  3 telephone conferences with Bruce Landon re: accord & satisfaction, Qui Tam and the ANCAB ruling.  Telephone conference with EPB re: Stratman's failure to appeal from the ANCAB ruling.  Legal research re: administrative procedures, act, and statute of limitations problem faced be Stratman. | 2.90 | 507.50 |
| SHE | (Stratman) Obtaining records of Rule 82, judgment from court archives. | 1.50 | 150.00 |
| 04/13/95 EPB | (Stratman) Conference with JRF, C. Middleton & co-counsel, prepare for court appearance. | 1.60 | 480.00 |
| EPB | (Stratman) Prepare for oral argument.  Court appearance: oral argument on motion for preliminary injunction.  Consultations with clients. | 3.40 | 1,020.00 |
| JRF | (Stratman) Review all briefs on preliminary injunction motion. Prepare for oral arguments. Preparae outline for oral arguments.  Review case authorities. | 3.30 | 577.50 |

LEISNOI, INC.,

|  |  | Hours | Amount |
|---|---|---|---|
| JRF | (Stratman) Receive & review Koniag's brief on issue of motion to dismiss. Prepare notice of additional cases & affidavits Leisnoi, Inc. may reference at oral arguments. | 1.10 | 192.50 |
| JRF | (Stratman) Revise & edit notice of supplemental authority. Conference with EPB re: results of research. Second telephone conference with F. Feichtinger re: more affidavits. Receive & review additional affidavits. finaize notice of supplemental authorities and afdfidavits. | 0.90 | 157.50 |
| JRF | (Stratman) Conference with C.Middleton, J. Luke & B. Landon re: strategy for oral arguments. Conference with EPB re: strategy for oral arguments. | 1.20 | 210.00 |
| JRF | (Stratman) Travel to law library; conducted legal research re: validity of regulations and issue of finality of judgment and doctrine of merger & bar. Legal research re: treatises cited by and relied upon by Stratman. | 3.40 | 595.00 |
| JRF | (Stratman) Receive & review letter from Ed Ward re: opposition brief. Telephone conference with Ed Ward re: oral arguments on motion. Telephone conference with F. Feichtinger re: additional evidence. Receive & review additional evidence. Telephone conference with C. Middleton re: scheduled meeting. | 1.00 | 175.00 |
| SHE | (Stratman) Prepare for oral argument re: injunction | 1.00 | 100.00 |

LEISNOI, INC.,

Page 12

| | | Hours | Amount |
|---|---|---|---|
| 04/14/95 JRF | (Stratman) Travel to law library and researched prejudgment attachment issue.  Conference with EPB re: Rule 64 analysis.  Travel to court.  Argued oppostion to preliminary injunction.  Conference with Ed Ward re: cash flow of Leisnoi, Inc. | 3.20 | 560.00 |
| JRF | (Corporate) ▮▮▮▮▮▮▮▮ | 1.00 | 175.00 |
| JRF | (Sargent) ▮▮▮▮▮▮▮▮ | 0.20 | 35.00 |
| JRF | (Stratman) Conference with F. Feichtinger re: results of investigation.  Prepare affidavit of M. Smith re: bond requirement. Conference with EPB re: affidavit of M. Smith. | 0.90 | 157.50 |
| 04/17/95 JRF | (Sargent) ▮▮▮▮▮▮▮▮ | 0.10 | 17.50 |
| JRF | (Stratman) Conference with F. Feichtinger re: affidavit concerning investigation.  Receive & review fully notarized affidavit of M. Smith re: economic harm from any injunction. | 0.30 | 52.50 |
| JRF | (Corporate) ▮▮▮▮▮▮▮▮ | 0.40 | 70.00 |
| JRF | (Corporate) ▮▮▮▮▮▮▮▮ | 0.10 | 17.50 |
| JRF | (Corporate) ▮▮▮▮▮▮▮▮ | 0.40 | 70.00 |

LEISNOI, INC.,

Page 13

|  |  | Hours | Amount |
|---|---|---|---|
| | JRF (Stratman) Receive & review draft affidavit of F. Feichtinger.  Edit draft affidavit.  Conference with F. Feichtinger re: affidavit. Prepare notice of filing Feichtinger, Smith & Gage affidavits.  Notarize affidavit of F. Feichtinger.  Conference with EPB re: supplemental filing. | 1.00 | 175.00 |
| 04/18/95 | JRF (Stratman) Telephone conference with D. Witte re: Stratman's lease. Called R. Swanson to discuss same. Review legal description of Stratman's lease.  Review legal description of lands conveyed to Leisnoi. | 0.80 | 140.00 |
| | JRF ( Sargent) ████████████ ██████████████████████ | 0.40 | 70.00 |
| | JRF (Stratman) Receive & review affidavit of K. Gage re: newspaper articles.  Conference with K. Gage re:FAA station on Woody Island. | 0.40 | 70.00 |
| | JRF (Corporate) ████████████ | 0.10 | 17.50 |
| | JRF (Stratman) Telephone conference with Bruce Landon re: discovery. | 0.20 | 35.00 |
| | JRF (Stratman) Receive & review order denying motion for injunction. Conference with F. Feichtinger re: order from the court.  Telephone conference with E. Boyko re: court denied Stratman's motion. Telephone conference with Barbara Zharoff re: motion denied. | 0.80 | 140.00 |

