EXHIBIT NO. 9:  EDGAR PAUL BOYKO & ASSOCIATES
PART IV

# LEISNOI BILLING SUMMARY

## FOR SERVICES RENDERED UP TO JUNE 15, 1995

Trust Account Balance as of May 31, 1995     $_____0.00____

     Plus deposits to Trust:

         June 21, 1995     $12,965.59 ___
         June 21, 1995     $_7,500.00 ___

Trust Balance before fees and costs     $20,465.59 ___

Previous Amount Owed     $____197.00 ___

Legal fees
    Up to June 15, 1995     $_8,550.00 ___

Total fees & costs
    Up to June 15, 1995     - $_8,747.00 ___

Trust Account Balance
    after fees & costs     $11,718.59 ___

NET INVOICE     $_____0.00____

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501

JUN 28

Invoice submitted to:
LEISNOI, INC.,
P.O. Box 1186
Kodiak, Alaska    99615

June 23, 1995
In reference to: Account #0276
Invoice #3141

|  | | Hours | Amount |
|---|---|---|---|
| 06/01/95 JRF (Stratman) Prepare Motion to Expunge Lis Pendens and memorandum in support; Prepare Motion for Summary Judgment regarding preclusive effect of Stratman's settlement with Koniag. | | 3.60 | 630.00 |
| JRF (Stratman) Travel to Federal Court and conduct legal research regarding lis pendens expungement issue and subject matter jurisdiction issue; Revise and edit memorandum in support of motion to dismiss for lack of subject matter jurisdiction. | | 2.60 | 455.00 |
| JRF (Stratman) Revise and edit Motion for Summary Judgment and Motion to Expunge Lis Pendens; Prepare proposed orders for the four motions being filed today; Finalize and proofread motions. | | 1.30 | 227.50 |
| JRF (Stratman) Attend conference telephonically with Ninth Circuit. | | 0.40 | 70.00 |
| 06/02/95 JRF (Stratman) Conference with F. Feichtinger regarding affidavits he obtained on his trip; Review affidavits. | | 0.50 | 87.50 |

LEISNOI, INC.,

Page 2

|  | Hours | Amount |
|---|---|---|
| 06/02/95 JRF (Stratman) Receive and review discovery responses from Koniag; Receive and review Motion to Supplement Record from Burr, Pease & Kurtz. | 0.50 | 87.50 |
| JRF (Corporate) ▓▓▓▓▓▓▓▓▓▓ | 2.00 | 350.00 |
| JRF (Stratman) Prepare opposition to Stratman's motion to supplement record on his motion to set aside or modify November 1992 judgment. | 3.00 | 525.00 |
| JRF (Stratman) Prepare for discovery hearing before Judge Singleton; Travel to Court; Attend hearing on motion to compel; Conference with J. Luke regarding status of proposed legislation. | 1.50 | 262.50 |
| JRF (Stratman) Conference with K. Gage regarding upcoming investigation; Conference with F. Feichtinger regarding status of investigation. | 0.40 | 70.00 |
| JRF (Global) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.20 | 35.00 |
| 06/03/95 JRF (Stratman) File organization and maintenance; Receive and review final version of government's motion for summary judgment; Receive and review discovery responses. | 2.00 | 350.00 |
| 06/05/95 EPB (Stratman) Telephone conference with J. Fitzgerald regarding discovery conference with Judge Singleton. | 0.30 | 90.00 |

LEISNOI, INC.,

Page 3

| | Hours | Amount |
|---|---|---|

06/05/95 JRF ███████████████████  4.00  700.00
████████████████████████
████████████████████████

JRF (Stratman) Receive and review copy
of letter from M. Schneider to
counsel for Attorney Henderson;
Telephone conference with Edgar
Paul Boyko regarding Stratman's
suit for 10 million dollars against
his former attorneys.          0.30  52.50

JRF (Stratman) Travel to State Court
and research and review pleadings
filed by Omar Stratman seeking ten
million dollars for alleged legal
malpractice of his former
attorneys, Houston & Henderson;
Analyze how to make use of this
information in pending motions.  1.00  175.00

JRF (Stratman) Conference with F.
Feichtinger regarding successful
investigation by K. Gage.        0.20  35.00

JRF (Stratman) Telephone conference
with Alcohol Beverage Control
regarding Omar Stratman having a
liquor license.                  0.50  87.50

