EXHIBIT NO. 10:  EDGAR PAUL BOYKO & ASSOCIATES
PART V

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
LEISNOI, INC.,
P.O. Box 1186
Kodiak, Alaska    99615


August 2, 1995
In reference to: Account #0276
Invoice #3227

| | Hours | Amount |
|---|---|---|
| 07/05/95 JRF ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.10 | 15.00 |
| 07/14/95 JRF ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 5.40 | 945.00 |
| JRF (Stratman) | 2.00 | 350.00 |
| JRF (Dept. of Labor) | 0.20 | 35.00 |

LEISNOI, INC.,

Page 2

| | Hours | Amount |
|---|---|---|
| 07/14/95 JRF (Global) ▮▮▮▮▮▮ | 0.10 | 17.50 |
| 07/15/95 EPB (Stratman) ▮▮▮▮▮▮ | 3.40 | 1,020.00 |
| EPB (Stratman) Review and revise response to "Counterpoint" article in the Anchorage Daily News; Copy of letter to Schneider. | 1.40 | 420.00 |
| JRF (▮▮▮▮▮▮ | 4.00 | 700.00 |
| JRF (Stratman) ▮▮▮▮▮▮ | 1.00 | 175.00 |
| JRF (Stratman) ▮▮▮▮▮▮ | 1.00 | 175.00 |
| 07/16/95 JRF (Stratman) ▮▮▮▮▮▮ | 2.00 | 350.00 |
| JRF (Stratman) ▮▮▮▮▮▮ | 3.20 | 560.00 |

LEISNOI, INC.,                                                          Page 3

                                                         <u>Hours</u>          <u>Amount</u>

07/16/95 JRF (Stratman) ███████████         4.40          770.00
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████

        JRF (████████████████          0.50           87.50
████████████████████

07/17/95 EPB ███████████████          5.60         1,680.00

        JRF (S████████████          5.00          875.00

        JRF ██████████████          1.00          175.00

        JRF (St████████████████          0.50           87.50

        JRF (S██████████████          1.20          210.00
████████████████████████████████
████████████████████████████████
████████████████████████

LEISNOI, INC.,                                                                    Page 4

                                                              <u>Hours</u>           <u>Amount</u>

07/18/95 EPB (Stratman) Media call with Gloria          0.30            90.00
         C. of the Kodiak Mirror.

         JRF (Stratman) Work on article               2.80           490.00
         responding to M. Schneider's letter
         to the Editor; Conference with
         Edgar Paul Boyko regarding second
         draft of article; Revise cover
         letter to Howard Weaver; Finalize
         and proofread response article;
         Conference with Edgar Paul Boyko
         regarding final version of article;
         Prepare letter to A. Lundquist
         regarding our response to
         Schneider's criticisms of Senator
         Murkowski.

         JRF (Global)                                  0.40            70.00


         JRF (Stratman)                                0.40            70.00



         JRF (Stratman) Telephone conference           0.20            35.00
         with M. Schneider regarding him
         opposing our motion for extension
         of time, so we will oppose his as
         well.

         JRF (Stratman) Conference with Edgar          0.90           157.50
         Paul Boyko regarding opposing
         Motion for Extension of Time;
         Prepare Opposition to Stratman's
         Motion for Extension of Time.

|  |  | Page 5 |
|---|---|---|
| LEISNOI, INC., | Hours | Amount |

| | | Hours | Amount |
|---|---|---|---|
| JRF (Stratman) Revise and edit opposition; Arrange for service on Schneider; Conference with Edgar Paul Boyko regarding letter to the Editor. | | 0.40 | 70.00 |
| JRF (Stratman) Receive and review Stratman's District Court Motion for Extension of Time in which to Oppose Leisnoi's Motion for Summary Judgment regarding Exhaustion of Administrative Remedies; Telephone conference with M. Schneider's secretary regarding whether Schneider opposed Leisnoi's Ninth Circuit motion for extension of time; Receive and review letter to Clerk of U.S. Supreme Court from Koniag; Telephone conference with A. Lundquist regarding Senate Bill being on track. | | 0.80 | 140.00 |
| 07/19/95 JRF (Corporate) ▓▓▓▓▓▓▓▓▓▓ | | 0.20 | 35.00 |
| JRF (Stratman) Receive and review message from Clerk of Court regarding tapes being ready; Telephone conference with R & R Court Reporters regarding arranging for transcript on expedited basis; Telephone conference with B. Garber regarding our brief due tomorrow. | | 0.60 | 105.00 |
| 07/20/95 EPB ▓▓▓▓▓▓▓▓▓▓ | | 0.20 | 60.00 |
| JRF ▓▓▓▓▓▓▓▓▓▓ | | 0.80 | 140.00 |

