EXHIBIT NO. 11:  EDGAR PAUL BOYKO & ASSOCIATES
PART VI

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
Leisnoi, Inc.
4300 B Street, Suite 207
Anchorage, AK 99503


August 5, 1996
In reference to: Acct. No. 0064 - Stratman
Invoice #4190

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 07/16/96 | EPB | Review memorandum regarding choice of judge and report. | 0.10 | 30.00 |
|  | JRF | Receive and review first board resolution of Leisnoi, Inc. regarding efforts to repopluate Woody Island; Conference with F. Feichtinger regarding evidence Ed Ward found in Leisnoi corporate records will be useful at IBLA. | 0.40 | 72.00 |
|  | JRF | Review plat map of Woody Island; Telephone conference with BLM regarding no recorded easements for road across Baptist Mission land; Legal research regarding whether Leisnoi can validly claim a prescriptive easement on road leading to the dock; Research issue of whether Leisnoi can tack on to easement acquired by its predecessor in title, the FAA; Conference with F. Feichtinger regarding need to review deeds held by Natives of Kodiak and other landholders on Woody Island to determine if there are any easements of record; Conference with R. Breckberg regarding options of asking for an easement, purchasing one or suing to establish existence of same; | 2.40 | 432.00 |

Leisnoi, Inc.

Page 2

| | | Hours | Amount |
|---|---|---|---|

Analyze interplay of Act of God or governmental authority regulation with Borough ordinances prohibiting replatting without a road easement.

07/17/96 JRF   Conference with F. Feichtinger regarding 43 U.S.C. Section 2651.2(b) and 25 CFR 43b.1(k) should be primary focus for preparatory investigative work leading to our IBLA presentation.   0.30   54.00

JRF   Review map provided by Kodiak Island Borough showing Leisnoi's land to be outside two mile boundary from Kodiak city limits; Apply 43 CFR Section 2650.6 to formulate analysis establishing how Leisnoi was precluded by regulation from selecting land on historic side of Woody Island; Research CFR regulations that upon issuance of a conveyance to native corporation, it becomes entitled to any and all interests of U.S. as lessor; Analyze effect of regulation on forcible entry and detainer appeal now before Alaska Supreme Court; Telephone conference with Clerk of Alaska Supreme Court regarding no draft opinion yet on forcible entry and detainer appeal.   1.20   216.00

JRF   Review village eligibility regulations to be used before IBLA; Review field examination report for Woody Island recommending Leisnoi be certified as eligible for land benefits under ANCSA.   2.00   360.00

07/24/96 EPB      0.60   180.00

Leisnoi, Inc.                                                                    Page 3

|  |  | Hours | Amount |
|---|---|---|---|
| 07/24/96 RLE ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | 0.10 | 20.00 |
| 07/25/96 EPB Consultation regarding jurisdiction; Research; Review of documents. | | 0.50 | 150.00 |
| JRF Conference with K. Putman regarding tracking down results of Catholic Church's door to door survey in late 1960's, and strategy for preparing case for presentation to the IBLA. | | 0.20 | 36.00 |
| JRF Conference with F. Feichtinger regarding status of investigation for IBLA, and results of field trip to Woody Island. | | 0.50 | 90.00 |
| 07/26/96 EPB ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | 0.20 | 60.00 |
| JRF Conference with F. Feichtinger regarding anthropologist's interviews with Kelly Simeonoff and Johnny Maliknek; Analyze issue of a mutual defense agreement with Koniag to protect work product immunity from discovery. | | 0.50 | 90.00 |
| 07/29/96 EPB ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | 0.60 | 180.00 |
| 07/30/96 EPB ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | 0.20 | 60.00 |
| 07/31/96 JRF Conference with F. Feichtinger regarding village eligibility packet, and leads to follow up on in investigation. | | 0.30 | 54.00 |

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
Leisnoi, Inc.
4300 B Street, Suite 207
Anchorage, AK 99503


July 16, 1996
In reference to: Acct. No. 0064 - Stratman
Invoice #4185

| | | Hours | Amount |
|---|---|---|---|
| 07/01/96 JRF ████████████████████ | | 2.60 | 468.00 |
| JRF Receive amended judgment from the Ninth Circuit dated June 21, 1996; Conference with F. Feichtinger regarding plans for IBLA investigative work. | | 0.40 | 72.00 |
| 07/03/96 EPB ████████████████████ | | 0.50 | 150.00 |
| JRF Conference with F. Feichtinger regarding meeting next week with Koniag's anthropologist. | | 0.20 | 36.00 |
| 07/08/96 EPB Conference with staff regarding status, pending matters. | | 0.20 | 60.00 |

