EXHIBIT NO. 12:  ROY LONGACRE & ASSOCIATES

LONGACRE AND ASSOCIATES
425 G STREET
SUITE 910
ANCHORAGE, AK   99501

(907) 276-6354
(907) 279-4685 (FAX)
FED I.D. #92-0127506

LEISNOI, INC.
301 E. FIREWEED LANE, SUITE 202
ANCHORAGE, AK   99503

ATTN: MIKE A. PAGANO

Page: 1
01/31/92
ACCOUNT NO:    90059-05M

STRATMAN

| 01/13/92 | | HOURS |
|---|---|---|
| | RLL TEL CALL FROM WARD | .20 |
| 01/21/92 | | |
| | RLL TEL CALL FROM PAGANO RE: UPCOMING TRIAL | .20 |
| 01/22/92 | | |
| | RLL TEL CALL FROM WARD RE: WITNESS LIST | .20 |
| 01/28/92 | | |
| | RLL REVIEW APPELLANT'S BRIEF, CONSOLIDATED CROSS-APPELLEE & REPLY BRIEF & CONTINGENCY AGREEMENT | 2.30 |

FOR CURRENT SERVICES RENDERED                2.90    507.50

BALANCE DUE                                          $507.50

STATEMENT FOR SERVICES THROUGH JANUARY 31, 1992

LONGACRE AND ASSOCIATES
425 G STREET
SUITE 910
ANCHORAGE, AK    99501

(907) 276-6354
(907) 279-4685 (FAX)
FED I.D. #92-0127506


LEISNOI, INC.                                          Page: 1
301 E. FIREWEED LANE, SUITE 202                        02/29/92
ANCHORAGE, AK   99503          ACCOUNT NO:     90059-05M

ATTN: MIKE A. PAGANO


STRATMAN



PREVIOUS BALANCE
                                                        $507.50

02/27/92                                         HOURS
    RLL DRAFT CORRESP TO WARD AND DRAFT SUBSTITUTION    1.30
                                                        ----    ------
        FOR CURRENT SERVICES RENDERED                   1.30    227.50
02/06/92  PAYMENT ON ACCOUNT
                                                               -507.50

        BALANCE DUE
                                                        $227.50
                                                        ======



STATEMENT FOR SERVICES THROUGH FEBRUARY 29, 1992

LONGACRE AND ASSOCIATES
425 G STREET
SUITE 910
ANCHORAGE, AK    99501

(907) 276-6354
(907) 279-4685 (FAX)
FED I.D. #92-0127506

Page: 1
03/31/92

LEISNOI, INC.
301 E. FIREWEED LANE, SUITE 202        ACCOUNT NO:        90059-05M
ANCHORAGE, AK    99503

ATTN: MIKE A. PAGANO


STRATMAN


| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $227.50 |
| 03/03/92 | RLL OFC CONF-CLIENT WITH MIKE RE: SUBSTITUTION | .20 | |
| 03/05/92 | RLL TEL CALL TO WARD RE: SETTLEMENT OFFER AND TEL CALL TO ROY LEVINE WITH STATUS | .70 | |
| 03/18/92 | RLL TEL CALL FROM WARD RE: FEE ARRANGEMENT | .20 | |
| 03/21/92 | RLL REVIEW CORRESP FROM WARD MERDES AND DRAFT NOTE TO MIKE | .30 | |
| 03/24/92 | RLL TEL CALL FROM MIKE | .20 | |
| | FOR CURRENT SERVICES RENDERED | 1.60 | 280.00 |
| 03/10/92 | PAYMENT ON ACCOUNT | | -227.50 |
| | BALANCE DUE | | $280.00 |


STATEMENT FOR SERVICES THROUGH MARCH 31, 1992

LONGACRE AND ASSOCIATES
425 G STREET
SUITE 910
ANCHORAGE, AK    99501

(907) 276-6354
(907) 279-4685 (FAX)
FED I.D. #92-0127506

Page: 1
06/30/92

LEISNOI, INC.
301 E. FIREWEED LANE, SUITE 202    ACCOUNT NO:    90059-05M
ANCHORAGE, AK    99503

ATTN: MIKE A. PAGANO

STRATMAN

PREVIOUS BALANCE                                           -$122.50

                                                    HOURS

06/30/92
        RLL TEL CALL FROM MIKE; TEL CALL TO WARD; REVIEW
            COURT FILE, PULL OPINION AND MEETING WITH MIKE    2.80
        RLL ANALYZE FACTS/LAW/DOCUMENTS - ANALYSIS OF OPINION  .70
        RLL DRAFT CORRESP TO STEMP RE: STRATMAN DECISION       .20
        RLL DRAFT CORRESP TO BOARD MEMBERS RE: OPINION         .20
        RLL TEL CALL FROM PAGANO RE: FOLLOW-UP                 .20
        RLL TEL CALL FROM STEMP                                .20
                                                             ----   ------
        FOR CURRENT SERVICES RENDERED                         4.30   752.50

                                                              $630.00
        BALANCE DUE                                           ======

STATEMENT FOR SERVICES THROUGH JUNE 30, 1992

LONGACRE AND ASSOCIATES
425 G STREET
SUITE 910
ANCHORAGE, AK   99501

(907) 276-6354
(907) 279-4685 (FAX)
FED I.D. #92-0127506

Page: 1
07/31/92

LEISNOI, INC.
301 E. FIREWEED LANE, SUITE 202       ACCOUNT NO:    90059-05M
ANCHORAGE, AK   99503

ATTN: MIKE A. PAGANO


STRATMAN


PREVIOUS BALANCE                                           $630.00

                                                         HOURS

07/02/92
     RLL DRAFT CORRESP TO ROY MADSEN RE: DECISION           .20
     RLL TEL CALL FROM HANRAHAN RE: COSTS                   .30
     RLL ANALYZE FACTS/LAW/DOCUMENTS - ADDITIONAL
         PROCEEDINGS                                        .30

07/07/92
     RLL ANALYZE FACTS/LAW/DOCUMENTS - IMPACT OF DECISION    .20
     RLL TEL CALL TO HANRAHAN RE: FEES                       .20

07/08/92
     RLL TEL CALL TO HANRAHAN                                .20

07/09/92
     RLL TEL CALL FROM MIKE RE: STATUS CONFERENCE            .20
     RLL DRAFT CORRESP TO WARD RE: STATUS                    .30

07/14/92
     RLL REVIEW CORRESP FROM WARD RE: STATUS                 .20

07/16/92
     RLL DRAFT PARAGRAPH FOR NEWSLETTER                      .80

07/28/92
     RLL TEL CALL FROM MIKE RE: STATUS                       .20
                                                            ----     ------
     FOR CURRENT SERVICES RENDERED                          3.10    542.50

LEISNOI, INC.

STRATMAN

Page: 2
07/31/92
ACCOUNT NO:     90059-05M

|            |                      |        |
|------------|----------------------|--------|
| 07/31/92   | XEROX                | 47.50  |
| 07/31/92   | POSTAGE AND MAILING  | 36.53  |
|            |                      | -----  |
|            | TOTAL COSTS          | 84.03  |
|            |                      |        |
| 07/14/92   | PAYMENT ON ACCOUNT   | -630.00 |
|            |                      |        |
|            | BALANCE DUE          | $626.53 |
|            |                      | ====== |

STATEMENT FOR SERVICES THROUGH JULY 31, 1992