EXHIBIT NO. 13:  ATKINSON, CONWAY, GAGNON





LAW OFFICES OF
### ATKINSON, CONWAY & GAGNON, INC.
A PROFESSIONAL CORPORATION
420 L STREET
SUITE 500
ANCHORAGE, ALASKA 99501
907/276-1700
IRS# 92-0036495

February 09, 1987

Billing thru : 01/31/87

Bill number : 5660-00003-001

Leisnoi, Inc.
4300 B. street
Anchorage, Alaska 99503
Attention: Frank Pagano

Re: Stratman Litigation

FOR PROFESSIONAL SERVICES RENDERED :

| Date | Description |
|------|-------------|
| 01/02/87 | Telephone conference with Mr. Pagano; research legal effect of demerger on enforceability of Stratman settlement against Leisnoi |
| 01/06/87 | Staff conference regarding research project |
| 01/06/87 | Conference with Attorney Timme and Attorney Luke; telephone conference with John Merrick; |
| 01/08/87 | Staff conference regarding research |
| 01/08/87 | Assemble pleadings and exhibits relative to Koiag authority to bind Leisnoi to Stratman settlement; |
| 01/13/87 | Review file; outline research areas |
| 01/13/87 | Open Stratman trial notebook; outline witness' testimony; telephone conference with Attorney Hensely; prepare trial notes; telephone conference with Attorney Luke regarding documents and witnesses |
| 01/13/87 | research legal issues relating to binding effect of Stratman settlement; telephone conference with. Mr. Pagano |
| 01/14/87 | Telephone conference with Attorney Luke; conference with Attorney Ebell, Attorney Luke, and Attorney Middleton; telephone conference with Attorney Bradbury and Attorney Oesting; research agency issues |
| 01/15/87 | Telephone conference with Attorney Henderson; telephone conferences with Attorney Bradbury's office; |
| 01/16/87 | Telephone conference with John Bradbury's office regarding files on Olsen case; review affidavit of John Bradbury |

LAW OFFICES OF
### ATKINSON, CONWAY & GAGNON, INC.
A PROFESSIONAL CORPORATION
420 L STREET
SUITE 500
ANCHORAGE, ALASKA 99501
907/276-1700
IRS# 92-0036495

Leisnoi, Inc.
bill number : 5660-00003-001

| | |
|---|---|
| 01/16/87 | Outline summary judgment motion; telephone conference with Attorney Luke; telephone conference with Attorney Henderson and Attorney McCarrey; prepare deposition notice and subpoena for Roger Henderson and his documents; prepare expert interrogatories |
| 01/16/87 | for each party; draft cross-claim against Konaig; prepare cross-claim motion pleadings; telephone conference with Mr. Pagano; telephone conference with Attorney Ebell; telephone conference with Attorney McCarrey |
| 01/19/87 | Review correspondence; review file; research |
| 01/20/87 | Conference with John Bradbury's office; research corporate law |
| 01/22/87 | Telephone conference with Attorney Luke |
| 01/23/87 | Telephone conference with Attorney Henderson; telephone conference with Attorney Moran; telephone conference with Attorney McCarrey; telephone conference with Attorney Luke's office' prepare memoranda to set cases for trial; prepare deposition renotices |
| 01/24/87 | Telephone conference with Attorney Ebell; telephone conference with Mr. Pagano; telephone conference with Attorney Luke |
| 01/27/87 | Conference with John Bradbury's office; review discovery in Olson and Stratman litigation |
| 01/27/87 | Prepare Henderson deposition questions |
| 01/29/87 | Review exhibits and prepare for deposition |
| 01/29/87 | Telephone conference with Mr. Merrick |
| 01/30/87 | Review Bradbury documents; prepare for deposition; telephone conference with Mr. Merrick, Attorney Luke and Attorney Ebell regarding Burton settleemnt proposals; conference with Mr. Merrick and Attorney Luke; telephone conference with Mr. Pagano |

