UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN,<br><br>    Plaintiff,<br><br>versus<br><br>LEISNOI, INC., KONIAG, INC., and<br>DIRK KEMPTHORNE, SECRETARY OF<br>THE INTERIOR,<br><br>    Defendants. | Case No. A02-0290 CV (JKS)<br><br>ORDER GRANTING<br>MOTION FOR LEAVE TO FILE<br>ATTORNEY TIME RECORDS<br>IN SUPPORT OF MOTION (#222)<br>FOR ATTORNEYS FEES |

The motion for leave to file attorney time records in support of Leisnoi's Motion (#222) for award of attorneys fees is GRANTED.

ANCHORAGE, ALASKA this ___ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE
Honorable James K. Singleton

1214356v1