Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LEISNOI, INC., KONIAG, INC., and ) | |
| DIRK KEMPTHORNE, Secretary of the ) | |
| Interior, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| _____) | |
| ) | |
| KONIAG, INC., ) | |
| ) | |
| Counter-claimant, ) | Case No.:  3:02-cv-0290 (JKS) |
| ) | |
| v. ) | |
| ) | |
| OMAR STRATMAN, ) | |
| ) | |
| Counter-claimed ) | |
| Defendant. ) | |
| _____) | |

**OMAR STRATMAN'S NOTICE OF EXHIBITS WITH REGARD TO HIS OPPOSITION
TO LEISNOI'S MOTION FOR ATTORNEYS' FEES [DOCKET NO. 235]**

COMES NOW Omar Stratman, by and through his counsel of record, the Law

Offices of Michael J. Schneider, P.C., and hereby attaches as exhibits color images of the

surface estate and corresponding maps as referenced at p. 12, n.16, as a CD, of

Stratman's Opposition to Leisnoi's Motion for Attorneys' Fees, Docket No. 235.

RESPECTFULLY submitted this 24th day of October, 2007.

s/Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
Phone: (907) 277-9306
Fax: (907) 274-8201
E-mail: mjspc@gci.net
Alaska Bar No. 7510088

**CERTIFICATE OF SERVICE**
I hereby certify that **OMAR STRATMAN'S
NOTICE OF EXHIBITS WITH REGARD
TO HIS OPPOSITION TO LEISNOI'S MOTION
FOR ATTORNEYS' FEES [DOCKET NO. 235]**
was served electronically on the 24th day of
October, 2007, on Dean Dunsmore,
R. Collin Middleton, and John R. Fitzgerald.
s/Michael J. Schneider