



# Public Use Access, Historic Sites, Fish & Wildlife Habitat, Timber Conservation Lands Proposal



## Maps and Photographs



Addendum to Briefing Booklet
On
Background and Historical Information
About The Alutiiq Natives of
Woody Island, Alaska



## Overview

### Public Use Access, Historic Sites, Fish and Wildlife Habitat, Timber Conservation Lands Proposal

This document is a "discussion draft" of a "Public Use Access, Historic Sites, Fish and Wildlife Habitat, Timber Conservation Lands Proposal" prepared by the Native Village of Woody Island/Leisnoi, Inc. (NVWI). The proposal envisions the potential opening to public access and the conservation of certain NVWI lands through the acquisition of the surface fee of, conservation easements on, or land exchanges involving such lands.

The purpose of the document is to set forth for consideration and potential action parcels of NVWI lands for opening to public access, for protection of historic sites, for the conservation of fish and wildlife habitat (including timber) and, in the process, for helping to settle land patterns and facilitating economic diversification and development.

Which of these parcels would be included in the final lands package, as well as the specific interests in lands to be conveyed, and other associated matters will need to be determined based on the wishes of the acquiring agencies and the public, the availability of funding, the approval of the NVWI enrollees and other relevant considerations.

## Table of Contents

**Enclosures**

### Overview & Maps

Public Use Access, Historic Sites, Fish and Wildlife Habitat,
Timber Conservation Lands Proposal

**Termination Point** ........................................................................................ 1

**Long Island** ................................................................................................. 2

**American River** ........................................................................................... 3

**Olds River** ................................................................................................... 4

**Myrtle Creek Beach** .................................................................................... 5

**Roslyn Beach** .............................................................................................. 6

**Cape Chiniak** ............................................................................................... 7

