

Enclosure #

Draft

November 2001

Public Use Access, Historic Sites, Fish and Wildlife Habitat, Timber Conservation Lands Proposal





**Termination Point**

-To Be Conserved-
With Reserved Road Easement and
5-acre Parking Site for the KIB
& 15-acre NVWI Development Site for
Rustic Cabins, Boat Ramp, Dock, Lodge

Subject to the State and Borough Planning Process

**Termination Point**

1



Long Island