

Public Use Access, Historic Sites, Fish and Wildlife Habitat, Timber Conservation Lands Proposal

Enclosure # 2

November 2001

Long Island

Alaska Maritime NWR

-To Be Conserved- No Development Sites

CHINIAK BAY





