



Olds River