



Public Use Access, Historic Sites, Fish and Wildlife Habitat, Timber Conservation Lands Proposal

Draft

Enclosure # 5

November 2001

Myrtle Creek Beach









Cape Chiniak