Michael J. Schneider
Law Offices of Michael J. Schneider, P.C.
880 "N" Street, Suite 202
Anchorage, AK 99501
(907) 277-9306 - phone
(907) 274-8201 - fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| OMAR STRATMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEISNOI, INC., KONIAG, INC., and )<br>DIRK KEMPTHORNE, Secretary of the )<br>Interior, )<br>)<br>Defendants, )<br>)<br>_____)<br>)<br>KONIAG, INC., )<br>)<br>Counter-claimant, )<br>)<br>v. )<br>)<br>OMAR STRATMAN, )<br>)<br>Counter-claimed )<br>Defendant. )<br>_____) | Case No.: 3:02-cv-0290 (JKS) |

**ORDER GRANTING OMAR STRATMAN'S MOTION TO ACCEPT SUPPLEMENTAL BRIEFING REGARDING LEISNOI'S REQUEST FOR ATTORNEYS FEES**

-1-

The Court having considered Stratman's motion at Docket No. \_\_\_\_, and any opposition thereto, does hereby GRANT acceptance of Stratman's supplemental briefing regarding Leisnoi's request for attorneys fees.

DONE and ORDERED entered this \_\_\_ day of _____, 2007.

_____
The Honorable James K. Singleton
U.S. District Court Judge