UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

KKA

7-35934

**CASE INFORMATION:**
Short Case Title: OMAR STRATMAN v. LEISNOI, INC. et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: JAMES K. SINGLETON 3:02-cv-0290-JKS
Date Complaint Filed: 11-29-02
Date Appealed Judgment *entered*: 09-26-07
Date NOA *filed*: 10-19-07
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
_X_granted in part (send record)   __pending

RECEIVED
NOV 16 2007
CLERK, U.S. ...
ANCHORAGE, A.K.

Court Reporter(s) Name and Phone Number: None
Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: 10-19-07         Date Docket Fee billed: __
Date FP granted: __                    Date FP denied: __
Is FP pending? NO                      Was FP Limited/Revoked? NO
US Government Appeal?   NO             Companion Cases? Please list: __
Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| **MICHAEL J SCHNEIDER** | **R COLLIN MIDDLETON** |
| Law Offices of Michael J Schneider, PC | Law Offices of R Collin Middleton |
| 880 N Street, Suite 202 | PO Box 113128 |
| Anchorage, AK 99501 | Anchorage, AK 99511 |
| FAX : 907-274-8201 | FAX : 907-279-7029 |
| | **DEAN K DUNSMORE** |
| | Department of Justice |
| | Environment & Natural Resources Division |
| | 801 B Street, Suite 504 |
| | Anchorage, AK 99501 |
| | FAX : 907-271-5827 |

_X_ retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __        Address: __
Custody: __            Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form:   Carla Applebee
                                                        907-677-6138