UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: July 7, 2008

To:                                              ATTN: ( X ) CIVIL
    U.S. Court of Appeals Building
                                          ( ) CRIMINAL

                                            ( ) JUDGE

From:   U.S. District Court
        District of Alaska (Anchorage)
        222 W. 7th Ave., #4
        Anchorage, AK 99513

DC No: 3:02-cv-00290-JKS    Appeal No: 07-35934

Short title: Stratman v Leisnoi Inc.

Composition of Record

Clerk's Files in ___2___ volumes    ( X ) original   ( ) certified copy

    Bulky docs. __2__ volumes, docket # ___18 & 1 vol. w/Administrative Record___
                                    (folders)

Reporter's   in __0__ volumes   ( ) original  ( ) certified copy
Transcripts            Docket #'s

Exhibits:    in _____ envelopes   ( ) under seal

           in _____ boxes         ( ) under seal

Other: **No Sealed volumes: Documents filed 1/1/06 and after are available electronically:.**
(please note any documents filed under seal)

Acknowledgement: _____    Date: _____
"record.app" [11/21/97]