LEISNOI, INC.,

|  | Hours | Amount |
|---|---|---|
| 04/18/95 JRF (Stratman) Prepare letter to Ed Ward re: victory on preliminary injunction hearing.  Conference with EPB re: Kodiak mirror interview.  Review and edit letter to Kodiak school district re: obtaining records.  Conference with F. Feichtinger re: native residents of Woody Island in the 1960's | 0.90 | 157.50 |
| JRF (St▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 0.80 | 140.00 |
| JRF (Corporate▇▇▇▇▇▇▇▇▇▇▇▇ | 1.20 | 210.00 |
| 04/19/95 EPB Consultation re: FED, petitin for cert., preliminary injunction. | 0.30 | 90.00 |
| EPB (Stratman) Review memo & other documents with clients and staff. Media call, conference re: future stealing. | 0.50 | 150.00 |
| JRF (Stratman) Telephone conference with B. Garber re: upcoming meeting with Director of Division of Lands, and research needed re: administrative regulations. | 0.20 | 35.00 |

LEISNOI, INC.,

| | Hours | Amount |
|---|---|---|
| 04/19/95 JRF (Corporate) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.30 | 52.50 |
| JRF (Stratman) Receive & fill in tape request form to obtain tape of proceedings before Judge Von der Heydt. | 0.10 | 17.50 |
| JRF (Corporate) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.30 | 52.50 |
| JRF (Stratman) Conference with SE re: Qui Tam issues. | 0.20 | 35.00 |
| JRF (Stratman) Legal research re: jurisdictional bars to Stratman bringing a Qui Tam action. | 2.60 | 455.00 |
| JRF (Stratman) Prepare for meeting with Director of Division of Lands. Conference with B. Garber re: invalidity of state lease extension. . | 0.70 | 122.50 |
| JRF (Stratman) Prepare letter to M. Schneider re: objections to discovery. | 0.40 | 70.00 |
| JRF (Stratman) Conference with EPB re: discovery. | 0.10 | 17.50 |
| JRF (Stratman) Receive & review articles in Kodiak Mirror re: Stratman losing injunction and Termination Point property subject to Lis Pendens. | 1.75 | |

LEISNOI, INC.,

|  | Hours | Amount |
|---|---|---|
| 04/19/95 JRF (Stratman) Legal research re: appellate jurisdiction over appeal from order denying injunction. Review & analyze 28 USC 1291. Conference with EPB re: Stratman intends to appeal to the Ninth Circuit Court of Appeals. | 0.50 | 87.50 |
| 04/20/95 EPB Review & revise letter to M. Schneider re: discovery. Conference with JRF re: time issues. | 0.30 | 90.00 |
| EPB (Stratman) Consultations re: Federal Rule 16: possible appeal. | 0.30 | 90.00 |
| JRF ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.40 | 245.00 |
| JRF (Corporate) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.80 | 140.00 |
| JRF (Corproate) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.40 | 70.00 |
| JRF (Stratman) Receive & review order from court re: pretrial conference. Conference with EPB re: court wants a pretrial conference brief. | 0.30 | 52.50 |

LEISNOI, INC.,

|  | Hours | Amount |
|---|---|---|
| JRF (Corporate) ▮▮▮▮▮▮▮▮▮▮▮▮ | 1.00 | 175.00 |
| JRF (Corporate) Co▮▮▮▮▮▮▮▮▮▮ | 0.40 | 70.00 |
| JRF (Corporate) ▮▮▮▮ ente▮▮▮ ▮▮▮▮▮▮▮▮▮▮ | 1.60 | 280.00 |
| JRF (Stratman) Receive & review USA's motion for extension of time to respond to discovery. | 0.20 | 35.00 |
| JRF (Stratman) Receive & review Koniag's response to discovery. | 0.10 | 17.50 |
| JRF (Stratman) Conference with R. Carpenter & E. Ward re: Rule 82 award and final judgment. | 0.10 | 17.50 |
| JRF ▮▮▮▮▮▮▮▮▮▮▮ | 0.10 | 17.50 |
| JRF (Corporate) ▮▮▮▮▮▮▮▮ | 0.20 | 35.00 |
| JRF (Corporate) ▮▮▮▮▮▮▮▮ | 0.20 | 35.00 |
| 04/21/95 EPB (General) ▮▮▮▮▮▮ | 0.20 | 60.00 |