06/06/95 JRF (Stratman) Receive and review
letter of June 6, 1995 from Mike
Schneider and proposed order;
Analyze how best to respond;
Receive and review letter from B.
Landon with proposed revisions to
draft order; Receive and review
copy of letter from C. Middleton to
D. Gerety.                       0.80  140.00

Page 4

LEISNOI, INC.,

|  | Hours | Amount |
|---|---|---|

06/06/95 JRF (Stratman) Conference with F. Feichtinger regarding evidence to present at July 17 trial; Two telephone conferences with B. Garber regarding Stratman lease and money owed by state.    0.50    87.50

JRF (Stratman) Receive and review Koniag's Motion for Summary Judgment pursuant to the 1990 settlement agreement with attachments.    0.60    105.00

06/07/95 JRF (Stratman) Receive and review Reply to Opposition to Motion to Supplement Record; Receive and review affidavits of M. Schneider and Lance Nelson; Receive and review Motion for Expedited Hearing; Legal research regarding motions and possible bar complaint that can be filed against Stratman and Schneider for his disclosure of settlement offer in violation of Ninth Circuit order and stipulation between the parties; Analyze multi-prong strategy to exploit Schneider's affidavit; Conference with R. Breckberg regarding possible ethics complaint against M. Schneider.    2.30    402.50

JRF (Corporate) ████████████    0.20    35.00

JRF (Stratman) Receive and review letter from State of Alaska, Department of Natural Resources regarding Stratman lease together with excerpts from their file; Telephone conference with B. Garber discussing lessee issue; Telephone conference with B. Landon regarding malpractice suit Stratman filed against his former lawyers.    0.80    140.00

LEISNOI, INC.,                                                          Page 5

                                                        <u>Hours</u>         <u>Amount</u>

06/07/95 JRF ██████████████████████           0.20           35.00
         ██████████████████████

         JRF (Stratman) Receive and review       0.10           17.50
         message from M. Schneider and
         responded accordingly.

         RLB (Stratman) Conferences with J.      0.60          105.00
         FItzgerald; Research on Schneider's
         ethical violations and impact on
         Ninth Circuit and State Court
         cases.

06/08/95 EPB (Stratman) Telephone conference      0.20           60.00
         with J. Fitzgerald regarding status
         of motions and strategy.

         JRF (Stratman) Receive and review       0.10           17.50
         letter from Yule Chaffin.

         JRF (Dept. of Labor) ████████████       2.60          455.00
         ████████████████████████████████
         ████████████████████████████████
         ████████████████████████████████
         ████████████████████████████████
         ████████████████████████████████
         ████████████████████████████████
         ████████████████████████████████

06/09/95 EPB ██████████████████████           0.20           60.00
         ██████████████████

LEISNOI, INC.,                                                              Page 6

|  | Hours | Amount |
|---|---|---|
| 06/09/95 JRF ███████████████ | 0.60 | 105.00 |
| █████████████████████████████<br>█████████████████████████████<br>█████████████████████████████<br>█████████████████████████████ | | |
| JRF (Stratman) Receive and review stipulation signed by B. Landon. | 0.20 | 35.00 |
| JRF (Stratman) Receive and review letter of June 9, 1995 from Mike Schneider; Receive and review letter of June 8, 1995 from D. Gerety. | 0.20 | 35.00 |
| JRF (Dept. of Labor) ██████████<br>████████████████████████ | 0.20 | 35.00 |
| JRF (Stratman) Telephone conference with Edgar Paul Boyko regarding strategies to exploit Schneider's disclosure of settlement agreement; Conference with S. Van Goor regarding Rule 34(c); Review Ninth Circuit order and affidavit of Schneider; Analyze grounds for possible dismissal of Stratman's appeal. | 1.00 | 175.00 |
| JRF (Stratman) Receive and review order from Ninth Circuit dated June 5, 1995; Receive and review Notice of Lodging Order Compelling Production; Prepare response to discovery request of May 10, 1995 from Stratman. | 0.70 | 122.50 |
| 06/10/95 JRF (Stratman) Prepare opposition to Stratman's motion for expedited ruling on Rule 60(b) motion; Oppose Request for Oral Argument. | 2.70 | 472.50 |