LEISNOI, INC.,

Page 6

| | Hours | Amount |
|---|---|---|
| 07/21/95 JRF (Stratman) Prepare Motion for Reconsideration of Order Denying Motion to Expunge Lis Pendens, and proposed order; Review of local Rules on motions for reconsideration; Finalize Motion for Reconsideration. | 0.50 | 87.50 |
| JRF (Corporate) ~~████████████~~ | 0.20 | 35.00 |
| JRF (Corporate) ~~████████████~~ | 1.20 | 210.00 |
| JRF (Stratman) Telephone conference with Clerk of Court in San Francisco regarding no action taken yet on our motion to dismiss Stratman's appeal; Receive and review Affidavit of M. Schneider; Receive and review Stratman's Reply to Opposition to Motion for Extension of Time to Oppose Leisnoi's Motion for Summary Judgment. | 0.40 | 70.00 |
| JRF (Stratman) ~~████████████~~ | 2.50 | 437.50 |

LEISNOI, INC.,

Page 7

|  | Hours | Amount |
|---|---|---|
| 07/21/95 JRF (Stratman) Revise and finalize letter to M. Schneider regarding his breach of confidentiality agreement. | 0.30 | 52.50 |
| 07/24/95 JRF (Stratman) File organization and maintenance. | 1.00 | 175.00 |
| JRF (St~~█████████████████~~ | 2.40 | ~~████~~ |
| JRF (Corporate) ~~██████████~~ | 0.20 | 35.00 |
| JRF (St~~████████████████~~ | 3.10 | 542.50 |
| JRF (Corporate) ~~████~~ | 0.10 | 17.50 |

LEISNOI, INC.,                                                      Page 8

|  |  | Hours | Amount |
|---|---|---|---|

07/25/95 JRF (Stratman) Legal research regarding local general Rules being violated by Stratman filing a fifty-eight page opposition; Prepare Motion to Strike Overlength, Untimely Opposition to Motion to Dismiss for Failure to Exhaust Administrative Remedies; Prepare memorandum in support and proposed order regarding same.    1.50    262.50

JRF (Stratman) Receive and review Stratman's Notice of Filing; Telephone conference with J. Luke regarding coordinating reply memoranda; Telephone conference with B. Landon regarding coordinating reply memoranda to Stratman's oppositions.    0.50    87.50

JRF (Stratman) ██████████████████    0.20    35.00

JRF (Dept. of Labor) ██████████████████    0.50    87.50

JRF (Stratman) Finalize motion to stay all proceedings in Ninth Circuit Court; Attach exhibits to motion; Prepare letter to Clerk of Ninth Circuit Court in San Francisco.    0.50    87.50

JRF (Stratman) Legal research regarding local Rules of Ninth Circuit Court of Appeals; Telephone conference with Clerk of Ninth Circuit Court regarding overlength brief filed by Stratman; Receive and review letter from Clerk of U.S. Supreme Court.    0.60    105.00

LEISNOI, INC.,                                          Page 9

|  |  | Hours | Amount |
|---|---|---|---|
| 07/25/95 JRF | (Stratman) Receive and review Opposition to Motion to Dismiss for Failure to Exhaust Administrative Remedies. | 1.60 | 280.00 |
| JRF | (S██████████████████████████████████████ | 2.80 | 490.00 |
| 07/26/95 JRF | (S████████████████████████ | 0.10 | 17.50 |
| JRF | (S██████████████████████ | 0.10 | 17.50 |
| JRF | (Corporate) ████████████████ | 0.20 | 35.00 |
| JRF | (Stratman) Prepare Motion for Expedited Ruling; Prepare affidavit in support of same, and proposed order; Prepare motion for District Court to stay all proceedings pending consideration by Congress of Senate Bill S37; Prepare Memorandum in Support and proposed order; Marshall exhibits, including article whereby Schneider conceded the bill would gut his case. | 2.20 | 385.00 |
| JRF | (Stratman)████████████████ | 1.40 | 245.00 |