Leisnoi, Inc.                                                                    Page 2

|            |     |                                                                 | Hours | Amount |
|------------|-----|-----------------------------------------------------------------|-------|--------|
| 07/08/96   | JRF | Conference with F. Feichtinger regarding need to pressure BLM to post easement signage. | 0.10  | 18.00  |
|            | JRF | ████████████████████████                                        | 0.10  | 18.00  |
|            | JRF | Conference with investigator K. Putman regarding she will be researching the 1979 fire. | 0.10  | 18.00  |
| 07/09/96   | JRF | Conference with F. Feichtinger regarding status of evidence gathering on issue of fire on Woody Island in 1979. | 0.20  | 36.00  |
| 07/10/96   | JRF | Receive letter from title insurance company regarding final judgment from Ninth Circuit; Conference with paralegal regarding recorder's fees; Conference with K. Putman regarding BLM easement trail, and preparation of exhibits. | 0.50  | 90.00  |
| 07/12/96   | JRF | Conference with K. Putman regarding researching results of Catholic Church's door-to-door survey done in the 1960's could yield valuable data for the IBLA. | 0.20  | 36.00  |
| 07/15/96   | JRF | Strategy session with F. Feichtinger regarding contacting Yule Chaffin, and upcoming site visit to Woody Island with Koniag's anthropologist; Analyze method of presentation for IBLA of focusing on Native dwellings still on Woody Island in 1970 and the number of adults and children in each family, whether or not they actually dwelled in the structure; Telephone conference with Abigail Dunning, former ANCAB hearing officer regarding Stratman's challenge to Act of God regulation; Review | 1.60  | 288.00 |

Leisnoi, Inc.

Page 3

| | Hours | Amount |
|---|---|---|

briefing on motion to expedite IBLA
hearing; Called C. Middleton to
discuss a mutual defense agreement
to keep work product confidential.

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 6.70 | $1,290.00 |
| 07/16/96 Payment from account | | ($1,290.00) |
| Balance due | | $0.00 |

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
Leisnoi, Inc.
4300 B Street, Suite 207
Anchorage, AK 99503


September 4, 1996
In reference to: Acct. No. 0064 - Stratman
Invoice #4286

| | | | Hours | Amount |
|---|---|---|---|---|
| 08/12/96 | EPB | Conference with J. Fitzgerald regarding latest filing in 1976 action, strategy; Review pleadings. | 0.60 | 180.00 |
| 08/13/96 | EPB | Conferences with staff regarding status, strategy, Rule 60(b) problem. | 0.30 | 90.00 |
| 08/15/96 | EPB | Consultation on strategy regarding opposition to motion for preliminary injunction in Federal District Court, IBLA issue. | 0.30 | 90.00 |
| 08/16/96 | EPB | Consultation regarding new research on injunction motion, strategy. | 0.20 | 60.00 |
| | JRF | Prepare section of brief arguing that Stratman has not moved to set aside judgment, so preliminary injunctive relief not available; Prepare section of brief arguing that Rule 60(a) relief is not available; Prepare section of brief arguing that time limit has expired on time to file a Rule 60(b)(1) motion. | 4.30 | 774.00 |
| | JRF | File maintenance. | 0.70 | 126.00 |

)                          )
)                          )

Leisnoi, Inc.

Page 2

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                             | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 08/19/96   | JRF | Prepare portion of brief arguing that Rule 60 relief is not available absent extraordinary circumstances not present here; Analyze issue of Ninth Circuit's first ruling having directed the District Court to determine whether further judicial proceedings are warranted.                                                                                                                                 | 2.00  | 360.00 |
|            | JRF | Conference with F. Feichtinger regrding evidence of date of closure of FAA and FedAir IV and the scholds on Woody Island; Discuss strategy for investigation and possible new leads; Conference with B. Landon regarding government will be filing a motion to strike Stratman's motion for preliminary injunction; Prepare portion of Leisnoi's brief arguing Stratman can't use Rule 60(b) as substitute for a timely appeal; Prepare section of brief arguing Rule 60(b) can't be used to avoid time limit to file under Rule 60(b)(1). | 3.90  | 702.00 |
| 08/20/96   | JRF | Telephone conference with B. Landon regarding law of case doctrine.                                                                                                                                                                                                                                                                                                                                         | 0.20  | 36.00  |
|            | JRF | Reread Stratman's 50 page memorandum in support of motion for preliminary injunction.                                                                                                                                                                                                                                                                                                                       | 0.60  | 108.00 |
|            | JRF | Analyze and formulate additional legal arguments in support of dismissal of motion for preliminary injunction.                                                                                                                                                                                                                                                                                              | 1.00  | 180.00 |
|            | JRF | Prepare section of brief arguing that district court properly concluded no further judicial proceedings were warranted; Add discussion of Montgomery vs. Rumsfeld, 572 F.2d 250, and Eluska vs. Andrus, 587 F.2d 996.                                                                                                                                                                                        | 3.60  | 648.00 |

Leisnoi, Inc.                                                              Page 3

|            |     |                                                                                                                                                                                                                             | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 08/20/96   | JRF | Prepare section of brief arguing that Stratman never appeared before IBLA prior to filing suit, so caselaw on non-appealability of order of remand is distinguishable; Prepare portion of brief arguing that Court should jealously guard finality of its judgments. | 2.60  | 468.00 |
| 08/21/96   | JRF | Legal research regarding justiciability issue; Legal research regarding ripeness issue; Legal analysis regarding subject matter jurisdiction issue. | 3.00  | 540.00 |
|            | JRF | Prepare portion of brief arguing that Court lacks jurisdiction over motion for preliminary injunction because the land has already been patented to Leisnoi; Add additional case authority; Prepare portion of brief arguing that Stratman lacks standing to sue to enjoin Leisnoi's use of its land; Add discussion of jurisdictional limitations on IBLA proceedings. | 4.00  | 720.00 |
| 08/22/96   | EPB | Conference with staff regarding pending briefing. | 0.20  | 60.00  |
|            | JRF | Complete first draft of memorandum in support of motion to strike Stratman's post-final judgment motion for preliminary injunction. | 3.70  | 666.00 |
|            | JRF | Legal research regarding collateral estoppel issue; Receive and reveiw government's motion to strike; Review cases on res judicata. | 2.00  | 360.00 |
|            | JRF | Review Stratman's petition for rehearing and suggestion for rehearing en banc; Review Stratman's supplemental briefing; Add collateral estoppel argument to memorandum in support of motion to strike. | 1.50  | 270.00 |

Leisnoi, Inc.