DISBURSEMENTS :

| | | |
|---|---|---|
| 01/28/87 | Witness fee (Roger Henderson) | 13.00 |
| 01/31/87 | Photocopies | 15.40 |
| 01/31/87 | Toll charges | 22.64 |
| | Total disbursements for this matter : | $    51.04 |

SUMMARY :

| | | |
|---|---|---|
| TOTAL FEES : | $ | 6,688.00 |
| TOTAL DISBURSEMENTS : | $ | 51.04 |
| TOTAL CHARGES FOR THIS BILL : | $ | 6,739.04 |

A430

LAW OFFICES OF
## ATKINSON, CONWAY & GAGNON, Inc.
A PROFESSIONAL CORPORATION
420 L STREET
SUITE 500
ANCHORAGE, ALASKA 99501
907/276-1700
IRS# 92-0036495

AK USA
# 1033
.40
# 42 10.

March 06, 1987

Billing thru : 02/28/87

Bill number : 5660-00003-003

Leisnoi, Inc.
4300 B. street
Anchorage, Alaska 99503
Attention: Frank Pagano

Balance forward as of bill number 001 dated 02/09/87          $     6,739.04

Re: Stratman Litigation

FOR PROFESSIONAL SERVICES RENDERED :

| | |
|---|---|
| 01/29/87 | Research regarding Notice, BFP |
| 01/30/87 | Research BFP with notice |
| 02/04/87 | Assemble and review exhibits and prepare for Henderson deposition |
| 02/05/87 | Prepare for and take deposition of Roger Henderson conference with Attorney Middleton and Attorney Luke |
| 02/09/87 | Research unclean hands |
| 02/17/87 | Telephone conference with Attorney Middleton; outline additional discovery and affirmative defenses; review settlement counteroffer; research effect of illegality; telephone conference with Mr. Pagano |
| 02/18/87 | Review discovery pleadings; telephone conference with Law Clerk; prepare civil case characterization form and proposed order; telephone conference with Mr. Pagano |
| 02/18/87 | Office conference regarding Citizen's Group, unclean hands, John Moore; research and review research and organize research |
| 02/26/87 | Telephone conference with Debbie regarding document production; telephone conference with Mr. Pagano |
| 02/27/87 | Review documents for production |
| 02/27/87 | Fact investigation to locate John Murray (Citizen's Group) |

Leisnoi, Inc.
bill number : 5660-00003-003

DISBURSEMENTS :
02/28/87      Photocopies                                              221.90
02/28/87      Postage                                                   10.00

              Total disbursements for this matter :        $          231.90

SUMMARY :

              TOTAL FEES :                                 $        3,978.50

              TOTAL DISBURSEMENTS :                        $          231.90

              TOTAL CHARGES FOR THIS BILL :                $        4,210.40

              TOTAL BALANCE NOW DUE :                      $       10,949.44

                                      *less bad      (6739.04)*
                                      *Forward*

                                      *4210.40*

                                      *ny 30*

LAW OFFICES OF

## ATKINSON, CONWAY & GAGNON, INC.
A PROFESSIONAL CORPORATION
420 L STREET
SUITE 500
ANCHORAGE, ALASKA 99501
907/276-1700
IRS # 92-0036495


April 07, 1987

Billing thru : 03/31/87

Bill number : 5660-00003-005


Leisnoi, Inc.
4300 B. street
Anchorage, Alaska 99503
Attention: Frank Pagano

| | | |
|---|---|---|
| Balance forward as of bill number 003 dated 03/06/87 | $ | 4,210.40 |
| Payments received since last bill (last payment 03/30/87) | $ | 4,210.40 |
| | | ============= |
| Net balance forward | $ | .00 |