LEISNOI, INC.,

| | Hours | Amount |
|---|---|---|
| 04/21/95 JRF (Corporate) Te▓▓▓▓ Gage ▓▓▓▓▓ res▓▓▓▓ | 1.00 | 175.00 |
| JRF (Corporate) ▓▓▓▓▓ | 0.20 | 35.00 |
| JRF (Stratman) Legal research re: statutory amendments to Qui Tam law Stratman threatens to use against Leisnoi.  Legal research re: juris prudence construing effect of statutory amendments.  Conference with SE re: burden of proof standard. | 2.40 | 420.00 |
| JRF (Stratman) Legal research & analysis re: 31 USC 3730 and clause that can be used to defeat any possible recovery by Omar Stratman. Conference with EPB re: subsection e(3) prohibit Qui Tam actions in suits where the U.S. is a party. Telephone with C. Middleton re: new language in Qui Tam may stop Stratman dead in his tracks. Receive & review motion for injunction pending appeal. Analyzed how best to respond to motion for injunction pending appeal.  Conference with EPB re: motion for injunction pending appeal.  Analyzed weaknesses in Stratman's motion. | 2.60 | 455.00 |
| JRF (Corporate) ▓▓▓▓▓ | 1.50 | 262.50 |

LEISNOI, INC.,

Page 19

| | | Hours | Amount |
|---|---|---|---|
| 04/21/95 JRF | (Stratman) Consultation re: qui tam action; recovery of Suburban, etc. | 0.30 | 52.50 |
| 04/24/95 JRF | (Stratman) Receive & review notice of appeal.  Conference with EPB re: jurisdictional issue created by notice of appeal.  Receive & review letter from counsel for T. Burton re:status conference.  Review docket sheet.  Telephone conference with B. Garber re: adverse possession issue. | 1.20 | 210.00 |
| JRF | (Stratman) Begin work on status report to the court. | 0.50 | 87.50 |
| JRF | (Stratman) Conference with F. Feichtinger re: investigation needed on adverse possession issue. Telephone conference with B. Garber re: maps. | 0.30 | 52.50 |
| JRF | (Stratman) Legal research & analysis re: subsection (e)(4) of Qui Tam proves that there is no jurisdiction unless relator was original source of the information. Review ANCAB decision on entitlement.  Telephone conference with Jaquie Luke re: ANCAB decision on eligibility.  Telephone conference with B. Garber re:ANCAB decisions.  Called B. Landon to discuss ANCAB decision as possible bar to Qui Tam relief. | 1.20 | 210.00 |
| JRF | (Stratman) Review legal descriptions of land conveyed on quad map and on large map of Kodiak area.  Cross-referenced Stratman's state leasehold lands and those lands that infringe on Leisnoi's land.  Conference with F. Feichtinger and R. Breckberg re: scope of lands subject to an FED writ. | 1.50 | 262.50 |

LEISNOI, INC.,

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/24/95 | JRF | (Stratman) Conference with EPB re: strategy on motion for injunction pending appeal.  Conference with F. Feichtinger re: he will go to Kodiak on 4/25/95 to continue investigation. | 0.40 | 70.00 |
| | JRF | (Stratman) Analyzed best approach being to wait to respond to motion for injunction pending appeal until after F. Feichtinger obtains additional evidence.  Prepare notice to court re: pleadings filed during court-imposed stay. | 0.50 | 87.50 |
| | JRF | (Stratman) Analyzed using termination point lis pendens issue to counter Stratman's public interest litigant contention. Telephone conference with Bruce Landon re: government's reading of restrictions on qui tam suits in cases where USA is already a party. Conference with F. Feichtinger re: affidavit needed authenticating newspaper article on termination point. | 0.70 | 122.50 |
| | RLB | (███████████████████: | 0.80 | 140.00 |
| 04/25/95 | JRF | (Stratman) Receive & review 1974 BIA administrative determination re: eligibility of Woody Island. Receive & reviw FAA photographs of Woody Island. | 0.40 | 70.00 |
| | JRF | (Corporate) ███████████████ | 0.20 | 35.00 |
| | JRF | (Corporat████████████ | 0.30 | 52.50 |

LEISNOI, INC.,

| | | Hours | Amount |
|---|---|---|---|
| 04/25/95 JRF | (Stratman) Conference with RB re: topography of Woody Island. | 0.20 | 35.00 |
| 04/26/95 JRF | (Stratman) Receive & review U.S. Government's status report. | 0.20 | 35.00 |
| JRF | (Sargent) ████████████████████ | 0.10 | 17.50 |
| JRF | (Stratman) Receive & review affidavit of service of notice to quit on Northland Ranches, Inc. | 0.10 | 17.50 |
| JRF | (Stratman) Legal research re: jurisdictional effect of an appeal pursuant to 28 USC 1292. Conference with EPB re: trial court returns jurisdiction despite appeal. | 0.50 | 87.50 |
| JRF | (Stratman) Telephone conference with court reporter re:transcript for an appeal. Telephone conference with clerk's office re: court system must prepare the transcript, not a private court reporter. Prepare court form requesting transcript of hearing on preliminary injunction. | 0.60 | 105.00 |
| JRF | (Corporate) ████████████ | 0.80 | 140.00 |

LEISNOI, INC.,

Page 22

|  |  | Hours | Amount |
|---|---|---|---|
| 04/26/95 | JRF (Stratman) Analyze motions that may need to be filed.  Work on status report.  Prepare letter to C. Middleton re: draft status report. | 1.50 | 262.50 |
|  | JRF (Corporate) ████████████ | 2.40 | 420.00 |
|  | RLB (Stratman) Conference with JRF on strategy on equitable motions and relief. | 0.10 | 17.50 |
| 04/27/95 | EPB (Stratman) Review status reports from Koniag, Stratman.  Conference with JRF re: same; strategy. | 0.50 | 150.00 |
|  | JRF (Stratman) Receive & review notice from trial court (state court) re: FED action.  Receive & review letter from M. Schneider re: FED action.  Receive & review notice from Federal Court re: record on appeal. | 0.50 | 87.50 |
|  | JRF (Stratman) Conference with EPB re: status, conference set for May 1st. | 0.10 | 17.50 |