LEISNOI, INC.,

Page 7

|  | | Hours | Amount |
|---|---|---|---|
| 06/12/95 JRF | (Stratman) Revise, edit and finalize Opposition to Motion for Expedited Consideration and Opposition to Request for Oral Arguments; Marshall exhibits. | 0.50 | 87.50 |
| JRF | (Stratman) Receive and review letter from M. Schneider regarding mediation; Telephone conference with Collin Middleton regarding petition for certiorari. | 0.40 | 70.00 |
| 06/13/95 EPB | (Stratman) Review correspondence from opposing counsel; Review correspondence regarding legislation; Telephone conference with Lundquist of Senator Murkowski's office. | 0.40 | 120.00 |
| JRF | (Stratman) Conference with Edgar Paul Boyko regarding Stratman lobbying against A.N.C.S.A. bill. | 0.20 | 35.00 |
| JRF | (Stratman) Conference with Edgar Paul Boyko regarding Schneider's letter to the Ninth Circuit Court. | 0.10 | 17.50 |
| JRF | (Global ▓▓▓▓▓▓▓▓▓▓▓▓ | 0.70 | 122.50 |
| JRF | (Corporate) ▓▓▓▓▓▓▓▓▓ | 0.30 | 52.50 |
| JRF | (▓▓▓▓▓▓▓▓▓▓▓ | 0.40 | 70.00 |
| JRF | ▓▓▓▓▓▓▓▓▓▓ | 0.10 | 17.50 |

LEISNOI, INC.,

Page 8

|  | Hours | Amount |
|---|---|---|
| 06/14/95 EPB (S███████████████) | 0.70 | 210.00 |
| 06/15/95 EPB ███████████████████ | 0.50 | 150.00 |
| EPB (██████████████████) | 0.30 | 90.00 |
| JRF (S███████████████████) | 0.70 | 122.50 |
| JRF (S██████████████████) | 0.40 | 70.00 |
| JRF (Stratman) Receive and review Amended Petition for Cert. | 0.20 | 35.00 |
| JRF (████████████████) | 0.60 | 105.00 |

LEISNOI, INC.,                                                                           Page 9

|  | Hours | Amount |
|---|---|---|
| 06/15/95 JRF ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.40 | 245.00 |
| For professional services rendered | 47.00 | $8,550.00 |
| Previous balance |  | $197.00 |
| 06/23/95-Payment from account 6-15-95 |  | ($8,747.00) |
| Balance due |  | $0.00 |

| Previous balance of client funds |  | $0.00 |
|---|---|---|
| 06/21/95-Payment to account-#3064 |  | $12,965.59 |
| 06/21/95-Payment to account-#3080 |  | $7,500.00 |
| 06/23/95-Payment from account 6-15-95 |  | ($8,747.00) |
| New balance of client funds |  | $11,718.59 |

## LEISNOI BILLING SUMMARY

### FOR SERVICES RENDERED UP TO JULY 14, 1995

**Trust Account Balance as of June 30, 1995**      $       0.00

    Plus deposits to Trust:

        July 14, 1995      $ 7,500.00
        July 14, 1995      $32,500.00

**Trust Balance before fees and costs**      **$40,000.00**

Previous Amount Owed      $ 3,698.49

Legal fees
   Up to July 14, 1995      $ 9,877.50

Costs
   Up to July 14, 1995      $ 2,727.75

**Total fees & costs**
   **Up to July 14, 1995**      -  **$16,303.74**
   (including previous amount)

**Trust Account Balance**
   **after fees & costs**      $23,696.26

**NET INVOICE**      $       0.00

ARCHIVED

JUL 22

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
LEISNOI, INC.,
P.O. Box 1186
Kodiak, Alaska    99615


July 14, 1995
In reference to: Account #0276
Invoice #3166

| | | Hours | Amount |
|---|---|---|---|
| 06/28/95 EPB | (Stratman) Conference with staff regarding legislation; Media calls regarding same. | 0.40 | 120.00 |
| 06/29/95 EPB | (Stratman) Media calls regarding legislation; Letter to Koniag; Review and revise letter to Senator Murkowski; Conference with J. Fitzgerald regarding same. | 0.70 | 210.00 |
| 07/03/95 EPB | (Stratman) Review pleadings and letter from M. Schneider regarding motion to dismiss appeal. | 0.30 | 90.00 |
| 07/05/95 EPB | (Stratman) Telephone conference with Uwe Gross regarding legislation; Conference with J. Fitzgerald regarding pending Ninth Circuit motion, strategies regarding forcible entry and detainer. | 0.60 | 180.00 |
| JRF | (Stratman) Receive and review Stratman's opposition to our motion to dismiss his appeal; Legal research regarding Ninth Circuit appellate rules; Telephone conference with Clerk of Court in San Francisco at Ninth Circuit regarding reply briefs allowed on motion practice, due in seven days; | 1.10 | 192.50 |

LEISNOI, INC.,

Page 2

| | Hours | Amount |
|---|---|---|

Conference with colleague regarding forcible entry and detainer suit against Northland Ranches, Inc. being assigned to Judge Michalski.