LEISNOI, INC.,

| | Hours | Amount |
|---|---|---|
| JRF ▮▮▮▮▮▮▮▮▮▮▮ | 3.50 | 612.50 |
| JRF (St▮▮▮▮▮▮▮▮▮ | 3.40 | 595.00 |
| JRF (S▮▮▮▮▮▮▮▮▮ | 0.40 | 70.00 |
| 07/27/95 JRF (Stratman) Telephone conference with C. Middleton regarding Ninth Circuit motion practice; Receive and review proposed Amended Final Judgment; Execute Stipulation to Amend 1992 Final Judgment. | 0.50 | 87.50 |
| JRF (▮▮▮▮▮▮▮▮▮ | 0.20 | 35.00 |
| JRF ▮▮▮▮▮▮▮▮ | 0.10 | 17.50 |
| JRF (Stra▮▮▮▮▮ | 0.10 | 17.50 |

## LEISNOI BILLING SUMMARY

### FOR SERVICES RENDERED UP TO JULY 31, 1995


**Trust Account Balance as of July 15, 1995**     **$23,696.26**

    Plus deposits to Trust:

                    $     0.00


**Trust Balance before fees and costs**     **$23,696.26**


Previous Amount Owed     $    0.00

Legal fees
    July 14 - July 31, 1995     $19,857.50

Costs
    July 1 - July 31, 1995     $ 2,339.26


**Total fees & costs**
    **Up to July 31, 1995**     **$22,196.76**

(Payments from account
    to August 2, 1995)     (- **$22,196.76** )


**Trust Account Balance**
    **after fees & costs**     **$ 1,499.50**


**NET INVOICE**     $    0.00

LEISNOI, INC.,                                                          Page 11

|  | Hours | Amount |
|---|---|---|
| JRF (S██████████████████████████████████████████ | 0.10 | 17.50 |
| JRF (S██████████████████████████████████████████ | 0.30 | 52.50 |
| JRF (S██████████████████████████████████████████ | 0.50 | 87.50 |
| JRF ██████████████████████████████████████████ | 1.10 | 192.50 |
| 07/28/95 JRF (Stra███████████████████████████ | 3.50 | 612.50 |
| JRF ██████████████████████████████████████ | 0.20 | 35.00 |

LEISNOI, INC.,                                          Page 12

                                          <u>Hours</u>        <u>Amount</u>

07/28/95 JRF ██████████████████████        2.00          350.00

         JRF (Stra██████████████████        3.00          525.00

07/29/95 JRF (Co█████████████████          0.50           87.50

         JRF (G███████████████████          1.60          280.00

         JRF (St████████████████████        3.60          630.00

         JRF █████████████████████          0.10           17.50

         JRF (Str██████████████████         0.10           17.50

LEISNOI, INC.,                                                    Page 13

                                                    Hours        Amount

07/31/95 JRF                                         4.40        770.00

         JRF (S                                      2.00        350.00

         JRF (Stratman) Receive and review          0.40         70.00
         Koniag's Motion for Extension of
         Time to file Opposition to Motion
         for Injunction; Prepare Errata to
         District Court.
                                                   _____     _____

         For professional services rendered       105.70       $19,857.50

LEISNOI, INC.,

Page 14

Amount

Additional charges:

| | Amount |
|---|---|
| -Ridgway's June 30, 1995 copy bill; Paid July 5, 1995 from trust, but never itemized on bill before. | 87.98 |
| -(Stratman) Federal Express charges for July, 1995. | 15.00 |
| -(Sargent) Photocopy charges through July 14, 1995. | 0.25 |
| -(Stratman) Trust check no. 176 to Clerk of Court regarding transcription tapes. | 30.00 |
| -(Stratman) Trust check no. 177 to Clerk of Court regarding log note copies. | 4.25 |
| -(Stratman) Trust check no. 179 to R & R Court Reporters regarding transcript of July 17, 1995 proceedings. | 841.00 |
| -(Stratman) Copy charges for July, 1995. | 168.00 |
| -Copy charges for July, 1995. | 588.75 |
| -(Stratman) Fax charges for July, 1995. | 127.00 |
| -Fax charges for July, 1995. | 134.00 |
| -Long distance charges for July, 1995. | 76.00 |
| -(Corporate) Long distance charges for July, 1995. | 0.58 |
| -(Stratman) Long distance charges for July, 1995. | 68.47 |
| -(Stratman) Postal charges for July, 1995. | 15.11 |
| -Postal charges for July, 1995. | 30.37 |
| -(Stratman) Check no. 1711 to Robin Kopple regarding witness fee. | 12.50 |
| -(Stratman) Check no. 1712 to Clerk of Court regarding forcible entry and detainer filing fee. | 60.00 |
| -(Stratman) Courier charges for July, 1995. | 30.00 |
| -Courier charges for July, 1995. | 50.00 |

Total costs        $2,339.26

Total amount of this bill        $22,196.76

| | |
|---|---|
| 07/18/95-Payment from account | ($7,300.00) |
| 07/19/95-Payment from account-Tr176 | ($30.00) |
| 07/19/95-Payment from account-Tr 177 | ($4.25) |
| 07/20/95-Payment from account-Tr 178 | ($15.00) |
| 07/21/95-Payment from account-Tr 179 | ($841.00) |

LEISNOI, INC.,                                                    Page 15

                                                                  <u>Amount</u>

08/02/95-Payment from account-Tr 182                        ($14,006.51)
                                                        _____

        Total payments                                      ($22,196.76)

                                                        _____

        Balance due                                              $0.00

                                                        _____

        Previous balance of client funds                    $23,696.26
07/18/95-Payment from account                               ($7,300.00)
07/19/95-Payment from account-Tr176                            ($30.00)
07/19/95-Payment from account-Tr 177                            ($4.25)
07/20/95-Payment from account-Tr 178                           ($15.00)
07/21/95-Payment from account-Tr 179                          ($841.00)
08/02/95-Payment from account-Tr 182                        ($14,006.51)
                                                        _____

        New balance of client funds                         $1,499.50

*To pay*                                                    $23,500 50

*To Replenish Trust Account*                                $25,000

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
Leisnoi, Inc.
4300 B Street, Suite 207
Anchorage, AK 99503


February 7, 1996
In reference to: Acct. No. 0064 - Stratman
Invoice #3689

| | | Hours | Amount |
|---|---|---|---|
| 01/16/96 EPB Consultati̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶ | | 1.00 | 300.00 |
| EPB | Telephone conference with J. Fitzgerald regarding Schneider's contact with K. Gage. | 0.30 | 90.00 |
| JRF | Telephone conference with Ed Ward regarding possible creation of an administrative remedy; Conference with Edgar Paul Boyko regarding possible administrative remedy; Telephone conference with B. Landon at the Department of Justice regarding request for disclaimer of interest in Termination Point; Legal research on suits to quiet title to real property; Prepare complaint against Omar Stratman to quiet title to Termination Point. | 2.80 | 504.00 |
| JRF | Conference with Edgar Paul Boyko regarding proceeding forward with state court action to quiet title, but deferring federal action pending informal inquiry to Department of Justice for disclaimer of federal interest; Analyze possible adverse mooting of | 0.80 | 144.00 |

Leisnoi, Inc.                                                                Page 2

|  | | Hours | Amount |
|---|---|---|---|

appeal if administrative hearing option were implemented at this time; Legal research regarding basis for jurisdiction in quiet title suit.