Page 4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 08/24/96 | JRF | Travel to law library; Read and review cases cited by Schneider in his brief; Legal research regarding law of case doctrine; Legal research regarding "final decision" for appeal purposes; Analyze distinctions between and interplay of law of case doctrine, res judicata, and collateral estoppel; Complete legal research on subject matter jurisdiction issues. | 5.00 | 900.00 |
|  | JRF | Revise memorandum in support of motion to strike Stratman's motion for preliminary injunction. | 3.00 | 540.00 |
| 08/26/96 | JRF | Add additional case authority; Strengthen analysis of controlling Ninth Circuit authority; Beef up discussion of collateral estoppel and res judicata; Restructure 46 page memorandum in support of motion to strike; Eliminate some repetition and duplication of argument; Tighten discussion of appealability of order senting entire case to the IBLA; Incorpoate changes requested by Edgar Paul Boyko; Add Rule 58 analysis; Prepare conclusion. | 5.60 | 1,008.00 |
|  | JRF | Prepare final revisions to memorandum in support of motion to strike; Revise motion to strike; Prepare proposed order; Prepare joinder in federal defendant's motion for stay of briefing; Proofread motion, memorandum in support, proposed order and joinder; Finalize Leisnoi's brief. | 2.20 | 396.00 |
| 08/27/96 | JRF | File organization and maintenance. | 0.70 | 126.00 |
|  | JRF | Conference with F. Feichtinger regarding genealogy printout of research results to date. | 0.30 | 54.00 |

Page 5

| | Hours | Amount |
|---|---|---|
| Leisnoi, Inc. | | |

| | | Hours | Amount |
|---|---|---|---|
| 08/27/96 JRF Analyze whether to proceed forward with Rule 11 motion; Conference with Edgar Paul Boyko regarding timing strategy. | | 0.40 | 72.00 |
| 08/28/96 JRF Receive and review deeds and deeds of trust to which Omar Stratman is a party; Conference with F. Feichtinger regarding possible targets of levy if we obtain a monetary judgment against Omar Stratman. | | 0.40 | 72.00 |
| 08/30/96 JRF Receive Koniag's motion to strike and memorandum in support; Receive Koniag's joinder in motion for stay; Conference with Edgar Paul Boyko regarding Koniag's brief. | | 0.50 | 90.00 |

For professional services rendered          52.80    $9,696.00

Additional charges:

| | | |
|---|---|---|
| 08/31/96 Long distance charges for August, 1996. | | 10.26 |
| Photocopy charges for August, 1996. | | 151.50 |
| Postal charges for August, 1996. | | 4.3 |
| Law library copies for August, 1996. | | 13.4 |

$179.5

Total costs

$9,875.

Total amount of this bill     ($9,875.

09/04/96 Payment from account

$0

Balance due

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
Leisnoi, Inc.
4300 B Street, Suite 207
Anchorage, AK 99503



September 16, 1996
In reference to: Acct. No. 0064 - Stratman
Invoice #4375

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 09/04/96 | EPB | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.30 | 90.00 |
| 09/05/96 | EPB | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.20 | 60.00 |
|  | JRF | Receive opposition to motion to strike; Discuss shortcomings of Stratman's opposition with Edgar Paul Boyko; Analyze Stratman's argument regarding standing of the U.S. to oppose the motion. | 0.50 | 90.00 |
| 09/06/96 | EPB | Consultation regarding pending litigation. | 0.20 | 60.00 |
|  | JRF | Conference with Edgar Paul Boyko regarding strategy session. | 0.30 | 54.00 |
|  | JRF | Called B. Landon to discuss the status of Federal Court motions; Telephone conference with Collin Middleton regarding strategy for IBLA investigation. | 0.60 | 108.00 |

Leisnoi, Inc.                                                                 Page 2

|            |     |                                                                                                                                                                                                                                          | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 09/09/96   | JRF | Receive and read transcript of August 7, 1996 oral arguments; Conference with Edgar Paul Boyko regarding transcripts show Schneider conceded Leisnoi can quiet title to all its land if Court quiets title to Termination Point; Prepare letter to Ed Ward regarding status of quiet title action. | 1.00  | 180.00 |
| 09/10/96   | JRF | Legal research regarding amendments to F.R.C.P. 11; Analyze grounds for Rule 11 relief; Prepare motion for Rule 11 sanctions. | 0.80  | 144.00 |
|            | JRF | ██████████████████████████████ | 0.10  | 18.00  |
| 09/11/96   | JRF | Legal research and analysis regarding effect IBLA ineligibility determination would have on Leisnoi shareholders; Study impact of 89 stat. 1145, subsection (c) would have on subject analysis; Legal research regarding authority of Secretary of Interior to issue the Act of God regulation under which Leisnoi was certified; Review 43 U.S.C. Section 1624. | 1.80  | 324.00 |
| 09/13/96   | EPB | ██████████████████████████████ | 0.60  | 180.00 |
|            | JRF | Analysis of migratory patterns of Koniag natives as being relevant to issue of village eligibility; Conference with F. Feichtinger regarding village sites of Koniag Islanders. | 0.60  | 108.00 |