Re: Stratman Litigation

FOR PROFESSIONAL SERVICES RENDERED :

| | |
|---|---|
| 03/03/87 | Review summary judgment pleadings |
| 03/04/87 | Review Motion for Summary Judgment from Stratman; prepare stipulation for extension of time; dictate draft of letter to John Murray |
| 03/04/87 | Telephone conference with Attorney Luke; telephone conference with Attorney Ebell; letter to Attorney Ebell |
| 03/05/87 | Review summary judgment pleadings; outline opposition; prepare affidavit of Dan Hensley |
| 03/13/87 | Review file; investigation to find appraiser |
| 03/16/87 | Telephone conference with Dan Hensley; review file fact organization; legal research |
| 03/17/87 | Telephone conference with Dave Martin; telephone conference with Bob Erickson; review materials |
| 03/17/87 | Research opposition to motion for summary judgment and possible cross motion for summary judgment |
| 03/18/87 | Telephone conference with Erickson; staff conference; research regarding unconscionability; work on motion to consolidate |
| 03/18/87 | Research; staff conference; review file regarding affidavits |
| 03/18/87 | Telephone conference with Mr. Pagano; assemble exhibits; prepare affidavit of Leo Williamson; revise Hensley affidavit; prepare Bradbury affidavit |

Leisnoi, Inc.
bill number : 5660-00003-005

| | |
|---|---|
| 03/19/87 | Complete motion to consolidate; research; complete memorandum in support; meeting with appraisers; conference with clients; telephone conference with Attorney Sutliff |
| 03/19/87 | Prepare draft of opposition to motion for summary judgment; review Konaig's cross motion for summary judgment |
| 03/19/87 | Prepare Bradbury affidavit; telephone conference with Attorney Bradbury; assemble Bradbury exhibits telephone conference with Attorney Hensley; telephone conference with Leo Williamson; review Koniag's draft of opposition memorandum; telephone |
| 03/19/87 | conference with Attorney Middleton; conference with Mr. Pagano, Mr. Merrick and appraiser witnesses; assemble Hensley exhibits; draft opposition memorandum |
| 03/20/87 | Research on merger, unconscionability, etc.; prepare opposition to motion for summary judgment |
| 03/20/87 | Meeting with Erickson; staff conference; attempt to locate concerned citizen action group witnesses |
| 03/20/87 | Prepare statement of facts; conference with Attorney Middleton and Attorney Luke; telephone conference with Attorney Bradbury; prepare Pagano affidavit; conference with Mr. Erickson and Mr. Cohn; Telephone conference with Mr. Merrick |
| 03/21/87 | Preparation of opposition to motion for summary for summary judgment |
| 03/21/87 | Prepare amended answer to Stratman Complaint; revise statement of facts for opposition memorandum |
| 03/22/87 | Prepare amended answer to Rice and Burton Complaint; prepare Motion and Memorandum for Leave to Amend; prepare memorandum and related pleading for consolidation |
| 03/23/87 | Preparation of opposition; research unclean hands and illegality |
| 03/23/87 | Complete motion; contact potential witnesses; telephone conference with Murray, Devers; staff conference |
| 03/23/87 | Telephone conference with Attorney Hensley; review Hensley affidavit; conference with Attorney Hensley; assemble documents |
| 03/24/87 | Prepare opposition to motion for summary judgment |
| 03/24/87 | Review materials and motion; conference with appraiser |
| 03/24/87 | Search for witnesses; review documents |

Leisnoi, Inc.
bill number : 5660-00003-005

| | |
|---|---|
| 03/24/87 | Telephone conference with Mr. Pagano; revise and complete consolidation pleadings; revise opposition memorandum; revise affidavits; proof and finalize consolidation pleadings; proof and revise amended answer; conference with Mr. Pagano |
| 03/25/87 | Revisions to summary judgment opposition |
| 03/25/87 | Telephone conference with members of community action group |
| 03/25/87 | Revise opposition memorandum; assemble Bradbury exhibits; telephone conference with Mr. Erickson |
| 03/26/87 | Revise opposition |
| 03/26/87 | Travel to Kodiak; interview Mr. Murray and Mr. Devers; prepare affidavits; interview affiants; return to Anchorage |
| 03/26/87 | Research decertification limitations issue; research agency ratification issue; telephone conference with Mr. Erickson |
| 03/27/87 | Research illegal contract; revise opposition; prepare statement of genuine issues |
| 03/27/87 | Staff conference; telephone conference with R. Henderson; review depositions; review brief |
| 03/27/87 | Conference with Mr. Erickson; draft Erickson affidavit; revise opposition memorandum |
| 03/29/87 | Revise statement of genuine issues; assemble exhibit |
| 03/30/87 | Revise opposition memorandum; |
| 03/31/87 | Research additional cases; proof memorandum; prepare incidental opposition pleadings |