LEISNOI, INC.,

| | | Hours | Amount |
|---|---|---|---|
| 04/27/95 JRF | (Stratman) Finalize & proofread Leisnoi's status report.  Receive & review Koniag's status report. Receive & review Stratman's status report.  Conference with EPB re: issue of fraud allegations and possible administrative remand. Telephone conference with R. Swanson's secretary re: requested she fax letter to me.  Receive & review R. Swanson's letter of April 27th.  Analyze continued problem of overlap of leasehold with Leisnoi's land.  2 telephone conferences with B. Garber re: lease problems. | 2.30 | 402.50 |
| 04/28/95 EPB | (Corporate) ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.30 | 90.00 |
| JRF | (Corporate) ▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 | 17.50 |
| JRF | (Stratman) Telephone conference with F. Feichtinger re: progress in investigation. | 0.20 | 35.00 |
| JRF | (Stratman) Prepare for meeting with Director, Division of Lands, Dept. Natural Resources.  Travel to DNR. Conference with Mr. Swanson and 2 individuals from Land Title section re: state is improperly collecting rent on lands owned by Leisnoi and said lease is invalid.  Conference with B. Garber re: state may act to nullify Stratman's lease.  Return to offoce.  Conference with EPB re: bureaucrats may finally take action.  Telephone conference with Ed Ward re: possible congressional action on ANCSA could benefit Leisnoi.  Second telephone conference with F. Feichtinger re: | 2.40 | 420.00 |

LEISNOI, INC.,                                                        Page 24

|  | Hours | Amount |
|---|---|---|

he has obtained more helpful
affidavits on certification issue,
and research on adverse possession
issue.

JRF (Sargent) ████████████████          0.30          52.50
████████████████████████████████
████████████████████████████████

JRF (Corporate) ███████████████          2.40          420.00
████████████████████████████████
████████████████████████████████
████████████████████████████████

JRF (Stratman) Conference with B.        2.30          402.50
Garber re: overlap of Stratman
lease on our land.  Review topo
maps, interim conveyances, land
patents, and amendments to state
lease.  Analyzed possible suit to
quiet title.  Analyzed possible
suit to amend land patent.
Telephone conference with B. Landon
re: possible use of 43 USC 1701.
Analyzed whether to oppose remand
to agency.  Called Division of
Lands, had scheduled appointment
with Director.

RLB (Stratman) Conference with JRF on    0.20          35.00
location of lands.

04/29/95 JRF (Stratman) Receive & review 5.00          875.00
affidavit of John Maliknak.
Receive & review affidavit of
Christina Hoen.  Receive & review
affidavit of Kelly Simeonoff, Jr.
Receive & review amended affidavit
of Cecil Chabitney.  Receive &
review affidavit of Jean Heath.
Receive & review maps of Woody
Island.  Telephone conference with
F. Feichtinger re: his excellent
investigation was very helpful.

LEISNOI, INC.,                                                    Page 25

|                                                                                              | Hours  | Amount      |
|----------------------------------------------------------------------------------------------|--------|-------------|
| Prepare opposition to motion for injunction pending appeal. Prepare exhibit list.  Finalize & proofread oppostion. |        |             |
| For professional services rendered                                                           | 193.15 | $31,777.50  |

*31,801.40*

Additional charges:

| -Kodiak Process Server.          | 147.88 |
| -(Stratman) Clerk of Court       | 15.00  |
| -Clerk of Court                  | 30.50  |
| -(Stratman)                      | 495.00 |
|                                  | 110.00 |
|                                  | 42.00  |
|                                  | 155.30 |
|                                  | 54.66  |
| -(Stratman) Photocopies; National Archives | 12.00  |
|                                  | 32.40  |

Total costs                                                      $1,094.74

Total amount of this bill                                        $32,872.24

| 04/26/95-Payment from account,re:4/15 | ($20,000.00) |
| 05/03/95-Payment from account         | ($11,712.50) |
| 05/03/95-Payment from account         | ($1,159.74)  |

Total payments                                                 ($32,872.24)

Balance due                                                     $0.00

| Previous balance of client funds      | $48,909.00   |
| 04/26/95-Payment from account,re:4/15 | ($20,000.00) |
| 05/03/95-Payment from account         | ($11,712.50) |
| 05/03/95-Payment from account         | ($1,159.74)  |