JRF (Stratman) Telephone conference with Clerk of Court regarding summons on forcible entry and detainer; Telephone conference with Judge Michalski's secretary regarding cases should be heard at the same time; Conference with collegaue regarding service of summons.    0.50    87.50

JRF (Stratman) Prepare opposition to Stratman's motion for extension of time in which to oppose Leisnoi's motion for summary judgment; Legal research regarding procedural error in Stratman's motion due to noncompliance with Rule 56(f); Revise and finalize opposition; Receive and review summons on suit against Northland Ranches, Inc.; Receive and review Judicial Assignment Order; Conference with K. Gage regarding restimony he will give at trial set for July 17, 1995; Receive and review Stratman's opposition to Koniag's motion in Ninth Circuit to extend time in which to oppose motion for injunction pending appeal.    3.00    525.00

07/06/95 JRF (Stratman) Prepare motion for extension of time in which to oppose motion in Ninth Circuit for injunction pending appeal; Prepare memorandum in support; Conference with Edgar Paul Boyko regarding allegations of fraud dropped in 1977 have reappeared in motion for injunction pending appeal; Revise and edit motion for extension of    3.50    612.50

LEISNOI, INC.,

| | Hours | Amount |
|---|---|---|

time to oppose motion for
injunction pending appeal and
memorandum in support; Prepare
affidavit in support of motion.

| Description | Hours | Amount |
|---|---|---|
| JRF (Stratman) Finalize and proofread motion, memorandum and affidavit; Prepare proposed order; Prepare letter to clerk of Ninth Circuit Court of Appeals; Marshal exhibits to motion. | 1.00 | 175.00 |
| JRF (S███████████████████████████ ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ | 1.80 | 315.00 |
| JRF (Stratman) Receive and review Koniag's reply to qualified opposition. | 0.20 | 35.00 |
| JRF (St██████████████████████e ████████████████████████████s. | 0.10 | 17.50 |
| 07/07/95 EPB (Stratman) M████████████████ | 0.80 | 240.00 |
| JRF (Global) Te█████████████████████ ███████████████████████████████ | 0.70 | 122.50 |

LEISNOI, INC.,                                                          Page 4

                                                    <u>Hours</u>        <u>Amount</u>

     JRF (Stratman███████████████████      0.50           87.50
███████████████████████████████
███████████████████████████████
███████████████████████████

     JRF (███████████████████████      1.90          332.50
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████████████████████████████

     JRF (Stratman)█████████████████      2.00          350.00
███████████████████████████████
███████████████████████████████
███████████████████████████████

     JRF (Stratman) Prepare Reply to       2.80          490.00
     Opposition to Motion to Dismiss
     Appeal.

07/10/95 JRF (Stratman) Conference with B.        2.20          385.00
     Landon regarding status of proposed
     legislation; Receive and review
     Order Approving Settlement; Revise,
     edit and finalize Reply to
     Opposition to Motion to Dismiss

LEISNOI, INC.,                                                    Page 5

|  | Hours | Amount |
|---|---|---|

Appeal; Receive and review U.S.A.'s
Motion to Extend Time to Oppose
Motion for Injunction Pending
Appeal; Review Pretrial Order.

| | Hours | Amount |
|---|---|---|
| JRF (Stratman) Te█████████████ | 2.40 | 420.00 |
| JRF (Stratman) Receive and review Stratman's Notice to Court regarding Paragraph one of threshhold issues stipulation. | 0.10 | 17.50 |
| JRF ███████████████ | 0.10 | 17.50 |
| 07/11/95 EPB ███████████ | 0.30 | 90.00 |
| JRF (████████████ | 3.00 | 525.00 |
| JRF (Corporate)████████ | 0.30 | 52.50 |

LEISNOI, INC.,                                                    Page 6

|  | Hours | Amount |
|---|---|---|
| 07/11/95 JRF ▮▮▮▮▮▮▮▮▮▮▮ | 1.50 | 262.50 |
| JRF ▮▮▮▮▮▮▮▮▮▮▮ | 0.20 | 35.00 |
| JRF ▮▮▮▮▮▮▮▮▮ | 0.10 | 17.50 |
| JRF ▮▮▮▮▮▮▮▮▮▮ | 0.70 | 122.50 |
| 07/12/95 JRF (Stratman) Review fax from Ed Ward regarding newspaper article authorized by M. Schneider; Analyze how best to respond; Conference with F. Feichtinger regarding false statements in newspaper articles; Telephone conference with Ed Ward regarding responding vigorously to newspaper article. | 0.80 | 140.00 |
| JRF ▮▮▮▮▮▮▮▮▮▮▮ | 1.20 | 210.00 |