| | | Hours | Amount |
|---|---|---|---|
| JRF | Legal research regarding whether suit to quiet title could be removed by Stratman to Federal Court; Analyze possible effect of amendment to Section 1494 removal procedure as being to overrule cases forbidding removal. | 1.40 | 252.00 |
| JRF | Travel to law library and shepardize Lee and Donnelly decisions by the Ninth Circuit on constructive trust issue; Legal research regarding standing requirements before the Interior Board of Land Appeals; Legal research regarding discovery procedures in I.B.L.A. cases; Legal research regarding new case by Alaska Supreme Court pertaining issue of native corporation becoming the lessor upon waiver of administration by U.S.; Conference with Edgar Paul Boyko regarding results of legal research. | 1.80 | 324.00 |
| 01/17/96 EPB | ███████████████████████████ | 0.20 | 60.00 |
| EPB | ███████████████████████████ | 0.20 | 60.00 |
| EPB | Review press release; Conference with J. Fitzgerald regarding strategy with respect to Schneider's consent; Review memorandum to K. Gage. | 0.50 | 150.00 |

Leisnoi, Inc.                                                                    Page 3

|  |  | Hours | Amount |
|---|---|---|---|
| 01/17/96 JRF | Receive and review letter from Charlotte Branton with check from Omar Stratman; Conference with F. Feichtinger regarding investigative results to date and investigative work needed in advance of I.B.L.A. hearing; Conference with Edgar Paul Boyko regarding rejecting the tender of partial payment from Omar Stratman; Revise letter to J. Reichlin rejecting tender. | 1.00 | 180.00 |
| JRF | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.30 | 54.00 |
| JRF | Conference with F. Feichtinger regarding M. Schneider has contacted K. Gage trying to obtain work product; Telephone conference with K. Gage regarding him not cooperating with M. Schneider; Conference with Edgar Paul Boyko regarding Schneider's tactics. | 0.70 | 126.00 |
| JRF | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 1.30 | 234.00 |
| JRF | Telephone conference with Ed Ward regarding photos obtained from K. Gage; Conference with F. Feichtinger regarding discussion with Ed Ward concerning contacting the Anchorage Museum. | 0.30 | 54.00 |
| JRF | Revise and edit proposed press release; Prepare letter to Ed Ward regarding press release. | 0.30 | 54.00 |
| JRF | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.50 | 90.00 |

Leisnoi, Inc.                                                                    Page 4

|  | | Hours | Amount |
|---|---|---|---|
| 01/18/96 JRF | Two telephone conferences with Trans Alaska Title regarding Omar Stratman has still not removed the lis pendens from Termination Point; Prepare summons; Prepare civil case characterization; Prepare case description form; Finalize complaint to quiet title. | 1.10 | 198.00 |
| JRF | ███████████████████████ | 0.90 | 162.00 |
| JRF | Telephone conference with Clerk of Appellate Court regarding procedural question. | 0.10 | 18.00 |
| JRF | ███████████████████████ | 0.40 | 72.00 |
| JRF | Legal reserach regarding procedures governing hearings before the Interior Board of Land Appeals. | 2.00 | 360.00 |
| 01/19/96 EPB | ███████████████████████ | 0.40 | |
| JRF | Legal analysis regarding Afognak having been listed as an eligible village, which evidences congressional intent to protect villages wiped out by the 1964 earthquake, so the critical regulation is consistent with congressional intent; Conference with Edgar Paul Boyko regarding research on Afognak's certification; Analyze need to conduct research in the U.S. Administrative Congressional Code. | 0.60 | 108.00 |

Leisnoi, Inc.                                                                  Page 5

|            |     |                                                                                                                      | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|-------|--------|
| 01/19/96   | JRF | Legal research regarding decisions of Alaska Native Claims Appeal Board construing the effect of the Act of God regulation under which Leisnoi was certified; Legal research regarding burden on proof on village eligibility appeal. | 3.20  | 576.00 |
|            | JRF | Telephone conference with Charlotte Branson regarding date of Stratman's press release. | 0.10  | 18.00  |
|            | JRF | Telephone conference with K. Gage regarding requesting a copy of the draft affidavit M. Schneider asked him to sign. | 0.10  | 18.00  |
|            | JRF | ███████████████████████████ | 0.60  | 108.00 |
| 01/20/96   | JRF | Travel to law library; Legal research regarding reviewing entire legislative history to ANCSA to determine if Congress considered or addressed the issue of villages affected by the 1964 earthquake; Complete review of USCCAN. | 3.00  | 540.00 |
| 01/21/96   | EPB | Review administrative decision order from ANCSA. | 0.30  | 90.00  |
| 01/22/96   | EPB | Conferences regarding pending motions; Conference with Ed Ward regarding quiet title; Review press release. | 0.50  | 150.00 |