Leisnoi, Inc.                                                      Page 3

|            |     |                                            | Hours   | Amount       |
|------------|-----|--------------------------------------------|---------|--------------|
| 09/13/96   | JRF | Conference with Edgar Paul Boyko regarding inconsistency in Stratman seeking injunction while he extracts gravel; Telephone conference with Ed Ward regarding writing to Congress and notifying Judge Singleton of Stratman's gravel extraction operation. | 0.60    | 108.00       |
|            |     | For professional services rendered         | 7.60    | $1,524.00    |
| 09/16/96   |     | Payment from account                       |         | ($1,524.00)  |
|            |     | Balance due                                |         | $0.00        |

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
Leisnoi, Inc.
4300 B Street, Suite 207
Anchorage, AK  99503


March 17, 1997
In reference to: IBLA
               Account no. 0401
Invoice #4911

| | Hours | Amount |
|---|---|---|
| 03/03/97 Conference with F. Feichtinger regarding investigation for IBLA; Revise and edit letters to shareholders asking for information about residents of Woody Island in 1970. | 0.50 | 90.00 |
| 03/04/97 Conference with F. Feichtinger regarding need additional data regarding horses on dock side of Woody Island owned by certification residents; Legal research regarding implimenting CFR regulations. | 1.00 | 180.00 |
| 03/05/97 Telephone conference with Ed Ward regarding obtained authorization to have Chris Wooley prepare field study of structures on Woody Island; Telephone conference with C. Wooley regarding assisting in preparations for IBLA hearing; Telephone conference with F. Feichtinger regarding matching family genealogy data with field notes of foundations and structures on Woody Island. | 0.60 | 108.00 |

Leisnoi, Inc.                                                                 Page 2

|  | | Hours | Amount |
|---|---|---|---|
| 03/06/97 | Telephone conference with Greg Johnson from Middleton and Timme regarding upcoming IBLA hearing; Prepare letter to C. Middleton regarding effect quiet title ruling will have on IBLA case. | 0.70 | 126.00 |
| 03/13/97 | Telephone conference with Greg Johnson at C. Middleton's office regarding pending litigations between Leisnoi and Stratman, and strategy for quieting title to the land. | 0.30 | 54.00 |
|  | For professional services rendered | 3.10 | $558.00 |
| 03/17/97 | Payment from account | | ($558.00) |
|  | Balance due | | $0.00 |

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
Leisnoi, Inc.
4300 B Street, Suite 207
Anchorage, AK 99503


April 4, 1997
In reference to: Acct. No. 0064 - Stratman
Invoice #4923

| | | Hours | Amount |
|---|---|---|---|
| 02/28/97 RLB | ███████████████ | 0.10 | 20.00 |
| 03/04/97 RLB | ███████████████ | 0.20 | 40.00 |
| 03/06/97 RLB | ███████████████ | 0.20 | 40.00 |
| 03/10/97 EPB | ███████████████ | 0.40 | 120.00 |
| 03/11/97 EPB | ███████████████ | 0.30 | 90.00 |
| RLB | ███████████████ | 0.10 | NO CHARGE |

Leisnoi, Inc.                                                    Page 2

|              |     | Hours | Amount |
|--------------|-----|-------|--------|
| 03/15/97 EPB | ████████████ | 0.30 | 90.00 |
| 03/17/97 JRF | ████████████ | 0.20 | 36.00 |
| JRF | ████████████ | 2.90 | 522.00 |
| RLB | ████████████ | 0.40 | 80.00 |
| 03/19/97 JRF | Travel to court; Review entire pleadings file in Stratman's suit against his former attorneys; Telephone conference with D. Gerety, counsel for Houston and Henderson regarding Stratman's | 1.50 | 270.00 |

Leisnoi, Inc.                                                                              Page 3

|  |  | Hours | Amount |
|---|---|---|---|

testimony about the value of the land; Prepare letter to D. Gerety regarding pending suits between Leisnoi and Stratman.

| 03/24/97 EPB | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.30 | 90.00 |
| 03/26/97 EPB | Telephone conference with J. Fitzgerald regarding IBLA case evidence, strategy, pending motion practice, enforcement of trespass judgment, contempt appeal. | 0.40 | 120.00 |

|  |  | 7.30 | $1,518.00 |
|---|---|---|---|
| | For professional services rendered | | |

Additional charges:

| 03/31/97 | Long distance for March, 1997. | | 2.94 |
|---|---|---|---|
| | Photocopies for March, 1997. | | 112.75 |
| | Courier charges for March, 1997. | | 70.00 |
| | Postage for March, 1997. | | 8.64 |

| Total costs | $194.33 |
|---|---|

| Total amount of this bill | $1,712.33 |
|---|---|

| 03/31/97 Credit per JRF of 1.0 hours | ($180.00) |
|---|---|
| 04/04/97 Payment from account | ($1,532.33) |

| Total payments | ($1,712.33) |
|---|---|

| Balance due | $0.00 |
|---|---|

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
Leisnoi, Inc.
4300 B Street, Suite 207
Anchorage, AK  99503