DISBURSEMENTS :

| | | |
|---|---|---|
| 03/31/87 | Photocopies | 344.40 |
| 03/31/87 | Toll charges | 68.99 |
| 03/31/87 | Postage | 11.52 |
| 03/31/87 | Travel Expense | 246.00 |
| 03/31/87 | Computerized research (Westlaw) | 513.99 |
| | Total disbursements for this matter : | $    1,184.90 |

SUMMARY :

| | |
|---|---|
| TOTAL FEES : | $   25,476.50 |
| TOTAL DISBURSEMENTS : | $    1,184.90 |
| TOTAL CHARGES FOR THIS BILL : | $   26,661.40 |
| TOTAL BALANCE NOW DUE : | $   26,661.40 |

LAW OFFICES OF
## ATKINSON, CONWAY & GAGNON, INC.
A PROFESSIONAL CORPORATION
420 L STREET
SUITE 500
ANCHORAGE, ALASKA 99501
907-276-1700
IRS# 92-0036495


Billing thru : 04/30/87

Bill number : 5660-00003-006


Leisnoi, Inc.
4300 B. Street
Anchorage, Alaska 99503
Attention: Frank Pagano

Balance forward as of bill number 005 dated 04/07/87        $    26,661.40
Payments received since last bill (last payment 04/27/87)   $     7,661.40
                                                            ================
Net balance forward                                         $    19,000.00

Re: Stratman Litigation

FOR PROFESSIONAL SERVICES RENDERED :

| Date | Description |
|---|---|
| 03/29/87 | Shepardize cases; complete drafting of opposition |
| 04/01/87 | Proof and execute pleadings; attend trial setting conference in Burton case |
| 04/02/87 | Telephone conference with Attorney Middleton |
| 04/03/87 | Telephone conference with Attorney Ebell; telephone conference with Attorney Henderson; telephone conference with Attorney Luke |
| 04/13/87 | Telephone conference with Attorney Middleton; review opposition pleadings on motion to consolidate outline reply brief |
| 04/14/87 | Prepare reply brief on consolidation motion |
| 04/15/87 | Proof and revise reply memorandum |
| 04/16/87 | Outline trial preparation items; telephone conference with Attorney Middleton; review Koniag's opposition pleadings |
| 04/17/87 | Conference with Attorney Middleton regarding settlement options; proof and revise reply memorandum |
| 04/20/87 | Telephone conference with Attorney Moran |
| 04/24/87 | Telephone conference with Attorney Henderson |
| 04/27/87 | Telephone conference with Attorney Stewart; review transcript for production |
| 04/28/87 | Telephone conference with Mr. Stewart; telephone conference with Attorney Luke; review Bradbury records and documents |
| 04/29/87 | Telephone conference with Attorney Stewart; telephone conference with Attorney Luke; review recent orders and pleadings; prepare notification pleading; review 1982 pleadings in demerger litigation |
| 04/30/87 | Review Bradbury files |

DISBURSEMENTS :

Leisnoi, Inc.
bill number : 5660-00003-006

| | | |
|---|---|---|
| 04/17/87 | Miscellaneous expense (BEG American Express) | 23.75 |
| 04/30/87 | Photocopies | 353.40 |
| 04/30/87 | Travel Expense | 114.19 |

Total disbursements for this matter :          $       491.34

Re: Antoinette Burton


DISBURSEMENTS :
04/13/87      Deposition of Roger E. Henderson                    755.50

Total disbursements for this matter :          $       755.50

SUMMARY :