LEISNOI, INC.,

Page 26

Amount

New balance of client funds

$16,036.76

Case 3:02-cv-00290-JKS   Document 238-9   Filed 10/23/2007   Page 28 of 39

```
_____Selection criteria:_____
Date range       :05/01/95 through 05/15/95
Slip numbers     :5400 through last
User             :All
Client           :LEISNOI, INC. *:
Activity         :All
Controller       :All
Reference        :All
Slip status      :Billed slips and transactions excluded
Other options    :
  Print bills that are "paid in full"      :Yes
  Include transactions outside date range :Yes
  Print bills with no activity             :Yes
```

```
LEISNOI, INC. * : LEISNOI, INC.,
                  P.O. Box 1186
                  Kodiak, Alaska    99615
Phone           : 907-486-8191
In reference to : Account #0276
Controller      : EPB $300
Rounding        : None
Interest rate   : 10.500%
Last bill       : 05/04/95      Next aging     :   /  /
Last charge     : 05/15/95
Last payment    : 04/21/95      Amount         : $150.00
```

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| 05/01/95 #5478 | EPB $300 / BILLABLE TIME (Stratman) Court appearance regarding status conference; Prepare for same; Conference with J. Fitzgerald and F. Feichtinger regarding Woody Island investigating. | 1.60 300.00 | 480.00 | |
| 05/01/95 #5475 | JRF $175.00 / BILLABLE TIME (Stratman) conference with Edgar Paul Boyko regarding rules of statutory construction; Telephone conference with B. Garber regarding amendments to ANCSA; Review aerial videophotos of Leisnoi's property; Conference with R. Breckberg regarding improvements were on others' land, not Leisnoi land; Conference with F. Feichtinger regarding additional inspection needed on portion of land; Receive and review order from Judge Von der Heydt denying Stratman's motion for injunction pending appeal; Conference with Edgar Paul Boyko regarding Leisnoi successfully | 3.00 175.00 | 525.00 | |

LEISNOI, INC. * :LEISNOI, INC., (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| ##5475.. | defended Stratman's latest effort to halt logging; Review portions of Yule Chaffin's deposition; Conference with F. Feichtinger regarding he has set up meeting with Yule Chaffin; Analyzed need to undertake a depo to perpetuate testimony. | | | |
| 05/01/95 #5476 | JRF $175.00 / BILLABLE TIME (Stratman) Prepare for status conference; Travel to Court; Conference with Edgar Paul Boyko regarding opposition to motion for injunction pending appeal; Attend status conference; Conference with F. Pagano regarding legislative proposal to certify Leisnoi; Telephone conference with C. Middleton regarding we would like to work with Koniag in enacting legislation to certify Leisnoi as a valid village; Conference with F. Feichtinger regarding additional research still needed; Conference with Egar Paul Boyko regarding petition for certiorari; Analyze strategy of using Stratman's adverse possession claims to hurt him in federal proceedings; Analyze issue of improvements affecting adverse possession arguments. | 3.70 175.00 | 647.50 | |
| 05/01/95 #5477 | RLB $175.00 / BILLABLE TIME (Stratman) Identify aerial video regarding land locations and structures. | 0.70 175.00 | 122.50 | |
| 05/02/95 #5479 | EPB $300 / BILLABLE TIME ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.50 300.00 | 150.00 | NO CHARGE |
| 05/02/95 #5480 | EPB $300 / BILLABLE TIME (Stratman) Telephone conference with U. Gross regarding legislation, pending motions; Conference with J. Fitzgerald regarding same. | 0.20 300.00 | 60.00 | |

LEISNOI, INC. * :LEISNOI, INC., (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| 05/02/95 #5481 | EPB $300 / BILLABLE TIME (Woman███████████████ ████████████████████ ██████ | 0.30 300.00 | 90.00 | |
| 05/02/95 #5460 | JRF $175.00 / BILLABLE TIME Conference with Edgar Paul Boyko regarding 9th Circuit panel. | 0.20 175.00 | 35.00 | |
| 05/02/95 #5461 | JRF $175.00 / BILLABLE TIME (Stratman) Telephone conference with B. Garber regarding Afognak joint venture and ANILCA. | 0.20 175.00 | 35.00 | |
| 05/02/95 #5462 | JRF $175.00 / BILLABLE TIME (Corporate) ██████████████ ████████████████████ ████████████████████ | 0.40 175.00 | 70.00 | |
| 05/02/95 #5463 | JRF $175.00 / BILLABLE TIME (Stratman) Telephone conference with Uwa Gross regarding techincal ANESA specialists. | 0.20 175.00 | 35.00 | |
| 05/02/95 #5464 | JRF $175.00 / BILLABLE TIME (Corporate) ████████████ | 0.20 175.00 | 35.00 | |
| 05/02/95 #5465 | JRF $175.00 / BILLABLE TIME (Sargent) ████████████████ | 0.20 175.00 | 35.00 | |
| 05/02/95 #5466 | JRF $175.00 / BILLABLE TIME (Stratman) Prepare letter to Judge Madsen thanking him for his affidavit and providing him with copy of Order Denying Injunction; Review Certificate of Record; Analyze need to move to supplement same so as to include affidavits submitted in opposition to injunction pending appeal; | 1.00 175.00 | 175.00 | |