LEISNOI, INC.,                                                              Page 7

|  |  | Hours | Amount |
|---|---|---|---|

| 07/12/95 | JRF (Stratman) Telephone conference with B. Landon retgarding Court denying motion to expunge Lis Pendens before briefing was completed; Telephone conference with Judge Singleton's case management clerk regarding order denying Lis Pendens being entered before briefing was completed. | 0.40 | 70.00 |
| | JRF (Stratman) Telephone conference with Edgar Paul Boyko regarding contacting Howard Weaver to ask for equal space. | 0.10 | |
| | JRF ▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.40 | 70.00 |
| | JRF (Stratman) Prepare article responding to M. Schneider's counterpoint published in the Anchorage Daily News; Revise and edit response article; Prepare cover letter to Howard Weaver; Telephone conference with Edgar Paul Boyko regarding content of draft article. | 2.80 | 490.00 |
| | JRF (Dept. of Labor) ▮▮▮▮▮ | 0.20 | 35.00 |
| | JRF (Stratman) Receive and review letter from M. Schneider regarding Termination Point; Receive and review from J. Reichlin his exhibit list; Prepare response letter to M. Schneider regarding him breaching the confidentiality agreement. | 0.80 | 140.00 |

LEISNOI, INC.,                                                    Page 8

                                                   <u>Hours</u>        <u>Amount</u>

07/12/95 JRF (Stratman) Telephone conference        0.10           17.50
         with Edgar Paul Boyko regarding
         strategy for filing in District
         Court.

         JRF (Dept. of Labor) ███████████          0.40           70.00
         ██████████████████████████████
         ██████████████████████████████
         ██████████████████████████████
         ██████████████████████████████
         ██████████████████████████████

         JRF (█████████████████████████          0.80          140.00
         ████████████

07/13/95 EPB (Stratman) Telephone conference        0.30           90.00
         with Howard Weaver; Telephone
         conferences with J. Fitzgerald
         regarding article; Telephone
         conference with Kodiak Mirror.

         EPB (Corporate) ████████████████          0.20           60.00
         ████████████

         JRF ██████████████████████████           0.80          140.00
         ██████████████████████████████
         ██████████████████████████████

         JRF ██████████████████████████           3.00          525.00
         ██████████████████████████████
         ██████████████████████████████

LEISNOI, INC.,                                                    Page 9

|            |     | Hours | Amount |
|------------|-----|-------|--------|
| 07/13/95 JRF | | 0.90 | 157.50 |
| JRF | | 1.80 | 315.00 |
| 07/14/95 EPB | | 3.60 | 1,080.00 |

| | | | |
|---|---|---|---|
| For professional services rendered | | 51.40 | $9,877.50 |

Additional charges:

| | Amount |
|---|---|
| -Photocopy charges for March, 1995. | 162.25 |
| -Photocopy charges for April 24, 1995. | 22.50 |
| -Photocopy charges for April 24, 1995. | 9.00 |
| -Photocopy charges for April 28, 1995. | 108.00 |
| -(Stratman) Law library copy charges for July 14, 1995. | 12.00 |
| -(Stratman) Photocopy charges for 5596 copies in May, 1995 through July 14, 1995. | 1,399.00 |
| -Photocopy charges for 4060 copies in May, 1995 through July 14, 1995. | 1,015.00 |

| | |
|---|---|
| Total costs | $2,727.75 |
| Total amount of this bill | $12,605.25 |
| Previous balance | $3,698.49 |
| 07/14/95-Payment from account-7/14/95 | ($16,000.00) |
| 07/14/95-Payment from account | ($303.74) |

LEISNOI, INC.,

Page 10

Amount

|  | Amount |
|---|---|
| Total payments | ($16,303.74) |
| Balance due | $0.00 |

| | Amount |
|---|---|
| Previous balance of client funds | $0.00 |
| 07/14/95-Payment to account-#3092 Trus | $7,500.00 |
| 07/14/95-Payment to account-#3092 Leis | $32,500.00 |
| 07/14/95-Payment from account-7/14/95 | ($16,000.00) |
| 07/14/95-Payment from account | ($303.74) |
| New balance of client funds | $23,696.26 |