Leisnoi, Inc.                                                    Page 6

|  |  | | Hours | Amount |
|---|---|---|---|---|

| 01/22/96 | JRF | Travel to law library and conduct legal research regarding other villages certified under subject regulation, and burden of proof; Conference with R. Breckberg regarding villages of Afognak, Kagugak, and Chenega Bay certified under the subject act of God regulation; Conference with Edgar Paul Boyko regarding language from ANCAB decision for Chenega Bay refers to burden of proof on party challenging eligibiligty as being "almost impossible". | 3.30 | 594.00 |
|  | JRF | Conference with Edgar Paul Boyko regarding validity of subject regulation on Act of God and favorabvle analysis that militate in favor of validity; Travel to Supreme Court and file final bound version of appellant's brief. | 0.50 | 90.00 |
|  | JRF | ███████████████ | 1.20 | 216.00 |
|  | RLB | Conference with J. Fitzgerald regarding ANCAB cases and Stratman's knowledge of existence of village. | 0.20 | 40.00 |

Leisnoi, Inc.                                                                 Page 7

|  |  | Hours | Amount |
|---|---|---|---|
| 01/23/96 JRF | Receive and review draft press release; Telephone conference with Ed Ward regarding slight modifications to the press release; Discuss with Ed Ward the burden of proof issue for the administrative remand. | 0.30 | 54.00 |
| JRF | Review each photo obtained by Ken Gage; Travel to photo lab and arrange to obtain negatives and prints; Analyze immediate need to contact the curator of Anchorage Museum of History and Art; Conference with R. Breckberg regarding whether he recognizes any of the persons or places depicted in the photos; Telephone conference with Edgar Paul Boyko regarding us having negatives made and glossy prints, then giving the originals to curator of Anchorage Museum of History and Art; Prepare memorandum to Edgar Paul Boyko regarding photos; Prepare letter to curator regarding photos appearing to be originals, and if so, they are being returned. | 2.20 | 396.00 |
| RLB | Conference with J. Fitzgerald regarding photographs on Woody Island. | 0.10 | 20.00 |
| 01/24/96 EPB | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 1.20 | 360.00 |
| JRF | Review affidavits of Wade Wahrenbrack, Alex Swiderski, and Roger Henderson. | 0.60 | 108.00 |
| JRF | Review affidavit of Yule Chaffin. | 0.70 | 126.00 |
| JRF | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 0.10 | 18.00 |

Leisnoi, Inc.                                                      Page 8

                                                    Hours       Amount

    JRF  Conference with Edgar Paul Boyko          0.40          72.00
         regarding preparing status report
         for client, and prospect of seeking
         congressional affirmation of
         authority of secretary to
         promulgate regulation; Final
         changes to letter to D. Young.

    JRF  Receive and review letter from           0.70         126.00
         counsel for Mike Schneider
         regarding Ken Gage conversation;
         Conference with Edgar Paul Boyko
         regarding Ken Gage situation with
         regard to photographs, documents,
         and his solicitation of M.
         Schneider; Analyze how best to
         respond.

    RLB  Conference with J. Fitzgerald            0.20          40.00
         regarding Ken Gage situation with
         photographs and potential impact on
         pending litigation.

01/25/96 EPB  Consultation regarding research    0.20          60.00
         project on Woody Island historical
         village status.

    JRF  Review deposition of Christina          1.20         216.00
         Hoen.

    JRF  Prepare status report to client        3.80         684.00
         detailing various aspects of the
         case.