April 4, 1997
In reference to: IBLA
            Account no. 0401
Invoice #4929

|            |                                                                                                                                                                                                                                                                                                                      | Hours | Amount |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 03/18/97   | Conference with F. Feichtinger and K. Putman regarding investigation for IBLA hearing results so far, and work still to be done.                                                                                                                                                                                      | 0.50  | 90.00  |
| 03/19/97   | Conference with F. Feichtinger regarding new witness who was on Woody Island in 1970; Two telephone conferences with G. Johnson regarding strategy meeting for March 26, 1997; Telephone conference with B. Mothershead at Dept. of Interior regarding invited him to join in strategy session; Telephone conference with C. Middleton retgarding preparations for IBLA hearing. | 1.00  | 180.00 |
| 03/24/97   | Conference with F. Feichtinger regarding using archaeologist C. Wooley to help on IBLA preparation.                                                                                                                                                                                                                   | 0.10  | 18.00  |
| 03/25/97   | Conference with F. Feichtinger regarding regulations governing certification criteria.                                                                                                                                                                                                                                | 0.20  | 36.00  |
|            | Telephone conference with C. Wooley regarding research to be undertaken on Woody Island, and possible use of plat maps, field notes, and photographs to make an overlay for presentation at the hearing.                                                                                                              | 0.30  | 54.00  |

Leisnoi, Inc.                                                                          Page 2

                                                                    Hours          Amount

03/26/97  Conference with F. Feichtinger              0.20           36.00
          regarding work product of
          anthropologist Nancy Davis.

          Telephone conference with B.                0.10           18.00
          Mothershead regarding meeting has
          been rescheduled.

03/27/97  Telephone conference with Edgar             0.20           36.00
          Paul Boyko regarding progress in
          preparations for IBLA hearing and
          demonstrative evidence to be
          presented.
                                                    _____       _____

          For professional services rendered         2.60          $468.00

          Additional charges:

03/31/97  Photocopies for March, 1997.                               72.50

          Courier charges for March, 1997.                           10.00
                                                                   _____

          Total costs                                               $82.50
                                                                   _____

          Total amount of this bill                                $550.50

04/04/97  Payment from account                                    ($550.50)
                                                                   _____

          Balance due                                                $0.00
                                                                   _____



EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
Leisnoi, Inc.
4300 B Street, Suite 207
Anchorage, AK  99503


April 16, 1997
In reference to: IBLA
            Account no. 0401
Invoice #5002

|  |  | Hours | Amount |
|---|---|---|---|
| 04/01/97 | Conference with F. Feichtinger regarding progress in investigation for IBLA hearing and asking Koniag to help foot the bill for investigative expenses to alleviate burden on Leisnoi. | 0.30 | NO CHARGE |
| 04/04/97 | Conference with F. Feichtinger regarding new photographic evidence of Woody Island in 1965, progress of investigation, and work still needed to be done. | 0.30 | 54.00 |
| 04/14/97 | Conference with F. Feichtinger regarding progress on investigation and his meeting today with shareholder from Sand Point. | 0.20 | 36.00 |
| 04/15/97 | Legal research regarding legal standards for showing residency requirement of 25 residents, enrollment in village as constituting prima facie sharing of residency;  Legal requirements of 13 persons actually using Woody Island during 1970;  Caselaw on issue of administrative standing being stricter than judicial standing and doctrine of administrative finality; Conference with Edgar Paul Boyko regarding legal research in advance | 4.80 | 864.00 |

Leisnoi, Inc.

Page 2

|  | Hours | Amount |
|---|---|---|

of IBLA hearing;  Conference with
F. Feichtinger regarding village
enrollment information and issue of
showing Island was only temporarily
abandoned.

Telephone conference with Ed Ward
regarding preparations for IBLA.                          0.20          36.00

For professional services rendered          5.80        $990.00

04/16/97 Payment from account                                    ($990.00)

Balance due                                          $0.00

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
Leisnoi, Inc.
4300 B Street, Suite 207
Anchorage, AK  99503


May 30, 1997
In reference to: IBLA
          Account no. 0401
Invoice #5109

| | Hours | Amount |
|---|---|---|
| 05/16/97 Attend strategy meeting with Chris Wooley and Frank Feichtinger regarding evidence that has been gathered to date establishing compliance with statutory and regulatory requirements of ANCSA; Legal analysis regarding overcoming problems with original batch of certification affidavits. | 1.20 | 216.00 |
| 05/20/97 Consultation regarding status, Arrowtec investigation. | 0.20 | 60.00 |
| 05/23/97 Analyze preparatory work needed in advance of IBLA hearing; Conference with Edgar Paul Boyko regarding strategy for IBLA preparation;  Telephone conference with R. Mothershead regarding enrollment list and census data. | 1.00 | 180.00 |
| 05/28/97 Conference with Edgar Paul Boyko regarding new witness found, who was on Woody Island on date of earthquake; Conference with F. Feichtinger regarding new witness and progress on investigation. | 0.40 | 72.00 |
| For professional services rendered | 2.80 | $528.00 |

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
Leisnoi, Inc.
4300 B Street, Suite 207
Anchorage, AK  99503