TOTAL FEES :                              $     4,815.00

TOTAL DISBURSEMENTS :                      $     1,246.84

TOTAL CHARGES FOR THIS BILL :              $     6,061.84

TOTAL BALANCE NOW DUE :                    $    25,061.84

LAW OFFICES OF
ATKINSON, CONWAY & GAGNON, INC.
A PROFESSIONAL CORPORATION
420 L STREET
SUITE 500
ANCHORAGE, ALASKA 99501
907/276-1700
IRS# 92-0036495

AK USA
V #1114

$5,000

n430

June 10, 1987

Billing thru : 05/31/87

Bill number : 5660-00003-007

Leisnoi, Inc.
4300 B. Street
Anchorage, Alaska 99503
Attention: Frank Pagano

Balance forward as of bill number 006 dated 05/07/87          $   25,061.84

Re: Stratman Litigation

FOR PROFESSIONAL SERVICES RENDERED :
| Date | Description |
|---|---|
| 05/05/87 | Telephone conference with Frank Pagano; telephone conference with Attorney Moran |
| 05/06/87 | Telephone conferences with Attorney Stewart; telephone conference with Attorney Luke; |
| 05/07/87 | Telephone conference with Attorney Page regarding Hensley affidavit |
| 05/11/87 | Telephone conference with Attorney Henderson |
| 05/12/87 | Telephone conference with Attorney Page |
| 05/13/87 | Telephone conference with Attorney Middleton |
| 05/14/87 | Review reply to motion for summary judgment |
| 05/15/87 | Review reply pleadings filed by Stratman |
| 05/20/87 | Prepare status report letter for Coopers & Lybrand |
| 05/22/87 | Review Stratman's reply to Konaig's summary judgment |
| 05/22/87 | Review Stratman's summary judgment pleadings; letter to all counsel |
| 05/29/87 | Telephone conference with Attorney Middleton; telephone conference with Attorney Henderson |

| DISBURSEMENTS : | | |
|---|---|---|
| 05/31/87 | Photocopies | 30.60 |
| 05/31/87 | Toll charges | 7.83 |
| 05/31/87 | Delivery/courier charges | 21.00 |
| 05/31/87 | Postage | 3.18 |
| 05/31/87 | Travel Expense | 36.08 |
| | Total disbursements for this matter :     $ | 98.69 |

Leisnoi, Inc.
bill number : 5660-00003-007

SUMMARY :

|  | | |
|---|---|---|
| TOTAL FEES : | $ | 1,243.00 |
| TOTAL DISBURSEMENTS : | $ | 98.69 |
| TOTAL CHARGES FOR THIS BILL : | $ | 1,341.69 |
| TOTAL BALANCE NOW DUE : | $ | 26,403.53 |

LAW OFFICES OF
**ATKINSON, CONWAY & GAGNON, INC.**
A PROFESSIONAL CORPORATION
420 L STREET
SUITE 500
ANCHORAGE, ALASKA 99501
907/276-1700
IRS# 92-0036495

JUL 13 1987

July 10, 1987

Billing thru : 06/30/87

Bill number : 5660-00003-008

Leisnoi, Inc.
4300 B Street
Anchorage, Alaska 99503
Attention: Ed Pagano

Balance forward as of bill number 007 dated 06/10/87          $    26,403.53

Re: Stratman Litigation

FOR PROFESSIONAL SERVICES RENDERED :
06/03/87      Telephone conference with Attorney Middleton;
              review recent motion and opposition pleadings and
              correspondence; prepare opposition notes
06/05/87      Prepare response to motion to publish depositions
              and to accept testimony
06/10/87      Attend trial setting conference; interview with
              Dan Hensley; conference with Attorney Middleton;
              review summary judgment pleadings; telephone con-
              ference with Attorney Moran; telephone conference
              with Attorney Middleton
06/17/87      Telephone conference with Attorney Luke; telephone
              conference with Attorney Middleton; conference
              with Attorney Ebel; attend trial setting confer-
              ence; review summary judgment pleadings; telephone
              conference with Frank Pagano


DISBURSEMENTS :                                                      1.20
06/30/87      Photocopies