**Time 3:08 pm**    Client Billing Worksheet

LEISNOI, INC. * :LEISNOI, INC., (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| ##5466.. | Telephone conference with Clerk of District Court regarding all Leisnoi's affidavits will be in record on appeal; Telephone conference with Clerk of the 9th Circuit regarding identity of panel not public information until one week before hearing. | | | |
| 05/02/95 #5473 | JRF $175.00 / BILLABLE TIME (Corporate) ▬▬▬▬▬▬▬▬ | 1.50 175.00 | 262.50 | |
| 05/02/95 #5474 | JRF $175.00 / BILLABLE TIME (Stratman) Receive and review briefing schedule from the 9th Circuit; Conference with F. Feichtinger regarding Yule Chafin; Edit letter to Ms. Chafin; Receive and review discovery requests from Stratman to Koniag; Receive and review discovery requests from Stratman to U.S.A. | 1.50 175.00 | 262.50 | |
| 05/03/95 #5442 | EPB $300 / BILLABLE TIME (Stratman) Telephone conferences with client; Consultation with staff regarding land title; Review and revise letter to Schneider. | 0.60 300.00 | 180.00 | |
| 05/03/95 #5454 | JRF $175.00 / BILLABLE TIME (Stratman) Receive and review Lis Pendens. | 0.10 175.00 | 17.50 | |
| 05/03/95 #5455 | JRF $175.00 / BILLABLE TIME (Stratman) Receive and review letter from M. Schneider regarding discovery. | 0.10 175.00 | 17.50 | |
| 05/03/95 #5457 | JRF $175.00 / BILLABLE TIME (Stratman) Telephone conference with Nelson Page regarding final judgment; Review Rule 82 award and final judgment; Prepare Notice of Substitution of Judgment; Review legal description of land title to which was vested in Leisnoi; Analyzed topography maps and | 3.00 175.00 | 525.00 | |

**Time 3:08 pm**                    Client Billing Worksheet

LEISNOI, INC. * :LEISNOI, INC., (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| ##5457.. | determined that Stratman's ranch is included in the lands title to which vested in Leisnoi; Telephone conference with K. Gage regarding lis pendens; Telephone conference with Ed Ward regarding Leisnoi has title to the ranch; Prepare settlement letter to Stratman via M. Schneider; Conference with Edgar Paul Boyko regarding Stratman's failure to appeal from the 1992 final judgment; Legal research regarding time restrictions for Rule 60(b) relief; Telephone conference with R. Swanson to check on status of state lease; Analyzed impact of final judgment upon adverse possession claim. | | | |
| 05/03/95 #5458 | JRF $175.00 / BILLABLE TIME (Corporate) ▮▮▮▮▮ | 0.40 175.00 | 70.00 | |
| 05/03/95 #5459 | JRF $175.00 / BILLABLE TIME (Stratman) Telephone conference with K. Gage regarding discovery responses and documents. | 0.20 175.00 | 35.00 | |
| 05/04/95 #5443 | EPB $300 / BILLABLE TIME ▮▮▮▮▮ | 0.30 300.00 | 90.00 | |
| 05/04/95 #5450 | JRF $175.00 / BILLABLE TIME (Stratman) Receive and review proposed order from B. Landon; Telephone conference with B. Landon regarding order needing to be modified. | 0.40 175.00 | 70.00 | |
| 05/04/95 #5451 | JRF $175.00 / BILLABLE TIME (Corporate) ▮▮▮▮▮ | 0.10 175.00 | 17.50 | |
| 05/04/95 #5452 | JRF $175.00 / BILLABLE TIME (Global) ▮▮▮▮▮ | 0.40 175.00 | 70.00 | |

Client Billing Worksheet

LEISNOI, INC. * :LEISNOI, INC., (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| ##5452.. | ████████████████████ | | | |
| 05/04/95 #5453 | JRF $175.00 / BILLABLE TIME (Stratman) Conference with K. Gage regarding documents assembled; Review documents pertinent to Afognak joint venture. | 1.00 175.00 | 175.00 | |
| 05/04/95 #5456 | JRF $175.00 / BILLABLE TIME (Stratman) Prepare Notice of Substitution of Judgment as to Toni Burton; Prepare Motion for Leave to Substitute; Telephone conference with Bob Doughty regarding our need of written consent to prepare consent to substitution. | 0.70 175.00 | 122.50 | |
| 05/05/95 #5444 | EPB $300 / BILLABLE TIME (Stratman) Telephone conference with F. Feichtinger; Conference with J. Fitzgerald regarding land investigation. | 0.20 300.00 | 60.00 | |
| 05/05/95 #5446 | JRF $175.00 / BILLABLE TIME (Global) ████████████ against Frank ████ | 0.10 175.00 | 17.50 | |
| 05/05/95 #5447 | JRF $175.00 / BILLABLE TIME (S█████████████████ | 0.20 175.00 | 35.00 | |
| 05/05/95 #5448 | JRF $175.00 / BILLABLE TIME (Corporate) ████████████ | 0.20 175.00 | 35.00 | |
| 05/05/95 #5449 | JRF $175.00 / BILLABLE TIME (Stratman) Receive and review discovery of the U.S. government. | 0.30 175.00 | 52.50 | |
| 05/05/95 #5445 | RLB $175.00 / BILLABLE TIME ███████████████ | 0.10 175.00 | 17.50 | |
| 05/06/95 #5501 | JRF $175.00 / BILLABLE TIME (Stratman) Review legal description | 0.40 175.00 | 70.00 | |