    JRF  Analyze possible necessity to          2.00         360.00
         consult with college professors
         cited by Yule Chaffin as
         authorities on history of Woody
         Island; Research regarding
         addresses and current information
         on professor Pierce in the history
         department at Queens University in
         Ontario, Professor Hinckley at San
         Jose State College, Professor
         Tompkins at Berkely, and Professor

Leisnoi, Inc.                                                          Page 9

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | Banks at Western Michigan University; Review deposition of Mary Chya; Review deposition of Marie Unger. |  |  |
|  | JRF | Revise and edit status report to client. | 0.60 | 108.00 |
|  | JRF | Telephone call to B. Landon regarding discussing request for waiver of interest. | 0.10 | 18.00 |
|  | JRF | Telephone conference with B. Landon at the Department of Justice regarding request for disclaimer of interest; Telephone call to C. Middleton to discuss A.N.C.A.B. rulings. | 0.30 | 54.00 |
| 01/26/96 | EPB | Review, revise, and finalize status report on litigation; Consultation regarding quiet title. | 1.20 | 360.00 |
|  | JRF | Complete work on status report; Conference with Edgar Paul Boyko regarding status report. | 0.50 | 90.00 |
|  | JRF |  | 3.40 | 612.00 |
| 01/27/96 | JRF |  | 3.80 | 684.00 |
|  | JRF |  | 1.00 | 180.00 |

Leisnoi, Inc.                                                        Page 10

                                                   <u>Hours</u>        <u>Amount</u>

        JRF ████████████████████           3.00          540.00


01/28/96 JRF ████████████████████          5.00          900.00

        JRF ████████████████████           3.00          540.00



        JRF ████████████████████           2.00          360.00


01/29/96 EPB Review letter from Schneider; Reply    2.80          840.00
            to same; Consultation regarding
            pending litigation matters; Review
            and revise memorandum regarding
            same.

        JRF ████████████████████           3.00          540.00




01/30/96 EPB ████████████████████          0.40          120.00

        JRF ████████████████████           5.00          900.00

Leisnoi, Inc.                                                                  Page 11

|  |  | Hours | Amount |
|---|---|---|---|

01/30/96 JRF ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                    1.00        180.00

JRF Receive and review position paper            1.70        306.00
    of Omar Stratman for A.L.J.; Review
    letter from M. Schneider and
    proposed response written by Edgar
    Paul Boyko; Conference with Ed Ward
    regarding quiet title action and
    issue of removal; Conference with
    F. Feichtinger regarding
    rehabitation of Woody Island, and
    new affidavits he obtained on a
    trip to Washington.

01/31/96 EPB Finalize letter to Schneider;        0.50
    Review notice of compliance;
    Conference with staff regarding
    status and strategy.

JRF Travel to photo lab; Review                   0.60        108.00
    negatives made from original
    photos, and prints made therefrom.

JRF Work on response letter to M.                 0.60        108.00
    Schneider.

JRF Receive and review Department of             2.10        378.00
    Interior's report recommending
    procedure on remand, and
    transmittal of administrative
    record; Analyze appropriate
    response by Leisnoi, Inc.;
    Conference with Edgar Paul Boyko
    regarding Leisnoi should file its
    report recommending procedures on
    remand; Receive and review order
    from Judge Singleton pertaining to
    removal of case; Receive and review
    notice of compliance.

Leisnoi, Inc.                                                                Page 12

|  |  | Hours | Amount |
|---|---|---|---|
| 01/31/96 JRF ████████████████████ | | 0.60 | 108.00 |
| | JRF Prepare proposed second press release to be issued by Leisnoi; Conference with Edgar Paul Boyko regarding multi-prong attack in newspapers, in Congress, and quiet title action, and in forcible entry and detainer appeal. | 0.80 | 144.00 |
| | JRF ██████████████████████ | 0.70 | 126.00 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 89.30 | $16,978.00 |

Additional charges:

| | | Amount |
|---|---|---|
| 01/19/96 | Payment to Clerk of Court. | 100.00 |
| 01/31/96 | Photocopy charges for January, 1996; 9968 copies at $.25 per copy. | 2,492.00 |
| | Courier charges for January, 1996. | 80.00 |
| | Fax charges for January, 1996. | 20.00 |
| | Law library copy charges. | 6.90 |
| | Law library copy charges. | 28.00 |
| | Law library copy charges. | 18.00 |
| 12/18/96 | Federal Express charges. | 10.00 |

| | Amount |
|---|---|
| Total costs | $2,754.90 |

Leisnoi, Inc.                                                                     Page 13

                                                                                 <u>Amount</u>

          Total amount of this bill                                          $19,732.90

02/07/96 Payment from account                                              ($19,732.90)
                                                                          _____

          Balance due                                                            $0.00
                                                                          _____