June 16, 1997
In reference to: IBLA
                 Account no. 0401

Invoice #5194

| | Hours | Amount |
|---|---|---|
| 06/02/97 Conference with F. Feichtinger regarding June 5th meeting. | 0.10 | 18.00 |
| 06/03/97 Conference with F. Feichtinger regarding cross-referencing exhibits and photographs, results of his meeting with the anthropologist, and investigation still to be done. | 0.40 | 72.00 |
| 06/04/97 Telephone conference with F. Feichtinger regarding super-certification residents. | 0.10 | 18.00 |
| 06/05/97 Travel to Leisnoi and meet with Ed Ward regarding investigative fees sharing. | 1.00 | 180.00 |
| 06/09/97 Called R. Mothershead regarding preparations for IBLA hearing. | 0.20 | 36.00 |
| 06/11/97 Telephone conference with Ed Ward regarding meeting with Koniag rescheduled for June 12th; Telephone conference with Frank Feichtinger regarding same. | 0.10 | NO CHARGE |
| 06/12/97 Travel to Leisnoi office. | 0.30 | NO CHARGE |

Page 2

Leisnoi, Inc.

| | | Hours | Amount |
|---|---|---|---|
| 06/12/97 | Attend meeting with Koniag officials regarding efforts to have Koniag help foot investigative fees for IBLA preparations;  Conference with Ed Ward regarding strategy for IBLA. | 1.30 | 234.00 |
| 06/13/97 | Receive and review village enrollment list;  Analyze how this list helps Leisnoi establish its prima facie case for the IBLA; Conference with F. Feichtinger regarding effect of village enrollment list, and efforts to get census data. | 0.50 | 90.00 |
| | For professional services rendered | 4.00 | $648.00 |
| 06/16/97 | Payment from account | | ($648.00) |
| | Balance due | | $0.00 |

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
Leisnoi, Inc.
4300 B Street, Suite 207
Anchorage, AK  99503



July 1, 1997
In reference to: IBLA
                  Account no. 0401
Invoice #5204

| | Hours | Amount |
|---|---|---|
| 06/16/97 Research regarding applicable CFR regulations, and application to facts of the case as investigated by F. Feichtinger. | 2.20 | 396.00 |
| 06/22/97 Conference with F. Feichtinger regarding status of investigation; Conference with J. Fitzgerald regarding same, time limits. | 0.30 | 90.00 |
| 06/27/97 Conference wtih F. Feichtinger regarding Karl Armstrong and deposition testimony. | 0.20 | 36.00 |
| 06/30/97 Conference with F. Feichtinger regarding cross-referencing data with photos of deposition excerpts. | 0.30 | 54.00 |
| For professional services rendered | 3.00 | $576.00 |

Additional charges:

|  | |
|---|---|
| 06/30/97 Photocopy charges for June, 1997. | 0.25 |
| Total costs | $0.25 |

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
Leisnoi, Inc.
4300 B Street, Suite 207
Anchorage, AK  99503


July 21, 1997
In reference to:  IBLA
            Account no. 0401
Invoice #5229

| | Hours | Amount |
|---|---|---|
| 07/01/97 Telephone conference with Chris Wooley regarding progress in preparation of computerized version of plat map overlays;  Conference with F. Feichtinger regarding super-certification residents and marshalling evidence;  Conference with Ed Ward regarding progress in preparations for IBLA hearing; Review genealogy charts. | 1.00 | 180.00 |
| 07/07/97 Receive and review letter from Koniag regarding investigative fee sharing only upon a release; Analyze problems with proposal and discuss deficiencies with Edgar Paul Boyko;  Telephone conference with Ed Ward regarding problem with Koniag response. | 0.50 | 90.00 |
| For professional services rendered | 1.50 | $270.00 |
| 07/18/97 Payment from account | | ($270.00) |
| Balance due | | $0.00 |

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
Leisnoi, Inc.
4300 B Street, Suite 207
Anchorage, AK  99503


August 18, 1997
In reference to: IBLA
                Account no. 0401

Invoice #5322

| | Hours | Amount |
|---|---|---|
| 08/01/97 Conference with F. Feichtinger regarding need to obtain certification of the enrollment list;  Telephone conference with R. Mothershead at the Department of Interior regarding he is concerned about the confidential information contained in the enrollment list, and whether that could impede the Department of Interior certifying the list. | 0.20 | 36.00 |
| 08/04/97 Review letter sent to BIA in Juneau regarding documents stored at National Archives;  Research code of Federal Regulations provision dealing with census data establishing residency for ANCSA eligibility;  Review regulation extablishing that an individual enrolled to the village is deemed to be a resident of the village; Review enrollment list;  Prepare letter to Regional Solicitor requesting the Department of Interior authenticate the enrollment list, and that they authorize the National Archives to release the Tribal Census and BIA Census date to me for research; Conference with Edgar Paul Boyko | 1.20 | 216.00 |

Leisnoi, Inc.

Page 2

| | | Hours | Amount |
|---|---|---|---|

regarding making effective use of
regulations allowing residency to
be established by enrollment to
village or by census data.

08/05/97 Consultation regarding motion
strategy.

0.10      30.00

Review April 10, 1973 letter from
Bureau of the Census to Karl
Armstrong regarding census data of
Woody Island;  Analyze possible
leads for obtaining data needed for
upcoming IBLA hearing;  Telephone
conference with F. Feichtinger
regarding census data is hard to
obtain due to law that it not be
revealed for 65 years;  Formulate
strategy for moving to dismiss
based on lack of administrative
standing, and congressional
ratification through ANILCA
amendments;  Conference with Edgar
Paul Boyko regarding beginning
motion practice before the IBLA
now, rather than after the hearing
commences.