              Total disbursements for this matter :      $          1.20


SUMMARY :
              TOTAL FEES :                                $      1,522.50

              TOTAL DISBURSEMENTS :                       $          1.20

              TOTAL CHARGES FOR THIS BILL :               $      1,523.70

              TOTAL BALANCE NOW DUE :                     $     27,927.23

LAW OFFICES OF
## ATKINSON, CONWAY & GAGNON, INC.
A PROFESSIONAL CORPORATION
420 L STREET
SUITE 500
ANCHORAGE, ALASKA 99501
907/276-1700
IRS # 92-0036495

August 19, 1987

Billing thru : 07/31/87

Bill number : 5660-00003-009

Leisnoi, Inc.
4300 B Street
Anchorage, Alaska 99503
Attention: Ed Pagano

| | |
|---|---|
| Balance forward as of bill number 008 dated 07/10/87 | $ 27,927.23 |
| Payments received since last bill (last payment 07/13/87) | $ 5,000.00 |
| | ============= |
| Net balance forward | $ 22,927.23 |

Re: Stratman Litigation

FOR PROFESSIONAL SERVICES RENDERED :

| | |
|---|---|
| 06/30/87 | Prepare for deposition of Dan Hensley |
| 07/01/87 | Prepare for deposition of Dan Hensley; attend deposition of Hensley; draft memorandum to staff; letter to Walter Ebell |
| 07/06/87 | Review Koniag's reply brief; outline comments |
| 07/13/87 | Telephone conference with Attorney Schmitt |

DISBURSEMENTS :

| | | |
|---|---|---|
| 07/31/87 | Photocopies | 49.80 |
| 07/31/87 | Postage | 5.33 |
| 07/31/87 | Toll Charges | 1.81 |
| | Total disbursements for this matter : | $ 56.94 |

SUMMARY :

| | | |
|---|---|---|
| TOTAL FEES : | $ | 717.5 |
| TOTAL DISBURSEMENTS : | $ | 56.9 |
| TOTAL CHARGES FOR THIS BILL : | $ | 774.4 |
| TOTAL BALANCE NOW DUE : | $ | 23,701.6 |

LAW OFFICES OF
ATKINSON, CONWAY & GAGNON, INC.
A PROFESSIONAL CORPORATION
420 L STREET
SUITE 500
ANCHORAGE, ALASKA 99501
907/276-1700
IRS# 92-0036495


October 09, 1987

Billing thru : 09/30/87

Bill number : 5660-00003-011

Leisnoi, Inc.
4300 B Street
Anchorage, Alaska 99503
Attention: Ed Pagano

Balance forward as of bill number 010 dated 09/07/87          $   26,342.82

Re: Stratman Litigation

FOR PROFESSIONAL SERVICES RENDERED :

| Date | Description |
|---|---|
| 09/04/87 | Outline arguments for hearing; telephone conference with Attorney Middleton |
| 09/08/87 | Review summary judgment pleadings |
| 09/09/87 | Review pleadings and exhibits |
| 09/10/87 | Staff conference regarding oral argument on motion for summary judgment; research for plaintiff's merger cites |
| 09/10/87 | Telephone conference with Attorney Ebell; review pleadings and exhibits; prepare for oral argument; conference with Attorney Middleton |
| 09/11/87 | Prepare for argument; telephone conference with Mr. Ed Pagano; telephone conference with Attorney Merdes; review pleadings, exhibits and case authorities; attend hearing on motions; conference with Attorney Merdes and Mr. Ed Pagano |
| 09/14/87 | Staff conference regarding motion for reconsideration; research on misrepresentation of authority |
| 09/14/87 | Research agency issue; outline reconsideration points; telephone conference with Mr. Ed. Pagano |
| 09/15/87 | Research burden of proof shifting to prove authority, agency, fraud; dictate reconsideration and revise same |
| 09/15/87 | Draft reconsideration motion |
| 09/16/87 | Research stipulation judgments, pending litigation notice to third parties |
| 09/16/87 | Research collateral estoppel issue; draft memorandum; prepare waiver and request pleadings; revise proposed orders and memorandum |
| 09/17/87 | Finalize motion for reconsideration, shepardize case, etc. |