LEISNOI, INC. * :LEISNOI, INC., (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| ##5501.. | of land where residences were built and concluded that Leisnoi has fee title to only certain portions of most sections such that there may be no adverse possession issue. | | | |
| 05/06/95 #5502 | JRF $175.00 / BILLABLE TIME (Stratman) Organize Stratman files. | 1.00 175.00 | 175.00 | |
| 05/08/95 #5439 | EPB $300 / BILLABLE TIME ▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.20 300.00 | 60.00 | NO CHARGE |
| 05/08/95 #5499 | JRF $175.00 / BILLABLE TIME (Global) ▮▮▮▮▮▮▮▮▮▮▮ | 0.20 175.00 | 35.00 | |
| 05/08/95 #5500 | JRF $175.00 / BILLABLE TIME (Stratman) Telephone conference with B. Landon regarding modifying draft order; Receive and review revised version of briefing order; Receive and review order from 9th Circuit regarding required settlement conference; Conference with Edgar Paul Boyko regarding 9th Circuit order; Analyze necessity for deposing Omar Stratman in adverse possession case; Conference with Edgar Paul Boyko regarding deposing Stratman. | 1.20 175.00 | 210.00 | |
| 05/09/95 #5440 | EPB $300 / BILLABLE TIME (Stratman) Conference with J. Fitzgerald regarding state land litigation; Review Opposition to Motion to Amend Judgment. | 0.60 300.00 | 180.00 | |
| 05/09/95 #5496 | JRF $175.00 / BILLABLE TIME (Stratman) Telephone conference with J. Luke regarding draft legislation; Conference with F. Feichtinger regarding obtaining affidavits from the Harmons in Washington. | 0.40 175.00 | 70.00 | |
| 05/09/95 #5497 | JRF $175.00 / BILLABLE TIME (Stratman) Receive and review | 4.00 175.00 | 700.00 | |

LEISNOI, INC. * :LEISNOI, INC., (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| ##5497.. | Opposition to Motion to Enter Rule 82 Award into Final Judgment, and Motion to Amend Form of Judgment; Research and prepare Opposition to Motion to Amend Judgment Form; Conference with Edgar Paul Boyko regarding Stratman missed Rule 60(b) deadline. | | | |
| 05/09/95 #5498 | JRF $175.00 / BILLABLE TIME (Stratman) Prepare letter to Ed Ward outlining recommended legal strategies and motion practice; Conference with Edgar Paul Boyko regarding recommendations to make to Ed Ward. | 0.60 175.00 | 105.00 | |
| 05/10/95 #5441 | EPB $300 / BILLABLE TIME (Stratman) Review and revise letter to client regarding petition for certiorari and available legal strategies; Conference with J. Fitzgerald regarding same; Conference with staff regarding legislation. | 0.60 300.00 | 180.00 | |
| 05/10/95 #5491 | JRF $175.00 / BILLABLE TIME (Stratman) Revise, edit and finalize status report and strategy of recommendation letter to Ed Ward; Conference with Edgar Paul Boyko regarding letter to Ed Ward; Conference with K. Gage regarding preparing map of Leisnoi land holdings; Telephone conference with J. Luke regarding legislative proposal; Receive and review draft legislation and legislative history; Revise and edit draft legislation; Telephone conference with the chief executive officer of Koniag regarding draft legislation; Telephone conference with Bruce Landon regarding draft legislation; Conference with Edgar Paul Boyko regarding draft legislation; Prepare letter to F. Murkowski regarding draft legislation; Marshalled exhibits to present to the Senator. | 3.70 0.00 | 0.00 | |

**Time 3:08 pm**          **Client Billing Worksheet**          **Page 9**

LEISNOI, INC. * :LEISNOI, INC., (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| 05/10/95 #5492 | JRF $175.00 / BILLABLE TIME (Global) ▓▓▓▓▓▓▓▓▓ | 0.10 175.00 | 17.50 | |
| 05/10/95 #5493 | JRF $175.00 / BILLABLE TIME (Stratman) Telephone conference with B. Landon regarding draft order on briefing schedules. | 0.10 175.00 | 17.50 | |
| 05/10/95 #5494 | JRF $175.00 / BILLABLE TIME ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 3.50 175.00 | 612.50 | |
| 05/11/95 #5437 | EPB $300 / BILLABLE TIME (Stratman) Review and revise letter to Senator Murkowski; Finalize same. | 0.50 300.00 | 150.00 | |
| 05/11/95 #5487 | JRF $175.00 / BILLABLE TIME (Stratman) Receive and review letter from M. Schneider regarding discovery; Receive and review notice of filing proposed orders from B. Landon; Receive and review letter from R. Longacre regarding Rice July payment efforts; Telephone conference with R. Longacre regarding assignment of Rice claim; Revise and finalize letter to Senator Murkowski's Chief of Staff; Conference with Edgar Paul Boyko regarding final changes to letter and attachments; Travel to Middleton, Timme and Luke to deliver letter and attachments. | 1.70 175.00 | 297.50 | |
| 05/11/95 #5489 | JRF $175.00 / BILLABLE TIME (Stratman) Work on revisions to | 3.80 175.00 | 665.00 | |