1.50      270.00

08/06/97 Conference with F. Feichtinger
regarding format for
cross-referencing exhibits,
photographs, testimony, and
genealogy charges;  Discussed
evidence gathered and how best to
organize and present the case
before IBLA.

0.50      90.00

08/08/97 Receive and review evidence
supplied by Leisnoi shareholder
Gordon Puller;  Conference with F.
Feichtinger regarding integrating
the Gordon Puller genealogy charts
with those already on file assist
us in proving Karl Armstrong was
properly a certification resident;
Analyze whether time line could be
prepared in hyper-text markup
language to enable easy links to

1.00      180.00

Leisnoi, Inc.                                                      Page 3

                                               Hours           Amount

supporting evidence;  Telephone
conference with F. Feichtinger
regarding missing evidence now
supplied as to the Redick genealogy
charts, so we now have a complete
genealogy table for all
certification and super
certification residents.

Receive letter from Ed Ward to E.              0.20            36.00
Gross regarding declining
conditions attached to Koniag's
offer;  Telephone conference with
R. Mothershead at Regional
Solicitor's office regarding status
of efforts to certify the tribal
role, and efforts to get the census
data that is at the National
Archives.

08/12/97  Conference with F. Feichtinger      0.30            54.00
          regarding Chief Yellow Pants, house
          sharing on Woody Island, cross
          referencing of documents and
          photographs with time line.

08/13/97  Conference with Edgar Paul Boyko     0.20            36.00
          regarding strategy for presentation
          of evidence before the IBLA, and
          use of hyper-text markup language
          to assist in cross-referencing time
          line with evidence.

08/14/97  Review genealogy charts for the      0.60            108.00
          five major clans that lived on
          Woody Island;  Conference with F.
          Feichtinger regarding preparation
          of the time line and
          cross-reference tables;  Review
          index of photographs;  Conference
          with Edgar Paul Boyko regarding
          status of preparations for IBLA
          hearing.

08/15/97  Conference with staff;  Conference   0.50            150.00
          with Arrowtec regarding status of
          preparation of IBLA evidence.

Leisnoi, Inc.

Page 4

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 6.30 | $1,206.00 |
| 08/18/97 Payment from account | | ($1,206.00) |
| | | $0.00 |
| Balance due | | |

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
Leisnoi, Inc.
4300 B Street, Suite 207
Anchorage, AK  99503


September 2, 1997
In reference to: IBLA
            Account no. 0401

Invoice #5332

|  |  | Hours | Amount |
|---|---|---|---|
| 08/19/97 | Conference with F. Feichtinger regarding status of preparaiton of report for use at IBLA, and work still needed to be done. | 0.30 | 54.00 |
| 08/20/97 | Telephone conference with attorney for U.S. Department of Interior regarding obtaining access to census data and a certified enrollment list, and preparations for upcoming hearing before IBLA. | 0.20 | 36.00 |
|  | Conference with Mike from Arowtec regarding we have now obtained school enrollment records from Woody Island;  Review some of those records. | 0.20 | 36.00 |
| 08/22/97 | Conference with C. Wooley regarding history of land plats on Woody Island, and integration of same into one computerized overlay; Review a printed draft of the work product, and discussed how to make the data compilation even more useful and easier to understand for the IBLA hearing. | 0.50 | 90.00 |
| 08/25/97 | Conference with Arrowtec regarding preparation of index of documents for IBLA. | 0.10 | 18.00 |

Page 3

Leisnoi, Inc.

| | Hours | Amount |
|---|---|---|

08/29/97  Review affidavits of Kelly          2.20       396.00
          Simeonoff, Christina Hoen, Cecil
          Chabitnoy, Joanna McFarlin, Esther
          DeNato, Elizabeth Hartman, Michael
          Waller, Fred Zharoff, Roy Madsen,
          Arlene Simpler, Jean Heath, Mitch
          Komm, Maurice Harmon, and Paul
          Harmon;  Review interviews of Bill
          Robertson, Mitch Kamm, Frank
          Pagano, Cien Hoen Weeks, Paul
          Harmon, Maurice Harmon, and Kelly
          Simeonoff, Jr.;  Analyze which
          evidence is most relevant for
          purposes of showing compliance with
          the statutory requirements, and
          which helps buttress Leisnoi's
          regulatory exception argument;
          Begin analyzing which witnesses
          ought to be presented live at the
          IBLA hearing.

          For professional services rendered     10.40    $1,896.00

          Additional charges:

08/29/97  Photocopy charges for July, 1997.                 50.75

          Courier charges for August, 1997.                 10.00

          Postage charges for August, 1997.                  3.00

          Total costs                                       $63.75

          Total amount of this bill                      $1,959.75

08/29/97  Payment from account                          ($1,959.7

          Balance due                                        $0.0

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
Leisnoi, Inc.
4300 B Street, Suite 207
Anchorage, AK  99503


August 6, 1997
In reference to: IBLA
                Account no. 0401
Invoice #5240

| | | Hours | Amount |
|---|---|---|---|
| 07/21/97 | Telephone conference with F. Feichtinger regarding indexing photographs and coordinating with C. Wooley and N. Davis. | 0.20 | 36.00 |
| 07/28/97 | Telephone conference with Collin Middleton regarding preparations for upcoming IBLA proceeding, and timing for motions in limine. | 0.20 | 36.00 |
| | For professional services rendered | 0.40 | $72.00 |
| 07/31/97 | Payment from account | | ($72.00) |
| | Balance due | | $0.00 |