Leisnoi, Inc.
bill number : 5660-00003-011

| | |
|---|---|
| 09/17/87 | Research res judicata cases; revise memorandum; telephone conference with Attorney Middleton |
| 09/18/87 | Telephone conference with Attorney Merdes; review ANSCA provisions on village conveyances |
| 09/21/87 | Review additional authorities on collateral estoppel; review demerger litigation pleadings; outline additional trial issues |
| 09/22/87 | Review Konaig's reconsideration pleadings |
| 09/25/87 | Telephone conference with Attorney Middleton |
| 09/28/87 | Review opposition to our motion to clarify; dictate reply to opposition; staff conference regarding reply |
| 09/28/87 | Review opposition pleadings |
| 09/29/87 | Edit reply to opposition to motion to clarify |
| 09/30/87 | Review opposition pleadings; draft reply memorandum |
| 09/30/87 | Review Burton's opposition to motion for reconsideration; revise reply to stratman's opposition to motion to clarify |

DISBURSEMENTS :

| | | |
|---|---|---|
| 09/30/87 | Photocopies | 40.00 |
| 09/30/87 | Toll charges | 5.44 |
| 09/30/87 | Computerized research (Westlaw) | 223.96 |
| | Total disbursements for this matter : | $    269.40 |

SUMMARY :

| | | |
|---|---|---|
| TOTAL FEES : | $ | 12,117.50 |
| TOTAL DISBURSEMENTS : | $ | 269.40 |
| TOTAL CHARGES FOR THIS BILL : | $ | 12,386.90 |
| TOTAL BALANCE NOW DUE : | $ | 38,729.72 |

LAW OFFICES OF

## ATKINSON, CONWAY & GAGNON, Inc.

A PROFESSIONAL CORPORATION

420 L STREET
SUITE 500
ANCHORAGE, ALASKA 99501
907/276-1700
IRS# 92-0036495

December 14, 1987

Billing thru : 11/30/87

Bill number : 5660-00003-013

Leisnoi, Inc.
4000 Old Seward Highway, Suite 201
Anchorage, Alaska 99503
Attention: Ed Pagano

Balance forward as of bill number 011 dated 10/09/87           $    38,729.72

Re: Stratman Litigation

FOR PROFESSIONAL SERVICES RENDERED :

| Date | Description |
|---|---|
| 10/01/87 | Telephone conference with Attorney Ebell; proof and revise reply memorandum |
| 10/02/87 | Review opposition by Rice; hand delivered reply to opposition regarding reconsideration |
| 10/02/87 | Telephone conference with Mr. Ed Pagano |
| 10/05/87 | Draft reply to Rice opposition to motion to clarify; edit, finalize and file reply |
| 10/07/87 | Review appellate rules and review requirements regarding filing of petition for review; telephone conference with court regarding status of motion for reconsideration |
| 10/08/87 | Draft of petition for review outline factual statement and format |
| 10/08/87 | Draft petition for review |
| 10/10/87 | Draft petition for review |
| 10/12/87 | Edit petition for review; research definition of "privity" |
| 10/12/87 | Review recent pleadings; revise petition for review |
| 10/13/87 | Edit petition, cite check and finalize |
| 10/13/87 | Revise and finalize petition for review |
| 10/13/87 | Review petition for review |
| 10/15/87 | Telephone conference with Attorney Luke; telephone conference with Attorney Ebell; telephone conference with Attorney Henderson |
| 10/20/87 | Outline proof on proxy  violations |
| 10/21/87 | Telephone conference with Attorney Henderson |
| 10/26/87 | Telephone conference with Attorney Middleton |
| 10/29/87 | Telephone conference with Attorney Luke; review Koniag's appeal pleadings |