LEISNOI, INC. * :LEISNOI, INC., (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| ##5489.. | draft legislation and legislative history; Marshalled exhibits to present to Senator Murkowski; Conference with F. Feichtinger regarding exhibits to give to the Senator; Conference with Edgar Paul Boyko regarding modifying letter to Murkowski; Telephone conference with J. Luke regarding termination point Lis Pendens issue to characterize legislation as fostering environmental protections of wildlife habitat; Conference with Bill Hobbs regarding Stratman lease; Telephone conference with Julie Murrell at DNR regarding Stratman lease; Conference with K. Gage regarding using original photos other than photocopies thereof. | | | |
| 05/12/95 #5438 | EPB $300 / BILLABLE TIME (Stratman) Review Scheduling Order; Review Plaintiff's letter regarding discovery; Conference with Jack Fitzgerald regarding Afognak land exchange. | 0.30 300.00 | 90.00 | |
| 05/12/95 #5482 | JRF $175.00 / BILLABLE TIME (Corporate) ███████████ | 0.30 175.00 | 52.50 | |
| 05/12/95 #5483 | JRF $175.00 / BILLABLE TIME (Stratman) Receive order from Judge Van der Heydt regarding briefing practice in the Court and deadlines governing same; Conference with Edgar Paul Boyko regarding Afognak joint venture; Conference with K. Gage and F. Feichtinger regarding legal description for certain parcels in Township 30 South; Receive and review new version of map. | 0.80 175.00 | 140.00 | |
| 05/12/95 #5485 | JRF $175.00 / BILLABLE TIME (Stratman) Review transcript of | 0.50 175.00 | 87.50 | |

**Time 3:08 pm**                    Client Billing Worksheet                    **Page 11**

LEISNOI, INC. * :LEISNOI, INC., (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| ##5485.. | oral arguments. | | | |
| 05/12/95 #5486 | JRF $175.00 / BILLABLE TIME (Stratman) Telephone conference with Ed Ward regarding Rice claim has been assigned to Roy Longacre; Telephone conference with J. Lake regarding final version of legislation proposal; Review cartologist work product with F. Feichtinger and determined same was unacceptable and must be redone without further charge to Leisnoi. | 0.60 175.00 | 105.00 | |
| 05/15/95 #5504 | JRF $175.00 / BILLABLE TIME (Stratman) Receive and review order re-assigning Stratman case to Judge Singleton; Telephone conference with Edgar Paul Boyko regarding Von der Heydt no longer being on the case. | 0.40 175.00 | 70.00 | |
| 05/15/95 #5505 | JRF $175.00 / BILLABLE TIME Teleph██████████████████████████ ████████████████████████████████ ████████████████████████████ | 1.80 175.00 | 315.00 | |
| 05/15/95 #5506 | JRF $175.00 / BILLABLE TIME (Corporate)████████████████████ | 1.40 0.00 | 0.00 | |
| 05/15/95 #5515 | JRF $175.00 / BILLABLE TIME (Stratman) Telephone conference with J. Luke regarding no petition for cert at this time. | 0.20 175.00 | 35.00 | |
| 05/15/95 #5517 | JRF $175.00 / BILLABLE TIME (Stratman) Telephone conference with J. Luke regarding draft legislation; Telephone conference with B. Landon regarding discovery; Telephone call to M. Schneider to discuss discovery; Receive and review Entry of Appearance from J. Pipin on behalf of the Department of Justice; Receive and review May 12th letter from M. Schneider; Receive and review new discovery | 2.00 175.00 | 350.00 | |

**Time 3:08 pm**                    **Client Billing Worksheet**                    **Page 12**

LEISNOI, INC. * :LEISNOI, INC., (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| ##5517.. | requests from Stratman; Conference with F. Feichtinger and K. Gage regarding filling in final sections of map outlay showing Leisnoi lands. | | | |

|  | | | | |
|---|---|---|---|---|
| TOTAL BILLABLE TIME CHARGES | | 54.00 | | $9,207.50 |
| TOTAL NO CHARGE TIME CHARGES | | 0.70 | $210.00 | |
| TOTAL BILLABLE COSTS | | | | $0.00 |
| TOTAL NEW CHARGES | | | | $9,207.50 |

PAYMENTS/REFUNDS/CREDITS

| | | | | |
|---|---|---|---|---|
| 05/15/95 Payment from account | | | (5,760.00) | |
| 05/19/95 Payment from account | | | (3,447.50) | |
| TOTAL PAYMENTS/REFUNDS/CREDITS | | | | ($9,207.50) |

NEW BALANCE

| | |
|---|---|
| TOTAL NEW BALANCE | $0.00 |

CLIENT FUNDS ACTIVITY

| | | |
|---|---|---|
| Balance of account | | $16,036.76 |
| 05/15/95 Payment from account | (5,760.00) | |
| 05/19/95 Payment from account | (3,447.50) | |
| TOTAL PAYMENTS MADE OUT OF CLIENT FUNDS | | ($9,207.50) |
| New balance of account | | $6,829.26 |