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
Leisnoi, Inc.
4300 B Street, Suite 207
Anchorage, AK  99503


September 17, 1997
In reference to: IBLA
            Account no. 0401
Invoice #5420

| | | | Hours | Amount |
|---|---|---|---|---|
| 09/11/97 | EPB | Conference with J. Fitzgerald and F. Feichtinger regarding status of case preparation for IBLA hearing. | 0.50 | 150.00 |
| | JRF | Conference with Edgar Paul Boyko regarding IBLA's concept of expediting is not very fast; Conference with F. Feichtinger regarding draft report for the IBLA, and work still needed to be done. | 0.50 | 90.00 |
| 09/15/97 | JRF | Review survey notes and field observations in Sept. 12th draft of Chris Wooley's report;  Conference with F. Feichtinger regarding computerized plat map with digitized photographs showing area depicted in plats. | 0.40 | 72.00 |
| | | For professional services rendered | 1.40 | $312.00 |
| 09/17/97 | | Payment from account | | ($312.00) |
| | | Balance due | | $0.00 |

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
Leisnoi, Inc.
4300 B Street, Suite 207
Anchorage, AK  99503


October 1, 1997
In reference to: IBLA
              Account no. 0401

Invoice #5429

| | Hours | Amount |
|---|---|---|
| 09/16/97 JRF Telephone conference with Ed Ward regarding keeping down the costs of preparation for IBLA hearing. | 0.10 | NO CHARGE |
| 09/18/97 EPB Telephone conference with client regarding status of investigation. | 0.10 | 30.00 |
| JRF Telephone conference with Ed Ward regarding cutting off further investigative work until the IBLA sets an actual hearing date. | 0.20 | NO CHARGE |
| 09/23/97 JRF Telephone conference with Ed Ward regarding shutting down further investigative work pending a hearing date set by IBLA; Called Chris Wooley regarding need for him to finish work by this week; Conference with F. Feichtinger regarding bottom fell out of timber market, so no more expenditure of funds on investigative work until we get a hearing date from the IBLA. | 0.20 | 36.00 |
| 09/24/97 JRF Telephone conference with C. Wooley regarding he is finishing work on report, and will also wrap up the computerized plat map with graphics overlay. | 0.10 | 18.00 |

Leisnoi, Inc.                                                                    Page 2

|            |     |                                                          | Hours | Amount      |
|------------|-----|----------------------------------------------------------|-------|-------------|
| 09/25/97   | JRF | Conference with Chris Wooley and F. Feichtinger regarding reviewed computerized overlay of all plats of Woody Island, and discussed report being prepared by Mr. Wooley. | 0.30  | 54.00       |
|            |     | For professional services rendered                       | 1.00  | $138.00     |
| 10/01/97   |     | Payment from account                                     |       | ($138.00)   |
|            |     | Balance due                                              |       | $0.00       |

RECEIVED
NOV 1 0 1997
RECEIVED

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
Leisnoi, Inc.
4300 B Street, Suite 207
Anchorage, AK  99503


November 6, 1997
In reference to: IBLA
            Account no. 0401

  Invoice #5535

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/16/97 | JRF | Work on how best to present evidence at the hearing, and which witnesses will be called; Conference with F. Feichtinger regarding putting him on the stand to testify to his investigative results. | 0.40 | 72.00 |
| 10/17/97 | JRF | Telephone conference with Ed Ward regarding limiting costs in preparation for IBLA. | 0.20 | NO CHARGE |
| 10/22/97 | JRF | Conference with Edgar Paul Boyko regarding status of preparations for the IBLA. | 0.10 | 18.00 |
| 10/30/97 | EPB | Telephone conference with client; Conference with F. Feichtinger of Arrowtec and attorney for Koniag regarding facts, strategies. | 0.60 | NO CHARGE |
|  | JRF | Telephone conference with Ed Ward regarding cooperating with Koniag for now, and suing them later, after defeating Stratman's decertification efforts; Conference with Edgar Paul Boyko regarding his meeting with the new lawyer from Middleton & Timme. | 0.20 | 36.00 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 1.50 | $126.00 |

12/1 – 12/15/97

EDGAR PAUL BOYKO and ASSOCIATES
711 H Street, Suite 510
Anchorage, AK 99501


Invoice submitted to:
Leisnoi, Inc.
4300 B Street, Suite 207
Anchorage, AK  99503


December 16, 1997
In reference to: IBLA
            Account no. 0401

Invoice #5678

| | Hours | Amount |
|---|---|---|
| 12/02/97 EPB Review IBLA decision;  Telephone conference with Ed Ward regarding same;  Review correspondence regarding Coastal Management. | 0.80 | 240.00 |
| RLB Conference with T. Sarazin regarding order;  Review order; Conference with Edgar Paul Boyko. | 0.30 | 60.00 |
| 12/11/97 EPB Conference with F. Feichtinger regarding preparation for hearing, report, and scheduling. | 0.20 | 60.00 |
| RLB Conferences with F. Feichtinger; Review new aerial photograph enlargements and correlation with site reviews. | 0.60 | 120.00 |
| For professional services rendered | 1.90 | $480.0 |
| | | ($480.0 |
| 12/16/97 Payment from account | | |
| | | $0.0 |
| Balance due | | |