Leisnoi, Inc.
bill number : 5660-00003-013

| | |
|---|---|
| 11/04/87 | Telephone conference with Burton's attorney regarding copy of GIMF; review file for copy of GIMF's to send |
| 11/16/87 | Review briefs from Burton and Stratman; review motion to amend received from Rice; dictate stipulation for extension of time to oppose motion to amend |
| 11/17/87 | Research opposition to Burton's cross-petition for review |
| 11/18/87 | Research for opposition to cross-petition regarding defenses to specific performance |
| 11/19/87 | Edit and revise opposition to Burton's cross-petition; review file for exhibits to support opposition |
| 11/20/87 | Dictate non-opposition to amend Rice's complaint |
| 11/23/87 | Review file for preparation of witness list; telephone conference with Bradbury bliss regarding potential witnesses on false and misleading proxy statements |

| DISBURSEMENTS : | | |
|---|---|---:|
| 10/07/87 | Transcript of Proceedings | 338.00 |
| 10/07/87 | Deposition of Dan A. Hensley | 35.50 |
| 10/14/87 | Filing fee - court | 70.00 |
| 11/30/87 | Toll charges | 7.74 |
| 11/30/87 | Delivery/courier charges | 5.00 |
| 11/30/87 | Postage | 12.00 |
| 11/30/87 | Computerized research (Westlaw) | 134.40 |
| 11/30/87 | Telecopies | 15.00 |
| 11/30/87 | Photocopies | 1,090.80 |

Total disbursements for this matter :    $    1,708.44

SUMMARY :

| | | |
|---|---|---:|
| TOTAL FEES : | $ | 6,405.50 |
| TOTAL DISBURSEMENTS : | $ | 1,708.44 |
| TOTAL CHARGES FOR THIS BILL : | $ | 8,113.94 |
| TOTAL BALANCE NOW DUE : | $ | 46,843.66 |

LAW OFFICES OF

## ATKINSON, CONWAY & GAGNON, INC.

A PROFESSIONAL CORPORATION
420 L STREET
SUITE 500
ANCHORAGE, ALASKA 99501
907/276-1700
IRS# 92-0036495

January 14, 1988

Billing thru : 12/31/87

Bill number : 5660-00003-014

Leisnoi, Inc.
4000 Old Seward Highway, Suite 201
Anchorage, Alaska 99503
Attention: Ed Pagano

Balance forward as of bill number 013 dated 12/14/87          $     46,843.66

Re: Stratman Litigation

FOR PROFESSIONAL SERVICES RENDERED :

| Date | Description |
|---|---|
| 12/03/87 | Telephone conference with Bradbury, Bliss regarding witnesses; review file regarding listing witnesses |
| 12/03/87 | Review appellate pleadings; outline proof elements and witness lists; telephone conference with Mr. Frost regarding proxy issues |
| 12/10/87 | Telephone conference with Attorney Middleton |
| 12/18/87 | Telephone conferences with Joe Heintz, Ole Olsen, Ralph Eluskan, Koncor and Les Anderson regarding witness list |
| 12/22/87 | Review recent pleadings |
| 12/22/87 | Telephone conferences with Joe Heintz, Koncor, Les Anderson; draft memorandum regarding conversation with Ralph Eluska |
| 12/29/87 | Telephone conference with Ole Olsen regarding information on 1980 merger, witness list |
| 01/05/88 | Prepare witness list; telephone conference with Attorney Merdes |
| 01/05/88 | Telephone conference with John Bradbury, Ole Olsen Robert Erickson, John Stergeon, John Sarnjehn, Al Cronk, Calvin Kerr, etc. to confirm their availibility for trial if necessary; edit and finalize witness list |
| 01/06/88 | Conference with Attorney Merdes; assemble files; prepare substitution pleadings |

Leisnoi, Inc.
bill number : 5660-00003-014

DISBURSEMENTS :                                                                    3.19
12/31/87        Toll charges                                                      96.30
12/31/87        Photocopies

                Total disbursements for this matter :            $       99.49


SUMMARY :
                TOTAL FEES :                                      $    2,217.50

                TOTAL DISBURSEMENTS :                            $       99.49

                TOTAL CHARGES FOR THIS BILL :                    $    2,316.99

                TOTAL BALANCE NOW DUE :                          $   49,160.65